NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | Master Docket No. 15-2606 (RBK/JS) |
| | **CASE MANAGEMENT ORDER NO. 7** |

**THESE MATTERS** having come before the Court during the case status conference held on Tuesday, June 30, 2015;

**IT IS HEREBY ORDERED** that multi-plaintiff complaints shall not be filed in this litigation without leave of the Court and for good cause shown. The Clerk of the Court shall be directed to sever all existing multi-plaintiff complaints. Plaintiffs' counsel shall serve a separate complaint and pay a new filing fee for each severed complaint.

**IT IS HEREBY FURTHER ORDERED** that the parties shall submit the final Plaintiff Fact Sheet in accordance with this Court's rulings stated on the record at the hearing that took place on June 30, 2015, by **Friday, July 10, 2015**.

**IT IS HEREBY FURTHER ORDERED** that each plaintiff shall serve his or her completed Plaintiff Fact Sheet on Defendants' counsel within ninety (90) days of the Court's approval of the Plaintiff Fact Sheet or ninety (90) days following service of each plaintiff's short form complaint, whichever date is later.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs and Defendants shall submit simultaneous briefs to the Court regarding the proposed Defense Fact Sheet by **Tuesday, July 14, 2015**.

**IT IS HEREBY FURTHER ORDERED** that by **Friday, July 17, 2015**, Plaintiffs and Defendants shall meet and confer regarding all outstanding ESI issues including: deduplication, objective coding, search terms, Defendants' answers to ESI written discovery, and data security. The parties shall serve simultaneous letter briefs regarding their disputes by the same deadline.

**IT IS HEREBY FURTHER ORDERED** that the time for Defendants to respond to Plaintiffs' discovery requests served on June 29, 2015 is **STAYED** pending further Order of the Court. Defendants shall identify and serve Plaintiffs with a list of "big picture" or "macro" discovery disputes relating to the written discovery by **Friday, July 10, 2015**. Plaintiffs and Defendants shall thereafter meet and confer regarding the issues identified. Plaintiffs and Defendants shall submit a joint letter to the Court by **Friday, July 17, 2015,** listing the "big picture" or "macro" discovery issues that will have to be briefed and addressed. On July 21, 2015, the Court will address with the parties an appropriate briefing schedule.

**IT IS HEREBY FURTHER ORDERED** that the parties shall meet and confer on the letter briefs Plaintiffs filed under seal. To the extent Plaintiffs request any material to be sealed they shall file a motion to seal pursuant to L. Civ. R. 5.3 by **Friday, July 17, 2015.**

**IT IS HEREBY FURTHER ORDERED** that to the extent the ESI protocol is finalized it shall be served by **Friday, July 17, 2015**.

**IT IS HEREBY FURTHER ORDERED** that a status conference and oral argument regarding discovery issues will take place on **Tuesday, July 21, 2015** at **10:00 A.M.** before

Judge Schneider in Courtroom 3C of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101.

**IT IS HEREBY FURTHER ORDERED** that the next general status conference will take place on **Tuesday, July 21, 2015** at **2:00 P.M.** in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101.

**IT IS HEREBY FURTHER ORDERED** that the following status conference will take place on **Wednesday, September 2, 2015** at **2:00 P.M.** in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101.

**IT IS HEREBY FURTHER ORDERED** that monthly status conferences will resume on **Wednesday, September 30, 2015** at **2:00 P.M.**, and shall thereafter take place on the last Wednesday of each following month at 2:00 P.M. in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101, unless the parties are otherwise notified by the Court.

**IT IS HEREBY FURTHER ORDERED** that by **Friday, July 17, 2015**, the parties shall file a joint letter with a proposed agenda for the July 21, 2015 conference with the positions of the parties on the issues in dispute.

Dated: 7/1/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge