UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION** _____ This document relates to: __Ronald C. & Marilyn Kennedy, Sr._____ | MDL No. 2606 Honorable Robert B. Kugler, District Court Judge Honorable Joel Schneider, Magistrate Judge |

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Benicar (Olmesartan) Products Liability Litigation*, MDL 2606 in the United States District Court for the District of New Jersey, Camden Vicinage. Plaintiff(s) file this Short Form Complaint as permitted by Case Management Order No. 6 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint and Jury Demand*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

1

## IDENTIFICATION OF PARTIES

### Identification of Plaintiff(s)

1.  Name and residence of individual injured due to use of *olmesartan* product(s): Ronald C. Kennedy, Sr.

    9042 Ventris Road, Garfield, AR 72732

2.  Plaintiff(s) is/are a citizen of United States

3.  Consortium Claim(s): The following individual(s) allege damages for loss of consortium: Marilyn A. Kennedy

    _____

4.  Survival and/or Wrongful Death Claims:

    a.  Name and residence of Decedent Plaintiff when he/she suffered *olmesartan* product(s) related injuries and/or death: _____

    _____

    _____

5.  Plaintiff/Decedent was born on 6/20/1941.

6.  Plaintiff is filing this case in a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____.

2

Plaintiff(s) claims damages as a result of:

\_\_\_X\_\_\_ injury to herself/himself

_____ injury to the person represented

_____ wrongful death

_____ survivorship action

_____ economic loss

_____ loss of services

\_\_\_X\_\_\_ loss of consortium

**Identification of Defendants**

7.   Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all that apply):

**Daiichi Sankyo Defendants:**

- ☒  Daiichi Sankyo, Inc.
- ☒  Daiichi Sankyo U.S. Holdings, Inc.
- ☒  Daiichi Sankyo Co., Ltd.

**Forest Defendants:**

- ☒  Forest Laboratories, LLC, f/k/a Forest Laboratories, Inc.
- ☒  Forest Pharmaceuticals, Inc.
- ☒  Forest Research Institute, Inc.

3

**Additional Defendants:**

☒     Other(s) Defendant(s) (please specify): _____

_____John Does 1-10_____

_____

## JURISDICTION & VENUE

**Jurisdiction:**

8.     Jurisdiction in this Short Form Complaint is based on:

    ☒     Diversity of Citizenship

    ☐     Other (As set forth below, the basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure)._____

_____

**Venue:**

9.     District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

\_\_\_United States District Court for the Western District of Arkansas_____

\_\_\_Fayetteville Division_____

## CASE SPECIFIC FACTS

10. Plaintiff(s) currently reside(s) in (City, State):

    _____Garfield, AR_____.

11. At the time of the Plaintiff's/Decedent's *olmesartan* product(s) injury, Plaintiff/Decedent resided in (City, State):

    _____Garfield, AR_____.

12. Plaintiff/Decedent began using *olmesartan* product(s) as prescribed and indicated on or about the following date: __2/8/2012_____.

13. Plaintiff/Decedent was prescribed and used the following *olmesartan* products

    ☐   BENICAR®

    ☐   BENICAR HCT®

    ☐   AZOR®

    ☒   TRIBENZOR®

14. As a result of ingesting *olmesartan* products, Plaintiff/Decedent suffered personal and economic injur(ies), including, but not limited to, the following: __Severe diarrhea, dehydration, weight loss, electrolyte imbalance and kidney impairment.__

    _____

    _____

    _____

5

## **CAUSES OF ACTION**

15. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

16. The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by Plaintiff(s):

- ☒ Count I:  Products Liability – Design Defect (Strict Liability)
- ☒ Count II:  Products Liability – Failure to Warn (Strict Liability)
- ☒ Count III:  Gross Negligence
- ☒ Count IV:  Negligence
- ☒ Count V:  Negligence *per se*
- ☒ Count VI:  Negligent Misrepresentation
- ☒ Count VII:  Negligent Design
- ☒ Count VIII:  Fraudulent Concealment
- ☒ Count IX:  Constructive Fraud
- ☒ Count X:  Fraud
- ☒ Count XI:  Breach of Express Warranties
- ☒ Count XII:  Breach of Implied Warranties
- ☒ Count XIII:  Unjust Enrichment
- ☒ Count XIV:  Violation of State Consumer Protection Laws of the State of __Arkansas_____.

- ☒ Count XV:  Loss of Consortium

- ☐ Count XVI:  Wrongful Death

- ☐ Count XVII:  Survival Action

- ☒ Count XVIII: Punitive Damages

- ☐ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in paragraph four (4) above   If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure. _____

_____

_____

_____

_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint and Jury Demand as appropriate.

7

## **JURY DEMAND**

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: 9/9/2015

Respectfully Submitted by,

Sean T. Keith Bar No. 93158
Mason L. Boling Bar No. 2014172
Keith, Miller, Butler, Schneider & Pawlik
224 S. 2nd Street, Rogers, AR 72756
Ph. (479) 621-0006
skeith@arkattorneys.com
mboling@arkattorneys.com
**Counsel for Plaintiff(s)**