UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** September 24, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Ted Formaroli

**TITLE OF CASE:**
BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**DOCKET NO. 15-md-2606(RBK-JS)**

**APPEARANCES:**
Behram Parekh, Esq. for Plaintiff
Chris Coffin, Esq. for Plaintiff
Adam Slater, Esq. for Plaintiff
Michael C. Zogby, Esq. for Defendant
Susan Sharko, Esq. for Defendant

**NATURE OF PROCEEDINGS:**   Status Conference and Discovery Conference
In-Person Status Conference held on the record.
Discovery Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 9:30 a.m.
**TIME ADJOURNED:** 12:00 p.m.
**TOTAL TIME:**   2 hours 30 minutes