IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                        :
IN RE: BENICAR (OLMESARTAN)             :  Master Docket
                                        :  No. 15-2606 (RBK/JS)
PRODUCTS LIABILITY LITIGATION           :
                                        :
                                        :
                                        :
                                        :
_____:

# **O R D E R**

The Court having held a discovery conference with the parties on September 24, 2015; and this Order intending to confirm some of the Court's rulings which are all reflected in the transcript of the conference; and good cause existing to issue this Order,

IT IS HEREBY ORDERED this 24th day of September, 2015, as follows:

1. By September 28, 2015, the parties shall serve letter briefs regarding all remaining discovery disputes involving search terms, records custodian, and "application," "server," and "systems" issues.

2. The parties are authorized to redact from papers filed with the Court email addresses and telephone numbers.

3. With regard to defendants' organizational charts produced thus far, by October 16, 2015, defendants shall produce

1

the charts in native format unless proprietary software is used. If proprietary software is used defendants shall produce their organizational charts in an electronically searchable and sortable format. Defendants may apply for leave of Court not to produce historical information in electronic format if they document that the ESI is not reasonably accessible within the meaning of Fed. R. Civ. P. 26(b)(2)(B).

4. By October 9, 2015, plaintiffs shall identify with specificity the pathology samples they request.

                                                             s/Joel Schneider  
                                                             JOEL SCHNEIDER  
                                                             United States Magistrate Judge