UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN                                                    **DATE:** September 30, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Ted Formaroli

**TITLE OF CASE:**                                                    DOCKET NO. 15-md-2606(RBK-JS)
BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**APPEARANCES:**
Chris Coffin, Esq. for Plaintiff
Adam Slater, Esq. for Plaintiff
Tara Sutton, Esq. for Plaintiff
Peter Weinberger, Esq. for Plaintiff
Lexi Hazam, Esq. for Plaintiff
Michael C. Zogby, Esqs. for Defendant
Susan Sharko, Esq. for Defendant
Daniel Carroll, Esq. for Defendant

**NATURE OF PROCEEDINGS:**   Discovery Conference
Discovery Conference re: ESI disputes held on the record.
Order to be entered.

                                                                    s/Sarah Eckert
                                                                    **DEPUTY CLERK**

**TIME COMMENCED:** 10:05 a.m.
**TIME ADJOURNED:**   12:50 p.m.
**TOTAL TIME:**    2 hours 45 minutes