**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Minutes of Proceedings

**OFFICE:** CAMDEN                                      **DATE:** September 29, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Bob Tate

**TITLE OF CASE:**                                      **DOCKET NO. 15-md-2606(RBK-JS)**
BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**APPEARANCES:**
Behram Parekh, Esq. for Plaintiff
Chris Coffin, Esq. for Plaintiff
Adam Slater, Esq. for Plaintiff
Michael C. Zogby, Esq. for Defendant
Susan Sharko, Esq. for Defendant

**NATURE OF PROCEEDINGS:**   Discovery Conference
Discovery Conference held on the record.
Order to be entered.

                                             s/Sarah Eckert
                                             **DEPUTY CLERK**

**TIME COMMENCED:** 3:07 p.m.
**TIME ADJOURNED:** 4:42 p.m.
**TOTAL TIME:**   1 hour 35 minutes