**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**            **DATE OF PROCEEDINGS:** 9/30/15

**JUDGE:** Robert B. Kugler/Joel Schneider

**COURT REPORTER:** Ted Formaroli

**OTHERS:**            **DOCKET NO.** MDL #15-2606

**TITLE OF CASE:**

BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**APPEARANCES:**
Lexi Hazam, Esq. for pltfs.
Behram Parekh, Esq. for pltfs.
Adam Slater, Esq. for pltfs.
Tara Sutton, Esq. for pltfs.
Steven Resnick, Esq. for pltfs.
Chris Coffin, Esq. for PSC
Peter H. Weinberger, Esq. for PSC
Richard Golomb, Esq. for PSC
Daniel Nigh, Esq. for pltfs.
Susan M. Sharko, Esq. for defts. Daiici Sankyo & Forest
Michael C. Zogby, Esq. for Daiici Sankyo & Forest
Daniel B. Carroll, Esq. for defts.
Jessica Brennan, Esq. for defts.
Mark Lynch, Esq. for Daicci Sankyo & Forest
Dana Mangeri, Esq. for pltf.

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                               s/Barbara Fisher
                                  Deputy Clerk
Time Commenced: 2:00 PM    Time Adjourned: 2:45 PM