IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | : | |
|---|---|---|
| **IN RE: BENICAR (OLMESARTAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **CIVIL NO. 15-2606 (RBK/JS)** |
| | : | |
| | : | **HON. ROBERT B. KUGLE**R |
| THIS DOCUMENT RELATES TO | : | |
| ALL ACTIONS | : | **HON. JOEL SCHNEIDER** |
| | : | |

**CASE MANAGEMENT ORDER NO. 12**

**THESE MATTERS** having come before the Court during the discovery and case status conferences held on Wednesday, September 30, 2015;

**IT IS HEREBY ORDERED** that by **October 7, 2015**, and in connection with defendants' ESI and document production, the parties shall serve a proposed Order regarding the English and Japanese search terms to be used, the English and Japanese custodians to be searched, and the resolution of other pertinent ESI search issues such as calendar entries and file types.

**IT IS FURTHER ORDERED** that a conference call to address discovery, scheduling, and case management issues will be held with Magistrate Judge Schneider on **October 16, 2015 at 1:00 p.m.** Plaintiffs shall arrange the call. The list of issues to be addressed during the call shall be served by **October 14, 2015**. The list shall include whether it will be necessary for plaintiffs to take a Fed. R. Civ. P. 30(b)(6) deposition on Adverse Event Report/ARGUS issues and defendants' estimate for when their ESI/document production will be substantially complete. Plaintiffs shall prioritize the completion of the production for the custodians whose ESI/documents have already been produced.

**IT IS FURTHER ORDERED** that defendants shall notify plaintiffs when each custodian's ESI/document production is substantially complete.

**IT IS FURTHER ORDERED** that the parties shall submit a proposed deposition protocol by **October 26, 2015**.

**IT IS FURTHER ORDERED** that the agenda for the next in-person status meeting on **October 28, 2015** shall include a proposed deposition schedule and a process for selecting bellwether cases.

Camden, New Jersey, this 2nd day of October, 2015.

                                                                            s/Joel Schneider
                                                                            JOEL SCHEIDER
                                                                            United States Magistrate Judge