In re Benicar (Olmesartan) Products Liability Litigation
MDL No. 2606

# Exhibit A

### Daiichi U.S. Defendants Custodians

| Name |
| --- |
| Adeyemo, Oluwarde Martins |
| Alexander, John |
| Andrus, Mary |
| Arnold, Janice |
| Arunachalam, Meena |
| Bailey, William |
| Barrett, Gregory |
| Beech, James |
| Bell, Donna Marie |
| Benezra-Kurshan, Diane |
| Bergstrom, Alan |
| Bower, Laura |
| Bruckelmeyer, Melissa |
| Campbell, Richard |
| Caspard, Herve |
| Chavanu, Kathleen |
| Chen, George |
| Choi, Youngsook |
| Corrado, Anthony |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
| --- |
| DaSilva, Elizabeth |
| Donnelly, Michael |
| Dorn, William |
| Dornseif, Bruce |
| Dosunmu, Ronke |
| Dubiel, Robert |
| Feingold, Jay |
| Feldman, Alan |
| Frank, Marika |
| Friedland, Barbara |
| Gargiulo, John |
| Goh, Bo Young |
| Gormley, Glenn |
| Gruber, David |
| Haile-Meskale, Ruth |
| Hauser, Brian |
| Hessels, Amy |
| Heyrman, Reinilde |
| Ho, Tina |
| Hoffman, Howard |
| Jacobs, Robert |
| Jaffe, Jonathan |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
| --- |
| Jhonsa, Mehul |
| Johnson, Michael |
| Jones, Michael |
| Kaiso, Tetsuya |
| Kelly, Rosemarie |
| Kessler, Howard |
| Kleu, Jon |
| Komokata, Yuko |
| Lagomarsino, Edward |
| LaRosa, Daniel, Jr. |
| Leahy, Tara |
| Levi, Valeria |
| Li, Andy |
| Maa, Elizabeth |
| Maa, Jen-Fue |
| Marzulli, Debra |
| Masonson, Harvey |
| McAdam, Edward |
| McCroskery, Peter |
| McLean, William |
| Melino, Michael |
| Mendell-Harary, Renee Jeanne |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
| --- |
| Mennella, Robert |
| Merkel, Jennifer |
| Mire, David |
| Mohammed, Merchant |
| Molt, James |
| Montes de Oca, Deanna |
| Noble, Robert |
| Norfleet, Randi |
| Nwose, Oliseyenum |
| O'Hagan, Shawn |
| O'Neill, Nina |
| Ostrow, Michael |
| Page, Hilliard |
| Parker, Crawford |
| Parrish, Richard |
| Patel, Jalpa |
| Patel, Manini |
| Patel, Nurpesh |
| Pieroni, Joseph |
| Plat, Francis |
| Podesta, Hamta |
| Proszynski, Donna |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
| --- |
| Pruitt, William |
| Raia, John, Jr. |
| Reheis, Kara |
| Rogers, Joan |
| Rose, Brent |
| Said, Nabil |
| Sause, Robert, Jr. |
| Schimel, Mark |
| Short, John |
| Shukla, Dhruma |
| Silfani, Tonous |
| Sinvhal, Ranjeeta |
| Smith, Carissa |
| Smith, Neil |
| Smith, Sandra |
| Stranick, Kimberly |
| Swift, Daniel |
| Switzer, Daniel |
| Trott, Andrea |
| Trzaska, Edward |
| Trzcinski, Lerryn |
| Vieira, John |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
|------|
| Walker, Crystal |
| Wang, Antonia |
| Wang, Irene |
| Warmke, Jeffrey |
| Waverczak, William |
| Weitzenfeld, Amy |
| Welsher, Allen |
| Yahaskel, Albert S. |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

### Forest Defendants Custodians

| Name |
| --- |
| Ameres, John |
| Ashworth, Bob |
| Azzari, Gerard |
| Backer, Rene |
| Baker, Michael |
| Baxter - Schmidt, Deb |
| Berger, Daniel |
| Bianchi, Allen |
| Devlin, Mark |
| Farrington, Katherine |
| Gergel, Ivan |
| Goodman, Kenneth |
| Harwick, Wade |
| Hochberg, Elaine |
| Jackson, Robert |
| Kaplan, Arnie |
| Kelly, Jon |
| Kilbane, Julie |
| Levy, Teri |
| Lipka, Leslie |
| Lynch, Jerome |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| <u>Name</u> |
| --- |
| MacPhee, John |
| McFadden, Steve |
| Meury, Bill |
| Montes de Oca, Deanna |
| Nee, Thomas |
| Olanoff, Lawrence |
| Peter, Shawn |
| Prehn, Mary |
| Pugsley, Michael |
| Ragins, Stuart |
| Reed, Paul |
| Renaldo, Angelo, III |
| Renner, Cary |
| Roche, Donna |
| Rubin, Amy |
| Shusterman, Neil |
| Solomon, David |
| Solomon, Howard |
| Spivey , Brad |
| Stafford, Raymond |
| Stasiuk, Dave |
| Teatsorth, Reg |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| <u>Name</u> |
| --- |
| Theodore, Maria |
| Trenaman, Jennifer |
| Weisbard, Kathryn |
| Zimmerman, Joseph |