In re Benicar (Olmesartan) Products Liability Litigation
MDL No. 2606

# Exhibit B

| Japanese Search Terms | English Search Terms |
|---|---|
| 75758273 | 75758273 |
| 副作用 or 有害事象 or 報告事象 | "adverse event" |
| "食品医薬品局" | "food and drug administration" or "food & drug administration" |
| "免疫反応" or "免疫 w/5 反応" | "immune reaction" |
| "炎症性腸疾患" or "炎症性腸" | "inflammatory bowel" |
| "上皮内リンパ球" or "上皮内リンパ細胞" | "Intraepithelial lymphocytes" |
| "過敏性腸" or "過敏性大腸" or "腸管過敏" | "Irritable Bowel" |
| "ロードマップ" or "Randomised Olmesartan and Diabetes Microalbuminuria Prevention" | "Randomised Olmesartan and Diabetes Microalbuminuria Prevention" |
| "無作為化比較試験" or "無作為コントロール試験" or "無作為比較対照試験" or "ランダム化比較試験" or "RCT" or "無作為対照化試験" | "Randomized Control Trial" |
| "腎不全" or "腎機能不全" | "renal failure" |
| "選択的AT1" or "選択的 AT1" | "Selective AT1" |
| "便試料" or "便検体" or "便サンプル" or "糞便検体" | "Stool specimen" |
| (Dr w/2 Green) or (博士 w/2 Green) or (博士 w/2 グリーン) or (ドクター w/2 Green) or (ドクター w/2 グリーン) | (Dr w/2 Green) |
| (Dr. w/2 Green) or (博士 w/2 Green) or (博士 w/2 グリーン) or (ドクター w/2 Green) or (ドクター w/2 グリーン) or (ドクター・w/2 Green) or (ドクター・w/2 グリーン) | (Dr. w/2 Green) |
| (M.D. w/2 Green) or (医学博士 w/2 Green) or (医学博士 w/2 グリーン) or (医師 w/2 Green) or (医師 w/2 グリーン) | (M.D. w/2 Green) |
| (MD w/2 Green) or (医学博士 w/2 Green) or (医学博士 w/2 グリーン) or (医師 w/2 Green) or (医師 w/2 グリーン) | (MD w/2 Green) |

| | |
|---|---|
| (Peter w/2 Green) or (ピーター w/2 グリーン) | (Peter w/2 Green) |
| (Green w/10 study) OR (Green w/10 研究) OR (グリーン w/10 研究) OR (グリーン w/10 study) OR (Green w/10 スタディー) OR (グリーン w/10 スタディー) OR (Green w/10 試験) OR (グリーン w/10 試験) | "Green /10 study" |
| *@fda.hhs.gov | *@fda.hhs.gov |
| *@nih.hhs.gov | *@nih.hhs.gov |
| *腸炎 | *Enteritis |
| *水和* or *水化* or *ヒドラ* or *含水* | *Hydrat* |
| *Sentinel* or *センチネル* or *センティネル* | *Sentinel* |
| *Sevikar or *セビカー or *セヴィカー | *Sevikar |
| *Volem* or *血液量* or *血量* or *多血* | *Volem* |
| OQMT | OQMT |
| 14953 or "14 953" or 14 w/2 953 | 14953 or "14 953" or 14 w/2 953 |
| 19629 or "19 629" or 19 w/2 629 | 19629 or "19 629" or 19 w/2 629 |
| 200 175 or 200 w/2 175 | 200 175 or 200 w/2 175 |
| 21286 or "21 286" or 21 w/2 286 | 21286 or "21 286" or 21 w/2 286 |
| 21532 or "21 532" or 21 w/2 532 | 21532 or "21 532" or 21 w/2 532 |
| 22100 or "22 100" or 22 w/2 100 | 22100 or "22 100" or 22 w/2 100 |
| 47887 or "47 887" or 47 w/2 887 | 47887 or "47 887" or 47 w/2 887 |
| 70410 or "70 410" or 70 w/2 410 | 70410 or "70 410" or 70 w/2 410 |
| 77651 or "77 651" or 77 w/2 651 | 77651 or "77 651" or 77 w/2 651 |
| 866-204 or "866 204" or (866 w/2 204) | 866-204 or "866 204" or (866 w/2 204) |
| 腹痛 or 腹部痛 or 腹部の痛み | Abdominal pain |
| 異常* | Abnorm* |
| アムロジピン | Amlodipine |
| 貧血* | Anaemi* |
| 貧血* | Anemi* |
| アンジオテンシン or アンギオテンシン | Angiotensin |
| 細胞消滅* or 細胞自滅* or プログラム死* or アポトーシス* or プログラム細胞死* or アポプトーシス* or 枯死* | apopto* |

