UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN                    **DATE:** October 28, 2015

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Carl Nami

**TITLE OF CASE:**                    **DOCKET NO. 15-md-2606(RBK-JS)**
BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**APPEARANCES:**
Richard Golomb, Esq. for Plaintiff
Peter Weinberg, Esq. for Plaintiff
Chris Coffin, Esq. for Plaintiff
Adam Slater, Esq. for Plaintiff
Daniel Nigh, Esq. for Plaintiff
Rayna Kessler, Esq. for Plaintiff
Benjamin Steinberg, Esq. for Plaintiff
Steven Resnick, Esq. for Plaintiff
Michael C. Zogby, Esq. for Defendant
Susan Sharko, Esq. for Defendant
Jessica Brennan, Esq. for Defendant
Mark Lynch, Esq. for Defendant

**NATURE OF PROCEEDINGS:**   Status Conference
In-Person Status Conference held on the record.
Order to be entered.

                                   *s/Sarah Eckert*
                                   **DEPUTY CLERK**

**TIME COMMENCED:** 2:00 p.m.
**TIME ADJOURNED:** 3:22 p.m.
**TOTAL TIME:** 1 hour 22 minutes