NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | Master Docket No. 15–2606 (RBK/JS)<br><br>**CASE MANAGEMENT ORDER NO. 15** |

**THESE MATTERS** having come before the Court during the case status conference held on Wednesday, November 18, 2015;

**IT IS HEREBY ORDERED** that counsel shall meet and confer regarding witness and document/ESI identification, document custodian, ROADMAP, and all other discovery dispute issues before the meeting on **Thursday, December 3, 2015** at **12:00 P.M.** in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101.

**IT IS HEREBY FURTHER ORDERED** that on or before January 8, 2016, the Court shall randomly select 30 cases that by December 31, 2015 have been filed and served on at least one Defendant.

**IT IS HEREBY FURTHER ORDERED** that on or before January 22, 2016, Plaintiffs and Defendants shall each strike 5 cases from the Court's list of 30 cases.

**IT IS HEREBY FURTHER ORDERED** that the remaining 20 cases shall be the bellwether cases.

**IT IS HEREBY FURTHER ORDERED** that the next monthly discovery conference will take place in Courtroom 3C on **Wednesday, Decemeber 16, 2015** at **10:00 A.M.** and the next monthly status conference will take place **the same day** in Courtroom 4D at **2:00 P.M.**

Dated:   11/23/2015                                                        s/ Robert B. Kugler

                                                                                          ROBERT B. KUGLER

                                                                                          United States District Judge