**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**                                    **DATE OF PROCEEDINGS:** 11/18/15

**JUDGE:** Robert B. Kugler/Joel Schneider

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**                                           **DOCKET NO.** MDL #15-2606

**TITLE OF CASE:**

BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**APPEARANCES:**
Rayna Kessler, Esq. for pltfs.
Adam Slater, Esq. for pltfs.
Steven Resnick, Esq. for pltfs.
Chris Coffin, Esq. for pltfs.
Peter H. Weinberger, Esq. for pltfs.
Richard Golomb, Esq. for pltfs.
Susan M. Sharko, Esq. for defts.
Michael C. Zogby, Esq. for defts.
Daryl Daly, Esq. for defts.
Jessica Brennan, Esq. for defts.
Mark Lynch, Esq. for defts.
Troy Rafferty, Esq. for defts.

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                        s/Larry MacStravic
                                          Deputy Clerk
Time Commenced: 10:00 AM        Time Adjourned: 1:15 PM