NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | : | Master Docket No. 15–2606 (RBK/JS) |
| | : | **CASE MANAGEMENT ORDER NO. 16** |

**THESE MATTERS** having come before the Court during the case status conference held on Wednesday, December 16, 2015;

**IT IS HEREBY ORDERED** that the following two cases shall be added to the list of potential bellwether cases: Civ. No. 15–4779 (*Bryant*) and Civ. No. 15–2717 (*Phillips*).

**IT IS HEREBY FURTHER ORDERED** that the Plaintiff Fact Sheets for the potential bellwether cases designated by the Court's December 11, 2015 letter (Doc. No. 198) shall be served no later than January 29, 2016.

**IT IS HEREBY FURTHER ORDERED** that the Plaintiff Fact Sheets for *Bryant* and *Phillips*, the two potential bellwether cases designated above, shall be served by February 15, 2016.

**IT IS HEREBY FURTHER ORDERED** that all Defendant Fact Sheets for the potential bellwether cases shall be served on a rolling basis, but no later than March 15, 2016.

**IT IS HEREBY FURTHER ORDERED** that on or before April 15, 2016, Plaintiffs and Defendants shall each strike 5 cases from the Court's list of potential bellwether cases.

**IT IS HEREBY FURTHER ORDERED** that before a party raises with the Court an issue regarding an alleged deficient or late fact sheet, the parties shall follow the procedure set forth in paragraph 5 of the Court's October 30, 2015 Order (Doc. No. 181). If a case appears on the agenda for two court conferences, the moving party may request that an Order to Show Cause be entered to the delinquent party. That Order to Show Cause shall be returnable at the next court conference and require the delinquent party to show cause why his complaint or answer should not be dismissed with prejudice or stricken.

**IT IS HEREBY FURTHER ORDERED** that the next monthly status conference will take place on **Wednesday, January 27, 2016** at **2:00 P.M.** in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101. A discovery conference will be held the same day in Courtroom 3C at 10:00 A.M.

Dated:  12/21/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge