UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | * | CIVIL NO. 15-2606 (RBK)(JS) |
| | * | HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | HON. JOEL SCHNEIDER |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CASE MANAGEMENT ORDER NO. 18

This matter having come before the Court upon application by Defendants on January 8, 2016, and for good cause shown,

**IT IS HEREBY ORDERED**, that Exhibit A to Case Management Order Number 13 (Doc. No. 170) shall be amended as follows:

1. "Elizabeth Maa" shall be corrected to "Elizabeth Maceo";

2. Ranjeeta Sinvhal, ~~Youngsook Choi~~, ~~Sandra Smith~~ and Nabil Said will be removed from the list of the Daiichi U.S. Defendants' custodians whose documents will be the subject of collection, review and production;

3. Mirei Tanaka will be added to the list of the Daiichi U.S. Defendants' custodians whose documents will be the subject of collection, review and production.

**IT IS FURTHER ORDERED** that the revised list of Daiichi U.S. Defendants' custodians whose documents will be the subject of collection, review and production are listed in Amended Exhibit A and no further additions may be made to the list of custodians on Amended Exhibit A absent a showing of good cause.

Camden, New Jersey, this 14th day of January, 2016.

*[signature]*
Hon. Joel Schneider
United States Magistrate Judge

In re Benicar (Olmesartan) Products Liability Litigation
MDL No. 2606

# Amended Exhibit A

### Daiichi U.S. Defendants Custodians

| Name |
|---|
| Adeyemo, Oluwarde Martins |
| Alexander, John |
| Andrus, Mary |
| Arnold, Janice |
| Arunachalam, Meena |
| Bailey, William |
| Barrett, Gregory |
| Beech, James |
| Bell, Donna Marie |
| Benezra-Kurshan, Diane |
| Bergstrom, Alan |
| Bower, Laura |
| Bruckelmeyer, Melissa |
| Campbell, Richard |
| Caspard, Herve |
| Chavanu, Kathleen |
| Chen, George |
| Corrado, Anthony |
| DaSilva, Elizabeth |

*+ Youngsook Choi* (handwritten annotation)

| Name |
| --- |
| Donnelly, Michael |
| Dorn, William |
| Dornseif, Bruce |
| Dosunmu, Ronke |
| Dubiel, Robert |
| Feingold, Jay |
| Feldman, Alan |
| Frank, Marika |
| Friedland, Barbara |
| Gargiulo, John |
| Goh, Bo Young |
| Gormley, Glenn |
| Gruber, David |
| Haile-Meskale, Ruth |
| Hauser, Brian |
| Hessels, Amy |
| Heyrman, Reinilde |
| Ho, Tina |
| Hoffman, Howard |
| Jacobs, Robert |
| Jaffe, Jonathan |
| Jhonsa, Mehul |

| Name |
| --- |
| Johnson, Michael |
| Jones, Michael |
| Kaiso, Tetsuya |
| Kelly, Rosemarie |
| Kessler, Howard |
| Kleu, Jon |
| Komokata, Yuko |
| Lagomarsino, Edward |
| LaRosa, Daniel, Jr. |
| Leahy, Tara |
| Levi, Valeria |
| Li, Andy |
| Maceo, Elizabeth |
| Maa, Jen-Fue |
| Marzulli, Debra |
| Masonson, Harvey |
| McAdam, Edward |
| McCroskery, Peter |
| McLean, William |
| Melino, Michael |
| Mendell-Harary, Renee Jeanne |
| Mennella, Robert |

| Name |
| --- |
| Merkel, Jennifer |
| Mire, David |
| Mohammed, Merchant |
| Molt, James |
| Montes de Oca, Deanna |
| Noble, Robert |
| Norfleet, Randi |
| Nwose, Oliseyenum |
| O'Hagan, Shawn |
| O'Neill, Nina |
| Ostrow, Michael |
| Page, Hilliard |
| Parker, Crawford |
| Parrish, Richard |
| Patel, Jalpa |
| Patel, Manini |
| Patel, Nurpesh |
| Pieroni, Joseph |
| Plat, Francis |
| Podesta, Hamta |
| Proszynski, Donna |
| Pruitt, William |

| Name |
| --- |
| Raia, John, Jr. |
| Reheis, Kara |
| Rogers, Joan |
| Rose, Brent |
| Sause, Robert, Jr. |
| Schimel, Mark |
| Short, John |
| Shukla, Dhruma |
| Silfani, Tonous |
| Smith, Carissa |
| Smith, Neil |
| Stranick, Kimberly |
| Swift, Daniel |
| Switzer, Daniel |
| Tanaka, Mirei |
| Trott, Andrea |
| Trzaska, Edward |
| Trzcinski, Lerryn |
| Vieira, John |
| Walker, Crystal |
| Wang, Antonia |
| Wang, Irene |

*[Handwritten annotation next to Smith, Neil: "p. + Sandra Smith"]*

| Name |
|---|
| Warmke, Jeffrey |
| Waverczak, William |
| Weitzenfeld, Amy |
| Welsher, Allen |
| Yahaskel, Albert S. |

In re Benicar (Olmesartan) Products Liability Litigation
MDL No. 2606

### Forest Defendants Custodians

| Name |
| --- |
| Ameres, John |
| Ashworth, Bob |
| Azzari, Gerard |
| Backer, Rene |
| Baker, Michael |
| Baxter - Schmidt, Deb |
| Berger, Daniel |
| Bianchi, Allen |
| Devlin, Mark |
| Farrington, Katherine |
| Gergel, Ivan |
| Goodman, Kenneth |
| Harwick, Wade |
| Hochberg, Elaine |
| Jackson, Robert |
| Kaplan, Arnie |
| Kelly, Jon |
| Kilbane, Julie |
| Levy, Teri |
| Lipka, Leslie |
| Lynch, Jerome |

83882318.1
209410/510357  7

In re Benicar (Olmesartan) Products Liability Litigation
MDL No. 2606

| Name |
| --- |
| MacPhee, John |
| McFadden, Steve |
| Meury, Bill |
| Montes de Oca, Deanna |
| Nee, Thomas |
| Olanoff, Lawrence |
| Peter, Shawn |
| Prehn, Mary |
| Pugsley, Michael |
| Ragins, Stuart |
| Reed, Paul |
| Renaldo, Angelo, III |
| Renner, Cary |
| Roche, Donna |
| Rubin, Amy |
| Shusterman, Neil |
| Solomon, David |
| Solomon, Howard |
| Spivey, Brad |
| Stafford, Raymond |
| Stasiuk, Dave |
| Teatsorth, Reg |

In re Benicar (Olmesartan) Products Liability Litigation
MDL No. 2606

| Name |
| --- |
| Theodore, Maria |
| Trenaman, Jennifer |
| Weisbard, Kathryn |
| Zimmerman, Joseph |