UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: BENICAR (OLMESARTAN) | * | MDL 2606 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ROBERT B. KUGLER |
| ALL CASES | * | |
| | * | MAG. JUDGE JOEL SCHNEIDER |

**PROPOSED JOINT AGENDA AND REPORT
FOR 27 JANUARY 2016 STATUS CONFERENCE:**

1. **Report on Docket**.

There were 1,255 complaints on file with the clerk's office as of January 26, 2016, and 1,103 complaints have been served on at least one U.S. Defendant.

2. **State Court Litigation.**

There are currently 66 cases pending in the New Jersey MCL.  On January 5, 2016, the Honorable Nelson C. Johnson, J.S.C entered Case Management Order Number 4, which governs the service of Plaintiff Fact Sheets and Defendant Fat Sheets in the MCL.

There is no MCL case management conference currently scheduled.

3. **Core Deficient Plaintiff Fact Sheets**

**DEFENDANTS' POSITION:**

Defendants have received 17 core deficient PFS that have yet to be cured.  These deficiencies include failure to provide signed authorizations to obtain medical records, failure to sign the declaration, or failure to provide basic information on the plaintiff, such as social security number.  Pursuant to the Court's October 30, 2015 Order, plaintiffs have two weeks to respond to letters regarding core deficiencies.  (*See* October 30, 2015 Discovery Order, Doc. No.

1

181, at ¶ 5).  Plaintiffs here have not responded; Orders to Show Cause why the cases should not

be dismissed with prejudice should be entered. Notably, the *David Hawks* case (1:15-cv-05042)

was randomly selected by the Court last week as a bellwether case.

|   | Case Caption | Docket Number | Plaintiff Counsel Firm | Reasons PFS determined to be core deficient | PFS Core Deficiency Letter Sent |
|---|---|---|---|---|---|
| 1 | Baltimore, Frank v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05245 | Sizemore Law Firm | Failure to provide social security number, dosage information, failure to sign declaration and failure to provide authorizations. | 1/4/16 |
| 2 | Chavis, Cecile v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05008 | Sizemore Law Firm | Failure to provide social security number, dosage information, failure to sign declaration and failure to provide authorizations. | 1/5/16 |
| 3 | Cunningham, Carmen v. Daiichi Sankyo, Inc., et al.[1] | 1:15-cv-05006 | Sizemore Law Firm | Failure to provide social security number, dosage information, failure to sign declaration and failure to provide authorizations. | 1/4/16 |
| 4 | DeShazo, James v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05362 | Matthews & Associates | Plaintiff alleges he suffered "gallbladder problems," which does not fall under the definition of the MDL | 1/4/16 |

---

[1] On January 21, 2016, Plaintiff's counsel filed a motion to dismiss this case without prejudice, because counsel has been unable to locate their client.

|  | Case Caption | Docket Number | Plaintiff Counsel Firm | Reasons PFS determined to be core deficient | PFS Core Deficiency Letter Sent |
|---|---|---|---|---|---|
| 5 | Harrington, Polly v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05007 | Sizemore Law Firm | Failure to sign declaration and failure to provide signed authorizations | 1/4/16 and 1/25/16 (for amended PFS) |
| 6 | Hawks, David v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05042 | Morgan & Morgan | Failure to provide dates of Benicar use | 11/3/15 |
| 7 | Hudson, Linda and Darryl Hudson v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05019 | Sizemore Law Firm | Failure to sign declaration and failure to provide authorizations. | 1/4/16 |
| 8 | Janice, Esther v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04462 | Mazie Slater Katz & Freeman LLC | Failure to provide specific date of alleged injuries to support a claim of event after ingestion. | 1/4/16 |
| 9 | Mack, ML v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04364 | Mazie Slater Katz & Freeman LLC | Failure to provide healthcare authorizations | 1/15/16 |
| 10 | Johnson, Donna v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05005 | Sizemore Law Firm | Failure to provide information regarding the plaintiff or person on whose behalf the case is being filed. | 11/26/15 |
| 11 | Madden, Sandra K. and John Madden, Sr. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-3679 | McEwen Law Firm Ltd. | Failure to provide signed declaration | 1/6/15 |
| 12 | McFan, Angel v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05004 | Sizemore Law Firm | Failure to provide medical records or describe alleged injuries and dates of injuries in detail in PFS | 10/26/15 |

3

| | Case Caption | Docket Number | Plaintiff Counsel Firm | Reasons PFS determined to be core deficient | PFS Core Deficiency Letter Sent |
|---|---|---|---|---|---|
| 13 | Moore, Shirley M. and Arthur Moore v. Daiichi Sankyo, Inc., et al | 1:15-cv-03294 | McEwen Law Firm Ltd. | Failure to provide information regarding the plaintiff or person on whose behalf the case is being filed. | 1/17/15 |
| 14 | Zeno, Barbara v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05001 | Sizemore Law Firm | Failure to provide dosage information, failure to provide prescriber's address, failure to provide date of diagnosis or medical records to determine when injury occurred, failure to provide signed authorizations. | 12/23/15 |

**PLAINTIFFS' POSITION:**

Counsel on the PEC is unfamiliar with the specifics of each case listed above.  However, the PEC will reach out to counsel in each case in an effort to get the alleged deficiencies addressed.  In light of the Court's Order dated December 21, 2015, the cases listed above are not yet appropriate for an Order to Show Cause.

**4. Improvidently filed Cases**

**DEFENDANTS' POSITION:**

Defendants have sent letters seeking dismissal in several cases that Defendants believe are improvidently filed.  Examples of these include injuries that pre-date Plaintiff's Benicar use or and alleged injuries that do not fall within the scope of this MDL, such as diverticulitis, gall bladder injuries or chronic kidney disease.  These cases are not appropriately venued in this

4

MDL and should be dismissed.  Defendants have not received responses to these letters; other such letters have resulted in dismissals.  Defendants request that the Court enter Orders to Show Cause as to why these cases should not be dismissed with prejudice.

