## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION** _____ This document relates to: Gerald W. McComber | MDL No. 2606 Case 1:15-cv-05412 Honorable Robert B. Kugler, District Court Judge Honorable Joel Schneider, Magistrate Judge NOTICE OF MOTION |

**TO:**   Gerald McComber
Brookdale Medical Facility
5900 Chapman Avenue, Room No.: 230
Garden Grove, CA 92855

**PLEASE TAKE NOTICE** that on January 19, 2016, plaintiff shall move before the Honorable Joel Schneider, U.S.M.J. at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order permitting the undersigned to withdrawal as counsel and permitting Gerald McComber to appear pro se.

**PLEASE TAKE FURTHER NOTICE** that plaintiff shall rely upon the Certification of Jessica CM Almeida, Certification of Service, and proposed form

of Order. Pursuant to Local Civil Rule 7.1(d)(3), no brief is necessary due to the nature of the relief requested.

PLEASE TAKE FURTHER NOTICE that unless opposition is filed, plaintiff does not request oral argument.

                                       **MAZIE SLATER KATZ & FREEMAN**
                                       Attorneys for Plaintiff

                                       BY:  */s/ Jessica CM Almeida*
                                                  JESSICA CM ALMEIDA

Dated:  December 22, 2015

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION** _____ This document relates to: Gerald W. McComber | MDL No. 2606 Case 1:15-cv-05412 Honorable Robert B. Kugler, District Court Judge Honorable Joel Schneider, Magistrate Judge CERTIFICATE OF SERVICE |

I certify that on December 22, 2015, I filed and served Plaintiff's motion to withdraw as counsel, pursuant to Local Civil Rule 102.1, via ECF on:

>Honorable Robert B. Kugler
>United States District Court
>Mitchell H. Cohen Building and
> U.S. Courthouse
>4th and Cooper Streets
>Camden, New Jersey  08101

>Honorable Joel Schneider
>United States District Court
>Mitchell H. Cohen Building and
> U.S. Courthouse
>4th and Cooper Streets
>Camden, New Jersey  08101

and by email, regular and certified mail:

        Gerald McComber
        Brookdale Medical Facility
        5900 Chapman Avenue, Room No.: 230
        Garden Grove, CA 92855


        MAZIE SLATER KATZ & FREEMAN, LLC
        Attorneys for Plaintiff


        BY:   */s/ Jessica CM Almeida*
                Jessica CM Almeida

Dated:   December 22, 2015

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br>Gerald W. McComber | MDL No. 2606<br>Case 1:15-cv-05412<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge<br><br>PROPOSED ORDER |

THIS MATTER having been opened to the Court by way of plaintiff's motion to withdraw as counsel, the Court having considering the submissions of the parties, and for good cause shown;

IT IS on this _____ day of _____, 2016;

ORDERED that Mazie Slater Katz and Freeman is permitted to withdraw as counsel in the above referenced matter; and it is

FURTHER ORDERED that Gerald McComber is permitted to appear pro se in this matter.

_____
HON. JOEL SCHNEIDER, U.S.M.J.