# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GILBERT YOUNG | Civil Action File |
| Plaintiff, | No: 1:15-cv-05041-RBK-JS |
| v. | In re: Benicar (Olmesartan) Products Liability Litigation |
| DAICHI SANKYO, INC, et. al. | |
| Defendants. | MDL No. 2606 |

## MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF

COMES NOW the Abbott Law Group, P.A., by and through Steven W. Teppler and F. Catfish Abbott, and moves this Court for an Order allowing withdrawal as an attorney of record for the Plaintiff based on the following:

1. Irreconcilable differences have arisen over issues arising out of this litigation as well as over the management and direction of the litigation.

2. Plaintiff's case has not been set for trial because it has been stayed pending the resolution of the Multi-District Litigation, and accordingly Plaintiff will not be prejudiced by the withdrawal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2015, a copy of the forgoing MOTION TO WITHDRAW AS CO-COUNSEL, was filed electronically. Notice of this filing will be sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

ABBOTT LAW GROUP, P.A.

/s/ Steven W. Teppler
STEVEN W. TEPPLER
Florida Bar No.: 14787
F. CATFISH ABBOTT, ESQ.
Florida Bar No.: 265292
2929 Plummer Cove Road
Jacksonville, FL 32223
Phone: (904) 292-1111
Co- counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GILBERT YOUNG | Civil Action File |
| Plaintiff, | No: 1:15-cv-05041-RBK-JS |
| v. | In re: Benicar (Olmesartan) Products Liability Litigation |
| DAICHI SANKYO, INC, et. al. | |
| | MDL No. 2606 |
| Defendants. | |
| _____/ | |

**PROPOSED ORDER PERMITTING STEVEN W. TEPPLER AND F. CATFISH ABBOTT TO WITHDRAW AS COUNSEL OF RECORD**

THIS MATTER was heard on the Motion of Steven W. Teppler, F. Catfish Abbott and the Abbott Law Group, P.A. for permission to withdraw as co-counsel for Plaintiff and

IT IS ADJUDGED that:

1. Steven W. Teppler, F. Catfish Abbott and Abbott Law Group, P.A. are permitted to withdraw as co-counsel for Plaintiff effective on the date of this Order.

2. Pleadings, motions and other papers shall be served on Plaintiff at P.O. Box 550232, Houston, TX 77255.

**DONE AND ORDERED** in Chambers for the District of New Jersey, Camden Vicinage,

on this _____ day of _____, 2015.

_____
Robert B. Kugler
District Court Judge

cc:   All Counsel via ECF