UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GILBERT YOUNG | Civil Action File |
| Plaintiff, | No: 1:15-cv-05041-RBK-JS |
| v. | In re: Benicar (Olmesartan) Products Liability Litigation |
| DAICHI SANKYO, INC, et. al. | |
| Defendants. | MDL No. 2606 |

## MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF

COMES NOW the Rhine Law Firm, P.C., by and through Joel R. Rhine, and moves this Court for an Order allowing withdrawal as an attorney of record for the Plaintiff based on the following:

1. Irreconcilable differences have arisen over issues arising out of this litigation as well as over the management and direction of the litigation.

2. Plaintiff's case has not been set for trial because it has been stayed pending the resolution of the Multi-District Litigation, and accordingly Plaintiff will not be prejudiced by the withdrawal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2015, a copy of the forgoing MOTION TO WITHDRAW AS CO-COUNSEL, was filed electronically. Notice of this filing will be sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

RHINE LAW FIRM, P.C.

/s/ Joel R. Rhine,
JOEL R. RHINE, ESQUIRE
North Carolina Bar No.: 16028
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Phone: (910) 772-9960
Co- counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GILBERT YOUNG | Civil Action File |
| Plaintiff, | No: 1:15-cv-05041-RBK-JS |
| v. | In re: Benicar (Olmesartan) Products Liability Litigation |
| DAICHI SANKYO, INC, et. al. | |
| | MDL No. 2606 |
| Defendants. | |
| _____/ | |

**ORDER PERMITTING JOEL R. RHINE TO WITHDRAW AS COUNSEL OF RECORD**

THIS MATTER was heard on the Motion of Joel R. Rhine and the Rhine Law Firm, P.C. for permission to withdraw as co-counsel for Plaintiff and

IT IS ADJUDGED that:

1. Joel R. Rhine and the Rhine Law Firm, P.C. are permitted to withdraw as co-counsel for Plaintiff effective on the date of this Order.

2. Pleadings, motions and other papers shall be served on Plaintiff at P.O. Box 550232, Houston, TX 77255.

**DONE AND ORDERED** in Chambers for the District of New Jersey, Camden Vicinage, on this _____ day of _____, 2015.

_____
Robert B. Kugler
District Court Judge

cc:   All Counsel via ECF