UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Herbert Rodrigue<br>Sheila Rodrigue | MDL No. 2606<br>Case 1:15-cv-4455<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge<br><br>NOTICE OF MOTION TO WITHDRAW AND BE RELIEVED AS COUNSEL |

**TO:**   Susan Sharko, Esq.
Drinker Biddle and Reath, LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Attorneys for the Defendants

Mr. Herbert P. Rodrigue
Mrs. Sheila Rodrigue
218 Moresi Alley
Jeanerette, LA 70544

**PLEASE TAKE NOTICE** that on February 16, 2016, plaintiffs shall move before the Honorable Robert B. Kugler, U.S.D.J. at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets,

Camden, New Jersey, for an Order permitting the undersigned to withdraw as counsel, and substituting plaintiffs as pro se.

PLEASE TAKE FURTHER NOTICE that plaintiffs shall rely upon the Certification of Jessica CM Almeida and attached letter brief. A closely related motion to dismiss this action without prejudice is also being filed.

PLEASE TAKE FURTHER NOTICE that unless opposition is filed, plaintiffs do not request oral argument.

                                        **MAZIE SLATER KATZ & FREEMAN**
                                        Attorneys for Plaintiff


                                        BY:  */s/ Jessica CM Almeida*
                                                    JESSICA CM ALMEIDA

Dated: January 25, 2016

## MAZIE SLATER KATZ & FREEMAN, LLC
COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ  07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

David A. Mazie*†  
Adam M. Slater*°  
Eric D. Katz*†°  
David M. Freeman  
Beth G. Baldinger°  
Matthew R. Mendelsohn°  
_____

°Member of N.J. & N.Y. Bars

*Certified by the Supreme Court of  
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°  
Cheryll A. Calderon  
David M. Estes  
Adam M. Epstein°  
Jessica CM Almeida°  
_____

†Certified as a Civil Trial Specialist  
by the National Board of  
Trial Advocacy

January 25, 2016

**VIA ECF**  
Honorable Robert Kugler, U.S.D.J.  
United States District Court  
Mitchell H. Cohen Building and  
 U.S. Courthouse  
4th and Cooper Streets  
Camden, New Jersey  08101

      Re:    In re: Benicar (Olmesartan) Products Liability Litigation  
              <u>Master Docket No. 15-2606 (RBK/JS)</u>  
              Herbert Rodrigue v. Daiichi Sankyo, et als.  
              Civil Action No. 15-cv-04455-RBK-JS

Dear Judge Kugler:

      Please accept this letter brief in support of the motion for Mazie Slater Katz & Freeman ("Mazie Slater") to withdraw and be relieved as counsel, and naming plaintiffs as pro se.

      Rule 1.16(b) of the New Jersey Rules of Professional Conduct allows a lawyer to withdraw as counsel where the client "fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (6) the representation . . . has been rendered unreasonably difficult by the client; or (7) other good cause for withdrawal exists."

      As demonstrated in the attached certification, plaintiffs have not cooperated with counsel, failing to reply to numerous communications, and making it impossible for counsel to continue

Honorable Robert Kugler, U.S.D.J.
January 25, 2016
Page 2

to represent plaintiffs. Therefore, we request entry of an Order relieving Mazie Slater as counsel, and substituting plaintiffs as pro se.

      Thank you for your courtesies and consideration.

                      Respectfully,

                      *Jessica CM Almeida*

                      JESSICA CM ALMEIDA

JCMA/jcma

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION** _____ This document relates to: Herbert Rodrigue Sheila Rodrigue | MDL No. 2606 Case 1:15-cv-4455 Honorable Robert B. Kugler, District Court Judge Honorable Joel Schneider, Magistrate Judge CERTIFICATE OF SERVICE |

   I certify that on January 25, 2016, I filed and served Plaintiff's motion to withdraw as counsel and substitute plaintiffs pro se (the Certification of Jessica CM Almeida is being filed under seal and is not served on counsel), pursuant to Local Civil Rule 102.1, via ECF on:

     Honorable Robert B. Kugler
     United States District Court
     Mitchell H. Cohen Building and
      U.S. Courthouse
     4th and Cooper Streets
     Camden, New Jersey 08101

     Honorable Joel Schneider
     United States District Court
     Mitchell H. Cohen Building and
      U.S. Courthouse
     4th and Cooper Streets
     Camden, New Jersey 08101

And by ECF and email:

        Susan Sharko, Esq.
        Drinker Biddle and Reath, LLP
        600 Campus Drive
        Florham Park, NJ 07932-1047
        Attorneys for the Defendants

And by email, regular, and certified mail, return receipt requested:

        Mr. Herbert P. Rodrigue
        Mrs. Sheila Rodrigue
        218 Moresi Alley
        Jeanerette, LA 70544


        MAZIE SLATER KATZ & FREEMAN, LLC
        Attorneys for Plaintiff


        BY:   */s/ Jessica CM Almeida*
               Jessica CM Almeida


Dated:   January 25, 2016