UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN                                         **DATE:** January 27, 2016

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**                                         **DOCKET NO. 15-md-2606(RBK-JS)**
BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**APPEARANCES:**
Chris Coffin, Esq. for Plaintiff
Adam Slater, Esq. for Plaintiff
Richard Golomb, Esq. for Plaintiff
Rayna Kessler, Esq. for Plaintiff
Susan Sharko, Esq. for Defendant
Michael C. Zogby, Esq. for Defendant
Daryl Daly, Esq. for Defendant
Amy Klug, Esq. for Defendant

**NATURE OF PROCEEDINGS:**    Status Conference and Discovery Conference
In-Person Status Conference held on the record.
Discovery Conference held on the record.
Order to be entered.

                                                        *s/Taryn Franchetti*
                                                        **DEPUTY CLERK**

**TIME COMMENCED:** 10:01 a.m.
**TIME ADJOURNED:** 1:01 p.m.
**TOTAL TIME:** 3 hours