IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) <br><br> PRODUCTS LIABILITY LITIGATION | : Master Docket <br> : No. 15-2606 (RBK/JS) <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER RE: DEPOSITIONS**

The Court finding good cause to enter this Order,

IT IS HEREBY ORDERED this 3rd day of May, 2016, that the depositions listed in the attached letter shall be deemed to be Court Ordered and shall not be postponed absent good cause and leave of Court.

                                            s/Joel Schneider
                                            JOEL SCHNEIDER
                                            United States Magistrate Judge

# DrinkerBiddle&Reath LLP

Susan M. Sharko
(973) 549-7350 Direct
(973) 360-9831 Fax
susan.sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

*Established* 1849

April 25, 2016

**VIA ELECTRONIC FILING AND FEDERAL EXPRESS**

RECEIVED
APR 2ᵛ 2016
JOEL SCHNEIDER
U.S. Magistrate Judge

Honorable Joel Schneider
United States Magistrate Judge
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 3C
4th and Cooper Streets
Camden, NJ  08101

Re:  In re Benicar (Olmesartan) Products Liability Litigation
     MDL No. 2606

Dear Judge Schneider:

Pursuant to the Court's April 20, 2016 Order, we provide the following schedule of Daiichi Sankyo Co, Ltd. witnesses to be deposed in Hawaii beginning May 19, 2016, with the interpreters for each deposition. We ask that the schedule be court ordered without any further delay so that the witnesses may finalize travel plans.  The parties have reached agreement on this schedule with the exception of two issues.

First, plaintiffs have stated for the first time this afternoon they do not agree to multiple interpreters for each deposition. It is standard practice to rotate interpreters during a deposition. The plaintiffs' lawyers in these depositions talk fast and the process is intense.  Having the interpreters rotate will ensure optimum quality.  Defendants are paying for the interpreters, and have assigned multiple interpreters so as to avoid fatigue. Defendants believe this is their decision to make. We do not see a legitimate basis for plaintiffs' new objection.

Second, plaintiffs requested three changes to the scheduling originally proposed

85175497.1

DrinkerBiddle&Reath

Hon. Joel Schneider
April 25, 2016
Page 2

by defendants. Defendants accommodated two requests. We cannot accommodate the third, which was to move Hanako Saito's deposition from July 5-6 to July 7-8 or 15-16. July 7-8 is already taken with the Yoshihiro Emura deposition and Ms. Saito is not available on July 15-16. The sole reason given by plaintiffs for their proposed change is personal convenience. The change should be rejected.

| WITNESSES | DEPOSITION DATES | ASSIGNED INTERPRETERS |
| --- | --- | --- |
| Akiko Fukuma | May 19-20 | Asami Isomichi and Naoko Selland |
| Makoto Mizuno | May 23-24 | Asami Isomichi and Steve Silver |
| Donald Hinman | May 26 | No interpreter needed |
| Yasushi Hasebe | May 31, June 1 | Asami Isomichi and Steve Silver |
| Wataru Takasaki | June 2-3 | Naoko Selland, Steve Silver and HiromiYoshikawa |
| Akinori Nishiwaki | June 6-7 | Asami Isomichi and Hiromi Yoshikawa |
| Yasushi Yoshigae | June 8-9 | Naoko Selland and Hiromi Yoshikawa |
| Kuniko Sata | June 11-12 | Asami Isomichi and Naoko Selland |
| Shinichi Oda | June 14-15 | Asami Isomichi, Naoko Selland and Noriko Hasegawa |
| Kento Wada | June 16-17 | Asami Isomichi, Noriko Hasegawa and Naoko Selland |
| Katsuyoshi Chiba | June 20-21 | Naoko Selland, Noriko Hasegawa and Asami Isomichi |
| Hisashi Nakagaki | June 22-23 | Asami Isomichi, Naoko Selland and Noriko Hasegawa |

85175497.1

DrinkerBiddle&Reath

Hon. Joel Schneider
April 25, 2016
Page 3

| WITNESSES | DEPOSITION DATES | ASSIGNED INTERPRETERS |
|---|---|---|
| Takahiko Kaku | June 24, June 27 | Asami Isomichi, Noriko Hasegawa and Naoko Selland |
| Hironobu Saito | June 28-29 | Naoko Selland, Noriko Hasegawa and Asami Isomichi |
| Yasufumi Kuroda | June 30-July 1 | Asami Isomichi, Naoko Selland and Noriko Hasegawa |
| Hanako Saito | July 5-6 | Asami Isomichi, Noriko Hasegawa and Naoko Selland |
| Yoshihiro Emura | July 7-8 | Naoko Selland, Noriko Hasegawa and Asami Isomichi |
| Atsushi Sanbuissho | July 11-12 | Naoko Selland, Noriko Hasegawa and Asami Isomichi |
| Yuko Komokata | July 13-14 | Asami Isomichi and Naoko Selland |
| Hideki Tagawa | July 13-14 | TBD |

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

s/Susan M. Sharko

Susan M. Sharko

SMS/dlg

cc:   Chris Coffin, Esq.
      Adam Slater, Esq.
      All Counsel of Record  (via ECF)

85175497.1