UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: BENICAR (OLMESARTAN) :
PRODUCTS LIABILITY LITIGATION :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
MARY MOORE, et al., : Master Docket No. 15-2606
: Civ. No. 15-08823 (RBK/JS)
Plaintiffs, :
: **ORDER GRANTING IN PART AND**
v. : **DENYING AS MOOT IN PART**
: **PLAINTIFFS' MOTION TO REMAND**
DAIICHI SANKYO, INC., et al., : **(DOCKET #13)**
:
Defendants. :

**APPEARANCES**:

SCHLICHTER AND BOGARD, LLP
By:  Kristine K. Kraft
     Roger C. Denton
100 South Fourth Street, Suite 650
St. Louis, Missouri 63102
            Counsel for Plaintiffs

FOX GALVIN, LLC
By:  Bart C. Sullivan
One South Memorial Drive, 12th Floor
St. Louis, Missouri 63102
            Counsel for Defendants

**Kugler,** United States District Judge:

This matter having come before the Court upon Plaintiffs' Motion to Remand (Docket #13), for the reasons stated in the accompanying opinion,

1

**IT IS** on this 27th day of July, 2016,

**ORDERED THAT:**

(1) Plaintiffs' Motion to Remand (Docket #13) is hereby **GRANTED** as to Plaintiffs Mary Moore, Kenneth Wells, Deborah Currie, Iris Twelbeck, Claudette Woodlen, Cindy Adams, Eleanor Both, Barbara Cairoli, Von Duhart, Carol Hirschen, Darlene Justynski, Dimakis Kalogerakos, Zatiti Moody, Stephen Ratz, Joan Richardson, Bedelia Sanchez, Marianne Saputo, James Hoffman, George Ritzie, Paul Copenhaver, Judith Moebis, Geraldine Zanna, James Bittel, Gretchen Berenato, Patricia Brown, Arlene Jacobsen, Barrie White, Scott Ortega, Ralph Loree, Joseph Garofolo, Lisa Dannunzio, Lori Sickler, Carmen Simmons, Rita Vandergrift and Marion Poyner; and

(2) Plaintiffs' Motion to Remand (Docket #13) is hereby **DENIED AS MOOT** in all other respects; and

(3) Plaintiffs who intend to pursue claims on an individual basis in this Court must re-file independently within ten (10) days after the date of the issuance of this Order.

    s/ Robert B. Kugler
ROBERT B. KUGLER, U.S.D.J.