**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | Master Docket No. 15-2606-RBK-JS |

**NOTICE OF APPEARANCE**

The undersigned attorney hereby enters her appearance as representative of multiple individual Plaintiffs within the MDL. Counsel respectfully requests that all relevant documents and correspondence in the MDL case be served on the attorney at the address below.

Dated: October 14, 2016

Respectfully Submitted by,

/s/ Stacy K. Hauer
Stacy K. Hauer, Esq. (MN Bar No. 317093)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Ph: (612) 436-1800
Fax: (612) 436-1801
shauer@johnsonbecker.com