IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL CASES | **MDL No. 2606** <br><br> Master Case No. 15-2606 (RBK/JS) <br><br> Hon. Robert B. Kugler, U.S.D.J. <br><br> Hon. Joel Schneider, U.S.M.J. <br><br> **NOTICE OF MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT DR. DAVID KESSLER** |

**PLEASE TAKE NOTICE** that on May 15, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, Drinker Biddle & Reath, LLP, counsel for defendants Daiichi Sankyo, Inc., Daiichi Sankyo US Holdings, Inc., Daiichi Sankyo Co., Ltd., Forest Laboratories, Inc., now known as Forest Laboratories, LLC, Forest Pharmaceuticals, Inc., and Forest Research Institute, Inc. (collectively, "Defendants"), will move before the Honorable Robert B. Kugler, U.S.D.J., in the United States District Court for the District of New Jersey, for an order to exclude the testimony of plaintiffs' expert Dr. David Kessler. In support of this application, Defendants will rely on the attached Brief in Support of the Motion to Exclude,

88188958.1

and Certification of Daniel B. Carroll, Esq. and attached exhibits, submitted herewith.

Dated: March 31, 2017

Respectfully submitted,

/s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Phone: (973)549-7000
*Attorneys for Defendants Daiichi Sankyo, Inc.,
Daiichi Sankyo U.S. Holdings, Inc.,
Daiichi Sankyo Company, Ltd.,
Forest Research Institute, Inc., Forest Laboratories, Inc., now known as Forest Laboratories, LLC, and Forest Pharmaceuticals, Inc.*

/s/ Daniel B. Carroll
Daniel B. Carroll
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Phone: (973)549-7000
*Attorneys for Defendants Daiichi Sankyo, Inc.,
Daiichi Sankyo U.S. Holdings, Inc.,
Daiichi Sankyo Company, Ltd.,
Forest Research Institute, Inc., Forest Laboratories, Inc., now known as Forest Laboratories, LLC, and Forest Pharmaceuticals, Inc.*

/s/ *Michael K. Zogby*
Michael K. Zogby
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Phone: (973)549-7000
*Attorneys for Defendants Daiichi Sankyo, Inc.,*
*Daiichi Sankyo U.S. Holdings, Inc.,*
*Daiichi Sankyo Company, Ltd.,*
*Forest Research Institute, Inc., Forest Laboratories, Inc., now known as Forest Laboratories, LLC, and Forest Pharmaceuticals, Inc.*

88188958.1