| | |
|---|---|
| ARB or アンジオテンシン受容体遮断薬 or アンジオテンシン受容体拮抗薬 | ARB |
| AT2 or Angiotensin II type 2 receptor or アンジオテンシン2型受容体 or アンジオテンシンII受容体 | AT2 |
| 萎縮* or 無栄養* | Atroph* |
| Azor or エイゾール | Azor |
| Benevas or ベネバス | Benevas |
| Benicar or ベニカー | Benicar |
| Besylate or ベシレート or ベシル酸 or ベシレイト | Besylate |
| 膨満* or 膨張* or 鼓腸* | Bloat* |
| 鈍らせ* or 平滑末端化* or 末端が平滑化した* | Blunt* |
| ブデソニド | budesonide |
| セリアック or シリアック or 腹腔 | Celiac |
| 細胞 AND 伝達*or (細胞 AND 媒介*)or (*細胞* AND *伝達*) or (*細胞* AND *媒介*) | Cell AND Mediat* |
| Cipla or シプラ | Cipla |
| セリアック or シリアック | Coeliac |
| 大腸炎 or 結腸炎 | Colitis |
| コラーゲン* or 膠原* | Collagen* |
| 結腸* or 大腸* | Colon* |
| Columbia or コロンビア | Columbia |
| 比較試験 or 比較対象試験 or コントロール試験 or 対照試験 | Control Trial |
| CS866 or (CS w/2 866) or "CS 866" | CS866 or (CS w/2 866) or "CS 866" |
| C29H30N6O6 | C29H30N6O6 |
| 排便* or 排泄* or 排出* | Defaecat* |

| | |
|---|---|
| 排便* or 排泄* or 排出* | Defecat* |
| 脱水* | Dehydrat* |
| 下痢* | Diarrh* |
| 憩室炎 | Diverticulitis |
| DNA | DNA |
| DQ2 w/2 8 | DQ2 w/2 8 |
| 十二指腸* | Duoden* |
| 電気* or 導電* or 電解* or 電子* | Electoro* |
| 電解質 or 電解液 | electrolyte |
| 筋内膜の | endomysial |
| 内視鏡検査 or 内視鏡検査法 | endoscopy |
| 腸* | Entero* |
| 食道* | Esophag* |
| FAERS or 有害事象報告 or 有害事象自発報告 or 有害事象報告システム or 有害事象自発報告システム | FAERS |
| Fiddes or フィデス or フィッデス | Fiddes |
| 平ら* OR 平坦* or 鼓腸* | Flat* |
| 胃* | Gastr* |
| 遺伝子 | Gene |
| GFD or 無グルテン食 or グルテン除去食 | GFD |
| GI or 胃腸の or 消化管の or 消化器系の or 胃腸管系の or 胃腸内の | GI |
| グルテン or 麩質 or 麩素 | Gluten |
| Golme* or ゴルメ or ゴロメ | Golme |

82329828.1
209410/510357   4

| | |
|---|---|
| Haller or ハラー or ハレル | Haller |
| HCT* or ヒドロクロロチアジド* or ハイドロクロロサイアザイド* | HCT* |
| Herman or ハーマン | Herman |
| (HLA AND DQ2) OR (HLA抗原 AND DQ2) OR (ヒトリンパ球抗原 AND DQ2) OR (ヒト白血球抗原 AND DQ2) OR (ヒトリンパ白血球抗原 AND DQ2) | HLA AND DQ2 |
| HLA-DQ2/8 or HLA抗原-DQ2/8 or ヒトリンパ球抗原-DQ2/8 or ヒト白血球抗原-DQ2/8 or ヒトリンパ白血球抗原-DQ2/8 | HLA-DQ2/8 |
| 血液量減少症 or 循環血液量減少症 or 血液量減少 or 循環血液量減少 | Hypovolemia |
| ハイドロクロロサイアザイド or ヒドロクロロチアジド | Hydrochlorothiazide |
| 低血圧* or 低圧の* | Hypotensi* |
| IBS or 過敏性大腸症候群 or 過敏性腸症候群 or 刺激性結腸症候群 | IBS |
| ICD-9 or 第9回修正死因統計分類 or 第9回修正* | ICD-9 |
| 特異* | Idiosyn* |
| Iel or 上皮細胞間リンパ球 | Iel |
| 腸骨 or 回腸 | Ileum |
| 不均衡* or アンバランス* or 平衡失調* or 平衡異常* | Imbal* |
| 腸* | Intestin* |
| Ito or 伊藤 or イトウ or いとう | Ito |
| Izzo or イゾ or イッツォ | Izzo |
| Januszewicz or ヤヌスゼウィッツ | Januszewicz |
| 空腸 | Jejunum |
| Katayama or 片山 or カタヤマ or かたやま | Katayama |
| 腎臓* or 腎* or じん臓* | Kidn* |