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Reason for Improvidently Filed Letter | Letter sent |
|---|---|---|---|---|---|
| 1 | Barker, Rex v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04414 | McEwen Law Firm Ltd | Plaintiff's alleged event pre-dates his Benicar use | 12/14/15 |
| 2 | Bradshaw, Gail v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05009 | Sizemore Law Firm | Plaintiff alleges diverticulosis which is unrelated to sprue-like enteropathy, and her alleged event did not begin until over 1.5 years after she stopped taking Benicar | 12/14/15 |
| 3 | DeShazo, James v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05362 | Matthews & Associates | Plaintiff alleges gall bladder problems which is outside the scope of this MDL | 1/4/16 |
| 4 | Hoover, Lori Ann v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05144 | Seeger Weiss LLP | Plaintiff's alleged pre-dates her Benicar use | 1/5/16 |
| 5 | Iavelli, Bruce v. Daiichi Sankyo, Inc., et al. | 1:15-cv-03753 | McEwen Law Firm Ltd | Plaintiff alleges bowel movements three times a day and medical records indicate a diagnosis of rectal cancer which caused his complaints | 12/14/15 |
| 6 | Johnson, Donna v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05005 | Sizemore Law Firm | Plaintiff alleges Irritable Bowel Syndrome | 12/14/15 |
| 7 | Moore, Shirley v. Daiichi Sankyo, Inc., et al. | 1:15-cv-03294 | McEwen Law Firm Ltd | Plaintiff's injury pre-dates her Benicar use | 12/14/15 |

**PLAINTIFFS' POSITION:**

Counsel on the PEC is unfamiliar with the specifics of each case listed above.  However, as the Court is aware, many of the cases in this litigation include Plaintiffs who were misdiagnosed and/or experienced complications that resulted from the serious gastrointestinal symptoms suffered after using olmesartan. Defense counsel's analysis of what is or is not a proper case should not be a trigger for dismissal or other action.  The cases should progress in the ordinary course.  Moreover, dismissal of an action would not be an appropriate remedy in the event a plaintiff claims injuries due to olmesartan, that are deemed not within the scope of the MDL.  Rather, the case would be transferred or simply removed from the MDL, and treated as a standalone action.

### 5.  Overdue Plaintiff Fact Sheets

**DEFENDANTS' POSITION:**

a.  First Time listed

The following Plaintiff Fact Sheets are overdue.  Notably, *Sharon Abrams* (1:15-cv-04654) and *Donald DeLong* (1:15-cv-4737) are bellwether cases.  This is their first time being listed on the Joint Agenda:

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 1 | Abram, Brenda L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04654 | Johnson Becker, PLLC | 10/19/15 | 1/18/16 | 1/25/16 |

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 2 | Abrams, Sharon L. v. Daiichi Sankyo, Inc., et al | 1:15-cv-04785 | Johnson Becker, PLLC | 10/20/15 | 1/8/16 | 1/26/16 |
| 3 | Allen, Delora v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04266 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/21/2015 | 1/19/2016 | 1/25/16 |
| 4 | Allen, Richard v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04999 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 5 | Arocha, Mark A. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05134 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 6 | Ashbrook, Bernieta R. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05358 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 7 | Atkinson, Dean v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04694 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 8 | Bagley, Jeff v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04640 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 9 | Bell, Sandra v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04644 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 10 | Blankenship, Rocky v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04906 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 11 | Block, Norman v. Daiichi Sankyo, Inc., et al. | 1:15-cv-03902 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 6/17/15 | 10/19/15 | 12/18/15 |
| 12 | Block, Rosemary v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05127 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 13 | Boatman, Marsha v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05179 | Taylor Martino, P.C. | 10/12/15 | 1/11/16 | 1/15/16 |
| 14 | Bonnette, Rachel L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05296 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |

8

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 15 | Bordelon, III, Joseph J.  v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04998 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 16 | Boyd, Fannie v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04645 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 17 | Brackin, Betty J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05364 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

9

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 18 | Breckenridge, James as personal representative of Estate of Beverly Breckenridge v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05889 | McEwen Law Firm Ltd. | 9/15/16 | 12/15/15 | 12/1815 |
| 19 | Brown, Margaret v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04874 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 20 | Buford, Dorothy v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04932 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |

10

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 21 | Burchett, Karen v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05080 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 22 | Burks, Terry L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04636 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 23 | Byrd, Reginald v. Daiichi Sankyo, Inc., et al. | 1:15-cv-03867 | Golomb Honik, P.C. | 6/15/15 | 12/23/15 | 12/28/15 |
| 24 | Calabrese, Suzanne M. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04670 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

11

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 25 | Campbell, Robert D. v. Daiichi Sankyo, Inc., et al | 1:15-cv-04965 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 26 | Campofredano, Patricia R. . v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04671- | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 27 | Carlton, Lee V. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05137 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 28 | Cascio, John v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04641 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 29 | Chaney, Nadine v. Daiichi Sankyo, Inc., et al | 1:15-cv-04750 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 30 | Cheney, Lovie I. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05053 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 31 | Ciepiela, Eloise v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05044 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 32 | Clampitt-Crim, Linda v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04883 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 33 | Clark, Alton D. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04664 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 34 | Cochran, Rory and Cochran, Sherrie, Husband and Wife  v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04625 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A | 10/22/15 | 1/20/16 | 1/25/16 |
| 35 | Colichio, Julia v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05374 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 36 | Combs, Dennis v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05300 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 37 | Crownover, Joe W. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05132 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 38 | Cunningham, Linda v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06590 | Golomb Honik, P.C. | 9/17/15 | 12/16/15 | 12/18/15 |

13

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 39 | Curran, Sandi K. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05077 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 40 | Curtis, Ruthie v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05012 | Morgan & Morgan | 10/14/15 | 1/12/16 | 1/15/16 |
| 41 | Darling, Thomas E. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05078 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 42 | Davis, Pattie F. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-03776 | McEwen Law Firm Ltd. | 9/16/15 | 2/15/15 | 12/18/15 |
| 43 | De La Llama, Robin E. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04843 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 44 | Delong, Donald v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04737 | Johnson Becker, PLLC | 10/20/15 | 1/8/16 | 1/26/16 |
| 45 | Dobbs, Zelda v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04535 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |

14

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 46 | Dowell, Larry v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04634 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 47 | Dukes, Shalitha v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05382 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 48 | Dunn, Laura M. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04888 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 49 | Dunn, Linda v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05399 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 50 | Dunnivant, Florence v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05033 | Morgan & Morgan | 10/14/15 | 1/12/16 | 1/15/16 |
| 51 | Ebers, Richard H. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04902 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 52 | Edinger, George T. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04948 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/22/16 |

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 53 | Edwards, Gary v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04690 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 54 | Edwards, Theresa A. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04841 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 55 | Eldridge, Rhonda v. Daiichi Sankyo, Inc., et al | 1:15-cv-05129 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 56 | Elliot, Jeffrey Alan v. Daiichi Sankyo, Inc., et al | 1:15-cv-04443 | McEwen Law Firm Ltd. | 9/16/15 | 12/15/15 | 12/18/15 |
| 57 | Emler, Cheryl v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04787 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 58 | Faris, Jason L. . v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04738 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 59 | Faszler, Norman v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04818 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |

16

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 60 | Faucett, Rita v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05135 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 61 | Fountain, Jr., Henry v. Daiichi Sankyo, Inc., et al. | 1:15-cv-4110 | McEwen Law Firm Ltd. | 9/16/15 | 12/15/15 | 12/18/15 |
| 62 | Garrett, Frances v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04642 | Johnson Becker, PLLC | 8/27/15 | 1/8/16 | 1/15/16 |
| 63 | Gates, Sarah J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05295 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 64 | Geissler, Terence J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04995 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 65 | Gonzales, Alfred N. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05413 | Mazie Slater Katz & Freeman LLC | 10/2/15 | 12/31/15 | 1/8/16 |
| 66 | Gordon, Blanca A. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04783 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |

84387153.1

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 67 | Graham, Darlene C. . v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04927 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 68 | Green, Annette v. Daiichi Sankyo, Inc. et al | 1:15-cv-04742 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/25/16 |
| 69 | Hall, Charles M. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04786 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 70 | Hallaert, Leon v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04749 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 71 | Halliburton, Mary v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04735 | Johnson Becker, PLLC | 8/27/15 | 1/8/16 | 1/15/16 |
| 72 | Hallum, Kelley A. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04880 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 73 | Hamlin, Victoria L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05401 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

18

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 74 | Harris, Donta L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04912 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 75 | Henderson, Pat v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04945 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 76 | Hernandez, Gloria v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05050 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 77 | Hess, Helen L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04669 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 78 | Highley, John C. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05402 | Johnson Becker, PLLC | 9/22/15 | 12/21/15 | 12/28/15 |
| 79 | Hill, Gregory W. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04681 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 80 | Hill, Sr., Anthony D. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05048 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

19

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 81 | Holmes, Felix M. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05403 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 82 | Hughes, James R. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05049 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 83 | Humphrey, Omeca L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04848 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 84 | Hunt, Jennifer v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05079 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 85 | Jackson, Tammy A. and Lee v. Daiichi Sankyo, Inc., et al | 1:15-cv-07701 | Mazie Slater Katz & Freeman LLC | 12/22/15 | 1/20/16 | 1/25/16 |
| 86 | Johnson, Linda M. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04633 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 87 | Johnson, Patricia O. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04619 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/25/16 |
| 88 | Jones, Jr. , James E. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04682 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

20

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 89 | Jordan, Darren E. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04666 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 90 | Joseph, Norman L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04797 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 91 | Keith, Krutha E. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05054 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 92 | King Sr., Lynn. v. Daiichi Sankyo, Inc. et al | 1:15-cv-04744 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/26/16 |
| 93 | Kwech, Horst v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04792 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/26/16 |
| 94 | Langan, Elizabeth v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04805 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 95 | Lawson, Tony A. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04784 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

21

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 96 | Lehman, Sandra S. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04659- | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 97 | Lenoir, Sandra v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04649 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 98 | Lessane, George v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04567 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/26/16 |
| 99 | Lipanovich, James T. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04899 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 100 | London, Januetta v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05046 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 101 | Mahan, Sandra W. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05051 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 102 | Maher, Keith R. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04692 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |

84387153.1

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 103 | Mannie, Lynnette v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04861 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/25/16 |
| 104 | Mark Carpenter v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05369 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 105 | Maynard, Shannon D. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04910 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 106 | McCoy, Brian G. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04838 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 107 | McCullough, Deborah E. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04824 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 108 | McGruder, Charlene and Darius McGruder v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04917 | Golomb Honik, P.C. | 7/7/15 | 12/23/15 | 1/8/16 |
| 109 | McHenry, Christine v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04836 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

23

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 110 | Miller, Jonathon v. Daiichi Sankyo, Inc Et AL. | 1:15-cv-05138 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 111 | Moore, Salinda v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05082 | Mazie Slater Katz & Freeman LLC | 10/1/15 | 12/30/15 | 1/8/16 |
| 112 | Muhammad, Abdul H. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04865 | Johnson Becker, PLLC | 10/19/15 | 1/19/16 | 1/25/16 |
| 113 | Munoz, Jr., Frank v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05178 | Taylor Martino, P.C. | 10/12/15 | 1/11/16 | 1/15/16 |
| 114 | Murphy, Faye v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04284 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/21/15 | 1/19/16 | 1/25/16 |
| 115 | Murray, Marie v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04620 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/25/16 |

84387153.1

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 116 | Neal,Maurice O. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04991 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 117 | Neer, Jeremy J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05294 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 118 | Negahnquet, Thomas v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05404 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 119 | Nicholas, Marsha v. Daiichi Sankyo, Inc., et al. | 1:15-cv-4246 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/21/15 | 1/19/16 | 1/22/16 |
| 120 | Norman, Lorenzo v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05130 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

25

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 121 | O'Neal, James v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05405 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 122 | O'Garro, Jacqueline v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05868 | Mazie Slater Katz & Freeman LLC | 10/12/15 | 1/11/16 | 1/15/16 |
| 123 | Patterson, Billy D. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05293 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 124 | Perkins, Virgil Shawn v. Daiichi Sankyo, Inc., et al. | 1:15-cv-07269 | Matthews & Associates | 10/19/15 | 1/19/16 | 1/22/16 |
| 125 | Petry, Corey v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05406 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

26

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 126 | Pierce, Tonya v. Daiichi Sankyo, Inc. et al | 1:15-cv-04746 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/22/16 |
| 127 | Pierson, Alma J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05291 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 128 | Piret, Christopher v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04893 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 129 | Poindexter, Jeffrey D. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04734 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 130 | Price, Ashay v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04685 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 131 | Rakestraw, Deborah J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04871 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 132 | Rambin, Barbara and Rambin, Lavelle v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06492 | GoldenbergLaw, PLLC | 10/21/15 | 1/19/16 | 1/22/16 |
| 133 | Rasnake, Linda L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05289 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 134 | Rivers, Mark v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04936 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 135 | Robinson, Carol v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05277 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

84387153.1

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 136 | Robinson, Della v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04661 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 137 | Rumph, Gracie H. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05407 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 138 | Russell, Darrell v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04261 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/21/15 | 1/19/16 | 1/22/16 |
| 139 | Russell, Heather A. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05408 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 140 | Sanders, Ronald J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04930 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |

84387153.1

|  | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 141 | Scanlan, Virginia A. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05126 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 142 | Scoggins, Charles F. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04710 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 143 | Sears, Michelle v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05273 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 144 | Sedlecky, Christopher J. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04833 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 145 | Semien, Patricia v. Daiichi Sankyo, Inc., et al | 1:15-cv-04624 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/22/16 |

30

|  | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 146 | Shands, Melvin v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04877 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 147 | Sharpley, Ronald v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04348 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/21/15 | 1/19/16 | 1/22/16 |
| 148 | Shears, Herman L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05073 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 149 | Short, Donna and Short, Terry v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06491 | GoldenbergLaw, PLLC | 10/21/15 | 1/19/16 | 1/22/16 |
| 150 | Simon, Jr., Ronald D. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04834 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 151 | Singleton, Dorothy v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05166 | Taylor Martino, P.C. | 10/12/15 | 1/11/16 | 1/15/16 |
| 152 | Sloan, Carolyn v. Daiichi Sankyo, Inc. et al | 1:15-cv-04622 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/22/16 |
| 153 | Smith, Ronald E. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04678 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 154 | Smith, Terecia v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04840 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 155 | Solomon, Shaun T. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-07047 | Golomb Honik, P.C. | 10/5/15 | 1/4/16 | 1/8/16 |

32

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 156 | Stone, Wayne F. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05409 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 157 | Strong, Anthony v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04733 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 158 | Sturgeon, Chelsea v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05255 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 159 | Sudduth, Lisa v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04795 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 160 | Tellez, Timothy v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04342 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/21/15 | 1/19/16 | 1/22/16 |
| 161 | Thomas, Maureen v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04729 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 162 | Tolentino, Joel v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06572 | Golomb Honik, P.C. | 9/17/15 | 12/16/15 | 12/18/15 |

33

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 163 | Trotter, Christopher v. Daiichi Sankyo, Inc. et al | 1:15-cv-04587 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/22/16 |
| 164 | Vigier, Lourdes v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04410 | McEwen Law Firm Ltd. | 9/16/15 | 12/15/15 | 12/18/15 |
| 165 | Wallace, Celeste v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05410 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 166 | Walker, Mikyraa v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06757 | Golomb Honik, P.C. | 10/5/15 | 1/4/16 | 1/8/2016 |
| 167 | Watkins, Justin v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04800 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 168 | Watson, Michael W. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04868 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 169 | Weaver, George v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04723 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |

84387153.1

|  | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 170 | Webster , Catherine . v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04672 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 171 | Weems, Charles R. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05045 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/16/16 |
| 172 | Werner, Joanne v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04673 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 173 | Whitmore, Roger D. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04958 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 174 | Wicinski, Steven v. Daiichi Sankyo, Inc. et al | 1:15-cv-04606 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 10/22/15 | 1/20/16 | 1/22/16 |
| 175 | Willard, Albert (on behalf of decedent Pansy Willard) v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05122 | Johnson Becker, PLLC | 8/26/15 | 1/8/16 | 1/15/16 |
| 176 | Williams, Isaac v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04997 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |

35

|  | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 177 | Williams, Sharon L. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04667 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 178 | Williams, Tanya R. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04879 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 179 | Winebarger. Colton B v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05411 | Johnson Becker, PLLC | 10/20/15 | 1/18/16 | 1/25/16 |
| 180 | Womack, Jr., Emmit v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05047 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |
| 181 | Woolfolk, Doris v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06508 | Sanders Phillips Grossman, LLC | 10/21/15 | 1/19/16 | 1/22/16 |
| 182 | Wythe, Marilyn v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06576 | Golomb Honik, P.C. | 7/17/15 | 12/23/15 | 12/28/15 |
| 183 | Zeleznick, Maxine T. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05244 | Johnson Becker, PLLC | 10/21/15 | 1/19/16 | 1/25/16 |

b.  Second Time Listed

The following PFS are overdue and this is their second time being placed on the Joint Agenda.  Pursuant to the Case Management Order No. 16 (Doc. No. 204), Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why the case should not be dismissed.

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 1 | Curtis, Judith v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04128 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 8/28/15 | 11/26/15 | 12/18/15 |
| 2 | Edwards, Brenda v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04129 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 8/28/15 | 11/26/15 | 12/18/15 |
| 3 | Fletcher, Gay v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05232 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 8/26/15 | 11/24/15 | 12/18/15 |
| 4 | Ford, Summer Kristen v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05365 | Matthews & Associates | 8/5/15 | 11/3/15 | 12/18/15 |
| 5 | Fosselman, Willie v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05088 | Verhine & Verhine, PLLC | 8/18/15 | 11/16/15 | 12/18/15 |

37

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 6 | Foster, Michael v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04292 | Goldenberg Law, PLLC | 8/31/15 | 11/30/15 | 12/18/15 |
| 7 | Jimenez, Emilio v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04940 | Goldenberg Law, PLLC | 8/31/15 | 11/30/15 | 12/18/15 |
| 8 | Larson, Dave v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04884 | Johnson Becker, PLLC | 8/18/15 | 11/16/15 | 12/18/15 |
| 9 | Muno, Hermaine v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04295 | Goldenberg Law, PLLC | 8/31/15 | 11/30/15 | 12/18/15 |
| 10 | Patterson, Sonya v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04829 | Mazie Slater Katz & Freeman LLC | 8/27/15 | 11/25/15 | 12/18/15 |
| 11 | Pohnert, Dee Ann v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05376 | Matthews & Associates | 8/5/15 | 11/3/15 | 12/18/15 |
| 12 | Roth, Johnathan Jay v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05379 | Matthews & Associates | 8/5/15 | 11/3/15 | 12/18/15 |
| 13 | Shields, Michael Douglass v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05386 | Matthews & Associates | 8/5/15 | 11/3/15 | 12/18/15 |

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | PFS Overdue Letter Sent |
|---|---|---|---|---|---|---|
| 14 | Young, Gilbert v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05041 | Abbott Law Group, P.A | 9/1/15 | 11/30/15 | 12/18/15 |

**PLAINTIFFS' POSITION:**

In a large number of the cases listed above (approximately 100), Defendants just sent letters of alleged deficiency on either January 15, 2016 or January 25, 2016.  Consequently, Defendants have not provided Plaintiffs' counsel the two (2) weeks required by the CMO 16 (Doc. No. 204) and the Court's Order of October 30, 1015 (Doc. No. 181) before listing the cases on this report.  Defendants have violated the Court's Orders, and those cases listed in violation of CMO 16 should be removed.