82329828.1
209410/510357 5

| | |
|---|---|
| 肝臓 or 肝 | Liver |
| Ludvigsson or ルドビグセン or ルドビグソン | Ludvigsson |
| リンパ* or リンパ液* | Lymph* |
| 吸収不良* or 吸収不全* or 吸収障害* | Malabs* |
| 栄養不良* OR 栄養失調* or 栄養障害* | Maln* |
| Mangan or マンガン | Mangan |
| Mayo or メイヨー or メイヨ | Mayo |
| メドキソ* | Medoxo* |
| Medwatch or メドウォッチ | Medwatch |
| Menne* or メン* or メンネ* | Menne |
| 化生 or 異形成 or 変質形成 | Metaplasia |
| Mimran or ミムラン | Mimran |
| MMP or マトリックスメタロプロテイナーゼ | MMP |
| Murray or マレー | Murray |
| 突然変異* or 変異の* | mutat* |
| 吐き気* or 悪心* or 嘔気* | Naus* |
| necro* or 壊死* | Necro* |
| 腎障害 or 腎症 or ネフロパシー | Nephropathy |
| Nutri* OR 栄養* | Nutri* |
| OLM* or オルメ* | OLM* |
| Olsart* or Olsart* or オルサルト* | Olsart |
| 器官 or 臓器 or 内臓 | Organ |
| 動悸* or 心悸亢進* | Palpitat* |
| Perfora*or 穿孔* or 有孔の* | Perfora* |
| 予防 or 予防法 or 防御 | Prophylaxis |
| Rabelink or レイベリンク or ラベリンク | Rabelink |

| | |
|---|---|
| RCT or 無作為化比較試験 or 無作為コントロール試験 or 無作為比較対照試験 or ランダム化比較試験 | RCT |
| 屈折* or リフラクター* | Refractor* |
| Rezaltas or レザルタス | Rezaltas |
| Ritz or リッツ | Ritz |
| Roadmap or ロードマップ | Roadmap |
| Rubio* or ルビオ* | Rubio* |
| Ruilope or ルイロペ | Ruilope |
| 尻 or 臀部 | Rump |
| *sartan or *サルタン | *sartan |
| SLE or スプルー様腸疾患 | SLE |
| スプルー* or 特発性吸収不良* or 吸収不良症候群* | Spru* |
| Tapia or タピア | Tapia |
| Tennyson or テニソン | Tennyson |
| TGFb* or トランスフォーミング増殖因子β* or 形質転換増殖因子 | TGFb |
| TPN or TPN剤 or 総静脈栄養 or トリフォスホピリジンヌクレオチド or 総合非経口栄養輸液 or 完全静脈栄養 or 高カロリー輸液 | TPN |
| グルタミン転移酵素 or トランスグルタミナーゼ | Transglutaminase |
| Tribenzor or トライベンゾール or トリベンゾール | Tribenzor |
| Trilovasc or トリロバスク | Trilovasc |
| Trinity or トリニティ | Trinity |
| Tsung or ツング or ツン | Tsung |
| Viberti or ヴィベルティ or ビベルティ | Viberti |
| 絨毛の or 絨毛状の | Vilious |
| 絨毛の | Vilous |
| 絨毛組織 | Villas |

| | |
|---|---|
| 絨毛 or 柔突起 or 柔毛 | Villi |
| 絨毛 or 絨毛状の | Villious |
| 絨毛 or 絨毛状の | Villous |
| 絨毛 or 絨毛状の  Vious | Villus  Vious |
| 嘔吐* or 吐* | Vomit* |
| 警告 or 注意 | Warning |
| 体重 AND (減少* OR 増加) | Weight AND (los* OR gain) |
| WinBP* | WinBP |
| RZT | RZT |
| RNH-6270 | RNH-6270 |
| RNH-6334 | RNH-6334 |