The PEC will continue to reach out to counsel with allegedly deficient PFSs to encourage those lawyers to serve completed PFSs within the timelines set forth in the Court's Orders.

**6. Overdue Defense Fact Sheets**

**PLAINTIFFS' POSITION:**

Plaintiffs have identified the following Defense Fact Sheets that are overdue.

| Plaintiff's Name | Docket/Civil Action No. | Plaintiff Law Firm | DFS Due Date |
|---|---|---|---|
| Barker, Fran | 1:15-cv-04291 | Goldenberg Law, PLLC | 12/14/2015 |
| Brown, Levie | 1:15-cv-04703 | Goldenberg Law, PLLC | 01/01/2016 |
| Collins, Bertha | 1:15-cv-04686 | Goldenberg Law, PLLC | 12/12/2015 |

| Contreras, Sylvia | 1:15-cv-04790 | Mazie Slater Katz & Freeman, LLC | 1/15/2016 |
|---|---|---|---|
| Cruthers, Bryan | 1:15-cv-04949 | Goldenberg Law, PLLC | 01/19/2016 |
| Fasone, Joanne | 1:15-cv-03910 | Mazie Slater Katz & Freeman, LLC | 1/19/2016 |
| Holt, Linda | 1:15-cv-04687 | Goldenberg Law, PLLC | 01/09/2016 |
| Hook, Judi | 1:15-cv-03562 | Goldenberg Law, PLLC | 12/14/2015 |
| Jewett, Agnes | 1:15-cv-04938 | Goldenberg Law, PLLC | 01/18/2016 |
| Jones, Gerald | 15-cv-05574 | Robins Kaplan LLP | 12/17/2015 |
| Krabill, Robert | 1:15-cv-04469 | Robins Kaplan LLP | 12/15/2015 |
| Linthicum, Gloria | 1:15-cv-04982 | Goldenberg Law, PLLC | 01/02/2016 |
| Moore, Brooks | 1:15-cv-03911 | Mazie Slater Katz & Freeman, LLC | 1/19/2016 |
| Morris, Rubena | 1:15-cv-04832 | Goldenberg Law, PLLC | 01/16/2016 |
| Sutton, Rosa | 1:15-cv-05036 | Goldenberg Law, PLLC | 01/22/2016 |
| Toole, Diane | 1:15-cv-05034-RBK-JS | Goldenberg Law, PLLC | 01/18/2016 |
| Wallace, Douglas | 1:15-cv-04869-RBK-JS | Goldenberg Law, PLLC | 01/02/2016 |
| Sutton, Rosa | 1:15-cv-05036-RBK-JS | Goldenberg Law, PLLC | 01/22/2016 |

40

**DEFENDANTS' POSITION:**

The Defense Fact Sheets identified above were either served or are not yet due as per the below chart:

| Plaintiff's Name | Docket/Civil Action No. | Plaintiff Law Firm | DFS Due Date | Defendants' Response |
|---|---|---|---|---|
| Barker, Fran | 1:15-cv-04291 | Goldenberg Law, PLLC | 12/14/2015 | DFS served on 1/19/16 via e-mail |
| Brown, Levie | 1:15-cv-04703 | Goldenberg Law, PLLC | 1/1/2016 | Agreed upon holiday extension, due 2/2/16 |
| Collins, Bertha | 1:15-cv-04686 | Goldenberg Law, PLLC | 12/12/2015 | Agreed upon holiday extension, due 1/28/16 |
| Contreras, Sylvia | 1:15-cv-04790 | Mazie Slater Katz & Freeman, LLC | 1/15/2016 | Due 2/1/16 |
| Cruthers, Bryan | 1:15-cv-04949 | Goldenberg Law, PLLC | 1/19/2016 | DFS served on 1/19/16 via e-mail |
| Fasone, Joanne | 1:15-cv-03910 | Mazie Slater Katz & Freeman, LLC | 1/19/2016 | DFS served on 1/19/16 via e-mail |
| Holt, Linda | 1:15-cv-04687 | Goldenberg Law, PLLC | 1/9/2016 | DFS served on 1/11/16 via U.S. mail |
| Hook, Judi | 1:15-cv-03562 | Goldenberg Law, PLLC | 12/14/2015 | Agreed upon holiday extension, due 2/1/16 |
| Jewett, Agnes | 1:15-cv-04938 | Goldenberg Law, PLLC | 1/18/2016 | DFS served on 1/19/16 via e-mail |
| Jones, Gerald | 15-cv-05574 | Robins Kaplan LLP | 12/17/2015 | DFS served on 1/19/16 via e-mail |
| Krabill, Robert | 1:15-cv-04469 | Robins Kaplan LLP | 12/15/2015 | Agreed upon holiday extension, due 2/2/16 |
| Linthicum, Gloria | 1:15-cv-04982 | Goldenberg Law, PLLC | 1/2/2016 | Agreed upon holiday extension, due 2/3/16 |

84387153.1

| Plaintiff's Name | Docket/Civil Action No. | Plaintiff Law Firm | DFS Due Date | Defendants' Response |
|---|---|---|---|---|
| Moore, Brooks | 1:15-cv-03911 | Mazie Slater Katz & Freeman, LLC | 1/19/2016 | Agreed upon holiday extension, due 1/26/16 |
| Morris, Rubena | 1:15-cv-04832 | Goldenberg Law, PLLC | 1/16/2016 | DFS served on 1/19/16 via e-mail |
| Sutton, Rosa | 1:15-cv-05036 | Goldenberg Law, PLLC | 01/22/2016 | Due 2/1/16 |
| Toole, Diane | 1:15-cv-05034-RBK-JS | Goldenberg Law, PLLC | 1/18/2016 | DFS served on 1/19/16 via e-mail |
| Wallace, Douglas | 1:15-cv-04869-RBK-JS | Goldenberg Law, PLLC | 1/2/2016 | Agreed upon holiday extension, due 2/3/16 |
| Sutton, Rosa | 1:15-cv-05036-RBK-JS | Goldenberg Law, PLLC | 01/22/2016 | duplicate listing; see above |

7. **Orders to Show Cause:**

**DEFENDANTS' POSITION:**

During the December 16, 2016 Case Management Conference, the Court advised that Orders to Show Cause would be entered into cases where a PFS has been overdue for two agendas. Plaintiffs have agreed to dismiss several of these cases with prejudice, and have provided a PFS and authorizations in others. The remaining cases below list those Orders to Show Cause that are returnable on January 27, 2016.

| | Case Caption | MDL Case No. | Plaintiff Counsel Firm | Complaint First Service Date | Plaintiff Fact Sheet Due Date | Order To Show Cause filed |
|---|---|---|---|---|---|---|
| 1 | Herbert Rodrigue, and Sheila Rodrigue v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04455 | Mazie Slater Katz & Freeman LLC | 6/30/15 | 10/19/15 | 12/17/15 |
| 2 | Mitchell, Lucy v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04202 | GoldenbergLaw, PLLC | 7/24/15 | 10/22/15 | 1/7/16 |
| 3 | Gilmore, Alan v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05272 | Wagstaff & Cartmell LLP | 7/15/15 | 10/19/15 | 12/18/15 |
| 4 | Cole, James P. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05097 | Wagstaff & Cartmell LLP | 7/15/15 | 10/19/15 | 12/18/15 |
| 5 | Mobilia, Daniel v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04500 | Wagstaff & Cartmell LLP | 7/15/15 | 10/19/15 | 12/17/15 |
| 6 | Calloway, Ronald v. Daiichi Sankyo, Inc., et al. | 2:15-cv-02552 | Orlando Firm, P.C. | 7/2/15 | 10/19/15 | 12/18/15 |

In the *Lucy Mitchell* case 1:15-cv-4202, on December 30, 2015, plaintiff's counsel advised the Court that they have not been able to contact their client in order for her to complete her PFS despite several attempts. (*See Mitchell*, Case No. 15-cv-04202, Doc. No. 4). Plaintiff's counsel advised that if they did not hear from Ms. Mitchell by January 12, 2016, they would

move to dismiss the case. This deadline has passed and we have not heard from plaintiff's counsel concerning this case.  Accordingly, Defendants request that this case be dismissed.  On January 24, 2016, Plaintiff's counsel filed a motion to dismiss this case without prejudice.

Additionally, on January 25, 2016, Plaintiff's counsel in the *Rodrigue* case (1:15-cv-0455) filed a motion to withdraw as counsel.  (*See* Section 14 below).

**PLAINTIFFS' POSITION:**

The PEC has communicated with each firm listed in the chart above and expects that all issues related to these cases will be resolved prior to the January 27 status conference.

### 8.  Bellwether Deficiencies

**DEFENDANTS' POSITION:**

Defendants have sent letters to Plaintiffs in bellwether cases regarding deficiencies or seeking more specific responses to Plaintiff Fact Sheets.  In many cases, Plaintiffs did not respond to questions, or responded "will supplement."   Many cases are missing complete authorizations to seek medical records.  Defendants need full information in order to full evaluate these bellwether cases.   Defendants ask that the Court order that Plaintiffs respond to all letters in a full and complete way within a week of receipt of the letters.

| Case Caption | MDL Case No. | Plaintiff's Counsel | PFS Deficiency Letter Sent |
|---|---|---|---|
| Atkinson, Robert v. Daiichi Sankyo, Inc., et al. | 1:15-cv-05221 | Abbott Law Group, P.A Rhine Law Firm, P.C. | 12/22/15 |
| Jarret, Susan v. Daiichi Sankyo, Inc., et al. | 1:15-cv-06509 | Sanders Phillips Grossman, LLC | 12/31/15 |
| Johnson, Annette M. v. Daiichi Sankyo, Inc., et al. | 1:15-cv-2491 | Spangenberg Shibley & Liber, LLP | 12/23/15 |

| Case Caption | MDL Case No. | Plaintiff's Counsel | PFS Deficiency Letter Sent |
|---|---|---|---|
| | | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | |
| Morgan, Patricia v. Daiichi Sankyo, Inc., et al. | 1:15-cv-04283 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 12/28/15 |
| Stevens, Norma v. Daiichi Sankyo, Inc., et al. | 1:15-cv-03905 | Mazie Slater Katz & Freeman LLC | 12/23/15 |
| Traylor, Zelma v. Daiichi Sankyo, Inc. et al | 1:15-cv-04754 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | 12/28/15 |

**PLAINTIFFS' POSITION:**

Plaintiffs fully intend to comply with the Court's Orders regarding completion of PFSs in each of the cases listed above.  In some of the cases, the Plaintiff and his or her counsel have decided to dismiss the case, and therefore, a PFS will not be necessary.  For those that are not dismissed, the PEC will continue to encourage prompt completion of PFSs.  There is no need for the Court to implement further orders addressing the PFS completion process.

**9. Cases filed twice**

**DEFENDANTS' POSITION:**

There are currently two cases pending in which plaintiffs have filed two complaints:

45

| Plaintiff | First Case No. | | | Second Case No. | | | Letter Sent to Plaintiffs |
|---|---|---|---|---|---|---|---|
| | Case Number | Filed Date | Plaintiffs Firm | Case Number | Filed Date | Plaintiffs Firm | |
| Judy Lammers | MDL 1:15-cv-04281 | 6/24/15 | Levin, Papantonio, Mitchell, Rafferty & Proctor, PA | MDL 1:15-cv-05148 | 7/2/15 | Seeger Weiss LLP | 10/26/15 |
| Victoria Hamlin | E.D.M.O. 4:15-cv-01156 | 6/26/15 | Schlichter, Bogard & Denton | MDL 1:15-cv-05401 | 7/10/15 | Johnson Becker, PLLC | 11/20/15 |

Defendants request that one of the two cases for each of these plaintiffs be dismissed, with prejudice. Defendants' time to complete the Defendant Fact sheet in the *Lammers* case should be suspended until it is determined which complaint will proceed as there are discrepancies between the information supplied in the PFS which impact the preparation of the DFS.

**PLAINTIFFS' POSITION:**

Co-Lead Counsel for the Plaintiffs will communicate with counsel in these cases and determine a solution.

### 10. One Deposition per Deponent

**DEFENDANTS' POSITION:**

Plaintiffs should be limited to <u>one</u> deposition per witness on all issues that fall within that witness's purview. Plaintiffs should not be permitted to re-depose any of the first 20 "causation" deponents later in this litigation on marketing or any other issues, and that the depositions scheduled for March 1 through April 29 should cover all possible topics upon which a deponent is knowledgeable. The burden to produce witnesses more than once throughout the course of

this litigation is unfair to the witness, inefficient and not proportional to the needs of this litigation as required by the federal rules.

**PLAINTIFFS' POSITION:**

This issue was discussed in detail during the hearing on January 13, 2016, and the Court set out clear guidelines both on the record and in the Court's January 14, 2016 Order (Document 223). Therefore, this issue does not merit further discussion.

### 11. Deposition Limits

**DEFENDANTS' POSITION:**

Defendants renew their request for entry of an order limiting the total number of depositions in this case. During the November 18, 2015 conference, the Court stated that "in an effort to keep the case moving, we're going to set presumptive deposition limits for 20 Daiichi Japan witnesses, 20 Daiichi U.S. witnesses and ten Forest witnesses." (*See* Transcript of November 18, 2015 Case Management Conference at 10:14-17). Later during the conference, the Court further reiterated, "There's not going to be 200 depositions in this case, folks." (*See* Transcript of November 18, 2015 Case Management Conference at 31:21-22).

To assist Plaintiffs with choosing these 20 deponents, Defendants brought company representatives to a meet and confer before the Court on December 3, 2015. The purpose of the meeting was to address discovery issues and confer on topics such as organizational charts, and the parties went through Plaintiffs' 187-question letter of November 20, 2015, point-by-point, in order to answer as many questions as possible in order for Plaintiffs to narrow their deposition requests. Defendants even specifically identified company witnesses who would have relevant information for certain issues during depositions.

Additionally, the Court's initial limit of 10 Forest depositions set in the December 18, 2015 Order, should be the total limit for Forest depositions in this litigation on any issue, as Forest's focus was on marketing only pursuant to the Co-Promotion Agreement.

Judges in other multi-district litigations have set deposition limits, such as Judge Eldon Fallon's 50 total depositions limit set in *In re Xarelto: (Rivaroxaban) Prods. Liab. Litig.*, currently pending in the Eastern District of Louisiana.  (*See In re: Xarelto (Rivaroxaban) Prods. Liab. Litig.*, Case No. 1:14-md-02592, Doc. No. 1305, Case Management Order Number 2, ¶3(b), attached hereto as Exhibit A).  Additionally, other MDLs have set much lower deposition limits.  In *In re Fosamax Prods. Liab. Litig.*, a former MDL of this district, Joel A. Pisano, U.S.D.J., limited Plaintiffs to only those depositions deemed reasonably necessary under the circumstances of the case, and set a total deposition limit of 15. (*See In re Fosamax (Alendronate Sodium) Prods. Liab. Litig. (No. II)*, Case No. 3:08-md-0008, Doc. No. 848, Case Management Order Number 10, ¶ 1.5, attached hereto as Exhibit B). In a prior Fosamax litigation in the Southern District of New York, Judge John F. Kennan, U.S.D.J., limited Plaintiffs to 25 depositions. (*See In re Fosamax Prods. Liab. Litig.*, Case No. 1:06-md-1789, Case Management Order Number 3, ¶ 10.9, attached hereto as Exhibit C).  Accordingly, Defendants request that a 50-deposition limit be set.

**PLAINTIFFS' POSITION:**

This issue was fully discussed and argued during the January 13, 2016 hearing, and the same arguments set forth herein were presented by defense counsel at that time.  The Court placed the ruling on the record.  Therefore, this issue does not merit further discussion.

### 12.  Bellwether Pool

**DEFENDANTS POSITION:**

      As the Court is aware, to date, plaintiffs have voluntarily dismissed with prejudice twelve bellwether pool cases   This is more than one third of the bellwether cases originally selected by the Court.  Based on these dismissals, one must conclude that more than one third of all of the cases filed are without merit.

      These dismissals are in effect a strike of a case.  As such, Plaintiffs have doubled the amount of strike allotted to them by the Court.  Defendants submit that they should get an additional strike for each dismissal exercised by Plaintiffs.  Otherwise Plaintiffs can continue to use dismissals to manipulate the trial pool.  Further, continuous dismissal of cases unfairly condenses the amount of time that the Defendants have to evaluate each case for strikes.  It requires the defense to spend time and money investigating cases and collecting records, only to have the cases dismissed.  A particularly egregious example is the *Robert Alonzo* case (Civil Action 1:15-cv-05391) which was listed as a bellwether pool case on December 11, 2015.  On January 4, 2016, Defendants sent a letter to plaintiff's counsel requesting more specific answers to discovery.  Plaintiffs responded to this letter on January 19, 2016.  Then on January 20, 2016, they sent a stipulation of dismissal with prejudice.

**PLAINTIFFS' POSITION:**

      As directed by the Court at the December status conference, the PEC reached out to those lawyers representing Plaintiffs in the bellwether pool and instructed them to dismiss any cases they intended to dismiss prior to the January 27 status conference.  As a result, some bellwether Plaintiffs' counsel have contacted defense counsel to obtain agreement to dismiss cases with prejudice, pursuant to Federal Rule 41.  Although a few cases have been dismissed, there are

49

additional cases that Plaintiffs intend to dismiss but have yet to receive Defendants' agreement to do so.  Consequently, there are additional cases that have not yet been dismissed but will be in the future, either by way of agreement or motion.

The dismissal of bellwether cases is the predicted result of the process that Defendants advocated for – random selection of bellwether cases.  There are myriad reasons that explain the bellwether pool dismissals.  The primary reason is because Defendants refused to agree to a tolling agreement.  Many cases are subject to the discovery rule, and counsel filed them based on information provided by the plaintiff, before they were able to obtain all medical records (which can take months), purely out of caution.  The results of the investigation of a particular case may result in a decision to dismiss the case, which would have been avoided if a tolling agreement had been put in place.  In addition, as the Court is aware, Plaintiffs fully expect Defendants to present a statute of limitations defense, arguing that the label change Daiichi made in 2013 was the SOL trigger.  Although Plaintiffs strongly believe that the 2013 label change is inadequate and did not begin the running of the SOL, many Plaintiffs' lawyers who filed cases in the MDL did so prior to July 3, 2015, out of an abundance of caution.  As a result, because no tolling agreement existed, many lawyers did not have a complete picture of their clients' circumstances prior to initiating suit.

Another major reason for dismissals is that the cases in this MDL involve medical conditions that were often misdiagnosed because doctors failed to recognize the connection between olmesartan use and serious gastrointestinal injuries (because the Defendants have not been forthcoming about the connection).  As a result, the lawyers' investigation of each Plaintiff's medical condition and its relation to olmesartan use is often complicated and time-

50

consuming.  Many of those investigations in the bellwether cases are ongoing or have just concluded, and revealed facts that do not support the claims being made in this MDL.

The last major reason for bellwether dismissals is that some of the Plaintiffs chosen, or the lawyers who represent them, no longer want to pursue their case.  In at least two cases, the Plaintiffs have failed to respond to repeated communications from their lawyers.  Clearly, these cases cannot remain in the bellwether pool.

It is not at all uncommon for cases in a large MDL to be dismissed over the course of the litigation.  Dismissals actually help the bellwether process by conserving the parties' and the Court's resources, avoiding costly litigation of cases that are not appropriate for inclusion in the MDL.  Moreover, dismissals clearly are an advantage to the Defendant, as they result in less cases being litigated.

Plaintiffs strongly believe that providing the Defense with additional strikes based on the number of dismissals from the bellwether pool is completely inappropriate, especially in light of the Court's directive to Plaintiffs encouraging dismissals that are necessary. Defendants requested the random selection process rather than selection of cases based on objective criteria that would have been used to establish a pool of representative cases, and dismissals are a by-product of the random selection process.  Defendants should not now be permitted to modify the process in a way that would punish all plaintiffs based on decisions made by counsel on a case-by-case basis.

To be clear, Plaintiffs have no intention of using dismissals to "manipulate the trial pool." However, as the Court has directed, the PEC will encourage Plaintiffs' counsel to dismiss cases that should be dismissed.

13.  **Discovery to Date**

**DEFENDANTS' POSITION:**

By January 31, 2016, Defendants will have produced at least 95 percent of the custodial files for the first nine of the 20 Daiichi U.S. deponents.  The remaining five percent of the documents for the first nine deponents will be produced in the first week of February.  The below chart provides the status of productions for these nine Daiichi U.S. deponents in the adjusted order set by the Court on January 14, 2016:

| Custodian | Tier | Deadline for Production | Percentage Completed by Deadline |
|-----------|------|-------------------------|----------------------------------|
| Feldman, Allen | 1 | 1/31/16 | 98% |
| Parker, Crawford | 1 | 1/31/16 | 93% |
| Ho, Tina | 1 | 1/31/16 | 98% |
| Wang, Antonia | 1 | 1/31/16 | 98% |
| Caspard, Herve | 1 | 1/31/16 | 99% |
| Corrado, Anthony | 1 | 1/31/16 | 90% |
| Hoffman, Howard | 1 | 1/31/16 | 95% |
| Bailey, William | 1 | 1/31/16 | 93% |
| Benezra-Kurshan, Diane | 1 | 1/31/16 | 91% |

Productions for the remaining 12 Daiichi U.S. deponents are 75 percent completed, and shall proceed in accordance with the deadlines set forth in the Court's January 14 Order.  Upon

completion of the first tier of deponent productions, all resources will be focused on the second and third tier production deadlines.  Production for the 20 Daiichi U.S. deponents will be complete by March 1, 2016, pursuant to the Court's January 14, 2016 Order.

To date, Defendants have produced 14,233,482 pages of documents, which include documents in categories that Plaintiffs have deemed a priority and from custodians identified in Plaintiffs' list of 20 Daiichi U.S. deponents.  This is in addition to responses to over 700 formal discovery requests and demands for documents, and production of 247 Defendant Fact Sheets constituting tens of thousands of pages.  Since October 9, 2015, Defendants also have responded to over 362 additional discovery requests, and 141 of those requests have come since January 1, 2016.

**PLAINTIFFS' POSITION:**

The Court ordered Defendants to complete production for the first nine deponents listed in the January 14, 2016 Order, by January 31, 2016.  That deadline should be met.   It is unclear why the Defendants continue to count the number of "discovery requests" and recite these figures to the Court, since it is expected that the parties in a large, complex litigation of this nature will have a continuous dialogue and requests for information will be routine.

### 14.  Motions to Dismiss Without Prejudice

**PLAINTIFFS' POSITION:**

Plaintiffs have filed Motions to Dismiss Without Prejudice, for example where an Order to Show Cause was filed to dismiss a plaintiff's case for failure to answer a PFS, and counsel cannot get in contact with the plaintiff.  As the Court is aware, Plaintiffs offered, on multiple occasions, to enter into a stipulation with Defendants to dismiss cases without prejudice, with certain restrictions related to re-filing of the cases, but Defendants refused to agree.

**DEFENDANTS' POSITION:**

It is evident that these cases lack merit, and should be dismissed with prejudice. Defendants oppose dismissal of cases without prejudice, and will submit opposition to Plaintiffs' motions as scheduled by the Court.

### 15.  Issues Raised by Plaintiffs Prior to January 13, 2016 Hearing

**PLAINTIFFS' POSITION:**

On January 11, 2016, Plaintiffs submitted to the Court a list of 11 discrete issues to be addressed.  There was not time on January 13, 2016 to address those issues, and it was agreed the issues would be held over to be addressed at the January 27, 2016 discovery hearing, along with the ROADMAP production issues.   Plaintiffs do not believe it is necessary to re-submit the same list of issues, and refer the Court to the January 11, 2016 submission, Issues 7-17.

**DEFENDANTS' POSITION:**

As the Court has instructed and as the Rules require, issues should be discussed before presentation to the Court and should only be presented it they cannot be resolved without the Court's intervention.

Dated:  January 26, 2016                           Respectfully Submitted,

/s/ Susan M. Sharko
Susan M. Sharko
susan.sharko@dbr.com
Lead Counsel for the Defendants
**DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
PH:  (973) 549-7000
FAX:  (973) 360-9831

/s/ Michael C. Zogby
Michael C. Zogby
michael.zogby@dbr.com

84387153.1

Defendants' Liaison Counsel
***DRINKER BIDDLE & REATH LLP***
600 Campus Drive
Florham Park, NJ 07932
PH:  (973) 549-7000
FAX:  (973) 360-9831


/s/ Christopher L. Coffin
Christopher L. Coffin
ccoffin@pbclawfirm.com
Co-Lead Counsel for the Plaintiffs
***Pendley, Baudin & Coffin, L.L.P.***
1515 Poydras Street, Suite 1400
New Orleans, LA  70112
PH: (504) 355-0086
FAX: (504) 523-0699


/s/ Adam M. Slater
Adam M. Slater
alsater@mskf.net
Co-Lead Counsel for the Plaintiffs
***Mazie Slater Katz & Freeman LLC***
103 Eisenhower Parkway
Roseland, New Jersey 07068
PH: (973) 228-9898
FAX: (973) 228-0303


/s/ Richard M. Golomb
Richard M. Golomb
rgolomb@golombhonik.com
Liaison Counsel for Plaintiffs
***GOLOMB & HONIK***
1515 Market Street, Suite 1100
Philadelphia, PA  19102
PH:  (215) 985-9177
FAX:  (215) 985-4169

84387153.1