

ORIGINAL ARTICLE

 

# Severe Spruelike Enteropathy Associated With Olmesartan

Alberto Rubio-Tapia, MD; Margot L. Herman, MD; Jonas F. Ludvigsson, MD, PhD; Darlene G. Kelly, MD, PhD; Thomas F. Mangan, MD; Tsung-Teh Wu, MD, PhD; and Joseph A. Murray, MD

## Abstract

**Objective:** To report the response to discontinuation of olmesartan, an angiotensin II receptor antagonist commonly prescribed for treatment of hypertension, in patients with unexplained severe spruelike enteropathy.

**Patients and Methods:** All 22 patients included in this report were seen at Mayo Clinic in Rochester, Minnesota, between August 1, 2008, and August 1, 2011, for evaluation of unexplained chronic diarrhea and enteropathy while taking olmesartan. Celiac disease was ruled out in all cases. To be included in the study, the patients also had to have clinical improvement after suspension of olmesartan.

**Results:** The 22 patients (13 women) had a median age of 69.5 years (range, 47-81 years). Most patients were taking 40 mg/d of olmesartan (range, 10-40 mg/d). The clinical presentation was of chronic diarrhea and weight loss (median, 18 kg; range, 2.5-57 kg), which required hospitalization in 14 patients (64%). Intestinal biopsies showed both villous atrophy and variable degrees of mucosal inflammation in 15 patients, and marked subepithelial collagen deposition (collagenous sprue) in 7. Tissue transglutaminase antibodies were not detected. A gluten-free diet was not helpful. Collagenous or lymphocytic gastritis was documented in 7 patients, and microscopic colitis was documented in 5 patients. Clinical response, with a mean weight gain of 12.2 kg, was demonstrated in all cases. Histologic recovery or improvement of the duodenum after discontinuation of olmesartan was confirmed in all 18 patients who underwent follow-up biopsies.

**Conclusion:** Olmesartan may be associated with a severe form of spruelike enteropathy. Clinical response and histologic recovery are expected after suspension of the drug.

© 2012 Mayo Foundation for Medical Education and Research ■ Mayo Clin Proc. 2012;87(8):732-738



From the Division of Gastroenterology and Hepatology (A.R.-T., J.F.L., D.G.K., T.F.M., J.A.M.), Department of Internal Medicine (M.L.H.), and Department of Laboratory Medicine and Pathology (T.-T.W.), Mayo Clinic, Rochester, MN; Clinical Epidemiology Unit, Department of Medicine, Karolinska University Hospital and Karolinska Institutet, Stockholm, Sweden (J.F.L.); and Department of Pediatrics, Örebro University Hospital, Örebro University, Örebro, Sweden (J.F.L.).

lmesartan is one of several angiotensin II receptor antagonists used for management of hypertension since 2002.[1] Diarrhea is a common adverse effect of many medications, although the mechanisms underlying diarrhea remain unclear in most cases. Enteropathy as a cause of drug-induced diarrhea has been reported previously with the use of azathioprine and mycophenolate mofetil.[2-4] We first suspected the possible connection between enteropathy and olmesartan when 2 consecutive patients referred to our institution for evaluation of presumed refractory celiac disease reported unexplained clinical improvement during hospitalization but prompt relapse following hospital discharge. They asked if the disease course could have been due to their hypertensive medications, which were withheld on hospitalization because of hypotension. At the same time, we were studying a cohort of patients with collagenous sprue and discovered olmesartan use in one-third of the patients with a recent diagnosis of the disorder.[5] As additional patients were identified with similar clinical features (eg, chronic diarrhea, weight loss, unexplained spruelike enteropathy with or without abnormal subepithelial collagen deposition, negative celiac serology, and lack of response to gluten exclusion), a perceived association between these features and olmesartan evolved. It also became clear that these patients were unlikely to have celiac disease, as all lacked IgA tissue transglutaminase antibodies and had never responded to a gluten-free diet. The clinical observation of improvement of gastrointestinal symptoms and subsequent demonstration of histologic recovery after olmesartan withdrawal prompted us to advise our patients with unexplained spruelike enteropathy to discontinue olmesartan. We reported our observation to US Food and Drug Administration officials and submitted reports using the MedWatch system.

In this article, we describe the clinical manifestations in 22 patients with unexplained spruelike enteropathy that improved clinically after discontinuation of olmesartan.

## PATIENTS AND METHODS

This study was approved by the Mayo Clinic Institutional Review Board. Patients were considered for inclusion in the study if they had chronic diarrhea (>4 weeks) while taking olmesartan and met 2 additional criteria. First, the cause of their enteropathy

could not be established after a systematic diagnostic evaluation that included investigation for disorders associated with nonresponsive celiac disease as previously reported by our group.[6] Second, they had to improve clinically after discontinuation of olmesartan. Most of these patients had undergone extensive evaluation by their referring physicians and had had several therapeutic trials, without benefit. The electronic medical records of 24 such patients seen at Mayo Clinic in Rochester, Minnesota, between August 1, 2008, and August 1, 2011, were reviewed by one physician (M.L.H.). Two of the 24 patients were excluded from the study, 1 who had tropical sprue and 1 who improved clinically and histologically with oral budesonide before suspension of olmesartan.

### Data Abstraction

Clinical and laboratory data were abstracted from the medical record. Only data that reflected conditions that existed before suspension of olmesartan were included as baseline data. We defined categories of body weight using body mass index and World Health Organization criteria.[7] Anemia was defined in women as a hemoglobin level of less than 12 g/dL (to convert to g/L, multiply by 10) and in men as a hemoglobin level of less than 13.5 g/dL. Hypoalbuminemia was defined as an albumin value lower than 3.5 g/dL (to convert to g/L, multiply by 10). HLA-DQ typing,[8] celiac disease serology (tissue transglutaminase antibodies or deamidated gliadin peptide antibodies by enzyme-linked immunosorbent assay and endomysial antibodies on monkey esophagus by indirect immunofluorescence),[9-11] and assessment of response to a gluten-free diet were investigated. Anti-enterocyte antibodies were tested using primate intestine by indirect immunofluorescence and were performed at The Children's Hospital of Philadelphia, as reported by Akram et al.[12] Severe enteropathy was defined by the presence of at least one of the following criteria: (1) need for hospitalization because of severe dehydration, electrolyte imbalance, and/or acute renal failure, (2) need for total parenteral nutrition, and (3) weight loss of more than 10 kg.

### Histopathology

Pathology material (biopsy samples from the gastrointestinal tract) was reviewed by one of the authors (T.-T.W.). The number of intraepithelial lymphocytes per 100 epithelial cells, degree of villous atrophy graded with the modified Marsh classification,[13] presence of subepithelial collagen, degree of lamina propria inflammation, and presence of acute inflammation were assessed. The presence of aberrant or clonal intraepithelial lymphocytes was inves-

tigated by CD3 and CD8 immunostaining[14] and polymerase chain reaction,[15] respectively. When multiple small bowel biopsies were performed as part of the diagnostic evaluation and before withdrawal of the drug, the baseline biopsy was considered to be the small bowel biopsy performed closest to the date of suspension of olmesartan. Follow-up biopsies were defined as biopsies performed at least 30 days after the date of suspension of olmesartan. Other disorders of the gastrointestinal tract (when present) were diagnosed using accepted pathologic criteria (eg, microscopic colitis).[16]

### Outcomes After Suspension of Olmesartan

Clinical response was defined as the resolution of diarrhea. Weight gain was considered a positive finding. Remission required both a clinical response and confirmation by normal findings on intestinal biopsy during follow-up. All patients who had been on a gluten-free diet were followed up after reintroduction of gluten and withdrawal of corticosteroids.

### Medication Use

We reviewed the medication history of all patients, including the duration of treatment, dosage, and response of diarrhea to a trial of olmesartan withdrawal. Alternative antihypertensive drugs used after suspension of olmesartan are reported.

### Statistical Analyses

Data were summarized using descriptive statistics, including total numbers and percentages for categorical variables and median or mean (range) for continuous variables.

### RESULTS

The 22 patients (13 women) had a median age of 69.5 years (range, 47-81 years). Twenty-one of the patients were non-Hispanic white, and 1 patient was black. Patients were residents of 16 different US states (Table 1).

The most frequent clinical diagnoses at time of referral were nonresponsive/refractory celiac disease (n=10) and unexplained sprue (n=6). Most patients were taking 40 mg/d of olmesartan (range, 10-40 mg/d) for several months or years before the onset of diarrhea. Detailed information about the duration of exposure to olmesartan before onset of diarrhea was available in the medical record in 14 patients (64%). Among these, the mean duration was 3.1 years (range, 0.5-7 years). An additional 5 patients were taking olmesartan for at least 1 year before the onset of symptoms. Information about duration of exposure to olmesartan before onset of diarrhea was not available in 3 patients.

TABLE 1. Demographic Characteristics, Outcome, and Alternative Antihypertensive Drugs Used After Suspension of Olmesartan in 22 Patients With Celiac Disease–like Enteropathy

| Patient No./ sex/age (y) | Weight loss (kg) | Outcome after suspension of olmesartan[a] | Alternative antihypertensive drug |
|---|---|---|---|
| 1/F/59 | 14 | Remission | Metoprolol |
| 2/F/62 | 11 | Clinical response | None |
| 3/F/72 | 31 | Remission, weight gain (13.3 kg) | Bisoprostol-hydrochlorothiazide |
| 4/M/66[b] | 18 | Remission, weight gain (11 kg) | Metoprolol |
| 5/M/81 | 2.5 | Remission, weight loss (4.1 kg) | Lisinopril, metoprolol |
| 6/M/64 | 14 | Clinical response | Amlodipine |
| 7/F/65 | 11 | Remission, weight gain (4.2 kg) | Amlodipine, hydrochlorothiazide |
| 8/M/76 | 12 | Remission, weight gain (13.4 kg) | Amlodipine, hydrochlorothiazide |
| 9/M/64 | 20.5 | Remission, weight gain (15.7 kg) | Amlodipine, hydrochlorothiazide |
| 10/F/72 | 30 | Remission, weight gain (28 kg) | Amlodipine, atenolol, hydrochlorothiazide |
| 11/M/74 | 15 | Clinical response | Hydrochlorothiazide |
| 12/M/58 | 57 | Remission, weight gain (23.4 kg) | Amlodipine, metoprolol |
| 13/F/77 | 29 | Remission, weight gain (9.7 kg) | Atenolol, hydrochlorothiazide |
| 14/F/76 | 7 | Remission, weight gain (2.9 kg) | Hydrochlorothiazide |
| 15/M/68 | 18 | Remission, weight gain (14.9 kg) | Metoprolol |
| 16/F/71 | 9 | Remission, weight gain (11.9 kg) | Triamterene, hydrochlorothiazide |
| 17/F/66[b] | 20.5 | Clinical response, weight gain (13 kg) | Spironolactone, carvedilol |
| 18/F/64[c] | 50 | Clinical response, weight gain (4 kg) | Amlodipine |
| 19/F/75 | 41 | Remission | None |
| 20/M/47 | 32 | Remission, weight gain (13.9 kg) | Metoprolol, amlodipine, doxazosin |
| 21/F/71 | 18 | Remission, weight gain (10.2 kg) | Atenolol, hydralazine |
| 22/F/74 | 40 | Remission, weight gain (6.3 kg) | None |

[a] Weight change (defined by weight at diagnosis minus weight at last follow-up visit) is provided when available in the medical record.[5]
[b] Case previously published.[5]
[c] Non-Hispanic black.

## Clinical Manifestations

Diarrhea had been present for a median of 19.2 months (range, 3-53 months) before suspension of the drug. At the time of presentation, all patients had diarrhea and weight loss (median weight loss, 18 kg; range, 2.5-57 kg). Nausea and vomiting were present in 15 patients (68%), abdominal pain in 11 (50%), bloating in 9 (41%), and fatigue in 15 (68%). The onset of diarrhea was sudden in 9 patients. The stool frequency was extremely abnormal, with a median of 6 evacuations per day (range, 3-42 evacuations per day). Among 8 patients with timed stool collection, the mean stool weight was 933.1 g/24 h (range, 225-3225 g/24 h), and mean fecal fat was 28.3 g/24 h (range, 8-50 g/24 h). Although timed stool weight was not investigated in all patients, 14 patients (64%) required hospitalization because of severe dehydration (4 patients had acute renal failure). Total parenteral nutrition was necessary in 4 patients. At the time of the first visit at Mayo Clinic, 11 of the patients had normal weight, 6 were under-

weight, 4 were overweight, and 1 was obese. All but one patient (patient 16) met criteria for severe enteropathy.

## Laboratory Findings

Results of IgA tissue transglutaminase antibody testing were negative in all patients. IgA endomysial antibody results were negative in all 9 patients who underwent testing. HLA-DQ typing was performed in 21 patients: DQ2 was present in 15 patients, DQ8 in 2 patients, and neither DQ2 nor DQ8 in 4 patients. Anti-enterocyte antibody testing was done in 19 patients (86%), and results were negative in 16 (including 7 patients who had a positive nonspecific nuclear pattern of unknown clinical significance) and positive with a linear/apical pattern in 3.

Fourteen patients (64%) had normocytic normochromic anemia (2 had elevated red blood cell distribution width suggesting anisocytosis); the lowest hemoglobin level was 9.3 g/dL. Ten patients (45%) had hypoalbuminemia; the lowest albumin

level was 2 g/dL. Twelve patients (55%) had one (n=3) or multiple (n=9) electrolyte abnormalities. Zinc deficiency was documented in 7 patients.

Small bowel bacterial overgrowth was confirmed by culture of duodenal aspirate ($>10^5$ colony-forming units per milliliter) in 12 patients at some point during clinical evolution. A trial of oral antibiotics was used in 10 patients without clinical benefit (rifaximin in 5, tetracycline in 3, ciprofloxacin in 1, and ciprofloxacin-metronidazole in 1). An additional 2 patients received no therapy for small bowel bacterial overgrowth.

### Histologic Findings

In all patients, baseline intestinal biopsies demonstrated villous atrophy with variable degrees of mucosal inflammation (Table 2). Total villous atrophy was observed in 15 patients and partial villous atrophy in 7 patients. A thick band of subepithelial collagen deposition (collagenous sprue) was seen in 7 patients (2 cases had been reported previously[5]). Active/acute inflammation was observed in 15 patients, and increased intraepithelial lymphocytes were found in 14 patients. Aberrant (or clonal) intraepithelial lymphocytes were not detected among the 12 patients tested.

Colonoscopy with random colonic biopsies was performed in 13 patients (59%). Microscopic colitis was found in 5 patients (2 had lymphocytic colitis and 3 had collagenous colitis).

Biopsies of the stomach were available in 14 patients (64%). Lymphocytic gastritis was diagnosed in 5 patients and collagenous gastritis in 2 patients. Chronic gastritis was diagnosed in an additional 7 patients (1 had *Helicobacter pylori* infection).

### Treatment and Subsequent Course

Most of the patients in our study had undergone several therapeutic trials, without apparent clinical benefit, before referral to Mayo Clinic, including the use of a gluten-free diet for months (n=20), systemic corticosteroids and/or budesonide (n=20), opioid-derived antidiarrheal agents (most often loperamide) (n=10), pancreatic enzymes (n=4), bile acid sequestrant (n=4), metronidazole (n=4), azathioprine (n=3), and octreotide (n=3).

Clinical response was observed in all 22 patients after suspension of olmesartan. Besides tapering of corticosteroids, no medication was needed to control diarrhea after clinical response was achieved with suspension of the drug. Patients following a gluten-free diet were advised to abandon the diet immediately if they lacked the celiac susceptibility genotypes or to gradually reintroduce gluten if they were HLA-DQ2 or DQ8 positive. No patient had recurrence of symptoms after restarting a gluten-

containing diet. Follow-up body weight after suspension of olmesartan was available in 17 patients; 16 had weight gain, with a mean weight gain of 12.2 kg (range, 2.9-28 kg), and 1 patient (patient 5) who had edema at diagnosis lost 4.1 kg during follow-up despite clinical remission.

At the time of this report, follow-up intestinal biopsies have been performed in 18 patients (82%) after a mean of 242.3 days (range, 54-707 days) from the date of suspension of olmesartan. Histologic recovery of the duodenum was documented in 17 patients (Figure). Focal partial villous atrophy was observed in 1 case (patient 2) on a follow-up duodenal biopsy obtained 54 days after suspension of olmesartan. Follow-up gastric biopsies were performed at the same time as repeated biopsy of the duodenum in 6 of the 7 patients with either lymphocytic or collagenous gastritis (no gastric biopsy results were available for patient 5). Follow-up gastric biopsies showed normal mucosa in 4 patients and nonspecific mild chronic gastritis in 2 patients (patients 20 and 22). Follow-up colonoscopies with biopsies of the colon were not performed in the 5 patients with microscopic colitis.

### DISCUSSION

We describe a group of patients with unexplained severe spruelike enteropathy while taking olmesartan. We also provide evidence of both clinical and histologic improvement after suspension of olmesartan. Celiac disease was excluded by conventional methods of serology and the absence of clinical response to a gluten-free diet.[17] Other less common enteropathies were excluded (Table 3).

We acknowledge that this case series lacks all the information necessary to prove causality but rather reflects an association. No deliberate rechallenge test with olmesartan was undertaken because of the life-threatening nature of the syndrome, although 2 patients reported anecdotally that their symptoms had worsened when they restarted olmesartan before the potential association was recognized, and 2 patients experienced improvement when olmesartan was stopped when they were hospitalized (for dehydration and hypotension) and worsened in the weeks following discharge and reintroduction of olmesartan. Resolution of the presenting symptoms and subsequent histologic improvement after suspension of olmesartan, in the absence of clinical evidence of other diseases associated with enteropathy, suggest that the association is not likely to be due to chance.

Pathologic findings in the duodenal biopsy can mimic celiac disease or collagenous sprue. Clinicopathologic correlation is advised to confirm the diagnosis of olmesartan-associated enteropathy. Pathologic evidence of involvement of other organs (eg, the

**TABLE 2. In Before and After 22 Patients With Sprue-Like Enteropathy Associated With Olmesartan**

| Patient No. | Villous atrophy | IELs (/100 epithelial cells)[b] | Acute/active inflammation | Thickened collagen band | Aberrant cells/clone[c] | Outcome follow-up duodenal biopsy results | Time d[d] | Other GI findings[a] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Gastric | Colorectal |
| 1 | Total | Normal | Yes | No | No/No | Normal | 404 | Lymphocytic gastritis (HP negative, immunostain) | Collagenous colitis |
| 2 | Total | 80-100 | Yes | Yes | NA/NA | Improvement, focal partial villous atrophy | 54 | Chronic gastritis (HP negative, immunostain) | Normal |
| 3 | Total | Normal | Yes | No | No/No | Normal | 231 | NA | Collagenous colitis |
| 4 | Total | 40 | Yes | Yes | No/No | Normal | 263 | Collagenous gastritis | NA |
| 5 | Total | >100 | Yes | No | NA/NA | Normal | 54 | NA | Normal |
| 6 | Partial | 60 | No | No | NA/NA | NA | NA | NA | NA |
| 7 | Partial | >100 | No | No | No/No | Normal | 159 | NA | NA |
| 8 | Total | 40-60 | Yes | No | NA/NA | Normal | 143 | Lymphocytic gastritis (HP negative, immunostain) | Normal |
| 9 | Total | 60-80 | Yes | No | No/No | Normal | 188 | NA | NA |
| 10 | Partial | Normal | No | No | No/No | Normal | 404 | NA | NA |
| 11 | Partial | 50 | Yes | No | No/No | NA | NA | Mild lymphocytic gastritis (HP negative, immunostain) | NA |
| 12 | Partial | Normal | Yes | No | No/No | Normal, focal active duodenitis | 116 | Mild active chronic gastritis (HP negative, immunostain) | Mild active chronic colitis |
| 13 | Total | 40 | Yes | Yes | NA/NA | Normal | 171 | Active chronic gastritis (HP negative, immunostain) | NA |
| 14 | Partial | 60-80 | Yes | No | NA/NA | Normal | 240 | Mild active chronic gastritis (HP negative, immunostain) | NA |
| 15 | Total | Normal | No | Yes | NA/NA | Normal | 181 | Mild chronic gastritis (HP negative, no immunostain) | Normal |
| 16 | Total | Normal | No | Yes | No/No | Normal | 607 | Collagenous gastritis | Collagenous colitis |
| 17 | Total | 40-60 | Yes | No | No/No | NA | NA | Mild chronic gastritis (HP negative, no immunostain) | Focal acute colitis |
| 18 | Partial | Normal | No (marked eosinophilia) | No | NA/NA | NA | NA | NA | NA |
| 19 | Total | 30 | Yes | No | NA/NA | Normal | 76 | Severe active chronic gastritis and ulceration (HP negative, immunostain) | NA |
| 20 | Total | Normal | No | Yes | No/No | Normal | 707 | Lymphocytic gastritis (HP positive) | Lymphocytic colitis |
| 21 | Total | 80-100 | Yes | No | NA/NA | Normal | 179 | NA | Lymphocytic colitis |
| 22 | Total | 80 | Yes | No | NA/NA | Normal | 184 | Lymphocytic gastritis (HP negative, immunostain) | Normal |

[a] HP = Helicobacter pylori; IELs = intraepithelial lymphocytes; NA = not available.
[b] Normal, <25/100 epithelial cells.
[c] Aberrant cells defined by >50% CD3[+]/CD8[-]. IELs on immunostaining; clone defined by T-cell receptor gene clonal rearrangement by polymerase chain reaction.
[d] Time from suspension of olmesartan to follow-up biopsy.
[e] Any time before suspension of olmesartan.

OLMESARTAN AND ENTEROPATHY





FIGURE. Photomicrographs showing reversible spruelike enteropathy associated with olmesartan (hematoxylin-eosin, original magnification ×100). A, Duodenal biopsy specimen obtained while the patient was taking olmesartan shows total villous atrophy and intraepithelial lymphocytosis. B, Biopsy specimen obtained 6 months after withdrawal of olmesartan and initiation of a gluten-containing diet shows recovery of villi on duodenal mucosa.

stomach and colon) suggests that this disorder may affect the entire gastrointestinal tract. We provide evidence of resolution of inflammation and/or fibrosis in the stomach and duodenum after suspension of olmesartan, implying that these changes are associated with the use of olmesartan. Even though follow-up colonoscopies were not performed in the 5 patients with documented microscopic colitis, clinical remission was achieved in all of these patients, a very unlikely outcome in the presence of persistent inflammation or fibrosis of the colon. Recovery of duodenal mucosa in a relatively short time (median of 8 months from suspension of olmesartan to follow-up biopsies) is a relevant clinical observation because mucosal recovery in other small bowel disorders, such as celiac disease, may take years to occur despite adherence to a gluten-free diet, especially in older adults.[18,19]

Finding small bowel bacterial overgrowth in 12 patients is intriguing and consistent with prior observations of association of small bowel bacterial overgrowth and enteropathy in symptomatic patients with celiac disease.[20,21] The reason for this association is unknown. Thus, although small bowel bacterial overgrowth is a well-recognized cause of chronic diarrhea in the right clinical setting,[22] in this series, the lack of clinical response to oral antibiotics suggests that gastrointestinal symptoms are not explained by the effects of an increased number of bacteria in the small bowel.

The mechanisms underlying olmesartan-associated enteropathy are unknown. The long delay between onset of olmesartan therapy and the development of diarrhea (and enteropathy) suggests cell-mediated immunity damage rather than type I hypersensitivity. Recently, angiotensin receptor blockers have been suggested to have inhibitory effects on transforming growth factor $\beta$ action.[23,24] Transforming growth factor $\beta$ is crucially important in the maintenance of gut immune homeostasis.[25,26] Olmesartan is an orally administrated prodrug (olmesartan medoxomil) that is rapidly metabolized to the active component (olmesartan) by esterases in the gastrointestinal mucosa, portal blood, and liver.[27] Nevertheless, the possible role of transforming growth factor $\beta$ inhibition in olmesartan-associated enteropathy is a question that requires investigation. We do not know if other angiotensin II receptor blockers can be associated with a similar form of enteropathy, but active investigation for similar cases among patients using other drugs of the same class is under way. All our patients with olmesartan-associated enteropathy received antihypertensive drugs from a different class after suspension of olmesartan. HLA-DQ2 was present in 68% of patients with olmesartan-associated enteropathy, a prevalence higher than the 25% to 30% expected for the general population,[28,29] suggesting that perhaps



Gastrointestinal symptoms (eg, chronic diarrhea, weight loss, steatorrhea)

Negative IgA tissue transglutaminase antibodies (or endomysial antibodies)

Evidence of enteropathy (villous atrophy) with or without collagen deposition or intraepithelial lymphocytosis

Lack of clinical response to gluten exclusion

Exclusion of other causes of enteropathy (eg, celiac disease)

Evidence of clinical and histologic improvement after suspension of olmesartan

the presence of HLA-DQ2 may increase the risk of immune-mediated damage in these patients. This may be another example of drug-associated enteropathy of which the medical community should be aware and could result in the identification of several more cases.

## CONCLUSION

We report a unique case series to support a novel association between severe sprulelike enteropathy and olmesartan. Physicians who encounter patients with diarrhea syndromes should consider medications as a cause, although the potential role for olmesartan had not been considered in these patients by any of the physicians prescribing the medications or treating the diarrheal illness.

**Grant Support:** This study was supported by National Institutes of Health grant R01-DK57892 (J.A.M.); American College of Gastroenterology Junior Faculty Development Award (A.R.-T.); The Swedish Society of Medicine, the Swedish Research Council – Medicine (522-2A09-195), the Swedish Celiac Society, and the Fulbright Commission (J.F.L.).

**Correspondence:** Address to Joseph A. Murray, MD, Division of Gastroenterology and Hepatology, Mayo Clinic, 200 First St SW, Rochester, MN 55905 (murray.joseph@mayo.edu).

## REFERENCES

1. The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure. Bethesda, MD: National Institutes of Health, National Heart, Lung, and Blood Institute, US Department of Health and Human Services; 2004. NIH Publication No. 04-5230.
2. Ziegler TR, Fernández-Estívariz C, Gu LH, Fried MW, Leader LM. Severe villus atrophy and chronic malabsorption induced by azathioprine. Gastroenterology. 2003;124(7):1950-1957.
3. Kamar N, Faure P, Dupuis E, et al. Villous atrophy induced by mycophenolate mofetil in renal-transplant patients. Transpl Int. 2004;17(8):463-467.
4. Weclawiak H, Ould-Mohamed A, Bournet B, et al. Duodenal villous atrophy: a cause of chronic diarrhea after solid-organ transplantation. Am J Transplant. 2011;11(3):575-582.
5. Rubio-Tapia A, Talley NJ, Gurudu SR, Wu TT, Murray JA. Gluten-free diet and steroid treatment are effective therapy for most patients with collagenous sprue. Clin Gastroenterol Hepatol. 2010;8(4):344-349.e3.
6. Abdulkarim AS, Burgart LJ, See J, Murray JA. Etiology of nonresponsive celiac disease: results of a systematic approach. Am J Gastroenterol. 2002;97(8):2016-2021.
7. Global Database on Body Mass Index. World Health Organization Web site. http://apps.who.int/bmi/index.jsp?introPage=intro_3.html. Updated August 6, 2011. Accessed April 12, 2012.
8. Olerup O, Aldener A, Fogdell A. HLA-DQB1 and -DQA1 typing by PCR amplification with sequence-specific primers (PCR-SSP) in 2 hours. Tissue Antigens. 1993;41(3):119-134.
9. Collin P, Kaukinen K, Vogelsang H, et al. Antiendomysial and antihuman recombinant tissue transglutaminase antibodies in the diagnosis of coeliac disease: a biopsy-proven European multicentre study. Eur J Gastroenterol Hepatol. 2005;17(1):85-91.
10. Chorzelski TP, Beutner EH, Sulej J, et al. IgA anti-endomysium antibody: a new immunological marker of dermatitis herpetiformis and coeliac disease. Br J Dermatol. 1984;111(4):395-402.
11. Ladinser B, Rossipal E, Pittschieler K. Endomysium antibodies in coeliac disease: an improved method. Gut. 1994;35(6):776-778.
12. Akram S, Murray JA, Pardi DS, et al. Adult autoimmune enteropathy: Mayo Clinic Rochester experience. Clin Gastroenterol Hepatol. 2007;5(11):1282-1290; quiz 1245.
13. Marsh MN. Gluten, major histocompatibility complex, and the small intestine: a molecular and immunobiologic approach to the spectrum of gluten sensitivity ('celiac sprue'). Gastroenterology. 1992;102(1):330-354.
14. Patey-Mariaud De Serre N, Cellier C, Jabri B, et al. Distinction between coeliac disease and refractory sprue: a simple immunohistochemical method. Histopathology. 2000;37(1):70-77.
15. Ashton-Key M, Diss TC, Pan L, Du MQ, Isaacson PG. Molecular analysis of T-cell clonality in ulcerative jejunitis and enteropathy-associated T cell lymphoma. Am J Pathol. 1997;151(2):493-498.
16. Pardi DS, Kelly CP. Microscopic colitis. Gastroenterology. 2011; 140(4):1155-1165.
17. Rostom A, Murray JA, Kagnoff MF. American Gastroenterological Association (AGA) Institute technical review on the diagnosis and management of celiac disease. Gastroenterology. 2006;131(6):1981-2002.
18. Rubio-Tapia A, Rahim MW, See JA, Lahr BD, Wu TT, Murray JA. Mucosal recovery and mortality in adults with celiac disease after treatment with a gluten-free diet. Am J Gastroenterol. 2010;105(6):1412-1420.
19. Wahab PJ, Meijer JW, Mulder CJ. Histologic follow-up of people with celiac disease on a gluten-free diet: slow and incomplete recovery. Am J Clin Pathol. 2002;118(3):459-463.
20. Tursi A, Brandimarte G, Giorgetti G. High prevalence of small intestinal bacterial overgrowth in celiac patients with persistence of gastrointestinal symptoms after gluten withdrawal. Am J Gastroenterol. 2003;98(4):839-843.
21. Rubio-Tapia A, Barton SH, Rosenblatt JE, Murray JA. Prevalence of small intestine bacterial overgrowth diagnosed by quantitative culture of intestinal aspirate in celiac disease. J Clin Gastroenterol. 2009;43(2):157-161.
22. Teo M, Chung S, Chitti L, et al. Small bowel bacterial overgrowth is a common cause of chronic diarrhea. J Gastroenterol Hepatol. 2004;19(8):904-909.
23. Matt P, Schoenhoff F, Habashi J, et al; GenTAC Consortium. Circulating transforming growth factor-beta in Marfan syndrome. Circulation. 2009;120(6):526-532.
24. Kagami S, Border WA, Miller DE, Noble NA. Angiotensin II stimulates extracellular matrix protein synthesis through induction of transforming growth factor-beta expression in rat glomerular mesangial cells. J Clin Invest. 1994;93(6):2431-2437.
25. Macdonald TT, Monteleone G. Immunity, inflammation, and allergy in the gut. Science. 2005;307(5717):1920-1925.
26. Coombes JL, Robinson NJ, Maloy KJ, Uhlig HH, Powrie F. Regulatory T cells and intestinal homeostasis. Immunol Rev. 2005;204:184-194.
27. Scott LJ, McCormack PL. Olmesartan medoxomil: a review of its use in the management of hypertension. Drugs. 2008;68(9): 1239-1272.
28. Sollid LM, Markussen G, Ek J, Gjerde H, Vartdal F, Thorsby E. Evidence for a primary association of celiac disease to a particular HLA-DQ alpha/beta heterodimer. J Exp Med. 1989; 169(1):345-350.
29. Kaukinen K, Partanen J, Mäki M, Collin P. HLA-DQ typing in the diagnosis of celiac disease. Am J Gastroenterol. 2002;97(3): 695-699.

Exhibit B

Protected Information - Daniel A. Leffler, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF NEW JERSEY

 3

 4    * * * * * * * * * * * * * * * *

 5    IN RE:  BENICAR (OLMESARTAN)    * CIVIL NO.

                                      15-2606(RBK)(JS)

 6    PRODUCTS LIABILITY LITIGATION   *

 7                                    * JUDGE KUGLER

 8    THIS DOCUMENT RELATES TO ALL    *

 9    CASES                           * MAG. JUDGE

10                                    * SCHNEIDER

11    * * * * * * * * * * * * * * * *

12             * PROTECTED INFORMATION *

13

14        DEPOSITION OF DANIEL A. LEFFLER, M.D.

15               ROBINS & KAPLAN

16             800 Boylston Street

17            Boston, Massachusetts

18         February 3, 2017    8:32 a.m.

19

20

21

22          Maryellen Coughlin, RPR/CRR

23

24

25
```

Protected Information - Daniel A. Leffler, M.D.

```
 1    APPEARANCES:

 2    Representing the Plaintiffs:

 3           ROBINS & KAPLAN

 4           800 Lasalle Avenue, Suite 2800

 5           Minneapolis, Minnesota 55402

 6           BY:  Tara D. Sutton, Esq.

 7                Holly H. Dolejsi, Esq.

 8           612.349.8500

 9           tsutton@robinskaplan.com

10           hdolejsi@robinskaplan.com

11

12    Representing the Plaintiffs:

13           LIEFF CABRASER HEIMANN & BERNSTEIN

14           275 Battery Street

15           San Francisco, California 94111

16           BY:  Lexi J. Hazam, Esq.

17           415.956.1000

18           lhazam@lchb.com

19

20

21

22

23

24

25
```

Protected Information - Daniel A. Leffler, M.D.

```
 1    FURTHER APPEARANCES:

 2    Representing the Defendants:

 3            BOWMAN AND BROOKE LLP

 4            2901 Via Fortuna Drive, Suite 500

 5            Austin, Texas 78746

 6            BY:  Randall J. Christian, Esq.

 7                 William G. Childs, Esq.

 8            512.874.3800

 9            randy.christian@bowmanandbrooke.com

10            bill.childs@bowmanandbrooke.com

11

12    Representing the Defendants:

13            DRINKER BIDDLE & REATH LLP

14            500 Campus Drive

15            Florham Park, New Jersey 07932

16            BY:  Susan M. Sharko, Esq.

17            973.549.7350

18            susan.sharko@dbr.com

19

20

21

22

23

24

25
```

Protected Information - Daniel A. Leffler, M.D.

1    deposition.

2              When we use the term olmesartan,

3    you understand that to be the name of several

4    marketed hypertension drugs which include

5    Benicar, Benicar HCT, Azor and Tribenzor?

6         A.    I do.

7         Q.    And we may occasionally use the

8    term ARB or ARBs, that's A-R-B-s.

9              You understand that's a class of

10   Angiotension II Receptor Blockers that are used

11   to treat hypertension?

12        A.    I do.

13     (Whereupon, Deposition Exhibit 2,

14       "Severe Spruelike Enteropathy Associated

15       with Olmesartan," Rubio-Tapia, et al,

16       was marked for identification.)

17   BY MR. CHRISTIAN

18        Q.    We'll also be talking about a

19   condition called sprue-like enteropathy, and I've

20   marked as Exhibit No. 2 to your deposition an

21   article that was published in 2012 in the Mayo

22   Clinic Proceedings entitled, "Severe Spruelike

23   Enteropathy Associated With Olmesartan." You're

24   familiar with this article?

25        A.    I am.

Protected Information - Daniel A. Leffler, M.D.

1      Q.      And this was the first publication

2  discussing the potential association between

3  olmesartan and sprue-like enteropathy?

4              MS. SUTTON:  Objection, form,

5  foundation.  You can answer.

6      A.      Yes, so in -- this was the first

7  article that really -- that really focussed on

8  this.

9              The only other place that this

10  showed up beforehand to my knowledge was in an

11  article on collagenous sprue by the same authors

12  of the Mayo Clinic, where they note that a number

13  of patients were on olmesartan, and then this is

14  the first article that followed that up.

15     Q.      In the 2010 article that you

16  referred to, they just list that some patients

17  were taking olmesartan, correct?

18     A.      Exactly.

19              MS. SUTTON:  Objection, form.  Just

20  wait for me to finish.

21     Q.      In that 2010 article you referred

22  to, there's no discussion of a possible

23  association between olmesartan and collagenous

24  sprue or sprue-like enteropathy, correct?

25              MS. SUTTON:  Same objection.

Protected Information - Daniel A. Leffler, M.D.

1        A.      So in that article, they state that

2   this is an association that deserves further

3   evaluation.

4        Q.      With respect to olmesartan?

5        A.      With respect to olmesartan.

6        Q.      And you understand that when I ask

7   you questions today -- when I ask you questions

8   about sprue-like enteropathy in patients taking

9   olmesartan, that I'm asking you about the

10  clinical features that are described in

11  Exhibit No. 2?

12                  MS. SUTTON:  Objection, form.

13       A.      So when I think about olmesartan

14  enteropathy, it can cover a range of symptoms,

15  many of which are noted in this paper but some

16  that may not be.

17      (Whereupon, Deposition Exhibit 3,

18       Table No. 3 from the Mayo 2012 article,

19       was marked for identification.)

20  BY MR. CHRISTIAN

21       Q.      Okay.  Within Exhibit No. 2, there

22  is a table number 3 on page 737.  Just to make it

23  easier to read I've marked a blowup,

24  Exhibit No. 3, of that exact table.

25                  You see here that this table is

Protected Information - Daniel A. Leffler, M.D.

1   describing the clinical features of sprue-like

2   enteropathy associated with olmesartan?

3        A.      Yes.

4        Q.      And do you agree that these are the

5   clinical features of sprue-like enteropathy?

6                MS. SUTTON:  Objection, form,

7   foundation.

8        A.      So I think that these -- that many

9   patients in many cases that I've seen with

10  olmesartan enteropathy have these features, some

11  or all of them.

12               I don't think this is a completely

13  exhaustive list of all the features of olmesartan

14  enteropathy, and I don't think that you need all

15  these features to be present to have olmesartan

16  enteropathy, but I think this is a representative

17  table.

18       Q.      And have you published a

19  representative table of characteristics of

20  sprue-like enteropathy with olmesartan?

21       A.      I have not.

22       Q.      But you have -- you have added

23  additional clinical features that you consider to

24  be associated with sprue-like enteropathy?

25               MS. SUTTON:  Objection, form.

Protected Information - Daniel A. Leffler, M.D.

1      A.      Based on subsequent reports in the

2  literature and my own clinical experience, yes, I

3  think that there are -- that it is acknowledged

4  that there's a wider spectrum of presentation

5  than was initially noted in this first 2012

6  article.

7      Q.      And what features would you add to

8  Exhibit No. 3 --

9              MS. SUTTON:  Objection, form.

10     Q.      -- that is not included by the

11  authors of Exhibit No. 2?

12             MS. SUTTON:  Objection, form.  You

13  can answer.

14     A.      So I think that there are -- I

15  think the way this table is, but it's not

16  entirely clear what symptoms you need or what

17  tests you need or don't need to diagnose

18  olmesartan enteropathy.

19             I think gastrointestinal symptoms,

20  as is sort of noted by the e.g., they don't

21  suggest that the chronic diarrhea, weight loss

22  and steatorrhea are the only symptoms you can

23  have.  The other ones that seem to be common are

24  vomiting and abdominal pain.

25             At this point, you don't need a

Protected Information - Daniel A. Leffler, M.D.

1    negative tissue transglutaminase antibody to make

2    the diagnosis of olmesartan enteropathy.

3              The enteropathy has been shown to

4    be more variable and patchy, so it's not

5    always -- you don't always see frank villous

6    atrophy on every biopsy of a patient with

7    olmesartan enteropathy.

8              The lack of clinical response to

9    gluten exclusion I agree with.  Again, the

10   exclusion of other causes of enteropathy, I think

11   as we -- as the clinical community has become

12   more familiar with this condition, recognizes

13   that once there is clinical improvement off of

14   olmesartan you don't -- that you have by

15   definition excluded other causes of enteropathy.

16             So I think the way this is written

17   it suggests that you need to go through an

18   exhaustive evaluation at the very onset before

19   you consider the diagnosis, which I do not think

20   is current standard of prac- -- of my practice

21   certainly.

22             And, again, for clinical

23   improvement after suspension of olmesartan, I

24   certainly agree, but the histologic improvement,

25   the need for a second invasive procedure would

Protected Information - Daniel A. Leffler, M.D.

1    not be considered routine.

2        Q.      Dr. Leffler, is it your testimony

3    that in order to diagnose sprue-like enteropathy

4    you do not need to exclude other causes of

5    enteropathy if the patient ceases olmesartan and

6    recovers from their symptoms.

7            MS. SUTTON:  Objection, form.

8        A.      So I think the fact that your

9    clinical syndrome improves with cessation of

10   olmesartan does by definition exclude the other

11   causes, 'cause no other cause of enteropathy, of

12   malabsorption would be expected to improve when

13   the only clinical change was the removal of the

14   olmesartan.

15       Q.      When I ask you questions today

16   about sprue-like enteropathy -- well, let me

17   strike that and rephrase.

18            You use the term "olmesartan

19   enteropathy" in your report, correct?

20       A.      Correct.

21       Q.      And when I'm asking you questions

22   about sprue-like enteropathy, you understand that

23   that is the same thing as olmesartan enteropathy?

24            MS. SUTTON:  Objection to form.

25       A.      So I actually think of those terms

Protected Information - Daniel A. Leffler, M.D.

1    likely be doing blood work anyway.  But, again,

2    if the patient responds well to olmesartan

3    withdrawal, there'd be no need to get that celiac

4    blood test.

5         Q.     Objection, non-responsive.

6                Dr. Leffler, is it your opinion

7    that to diagnose sprue-like enteropathy

8    associated with olmesartan that you do not need a

9    negative IgA test?

10               MS. SUTTON:  Objection, form, asked

11   and answered.

12        A.     So, yes, I think that you do not

13   need a negative IgA-tTG celiac blood test, tissue

14   transglutaminase test, to diagnose olmesartan

15   enteropathy in all cases.

16        Q.     Well, do you need it in some cases?

17        A.     I think that because of the --

18   often the difficulty and the lack of awareness of

19   olmesartan enteropathy, many patients are

20   initially considered to have celiac disease and

21   placed on a gluten-free diet, whereas they do not

22   have response to a gluten-free diet, but in those

23   cases, confirming that they do not have celiac

24   disease, which is the reason they're not

25   responding to a gluten-free diet, by having a

Protected Information - Daniel A. Leffler, M.D.

1    negative tTG at time of that initial

2    consideration of celiac disease can be helpful.

3    But, again, the diagnosis is based on the

4    response to olmesartan withdrawal, not the

5    results of the celiac blood test.

6         Q.      Doctor, you understand and agree

7    that celiac disease is something different than

8    sprue-like enteropathy associated with

9    olmesartan?

10        A.      Yes, these are different

11   conditions.

12        Q.      And you agree that olmesartan does

13   not cause celiac disease, correct?

14        A.      So olmesartan does not cause -- we

15   do not believe causes celiac disease.

16              There have been some cases reported

17   where patients after having olmesartan -- what

18   appears to be olmesartan enteropathy are then

19   later found to also have celiac disease.  Whether

20   or not an initial injury to the small intestine

21   causing increased passage of antigens, such as

22   gluten, could in some cases trigger celiac

23   disease in an otherwise genetically predisposed

24   individual I think is an open question.  It's

25   plausible.  We see that with other conditions.

Protected Information - Daniel A. Leffler, M.D.

1   independent clinical condition was in the 2012

2   article.

3        Q.      So the first time that you became

4   aware of a clinical condition called severe

5   sprue-like enteropathy associated with olmesartan

6   was when Exhibit No. 2 came out, was published?

7             MS. SUTTON:  Objection, form and

8   foundation.

9        A.      Yes, I think it was after this 2012

10  article that I and many of my colleagues became

11  convinced that this was a true clinical entity.

12       Q.      And you recognize that the authors

13  of Exhibit No. 2 when they published this,

14  recognized this as a novel association between

15  sprue-like enteropathy and olmesartan, correct?

16            MS. SUTTON:  Objection to form.

17       A.      Correct.  Aside from this

18  publication in 2010 noting that there was, I am

19  not aware, and I do not believe they were aware

20  of any prior publications in the medical

21  literature.

22       Q.      I'm going to mark as Exhibit No. 4

23  to your deposition a 2010 publication entitled

24  "Gluten-Free Diet and Steroid Treatment Are

25  Effective Therapy for Most Patients With

Protected Information - Daniel A. Leffler, M.D.

1       Q.      And the symptoms that you list

2    here, one of the sources of those is

3    Exhibit No. 2, the 2012 publication, correct?

4                   MS. SUTTON:  Objection, form.

5       A.      Correct, one of the -- yeah,

6    correct.

7       Q.      And you include things that they

8    included in their Table 3, including diarrhea and

9    weight loss, correct?

10      A.      Correct.

11                  MS. SUTTON:  Objection, form.

12      Q.      When you say "related symptoms,"

13   are there other symptoms that you include as

14   characteristics of sprue-like enteropathy?

15      A.      So yes.  I mean -- so there are --

16   you know, when people have gastrointestinal

17   injury from sprue-like enteropathy or from

18   similar conditions like celiac disease, there can

19   be a pretty wide range of symptoms, anything from

20   alternating bowel habits.  So patients don't

21   always have diarrhea.  They can even have periods

22   of constipation.  They can have fecal

23   incontinence, severe fatigue.  There can be extra

24   intestinal manifestations, skin changes related

25   to vitamin deficiencies, bone loss.  So, you

Protected Information - Daniel A. Leffler, M.D.

1   know, the related symptoms, especially around

2   malabsorption and around severe gastrointestinal

3   injury, can be fairly broad.

4          Q.       If someone wanted to know what

5   Dr. Leffler's characteristics of sprue-like

6   enteropathy are, where would they go to find

7   that?

8                   MS. SUTTON:  Objection, form.

9          A.       So outside of a gastroenterology

10  board review textbook that I've written where I

11  did write about olmesartan enteropathy, there

12  really -- there's nowhere where I have a specific

13  list of symptoms that I would associate myself

14  with -- that I've written where I've associated

15  with olmesartan enteropathy.  I think what I and

16  most clinicians would do is read through the

17  literature and read through the many case reports

18  and case series, as well as taking into account

19  our own clinical practice, to develop an idea of

20  what the spectrum of symptoms that you see

21  associated with olmesartan enteropathy are.

22         Q.       So this test preparation guideline

23  that you prepared; is that what you're referring

24  to?

25         A.       Yes.

Protected Information - Daniel A. Leffler, M.D.

1          MS. SUTTON:  Objection, form.

2     A.      Yeah, as we talked about a few

3  minutes ago, there is no specific symptom that is

4  specific to a specific etiology of intestinal

5  damage.  So you damage your intestine, whether

6  it's due to a virus or celiac disease or

7  olmesartan, and you can have very similar

8  symptoms.

9     Q.      Is there a number of symptoms that

10  would be required before you could diagnose

11  somebody with sprue-like enteropathy?

12     A.      No, not at all.  Just like with

13  celiac disease, some people can be relatively

14  minimally symptomatic.  You know, we -- actually,

15  probably even with celiac disease people can be

16  totally asymptomatic despite having significant

17  intestinal damage leading to extraintestinal

18  manifestations like liver damage or bone loss.

19  So you don't need symptoms.  There's no symptom

20  threshold to make a diagnosis for any

21  gastrointestinal disorder.

22     Q.      So if you have a patient come in to

23  you, Dr. Leffler, that was taking olmesartan, had

24  experienced weight loss.  They took -- you took

25  them off olmesartan and they gained weight back,

Protected Information - Daniel A. Leffler, M.D.

1   history and all you know is somebody has

2   abdominal pain it would be very hard then to know

3   what could be the potential cause of that

4   symptom.

5        Q.       You noticed when you were looking

6   at the medical literature on sprue-like

7   enteropathy that there is a wide variation of

8   what may be termed latency -- I mean onset of

9   sprue-like enteropathy symptoms from the time

10   that the patient began olmesartan, correct?

11        A.       Correct.

12        Q.       Okay.  That ranges anywhere from a

13   matter of a few weeks after a patient starts

14   taking olmesartan, correct?

15        A.       Correct.

16        Q.       Up to several years, correct?

17        A.       Correct.

18        Q.       You excluded in your MedWatch

19   review a patient who had only been on olmesartan

20   for one week before symptoms began.

21             Do you have a threshold where you

22   would exclude patients as not having sprue-like

23   enteropathy based upon a shorter duration of

24   usage?

25             MS. SUTTON:  Objection, form.

Protected Information - Daniel A. Leffler, M.D.

1      A.      So I specifically do not have an

2  absolute threshold.  I do think though, you know,

3  because the majority of cases described of

4  olmesartan enteropathy had been on for months or

5  years, a case that occurs that quickly is perhaps

6  more likely to be a different mechanism of

7  adverse drug reaction or hypersensitivity

8  reaction or the like.

9          So, again, while this case, if

10 there was more data, may wind up having been

11 completely consistent with olmesartan

12 enteropathy, it was atypical in that way, and so

13 just in order to have a -- yeah.

14     Q.      And is there any time -- so you're

15 not ruling out any duration of time between

16 olmesartan usage and onset of symptoms that you

17 would exclude as being too short of a time for

18 someone who has sprue-like enteropathy, correct?

19          MS. SUTTON:  Objection, form, asked

20 and answered.

21     A.      So I think that an immune reaction

22 like this needs to develop.  It shouldn't happen

23 on the first exposure.

24          So if you took -- if you had the

25 symptom with your first exposure, your first pill

Protected Information - Daniel A. Leffler, M.D.

1    of olmesartan, I would think that that could not

2    be -- that would not be consistent with what we

3    understand to be the mechanism of olmesartan

4    enteropathy.

5                   After that, though, it's just like

6    in celiac disease, you see people develop it very

7    quickly, in infancy, and you see people in their,

8    you know, late 60s, 70s, 80s even develop celiac

9    disease for the first time.  So I think

10   outside -- but they have to have some time of

11   initial exposure in order to develop the disease.

12       Q.       Do we know why there's such a broad

13   range in latency in celiac disease?

14       A.       We have some ideas.  You know,

15   there is likely a -- you know, you have the

16   genetic predisposition for celiac disease, which

17   you have since birth, obviously, 'cause it's

18   genetic.  Then you have the one other necessary

19   component which is gluten exposure.  So,

20   obviously, you can't get celiac disease until you

21   have exposure to the antigen, same as with

22   olmesartan enteropathy, and then there are a

23   number of other environmental and genetic factors

24   which play a role in peoples' predisposition to

25   get celiac disease.  And so for some people who

Protected Information - Daniel A. Leffler, M.D.

1    are in the right environment and have the right

2    set of complementary genes, they are highly

3    likely to get celiac disease, and it takes very

4    little so they get it very quickly.  Other people

5    have a higher threshold, and it probably takes a

6    second environmental hit at least.  That's why we

7    see people develop celiac disease after

8    pregnancy, after a gastrointestinal infection,

9    after a surgery, after chemotherapy.  You need a

10   second stressor to damage the intestine or

11   stimulate the immune system such that it can

12   respond to gluten in an improper way.

13        Q.      And is it your opinion that for

14   sprue-like enteropathy you need a second stressor

15   to have that come into fruition?

16              MS. SUTTON:  Objection, form.

17        A.      So I think this is likely very

18   similar to celiac disease.  Whereas in some

19   people based on the -- maybe the microbion, maybe

20   their environment, maybe their pre-existing

21   genetics, you probably don't need a second hit.

22   They're probably predisposed from the very

23   beginning, and other people you likely do need

24   some extra event in order to precipitate that

25   immune reaction, and that's why you see that wide

Protected Information - Daniel A. Leffler, M.D.

1   range of latency in these types of diseases.

2          Q.       And you've seen in sprue-like

3   enteropathy patients who were on olmesartan for a

4   number of years, correct, before exhibiting

5   symptoms of sprue-like enteropathy?

6                   MS. SUTTON:  Objection, form.

7          A.       Correct.

8          Q.       And is there any cutoff that you

9   would impose?  If someone was taking olmesartan

10  for ten years and began having symptoms, you

11  would still be able to diagnose that person with

12  sprue-like enteropathy?

13         A.       Yes, using celiac disease as the

14  analogy.  I think as long as there's continued

15  exposure to the drug, there is no -- there's no

16  time at which it is not possible to develop that.

17         Q.       Do you think it's unusual for a

18  distinct clinical entity to have such a broad

19  range of latency?

20                  MS. SUTTON:  Objection, form.

21         A.       You know, because of our -- because

22  of what we know about celiac disease, and

23  actually all -- and most other inflammatory

24  disorders, especially in the gastrointestinal

25  tract.  You know, think of Crohn's disease.  You

Protected Information - Daniel A. Leffler, M.D.

1    know, there's two peaks, one in the teens and

2    early adulthood and the other in the 40s and 50s.

3    Same disease, but it's just a hugely different

4    latency, decades different.   But we think it --

5    you know, for Crohn's disease we think it's both

6    an improper reaction to the intestinal microbion

7    which you've had with you your entire life.   So I

8    think this is just what we see with these type of

9    diseases, that latency varies based, again, on

10   genetics and environment and a variety of other

11   factors.

12          Q.       Going to the topic of dechallenge.

13   So you're talking about after someone has some

14   symptoms of sprue-like enteropathy.   They're on

15   olmesartan, and you take them off olmesartan,

16   that would be what we refer to as dechallenge?

17          A.       Correct.

18          Q.       In order for there to be a positive

19   dechallenge, you would require clinical

20   resolution of the symptoms after olmesartan

21   withdrawal?

22                   MS. SUTTON:   Objection, form.

23          A.       So I would say you would need at

24   least clinical improvement.   Resolution, as we

25   see with, again, celiac disease can take a long

Protected Information - Daniel A. Leffler, M.D.

1    time, and so, you know, months.   In some

2    patients, especially if they're older patients

3    with comorbidities, we know from celiac disease

4    that it can take over a year to really get a

5    clear clinical -- you know, even that it may

6    never get full clinical resolution, but they'll

7    get improvement, but it often takes months.   So

8    as long as there's improvement, I would consider

9    that a positive dechallenge.

10        Q.       So would you disagree with the

11   authors of the Mayo Clinic study that a

12   dechallenge requires clinical resolution of the

13   symptoms after olmesartan withdrawal?

14              MS. SUTTON:   Objection, form,

15   foundation.

16        A.       So I think that if -- yeah, I

17   think -- I mean -- can I see that?   Where do they

18   say that, do you know?

19        Q.       Sure.

20        (Whereupon, Deposition Exhibit 5,

21          "Sprue-Like Enteropathy Associated With

22          Olmesartan: A New Kid on the Enteropathy

23          Block," Hujoel, et al,

24          was marked for identification.)

25

Protected Information - Daniel A. Leffler, M.D.

```
1    BY MR. CHRISTIAN
2         Q.        I've marked as Exhibit No. 5 a
3    study by Hujoel and Rubio-Tapia from 2016
4    entitled "Sprue-Like Enteropathy Associated With
5    Olmesartan:  A New Kid on the Enteropathy Block."
6                   Have you reviewed Exhibit 5 before?
7         A.        Yes, I have seen this paper before.
8         Q.        And do you see on the first column
9    the last full sentence of Exhibit 5 says,
10   "Confirmation of diagnosis requires a clinical
11   resolution of symptoms after olmesartan
12   withdrawal."  And you're telling us that you
13   disagree with that?
14                  MS. SUTTON:  Objection to form.
15        A.        So I think that I would actually
16   agree more with their figure on the -- Figure 1
17   on page 63 where they have Step 1 is olmesartan
18   withdrawal, and then they use the term response
19   rather than resolution, 'cause I think that's
20   really what we expect to see.
21        Q.        So you do disagree that
22   confirmation of diagnosis requires clinical
23   resolution of symptoms after olmesartan
24   withdrawal?
25                  MS. SUTTON:  Objection to form.
```

Protected Information - Daniel A. Leffler, M.D.

1        A.       Yes, I think full resolution is not

2   necessary but response is, as they say later in

3   Figure 1.

4        Q.       And their Figure 1 is their outline

5   of a diagnostic chart for sprue-like enteropathy?

6        A.       Yes, correct.

7        Q.       And you see the "Supporting

8   evidence" --

9        A.       Mm-hmm.

10       Q.       -- over on the right-hand side.

11  "Patient taking olmesartan," correct?

12       A.       Correct.

13       Q.       "Confirmation of small bowel

14  histology findings consistent with villous

15  atrophy and/or collagenous sprue."  Now, you

16  disagree with that requirement, correct?

17                MS. SUTTON:  Objection form.

18       A.       So in this algorithm, they actually

19  start with seronegative villous atrophy.  So they

20  start with the knowledge that the patient has

21  enteropathy.

22                If they started with the suspicion

23  based on clinical symptoms, then I would

24  disagree, but since they already have this -- you

25  know, that invasive procedure has already been

Protected Information - Daniel A. Leffler, M.D.

1    done.  So once it's done, yes, you would look to

2    confirm that with the biopsies 'cause there's no

3    added risk to the patient.

4         Q.      But what level of improvement would

5    qualify as a positive dechallenge in your opinion

6    if not complete clinical resolution?

7         A.      Yes, so improvement varies from --

8    improvement really is -- it's hard to make a

9    single rule for how much improvement you need

10   'cause the clinical presentation can be so

11   different.

12              You know, in somebody who has

13   severe malabsorption and weight loss and being

14   hospitalized for dehydration, you know, improving

15   to the point that they no longer need to be

16   hospitalized and their weight is stable, even

17   they have some ongoing diarrhea, is a substantial

18   clinical improvement.

19              In somebody whose symptom is only,

20   you know, more moderate, you know, diarrhea,

21   occasional vomiting, you know, they would

22   actually get much better.  They would have to be,

23   compared to that first person, much better to

24   actually see a clinical improvement.

25              So really it depends on what they

Protected Information - Daniel A. Leffler, M.D.

1   start with.  And it's hard to define a single

2   clinical threshold across the entire population

3   for what clinical -- for what improvement is.

4                   But, again, talking -- I mean, but

5   it's not subtle when working with patients.  They

6   feel better.  They know they feel better.  If

7   they were in the hospital and they're not in the

8   hospital anymore.  If they were going to the

9   bathroom five times a day and now they might be

10  going to the bathroom two times a day.

11      Q.      So whether or not a patient

12  qualifies under your opinion for a positive

13  dechallenge, that's a subjective opinion?

14                  MS. SUTTON:  Objection, form.

15      A.      I think it requires clinical

16  evaluation of the patient in each case to

17  understand whether they have had a clinical --

18  had a clinical improvement.

19      Q.      And you would be the one to

20  determine whether or not that improvement is

21  sufficient enough to be considered a positive

22  dechallenge, off of olmesartan, correct?

23      A.      I think the patient's treating

24  physician is in a good position to make that

25  assessment.

Protected Information - Daniel A. Leffler, M.D.

```
1          Q.        Okay.   Do you know how many

2   patients the Mayo doctors excluded from their

3   cohort, from Exhibit No. 2, because they did not

4   improve clinically after cessation of olmesartan?

5          A.        I do not know that.

6          Q.        Okay.   Do you have a time period in

7   which a patient after withdrawing from olmesartan

8   would have to show some type of improvement for

9   you to consider it a positive dechallenge?

10               MS. SUTTON:   Objection, form.

11         A.        So it was talked about a little bit

12   already, but the time to improvement can be

13   variable.

14               Unfortunately, it would be

15   wonderful for patients if they always responded

16   very quickly, but they don't.

17               And, again, the same in celiac

18   disease, some patients, especially young or

19   otherwise health patients, will respond quickly,

20   in a matter of days or weeks.

21               Older patients, it takes longer to

22   heal from anything as you get older, and that's

23   the same with small intestinal injury.

24               So, you know, while you would

25   expect in the majority of cases to see some
```

Protected Information - Daniel A. Leffler, M.D.

1   response within the first few months, maybe even

2   weeks, in some cases it can reasonably take

3   longer, and I don't think you can exclude

4   olmesartan enteropathy after a certain number of

5   weeks or months if there's not been a substantial

6   clinical improvement.  In some cases, it's just

7   going to take longer.

8        Q.     So you can't, as you sit here

9   today, exclude a patient who saw no improvement

10  or symptoms a year after they stopped taking

11  olmesartan?  You can't say that that's not a

12  positive dechallenge?

13              MS. SUTTON:  Objection, form.

14       A.     So I think without knowing the

15  details of the case that it would be hard to

16  comment on that.  It really depends on what other

17  evaluation has been done, what other causes have

18  been considered.

19       Q.     Are you willing to concede that if

20  someone is taken off olmesartan and has no

21  improvement over ten years that that would not be

22  a positive dechallenge, or is that still open in

23  your clinical mind?

24              MS. SUTTON:  Objection to form.

25       A.     You know, I think that has not been

Protected Information - Daniel A. Leffler, M.D.

```
 1    described to date.  I have not seen a case where
 2    there has been no improvement after years of --
 3    years of treatment.
 4              Whether there is a condition
 5    analogous to refractory celiac disease, where
 6    there is no improvement despite a gluten-free
 7    diet even though we know they have celiac
 8    disease.  Whether -- because what we believe with
 9    refractory sort of diseases, after the immune
10    system has been activated in the intestine for a
11    number of years that becomes autonomous to some
12    extent, and likely, because of the breakdown in
13    the tight junctions of the intestine, you get
14    influx of other antigens which lead to a more
15    broad immune response such that you -- removing
16    gluten is one part of therapy, but you also need
17    steroids or other immunosuppressants to treat the
18    disease.  You know, that's a clear entity in
19    celiac disease.  Whether there is an analogous
20    condition in olmesartan enteropathy, I have not
21    seen.  There might be out there.  But, again, I
22    think for the majority of patients you do see
23    improvement within -- within months to even over
24    a year, although it can be slow and partial.
25              Q.       And, in fact, you would leave open
```

Protected Information - Daniel A. Leffler, M.D.

1  pathognomonic -- is that how you say it?

2       A.       Pathognomonic.

3       Q.       -- pathognomonic criteria to diagnose

4  olmesartan enteropathy, correct?

5       A.       That is correct.

6       Q.       There's no unique clinical

7  endoscopic criteria for sprue-like enteropathy?

8                MS. SUTTON:  Objection, form.

9       A.       That is correct.

10      Q.       Your opinion is that it's currently

11  made based upon the presence of typical GI

12  symptoms and signs of malabsorption in patients

13  taking olmesartan, correct?

14               MS. SUTTON:  Objection to form.

15      A.       That is correct.

16      Q.       And the most common symptoms seen

17  are diarrhea and weight loss?

18      A.       You know, I think those are --

19  those are common symptoms seen.  You know, I

20  don't know that we actually have a full enough

21  understanding of the spectrum of the condition to

22  know what are the most common.  Abdominal pain is

23  also quite common.  Vomiting is common.  So I

24  think they're all common.  In terms of ranking, I

25  don't know that we could specify which one is

Protected Information - Daniel A. Leffler, M.D.

1   more common and exactly percentages across the

2   patient population.

3        Q.      Are any of the symptoms necessary

4   in your opinion to diagnose someone with

5   sprue-like enteropathy?

6                MS. SUTTON:  Objection, form.

7        A.      So enteropathy just refers to

8   damage to the intestine, and just like there

9   are -- there's asymptomatic celiac disease and we

10  still know it's celiac disease, if you were to do

11  an endoscopy for an unrelated reason on someone

12  with olmesartan, say they had reflux, you're

13  looking for heartburn and esophagitis, and you

14  found enteropathy, and then you took them off the

15  olmesartan and that enteropathy resolved, that

16  would be olmesartan enteropathy even in the

17  absence of any symptoms.  So I don't think

18  there's any symptom specifically that's necessary

19  for the condition.

20       Q.      So you would be comfortable

21  diagnosing someone with sprue-like enteropathy

22  who had never had diarrhea symptoms?

23               MS. SUTTON:  Objection, form.

24       A.      Yes, you would -- in that case,

25  again because you don't have a symptomatic

Protected Information - Daniel A. Leffler, M.D.

1   that a small intestine biopsy is not necessary to

2   diagnose someone with sprue-like enteropathy; is

3   that correct?

4        A.       That is correct.

5        Q.       Is that -- doing a biopsy, is that

6   the only way to know whether or not a person has

7   villous atrophy?

8        A.       So the only way to confirm villous

9   atrophy is through -- well, let me clarify that.

10  That is the most common way to know that somebody

11  has villous atrophy, is through endoscopy with

12  biopsy, and that would be the majority of cases.

13  You can also do other tests.

14              The other one would be -- the other

15  one that is used sometimes in some cases is

16  videocapsule endoscopy, the pill camera, where

17  you can see classic changes of scalloping in the

18  intestine associated with villous atrophy without

19  doing an endoscopy biopsy.

20       Q.       You can't diagnose villous atrophy

21  just by some symptoms, correct?

22       A.       That is correct.  You can suspect a

23  malabsorptive condition due to villous atrophy,

24  but you could not document that.

25       Q.       And you say in your report that a

Protected Information - Daniel A. Leffler, M.D.

1    biopsy is needed to confirm response to

2    withdrawal of olmesartan, correct?

3                    MS. SUTTON:  Objection, form.

4        A.        Let me look at my report where I

5    said that.

6        Q.        Sure.  If you'd look at

7    Paragraph 11 of Exhibit No. 1.

8                    Do you see the second sentence down

9    you say, "However, biopsy can be helpful in

10   ruling out other disorders" --

11       A.        Yeah.

12       Q.        -- "or to confirm response to

13   withdrawal of olmesartan," correct?

14       A.        Correct, and I -- yes, so I agree

15   with that.  So biopsy can be helpful, and it is

16   not necessary, but it can be helpful in ruling

17   out other disorders or confirm response

18   withdrawal, especially if the clinical criteria

19   are not so clear and if there has not been -- if

20   the symptoms are milder or the response,

21   symptomatic response, is not clear, a biopsy can

22   be helpful.

23       Q.        You consider olmesartan enteropathy

24   to be a cause of villous atrophy, correct?

25       A.        I do, correct.

Protected Information - Daniel A. Leffler, M.D.

1   the new drug application for Benicar, correct?

2       A.       I did not.

3       Q.       Do you know if there's any

4   scientific evidence of enteropathy in animals

5   receiving high doses of olmesartan?

6       A.       I have not seen evidence of that.

7       Q.       And you I think recently this week

8   reviewed some of the expert reports from

9   Daiichi-Sankyo's experts?

10      A.       Yes, I did.

11      Q.       Do you know Dr. Keith Wilson?

12      A.       I do not.

13      Q.       Do you know Dr. Gerald Turner?

14      A.       Gerald Turner from -- the

15  pathologist from -- initially from the University

16  of Chicago and now at Brigham & Women's Hospital?

17      Q.       Yes.

18      A.       Yes, I do.

19      Q.       Have you collaborated and worked

20  with Dr. Turner?

21      A.       We have not had actual scientific

22  collaborations, although we've had discussions.

23      Q.       Do you have an understanding that

24  he has a good reputation in the community as a

25  pathologist?

Protected Information - Daniel A. Leffler, M.D.

1      Q.      And you have not published on the
2   proposed mechanism of action for how olmesartan
3   could cause sprue-like enteropathy, correct?
4      A.      I have not.
5      Q.      You're relying upon the published
6   literature by others; is that correct?
7      A.      That is correct and upon analogy to
8   my knowledge and writings on celiac disease,
9   immunology and pathophysiology.
10     Q.      You list, Dr. Randall Tackett's
11  expert report.  Is that something that you
12  reviewed.
13     A.      Yes.
14     Q.      In his report he says that the
15  peer-reviewed literature has elucidated the
16  plausible biological mechanism by which
17  olmesartan causes enteropathy.
18             Do you agree with that statement?
19     A.      Could I see the report?
20     Q.      Yes.  Did you bring your reliance
21  materials with you here today?
22     A.      I did.
23     Q.      I don't know if you have that
24  report while we're looking.
25     A.      Let's see.  I should somewhere.

Protected Information - Daniel A. Leffler, M.D.

1    exhibits, they were all published in 2015; is

2    that correct.  Actually, one of them is 2016, I

3    think.  No, 2015.

4              MS. SUTTON:  Objection, form.

5         Q.      Well, can you confirm, Dr. Leffler,

6    that Exhibits 17, 18, 19 and 20 were all

7    published in 2015?

8         A.      Correct.

9         Q.      And there's nothing that -- no

10   published peer-reviewed literature on the

11   proposed mechanism of action that you rely upon

12   that was published before 2015, correct?

13             MS. SUTTON:  Objection, form,

14   misstates testimony.

15        A.      Yeah, these are the articles I

16   relied on for -- in the published literature for

17   my opinion.

18        Q.      And when you go through your

19   opinions, you discuss several different elements

20   that were examined in these papers including in

21   the Marietta paper, which is Exhibit 17, correct?

22        A.      That's correct.

23        Q.      And in this paper, Exhibit 17, one

24   of the things they looked at was IL-15, correct?

25        A.      That's correct.

Protected Information - Daniel A. Leffler, M.D.

1       Q.       And they also looked at CD8, CD4,

2   FoxP3, granzyme B and psmad 2/3, am I correct

3   about that?

4       A.       Yes, that is correct.

5       Q.       And you discussed the fact that CD8

6   and granzyme B cells are the main mediators of

7   damage to intestinal epithelium, correct?

8       A.       That is correct.

9       Q.       Okay.  And the epithelium is the

10  surface of the intestine?

11      A.       The surface, the lining.

12               MS. SUTTON:  Wait for him to finish

13  his question.  It makes it hard on the court

14  reporter.

15      A.       Yes, that is correct.

16      Q.       Okay.  And when we look at the

17  results of the Marietta paper, Exhibit 17, we

18  find that the CD8 cells -- they did find

19  increased number of CD8 cells as you acknowledge,

20  correct?

21      A.       That is correct.

22      Q.       And you added in your report

23  profound increase, I think, correct?

24               MS. SUTTON:  Objection, form.

25      Q.       Paragraph 27.

Protected Information - Daniel A. Leffler, M.D.

1        A.        Yes.  Profound increases, yes,
2   correct.
3        Q.        The authors of that study only
4   distinguished there's an increase, correct?
5        A.        Correct.
6        Q.        The CD4 cells that they looked
7   at -- when in celiac disease, you see an increase
8   in CD4 cells, correct?
9        A.        That is correct.
10       Q.        So one difference that we see
11  between these two entities in Exhibit 17 is that
12  there was no increase in CD4 cells in the
13  olmesartan patients, correct?
14                 MS. SUTTON:  Objection, form.
15       A.        Yes, that is correct.  You know,
16  the CD4 cells and CD8 cells have different
17  functions.
18                 The CD8 cells -- the other name for
19  those are cytotoxic, CT cells.  So they're
20  responsible for damaging the basically cells, for
21  attacking other cells.
22                 CD4 cells are helper T cells which
23  are responsible for encouraging these cells to
24  produce antibodies.  And so that -- which is a
25  plausible explanation for why in celiac disease

Protected Information - Daniel A. Leffler, M.D.

1    you see autoantibodies, to gluten, to Ttg, to

2    DGP, but autoantibodies have not been seen in

3    general in the olmesartan cases.

4         Q.      So that's one difference between

5    celiac disease and olmesartan sprue-like

6    enteropathy?

7         A.      It is.

8         Q.      And then when they look at the

9    granzyme B positive cells, there was not a

10   statistically significant increase in the

11   granzyme B positive cells, correct?  You see that

12   on Figure 2.

13        A.      That is correct, there was a

14   numerical increase, but it did not reach

15   statistical significance.

16        Q.      Okay.  And in your report, you did

17   not include that fact that they did not find a

18   statistically significant increase in granzyme B

19   positive cells, correct?

20                MS. SUTTON:  Objection, form.

21        A.      That is correct.  I don't think in

22   all cases you can equate statistical significance

23   with clinical or pathophysiologic importance.

24        Q.      Objection, non-responsive.

25                You did not report the finding of

Protected Information - Daniel A. Leffler, M.D.

1   the granzyme B plus cells in your report,

2   correct?

3                    MS. SUTTON:   Objection, asked and

4   answered.

5        A.        That is correct.

6        Q.        And then when it got to FoxP3

7   positive cells, those are also a marker of

8   regulatory T cells?

9        A.        That is correct.

10       Q.        They help reduce inflammation?

11       A.        That is their role, to try to

12   balance out inflammatory conditions, inflammatory

13   areas.

14       Q.        And if those cells are decreased,

15   that can result in more inflammation and thus

16   more enteropathy?

17                   MS. SUTTON:   Objection to form.

18       A.        So there are multiple pathways for

19   unchecked inflammation.  One of those is through

20   decreases in regulatory T cells which would lead

21   to unchecked inflammation.

22                   The other way is that you have some

23   much proinflammatory medias that it overwhelms

24   the ability of the T regulatory cells to balance

25   that out.  And that's actually what you see in

Protected Information - Daniel A. Leffler, M.D.

1    celiac disease.  It's what you see often in

2    inflammatory bowel diseases.

3                  Paradoxically, there's an increase

4    in the anti-inflammatory-type regulatory

5    suppressor T cells despite overall having marked

6    inflammation.  This just is a suggestion of the

7    body's inability to respond and adapt with

8    whatever is triggering the inflammation.

9         Q.      And the experiment that's

10   identified here in Exhibit 17 showed that

11   olmesartan resulted in a decrease of the FoxP3

12   cells, correct?

13                 MS. SUTTON:  Objection, form.

14        Q.      Oh, sorry.  Wrong.  They found an

15   increase in FoxP3 cells.

16        A.      That is correct.

17        Q.      And you do not discuss that in

18   Exhibit 1 either, correct?

19                 MS. SUTTON:  Objection, form,

20   misstates --

21        A.      No, I did not.  That is not part of

22   my report.

23        Q.      Then we get to their analysis of

24   what's called TGF beta.  You agree that the

25   immune regulation in the intestine is crucially

Protected Information - Daniel A. Leffler, M.D.

1    dependent on TGF beta?

2        A.      TGF beta is an important cytokine.

3                MS. SUTTON:  I'm sorry.  Object to

4    form on that question.  Go ahead.

5        A.      TGF beta is an important cytokine.

6        Q.      And you recall back in 2012 when

7    the Mayo Clinic first published their study that

8    they speculated that a plausible mechanism of

9    action would be inhibition of the TGF-beta

10   signaling?

11               MS. SUTTON:  Objection, form,

12   foundation.

13       A.      Yes, as an important regulator of

14   inflammation, it was a logical supposition at the

15   time when there was no data, pathophysiologic

16   data, to support or refute it.

17       Q.      And Exhibit 17 actually refutes

18   that speculation?

19               MS. SUTTON:  Objection, form.

20       A.      It is.  It was why that specific

21   cytokine was looked at in the study and was found

22   not to play a role.

23       Q.      So you agree that TGF beta does not

24   play a role in the mechanism of action for

25   olmesartan enteropathy?

Protected Information - Daniel A. Leffler, M.D.

1        A.        Yes, the inflammation seems to

2   occur in a TGF-beta independent fashion.

3        Q.        So having looked at several of

4   these items that were studied in Exhibit 17, tell

5   us what is your proposed theory of a biological

6   mechanism of action?

7        A.        So based predominantly on the

8   Marietta paper and what we know about celiac

9   disease, which is, again, probably the closest

10  analogous condition, what likely happens is that

11  olmesartan, either acting alone or in conjunction

12  with another protein, be itself or foreign, is

13  able to activate IL-15 as part of the innate

14  immune system.  IL-15 serves as a keystone

15  between the innate immune system, which is sort

16  of the primitive immune system that allows us to

17  react quickly to viruses and other pathogens, and

18  the adaptive immune system that is responsible

19  for antibody formation and develop very specific

20  cellular responses.

21            By increasing IL-15, you produce an

22  enteropathy.  Likely secondary to that you have a

23  breakdown in the tight junctions that link the

24  cells of the epithelium which allows then an

25  influx of other foreign antigens, as well as

Protected Information - Daniel A. Leffler, M.D.

1    tissue mediators, out into the lumen of the

2    intestine exacerbating damage and together

3    creating all the symptoms.

4              So almost any time you see too much

5    IL-15 you'll see inflammation.

6        Q.      Okay.  And what this study found

7    was increase of IL-15 in olmesartan patients in

8    the epithelium, correct?

9        A.      That is correct.

10       Q.      They did not find an increase of

11   IL-15 in olmesartan patients in the lamina

12   propria, correct?

13       A.      Yes, they didn't find a significant

14   increase.  It's interesting that you do see a

15   number of the olmesartan cases where -- which

16   have IL-15 levels in the lamina propria which is

17   significantly beyond anything you see in the off

18   olmesartan group, and so this suggests this might

19   just be a sample size issue.  But either way,

20   even in celiac disease you see cases where IL-15

21   levels are increased only in the epithelium.  So

22   it's not -- I don't see this as in any way sort

23   of refuting the importance of IL-15 in this

24   model.

25       Q.      In the celiac disease patients

Protected Information - Daniel A. Leffler, M.D.

1    that in a very large sample even a small

2    statistical difference could be meaningful.

3            So I think there is a -- there's

4    actually a lot.  If you look into the medical

5    literature, there's a lot of controversy about

6    how and when statistical tests are used.

7            In this case, looking at the graph

8    of IL-15 and the lamina propria, you see three

9    cases that are clearly above anything.  You know,

10   if you look at just those cases that are clearly

11   above everything.  Yes, there are cases without

12   increased IL-15 in the lamina propria, but that

13   doesn't suggest that there are no cases with

14   increased IL-15 in the lamina propria.

15       Q.      Objection, non-responsive.

16           MS. SUTTON:  Opposed.

17       Q.      Look at Exhibit 17, page 5, top

18   right-hand side.  They're talking about Figure

19   5c.  They say "shows that IL15R is not

20   significantly increased by lamina propria cells,

21   but is significantly increased by epithelial

22   cells while on olmesartan."

23           Do you agree with that finding?

24           MS. SUTTON:  Objection to form,

25   asked and answered.

Protected Information - Daniel A. Leffler, M.D.

1          A.      Yes, the statistical test they did

2    was appropriate.   However, you clearly see by

3    looking at the graph that there are individuals

4    with increase.

5              So looking at it as a group, there

6    is no significant difference.   Looking at

7    individuals, there are individuals with increased

8    IL-15 levels both in the lamina propria and in

9    the epithelium.

10   (Whereupon, Deposition Exhibit 21,

11      "IL-15:  a central regulator of celiac

12      disease immunopathology," Abadie, et al,

13      was marked for identification.)

14   BY MR. CHRISTIAN

15          Q.      One of the articles that you

16   include on your reference list I've marked as

17   Exhibit No. 21, which is an article by Abadie and

18   Jabri from 2014 entitled "IL-15:  a central

19   regulator of celiac disease immunopathology,"

20   correct?

21          A.      That is correct.

22          Q.      And if you turn to page 6, the top

23   of page 6 of Exhibit 21, there's a discussion of

24   IL-15 expression in celiac disease, correct?

25          A.      That is correct.

Protected Information - Daniel A. Leffler, M.D.

1        Q.      It says, "The chronic upregulation

2    of IL-15 in the epithelium and in the intestinal

3    lamina propria is a hallmark of the disease and

4    correlates with the degree of mucosal damage."

5                Do you agree with that statement?

6        A.      I do.

7        Q.      And then down below it says,

8    "Conversely, a high number of celiac disease

9    patients on a gluten-free diet maintain high

10   levels of IL-15 expression in the epithelium,

11   suggesting that dysregulated expression of IL-15

12   in the epithelium is insufficient to induce

13   villous atrophy."

14               Do you agree with that?

15       A.      So, yes, I think in celiac

16   disease -- well, you know, that's an interesting

17   statement that whether or not -- I mean, it -- so

18   it's clearly true, and Dr. Jabri has done most of

19   this work, that in people with treated celiac

20   disease still see increased levels of IL-15 in

21   the epithelium but not in the lamina propria.

22               Again, whether that -- that is not

23   necessarily -- I think they -- to be honest, I

24   think they overstate that a little bit, in that

25   you need -- you know, that gluten is what you

Protected Information - Daniel A. Leffler, M.D.

1    need to induce -- you still have EL-15, but it's

2    the gluten plus the EL-15 that triggers the

3    epithelium damage.  It's not saying that the

4    EL-15 in the lamina propria is actually what

5    causes -- induces the villous atrophy.  So I

6    think they actually don't discuss the gluten --

7    they don't make it as clear the gluten component

8    of this as you might expect.

9          Q.      So the EL-15 expression in celiac

10   disease, you disagree with the authors of

11   Exhibit 21 that only having expression of IL-15

12   in epithelium is insufficient to induce villous

13   atrophy?

14                 MS. SUTTON:  Objection to form,

15   misstates testimony, asked and answered.

16          A.      Clearly on a gluten free diet you

17   still have persistent -- typically a patient on

18   gluten free diet will have -- will heal over

19   time, their intestine, and resolve their villous

20   atrophy, and even in those cases, you still have

21   IL-15 in the epithelium.  So IL-15 alone in the

22   epithelium in celiac disease in the absence of

23   gluten is not enough to cause villous atrophy.

24          Q.      And that same expression is exactly

25   what they found in the Marietta paper where they

Protected Information - Daniel A. Leffler, M.D.

1    Do you agree that's what they wrote?

2        A.       So in this article, they show that

3    olmesartan, unique among the ARBs tested, has

4    this association, and they show some of the ways

5    that olmesartan can cause some of the

6    pathology -- that could cause this pathology.

7              So they do write that more -- that

8    only olmesartan is causing all the pathologies,

9    but they do show that olmesartan is causing

10   pathology.

11       Q.       And you agree that many more

12   experiments need to be done?

13       A.       I think we would learn more about

14   the way that olmesartan causes enteropathy by

15   doing more experiments.  I don't think more

16   experiments need to be done to show that

17   olmesartan causes enteropathy.

18       Q.       Dr. Leffler, did you in your review

19   of the scientific literature involving olmesartan

20   research or review any articles involving

21   anti-inflammatory effects of olmesartan?

22              MS. SUTTON:  Objection, form.

23       A.       I have looked -- I have read and

24   reviewed articles relating to the systemic and

25   anti-inflammatory effects of olmesartan.

Protected Information - Daniel A. Leffler, M.D.

1          Q.        Anti-inflammatory effects of

2     olmesartan?

3          A.        Correct.

4          Q.        And so you recognize that there

5     have been studies that have been done and

6     published that do show anti-inflammatory

7     characteristics of olmesartan?

8                    MS. SUTTON:  Objection, form, asked

9     and answered.

10         A.        Yes, systemic anti-inflammatory

11    effects have been found, although they don't

12    appear to be clinical significant, but they --

13    again, systemically.  These are not in the

14    intestine.

15         Q.        Do you know how many -- in how many

16    different organs olmesartan has been shown to

17    have anti-inflammatory effects?

18                   MS. SUTTON:  Objection form, no

19    foundation.

20         A.        I do not have a number of organs.

21         Q.        And do you have any biologically

22    plausible explanation of how olmesartan can cause

23    an inflammatory response in some people and an

24    anti-inflammatory response in others?

25                   MS. SUTTON:  Objection, form, no

Protected Information - Daniel A. Leffler, M.D.

1    your report, correct?

2                 MS. SUTTON:  Objection, form.

3         A.      We have done some experiments with

4    IL-15 in my own laboratory and in my own research

5    as well.

6         Q.      But you've done no research in your

7    laboratory regarding IL-15 and the effect of

8    olmesartan on IL-15, correct?

9         A.      That is correct.

10        Q.      I'm about to start another section.

11   It's up to you as to what you want to do.

12                MS. SUTTON:  You know, it's 12:27.

13   We've been going an hour and fifteen.  It's time.

14                (A lunch break was taken.)

15   BY MR. CHRISTIAN

16        Q.      Dr. Leffler, we're back from a

17   lunch break.  Are you ready to proceed?

18        A.      I am.

19        Q.      You reviewed in this case a series

20   of MedWatch forms from the Daiichi-Sankyo safety

21   database, correct?

22        A.      Correct.

23        (Whereupon, Deposition Exhibit 23,

24        11/1/16 to Dr. Leffler from Dr. Kessler,

25        was marked for identification.)

Protected Information - Daniel A. Leffler, M.D.

1    BY MR. CHRISTIAN

2         Q.        I've marked as Exhibit 23 a letter

3    dated November 1st, 2016, from Dr. David Kessler

4    to you.  And you received this letter sometime

5    after November 1st?

6         A.        Yes.

7         Q.        Were you expecting this letter from

8    Dr. Kessler?  Did you know it was coming?

9         A.        Yes, I was planning on reviewing

10   MedWatch forms.

11        Q.        And you were planning on reviewing

12   MedWatch forms 'cause you had been asked to do

13   that by plaintiffs counsel?

14        A.        I had been asked to do that as part

15   of David -- to confirm that the MedWatch forms

16   pulled by Dr. Kessler were accurate and

17   represented cases of olmesartan enteropathy.

18        Q.        So had you already spoken with

19   Dr. Kessler before you received Exhibit 23?

20        A.        No, I had not.

21        Q.        But you were expecting it because

22   of conversations with plaintiffs counsel?

23                  MS. SUTTON:  That's yes or no.

24        A.        Yes.

25        Q.        So you received this letter, and it

Protected Information - Daniel A. Leffler, M.D.

```
 1    says, "Enclosed are 62 FDA MedWatch reports."  So

 2    was there physical copies of the 62 reports

 3    attached to this letter?

 4         A.      Yes, there were.

 5         Q.      And you see in Exhibit 23 that

 6    those 62 come from a total of approximately 9,540

 7    MedWatch reports concerning olmesartan, correct?

 8         A.      Correct.

 9         Q.      And then Dr. Kessler in Exhibit 23

10    describes the selection criteria for the 62

11    MedWatch reports, correct?

12         A.      Correct.

13         Q.      And because you had not had any

14    conversation with Dr. Kessler prior to receiving

15    this letter, you did not have any input on this

16    selection criteria, correct?

17              MS. SUTTON:  Objection form,

18    foundation.

19         A.      Correct.

20         Q.      And were you asked by Dr. Kessler

21    to confirm the selection criteria he used to

22    narrow the MedWatches down to 62?

23              MS. SUTTON:  Objection, form.

24         A.      Yeah, I -- I know that -- so my

25    recollection was that Dr. Kessler suggested these
```

Protected Information - Daniel A. Leffler, M.D.

1  terms, and I believe -- and -- yeah.  Actually, I

2  don't -- I don't recall to be honest.

3       Q.       Do you know where Dr. Kessler came

4  up with the selection criteria?

5       A.       My understanding is he came up with

6  these selection criteria from his review of the

7  literature.

8       Q.       Okay.  And do you know the actual

9  process as to how Dr. Kessler searched the 9,540

10  MedWatch reports?

11       A.       I'm not familiar with the logistics

12  of MedWatch searches.

13       Q.       And you did not confirm this --

14  strike that.

15            You didn't go back yourself on to

16  a database and run this search criteria to come

17  up with the same 62, correct?

18       A.       No, I did not.

19       Q.       Okay.  And you were asked by him to

20  provide your clinical opinion on whether the

21  presentation of symptoms in each of these

22  patients after taking olmesartan is consistent

23  with the clinical syndrome of

24  olmesartan-associated enteropathy?

25       A.       That is correct.

Protected Information - Daniel A. Leffler, M.D.

```
1         Q.       And is that different than actually

2     looking at the MedWatch and diagnosing a patient

3     with sprue-like enteropathy?

4         A.       So in diagnosing a patient --

5                  MS. SUTTON:  Objection, form.

6     Sorry.

7         A.       So making a diagnosis with the

8     patient implies you're working with the patient

9     at the time to determine the cause, that's

10    something you do in clinical practice.

11                 When I looked over these forms, I

12    confirmed that they were consistent and cases of

13    olmesartan-induced enteropathy.

14        Q.       So in looking at the MedWatch

15    forms, you did make a diagnosis of sprue-like

16    enteropathy?

17        A.       Yes.  When looking at all these

18    cases, I considered the different causes of

19    enteropathy, made a differential, ruled out other

20    plausible alternatives, and determined they were

21    indeed caused by olmesartan enteropathy.

22        Q.       Did you review any MedWatches other

23    than these 62?

24        A.       These were the only MedWatch forms

25    that I reviewed.
```

Protected Information - Daniel A. Leffler, M.D.

```
 1        (Whereupon, Deposition Exhibit 24,

 2         Dr. Leffler's handwritten notes,

 3         was marked for identification.)

 4    BY MR. CHRISTIAN

 5        Q.        And Exhibit 24, are these your

 6    handwritten notes that you took while you were

 7    analyzing the 62 FDA MedWatch forms?

 8        A.        That is correct.

 9        Q.        Okay.  Did you take any other notes

10    besides what's indicated on Exhibit 24?

11        A.        No, these are all of them.

12        Q.        Okay.  And when you had your phone

13    conversation with Dr. Kessler on November 22nd,

14    did you discuss your analysis of the MedWatch

15    forms with him?

16        A.        We did.

17        Q.        Did Dr. Kessler indicate any

18    disagreement with your analysis?

19        A.        No, he did not.

20        Q.        Did you talk with any other expert

21    for the plaintiffs regarding your MedWatch

22    analysis?

23        A.        No, I did not.

24        Q.        You are using your analysis of

25    these 62 MedWatch forms to support, verify your
```

Protected Information - Daniel A. Leffler, M.D.

1    overall general causation opinion in this case?

2                    MS. SUTTON:  Objection, form.

3         A.       Yes, these cases -- my review of

4    these cases was fully consistent with my clinical

5    experience and reading of the medical literature.

6         Q.       And while you were going through

7    these 62 MedWatch reports, there were several

8    things that you knew in your head at that time.

9                    Number one, you knew that

10   Dr. Kessler -- you knew he was an expert retained

11   by the plaintiffs in the Benicar litigation,

12   correct?

13        A.       Correct.

14        Q.       You knew that he had done a search

15   of MedWatch forms and sent you 62 of them,

16   correct?

17        A.       Correct.

18        Q.       You knew about the Mayo 2012

19   article discussing sprue-like enteropathy

20   associated with olmesartan, correct?

21        A.       Correct.

22        Q.       And you knew that there were

23   thousands more MedWatch reports that you did not

24   review, correct?

25        A.       Correct.

Protected Information - Daniel A. Leffler, M.D.

1          Q.        That corresponds with number 25 on

2    your Exhibit 24?

3          A.        Okay.

4          Q.        Is that right?

5          A.        That looks correct, yes.  It looks

6    correct.

7          Q.        And here the preferred terms

8    were -- celiac disease was the first one,

9    correct?

10         A.        Let's see.  Correct.

11         Q.        And you understand that Exhibit 26

12   was a report by a consumer, correct?

13         A.        Let's see.

14         Q.        If you look on the --

15         A.        It says a spontaneous report by a

16   consumer.

17         Q.        Okay.

18         A.        Yeah, agreed.

19         Q.        And as a physician, would you agree

20   that typically you would get a higher level of

21   information from a report from a physician versus

22   a consumer?

23                   MS. SUTTON:  Objection, foundation,

24   form.

25         A.        You know, I think, unfortunately,

Protected Information - Daniel A. Leffler, M.D.

1    you know, especially with things that physicians

2    are compelled to do like this, I think you can

3    get sometimes excellent data from patients, and

4    you can get limited data from physicians who are

5    busy doing other things, and sometimes the

6    opposite.  So I think there's overlap.

7         Q.      So in this case, where you indicate

8    that it's a positive rechallenge, the patient

9    indicated that after they began taking Benicar

10   the experience of feeling like a sick puppy.  Do

11   you see that?

12        A.      I do.

13        Q.      Described as low blood pressure,

14   feeling exhausted and breaking out in a sweat.

15   Those are not characteristic examples of

16   sprue-like enteropathy, are they, Dr. Leffler?

17               MS. SUTTON:  Objection, form.

18        A.      Well, low BP is one of the first

19   signs you get when you are -- when you decrease

20   intravascular volume.  So you have fluid leaking

21   out of your blood vessels into your intestines,

22   so.  You know, syncope is commonly -- so passing

23   out due to low blood pressure is commonly seen

24   with inflammatory GI disorders.  So the low blood

25   pressure is.  The feeling exhausted is fatigue.

Protected Information - Daniel A. Leffler, M.D.

1    Again, fatigue is a very common symptom that you

2    see across many of these reports, and often

3    does -- you see that in celiac disease as well.

4    It often comes on even before the -- before frank

5    diarrhea.

6         Q.      So, Dr. Leffler, it's your

7    testimony that people taking a anti-hypertensive

8    medication that if they have low blood pressure

9    that's a characteristic of sprue-like

10   enteropathy?

11        A.      By itself you couldn't say anything

12   about the low blood pressure, but again, in that

13   situation where a patient has clear symptoms of

14   olmesartan enteropathy with dehydration and

15   diarrhea and renal function that resolved when

16   they were -- with dechallenge, when the

17   olmesartan was taken away, and then had recurrent

18   symptoms again even at low doses, and especially

19   with a second challenge had dry heaves, vomiting

20   as well -- dry heaves would be vomiting without

21   actually throwing anything up -- would be fully

22   consistent with rechallenge.

23        Q.      Well, you see the consumer down at

24   the bottom reports that the celiac disease has

25   not resolved.  So that would not be a true

Protected Information - Daniel A. Leffler, M.D.

 1    rechallenge, would it, Doctor?

 2         A.      So, unfortunately, and you see this

 3    across many cases, that celiac disease is a

 4    lifelong disorder.  So patients who are -- and,

 5    again, I've seen this in cases myself, that

 6    people continue with the idea that they have

 7    celiac disease and continue on a gluten-free diet

 8    thinking that they need it, even though it was

 9    never really the case in the first place.  So the

10    patient would be totally right, and I'm sure his

11    physician told him that, is that you have celiac

12    disease, and now you will have it for the rest of

13    your life, and unless told otherwise that you

14    actually don't have celiac disease, you wouldn't

15    expect a patient to understand that that was

16    actually a misdiagnosis.  It's not that it was

17    resolved.  It was just never really the case in

18    the first place.

19         Q.      Doctor, you didn't talk to the

20    patient that reported the symptoms in Exhibit 26,

21    did you?

22         A.      I did not.

23         Q.      Okay.  And is it your testimony

24    that companies should look behind a report that

25    someone's continuing to have celiac disease and

Protected Information - Daniel A. Leffler, M.D.

1    disregard that report that they're still having

2    symptoms?

3                    MS. SUTTON:  Objection, form.

4          A.       So I don't see where it says that

5    he's having symptoms.  It just says that he has

6    celiac disease.  That is not the same thing.  He

7    had symptoms when he was on the olmesartan, and

8    he didn't have symptoms when he was off the

9    olmesartan.  He had symptoms when he started the

10   olmesartan again twice.  At this point all it

11   says is that he carries with him a diagnosis of

12   celiac disease, which may or may not be accurate,

13   but there's actually no information about whether

14   or not he has ongoing symptoms.

15         Q.       And do you see where the company

16   asks for additional medical history but the

17   patient refused permission for the company to

18   contact the healthcare provider?

19         A.       I do see where it says that.

20         Q.       Is that -- do you place this at a

21   lower level of evidence based upon the fact that

22   we were unable to contact the healthcare provider

23   to get additional information?

24                   MS. SUTTON:  Objection, form.

25         A.       So it is always helpful to have

Protected Information - Daniel A. Leffler, M.D.

1    more information, but I think this report is

2    perfectly consistent with olmesartan enteropathy

3    even with the information provided.

4        (Whereupon, Deposition Exhibit 27,

5         MedWatch Report No. DSU-2009-001282

6         (OLM-DSI-0004762639-R - 640-R),

7         was marked for identification.)

8    BY MR. CHRISTIAN

9        Q.      And I'm handing you Exhibit No. 27

10   to your deposition, another MedWatch form from

11   the group of 62, manufacturer report No.

12   DSU-2009-1282.

13              Do you see that this was a report

14   also by a consumer?

15       A.      I do.

16       Q.      And that the event is celiac

17   disease?

18       A.      That is what is reported there.

19       Q.      And here on the MedWatch form,

20   Exhibit 27, under Box 5 and 8, there is no check

21   box for event abated or event reappeared; is that

22   correct?

23       A.      That is correct, nothing is

24   checked.

25       Q.      But you have changed that in your

Protected Information - Daniel A. Leffler, M.D.

1    analysis to say that Exhibit 27 does indicate

2    positive dechallenge and rechallenge.

3         A.    I do.  If you read the description,

4    the patient was taking olmesartan and experienced

5    vomiting and diarrhea.  The patient states that

6    she experiences an episode every time she takes

7    Benicar.  So the only way to have an episode

8    every time you take Benicar is if you don't have

9    an episode in between when you're not taking

10   Benicar, otherwise you just have episodes.

11        Q.    Well, you don't know what other

12   medications this patient was taking, do you?

13        A.    I only know what information is

14   provided in this report.

15        Q.    And there's nothing under other

16   relevant medications, right?

17             MS. SUTTON:  Objection, form, asked

18   and answered.

19        A.    But, again, there is -- but there's

20   stated evidence that she had vomiting, diarrhea

21   then gets this episode, vomiting and diarrhea,

22   every time she takes Benicar.  So, again, the

23   dechallenge and rechallenge is very clear from

24   this report even without that.

25        Q.    You don't know how or whether this

Protected Information - Daniel A. Leffler, M.D.

1    person is being exposed to gluten, do you?

2                    MS. SUTTON:  Objection, form.

3        A.        So we don't know whether she truly

4    has celiac disease, and we don't know if she has

5    celiac disease whether she's being exposed to

6    gluten.  However, the chances that she only gets

7    exposed to gluten or she gets exposed to gluten

8    every time she gets exposed to Benicar and that

9    happened to be happening at the exact same time

10   would stretch plausibility.

11       Q.        Exhibit 27 is lacking a lot of

12   information; isn't that right?

13       A.        There are other reports with more

14   information than this one, I agree.

15       Q.        We don't know in Exhibit 27 what

16   the dose, the date of therapy or the indication,

17   correct?

18                    MS. SUTTON:  Objection, form.

19       A.        Agree, but there's no evidence that

20   there is a dose response that's discernible in

21   clinical practice or that there's a difference

22   with indication.  And as long as you've been on

23   it for, as I said, more than one month, so a long

24   enough time within the realm of the cases we see

25   with, in some cases that are documented

Protected Information - Daniel A. Leffler, M.D.

1   olmesartan enteropathy.  It wouldn't change my

2   impression to know whether it had been one month

3   or six months or five years on olmesartan.

4        Q.      And you would not base an opinion

5   that the patient reporting these symptoms in

6   Exhibit 27 has sprue-like enteropathy based

7   solely on Exhibit 27, would you?

8             MS. SUTTON:  Objection, form.

9        A.      Can you restate the question?

10       Q.      Yeah.  If all you had ever looked

11  at was this, Exhibit 27, you would not be able to

12  say to a reasonable degree of medical certainty

13  that this patient has sprue-like enteropathy?

14            MS. SUTTON:  Objection, form.

15       Q.      Only using this form and not the

16  other information that you reviewed.

17       A.      There really is no plausible

18  alternative for somebody who gets diarrhea and

19  vomiting episodes every time they take olmesartan

20  other than olmesartan enteropathy.

21       Q.      So this patient in Exhibit 27 that

22  was diagnosed with celiac disease, based upon the

23  information on this two-page form, you'd be

24  comfortable giving her a diagnosis of sprue-like

25  enteropathy?

Protected Information - Daniel A. Leffler, M.D.

1              MS. SUTTON:  Objection, form.

2        A.      Yes.  If I was to see this patient

3    in my clinic or in, to be honest, in my personal

4    life, I would highly recommend she revisit the

5    diagnosis of celiac disease to see whether that's

6    real because the information provided is much

7    more consistent with olmesartan enteropathy.

8        Q.      And that's what I was asking you.

9    Instead of diagnosing her with sprue-like

10   enteropathy, you would get her to go and try to

11   verify the celiac disease diagnosis, correct?

12              MS. SUTTON:  Objection, form,

13   misstates testimony.

14       A.      No, she has olmesartan enteropathy

15   based on her symptomatic response.  Whether or

16   not she could potentially in those rare cases

17   also have celiac disease would, you know, be

18   reasonable to re-evaluate.  But in most cases, if

19   they have a response and they're feeling fine off

20   of olmesartan, and they only get sick when

21   they're on olmesartan, and most people with

22   celiac disease get exposed to gluten accidentally

23   every now and again, and if the only episode

24   she's getting when she's getting sick are clearly

25   the days when she's tried to take olmesartan

Protected Information - Daniel A. Leffler, M.D.

1    again, there would be no reason to suspect celiac

2    disease.

3        Q.      For these individual case reports,

4    we never know what you might call a

5    counterfactual scenario, in that we don't know

6    what would happen if these exact same patients

7    were not taking olmesartan, do we?

8                MS. SUTTON:  Objection, form.

9        A.      Right, we have no idea what

10   would -- if they never took olmesartan, then we

11   wouldn't know anything about the patients really

12   to make any logical supposition.

13       Q.      And you wouldn't diagnose a patient

14   with sprue-like enteropathy without seeing what

15   medications that they're taking, would you?

16               MS. SUTTON:  Objection, form,

17   foundation.

18       A.      Again, if the only thing that is

19   changing and the only thing that we have evidence

20   is changing is the taking of Benicar, the not

21   taking of Benicar, and the symptoms are tracked

22   to that exposure, then it really wouldn't -- if

23   they're on NSAIDs, chronically, or even

24   intermittently, if the exposure of the olmesartan

25   is linked to the symptoms, then it really becomes

Protected Information - Daniel A. Leffler, M.D.

1    irrelevant what else, what other medications

2    they're on.

3        Q.      So if a patient comes in your

4    office, you don't even ask them what other

5    medications they're on because it's not relevant;

6    is that what you're saying?

7              MS. SUTTON:  Objection form,

8    misstates --

9        A.      No.  Part of a good medical

10   history, you would take a full -- you would learn

11   about past medical history, past social, family

12   history, you hear about medications, but to be

13   honest, none of that would change the clinical

14   diagnosis of olmesartan enteropathy.

15       Q.      And the good medical history that

16   you just discussed is not contained in

17   Exhibit 27, is it?

18             MS. SUTTON:  Objection, form.

19       A.      It is not, but in a case with

20   rechallenge, then it becomes secondary to making

21   that initial diag- --- that diagnosis.

22       Q.      If this particular patient was

23   taking NSAIDs for cyclical pain that happened to

24   occur at the same time that she was taking

25   olmesartan, that would be a possible cause of her

Protected Information - Daniel A. Leffler, M.D.

 1    symptoms, correct?

 2                  MS. SUTTON:  Objection, form.

 3         A.       So I would first just point out

 4    that NSAIDs, while they do cause small intestinal

 5    damage, it is distinct in that it usually -- if

 6    anything, it causes bleeding or ulcers.  Vomiting

 7    and diarrhea happen, but they are very uncommon,

 8    especially vomiting with NSAIDs.  So this would

 9    still be much more consistent with olmesartan

10    enteropathy, even if there was another medication

11    that for some reason happened to be taken and

12    taken off around the same time.

13                  We have no evidence of that, and so

14    there's no reason based on what -- the

15    information here to question the diagnosis of

16    olmesartan enteropathy.

17         Q.       And you see that the company

18    requested further medical information but the

19    patient refused permission to contact the health

20    care provider?

21                  MS. SUTTON:  Objection to the form.

22         A.       That is written on the report.

23         Q.       And do you know how many MedWatch

24    reports did the patient refuse permission for the

25    company to contact the healthcare provider to get

Protected Information - Daniel A. Leffler, M.D.

1    additional information?

2        A.      I don't have any information about

3    that.

4        (Whereupon, Deposition Exhibit 28,

5        MedWatch Report No. SU-2005-004027

6        (OLM-DSI-004773852-R -  853-R),

7        was marked for identification.)

8    BY MR. CHRISTIAN

9        Q.      I've marked as Exhibit 28 to your

10   deposition another MedWatch form that you

11   reviewed.  It's manufacturer report No.

12   SU-2005-04027.

13              This is a report by a consumer,

14   correct?

15       A.      It says serious report from a

16   consumer.

17       Q.      Okay.  And she had been diagnosed

18   with celiac disease, correct?

19       A.      Let's see.  Yes, it says she was

20   diagnosed with celiac, that's correct.

21       Q.      And the main symptom that she

22   experienced was dehydration, correct?

23       A.      It says dehydration requiring two

24   separate hospital admissions, hospitalized due to

25   dehydration.  So the dehydration was the reason

Protected Information - Daniel A. Leffler, M.D.

1    for the hospitalization, but the symptom was

2    actually -- she reports as barely being able to

3    keep food down and throwing up.  So --

4         Q.      And what you just read, the "gone

5    five weeks barely being able to keep food down,"

6    part of that five weeks was during the period

7    when she was not on olmesartan, correct?

8              MS. SUTTON:  Objection, form,

9    foundation.

10        A.      I don't know that that's entirely

11   clear from the way it's written.

12        Q.      Okay.  Unclear, I'll take that.

13             On the --

14             MS. SUTTON:  Objection to the

15   colloquy.

16        Q.      A few sentences up from the end it

17   says, "At this time, Benicar remains

18   discontinued."  Do you see -- "the dehydration

19   had resolved," right?

20        A.      Correct.

21        Q.      But the reporter did not know the

22   status of her low blood pressure, nausea and

23   vomiting.  So all of those things could still

24   have been going on, correct?

25             MS. SUTTON:  Objection, form,

Protected Information - Daniel A. Leffler, M.D.

1   foundation.

2        A.      So this was -- the report must have

3   been not directly from the consumer 'cause she

4   would obviously know whether her, nausea and

5   vomiting, but from the consumer through a

6   healthcare provider or medical representative.

7        Q.      Do you recall the question?

8        A.      So the question was whether they

9   are ongoing.  Well, it does say -- it does say

10  they are known, but there's been no further

11  history of dehydration or passing out.

12       Q.      And this patient had a medical

13  history of passing out with penicillin, correct?

14       A.      That is stated, passing out with

15  penicillin.  Although -- well.  Although

16  dehydra- -- passing out could have been an

17  anaphylactic response to penicillin.  It would

18  not be associated with dehydration.  So at this

19  time, Benicar remains discontinued and the

20  dehydration has resolved.

21       Q.      But we don't know whether or not

22  the low blood pressure, nausea or vomiting had

23  resolved, do we?

24       A.      Well, the low blood pressure is

25  hard to determine 'cause she was started on other

Protected Information - Daniel A. Leffler, M.D.

1    blood pressure medications.  But the

2    dehydration -- the dehydration, which is actually

3    what made this a serious adverse event, with

4    hospitalization has resolved.  And as we see with

5    a lot of patients with severe small intestinal

6    injury, they may have some continuing GI symptoms

7    related to post-inflammatory, post-infectious

8    irritable bowel syndrome.  It's fairly well-known

9    that people who have highly damaged intestine

10   will have some ongoing symptoms because of the

11   disruption of the enteric nervous system.  I got

12   to slow down.

13           So -- you know, and that's true

14   from what we see, again, not just with olmesartan

15   but across GI diseases, you can continue to have

16   some nausea, some alternating bowel habits even

17   after the malabsorption resolves, even after the

18   intestine is healed, at least the mucosa and the

19   villi have healed, due to this

20   post-inflammatory -- post-inflammatory irritable

21   bowel syndrome, functional bowel disorder.

22           So what I would think is that even

23   if it said she's still having some nausea, the

24   fact that dehydration leading to hospitalization

25   has resolved is convincing evidence of

Protected Information - Daniel A. Leffler, M.D.

1    dechallenge.

2         Q.      Objection, non-responsive.

3              MS. SUTTON:  Oppose.

4         Q.      Dr. Leffler, it's a pretty simple

5    question, I think.  Exhibit 28.  What we know

6    from this reporter is that after she stopped

7    taking Benicar is that we don't know whether or

8    not she was still having low blood pressure,

9    nausea or vomiting.

10              MS. SUTTON:  Objection, form, asked

11   and answered.

12        Q.      You don't know that, do you?

13        A.      I do not.  The most important

14   symptom that resolved is the dehydration.

15        Q.      I'm not asking about the most

16   important symptom, Doctor.  I'm not asking about

17   that.  You've talked had dehydration several

18   times now.

19              The simple question is, you don't

20   know whether nausea and vomiting and low blood

21   pressure had discontinued or not?

22              MS. SUTTON:  Objection, asked and

23   answered.

24        A.      That information is not in the

25   report.  It does not change my assessment of the

Protected Information - Daniel A. Leffler, M.D.

1    case.

2        (Whereupon, Deposition Exhibit 29,

3        MedWatch Report No. DSM-2010-01260

4        (OLM-DSI-004756139-R - 140-R),

5        was marked for identification.)

6    BY MR. CHRISTIAN

7        Q.        Exhibit 29 is an additional

8    MedWatch form, manufacturer report

9    DSM-2010-01260.

10              Do you see in this report that --

11   first of all, there's just an extremely low

12   amount of information in this report.  You'd

13   agree with that?

14       A.        Yes, I do agree there's not -- I do

15   agree.

16       Q.        There's nothing filled out in Box 6

17   for relevant tests or laboratory data or Box 7 on

18   other relevant history or Box 10 for concomitant

19   medical products and therapy dates, correct?

20       A.        That is correct.

21       Q.        We don't know the olmesartan dose?

22       A.        That is correct.

23       Q.        And we don't even know the start

24   date of olmesartan, correct?

25              MS. SUTTON:  On this form?

Protected Information - Daniel A. Leffler, M.D.

1              MR. CHRISTIAN:  On the form.

2      A.      Yeah, under -- let me see.  Yes,

3  that information is not listed on this form.

4      Q.      How much time did it take you

5  between November 1st and November 22nd to review

6  these 62 MedWatch forms?

7      A.      I don't recall.  It would be a

8  number of hours.

9      Q.      Did you do it at multiple settings?

10     A.      Yes, this was not all in one

11 setting.

12     (Whereupon, Deposition Exhibit 30,

13      MedWatch Report No. DSM-2010-01269

14      (OLM-DSI-004756141-R - 142-R),

15      was marked for identification.)

16 BY MR. CHRISTIAN

17     Q.      I'm marking Exhibit No. 30.  It's

18 another MedWatch form, manufacturer number DSM

19 2010-01269.

20              This is a report by a consumer,

21 correct?

22     A.      That is correct.

23     Q.      I haven't been noting this

24 previously, but this is one that's a report from

25 outside the United States, correct?

Protected Information - Daniel A. Leffler, M.D.

1      A.      It says from Germany.

2      Q.      Yeah.  And here the MedWatch form,

3   Exhibit 30, does not have a check off for event

4   abated or event reappeared, correct?

5      A.      It is not checked off in that box,

6   correct.

7      Q.      And all we know is that -- or the

8   last sentence there we know that there's no

9   information regarding the outcome of the events,

10  and that would make sense that there would not be

11  a positive rechallenge if we don't know the

12  outcome of the events, correct?

13             MS. SUTTON:  Objection, form,

14  foundation.

15     A.      So it says very clearly on the

16  front of the page, after re-exposition on

17  three -- it says after re-exposition, but I think

18  we can infer after re-exposure -- on three

19  different days between June 2010 and 11 September

20  2010, he experienced diarrhea and vomiting in

21  each case.  And then after that it goes on to say

22  there's no information regarding the outcome of

23  these events.  But he has -- these are three

24  separate events with three separate episodes,

25  again implying resolution between those cases,

Protected Information - Daniel A. Leffler, M.D.

 1   otherwise it would say he experienced chronic

 2   diarrhea and vomiting between June and September.

 3   So these are three distinct events with vomiting.

 4   So this is very clear documentation to me of

 5   rechallenge effect.

 6        Q.      And you're implying resolution of

 7   symptoms after the September 11, 2010, date,

 8   correct?

 9        A.      Well, it specifically says on three

10   different days he experienced diarrhea and

11   vomiting.  That doesn't say three months of

12   diarrhea and vomiting on which --

13        Q.      You don't know, Doctor, after

14   September 11, 2010, if there was 30 more days

15   where he decided to take olmesartan and didn't

16   have these symptoms, do you?

17        A.      No, but three separate challenges

18   with symptoms that are highly consistent with

19   olmesartan enteropathy are extremely compelling

20   data, and you would expect that few people would

21   keep doing that over and over again, subjecting

22   themselves to those symptoms indefinitely.

23        Q.      Well, you're implying that they

24   continued to have those symptoms after subsequent

25   re-exposure.  That's something we don't know off

Protected Information - Daniel A. Leffler, M.D.

1    Exhibit 30.

2                   MS. SUTTON:  Objection, form,

3    misstates testimony.

4        A.        So these forms, obviously, only go

5    up to the time they're reported.  We can never

6    know what happens in the future.

7                   However, during the time that's

8    covered in this report form, the three episodes

9    that are reported only happen on the three -- are

10   said to happen on the days he took olmesartan.

11   So for the time period covered in this, he had

12   olmesartan enteropathy.  We don't --

13       Q.        And we don't -- there's no

14   information regarding the outcome of the events,

15   correct?

16       A.        There is no information provided

17   after the last -- after the report.

18       Q.        One of the reports you excluded out

19   of the 62 was because the patient had just been

20   on olmesartan for a week; is that correct?

21       A.        Yeah, it was for a short period of

22   time.  I don't recall.  I think it was one.  It

23   sounds about one week.

24       Q.        I think in your report you

25   indicated it was a week.

Protected Information - Daniel A. Leffler, M.D.

1    that doesn't apply to people who have a clinical

2    response to cessation of olmesartan 'cause then

3    you do know what the cause is. But in other

4    cases where they're not on olmesartan and there's

5    villous atrophy, then it is -- then you have to

6    rule out other causes, and you don't always have

7    a definitive diagnosis at the end of that

8    evaluation.

9         Q.      So if someone's on olmesartan, that

10   overrules everything else, and they couldn't

11   possibly have non-celiac enteropathy caused by

12   something else?

13        A.      No.

14              MS. SUTTON:  Objection, form.

15        A.      When patients have a clinical

16   response to olmesartan withdrawal, then there is

17   no reason to do an extensive evaluation for other

18   causes because they've already clinically

19   responded.

20        Q.      And you recall the Aziz paper we

21   talked about earlier where they looked at the 200

22   patients, looking at the biopsy and the causes of

23   non-celiac enteropathy, and they found in that

24   group a large percentage of patients where we

25   don't know the cause of the non-celiac

Protected Information - Daniel A. Leffler, M.D.

```
 1    BY MR. CHRISTIAN

 2         Q.      Exhibit 31 is another one of the

 3    MedWatch forms that you reviewed.  Manufacturer

 4    report number SU 2006-005527.

 5              This is one where the preferred

 6    term reported was tropical sprue which is

 7    something we talked about earlier is a cause of

 8    villous atrophy, correct?

 9         A.      That's correct.

10         Q.      And in this patient, on Exhibit 31

11    the check box for rechallenge was no, correct?

12         A.      Reappeared after reintroduction.

13    In Box 8 you're referring to?

14         Q.      Yes.

15         A.      That's correct.

16         Q.      And that's contrary to your

17    finding, correct?

18              MS. SUTTON:  Objection, form.

19         A.      Let me read over the report.

20         Q.      I mean, this wouldn't be in the 62

21    if you didn't agree there was a rechallenge,

22    right?

23         A.      Yeah, no, I do.  Yes, I agree,

24    there was evidence of rechallenge.

25         Q.      Okay.  And you see that the
```

Protected Information - Daniel A. Leffler, M.D.

1   original information was reported by a consumer

2   who talked about traveling to St. Thomas and the

3   Virgin Islands and then was diagnosed with

4   tropical sprue, and that's something that you

5   could recognize could happen, correct?

6       A.      So tropical -- to develop tropical

7   sprue typically requires living in or spending

8   extended periods in endemic regions.  A visit to

9   the Caribbean would be highly unusual to result

10  in tropical sprue.

11      Q.      Now, Doctor, did you -- the company

12  you see followed up with additional information

13  from the treating physician?

14      A.      Mm-hmm.  Yes, I see that.

15      Q.      And did you review that section?

16      A.      I did.

17      Q.      Okay.  And do you see where the

18  physician says that the patient stopped

19  olmesartan on June 1st, 2006?

20              MS. SUTTON:  I'm sorry.

21      Q.      The second sentence.

22  "He," referring to the treating physician,

23  "reported that the patient stopped the

24  medication" --

25      A.      The medication prior to --

Protected Information - Daniel A. Leffler, M.D.

1        Q.      -- "prior to his diagnosis of

2    tropical sprue on June 1st, 2006," correct?

3        A.      That is correct.

4        Q.      Okay.  And then the physician goes

5    on to tell them that the events of tropical

6    sprue:  weight loss, vomiting and diarrhea all

7    began on June 1st, 2006.  That is the date that

8    the olmesartan was stopped, so that cannot be a

9    case of dechallenge, rechallenge or even a case

10   of olmesartan enteropathy, can it?

11             MS. SUTTON:  Objection, form,

12   foundation.

13        A.      So what is not clear after the

14   physician indicates that the event was not

15   related to Benicar HCT, as he says, was whether

16   that was restarted at that time.  And above you

17   have -- again, this is very clear, the patient

18   reports took one dose of Benicar, and within two

19   to three hours of taking it, experienced the

20   exact same thing of vomiting and diarrhea.  So he

21   has multiple rechallenges, and from the patient's

22   report, he took -- it says -- actually, when you

23   go above, "Patient reports that he took Benicar

24   HCT up until that time," which is -- which is a

25   time requiring hospitalization on three separate

Protected Information - Daniel A. Leffler, M.D.

1    occasions.

2              So, I mean, the patient should be

3    the source of whether they were taking the

4    medications.  And, again, with multiple

5    rechallenges, you know, you would really suspect

6    that either the doctor may have said stop it but

7    he didn't or the patient restarted it.  It's not

8    entirely clear.  But what is clear from the part

9    above is, on each time he took the Benicar,

10   within two to three hours it's the exact same

11   thing, that recurrent syndrome of vomiting and

12   diarrhea.  And as he reports, the patient, the

13   vomiting and diarrhea is a violent reaction to

14   the Benicar.

15        Q.    So in your differential diagnosis

16   of reviewing MedWatch reports, if there's a

17   dispute on the facts between what the consumer

18   reported and the treating physician reported,

19   you're going to go with what the consumer

20   reported?

21              MS. SUTTON:  Objection, form,

22   misstates testimony.

23        A.    It depends what the facts are.  If

24   the patient said I was taking a medication, and

25   the physician says I told him to stop the

Protected Information - Daniel A. Leffler, M.D.

1    medication, then oftentimes we know patients

2    don't always hear, don't always act on our advice

3    correctly.

4              If the physician reported a lab

5    value, of course I would take that with more

6    weight than the patient.  But in terms of the

7    patient's symptoms and what they were taking, the

8    person actually taking the medication at the time

9    in their own home knows better than any

10   physician.

11   Q.      Well, let me ask you this, if it's

12   accurate that the treating physician reported

13   that the patient stopped medication on June 1st

14   and also that the events of tropical sprue,

15   weight loss, vomiting and diarrhea, all began on

16   June 1st, 2006, this would not be a case of

17   sprue-like enteropathy, if that is accurate?

18             MS. SUTTON:  Objection to form, no

19   foundation.

20   A.      So, again, the report from the

21   patient is clear.  It suggests strongly that he

22   was on Benicar at the time when these

23   hospitalizations arose.  Yes, if there was reason

24   to suspect that the patient was wrong about what

25   they were taking and the physician was correct

Protected Information - Daniel A. Leffler, M.D.

```
 1    and he had actually been off olmesartan for a
 2    period of weeks or months before the syndrome
 3    began for the first time, then that initial
 4    episode would be suspect.  Again, but it
 5    wouldn't -- but even that would not deteriorate
 6    the quality of the multiple rechallenges.
 7         Q.      Objection, non-responsive.
 8              MS. SUTTON:  Opposed.
 9         Q.      So if a patient stops taking
10    olmesartan and they get symptoms any time in the
11    future after they take stop taking olmesartan,
12    you're going to testify that that's sprue-like
13    enteropathy, Dr. Leffler?
14         A.      No, that's not what I said.
15              MS. SUTTON:  Objection to form,
16    misstates testimony.
17         A.      If the patient --
18              MS. SUTTON:  Sorry, you have to let
19    me finish.
20         A.      Sorry.  That's not what I'm saying.
21    However, if a patient -- many things can happen
22    in the past, but if a patient comes in and says,
23    hey, every time I take olmesartan I get vomiting
24    and diarrhea, that is consistent with olmesartan
25    enteropathy.
```

Protected Information - Daniel A. Leffler, M.D.

1      Q.      The information from the patient

2   does not indicate how long they had been in the

3   Caribbean, does it?

4      A.      It does not.  It does not.

5      Q.      So they could have been there a

6   sufficient time period to contract this tropical

7   sprue, Doctor?

8      A.      That is possible.  But even in

9   people who live in the Caribbean, tropical sprue

10  is a rare entity.  And for somebody who clearly

11  is a citizen of the United States, who was there

12  for some length of time, to come back -- and,

13  again, even if we suppose that, then that has no

14  bearing on the rechallenge effect.  It doesn't

15  explain why he keeps getting sick when he gets

16  exposed to olmesartan in the future, and that

17  would obviously not be part of the clinical

18  syndrome of tropical sprue.

19              MS. SUTTON:  Can we go off the

20  record for just a second.

21              MR. CHRISTIAN:  Exhibit 32 and then

22  we'll go off.

23              (Discussion off the record.)

24

25

Protected Information - Daniel A. Leffler, M.D.

```
1         (Whereupon, Deposition Exhibit 32,

2          MedWatch Report No. SU-2004-002638 and

3          attachments (OLM-DSI-0004773653-R - 654-R),

4          was marked for identification.)

5    BY MR. CHRISTIAN

6         Q.      Exhibit 32, Dr. Leffler, one of the

7    MedWatches you reviewed, SU-2004-0002638.

8                 This is a case you might recall

9    where they were diagnosed with giardia.

10        A.      Correct.

11        Q.      And that's based on a stool test,

12   correct?

13        A.      That is -- I don't remember how it

14   was diagnosed in this or if that was even

15   reported.  Giardia -- there's a couple different

16   ways giardias can be diagnosed in general.  One

17   is by a stool test.  Another one would be by

18   endoscopy.  But oftentimes it is diagnosed based

19   on a clinical suspicion, if there's symptoms that

20   sound like giardia and there was a suspected

21   exposure.  You see that sometimes in people who

22   have -- say, report going camping, for instance,

23   and drinking stream water.

24                So I don't recall, and you can

25   please point me to that, if it does say how she
```

Protected Information - Daniel A. Leffler, M.D.

1    was diagnosed, 'cause it's not -- but I don't

2    recall seeing that.

3           Q.      On the third page in, where you see

4    some handwritten notes on the MedWatch form.

5           A.      Yeah.

6           Q.      First of all, we know that she

7    stopped Benicar on April 5th, 2004, according to

8    the MedWatch form.

9                   MS. SUTTON:  Objection, form.

10          Q.      Going back to the first page, under

11   Therapy Dates over on the right-hand side.

12   There's two entries for Benicar 40 milligrams.

13   The first entry is January 22nd, 2004, to

14   April 5th, 2004, correct?

15          A.      Yes, that's correct.

16          Q.      Okay.  So at that point in time,

17   she stopped on April 5th, 2004.  The date of her

18   giardia diagnosis was April 16th, 2004, correct?

19          A.      Yes, that says -- where does it say

20   the date?

21          Q.      In the handwritten section.  Not

22   that handwritten section.  No, sorry.

23          A.      Oh, over here.  Date of -- yes.

24   4/16, correct.

25          Q.      And the Flagyl, which is a

Protected Information - Daniel A. Leffler, M.D.

1    prescription for someone with giardia -- an

2    antibiotic, correct?

3         A.         Correct.

4         Q.         -- was started on April 21st,

5    correct?

6         A.         Correct.

7         Q.         And the hospitalization was from

8    April 26th to April 29th, correct?

9         A.         That is correct.

10        Q.         Okay.  So she had stopped taking

11   the medication, was diagnosed with giardia, and

12   then started Flagyl, and then went to the

13   hospital, correct?

14                   MS. SUTTON:  Objection, form,

15   foundation.

16        A.         So, yes, looking at this, in early

17   April 2004, she developed rampant diarrhea, so

18   the Benicar was discontinued.  The rampant

19   diarrhea lasted two weeks.  She was then

20   diagnosed -- as we said, we don't know how --

21   with giardia and prescribed Flagyl.

22                   Flagyl commonly causes

23   gastrointestinal upset.  So on top of the rampant

24   diarrhea and the Flagyl effect, she was

25   hospitalized, and then she recovered, and then

Protected Information - Daniel A. Leffler, M.D.

1    with each -- and then she would take Benicar once

2    in a while and get sick or violently ill with

3    diarrhea.

4                So to me, the obvious explanation

5    clinically is that she was still recovering from

6    olmesartan enteropathy, which we know can take

7    some time, and then she was put on another

8    medication for a diagnosis of giardia, which may

9    or may not have been true, which is a known cause

10   of nausea and stomach upset and loss of taste,

11   and got that much sicker and required

12   hospitalization because of the combination of the

13   two.

14               And then with the positive

15   rechallenge after that, she had -- she got -- she

16   continued to get sick every time she took the

17   Benicar.

18      Q.       Well, look at the third page, this

19   is all the handwriting, in Exhibit 32.

20      A.       Okay.

21      Q.       Here the consumer is reporting that

22   the Flagyl made her so sick that she was

23   hospitalized for a few days.  So now you're going

24   to disregard what the consumer is reporting as

25   being accurate in this MedWatch report?

Protected Information - Daniel A. Leffler, M.D.

```
 1                MS. SUTTON:  Objection, form,
 2    foundation, mischaracterizes testimony.
 3         A.       No, it's clear that she was having
 4    the rampant diarrhea before the Flagyl.  She took
 5    the Flagyl, and the Flagyl on top of the ongoing
 6    diarrhea precipitated her going to the hospital.
 7    The rampant diarrhea is clearly lasting weeks,
 8    two weeks.
 9         Q.       Doctor, the report says after she
10    discontinued on April 5th that the event resolved
11    in two weeks, and two weeks would be before the
12    time that she went into the hospital.
13                Sorry, going back to the page
14    before again.  Sorry, the middle of the page.
15    You see right there in the little description
16    part, "58-year-old female reported that she
17    experienced rampant diarrhea within six months of
18    initiating Benicar.  The medication was
19    discontinued and the event resolved in two
20    weeks."
21                So if the event resolved two weeks
22    after April 5th, that would be the 4th she was
23    hospitalized?
24         A.       Yeah, so the diarrhea was -- the
25    rampant diarrhea appears to have been improving
```

Protected Information - Daniel A. Leffler, M.D.

1    after cessation of the olmesartan, as you would

2    expect.  She was then put on this other known

3    gastric irritating medication.  And on top of --

4    and we would not expect the olmesartan

5    enteropathy to resolve within two weeks.  The

6    diarrhea might improve substantially, but the

7    olmesartan enteropathy is not going to resolve.

8              And on top of that, she got the

9    second medication, which it sounds like she

10   didn't really need since the diarrhea was already

11   resolving after she stopped the olmesartan, and

12   then she was hospitalized.  And then every time

13   the she took olmesartan after that, she got this

14   stereotypical illness.

15        Q.    So if you had a patient come in and

16   they were diagnosed with giardia, you would not

17   prescribe Flagyl or another antibiotic if they

18   were taking olmesartan?

19              MS. SUTTON:  Objection, form,

20   foundation.

21        A.    Again, we don't know how she was

22   diagnosed, whether that was a presumptive

23   diagnosis.

24        Q.    I'm not talking about how we know.

25              MS. SUTTON:  Were you done with

Protected Information - Daniel A. Leffler, M.D.

1    your answer?  I don't think you were done.

2         A.       We can continue.

3         Q.       The hypothetical if someone comes

4    in your office, they've been diagnosed with

5    giardia, you're telling this Jury and these

6    judges that you would not prescribe an

7    appropriate medication for that condition if they

8    were taking olmesartan?

9              MS. SUTTON:  Objection, form,

10   misstates testimony.

11        A.       Yeah, that is not what I'm saying.

12   If the patient had symptoms that were consistent

13   with giardia and had a diagnostic test that

14   showed giardia, regardless of what other

15   medication they were on, I would treat them.

16   But, again, that does not explain the fact that

17   the rampant diarrhea resolved with stopping

18   olmesartan, not with the addition of the

19   metronidazole.  As we just said, the

20   metronidazole or Flagyl was put on after the

21   diarrhea was already beginning to resolve.

22              So the symptoms that actually got

23   her diagnosed in whatever way for giardia were

24   actually already resolving before, which you

25   would not expect if this was truly giardia.  And

Protected Information - Daniel A. Leffler, M.D.

1    then, again, she gets the symptoms every time she

2    gets exposed to olmesartan, which is not

3    consistent with, you know, recurrent giardia.

4         Q.       Another equally plausible

5    explanation is that the patient resolved, as it

6    says, completely within two weeks after stopping

7    olmesartan, got giardia, is prescribed Flagyl,

8    and got sick from the giardia or the Flagyl and

9    that's why they went to the hospital.

10             MS. SUTTON:  Objection, form, no

11   foundation.

12        A.       So that might explain -- so at best

13   that would explain the hospitalization, but it

14   doesn't explain the diarrhea or the rechallenge.

15   So, yes, somebody with olmesartan enteropathy at

16   a different point in their history could get

17   giardia.  Somebody with olmesartan enteropathy

18   can at some other point in their medical history

19   contract giardia or a pneumonia or many other

20   things, but again, there's a clear withdrawal

21   effect and rechallenge effect.

22             MR. CHRISTIAN:  I think you better

23   take care of your teenager.

24             MS. SUTTON:  Yeah.  It will take

25   one second for the call.  Do you want to do a

Protected Information - Daniel A. Leffler, M.D.

1    break now?  We've been going for an hour and 15.

2              MR. CHRISTIAN:  Sure.

3              (A break was taken.)

4    BY MR. CHRISTIAN

5         Q.      Ready to proceed, Dr. Leffler?

6         A.      I am.

7         Q.      If you reviewed a MedWatch report

8    where a woman was taking olmesartan and began

9    having diarrhea, weight loss and vomiting and

10   then stopped taking olmesartan and it clinically

11   resolved, would that be enough for you to

12   diagnose that person with sprue-like enteropathy?

13             MS. SUTTON:  Objection, form,

14   foundation.

15        A.      So for the MedWatch forms that we

16   reviewed, we focussed on ones with rechallenge

17   'cause not all MedWatch forms have a lot of data,

18   and then rechallenge provides convincing

19   evidence.

20             In clinical practice, as we

21   discussed, that would be sufficient.  So a

22   MedWatch form it would depend what else was or

23   was not included in that form.

24        Q.      So you still could diagnosis

25   someone like that, with sprue-like enteropathy,

Protected Information - Daniel A. Leffler, M.D.

1   even without rechallenge?

2            MS. SUTTON:   Objection, misstates

3   testimony.

4       A.      That is consistent with current

5   medical practice.   If sufficient information was

6   available in a MedWatch form about comorbidities,

7   other medications, other things that we would

8   care about clinically, other changes that might

9   have happened at the same time with that

10  dechallenge or might not have, then, yes, it

11  could be convincing, but you would need to know a

12  lot more information.

13      Q.      And if you had more information,

14  what are some -- what else would you need to know

15  about this woman who's taking olmesartan and had

16  vomiting, nausea and then she stopped taking

17  olmesartan and it clinically resolved?   What else

18  would you need to know to make a diagnosis of

19  sprue-like enteropathy?

20           MS. SUTTON:   Objection, form.

21      A.      So other helpful pieces of

22  information, and you wouldn't necessarily need

23  all of these, but other things that would be

24  helpful would be other medications that they were

25  on, were any other medications stopped or added

Protected Information - Daniel A. Leffler, M.D.

1     Q.       And you recognize that the ROADMAP

2    study is a double-blind, randomized controlled

3    trial, correct?

4     A.       That is correct.

5     Q.       And in the hierarchy of evidence, a

6    randomized controlled trial is the highest level

7    of evidence, correct?

8     A.       So randomized controlled trials are

9    an excellent study design, but they are only as

10   good looking as looking at -- as they're powered

11   for the outcome you're addressing.  So they're

12   excellent at looking at -- if they're designed

13   properly, they're excellent for interpreting the

14   primary outcome of the study.

15            For secondary outcomes and adverse

16   events, they are often insufficient.  And this is

17   why we do things like MedWatch reports, 'cause in

18   even the largest clinical trial, randomized

19   clinical trial, pivotal clinical trial, uncommon

20   and unexpected adverse events are often not seen.

21    Q.       Dr. Leffler, you understand what

22   evidence-based medicine is, don't you?

23    A.       I do.

24    Q.       And you agree that a fundamental

25   principle of evidence-based medicine is the

Protected Information - Daniel A. Leffler, M.D.

1    one way to find at least some possibly

2    non-symptomatic patients that might have

3    sprue-like enteropathy?

4         A.       Yes, all these patients had

5    abdominal pain.  They all had a reason, a

6    clinical reason, for the endoscopy, but it is a

7    way that you could find histologic changes.

8         Q.       And the authors of this study

9    concluded that there was no statistically

10   significant difference between olmesartan users

11   with abdominal pain and controls for any single

12   histopathological abnormality, correct?

13        A.       That is what they -- yes, they did

14   conclude that in this group of patients all with

15   abdominal pain.

16        Q.       Okay.

17        A.       However, there are, as I report --

18   as I put into my report, there are interesting

19   trends towards increased amounts of enteropathy,

20   intestinal changes in the olmesartan users

21   compared to the matched controls, either the

22   matched controls or the patients on other ARBs.

23        Q.       Objection, non-responsive starting

24   with the word "however" to the end.

25                 MS. SUTTON:  Opposed.

Protected Information - Daniel A. Leffler, M.D.

1      Q.      You were talking about the results

2  in Table 2?

3      A.      Correct.

4      Q.      And the fact that the p-value --

5  well, you agree that they didn't find a

6  statistically significant difference?

7      A.      I agree.

8      Q.      And the p-value of .34, would that

9  mean that there's a 34 percent probability that

10  the result would be completely attributable to

11  chance?

12      A.      That is -- how do I phrase that.

13  Yeah, that's a -- that's a reasonable

14  interpretation of that p-value.

15      Q.      Do you know whether the analysis --

16  you're talking about the aggregation of

17  histological features at the very bottom of

18  Table 2?  Is that what you were pointing out to

19  me a while ago?

20      A.      That's what I refer to in my

21  report, that 50 percent of patients have one or

22  more features of enteropathy compared to 20

23  percent of matched controls, but it applies

24  across.  When you look at villous atrophy and

25  crypt hyperplasia you also see similar trends.

Protected Information - Daniel A. Leffler, M.D.

1      Q.      So for this category there at the

2  bottom that you just reference to about the one

3  or more sprue-like features, do you know whether

4  or not that was a predetermined analysis or

5  whether it was a post hoc analysis?

6               MS. SUTTON:  Objection, form.

7      A.      I don't recall.

8               MR. CHRISTIAN:  That was a pretty

9  good question.  What's the basis of that?

10              MS. SUTTON:  Compound.

11     A.      So it says here that it is a post

12  hoc analysis.

13     Q.      So that was not something that they

14  had preplanned to do when they were working on

15  some study, correct?

16     A.      That is correct.

17     Q.      And if you look at the matched

18  controls for the olmesartan group versus the

19  matched controls for other ARBs, you would expect

20  the controls to be substantially similar between

21  the two groups, correct?

22              MS. SUTTON:  Objection, form.

23     A.      You mean the healthy controls and

24  the other ARB controls?  The matched controls and

25  the other ARB users?

Protected Information - Daniel A. Leffler, M.D.

1        Q.        For both groups you would expect

2    those to be similar?  If you're trying to find a

3    difference between olmesartan and other ARBs, you

4    would want them to have similar controls between

5    each comparison, right?

6        A.        You would want them -- yeah, you

7    would want -- I mean, if you expect that the

8    other ARBs do not have a response, you would

9    expect that the results in that group would be

10   similar to the matched controls not on ARBs, if

11   that is what your question was.

12       Q.        So if we used the matched controls

13   from the other ARB analysis and switched it to

14   the matched controls from the olmesartan

15   analysis, you'd actually have more people in the

16   control group with one or more sprue-like

17   features than you did in olmesartan users,

18   correct?

19            MS. SUTTON:  Objection, form,

20   foundation.

21       A.        But those are not matched to the

22   olmesartan users, so we don't know what they're

23   not matched on.  They could be older.  They could

24   be on other medications.  You can only match to

25   the group they're matched to.  You can't cross

Protected Information - Daniel A. Leffler, M.D.

1    match and expect them to be the same.

2         Q.      But you wouldn't expect the matched

3    controls for the olmesartan to be different than

4    the matched controls for the other ARBs, would

5    you?

6         A.      If there are -- I don't know.

7    Let's see if they report any of that.

8                 So the other ARBs are more likely

9    to be female.  Are more likely to be male.

10   Sorry.  45 percent versus 30 percent.  So there

11   are significant differences between the other

12   ARBs, just in the simple demographics they put

13   here on Table 1, compared to the olmesartan.

14                So I think it's hard to compare.

15   That's why they have two separate matched

16   controls.  It would have been much easier for

17   them to have one group of matched controls,

18   obviously.  It's less work.

19        Q.      Right.

20        A.      But since the olmesartan and

21   non-ARBs looked slightly different, that would

22   not have been appropriate.

23        Q.      And if they would have used just

24   one set of matched controls, then it would have

25   been the matched controls in this study for the

Protected Information - Daniel A. Leffler, M.D.

1    other ARB analysis.  Those controls would have

2    had more sprue-like features than the olmesartan

3    users, correct?

4                    MS. SUTTON:  Objection, form,

5    foundation.

6         A.      But they're not matched to that

7    population.

8         Q.      I understand that.  My question is,

9    if they would have used those matched controls --

10   well, let me strike it.  Rephrase.

11                   The matched controls for the ARB

12   analysis group, on the very bottom group, those

13   are people that are not taking olmesartan,

14   correct?

15        A.      That is correct.

16        Q.      And they're not taking another ARB,

17   correct?

18        A.      That is correct.

19        Q.      And 60 percent of them were

20   positive for one or more sprue-like features on

21   histology, correct?

22        A.      That is correct.

23        Q.      And that is more than the 50

24   percent with one or more sprue-like features in

25   the olmesartan users, correct?

Protected Information - Daniel A. Leffler, M.D.

```
 1        A.        That is correct, except for that --
 2   but it is not a matched population, so you would
 3   not make that comparison scientifically.
 4        (Whereupon, Deposition Exhibit 39,
 5          "Comparative Effectiveness of Olmesartan and
 6          Other Angiotensin Receptor Blockers in
 7          Diabetes Mellitus," Padwal, et al,
 8          was marked for identification.)
 9   BY MR. CHRISTIAN
10        Q.        Marked as Exhibit No. 39 to your
11   deposition is a study by a Raj Padwal.
12        A.        Mm-hmm.
13        Q.        This study, I did not see you cite
14   this in your report or include it in any of your
15   materials that you reviewed or relied upon.
16                  Have you seen Exhibit 39 before?
17                  MS. SUTTON:  Objection, form.
18        A.        Yes, I have reviewed this.
19        Q.        Okay.  And is there a reason why
20   you did not include that either in your report or
21   in the materials that you reviewed and relied
22   upon for your opinions in this case?
23                  MS. SUTTON:  Objection, form.
24        A.        Yes, the -- I mean, the combination
25   of using non-specific terms for the GI outcomes
```

Protected Information - Daniel A. Leffler, M.D.

1    foundation.

2        A.      Correct.  There is a trend in the

3    adjusted analysis, but it does not reach

4    statistical significance over the study with the

5    relatively short duration of exposure.

6        Q.      So their overall conclusion does

7    not support your opinion of general causation,

8    does it, Dr. Leffler?

9                MS. SUTTON:  Objection, form.

10       A.      So this report, similar to the

11   ROADMAP, does not give -- does not refute the

12   Basson study in any way suggesting that there is

13   an association.

14       Q.      But it also does not support your

15   opinion on general causation?

16               MS. SUTTON:  Objection, form,

17   foundation.

18       A.      While there's no statistically

19   significant, I actually find it meaningful that

20   there's a trend both for GI disease related

21   hospitalization and non-infective enteritis and

22   colitis related admissions in the adjusted

23   analysis, even though this is in a study without

24   a significant enough duration of exposure to

25   really begin seeing the majority, what we believe

Protected Information - Daniel A. Leffler, M.D.

1    to be the majority of olmesartan enteropathy

2    severe outcome cases.

3         Q.       In these large population-based

4    studies, it's important that the reporters of the

5    data report it with respect to whether or not the

6    outcome is statistically significant, correct?

7              MS. SUTTON:   Objection, form and

8    foundation.

9         A.       It is.

10        Q.       And you claim that you were aware

11   of Exhibit 39 prior to writing your report in

12   this case, correct?

13        A.       That is correct.

14        Q.       And now you're saying it's

15   meaningful to your opinion?

16        A.       So what I -- so, as I said, I think

17   it is -- it doesn't change the opinions as I

18   wrote in my draft.  It doesn't -- it is -- there

19   is some suggestive things, but they do not reach

20   statistical significance.  The fact that they do

21   not reach statistical significance does not make

22   me believe that they do not really exist.

23        Q.       So we have gone through from what I

24   could tell from your reliance materials all the

25   studies that have a control group to them, which

Exhibit C

Case 1:15-md-02606-RBK-JS   Document 1066-3   Filed 03/31/17   Page 120 of 290 PageID: 11990

GE Port J Gastroenterol. 2016;23(2):61–65





Portuguese Journal of Gastroenterology

www.elsevier.pt/ge



EDITORIAL

# Sprue-Like Enteropathy Associated With Olmesartan: A New Kid on the Enteropathy Block


CrossMark

## Enteropatia Tipo *Sprue* Induzida Por Olmesartan: Uma Nova Entidade no Campo Das Enteropatias

**Isabel A. Hujoel[a], Alberto Rubio-Tapia[a,b,*]**

[a] Department of Internal Medicine, Mayo Clinic, Rochester, MN, USA
[b] Division of Gastroenterology and Hepatology, Mayo Clinic, Rochester, MN, USA



Sprue-like enteropathy associated with olmesartan, first identified by our group in 2012,[1] is characterized by chronic diarrhea (often severe) and weight loss that is unresponsive to a gluten-free diet. Laboratory work-up commonly reveals non-specific anemia, hypoalbuminemia, electrolyte imbalance, and vitamin deficiencies, consistent with a severe malabsorption process. Histopathological findings include a combination of duodenal villous atrophy, increased intraepithelial lymphocytes, and a thickened subepithelial collagen layer (collagenous sprue). Histologic changes can be limited to the small bowel, or may include the entire gastrointestinal tract, with findings such as lymphocytic/collagenous gastritis and colitis. Individuals with sprue-like enteropathy associated with olmesartan have negative celiac serology. The majority may have either HLA-DQ2 or DQ8 haplotypes (61–81%).[1] Diagnosis of olmesartan associated enteropathy should therefore be considered in cases of villous atrophy with negative celiac serology (so-called seronegative villous atrophy). Confirmation of diagnosis requires clinical resolution of symptoms after olmesartan withdrawal. Mucosal recovery is also expected within 3–6 months of olmesartan withdrawal and a follow-up duodenal biopsy is reasonable.

Severe sprue-like enteropathy associated with olmesartan appears to be rare although a spectrum of disease severity may be possible.[2] The annual incidence rate of enteropathy in a French population-based study among patients treated with olmesartan for at least 6 months was calculated at 1.3 cases per 1000 individuals per year (95% confidence interval (CI) of 0.5–2.6).[3] This rate is not significantly different from the rate of 0.63 cases of incident celiac disease per 1000 reported by the Mini-Sentinel (95% CI: .38–.99) ($p = 0.16$).[4] The Mini-Sentinel reported that rates of incident celiac disease were of similar magnitude for all angiotensin receptor blockers with, for instance, a rate of 0.43 cases per 1000 (95% CI: 0.33–0.55) for losartan. Mini-Sentinel data therefore suggest that enteropathy may be a class-related drug effect. Such a hypothesis is supported by sporadic case-reports of enteropathy possibly associated with irbesartan,[5] losartan,[6] and valsartan.[7] However, a nation-wide case-control Swedish study failed to show any association between the use of either angiotensin converting enzyme blockers or non-olmesartan angiotensin receptor blockers and subsequent villous atrophy.[8] Thus, there is clear predominance of published data relating olmesartan to enteropathy (Table 1).

Sprue-like enteropathy associated with olmesartan should be ruled out early in the investigation of patients with seronegative villous atrophy. Indeed, a case-series on 72 patients with seronegative villous atrophy found the most frequent etiologies to be seronegative CD (28%), medication-related (26%), unclassified sprue (14%), autoimmune enteropathy (4%), and giardia (4%).[13] Of the

DOIs of original articles:
http://dx.doi.org/10.1016/j.jpge.2015.10.007,
http://dx.doi.org/10.1016/j.jpge.2015.12.003,
http://dx.doi.org/10.1016/j.jpge.2015.09.005
* Corresponding author.
 E-mail address: rubiotapia.alberto@mayo.edu (A. Rubio-Tapia).

http://dx.doi.org/10.1016/j.jpge.2016.02.005
2341-4545/© 2016 Sociedade Portuguesa de Gastrenterologia. Published by Elsevier España, S.L.U. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

I.A. Hujoel, A. Rubio-Tapia

**Table 1**   Case-reports and case-series of sprue-like enteropathy associated with olmesartan published after the Mayo Clinic 2012 original case-series.

| Reference number | Author | Country | Date of Publication | Number of cases | Comments |
|---|---|---|---|---|---|
| 9 | Talbot | USA | 2012 | 1 | Follow up histology: no |
| 10 | Dreifuss et al. | USA | 2013 | 1 | Follow up histology: no |
| 11 | Nielsen et al. | USA | 2013 | 1 | Follow up histology: yes<br>Time after cessation: 3 months<br>Resolution of histologic changes: yes |
| 12 | Stanich et al. | USA | 2013 | 1 | Follow up histology: no |
| 13 | DeGaetani et al. | USA | 2013 | 16 | Follow up histology: 2/16<br>Time after cessation: 12 months<br>Resolution of histologic changes: yes (2/2) |
| 14 | Abdelghany et al. | USA | 2014 | 1 | Follow up histology: no |
| 15 | Tran et al. | USA | 2014 | 1 | Follow up histology: no |
| 16 | Théophile et al. | France | 2014 | 5 | Follow up histology: yes (2/5), no (3/5)<br>Time after cessation: 2 months (2/2)<br>Resolution of histologic changes: yes (1/2), partial (1/2; IELs still present but VA resolved) |
| 17 | Gaur et al. | USA | 2014 | 1 | Follow up histology: no |
| 18 | Fiorucci et al. | Italy | 2014 | 1 | Follow up histology: no |
| 19 | Khan et al. | USA | 2014 | 1 | Follow up histology: no |
| 20 | Hartranft et al. | USA | 2014 | 1 | Follow up histology: no |
| 21 | Ianiro et al. | Italy | 2014 | 3 | Follow up histology: 3/3<br>Time after cessation: 3 months (2/3), not reported (1/3)<br>Resolution of histologic changes: yes 2/3, partial (1/3) |
| 22 | Gallivan et al. | Australia | 2014 | 1 | Follow up histology: yes<br>Time after cessation: 4 months<br>Resolution of histologic changes: yes |
| 5 | Marthey et al. | France | 2014 | 36 | Follow up histology: 15/36<br>Time after cessation: 9 months<br>Resolution of histologic changes: yes (15/15) |
| 23 | Scialom et al. | France | 2015 | 7 | Follow up histology: 5/7<br>Time after cessation: 2-7 months<br>Resolution of histologic changes: yes (4/5); one had biopsy while on anti-TNF-αantibodies and olmesartan discontinued with resolution of histologic changes (1/5) |
| 24 | Kulai et al. | Canada | 2015 | 1 | Follow up histology: yes<br>Time after cessation: 14 weeks<br>Resolution of histologic changes: yes |
| 25 | Muñoz- Muñoz et al. | Spain | 2015 | 1 | Follow up histology: no |
| 26 | Marco-Marqués et al. | Spain | 2015 | 11 | Follow up histology: no |
| 27 | Heerasing et al. | Australia | 2015 | 1 | Follow up histology: yes<br>Time after cessation: 4 months<br>Resolution of histologic changes: yes |
| 28 | Fabian et al. | Austria | 2015 | 1 | Follow up histology: yes<br>Time after cessation: 2 months<br>Resolution of histologic changes: yes |
| 29 | Fukushima et al. | Japan | 2016 | 1 | Follow up histology: yes<br>Time after cessation: 11 months<br>Resolution of histologic changes: yes |
| 30 | Imperatore et al. | Italy | 2016 | 1 | Follow up histology: yes<br>Time after cessation: 8 months<br>Resolution of histologic changes: yes |
| 31 | Schiepatti et al. | Italy | 2016 | 2 | Follow up histology: Yes (2/2)<br>Time after cessation: 2 months (2/2)<br>Resolution of histologic changes: yes (2/2) |
| 3 | Esteve et al. | Spain | 2016 | 20 | Follow up histology: yes (19/20)<br>Time after cessation: 3-12 months<br>Resolution of histologic changes: yes (18/19), no (1/19) |

Case 1:15-md-02606-RBK-JS   Document 1066-3   Filed 03/31/17   Page 122 of 290 PageID: 11992

medication-related seronegative villous atrophy, roughly 84% were attributed to olmesartan.[13] Early identification of individuals with sprue-like enteropathy associated with olmesartan is clinically relevant as symptoms can be severe and/or life-threatening with expected clinical response within days of olmesartan withdrawal.[1]

In this issue of *GE Portuguese Journal of Gastroenterology*, case reports by da Silva et al.[32], Carneiro et al.[33] and Eusébio et al.[34], highlight the importance of considering sprue-like enteropathy associated with olmesartan when approaching a patient with seronegative villous atrophy and provide further information to aid in diagnosis of this emergent disease.

In their case-report, da Silva et al. outline a practical algorithm to approach diagnosis of seronegative villous atrophy that does not respond to a gluten free diet.[32] The first proposed step following testing for celiac serology is a review of the patient's medication list. In the four cases reported in this issue, symptoms resolved within 48 h to one week of discontinuation of olmesartan.[32-34] Trialing a patient off of a medication early on in the evaluation of seronegative villous atrophy could therefore provide both a rapid



**Figure 1**   Proposed Management for Patients with Sprue-like Enteropathy associated with Olmesartan. 1. Differential diagnosis includes (but it is not limited to) seronegative celiac disease, other drug-related enteropathies, autoimmune enteropathy, tropical sprue, small-bowel bacterial overgrowth, hypogammaglobulinemic sprue, Giardiasis, refractory celiac disease, Whipple's disease, collagenous sprue, and unclassified sprue. 2. If there is a need for continuation of alternative therapy, we recommend to use a different class of medication whenever is clinically possible.

I.A. Hujoel, A. Rubio-Tapia

and cost-effective diagnosis. It is our practice that following olmesartan withdrawal, we try to understand the primary indication for olmesartan therapy and reassess the need for alternative medications together with the patient's primary care physician. It has been our experience that a considerable number of patients do not need any medications after suspension of olmesartan.

Eusébio et al.[34] identify a unique finding of elevated transaminases in a case of olmesartan associated enteropathy. They propose that this may be due to the same mechanism behind the hypertransaminasemia seen in CD.

Carneiro et al.[33] report on a case diagnosed with systemic sclerosis during the work-up for sprue-like enteropathy associated with olmesartan. The association with autoimmune diseases has been reported in several other studies.[3,5,23] In line with this observation, there are reports of individuals with sprue-like enteropathy associated with olmesartan responding to immunosuppressive treatment.[5,23] Our open-label experience suggests that some patients with severe symptoms, recurrent hospitalizations due to dehydration or both slow and/or partial response to olmesartan withdrawal may have some benefit from a short course of steroids such as budesonide (Fig. 1).

The association between autoimmune diseases and olmesartan associated enteropathy is consistent with the emerging evidence supporting an immune-based pathophysiology. One recent study by our group looking at duodenal biopsies of those taking olmesartan versus those who had discontinued the medication showed an increased CD8+ cells, FoxP3+ cells, and IL15R in biopsies of those taking olmesartan, similar to what is seen in CD.[35] In addition, we demonstrated an increased IL15 expression and disruption of tight junction proteins (ZO-1) in olmesartan-treated Caco-2 cells.[35] This suggests that olmesartan may trigger a similar change in intestinal epithelial cells as gluten does in those with CD although further study of the underlying mechanisms would be needed to fully understand the pathophysiology of sprue-like enteropathy associated with olmesartan, the new kid on the enteropathy block.

## Conflict of interest

The authors declare no conflicts of interest.

## References

1. Rubio-Tapia A, Herman ML, Ludvigsson JF, Kelly DG, Mangan TF, Wu T, et al. Severe spruelike enteropathy associated with olmesartan. Mayo Clin Proc. 2012;87:732–8.
2. Greywoode R, Braunstein ED, Arguelles-Grande C, Green PH, Lebwohl B. Olemsartan, other anti-hypertensives, and chronic diarrhea among patients undergoing endoscopic procedures: a case-control study. Mayo Clin Proc. 2014;89:1239–43.
3. Esteve M, Temiño R, Carrasco A, Batista L, Del Val A, Blé M, et al. Potential coeliac disease markers and autoimmunity in olmesartan induced enteropathy: a population-based study. Dig Liver Dis. 2016;48:154–61.
4. Sentinel M. Angiotensin II Receptor Blockers and Celiac Disease. Available from: http://www.mini-sentinel.org/work.products/Assessments/Mini-Sentinel_Angiotensin-II-Receptor-Blockers-and-Celiac-Disease.pdf [cited 6.02.16].
5. Marthey L, Cadiot G, Seksik P, Pouderoux P, Lacroute J, Skinazi F, et al. Olmesartan-associated enteropathy: results of a national survey. Aliment Pharmacol Ther. 2014;40:1103–9.
6. Negro A, Rossi GM, Santi R, Iori V, De Marco L. A case of severe sprue-like enteropathy associated with losartan. J Clin Gastroenterol. 2015;49:794.
7. Herman ML, Rubio-Tapia A, Wu TT, Murray JA. A case of severe sprue-like enteropathy associated with valsartan. ACG Case Rep J. 2015;2:92–4.
8. Mårild K, Lebwohl B, Green PH, Murray JA, Ludvigsson JF. Blockers of angiotensin other than olmesartan in patients with villous atrophy: a nationwide case-control study. Mayo Clin Proc. 2015;90:730–7.
9. Talbot GH. Small bowel histopathologic findings suggestive of celiac disease in an asymptomatic patient receiving olmesartan. Mayo Clin Proc. 2012;87:1231–2.
10. Dreifuss SE, Tomizawa Y, Farber NJ, Davison JM, Sohnen AE. Spruelike enteropathy associated with olmesartan: an unusual case of severe diarrhea. Case Rep Gastrointest Med. 2013;2013:618071.
11. Nielsen JA, Steephen A, Lewin M, Angiotensin- II. inhibitor (olmesartan)-induced collagenous sprue with resolution following discontinuation of drug. World J Gastroenterol. 2013;19:6928–30.
12. Stanich PP, Yearsley M, Meyer MM. Olmesartan-associated sprue-like enteropathy. J Clin Gastroenterol. 2013;47:894–5.
13. DeGaetani M, Tennyson CA, Lebwohl B, Lewis SK, Abu Daya H, Arguelles-Grande C, et al. Villous atrophy and negative celiac serology: a diagnostic and therapeutic dilemma. Am J Gastroenterol. 2013;108:647–53.
14. Abdelghany M, Gonzalez L 3rd, Slater J, Begley C. Olmesartan associated sprue-like enteropathy and colon perforation. Case Rep Gastrointest Med. 2014;2014:494098.
15. Tran TH, Li H. Olmesartan and drug-induced enteropathy. Pharm Ther. 2014;39:47–50.
16. Théophile H, David XR, Miremont-Salamé G, Haramburu F. Five cases of sprue-like enteropathy in patients treated by olmesartan. Dig Liver Dis. 2014;46:465–9.
17. Gaur V, Albeldawi M, Weber L. Chronic diarrhea and weight loss. Gastroenterology. 2014;146(347):591.
18. Fiorucci G, Puxeddu E, Colella R, Paolo Reboldi G, Villanacci V, Bassotti G. Severe spruelike enteropathy due to olmesartan. Rev Esp Enferm Dig. 2014;106:142–4.
19. Khan AS, Peter S, Wilcox CM. Olmesartan-induced enteropathy resembling celiac disease. Endoscopy. 2014;46 Suppl. 1:E97–8. UCTN.
20. Hartranft ME, Regal RE. ''Triple phase'' budesonide capsules for the treatment of olmesartan-induced enteropathy. Ann Pharmacother. 2014;48:1234–7.
21. Ianiro G, Bibbò S, Montalto M, Ricci R, Gasbarrini A, Cammarota G. Systematic review: sprue-like enteropathy associated with olmesartan. Aliment Pharmacol Ther. 2014;40:16–23.
22. Gallivan C, Brown I. Olmesartan induced enterocolitis. Pathology. 2014;46:360–1.
23. Scialom S, Malamut G, Meresse B, Guegan N, Brousse N, Verkarre V, et al. Gastrointesitnal disorder associated with olmesartan mimics autoimmune enteropathy. PLOS ONE. 2015;10:e0125024.
24. Kulai T, Arnason T, MacIntosh D, Igoe J. Severe sprue-like enteropathy associated with olmesartan. Can J Gastroenterol Hepatol. 2015:16873 [Epub ahead of print].
25. Muñoz-Muñoz C, López-Vivancos J, Huaman W, Garcia-Cors M. Sprue-like enteropathy due to olmesartan. Rev Esp Enferm Dig. 2015;107:647–8.
26. Marco-Marqués A, Sanahuja-Martinez A, Bosca-Watts MM, Tosca-Cuquerella J, Mas-Mercader P, Andrade-Gamarra V, et al. Could HLA-DQ suggest why some patients have

Case 1:15-md-02606-RBK-JS   Document 1066-3   Filed 03/31/17   Page 124 of 290 PageID: 11994

olmesartan-related diarrhea and others don't? Am J Gastroen-terol. 2015;110:1507–8.

27. Heerasing N, Hair C, Wallace S. Olmesartan-induced enteropa-thy. Intern Med J. 2015;45:117–8.

28. Fabian E, Schiller D, Wenzl H, Lackner C, Donnerer J, Ziachehabi A, et al. Case No 156: 82-year-old woman with chronic diar-rhea and weight loss of 20 kilograms. Wien Klin Wochenschr. 2015;127:974–80.

29. Fukushima M, Kitamoto H, Inokuma T, Imai Y. Severe spruelike enteropathy associated wtih olmesartan observed by double-balloon enteroscopy. Gastrointest Endosc. 2016;83:269–70.

30. Imperatore N, Tortora R, Capone P, Caporaso N, Rispo A. An emerging issue in differential diagnosis of diarrhea: sprue-like enteropathy associated with olmesartan. Scand J Gastroen-terol. 2016;51:378–80.

31. Schiepatti A, Biagi F, Cumetti D, Luinetti O, Sonzogni A, Mugellini A, et al. Olmesartan-associated enteropathy: new insights on the natural history? Report of two cases. Scand J Gastroenterol. 2016;51:152–6.

32. da Silva BM, Neves SJ, Martínez AG, de Jesus Geneux K, García JL, Antolín SM, et al. Enteropathy associ-ated with olmesartan. GE Port J Gastroenterol. 2016;23: 96–100.

33. Carneiro L, Moreira A, Pereira A, Andrade A, Soares J, Silva A, et al. Olmesartan-induced sprue like enteropathy. GE Port J Gastroenterol. 2016;23:101–5.

34. Eusébio M, Caldeira P, Gião Antunes A, Ramos A, Velasco F, Cadillá J, et al. Olmesartan-induced enteropathy – an unusual cause of villous atrophy. GE Port J Gastroenterol. 2016;23: 91–5.

35. Marietta EV, Nadeau AM, Cartee AK, Singh I, Rishi A, Choung RS, et al. Immunopathogenesis of olmesartan-associated enteropathy. Aliment Pharmacol Ther. 2015;42: 1303–14.

Exhibit D

Protected Information - Benjamin Lebwohl, M.D., M.S.

1          IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF NEW JERSEY
3
4                     -   -   -
5

   IN RE:  BENICAR         :   Civil No.
6  (OLMESARTAN) PRODUCT    :   15-2606(RBK)(JS)
   LIABILITY LITIGATION    :
7                          :
8
9

                      -   -   -
10

                 February 10, 2017
11

                      -   -   -
12

              PROTECTED INFORMATION
13

                      -   -   -
14

              Oral expert deposition of
15  BENJAMIN LEBWOHL, M.D., M.S., taken
    pursuant to notice, was held at the law
16  offices of Robins Kaplan LLP, 601
    Lexington Avenue, Suite 3400, New York,
17  New York, beginning at 9:45 a.m., on the
    above date, before Kimberly A. Cahill, a
18  Federally Approved Registered Merit
    Reporter and Notary Public.
19
20

                      -   -   -
21
22          GOLKOW TECHNOLOGIES, INC.
     877.370.3377 ph | 917.591.5672 fax
23             deps@golkow.com
24

Protected Information - Benjamin Lebwohl, M.D., M.S.

```
 1   APPEARANCES:
 2
     MAZIE SLATER KATZ & FREEMAN, LLC
 3   BY:  ADAM M. SLATER, ESQUIRE
     103 Eisenhower Parkway, 2nd Floor
 4   Roseland, New Jersey 07068
     (973) 228-9898
 5   aslater@mskf.net
     Representing the Plaintiffs
 6
 7   ROBINS KAPLAN LLP
     BY:  RAYNA E. KESSLER, ESQUIRE
 8   601 Lexington Avenue
     Suite 3400
 9   New York, New York  10022
     (212) 980-7400
10   rkessler@robinskaplan.com
     Representing the Plaintiffs
11
12   DRINKER BIDDLE & REATH LLP
     BY:  KENNETH A. MURPHY, ESQUIRE
13   One Logan Square, Suite 2000
     18th and Cherry Streets
14   Philadelphia, Pennsylvania  19103
     (215) 988-2700
15   kenneth.murphy@dbr.com
     Representing Daiichi Sankyo, Inc.
16
17   DRINKER BIDDLE & REATH, LLP
     BY:  JESSICA L. BRENNAN, ESQUIRE
18   600 Campus Drive
     Florham Park, New Jersey  07932
19   (973) 549-7000
     jessica.brennan@dbr.com
20   Representing Daiichi Sankyo, Inc.
21
22
23
24
```

```
 1    ALSO PRESENT:

 2          Amy Klug, Esquire

            Assistant General Counsel

 3          Daiichi Sankyo, Inc.

 4

 5

 6

 7                    -   -   -

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1    epidemiology at Mailman School of Public

2    Health, and so I am an epidemiologist.

3         Q.    But you're not a biologist.

4         A.    That's a term we don't

5    really use so much in clinical research

6    or epidemiological research; but if you

7    mean colloquially the notion of someone

8    who performs in vitro studies with

9    pipettes and tissue cultures, that is not

10   my day to day or -- focus.

11        Q.    I understand.

12             Dr. Lebwohl, have you read

13   any articles that indicate or suggest

14   that olmesartan causes inflammation in

15   the intestine of animals?

16        A.    I am not deeply acquainted

17   with the animal literature on olmesartan

18   except for what I would argue is the most

19   relevant animal, humans.

20        Q.    So you're not familiar with

21   the animal studies.

22        A.    I do not have a deep

23   familiarity with animal studies relating

24   to olmesartan.

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    data to the contrary that you're aware

2    of?

3          A.    I'm not aware of any

4    published studies that dispute causality.

5    In fact, this is now an entity that's

6    being increasingly recognized around the

7    world.

8                And until I read expert

9    reports from the defendants' side and

10   until I started reviewing depositions, I

11   had no idea that there were people who

12   denied the existence of olmesartan

13   enteropathy.

14         Q.    Your review of defendants'

15   reports was something that you engaged in

16   after you wrote your report; correct?

17         A.    To the best of my

18   recollection, correct.

19         Q.    Is it your opinion, Dr.

20   Lebwohl, that all medical literature on

21   the subject indicates that olmesartan

22   causes sprue-like enteropathy?

23         A.    I would say that there is no

24   convincing published literature that puts

Protected Information - Benjamin Lebwohl, M.D., M.S.

1          allergic reaction.

2                  It suggests that there does

3          appear to require either some sort

4          of cumulative effect of damage or

5          some sort of priming of the immune

6          system or some cofactor that

7          perhaps was not present during --

8          at the beginning or onset of

9          olmesartan use, but with long

10         enough time of exposure of

11         olmesartan, that as yet

12         unidentified cofactor could be

13         triggering olmesartan's induction

14         of enteropathy.

15    BY MR. MURPHY:

16         Q.    Is it your --

17         A.    If I could just finish.

18         Q.    I'm sorry.  I didn't know

19    you were...

20         A.    So celiac disease in certain

21    ways provides an analogous situation.

22    People with celiac disease develop

23    symptoms, and the biologic mechanism for

24    the symptoms in many patients is villous

1    atrophy and the cause of that is gluten.

2              And yet the onset of not

3    just symptoms, but villous atrophy, in

4    celiac disease can occur as young as

5    first year of life when gluten is first

6    introduced, but often can happen years

7    later, even in -- even in adulthood.  It

8    doesn't mean that it was something else

9    that was responsible for the celiac

10   disease.  It's clearly gluten that is the

11   cause.

12             In epidemiology, we

13   sometimes use the term "causal pies" when

14   discussing causality and it's a metaphor.

15   If you've ever played the game Trivial

16   Pursuit, the notion that you win the game

17   when you've filled out the entire pie,

18   olmesartan is what is necessary for

19   developing olmesartan enteropathy, but it

20   might not be sufficient.  There might be

21   some other factors that need to be

22   present.

23             So we don't yet know what

24   those factors are, but one can speculate,

1    for example, someone taking olmesartan

2    for years, but then has some breakdown in

3    the gut barrier that allows olmesartan to

4    encounter components of the immune system

5    that it had not previously been exposed

6    to, so a gastroenteritis or some other

7    cofactor, and only when that happens does

8    the patient develop olmesartan

9    enteropathy.

10           This is -- this strikes me

11   as one plausible way to explain why

12   olmesartan doesn't cause enteropathy in

13   everyone, but only in some individuals

14   who have those other cofactors or who

15   develop those cofactors over time.

16        Q.    So is it your -- your

17   testimony, Doctor, that, in your view,

18   olmesartan causes sprue-like enteropathy

19   in individuals in different ways?

20        A.    I would say that it causes

21   enteropathy in a subset of individuals,

22   and the clinical manifestations and

23   laboratory and histologic manifestations

24   can vary.

Protected Information - Benjamin Lebwohl, M.D., M.S.

1     enteropathy incident to olmesartan

2     therapy in less than a year --

3          THE WITNESS:  Do you mean

4     due to olmesartan therapy?

5          MR. MURPHY:  No.  An

6     individual who is taking

7     olmesartan and they then present

8     with symptoms of enteropathy.

9          THE WITNESS:  While still

10    taking the olmesartan regularly or

11    intermittently or what have you?

12         MR. MURPHY:  Yes -- in less

13    than one year, comparing that

14    individual to someone who does not

15    present with enteropathy while on

16    olmesartan therapy until two years

17    or more, my question to you is,

18    does the olmesartan -- in your

19    view, does the olmesartan cause

20    the enteropathy in the same way?

21         THE WITNESS:  I don't think

22    we know enough to be sure yes or

23    no.  It's very possible that there

24    are very similar features between

Protected Information - Benjamin Lebwohl, M.D., M.S.

1          those two and that the major

2          differences between someone who

3          presents late and someone who

4          presents early could be related to

5          the development of whatever that

6          unidentified cofactor is.

7              But even getting beyond

8          biology, there could be social

9          differences.  For example, someone

10         could have the unfortunate

11         experience -- and I've certainly

12         seen such cases -- of a patient

13         going from doctor to doctor,

14         including gastroenterologists, and

15         being misdiagnosed again and again

16         until finally someone who was

17         familiar with the clinical entity

18         of olmesartan enteropathy makes

19         the diagnosis.

20             Someone else who is luckier,

21         though still unlucky because he or

22         she has this syndrome, might get

23         it more promptly recognized

24         because they were in an area or in

Protected Information - Benjamin Lebwohl, M.D., M.S.

1       an institution or had a provider

2       or knew someone who was more

3       familiar with the entity.

4           We have great experience in

5       this regard in the world of celiac

6       disease.  There has been, you

7       know, a real spectrum of duration

8       of symptoms prior to diagnosis and

9       this is due to another -- a number

10      of factors; but even for celiac

11      disease, in which gluten triggers

12      enteropathy in the susceptible

13      individuals, there are people who

14      go to multiple doctors and don't

15      get recognized, and so there's

16      certainly a wide variation.

17          Sometimes these two clinical

18      phenotypes are very similar.  It's

19      just that one person suffered for

20      longer before she got diagnosed.

21      Sometimes the phenotypes are

22      different.

23  BY MR. MURPHY:

24          Q.    You mentioned similarities

1     back of my mind and not explicitly in the

2     fore of things when I was preparing this

3     report, but only in subsequent review or

4     in further discussion with Mr. Slater or

5     in review of subsequent depositions did I

6     realize, well, this is relevant, we

7     should put this in.

8              For Padwal and colleagues,

9     this was a study that I had minimal or

10    very vague recollection of at the time

11    that I wrote the report, and only when I

12    saw that it was cited in other reports

13    did I realize this really should be

14    something that I should comment on or

15    take into account.

16             And I can go over some

17    others if you'd like.  So --

18        Q.    Well, let me -- I'm sorry.

19        A.    For example --

20        Q.    Go ahead.

21        A.    -- let me just finish -- I

22    believe Uehara and colleagues was a case

23    report that I was not aware of until

24    after I completed my report and only

1    there at the time that I wrote my report.

2    I think that would be a helpful hint.

3              I would say I was -- Padwal

4    and colleagues I think I gave as an

5    example of something that really was not

6    something that I -- was in the forefront

7    of my recollection and I remember seeing

8    it noted and asking myself, have I seen

9    this, and then I had to look at it again

10   and it sort of jogged my memory.  I think

11   that chalk that one up to search engine

12   optimization.  It's not something that

13   mentions olmesartan in its title, so it

14   could have been that I missed it when

15   doing a literature review.

16             I think that -- I'm pretty

17   sure that number 19, Gujral and

18   colleagues, was an article that I was not

19   specifically aware of at the time that I

20   generated my report, but actually went

21   back, because there was a statement in

22   one of the expert reports that I thought

23   -- that I took an issue with that

24   suggested that it's irrelevant to study

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    yes, my recollection was -- was

2    stimulated by seeing these mentioned in

3    either expert reports or depositions.

4          Q.    With regard to the condition

5    sprue-like enteropathy, what are the

6    characteristics of that syndrome?

7          A.    Sprue-like enteropathy, are

8    you referring to olmesartan enteropathy

9    as sprue-like enteropathy that's been

10   variously called sprue-like enteropathy

11   associated with enteropathy, olmesartan

12   enteropathy, or olmesartan-induced

13   enteropathy?  Is that what you mean?

14         Q.    Correct.

15         A.    There are a number of

16   characteristics.  It is a clinical

17   diagnosis that takes into account a

18   number of parameters on a number of

19   different axes.  There are histological

20   features.  There are clinical features

21   and there are temporal features.

22               And I would say there's no

23   one case that is the platonic ideal of

24   olmesartan enteropathy, but there are

Protected Information - Benjamin Lebwohl, M.D., M.S.

1   various features that have been reported.

2        Q.    When you say that there are

3   various, they vary from patient to

4   patient; is that correct?

5        A.    The features can vary from

6   patient to patient, just like in a heart

7   attack, it's reasonable, especially

8   colloquially, to say, a heart attack, the

9   features are chest pain.  But there are

10  plenty of people who have a heart attack

11  or a myocardial infarction don't have

12  that.  Now, that is a clinical entity

13  that has much more of a studied track

14  record, so there have been formal

15  definitions.

16             That's not the case in

17  olmesartan enteropathy at this point

18  because it's, A, new and, B, inadequately

19  recognized and studied.

20        Q.    Now, one thing I neglected

21  to ask you is whether there were any

22  deposition transcripts that you reviewed

23  after you finished or concluded your

24  report.

Protected Information - Benjamin Lebwohl, M.D., M.S.

1          Q.      -- that you want to identify

2     for me?

3          A.      Why don't I take a look.

4          Q.      Please do.

5          A.      I think the Basson paper

6     does address the issue of causality.

7          Q.      It reaches a conclusion

8     regarding causality; is that what you're

9     saying?

10         A.      Not exactly.

11         Q.      Or does it assume from the

12    beginning that causality exists?

13         A.      Let's look at how the Basson

14    paper ends.  Basson and colleagues write,

15    "This paper shows with a higher level of

16    evidence the association between

17    intestinal malabsorption and olmesartan

18    exposure"; and then a couple of sentences

19    later, "Patients treated with olmesartan

20    should be informed about the risk of this

21    complication and should be advised to

22    seek medical attention if they experience

23    GI symptoms."

24                 So while they do not in all

1    capital letters say olmesartan causes

2    enteropathy, they certainly suggest it,

3    because why would a group of

4    investigators say if you're taking this

5    medicine and you have these symptoms, you

6    need to get this checked out if they

7    thought that this was an association and

8    a correlation rather than causation?

9            Because that's really what

10   we're trying to tease apart when we have

11   some people who use the word

12   "association" and some people use the

13   word "cause" or "induce."

14           Typically, the real question

15   is, is there a third variable lurking?

16   And if Basson and colleagues believe that

17   a third variable were lurking, they would

18   not be telling patients to go check this

19   out if you're on olmesartan.

20       Q.    I understood you to say --

21   and I think we understand -- that Basson,

22   et al were looking at malabsorption;

23   correct?

24       A.    Basson, et al used the data

1    that they had available to them and they

2    looked at codes relating to

3    hospitalization for malabsorption --

4         Q.    Right.

5         A.    -- and also for celiac

6    disease.

7         Q.    So my question --

8         A.    They were looking really for

9    a surrogate for enteropathy.  After all,

10   there's no international classification

11   of diseases code for sprue-like

12   enteropathy induced by olmesartan.  There

13   might be in the future, but right now

14   there isn't, and especially in the days

15   before this was widely at least reported

16   to be a problem with olmesartan.

17              This is what they had and so

18   that's what they used.

19        Q.    So with regard to the

20   features of the sprue-like enteropathy,

21   olmesartan-associated enteropathy, is

22   malabsorption a common feature?

23        A.    It is a clinical feature,

24   though --

Protected Information - Benjamin Lebwohl, M.D., M.S.

1          Q.     I said common feature.  Is
2     it a feature that is common to all who
3     have been diagnosed or are suspected of
4     having that condition?
5          A.     Malabsorption in and of
6     itself is not necessary for sprue-like
7     enteropathy.  Malabsorption in and of
8     itself is actually -- has been defined in
9     different ways by different individuals.
10          There can be clinical
11     malabsorption based solely on the fact
12     that the patient reports seeing changes
13     in one's bowel movement that looks like
14     fat in the toilet -- and I apologize if
15     I'm being explicit -- there is
16     malabsorption which is declared based on
17     the presence of deficiencies of various
18     vitamins, and then there's malabsorption
19     that's based on formal stool testing and
20     other testing.
21          Malabsorption therefore is a
22     somewhat broad term that's defined
23     variously in the medical literature and
24     in clinical practice.  And so to say that

1    it is -- were your words commonly seen in

2    all patients?

3              Q.    Common to.

4              A.    Common to all patients?

5    Well, certainly I wouldn't know how to

6    parse that.

7                    Is that what he asked?

8              Q.    I'm telling you what I asked

9    you.  So here's my next question to you.

10             A.    I'm sorry.  Can we go back

11    to that question or is that okay?

12             Q.    Have you answered that

13    question?

14             A.    I would say that

15    malabsorption is sufficiently vague so as

16    to not be a great way to be noted as a

17    universal or common to all patients with

18    olmesartan.

19             Q.    So then am I correct that in

20    your view, malabsorption is not a symptom

21    that is required to diagnose sprue-like

22    enteropathy?

23             A.    So depending on how you

24    consider malabsorption, but certainly

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    fatty diarrhea, for example, not all

2    patients with olmesartan enteropathy

3    reported that.  One can have severe

4    injury of the small bowel, for example,

5    due to olmesartan and still somehow, you

6    know, retain the capacity to absorb fat.

7              And, you know, you could

8    potentially have that patient also with

9    iron deficiency anemia and one person

10   might actually say that is malabsorption

11   because they are malabsorbing iron;

12   whereas, someone else might say, I

13   consider malabsorption to be specifically

14   related to fat malabsorption and, if

15   there's no diarrhea, I wouldn't call that

16   malabsorption.

17             So I think it's not a very

18   helpful term when trying to characterize

19   a clinical phenotype --

20        Q.    How about villous atrophy;

21   is villous atrophy a symptom or condition

22   that is common to all who have been

23   diagnosed with sprue-like enteropathy?

24        A.    I'm still getting hung up on

1    "common to all."  I apologize, but it

2    doesn't seem to make sense.

3            Q.    That's fine.  To diagnose

4    someone who you believe has sprue-like

5    enteropathy, must that individual present

6    with villous atrophy?

7            A.    I think that the literature

8    has borne out that villous atrophy is not

9    always a feature in olmesartan

10   enteropathy; and, frankly, in real life,

11   many patients with diarrhea don't end up

12   even getting a duodenal biopsy.

13              If I could refer you to the

14   study on my reliance list where I'm the

15   lead author published in Gastrointestinal

16   Endoscopy that I made passing reference

17   to previously on sex and racial

18   disparities in the diagnosis of celiac

19   disease, in that study, we looked at a

20   national endoscopy database, a clinical

21   outcomes research initiative national

22   endoscopy database, and we found that a

23   large proportion of individuals

24   undergoing endoscopy for a number of

1    clinical features suggestive of celiac

2    disease, including diarrhea, iron

3    deficiency, anemia, weight loss, who

4    underwent endoscopy nevertheless did not

5    have a small intestinal biopsy performed.

6    And we thought that was remarkable and

7    worth publishing.

8              And the take-away is that it

9    appears that, in the community, people

10   who have symptoms suggestive of

11   malabsorption or symptoms that are

12   certainly compatible with olmesartan

13   enteropathy, not only might they undergo

14   an upper endoscopy, it's possible some of

15   them get an upper endoscopy and don't

16   even have a biopsy.

17             And so I would be hesitant

18   to say that villous atrophy is quote

19   common to all patients who have

20   olmesartan enteropathy, when we know that

21   at least in an analogous disease, a lot

22   of patients never get biopsied.

23        Q.    Well, I guess then the

24   question becomes, among those who in fact

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    have had the endoscopy, is there a

2    finding of villous atrophy?

3          A.    It has certainly been

4    reported and indeed in the Rubio-Tapia

5    initial case series, they all had villous

6    atrophy, but as the literature has

7    subsequently borne out, it appears that

8    lesser degrees of villous architectural

9    distortion or perturbation can be

10   present.

11               And I think that makes

12   sense.  I'm honestly not very surprised

13   that that was borne out based on, again,

14   analogizing to celiac disease.  Turns out

15   that while villous atrophy is present in

16   celiac disease, there are people who get

17   biopsied and, due to a number of

18   circumstances, they don't have villous

19   atrophy in that biopsy specimen.

20               That could be due to the

21   fact that villous atrophy in celiac

22   disease is patchy and that might not be

23   -- that might -- rather, that might be

24   the case in olmesartan enteropathy.  It

1    could be that it was just missed in terms

2    of location.

3                Certainly one thing we've

4    learned from celiac disease is, the small

5    intestine does not have to look abnormal

6    to the naked eye on endoscopy in order

7    for a patient to have villous atrophy,

8    and I think that's one reason for the

9    underbiopsy rates in celiac disease.

10   People might be assuming that if it looks

11   okay to the naked eye, it's not worth

12   taking a biopsy.

13               But even among those who do

14   get a biopsy, there is abundant

15   literature that shows us that celiac

16   disease at least can be missed if an

17   insufficient number of specimens are

18   submitted, and there's also been a number

19   of case reports of findings convincing

20   for the clinical phenotype of olmesartan

21   enteropathy in which the villous

22   architecture was actually above what we

23   consider normal, otherwise known as a

24   villous height to crypt depth ratio was

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    seen as normal.

2          Q.    I was asking you about

3    features, features that are common in the

4    diagnosis of sprue-like enteropathy.  And

5    you told me no as to malabsorption --

6          A.    I'm sorry.  I don't think

7    that -- I believe --

8                MR. SLATER:  Yeah, I object

9          to the form of the question.

10               You can answer.

11               THE WITNESS:  I don't think

12         I said, no, that malabsorption --

13         in response to the question of

14         malabsorption was a feature.

15               I just think that

16         malabsorption is a somewhat

17         ill-defined entity and so I'd be

18         hesitant to say that it's common

19         or rare within olmesartan

20         enteropathy simply because it can

21         be defined variously.

22   BY MR. MURPHY:

23         Q.    And the same with regard to

24   villous atrophy.

Protected Information - Benjamin Lebwohl, M.D., M.S.

```
 1              MR. SLATER:  Objection.
 2              THE WITNESS:  Villous
 3       atrophy has more objective
 4       definitions than malabsorption.
 5       While interobserver agreement
 6       between pathologists is not
 7       perfect with regard to the
 8       presence of villous atrophy and I
 9       certainly have had the experience
10       where patients with celiac disease
11       have a biopsy that's interpreted
12       differently by two different
13       pathologists, there are more
14       agreed-upon parameters for villous
15       atrophy than there are, for
16       example, for malabsorption.
17              And so, for example, if a
18       doctor is referring a patient to
19       me and over the phone he says that
20       this patient has villous atrophy,
21       I'm pretty sure I know what that
22       doctor means; whereas, if they say
23       malabsorption, I sort of chalk
24       that up to a, well, that could
```

Protected Information - Benjamin Lebwohl, M.D., M.S.

1          mean a lot of different things.

2              In medicine, we have such

3          terms and I tell my trainees to be

4          careful when using terms that are

5          defined variously.  Lethargic is

6          another -- is another example.

7          Lethargic could mean somewhat

8          sleepy because of insufficient

9          amount of sleep.  Lethargic could

10         mean substantial mental status

11         change and we need to work this up

12         acutely because we're worried

13         there's something going on.

14             Malabsorption's not quite

15         that bad, but it's something that

16         I think we need to exercise some

17         caution on, particularly when

18         trying to pin a clinical entity

19         and label with malabsorption.

20    BY MR. MURPHY:

21         Q.    How about diarrhea; is

22    diarrhea a feature that must be seen in

23    order to diagnose one as having

24    olmesartan-associated enteropathy?

1           A.      I don't think it must be

2     present.   I think that diarrhea is

3     commonly reported in people who turn out

4     to have olmesartan enteropathy.

5                    Not to get too technical,

6     there are definitions of diarrhea and

7     there is a little bit of subjectivity to

8     that, but I think the literature's borne

9     out that you don't need to have diarrhea

10    to have olmesartan enteropathy.

11                   I believe you could have

12    potentially constipation.   I think

13    there's potentially an explanation for

14    that.   If you have, you know, a -- an

15    injured gut epithelium, that could

16    potentially affect the enteric nervous

17    system and that could actually

18    paradoxically induce constipation.   Just

19    like, you know, some people when they're

20    undergoing stress gain weight and some

21    people when they're undergoing stress

22    lose weight, there does appear to be this

23    varied clinical presentation.

24                   But I would say that

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    diarrhea is a common feature in patients

2    with olmesartan enteropathy.

3          Q.     With regard to constipation,

4    did any of the -- those who were

5    participants in the Rubio-Tapia case

6    series present with constipation?

7          A.     Rubio-Tapia's case series

8    was somewhat narrowly defined.  If you

9    look at their inclusion criteria,

10   patients were considered for inclusion of

11   the study if they had chronic diarrhea,

12   so it's very possible that Dr.

13   Rubio-Tapia and colleagues were

14   encountering other people, patients, who

15   had olmesartan enteropathy, but they just

16   didn't make it into this series, because

17   they predefined who made it in.

18               So while it is possible to

19   have both chronic diarrhea and

20   intermittent bouts of constipation, it

21   appears based on my interpretation of

22   this paper that they were limiting their

23   case series to those with chronic

24   diarrhea.

1    "Severe Spruelike Enteropathy Associated

2    with Olmesartan"?  No, that was not a

3    case-control study.

4              I believe there's one on my

5    list, though, that you haven't mentioned,

6    but maybe --

7         Q.    Which -- you tell me.  I

8    thought I covered them all --

9         A.    Greywoode?

10        Q.    Okay.  Greywoode.

11        A.    Yeah, if I'm remembering

12   accurately, when we resumed from the

13   break, I mentioned two more and Greywoode

14   was one of those two and the other was

15   Cartee.  Greywoode is a case-control

16   study.  Cartee is not.

17        Q.    So Greywoode being a

18   case-control study, anything in Greywoode

19   suggest a statistically significant

20   correlation between olmesartan and

21   sprue-like enteropathy?

22        A.    Well, certainly in the -- in

23   the conclusion of our study, we make

24   reference to the fact that olmesartan

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    causes severe enteropathy; but in terms

2    of the analysis, we actually did in that

3    study -- there were no statistically

4    significant associations found between

5    olmesartan and diarrhea or sprue-like

6    enteropathy.

7         Q.    Okay.

8         A.    I would note, though, as we

9    do in our study, that we really didn't

10   have that many people taking olmesartan

11   which severely impacted our power.

12            If you look, for example, at

13   table 1, if you add up the columns of

14   olmesartan users among those undergoing

15   EGD, which is esophagogastroduodenoscopy,

16   and olmesartan users among those

17   undergoing colonoscopy, you barely get a

18   hundred patients.

19            We did not know that

20   olmesartan was going to be so unpopular

21   at the time that we designed this study,

22   but at the end of the day, this is what

23   we found among these individuals in their

24   records.

Protected Information - Benjamin Lebwohl, M.D., M.S.

1          The reason that's relevant

2     is that the fewer patients you have with

3     regard to the exposure, the more limited

4     one's power is and the wider one's

5     confidence interval is.

6          And so, you know, as we

7     acknowledge in our limitations section of

8     the paper, it was also a relatively small

9     prevalence of use of olmesartan, .7

10    percent to 1 percent among study

11    patients, limiting the power of this

12    analysis, as I say.

13          I would also point out the

14    95 percent confidence interval for

15    olmesartan -- you can see in table 3, the

16    odds ratio is calculated 1.99 and the 95

17    percent confidence interval overlaps with

18    1, which is the unity in terms of a

19    signal being detected with regard to an

20    association, and that's why the P value

21    is 0.14, not statistically significant.

22          But if you look -- and this

23    is really a direct consequence of having

24    so few patients on olmesartan in the

1    to turn to page 5 of your report, please.

2            A.    I'm on page 5.

3            Q.    Okay.

4                  And toward the -- about the

5    bottom third of the page, there is a

6    sentence that begins, "There is not a

7    single."

8            A.    I see it.

9            Q.    And the sentence reads,

10   "There is not a single invariable

11   presentation for this condition, and the

12   condition is ultimately diagnosed based

13   on the clinical presentation and course,

14   with particular attention to positive

15   dechallenge or rechallenge."

16                 Did I read that right?

17           A.    Yes, you did.

18           Q.    Is it necessary to have

19   rechallenge to establish that olmesartan

20   is the cause of sprue-like enteropathy?

21           A.    Can you repeat that

22   question?

23           Q.    Sure.  Is it necessary to

24   have rechallenge to establish

1    definitively that olmesartan is the cause

2    of sprue-like enteropathy?

3          A.    No.  Rechallenge certainly

4    is something that we pay particular

5    attention to and can be compelling, but

6    it's not a -- it's not a necessary

7    component.

8          Q.    Is it necessary to have

9    dechallenge to establish definitively

10   that olmesartan has caused sprue-like

11   enteropathy in a patient?

12         A.    I think that if the question

13   is to establish to a reasonable degree of

14   medical certainty, I don't think that

15   dechallenge is always necessary; but,

16   unfortunately, someone could be taking

17   olmesartan, become so ill that the

18   patient actually dies before the

19   olmesartan is withdrawn and sufficient

20   evidence can make it, to a reasonable

21   degree of medical certainty, that it was

22   in fact the olmesartan that was causing

23   the enteropathy.

24         Q.    Short of a patient's demise,

1    is it necessary to have dechallenge?

2          A.     I suppose that there are

3    patients who could be lost to follow-up

4    and for whom we don't have definitive

5    dechallenge data, but still be very

6    suspicious that these patients have

7    olmesartan enteropathy, in fact,

8    suspicious to a reasonable degree of

9    medical certainty.

10         Q.     What is involved in

11   dechallenge; that is, does it require

12   total clinical and histologic resolution?

13         A.     No.   Dechallenge involves

14   withdrawal of the offending agent and it

15   involves a change in those various

16   parameters for the better, though there's

17   not a definitive parameter that is

18   essential.

19              For example, if you have

20   someone who has a dechallenge after years

21   of so-called refractory celiac disease,

22   has been gluten-free, not getting better

23   at all, and then goes off Benicar and has

24   significant improvement, even without

Protected Information - Benjamin Lebwohl, M.D., M.S.

```
 1            Q.    Now, with regard to the
 2    definitive dechallenge, to use your term
 3    --
 4            A.    I -- if I may interrupt, I'm
 5    not sure if we mean the same thing by
 6    that, but if I can define -- or why don't
 7    you --
 8            Q.    And that's what I'm asking
 9    you to do, is to define what an effective
10    dechallenge entails.
11            A.    If a patient is no longer
12    taking olmesartan and there is
13    improvement of any of -- of those
14    parameters that make up the clinical
15    phenotype of olmesartan enteropathy.
16            Q.    And is there a time course
17    for this dechallenge period where the
18    patient gets better, so to speak?
19            A.    It's hard to be too dogmatic
20    about a cutoff.  Of course, people take
21    olmesartan in discrete doses.  It's
22    typically taken as a once-daily --
23    once-daily medication; and between those
24    doses, one does -- even if one is not
```

Protected Information - Benjamin Lebwohl, M.D., M.S.

```
 1    literature --
 2            Q.    I didn't ask -- that was
 3    just a predicate to my question.
 4            A.    Go on.
 5            Q.    Okay.   Your point here is
 6    that sprue-like enteropathy is often
 7    misdiagnosed as celiac disease; correct?
 8            A.    It is often misdiagnosed
 9    early on as celiac disease.
10            Q.    And we touched on this
11    earlier, but I want to make sure that
12    we're clear:   With regard to the subject
13    of the 2012 Rubio-Tapia paper, certain of
14    those individuals were misdiagnosed as
15    having celiac disease; correct?
16            A.    It appears that the primary
17    reason they were being cared for by this
18    group, in fact, was that there was a
19    frequent misdiagnosis of celiac disease
20    and that the initial impression had been
21    celiac disease.
22                        -   -   -
23                  (Deposition Exhibit No.
24            Lebwohl-8, 2014 Paper "Sprue-like
```

Protected Information - Benjamin Lebwohl, M.D., M.S.

1           A.    I believe there might have

2    been some overlap, but they were not

3    identical lists of patients, that's

4    right.

5           Q.    And we also saw that in the

6    Cartee and Murray paper, the authors

7    stated that most, but not all, of the

8    patients improved with drug withdrawal;

9    correct?

10              MR. SLATER:  Objection.

11              You can answer.

12              THE WITNESS:  It does say

13          that most, but not all, patients

14          improved with drug withdrawal.

15   BY MR. MURPHY:

16          Q.    Doctor, are you aware of any

17   studies that show that increasing doses

18   of olmesartan leads to a higher risk of

19   sprue-like enteropathy?

20          A.    If you're referring to dose

21   in terms of milligram strength, I've not

22   seen such data.  Cumulative dose, as

23   better defined as duration, does seem to

24   indicate that.

1        It's my belief, though, that

2    if one had to compare 40 milligrams to 20

3    milligrams, for instance, we haven't seen

4    that traditional sort of dose-response,

5    but I would point out that this might be

6    the case -- and I believe this is the

7    case -- that that is because the minimal

8    threshold for causing olmesartan

9    enteropathy has been far exceeded in both

10   of those cases.

11        And so we don't know what

12   that minimal threshold is, but it's

13   probably far below the traditionally

14   lower dose given to adults at least who

15   are prescribed olmesartan, which was --

16   is typically 20 milligrams.

17        Q.   So it's your opinion that

18   the dose necessary to trigger or cause

19   enteropathy is less than the 20 milligram

20   dose?

21        A.   I suspect that people with

22   olmesartan enteropathy have that

23   enteropathy triggered or would have that

24   enteropathy triggered by less than 20

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    milligrams simply because it appears that

2    we don't see that higher milligram

3    dosages of enteropathy within the

4    traditionally prescribed dosing

5    parameters for adults shows that kind of

6    response.

7              And so I would not at all be

8    surprised if an individual with known

9    olmesartan enteropathy, if that

10   individual were exposed to a lower amount

11   of olmesartan, if that -- I would be

12   surprised if that did not also cause

13   enteropathy.

14             And certainly in clinical

15   practice, if a patient with known

16   olmesartan enteropathy approached me and

17   asked if it were safe to take, for

18   example, a half dose of olmesartan, I

19   would say stay away from that medication

20   entirely.

21        Q.   With regard to dose-response

22   -- and I'm not talking about the

23   long-term temporal aspect of dosage, but

24   dose-response -- my question to you was

1    whether there are any studies showing an

2    increase -- that increased dosage of

3    olmesartan leads to a higher risk of

4    sprue-like enteropathy.

5         A.   It appears that the

6    threshold for inducing sprue-like

7    enteropathy is well below the

8    traditionally prescribed lowest dose of

9    olmesartan enteropathy; and so to my

10   knowledge, the typical doses that are

11   studied are within that traditional

12   dosing and we've not seen a dose-response

13   within that traditional dosing.

14        Q.   Now, what you've referred to

15   essentially is the dose-response gradient

16   in the Bradford Hill analysis; correct?

17        A.   Dose-response is a component

18   of Bradford Hill criteria, if that's what

19   you're referring to.

20        Q.   Indeed.  If I can direct

21   your attention to page 28 of your report,

22   that is where you -- in that first full

23   paragraph, where you initially address

24   the Bradford Hill criteria for causality;

1    ROADMAP data, are you not?

2         A.    ROADMAP is an acronym for a

3    clinical trial of olmesartan, if that's

4    what you're referring to.

5         Q.    I am.  That data was null

6    for intestinal-related adverse events;

7    correct?

8              MR. SLATER:  Objection.

9              You can answer.

10              THE WITNESS:  ROADMAP to my

11         knowledge was not designed to

12         measure intestinal adverse events.

13    BY MR. MURPHY:

14         Q.    Are you not able to answer

15    the question?  My question simply was

16    whether it was null for

17    intestinal-related adverse events.

18              MR. SLATER:  Objection.

19              You can answer.

20              THE WITNESS:  You might be

21         referring to a secondary analysis

22         that was published in the Mayo

23         Clinic Proceedings as a letter to

24         the editor in response or after

1        argumentative about what I said or

2        how I said it.

3            MR. SLATER:  I think it is,

4        because it's like the third time

5        now he's explaining in very clear

6        terms his answer, which is denying

7        the premise of your question in

8        very direct and clear terms.

9            MR. MURPHY:  Adam, don't

10       testify.

11           MR. SLATER:  Trust me, do

12       you think he needs me to testify?

13           MR. MURPHY:  No, he does

14       not.  That's the point.

15           MR. SLATER:  I'm not

16       testifying.  I'm just trying to

17       get him to dinner, although I

18       guess it doesn't matter what

19       happens.  The time runs no matter

20       what so...

21   BY MR. MURPHY:

22       Q.    There were, Doctor, two

23   studies conducted at Columbia University

24   that were the subject of papers in which

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    prednisone or budesonide or whatever it

2    was.  If anything, it was a transient

3    response, because after all, they all

4    relapsed after, so I certainly wouldn't

5    characterize that as 100 response or 100

6    percent response.

7           Q.    But majority; correct?

8           A.    I think --

9           Q.    You would agree with

10   majority.

11          A.    I think it's the same issue,

12   that all of these patients had some

13   degree of response, but it's not clear

14   that they had a large response.  It just

15   -- it just characterizes that they had a

16   clinical response, which in and of

17   itself, by the way, is somewhat

18   subjective.  It depends a little bit on

19   what parameter one's measuring, on what

20   the patient's reporting, and when he or

21   she is reporting it.

22                And it's very possible for

23   two groups of investigators to be

24   encountering the same emerging clinical

1    condition, but to characterize either the

2    presence or absence of a response or the

3    degree of response somewhat differently

4    and particularly in the absence of some

5    sort of disease assessment score.

6         Q.    Was there a response noted

7    to immunosuppression in the Rubio-Tapia

8    paper?

9         A.    When you refer to the

10   Rubio-Tapia paper --

11        Q.    2012.

12        A.    Okay.   Just wanted to make

13   sure we're on the same page.

14             Their inclusion criterion

15   seem to preclude much of a response.   For

16   example, if you look on page 733, they

17   actually excluded a patient from their

18   series because they improved clinically

19   and histologically with oral budesonide

20   before suspension of olmesartan.

21             That kind of patient might

22   have made it into our series depending on

23   the ultimate outcome with regard to

24   whether that response was durable,

1          But this condition that's

2     been variously termed sprue-like

3     enteropathy associated with olmesartan,

4     olmesartan enteropathy,

5     olmesartan-induced enteropathy, yes, I

6     believe that is caused by olmesartan.

7          Were you asking about

8     clinical features?

9          Q.    Yes.

10         A.    I believe I answered earlier

11    in the day that there are a number of

12    both signs and symptoms across a spectrum

13    of several different axes, including

14    clinical, histopathological, and other

15    signs in terms of laboratory

16    abnormalities.

17         There's no one uniform set

18    of strict criteria that's been developed

19    and there does appear to be a spectrum of

20    abnormalities on all of these axes.

21         How are we doing on time?

22         Q.    You're fine.

23         MR. SLATER:  Do you want to

24    take a break?

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    105 taking olmesartan in this whole study

2    and we now know that given the relative

3    rarity of olmesartan enteropathy, one

4    cannot rule out an association based on

5    105 patients taking olmesartan,

6    particularly outpatients.

7         Q.    And when you refer to milder

8    presentations, what are you actually

9    talking about when you refer to, again,

10   milder presentations?

11        A.    So I'm referring to the kind

12   of presentation that would be

13   sufficiently mild so as to have a patient

14   undergo this kind of procedure.

15             But I would add that we

16   actually didn't know a huge amount about

17   this in terms of what their actual

18   symptoms were.  All we knew based on this

19   study was, were they outpatients, why

20   were they having their endoscopy, and

21   what was their age/gender, and what were

22   they taking.

23             I would also point out, you

24   know, this was published in 2014 and I'm

1    features.

2         A.    It has been reported among

3    patients with evidence of olmesartan

4    enteropathy.  I would say that based on

5    what we know today, I believe that

6    diarrhea is more common than

7    constipation, but constipation can be a

8    feature.

9         Q.    Constipation can be a

10   feature.  Diarrhea can be a feature;

11   correct?

12        A.    Yes, both could be features

13   of olmesartan enteropathy, though we have

14   more reports and experience with diarrhea

15   as a feature.

16        Q.    How about vomiting?

17        A.    Vomiting has been reported

18   as a feature of olmesartan enteropathy.

19   That is not a necessary feature, but it

20   certainly been reported in adverse event

21   reports or in case reports or case

22   series.

23        Q.    Are there any features that

24   you would characterize as necessary

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    features?

2            A.    Yes.

3            Q.    Which of them are necessary?

4            A.    Exposure to olmesartan.

5            Q.    Anything else?

6            A.    I think it's hard to be

7    black and white about a prototypical

8    clinical scenario right now.  There

9    appears to be a spectrum, both

10   histologically and clinically.

11           And so while there are

12   certain features that have been reported

13   commonly in patients with olmesartan

14   enteropathy, like diarrhea, like weight

15   loss, that seems to be particularly

16   common, there are also patients who have

17   neither of those who end up having

18   olmesartan enteropathy.  Vomiting is

19   another such example.

20           But really none of them is

21   absolutely necessary for the development

22   of olmesartan enteropathy.

23           Q.    With regard to this patient

24   that is discussed in the Talbot paper,

1    study that I just referenced.  And we're

2    talking about clinical symptoms, not

3    necessarily other abnormalities, whether

4    it be laboratory or histologic.

5              And, again, analogy's

6    helpful in this regard.  So in celiac

7    disease, if you take a patient with

8    severe symptoms who's eating gluten and

9    you diagnose him successfully and you

10   start a gluten-free diet, in the context

11   of appropriately elevated celiac disease

12   serologies, often clinical improvement

13   well predates improvement of histology,

14   which can sometimes take years, or

15   serology, which has, again, a more

16   variable -- a more variable time course

17   with regard to improvement or resolution.

18             And I've observed a similar

19   clinical variability with olmesartan.

20        Q.    So the clinical

21   manifestation of getting better is not

22   necessarily proof that the histologic

23   changes have occurred.

24        A.    A clinical response does not

1  correlate with a histologic response, if

2  that's what you're asking.  That's

3  certainly the case in celiac disease.

4          And I think we have less

5  histologic data upon which we rely on the

6  olmesartan story, but I believe that the

7  situation is analogous, that you can

8  potentially have a difference between how

9  a patient is doing clinically when

10  dechallenged and how they're doing

11  histologically.

12          Now, the scientist in me

13  wants to know that answer very well and

14  wants to study this more, but as a

15  patient who cares -- as a physician who

16  cares for patients, the patient cares

17  most about clinical response; and when

18  you have a patient in front of you who's

19  so much better off olmesartan, it is not

20  always clinically so relevant to the

21  patient how they are doing

22  histologically.

23          Q.    But to the extent that there

24  is a rechallenge attempted, is it not

1   more limited data or circumscribed data,

2   but the process of formulating a

3   differential diagnosis and then

4   concluding the probability that there was

5   a causal relationship, that's a similar

6   process.  It's just that the inputs may

7   vary.

8           Q.     Is it your understanding,

9   Doctor, that the MedWatch reports that

10  you've seen in this litigation were --

11  that is, the causation assessments made

12  in those MedWatch reports -- were done

13  pursuant to a differential diagnosis?

14          A.     They were done pursuant to

15  the available data that was there at the

16  time.  Now, a differential diagnosis is a

17  process that's very commonly employed

18  when attempting to assess for causality

19  because one has to keep in mind what the

20  alternatives are.

21              Now, if someone had reviewed

22  this and said, you know, I think the

23  alternative is X, Y, or Z, they would not

24  be characterizing the causal relationship

Protected Information - Benjamin Lebwohl, M.D., M.S.

1  between a suspected drug and the event as

2  definite, because implicitly, a

3  differential diagnosis suggests an

4  alternative as a more plausible cause.

5          Q.     In this MedWatch report that

6  we're looking at here, Exhibit 13, is

7  there any mention or evidence of a biopsy

8  having been taken?

9               (Pause.)

10              THE WITNESS:  Based on

11        what's written in this MedWatch

12        report, I do not see a report of a

13        biopsy having been performed.

14              MR. SLATER:  We gotta take a

15        break for about three minutes.  I

16        just got an e-mail.  I gotta call

17        someone back.  This will probably

18        be maybe our last break before he

19        finishes, but I gotta take three

20        minutes.

21              THE WITNESS:  All right.

22              (A recess was taken from

23        5:09 p.m. to 5:14 p.m.)

24  BY MR. MURPHY:

1    After all, as you likely

2    know, it's an antiarrhythmic and

3    especially when someone's acutely ill,

4    stopping the antiarrhythmic is not

5    something that's generally done.

6    Particularly if one's atrial fibrillation

7    is intermittent, times of stress can

8    worsen atrial fibrillation.

9    So while it's not explicitly

10   pointed out here, in every MedWatch

11   report you're never going to get the

12   entire story.  There are going to be

13   situations where if you had the patient

14   in front of you, you might for various

15   reasons ask for clarifications, but I

16   have no indication here that it would be

17   plausible that the propafenone were

18   stopped at exactly the same time that the

19   olmesartan was stopped and introduced at

20   the same time that the olmesartan were

21   reintroduced.

22   I think Occam's razor and

23   general common sense would indicate that

24   the propafenone is what we call a red

Protected Information - Benjamin Lebwohl, M.D., M.S.

```
 1    herring in this case.
 2         Q.    That's your read of the
 3    document, but the document is silent on
 4    that question of when the propafenone was
 5    discontinued; correct?
 6                   MR. SLATER:  Objection.
 7                   MR. MURPHY:  Or whether it
 8           was discontinued; correct?
 9                   MR. SLATER:  Objection.
10                   THE WITNESS:  The document
11           mentions propafenone but does not
12           make any mention of any change in
13           the propafenone, and so my
14           interpretation is that this was
15           not modulated in perfect
16           congruence with the olmesartan.
17                   Why would someone generate a
18           report where both medicines were
19           stopped at the same time and one
20           is only mentioning one in terms of
21           its starting and stopping and then
22           mentioned as the patient was
23           taking the other medication when,
24           in fact, they were started and
```

Protected Information - Benjamin Lebwohl, M.D., M.S.

1            stopped at the same time?  That

2            doesn't seem to make any sense.

3                I see that propafenone is

4            mentioned and I have no reason to

5            doubt that he had been on

6            propafenone during this time, but

7            I have no evidence to think that

8            someone would only selectively

9            report the dechallenge and

10           rechallenge data regarding

11           olmesartan and totally leave out

12           any relevant propafenone dose

13           changes.

14     BY MR. MURPHY:

15           Q.    Assuming that they had that

16     information; correct?

17           A.    What I would say is that --

18           Q.    Assuming that they had that

19     information; correct?

20           A.    They of course had

21     information on propafenone, but they did

22     not -- they did not -- the fact that they

23     did not comment on its temporality and

24     the fact that they had access to this

1    enteropathy in that scenario.

2         Q.    Is it your testimony, Dr.

3    Lebwohl, that he testified based upon a

4    differential diagnosis that he conducted?

5    Is that your testimony?

6         A.    I don't see him using the

7    words in that -- in that specific

8    instance, but Tina Ho, for example,

9    mentioned that when they're looking at --

10   and I quote -- when they're looking at

11   the known characteristics of a subject's

12   clinical state, that's differential

13   diagnosis, and later says there's

14   actually definitions of related and not

15   related which, again, just lumps in the

16   different clinical criteria that the

17   medical reviewer would be applying in

18   doing a differential and exercising

19   medical judgment.

20              And so a differential

21   diagnosis can certainly be applied when

22   reviewing a MedWatch case report.

23         Q.    And my question simply to

24   you is whether you were stating that Dr.

1  vomiting, diarrhea, and weight loss about

2  one year after starting Benicar HCT;

3  correct?

4         A.    Give me a moment just to

5  refresh my memory looking at this

6  MedWatch report again.

7         Q.    I'm just asking whether

8  that's what you say in your report.

9         A.    That's what I write in my

10  report, yeah.

11        Q.    Okay.

12              (Pause.)

13              THE WITNESS:  Okay.  Do you

14         have questions?

15              MR. MURPHY:  Yes, I do.

16  BY MR. MURPHY:

17        Q.    Again, you indicate that the

18  patient experienced weight loss, severe

19  vomiting, and diarrhea while being

20  treated with Benicar; correct?

21        A.    That's what I wrote.

22        Q.    And, in fact, the patient --

23  it's reported that the patient started

24  Benicar a year before his symptoms, while

Protected Information - Benjamin Lebwohl, M.D., M.S.

1    also intentionally dieting, attempting to

2    lose weight; correct?

3        A.    It does say that he was

4    intentionally dieting; and despite that

5    and even though weight loss is the goal

6    of intentional dieting, the fact that

7    he's reporting weight loss in my opinion

8    doesn't undercut the notion that he's

9    been dieting.

10            In medicine, we like to say

11   that a successful diet is a disease until

12   proven otherwise.  It's very possible

13   that he was trying to lose weight and was

14   unsuccessful and then when he started

15   developing these other severe symptoms,

16   then he was tragically successful in his

17   weight loss or perhaps the weight loss

18   accelerated.

19            MR. SLATER:  One second.  He

20            just answered quickly.  I just

21            object to the foundation of the

22            question.  I didn't want interrupt

23            him.  I didn't want to object when

24            he was speaking, but I just wanted

Protected Information - Benjamin Lebwohl, M.D., M.S.

1        you to know that because there's a

2        flaw there.

3    BY MR. MURPHY:

4        Q.    And in this MedWatch form,

5    Exhibit 16 that we're looking at, is

6    there any evidence of a biopsy having

7    been taken?

8        A.    I suspect a biopsy was done

9    --

10       Q.    No, my question is --

11       A.    -- I cannot point you to --

12       Q.    -- it indicated or reflected

13   in the document?  That's my question to

14   you.

15       A.    Biopsy, the word, was not

16   used, but there is a pair of important

17   words that strongly suggest a biopsy was

18   done and I believe the biopsy was done in

19   this case.  The word is celiac disease.

20   It says concomitant diseases, celiac

21   disease.  Celiac disease is triggered by

22   gluten and is diagnosed based on biopsy.

23   The fact that one is going on record with

24   a diagnosis of celiac disease to me

1    strongly suggests that a biopsy was done.

2              In fact, this -- if all I

3    knew was that this was a 35-year-old man

4    with celiac disease, who's black, I would

5    immediately start to wonder about

6    alternative explanations for so-called

7    celiac disease and question if it's a

8    misdiagnosis.

9              We know that people who

10   self-define as having black race have

11   much less celiac disease in terms of

12   their prevalence; and while it's

13   certainly possible -- and I have a

14   handful of patients with celiac disease

15   who self-identifies African-American -- I

16   also have -- I can remember at least one

17   black patient who was told she had celiac

18   disease, but, in fact, on further workup,

19   had olmesartan enteropathy.  And so this

20   to me immediately raises concern.  And

21   then -- that's not even seeing that he

22   was on olmesartan yet.

23              And then I see he was on

24   olmesartan and he had a positive

1   rechallenge in the context of two

2   positive dechallenges.  This to me is

3   illustrative of the kind of cases that

4   exemplify olmesartan enteropathy.

5          Q.    Doctor, at page 36 of your

6   report --

7          A.    I'm on page 36.

8          Q.    -- at the bottom, toward the

9   bottom of the page, four lines up, you

10  begin a sentence "Another example"?  Do

11  you see that?

12         A.    I see it.

13         Q.    "Another example is a

14  MedWatch documenting an adverse event

15  reported to Daiichi Sankyo on September

16  15, 2005, with regard to a 58 year old

17  female patient who took Benicar for two

18  years."

19         A.    I see that.

20         MR. MURPHY:  I'm going to

21         mark as Exhibit 17 the MedWatch

22         report that you reference.

23                -   -   -

24         (Deposition Exhibit No.

1    the finding, do you have an opinion, and

2    if you can explain this, as to why that

3    is an important article in the overall

4    question of causation and how it fits

5    into the determination that you've given

6    of causation?

7            A.     A specific aspect of the --

8            Q.     You know what, I'm going to

9    withdraw that question, actually.  I want

10   to ask you about something else,

11   actually.  I want to ask you a completely

12   different question, actually.

13           A.     Okay.

14           Q.     I think you handled that one

15   for about an hour.  I'm not going to go

16   back into it.

17                  Here's my question:  You

18   were asked about the so-called hierarchy

19   of different types of studies, RCTs, all

20   those other type studies; and in the

21   context of olmesartan, in identifying and

22   studying the entity of olmesartan

23   enteropathy, can you just give us an

24   explanation of why it is or what your

1    opinion is as to which studies have been

2    most helpful in understanding that entity

3    in the literature?

4              MR. MURPHY:   Objection to

5         form.

6              You may answer.

7              THE WITNESS:   In fact, it's

8         the case reports with multiple

9         dechallenge and rechallenge in

10        multiple contexts from around the

11        world that are actually most

12        helpful.

13             There are other study types

14        that we talked about earlier today

15        that have added to the impression,

16        but convincing case reports with

17        well-documented dechallenge and

18        rechallenge data can be the most

19        helpful, despite the fact that in

20        a generic pyramid of evidence,

21        case reports are on the bottom.

22             In fact, RCTs are not well

23        suited to look at uncommon

24        long-term effects, both because

1            the number of patients in an RCT,

2            for example, the ROADMAP study, is

3            not sufficiently high so as to

4            look for an uncommon effect, nor

5            do they follow patients long

6            enough to look for a long-term

7            adverse effect.

8                 And I should add that even

9            within the ROADMAP study, it

10           turned out that there were

11           patients who had olmesartan

12           enteropathy which was not noted by

13           the authors of that post hoc

14           analysis.

15   BY MR. SLATER:

16           Q.    And when you say there were

17   patients that were noted that had that,

18   was that based on your review of internal

19   documents that were not publicly shared

20   with the medical community?

21           A.    Yes.

22                 MR. MURPHY:  Objection to

23           form.

24   BY MR. SLATER:

Protected Information - Benjamin Lebwohl, M.D., M.S.

1      Q.      So does that confirm for you
2   that there was a lack of follow-up data
3   on that one patient?
4      A.      Correct.
5      Q.      With regard to the Bradford
6   Hill criteria, did you consider the nine
7   different criteria as you evaluated the
8   evidence that was available to you in
9   forming your opinions in this case?
10      A.      I considered those criteria
11   when I was evaluating the evidence.
12      Q.      Even though you may not have
13   specifically named a few of them, it's
14   your testimony you did consider the
15   entire criteria?
16      A.      Correct.
17      Q.      And I think you mentioned a
18   few of the criteria during the course of
19   your testimony, like cessation of
20   exposure and others, those were criteria
21   you were aware of and applied?
22      A.      Yes.
23      Q.      In the Greywoode article,
24   there is a statement in the article

1   suggesting that milder presentations are

2   unlikely at that time.  That's part of

3   the conclusion in the abstract?

4         A.    Yes, it is.

5         Q.    What's your opinion now at

6   this time and at the time you wrote your

7   report in this case as to whether it is

8   likely or unlikely that there are milder

9   presentations of olmesartan enteropathy?

10              MR. MURPHY:  Objection;

11        form.

12              You may answer.

13              THE WITNESS:  I believe that

14        milder presentations are, in fact,

15        likely.

16  BY MR. SLATER:

17        Q.    Is that in part based upon

18  review of the literature and the case

19  reports that have been coming out even up

20  till very recent?

21        A.    Correct.

22        Q.    You were asked about

23  internal company documents.  And do you

24  and other physicians in the medical

Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2606 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## RULE 26 EXPERT REPORT OF BENJAMIN LEBWOHL REGARDING GENERAL CAUSATION

I have reviewed the documents, materials and literature identified in this report and the Appendices, including the reliance list set forth at Appendix 1. Based upon the analysis of these documents and materials, as well as my knowledge, experience, and training, and knowledge of the applicable literature, set forth herein and in my Curriculum Vitae attached as Appendix 2, I have formed opinions with regard to the question of whether Olmesartan Medoxomil causes sprue-like enteropathy and related gastrointestinal effects in a subset of users of the medication (referred to as "olmesartan enteropathy" herein). In evaluating and answering this question, I apply accepted scientific methodology, relying on the peer reviewed medical literature, and the process whereby olmesartan enteropathy has been identified and diagnosed in patients. Each of the opinions set forth is held to a reasonable degree of medical certainty.

## SUMMARY OF QUALIFICATIONS AND EXPERIENCE

1



I am a board certified adult gastroenterologist based at the Celiac Disease Center at Columbia University, a major referral center for patients with celiac disease and related disorders. My current academic appointment is Assistant Professor of Medicine and Epidemiology. I joined the faculty of the Center in 2010 after completing a residency in internal medicine at Columbia and a fellowship in digestive and liver diseases, also at Columbia. My course of training included three years of training in internal medicine followed by an extra (optional) year as a chief medical resident, which consisted of teaching, administration, and leadership in the department of medicine, followed by three years of gastroenterology fellowship, which consisted of training in the clinical care of individuals with digestive and liver disease. This included exposure to inpatient and outpatient conditions, history and physical examination skills, medical decision making, and the performance of gastrointestinal procedures including esophagogastroduodenoscopy and colonoscopy. In addition to my clinical and academic appointments and work, I am on the Editorial Boards of Clinical and Translational Gastroenterology and Digestive Diseases and Sciences, and I serve as a peer reviewer for multiple journals, including but not limited to the New England Journal of Medicine, JAMA, Gastroenterology, and Gut. I have significant research interests, and I have co-authored 88 original research publications in the peer reviewed literature, along with numerous other academic publications.

During my three-year fellowship at Columbia I concurrently obtained a master's degree in Patient Oriented Research from the Department of Biostatistics at the Mailman School of Public Health, also at Columbia. While I was a student at the Mailman School I completed coursework in epidemiology and established research collaborations with investigators in the

2

Department of Epidemiology that continued after I completed my training. In 2011 I joined the faculty of the Department of Epidemiology at the school. My activities in the Department of Epidemiology have included advising master's students, serving as a research mentor for epidemiological research projects, lecturing to epidemiology students, and participating in the composition and grading of the written examination for PhD candidates in epidemiology. Although my primary area of training is in clinical gastroenterology, I have been invited to adjudicate in the dissertations by epidemiology PhD candidates both within my institution (Columbia) and outside institutions (University of Umea, Sweden and University of Calgary). I am being compensated for my time at a rate of $550/hour or $5000/full day in court or in a deposition. I have not previously testified in court and have been deposed once in December 2012 as an expert witness in a medical malpractice case. The case name was Sepe v. London.

## OVERVIEW

Olmesartan Medoxomil, the active ingredient in the Benicar family of products (Benicar, Benicar HCT, Azor, Tribenzor, collectively referred to herein as "Benicar" and "olmesartan"), is indicated for the treatment of hypertension. Benicar is manufactured and sold by Daiichi Sankyo, and is within the class of anti-hypertensive medications known as Angiotensin II Receptor Blockers ("ARB's"). Benicar (the trade name) was first approved and marketed in the United States beginning in 2002, and then in Europe in 2003. Marthey, et al., Olmesartan-associated enteropathy: results of a national survey. Aliment Pharmacol Ther 2014; 40:1103-1109. There are many drugs on the market for the treatment of hypertension, including the other ARB's, angiotensin converting enzyme (ACE) inhibitors, and other medications and combinations of

3

medications are utilized as well. At all times starting with the initial marketing of Benicar there have been numerous safe and effective medications available for the treatment of hypertension, aside from Benicar.

The development process for Benicar is described in the deposition of Donald Hinman. Benicar's mechanism of action for the treatment of hypertenstion is linked to the small intestine, the location for activation of the pro-drug, olmesartan, with most absorption in the small intestine. (Donald Hinman, 81:8-22). The development history, structure, metabolism, and other technical background of olmesartan is summarized in a recent publication. Marietta, et al. Drug-Induced Enteropathy. Digestive Diseases 2015;33:215-220. Of note, the pre-clinical and clinical testing that was performed was not adequately powered or designed to study gastrointestinal adverse effects. No specific test or study was performed prior to marketing Benicar to determine whether there was any effect on the gastrointestinal system, and there was no clinical or preclinical study performed to determine whether olmesartan, "caused any changes to the villi in the intestine, the small intestine." (Donald Hinman, 29:14-22, 48:7-16). The lack of any study of potential gastrointestinal side effects prior to marketing Benicar is consistent with the fact that Benicar was not designed to have any impacts on the gastrointestinal system, and was not expected to cause sprue-like enteropathy, or a syndrome or constellation of symptoms that would present like celiac disease. (Allen Feldman, 69-70). The label for Benicar referenced diarrhea, seen in clinical studies, no greater than placebo, but this was not meant to describe a risk of chronic diarrhea. (Allen Feldman, 72). Of interest, Mr. Hinman testified that Daiichi Sankyo does not fully understand, "the entire process whereby the drug is absorbed, metabolized and acts within the

4

body...The full extent of the mechanism of action is not fully understood." (Donald Hinman, 128:8-130:5).

It is now firmly established in the medical literature that a subset of patients utilizing Benicar develop a gastrointestinal syndrome characterized as sprue-like enteropathy, with related gastrointestinal side effects as a result of using this medication. This condition is referenced internally by Daiichi Sankyo as olmesartan associated enteropathy, and olmesartan induced enteropathy, meaning that the enteropathy is caused by olmesartan. (Allen Feldman, 356:11-15) As set forth above, I refer to this condition as olmesartan enteropathy. This condition is characterized by delayed onset duration, generally with an onset in the range of months or (more often) years. The resulting clinical syndrome typically manifests with dehydration and other malabsorptive symptoms such as severe chronic diarrhea and/or vomiting, significant weight loss, abdominal pain, nausea, and related systemic effects. Where intestinal evaluation and biopsies are performed, the specimens generally demonstrate inflammatory changes including partial or total villous atrophy. Findings can include increased intraepithelial lymphocytes and microscopic colitis, among others. There is not a single invariable presentation for this condition, and the condition is ultimately diagnosed based on the clinical presentation and course, with particular attention to positive dechallenge or rechallenge. The findings on pathology can be useful in ruling out potential causes, and for correlation with the clinical presentation and course. Deposition testimony indicates that an internal Daiichi Sankyo document recognizes that where villous atrophy is identified this should be understood to be due to organic change in the small intestine, as opposed to a functional change such as with ordinary diarrhea. (Hideki Tagawa, 83:19-84:8). This condition has been misdiagnosed, most often as celiac disease in many patients, or other

5

inflammatory disorders due to the similar clinical presentations, and a lack of knowledge about olmesartan enteropathy in the medical community.  Burbure, et al.  Olmesartan-associated sprue-like enteropathy: a systematic review with emphasis on histopathology.  Human Pathology (2016) 50, 127-134.

I first learned of an association between olmesartan and a sprue-like enteropathy in April 2012. My colleague Peter Green, founder and director of the Celiac Disease Center at Columbia University, mentioned a conversation he had with Joseph Murray, a celiac disease expert at the Mayo Clinic, about his findings that a number of patients thought to have refractory celiac disease or collagenous sprue had been taking olmesartan, and that their symptoms and histology resolved after discontinuation of the drug. At the time, this condition had not appeared in the medical literature, aside from a passing mention of olmesartan in Dr. Murray's 2010 publication on collagenous sprue. Rubio-Tapia, et al. Gluten-Free Diet and Steroid Treatment Are Effective Therapy for Most Patients with Collagenous Sprue.  Clinical Gastroenterology and Hepatology 2010; 8:344-349.  Upon hearing about this from Dr. Green, my colleagues and I reviewed the charts of our most treatment-resistant patients, and were struck by the fact that olmesartan was a common feature. I reached out to a number of patients at that time, informing them of this possible association, and advising them to discontinue the drug. This resulted in some of the most dramatic clinical improvements I have witnessed as a physician. To this day, some of my most grateful patients are those who went from being desperately ill, with weight loss and severe diarrhea necessitating multiple hospitalizations, to total clinical and histologic resolution after discontinuing olmesartan. Typically these are patients who have first been evaluated and treated (by me or others) with invasive procedures, and ineffective or transiently effective modalities

6

including a gluten-free diet, an elimination diet (involving extraordinary efforts to minimize cross-contamination by gluten), corticosteroids, and immunomodulators, prior to olmesartan being identified as the culprit.

By the time Dr. Murray's group published its series of 22 patients (Rubio-Tapia, et al. Severe spruelike enteropathy associated with olmesartan. Mayo Clin Proc. August 2012;87(8):732-738 ) in August 2012, my colleagues and I at the Celiac Disease Center at Columbia had a number of patients whom we diagnosed with this condition. By that time, I had started reintroducing dietary gluten to these patients and found that they remained healthy when doing so. We realized that patients with olmesartan enteropathy were being misdiagnosed as having celiac disease, given that these two conditions have similar histologic features. In addition, during this time, I was participating in a study evaluating our Center's experience of seronegative villous atrophy, the term used to describe the existence of duodenal villous atrophy with the absence of abnormally elevated celiac disease antibodies (tissue transglutaminase antibodies and deamidated gliadin peptide antibodies). Given the information we had received from Dr. Murray and our own experience of dechallenged patients who then improved, we reviewed the records that we had collected and found that, of 72 patients with seronegative villous atrophy, 16 (22%) were ultimately attributed to olmesartan use. Though we had not initially set out to study olmesartan in that paper, we found that olmesartan was the most common agent in those diagnosed with medication-related villous atrophy. DeGaetani, et al. Villous Atrophy and Negative Celiac Serology: A Diagnostic and Therapeutic Dilemma. Am J Gastroenterol 2013;108:647-653.

Despite the Mayo Clinic publication in 2012, the subsequent publication of our series corroborating Dr. Murray's experience, as well as additional case reports, and despite the label change on July 3, 2103, and the July 3, 2013 Safety Notification by the FDA stating that olmesartan can cause sprue-like enteropathy, I continued to see patients with severe malabsorption who, while taking olmesartan, were evaluated by one or more previous gastroenterologists and were told that they had refractory celiac disease. As a result of my knowledge of this condition, I adopted a practice where, when a referring colleague calls me, asking me to see a sick and complicated outpatient on short notice as a second opinion, I will first ask them if the patient is taking olmesartan, which has occasionally led to a rapid diagnosis and resolution of the problem while under the care of the referring physician, without the patient even coming to our center for formal evaluation.      The now established fact that olmesartan is a cause of villous atrophy and sprue-like enteropathy is not a matter of dispute in the medical community. For example, in addition to the FDA safety notification, and many references in the literature, olmesartan is now listed as a *cause* of villous atrophy in the widely-used physician reference Up To Date:

**Causes of small intestinal villous atrophy other than celiac disease**

| |
|---|
| Small intestinal bacterial overgrowth |
| Crohn disease |
| Cow's milk or soy protein intolerance (children) |
| Eosinophilic gastroenteritis |
| Giardiasis |
| Intestinal lymphoma |
| Peptic duodenitis |
| Post-gastroenteritis |
| Tropical sprue |
| Zollinger-Ellison syndrome |
| Common variable immunodeficiency |
| Autoimmune enteropathy |
| Other immunodeficiency states (usually apparent clinically, eg, AIDS enteropathy, hypogammaglobulinemic sprue) |
| Medications (eg, olmesartan) |
| Whipple disease |
| Malnutrition |
| Intestinal tuberculosis |
| Graft-versus-host disease |

Based on my knowledge, education, training, and experience, which includes the diagnosis and treatment of numerous patients with olmesartan enteropathy, my knowledge of the medical literature, and my review and analysis of the documents and information referenced in this report, it is my opinion to a reasonable degree of medical certainty that Olmesartan causes sprue-like enteropathy and related side effects in a subset of patients utilizing the drug, which I refer to as olmesartan enteropathy herein.

## I.     The Medical Literature

The first mention of the condition that came to be known as olmesartan enteropathy was made in a 2010 case series of collagenous sprue reported by Joseph Murray's group at the Mayo Clinic. Rubio-Tapia, et al. Gluten-Free Diet and Steroid Treatment Are Effective Therapy for

9

Most Patients with Collagenous Sprue. Clinical Gastroenterology and Hepatology 2010; 8:344-349  This retrospective review consisted of patients with collagenous sprue seen at three Mayo sites (Rochester, Jacksonville and Scottsdale) during the years spanning 1993-2009. Collagenous sprue is a form of enteropathy that is characterized by villous atrophy (characteristic of celiac disease as well) and additionally a thickened band of subepithelial collagen. A total of 30 patients were identified, the great majority of whom (97%) had weight loss, and all of whom had diarrhea. A concomitant diagnosis of celiac disease was noted in 11 (37%) of these patients, though only 6 of these 11 patients had a history of elevated celiac disease serologies.  The authors noted that 8 of the 30 patients (27%) had been taking olmesartan; this is especially impressive given that more than half of the time span of this study occurred prior to the approval and availability of olmesartan. The main focus of the paper is on outcomes and response to the gluten-free diet and immunosuppressive therapy, but the authors note the following in the Discussion, when making the point that antifibrotic therapy may not necessarily be effective for this condition: "Indeed, olmesartan, a drug with antifibrotic properties outside the gastrointestinal tract, was used by one third of our patients."

In 2012, Dr. Murray's group published a case series of olmesartan enteropathy consisting of 22 patients, 2 of whom were previously included in their report on collagenous sprue. Rubio-Tapia, et al. Severe spruelike enteropathy associated with olmesartan. Mayo Clin Proc. August 2012;87(8):732-738  All 22 patients had chronic diarrhea, duodenal biopsies showing villous atrophy, alternative causes ruled out, and a clinical improvement after discontinuation of olmesartan. The majority (16/22, 73%) were previously diagnosed with either non-responsive/refractory celiac disease or unclassified sprue. The mean duration of olmesartan use

10

prior to the development of symptoms was 3.1 years. Weight loss was a prominent symptom, and ≥10 kg of weight loss was reported in 19 of the 22 patients (86%). After olmesartan withdrawal and clinical improvement, a follow-up duodenal biopsy was performed in 18 patients, 17 of whom (94%) had histologic recovery of villous atrophy (while the 18th patient had marked improvement from total villous atrophy to focal partial villous atrophy). All patients improved upon dechallenge, and deliberate rechallenge was not performed due to the severity of the risk; however, the authors note that a rechallenge occurred in the history of 4 patients:

> No deliberate rechallenge test with olmesartan was undertaken because of the life-threatening nature of the syndrome, although 2 patients reported anecdotally that their symptoms had worsened when they restarted olmesartan before the potential association was recognized, and 2 patients experienced improvement when olmesartan was stopped when they were hospitalized (for dehydration and hypotension) and worsened in the weeks following discharge and re- introduction of olmesartan.

Of note, though Dr. Murray's study of patients with olmesartan enteropathy was not discussed in the literature prior to 2012, Daiichi Sankyo was aware of the fact that Dr. Murray was seeing patients with sprue-like symptoms while taking olmesartan medoxomil. Dr. Murray contacted Daiichi Sankyo to inquire of the company as to any information that could be shared regarding "data pertaining to colitis, enteritis, or sprue-like symptoms," in 2009, about "possible side effects of olmesartan, specifically Benicar and the association with unsual and rare enteropathy malapsorption," in 2010, and reporting, "five patients experienced enteropathy like disease while taking olmesartan," in 2011. (Allen Feldman, 370-389, Exhibits 359, 360, 361). As discussed below, by 2009 when Dr. Murray contacted the company (and earlier) Daiichi Sankyo already had received numerous compelling adverse event reports regarding patients with the

11

clinical syndrome presented with olmesartan enteropathy (i.e. chronic diarrhea, dehydration, severe weight loss, reports of positive dechallenges and rechallenges, hospitalizations).

Following the case series by Dr. Murray's group, additional sporadic case reports were published from institutions in Pennsylvania, Ohio, and Texas. The reference list to this report lists numerous additional case reports.  Dreifuss SE1, Tomizawa Y, Farber NJ, Davison JM, Sohnen AE. Spruelike enteropathy associated with olmesartan: an unusual case of severe diarrhea. Case Rep Gastrointest Med. 2013;2013:618071; Stanich PP1, Yearsley M, Meyer MM. Olmesartan-associated sprue-like enteropathy. J Clin Gastroenterol. 2013 Nov-Dec;47(10):894-5; Nielsen JA1, Steephen A, Lewin M. *Angiotensin-II inhibitor (olmesartan)-induced collagenous sprue with resolution following discontinuation of drug.* World J Gastroenterol. 2013 Oct 28;19(40):6928-30. .  In addition to these individual case reports, three additional case series were published on this condition in 2013-2014. I co-authored a case series of patients at the Celiac Disease Center at Columbia University on the topic of seronegative villous atrophy, in which we found that 16 of 72 patients with this condition (22%) had olmesartan enteropathy. Olmesartan was the most common cause of drug-induced villous atrophy in our series (16 of 19 patients, 84%). DeGaetani, et al. Villous Atrophy and Negative Celiac Serology:  A Diagnostic and Therapeutic Dilemma.  Am J Gastroenterol 2013;108:647-653  A case series from a single institution in France described 5 patients with diarrhea attributed to olmesartan, of whom 3 had villous atrophy on duodenal biopsy.  Theophile, et al. Five cases of sprue-like enteropathy in patients treated by olmesartan. Dig Liver Dis. 2014 May;46(5):465-9 Another series of 3 patients with villous atrophy attributed to olmesartan was reported by investigators in Rome. Ianiro G1, Bibbò S, Montalto M, Ricci R, Gasbarrini A, Cammarota G.  Systematic review: Sprue-like

12

enteropathy associated with olmesartan. Aliment Pharmacol Ther. 2014 Jul;40(1):16-23. By that time, the accumulating case reports and series were growing at a pace that prompted those writers to include a review of the literature; they found that 54 patients were reported as diagnosed with olmesartan enteropathy to date. See Ianiro, et al.

The first publication to discuss the gastrointestinal effects of olmesartan using a control group was a letter published by two investigators for the ROADMAP study of olmesartan, which was designed to study a primary endpoint of occurrence of microalbuminuria, in reply to Dr. Murray's case series. Menne, Haller. Olmesartan and Intestinal Adverse Effects in the ROADMAP Study. Mayo Clin Proc. December 2012;87(12):1230-1232. This letter reported that, among patients participating in a randomized trial of olmesartan use in diabetics, the development of treatment emergent adverse events was not significantly different among those randomized to olmesartan (3.5%) compared to those randomized to placebo (4.2%, p=0.20). Diarrhea was specifically queried, and this symptom was present in the same proportion of those receiving drug and placebo (2.3%). Although the authors argued that "our observation in a large group of diabetic patients treated with 40 mg of olmesartan daily does not support this conclusion" that olmesartan is directly involved in sprue-like enteropathy, these findings do not rule out causality for an uncommon adverse event that occurs with long-term use of the drug. This analysis consisted of 2,232 patients exposed to olmesartan for a median of 3.2 years. Given that the mean onset to symptoms in Murray's case series was 3.1 years, and given the unknown incidence of olmesartan enteropathy, this subanalysis of a clinical trial is insufficient to assess for causality. Indeed, the purpose of phase 4 evaluation is to test long-term, less common adverse events induced by the drug; a phase 3 study would not be adequately powered to pick up a signal

13

in the case of a rare event. Moreover, the article published in the New England Journal of Medicine with regard to the study does not discuss gastrointestinal side effects. Haller H, Ito S, Izzo JL Jr, Januszewicz A, Katayama S, Menne J, Mimran A, Rabelink TJ, Ritz E, Ruilope LM, Rump LC, Viberti G; ROADMAP Trial Investigators. Olmesartan for the delay or prevention of microalbuminuria in type 2 diabetes. N Engl J Med. 2011 Mar 10;364(10):907-17; (Jeffrey Warmke, 192:14-19). The case report forms also do not specify gastrointestinal side effects as an adverse event to be watched, and the investigators were not told about the adverse event reports the company was accumulating for patients with severe gastrointestinal side effects. (Jeffrey Warmke, 109:16-110:3, 110:4-11, 110:12-18, 111:19-112:7, 113:3-20, 145:21-146:11, 157:15-158:5). These factors, combined with the delayed onset of the condition, could have resulted in cases of olmesartan enteropathy being missed. Daiichi Sankyo employee Jeffrey Warmke testified in his deposition that the ROADMAP study was not designed to study gastrointestinal side effects, and was not adequately powered to study gastrointestinal side effects or any of the secondary endpoints of the study, and the study population was different from the general population taking Benicar in the United States. (Jeffrey Warmke, 88:8-15, 111:5-11, 272:19-274:11, 362:12-363:23). Notwithstanding, Dr. Warmke did acknowledge that there were patients who presented with clinical symptoms of olmesartan enteropathy, including dechallenge and rechallenge, and assessment by Daiichi Sankyo as probably related to the drug. This includes one patient who had a documented dechallenge and rechallenge in December, 2006 and January, 2007, and Dr. Warmke acknowledged that Daiichi Sankyo had first hand information that olmesartan likely caused these symptoms. One patient had documented villous atrophy, and another had documented collagenous colitis found by the investigator to be

14

definitely caused by the drug. (Exhibits 3047, 3048, 3049, 3051; Jeffrey Warmke, 327:21-334:24, 337:2-339:17, 340:14-346:21, 347:15-350:10). The letter to the Mayo Clinic Journal, authored by the lead investigators of the study, does not discuss these specific patients since it was limited to an aggregate analysis of trial participants, and acknowledges that a signal could have been missed due to the limited size and duration of the study. In sum, the ROADMAP study does not disprove association or causality for olmesartan enteropathy, and in fact study patients have been identified who likely developed the condition.

I was the senior investigator of two studies evaluating olmesartan enteropathy that included a control population. In both of these studies, we studied the question of whether the cases of olmesartan enteropathy in the literature represent a "tip of the iceberg" phenomenon. The first study was a case-control study consisting of patients at Columbia University Medical Center who were undergoing upper endoscopy or colonoscopy. Greywoode, et al. Olmesartan, Other Antihypertensives, and Chronic Diarrhea Among Patients Undergoing Endoscopic Procedures: A Case-Control Study. Mayo Clin Proc. September 2014;89(9):1239-1243. We sought to determine whether olmesartan use was more common among patients noting diarrhea as the reason for their procedure as compared to controls who underwent their procedure for another reason. We found that there was no statistically significant association between olmesartan use and diarrhea in this population. However, as we acknowledged in the Discussion section of that paper, "there was also a relatively small prevalence of use of olmesartan (0.7%-1%) among study patients, limiting the power of this analysis. Because the upper bound of our 95% CI was 5.00 in the EGD analysis and 1.74 in the colonoscopy analysis, a meaningful

15

association between olmesartan and diarrhea may exist that was not detectable because of the relative rarity of use of olmesartan."

Recognizing that the low number of users of olmesartan in our medical center limited our power to detect a signal when using olmesartan exposure as an outcome in a case-control setting, our second study investigating a potential "tip of the iceberg" sampled patients based on exposure to olmesartan. Lagana, et al. Sprue-like histology in patients with abdominal pain taking olmesartan compared with other angiotensin receptor blockers. J Clin Pathol 2014;0:1-4. In a cross-sectional study, we compared 20 olmesartan users who underwent duodenal biopsy for evaluation of abdominal pain and compared them to a population of age and sex-matched non-olmesartan controls who also underwent duodenal biopsy for abdominal pain. The outcome of interest was the presence of one or more of the following histologic features: villous atrophy, crypt hyperplasia, mean maximum intraepithelial lymphocyte count, generalized intraepithelial lymphocyte increase, chronic inflammation, eosinophilia, neutrophilia, or increased crypt apoptosis. We found that, although $\geq 1$ of these features was present in 50% of the olmesartan group and this was greater than that of controls (20%), this did not meet statistical significance (p=0.10). From a statistical standpoint, the study was likely underpowered to detect a signal of subtle histologic abnormalities related to olmesartan. We therefore concluded that: "This study raises the possibility that there may be a spectrum of injury associated with olmesartan use, apart from the severe syndrome that causes life-threatening diarrhea." Of note, we discussed a case report we defined as having "considerable relevance to our study," describing a patient who presented with constipation, but not diarrhea, and varied findings on duodenal biopsy. Talbot GH. Small bowel histopathologic findings suggestive of celiac disease in an asymptomatic

16

patient receiving olmesartan. Mayo Clin Proc. 2012;87:1231-2   Based on my continued study of olmesartan enteropathy, including reports of patients with variable presentations and clinical symptoms, it is likely that there is a spectrum of injury.

We conducted these two studies so as to better characterize the clinical spectrum of olmesartan enteropathy. The null findings of the case-control study and cross-sectional study suggest that olmesartan is not a common cause of diarrhea among patients undergoing endoscopy, and that olmesartan does not cause far greater histologic abnormalities in individuals who have abdominal pain as compared to those who do not take olmesartan.  However, this does not detract from the overall question of causality. These investigations should be seen in the context of studying and defining the boundaries of the condition.   The case that the relationship between olmesartan and enteropathy is causal is well established based on the numerous dechallenge studies decribed in the case series and reports above. In general, when adverse effects are events that occur commonly in the general population (such as diabetes or depression), it may be difficult to be certain that the event occurred due to the agent, and abatement of the event after withdrawal of the agent may be suggestive, but not definitive for causality. In contrast, the clinical presentation of olmesartan enteropathy is not commonly seen. For example, one of the findings often seen with this condition, intestinal villous atrophy, has a limited number of causes and does not occur commonly in the general population. Where alternative causes of villous atrophy can be ruled out (e.g. negative celiac serologies, and a lack of a response to a gluten-free diet in the case of celiac disease, and a resolution of villous atrophy after discontinuation of olmesartan despite resumption of a gluten-containing diet), the establishment of causality is straightforward.

17

In addition to the fact that dechallenge and rechallenge strongly establishes causality, our understanding of this relationship was strengthened by a nationwide cohort study by Basson and colleagues that provided helpful data on the temporality as well as the strength of the relationship. Basson, et al. Severe malabsorption associated with olmesartan: a French nationwide cohort study. Gastroenterology 2014; 146:S-114. In that study, which evaluated more than 4 million adults in France prescribed an ACE inhibitor or an angiotensin receptor blocker (ARB, including olmesartan), the authors found that, compared to users of ACE inhibitors, users of olmesartan had a more than two-fold increased risk of hospitalization for malabsorption overall (adjusted rate ratio [ARR] 2.49; 95%CI 1.73-3.57). Moreover, when stratified by duration of time on the drug, this association was not found among those with <1 year of exposure (ARR 0.76; 95%CI 0.39-1.49) but was markedly increased among those with >2 years of exposure (ARR 10.65; 95%CI 5.05-22.46). This finding, of a large effect size when evaluating long-term use, supports the conclusion that the risk of this outcome is related to the duration of drug use, lending credence to both the strength of association and a biological gradient. The absolute rate of hospitalization for malabsorption occurred in 48 patients over the course of 860,894 person-years. This yields a rate of 5.6 events per 100,000 person-years of observation. Though this is likely an underestimate of the rate of olmesartan enteropathy (given that outpatients with the condition were not counted), the order of magnitude of this rate provides a strong explanation as to why diarrhea was not detected in users of olmesartan in the ROADMAP study; the latter study had an insufficient number of patients followed for an insufficient period of time to detect this adverse event.

18

It is also notable that the authors found a strong effect size when evaluating olmesartan use for >2 years and a subsequent hospitalization with a discharge diagnosis of celiac disease (ARR 10.21; 95%CI 4.21-24.76). Given the histologic resemblance of olmesartan enteropathy with celiac disease, these patients were likely misdiagnosed with celiac disease, analogous to the numerous patients described as having been diagnosed with celiac disease in adverse event reports to Daiichi Sankyo, and the many misdiagnoses documented in the literature (for example, the patients discussed in the August 2012 Rubio-Tapia article who were initially diagnosed with celiac disease).

The delayed onset of olmesartan enteropathy is described across the literature. This is likely due to the as-yet fully characterized nature of the immune response to this medication. Unlike a classical drug allergy that is typically apparent within 24 hours of initial exposure and is mediated by mast cell activation and/or circulating immunoglobulin E, olmesartan enteropathy typically develops after a prolonged period of drug exposure, congruent with the mean exposure of 3.1 years reported by Murray's group. There are two broad ways to think about how a drug can cause an outcome over long time horizon: accumulated toxicity and a co-factor. An example of accumulated toxicity is the undisputed causal link between cigarette smoking and lung cancer. This adverse effect of cigarette smoking is delayed because the cellular damage and accompanying inflammation that occurs with smoking is cumulative, and multiple resultant genetic mutations need to occur before this results in cancer. Hence the risk of lung cancer rises decades after an individual begins smoking because of the time required to accumulate cellular damage. The second prototype of delayed drug toxicity is that requiring a co-factor. For example, Reye's Syndrome, a rapidly progressive illness characterized by encephalopathy and

19

liver failure, was linked to aspirin use by children, but this condition only develops in the context of an acute viral illness, a co-factor that is necessary for the development of this drug-mediated illness. The present evidence points to this latter mechanism of a co-factor that triggers olmesartan enteropathy. Just as individuals at any age can develop celiac disease, in which gluten induces villous atrophy after years of gluten exposure without ill effect, olmesartan (like gluten in celiac disease) likely requires an as-yet unidentified co-factor upon which exposure to this drug induces villous atrophy. (It should be noted that the co-factor that triggers celiac disease in individuals after years of gluten exposure has not been identified, but this does not at all undercut the indisputable causal link between gluten and villous atrophy among patients with celiac disease.)

The mechanistic study by Dr. Murray's group points to a biologically plausible mechanism by which olmesartan induces enteropathy after a variable period of exposure. Marietta EV, Nadeau AM, Cartee AK, Singh I, Rishi A, Choung RS, Wu TT, Rubio-Tapia A and Murray JA. Immunopathogenesis of olmesartan-associated enteropathy. Aliment Pharmacol Ther. 2015 Dec;42(11):1303-14. This study consisted of immunohistochemical analysis of patients with known olmesartan enteropathy (including patients both on and off olmesartan) as well as immunofluorescent analysis of generic human intestinal epithelial cells (Caco2 cells) after in vitro incubation with olmesartan for 4 hours. The authors found that incubation of these cells with olmesartan resulted in the expression of IL-15, a cytokine that has been broadly implicated in refractory celiac disease. Malamut G, et al. *IL-15 triggers an antiapoptotic pathway in human intraepithelial lymphocytes that is a potential new target in celiac disease-associated inflammation and lymphomagenesis.* J Clin Invest. 2010 Jun;120(6):2131-43. When

20

incubating these cells with losartan and telmisartan, this finding was not observed. This *in vitro* demonstration of a pro-inflammatory cytokine release (particularly one that is closely associated with refractory celiac disease, a histologic mimicker of this condition), one that is specific to olmesartan among members to this drug class, adds biologic plausibility to the case for causality. Stated another way, this study likely establishes the biological mechanism whereby olmesartan causes this clinical syndrome. As recognized by Daiichi Sankyo, olmesartan clearly causes biological changes to the small intestine, leading to some or all of the findings and symptoms of olmesartan enteropathy, including inflammation, villous atrophy, malabsorption, chronic diarrhea and/or vomiting, dehydration, abdominal pain, nausea, and severe weight loss, and in some patients systemic effects due to the resulting lack of absorbed nutrients.

### A. Variation In Clinical Presentation of Olmesartan Enteropathy

It is important to discuss the variable presentation of olmesartan enteropathy, in terms of the clinical presentation and severity of symptoms. There is literature supporting a spectrum of severity, with varied clinical pictures, likely due to the stage of development of the syndrome. For example, the French nationwide cohort study by Basson, et al [Basson M, Mezzarobba M, Weill A, Ricordeau P, Allemand H, Alla F and Carbonnel F. Severe intestinal malabsorption associated with olmesartan: a French nationwide observational cohort study. Gut. 2016 Oct;65(10):1664-9 ] was restricted by definition to those who whose clinical condition was sufficiently severe so as to warrant hospitalization, while in the case series by Rubio-Tapia, et al [Rubio-Tapia A, Herman ML, Ludvigsson JF, Kelly DG, Mangan TF, Wu TT and Murray, JA. Severe Spruelike Enteropathy Associated With Olmesartan. Mayo Clin Proc. 2012 Aug;87(8):732-8. Epub 2012 Jun 22.] 36% of patients did not require hospitalization. It is also

21

possible that patients with mild or minimal symptoms but with laboratory abnormalities could have an attenuated form of this condition. This was suggested by Talbot, et al who described a patient who was taking olmesartan and had anemia and reflux; though he did not have diarrhea, he was found to have mild villous blunting and increased intraepithelial lymphocytosis, akin to a mild form of celiac disease.Talbot GH. Small bowel histopathologic findings suggestive of celiac disease in an asymptomatic patient receiving olmesartan.  Mayo Clin Proc. 2012 Dec;87(12):1231-2.  Though there is less certainty regarding the scope of a mild form of olmesartan enteropathy, given the wide spectrum of clinical severity documented in celiac disease, together with the fact that the majority of patients with celiac disease are undiagnosed, it is reasonable to conclude that there is a clinical and histologic spectrum of severity for olmesartan enteropathy, wherein the more mild cases go undetected and untreated.  Rubio-Tapia A1, Ludvigsson JF, Brantner TL, Murray JA, Everhart JE. The prevalence of celiac disease in the United States. Am J Gastroenterol. 2012 Oct;107(10):1538-44; quiz 1537, 1545. doi: 10.1038/ajg.2012.219. Epub 2012 Jul 31.

This opinion is further supported by additional reports in the literature.  One article addressing two cases reports of olmesartan enteropathy discusses the potential for a "patchy" presentation in the duodenum, and, "that olmesartan-associated enteropathy is a new entity with a wide spectrum of histological small bowel abnormalities."  Schiepatti, et al. **Olmesartan-associated enteropathy: new insights on the natural history?  Report of two cases.** Scandinavian Journal of Gastroenterology.  2015;  Early Online: 1-5.  Another article, cited in Schiepatti, et al., states: "We report four patients with olmesartan-associated enteropathy and normal villi.  The clinical picture was that of severe diarrhoea, similar with that of patients with

22

villous atrophy, and these four patients also improved after olmesartan withdrawal. These cases add to the description of olmesartan-associated enteropathy. It may include patients with a wide range of histological duodenal abnormalities, from isolated intra-epithelial lymphocytosis and lamina propria lymphocytic infiltration to total villous atrophy. In addition, there is evidence of involvement of almost the entire gut in this condition." In terms of causation, the authors state: "This study supports the causality of the association between olmesartan and enteropathy. Firstly, our cases and those reported by Rubio Tapia et al. were remarkably similar. Secondly, nondeliberate interruptions followed by reintroductions led to clinical remissions followed by clinical relapses repectively. Thirdly, as in the study by Rubio Tapia et al., duodenal mucosa returned to normal after olmesartan withdrawal." Marthey, et al. **Olmesartan-associated enteropathy: results of a national survey.** Aliment Pharmacol Ther 2014; 40: 1103-1109.

Another case report discusses a patient with olmesartan enteropathy who suffered a colon perforation, in a patient reporting, "recurrent mild abdominal pain, bloating, nausea, occasional vomiting, and severe nonbloody diarrhea with 20 evacuations a day for one year. She had a 45 pound weight loss with six months...Celiac disease was excluded by negative conventional serology tests...and the absence of a clinical response to a gluten-free diet...Olmesartan associated enteropathy was suspected and the drug was discontinued and replaced by lisinopril. One month later, she had complete resolution of the abdominal discomfort and diarrhea. After 5 months the patient continued to be asymptomatic with no gastrointestinal manifestations." Abdelghany, et al. **Olmesartan Associated Sprue-Like Enteropathy and Colon Perforation.** Case Reports in Gastrointestinal Medicine. Volume 2014, Article ID 494098, 2014.

23

## B. Resulting Systemic Harm From Olmesartan Enteropathy

Malabsorption has clinical consequences that go beyond the acute presentation of dehydration, diarrhea, vomiting, and weight loss. Celiac disease is known to cause a wide range of such systemic consequences, and the similar manifestation of olmesartan enteropathy exposes the patient to a similar spectrum of harms.. The list of systemic harms resulting from olmesartan enteropathy may include, in no particular order of importance or frequency, steatorrhea, fatigue or weakness, neuropathy, hair loss, muscle wasting, renal compromise and damage, anemia, and others. These symptoms can have a significant detrimental impact on a patient's quality of life. Based on our knowledge of the impact of celiac disease on morbidity, we can infer that there is analogous burden among those with olmesartan enteropathy. For instance, anemia is a common consequence of malabsorption, as has been observed both in celiac disease [Abu Daya H1, Lebwohl B, Lewis SK, Green PH. Celiac disease patients presenting with anemia have more severe disease than those presenting with diarrhea. Clin Gastroenterol Hepatol. 2013 Nov;11(11):1472-7.] and olmesartan enteropathy (present in 45% of patients in one systematic review).[Ianiro G1, Bibbò S, Montalto M, Ricci R, Gasbarrini A, Cammarota G. Systematic review: Sprue-like enteropathy associated with olmesartan. Aliment Pharmacol Ther. 2014 Jul;40(1):16-23..] This can result in significant fatigue and can take months to reverse. Moreover, many patients with olmesartan enteropathy were treated with corticosteroids in addition to a gluten-free diet; this was the case in 20 of the 22 patients (91%) in Rubio-Tapia's initial case series.[Rubio-Tapia A, Herman ML, Ludvigsson JF, Kelly DG, Mangan TF, Wu TT

24

and Murray, JA. Severe Spruelike Enteropathy Associated With Olmesartan. Mayo Clin Proc. 2012 Aug;87(8):732-8] Corticosteroid treatment can have numerous adverse consequences, both short-term (including hyperglycemia, neuropsychiatric symptoms, and swelling in the extremities and face) and long-term (cataracts and worsened bone density, increasing the risk of fracture). Since many patients with olmesartan enteropathy have been and likely continue to be treated with a gluten-free diet under the erroneous impression of a celiac disease diagnosis, the burden of this diet should be considered. This diet is expensive, socially isolating, and can impair quality of life; patients with celiac disease who are maintaining this diet have rated its burden as considerable.

Shah S, Akbari M, Vanga R, Kelly CP, Hansen J, Theethira T, Tariq S, Dennis M, Leffler DA. Patient perception of treatment burden is high in celiac disease compared with other common conditions. Am J Gastroenterol. 2014 Sep;109(9):1304-11.

## II.    Methodology

The clinical process to identify olmesartan enteropathy as the likely cause of a patient's symptoms is one of differential diagnosis.   In our publication on seronegative villous atrophy, DeGaetani, et al., we discuss the following diagnostic algorithm:

> We propose that all patients with seronegative VA should initially be tested for HLA DQ2 and DQ8. If the test is negative, we would usually exclude CD. Immunoglobulin deficiency should also be excluded, both selective IgA deficiency and CVID. A thorough history should be obtained, which should include medication and travel history.

In clinical practice, this translates into the assessment for use of olmesartan (and other medications) during the initial history taking.  Among patients with villous atrophy who report

25

taking olmesartan, at our institution we have deemed the causality to be so strong in this group of patients that we advise discontinuing olmesartan and switching to an alternative anti-hypertensive agent in consultation with the prescriber of that medication (e.g. the patient's internist or cardiologist who is treating the patient's hypertension). In my experience patients with seronegative villous atrophy who were taking olmesartan at the time of assessment had resolution or marked improvement of symptoms and villous atrophy upon discontinuation of the drug.  An illustrative Case Report regarding a patient hospitalized three times for severe dehydration and acute renal failure, later found to have olmesartan enteropathy, describes this approach: "Olmesartan-induced enteropathy should be in the differential diagnosis for patients who present with severe unexplained chronic diarrhea and weight loss.  Moreover, in patients with a working diagnosis of CD but negative CD-specific serology or lack of response to a gluten-free diet, a review of current medications is desirable before resorting to other expensive investigations." Rishi, A., Garland, K. Unusual Severe Side Effect of a Commonly Used Drug. Journal of Clinical Hypertension, 2015.

There is a spectrum of potential causes for the combination of symptoms that is seen with olmesartan enteropathy.  In the evaluation of causation for a particular patient, the generally applicable components of the differential diagnosis will usually include celiac disease (discussed above), as well as irritable bowel syndrome (ulcerative colitis, Crohn's disease), autoimmune enteropathy, and medication induced enteropathy.  The appropriate differential for a particular patient is established through application of this general process, informed by a thorough history and physical exam, with particular attention to co-morbidities, time of onset, nature of the symptoms, medications, and other medically significant facts. Other potential causes may merit

26

consideration based on this process. One must then evaluate the clinical course, particularly dechallenges and rechallenges, in ruling out/in aspects of the differential diagnosis.

Of particular importance are documented dechallenges, and even more so, rechallenges. This information is important not just from a clinical perspective, but also from an epidemiological perspective. When determining whether a drug is associated with an adverse outcome, the strength of association depends on certain aspects of each case, including temporality (i.e. that the adverse event did not pre-date the exposure to the drug) and abatement of the adverse effect after withdrawal of the drug (i.e. dechallenge). The recurrence of the adverse effect after the resumption of the medication provides particularly strong evidence that an adverse drug effect is occurring. Though case reports are generally low on the hierarchy of evidence when assessing for causality, evidence from a rechallenge is particularly strong. To cite a textbook of pharmacoepidemiology, Strom B, Kimmel S, Hennessey S. Textbook of Pharmacoepidemiology 2nd edition p23.:

> Case reports can be particularly useful to document causation when the treatment causes a change in disease course which is reversible, such that the patient returns to his or her untreated state when the exposure is withdrawn, can be treated again, and when the change returns upon repeat treatment.

Scoring systems, such as the Naranjo algorithm, a widely used method for grading suspicion of causality, place special emphasis on rechallenge.[García-Cortés M1, Lucena MI, Pachkoria K, Borraz Y, Hidalgo R, Andrade RJ; Spanish Group for the Study of Drug-induced Liver Disease (grupo de Estudio para las Hepatopatías Asociadas a Medicamentos, Geham). Evaluation of Naranjo adverse drug reactions probability scale in causality assessment of drug-induced liver injury. Aliment Pharmacol Ther. 2008 May;27(9):780-9.] In the Naranjo algorithm, the greatest

27

number of points (+2) are assigned to the following two parameters: 1) occurrence of the event after exposure to the drug; and 2) in individual cases a positive rechallenge. As noted above, the original case series by Rubio-Tapia noted that a deliberate rechallenge was not performed but that 4 of the 22 patients had experienced a recurrence of symptoms upon reintroduction of the medication, a *de facto* rechallenge.[ Rubio-Tapia A, Herman ML, Ludvigsson JF, Kelly DG, Mangan TF, Wu TT and Murray, JA. Severe Spruelike Enteropathy Associated With Olmesartan. Mayo Clin Proc. 2012 Aug;87(8):732-8] Rechallenge evidence was also noted in the Medwatch report cited above (Medwatch report number SU-2007-005968).

The evidence to be presented below will consider the Bradford Hill criteria for causality. Strom, et al.  These criteria consist of biological plausibility (see above under Medical Literature),[Marietta EV, Nadeau AM, Cartee AK, Singh I, Rishi A, Choung RS, Wu TT, Rubio-Tapia A and Murray JA. Immunopathogenesis of olmesartan-associated enteropathy. Aliment Pharmacol Ther. 2015 Dec;42(11):1303-14.] the strength of the association (see rate ratios reported below by Basson, et al [Basson M, Mezzarobba M, Weill A, Ricordeau P, Allemand H, Alla F and Carbonnel F. Severe intestinal malabsorption associated with olmesartan: a French nationwide observational cohort study. Gut. 2016 Oct;65(10):1664-9.], the consistency of symptomatology (see adverse event reports and case series below), specificity (the paucity of sprue-like enteropathy reported in other antihypertensives and the quantititative difference when comparing olmesartan use to angiotensin converting enzyme inhibitors),[ Basson M, Mezzarobba M, Weill A, Ricordeau P, Allemand H, Alla F and Carbonnel F. Severe intestinal malabsorption

28

associated with olmesartan: a French nationwide observational cohort study. Gut. 2016 Oct;65(10):1664-9.] and temporality (see adverse event reports and case series below).

The term "associated" rather than "induced" was initially used by Dr. Murray, likely due to his exercising caution when describing a new entity, mindful of the ever-present scientific practice to avoid confusing correlation with causation. The magnitude of the clinical improvement upon dechallenge in his and our case series and the absence of suspicious confounding variables in the cases described left little doubt that olmesartan was causing this syndrome, but the condition continued to be described as "associated with olmesartan" as reports accrued in the literature, in following the convention of naming this newly-defined condition. In fact, there are statements recognizing causality in more recent publications on which Dr. Murray is a co-author. One states: "All of these reports clearly demonstrate that administration of olmesartan to some individuals can lead to severe enteropathy." Marietta, et al. Drug-Induced Enteropathy. Digestive Diseases 2015;33:215-220. In another, "Olmesartan appears to cause a spruelike enteropathy, but it has not been shown to trigger celiac disease per se." and then at the end recognizes that olmesartan, "induces VA." Marild, et al. Blockers of Angiotensin Other Than Olmesartan in Patients With Villous Atrophy: A Nationwide Case-Control Study. Mayo Clin Proc. 2015;90(6):730-737. In an invited editorial authored with J.F. Ludvigsson, one of my co-authors in the Marild, et al. article, we stated in part: "when one considers a more specialised population, such as those referred to a coeliac disease centre for seronegative villous atrophy or those with collagenous sprue, olmesartan appears to be a prominent, even common, cause of these uncommon conditions." Lebwohl, B., Ludvigsson, J.F. Editorial: sprue-like enteropathy due to

29

olmesartan and other angiotensin receptor blockers – the plot thickens. Aliment Pharmacol Ther 2014; 40:1241-1249. In addition, the FDA states: "The U.S. Food and Drug Administration (FDA) is warning that the blood pressure drug olmesartan medoxomil (marketed as Benicar, Benicar HCT, Azor, Tribenzor, and generics) can cause intestinal problems known as sprue-like enteropathy." FDA Drug Safety Communication: FDA approves label changes to include intestinal problems (sprue-like enteropathy) linked to blood pressure medicine olmesartan medoxomil. July 3, 2013 (Note: This report does not address any opinions regarding the adequacy of the warning added to the label). I was also co-author of an article recognizing causality prior to the FDA Safety Communication was issued, indicating, "before identifying olmesartan as a cause of VA, we too had considered 30% of our seronegative patients to have [unclassified sprue]." DeGaetani, et al. Villous Atrophy and Negative Celiac Serology: A Diagnostic and Therapeutic Dilemma. Am J Gastroenterol 2013;108:647-653. While caution when attributing causality is a prudent scientific habit at the outset as data is generated, in the case of olmesartan enteropathy, sufficient evidence has accumulated so as to conclude that this drug causes enteropathy in a subset of patients.

III.    **Adverse Event Reports**

I have reviewed a number of adverse event reports produced from the files of Daiichi Sankyo, documenting patients exhibiting symptoms of olmesartan enteropathy. The adverse event reports present numerous cases supporting the finding of causation, dating back to 2003. Perhaps most significant is the repeated presentation of this clinical syndrome, inclusive of dechallenges successfully improving or alleviating the symptoms, and rechallenges resulting in

30

the return of clinical symptoms. I have independently evaluated a number of these adverse event reports and determined that a significant number present cases of olmesartan causality.  It is important to recognize that it is an "accepted fact" that adverse events are underreported, as acknowledged by Dr. Allen Feldman of Daiichi Sankyo. (Allen Feldman, 144-145).

Before addressing several MedWatch forms as examples of the numerous reports I have reviewed, I address the methodology of my approach.  As with the general approach to assessing the cause of symptoms as discussed above, I formed a differential diagnosis, applied my medical judgment, and used the information available to rule out and rule in potential causes reasonably included in the differential diagnosis.  This is the approach utilized by the physicians performing the causality assessments, where performed.  In the context of clinical study adverse events, Tina Ho testified: "the medical review specifically is for someone with the medical credential to look at the information and confirm especially the causality."  This is referred to as a "clinical evaluation of the case." The company protocol required the medical reviewer, "to ensure accuracy and completeness from the clinical perspective."  (Tina Ho, 569-575).  With regard to the assessment and reporting of adverse events from non-study sources, Tina Ho testified regarding the company's protocols, RM-SOI-003, including the criteria and methodology for medical doctors to perform the causality assessments on serious adverse events.  Tina Ho confirmed: "you want doctors exercising medical judgment, evaluating the relevant information that's available to your company to form this judgment, this opinion.." From 2007 to 2009 the definitions utilized were adopted from the WHO-UMC Causality Categories – including definitely related, probably related, possibly related, unlikely related, and unknown (where there is not adequate information to form a valid medical judgment). Tina Ho agreed that in each case,

31

based on the available information, "you have a medical doctor looking at all of the available information and the person to be able to say, assess that it's probably related, when they're looking at the known characteristics of the subject's clinical state, that's differential diagnosis; that's looking at what disease does the person have, what's their comorbidities, what other drugs were they taking, I mean, looking at their whole picture.." Finally, and most important, **"In the individual case that's being evaluated, if either probably related or definitely related is checked, that means the medical reviewer felt that in that patient's case, the side effect being looked at was likely caused by the drug for that patient."** (Tina Ho, 606:24-617:14). In April, 2009 the SOI was modified to limit the available labels to related or unrelated, however Tina Ho confirmed the same process would be followed as with the former criteria, and a finding of related would equate to the top half of the list and a finding of unrelated would equate to the bottom half of the list. (Tina Ho, 619-620). The criteria for the protocols governing evaluation of adverse events from clinical studies were essentially the same, and were also changed in April, 2009 to simplify to related and unrelated. In discussing a powerpoint illustrating that change in terminology, Tina Ho confirmed, "there's actually definitions of the related and not related, which, again, just lumps in the different clinical criteria that the medical reviewer would be applying and doing a differential and exercising medical judgment." (Tina Ho, 632-633). Finally, Tina Ho confirmed that the related/unrelated terminology is not something created by Daiichi Sankyo, it is "a validated industry standard methodology." (Tina Ho, 627-628).

Tina Ho was presented with a MedWatch report for an adverse event reported to Daiichi Sankyo by a physician on October 19, 2006. The reported clinical information included diarrhea and vomiting, weight loss, hospitalizations, and a positive dechallenge, then a positive

32

rechallenge. The causality was assessed as "definite." Tina Ho confirmed, "the medical doctor who evaluated this agreed that, you know, when we have a rechallenge here, in light of all the other information, there's a definite relationship." (Tina Ho, 621:7-623:12). My independent evaluation of this report is consistent with that of the reporter and the medical reviewer at Daiichi Sankyo.

Medwatch report number SU-2007-005968, bates number OLM-DSI-0004774183, deposition exhibit 347, reported to Daiichi Sankyo on March 22, 2007, discusses a patient with reported massive diarrhea, severe dehydration, and a 20 pound weight loss. There is positive dechallenge and positive rechallenge, as the symptoms abated when the medication was stopped, and the symptoms recurred when the medication was restarted. This clinical picture fits well with the clinical picture of patients discussed in Rubio-Tapia, and the numerous pertinent studies and case reports in the literature. Although there is no biopsy referenced, and no celiac disease testing referenced, a clinical diagnosis can be formed to a reasonable degree of medical certainty that the most likely cause of the clinical presentation discussed is the olmesartan. This is because the clinical symptoms are consistent, and the documented dechallenge and rechallenge is essentially decisive clinical information since it is medically improbable that there could be a different cause such as celiac disease, IBD, or autoimmune enteropathy, with the symptoms abating and/or recurring in correlation to whether or not the patient was using olmesartan. It should also be noted that the rate of duodenal biopsy is low in comparison to the number of patients with clinical indications for biopsy during upper endoscopy, so there may be a large number of patients with olmesartan enteropathy but no biopsy. Lebwohl, et al. **Sex and racial disparities in duodenal biopsy to evaluate for celiac disease.** Gastrointest Endosc

33

2012;76:779-85. If this patient were presented to our practice, in person or for phone consultation, as often happens, the leading diagnosis would be olmesartan enteropathy. Allen Feldman, a medical doctor and the Vice President of Pharmacovigilance at Daiichi Sankyo testified in his deposition that the only plausible cause of this patient's illness was olmesartan (Feldman, 273-274, 283-285), which is further corroboration of the opinion that this is a case of olmesartan enteropathy, and this report stands as additional corroboration that olmesartan causes these symptoms. Yasushi Hasebe, the global head of CSPV, based in Japan, was questioned about another adverse event report, and agreed, "that the olmesartan was one of the factors causing the severe diarrhea, dehydration, and hospitalizations described..." (Yasushi Hasebe, 173). These acknowledgements of causality demonstrate CSPV's understanding and acceptance of causality.

Another illustrative example of an adverse event of interest was described by Jeffrey Warmke, the Daiichi Sankyo employee who testified regarding the ROADMAP study. In reviewing an adverse event for a 56 year old female ROADMAP study patient who was in the olmesartan arm of the study, he acknowledged symptoms including diarrhea and vomiting, resulting in hospitalization. The symptoms ceased when the drug was withdrawn, and resumed when the drug was resumed on December 3, 2006 on release from the hospital. The working diagnoses were gastroenteritis and hypokalemia. (Note that per Mr. Warmke, the study investigators were not informed about the adverse event reports indicating severe gastrointestinal symptoms Daiichi Sankyo was seeing, 111-113,145-146, 157-158). The medication was fully discontinued on December 30, 2006, and the patient was fully recovered by January 31, 2007. Both the investigator and the company assessed the causality as probably related for the

34

gastroenteritis and hospitalization, with which I concur based on my independent evaluation of the report.  Mr. Warmke confirmed that Daiichi Sankyo had first hand knowledge that olmesartan likely caused these symptoms, as this was a study sponsored by Daiichi Sankyo. (Jeffrey Warmke, 327-334).

A recurring issue in a number of the adverse event reports is inclusion of a celiac disease diagnosis in the narrative and/or as a preferred term.  This is not surprising, and certainly is not a coincidence, since the symptoms of olmesartan enteropathy are quite similar to celiac disease, and the physicians treating these patients were not likely aware of the risk of olmesartan enteropathy. The recurrent mention of celiac disease in the medical history of adverse event reports points to misdiagnosis of celiac disease during the diagnostic workup of patients who developed olmesartan enteropathy. The literature recognizes the likelihood of physicians misdiagnosing olmesartan enteropathy as celiac disease where the diagnosing physician is not aware of olmesartan enteropathy to be included in the differential diagnosis.  Burbure, et al. Olmesartan-associated sprue-like enteropathy: a systematic review with emphasis on histopathology.  Human Pathology (2016) 50, 127-134.;  Marthey L, Cadiot G, Seksik P and Pouderoux P. *Olmesartan-associated enteropathy: results of a national survey*. Aliment Pharmacol Ther. 2014 Nov;40(9):1103-9. .  Indeed, in the initial case series describing olmesartan enteropathy, all patients had been treated initially with a gluten-free diet under the initial impression that the diagnosis was celiac disease. Rubio-Tapia A, Herman ML, Ludvigsson JF, Kelly DG, Mangan TF, Wu TT and Murray, JA. Severe Spruelike Enteropathy Associated With Olmesartan. Mayo Clin Proc. 2012 Aug;87(8):732-8.  In each of these cases, the onset of the symptoms occurred only after the patient began to use olmesartan, providing a temporal

35

likelihood, especially since it would be unlikely and coincidental for a patient to suddenly develop celiac disease as an adult while using of olmesartan, and it would be virtually impossible for a patient to spontaneously regain tolerance to gluten if the diagnosis were celiac disease, as in each of these cases the patients had successful dechallenges.  Application of a differential diagnosis to the information found in these reports establishes that the likely cause of these patients' symptoms was olmesartan in all, or nearly all of these cases.

The likelihood of misdiagnosis of olmesartan enteropathy as celiac disease can be illustrated with specific adverse event reports.  For example, a MedWatch for an adverse event reported to Daiichi Sankyo on July 14, 2005, documents a 36 year old male who developed severe vomiting, diarrhea, and weight loss about one year after starting Benicar HCT. The patient was reported to have two positive dechallenges and a positive rechallenge.  The patient was "recently" diagnosed with celiac disease. (SU-2005-003790; OLM-DSI-0001099841). Based upon the information documented in the MedWatch this is likely a case of olmesartan enteropathy, based upon the delayed onset of symptoms, the nature of the symptoms, and the positive dechallenges and rechallenge.  The recent diagnosis of celiac disease is confounded by the clinical history, particularly the dechallenges and rechallenge, which would not occur in the setting of celiac disease.  It is also noteworthy that this report was not included in the analysis of celiac cases prepared by Herve Caspard of CSPV, and Mr. Caspard did acknowledge in his deposition that it should have been included.  (Caspard, 290-298).  Another example is a MedWatch documenting an adverse event reported to Daiichi Sankyo on September 15, 2005, with regard to a 58 year old female patient who took Benicar for two years then experienced nausea, vomiting, dehydration, and was hospitalized two times.  The report and source files

36

document positive dechallenge and rechallenge. The patient was diagnosed with celiac disease on the day the patient finally stopped taking the drug, after all the symptoms had manifested and after a positive dechallenge and positive rechallenge. (Note: the report indicates that after ceasing the drug on August 31, 2005 the dehydration had resolved, but the status of the low BP, nausea, and vomiting was unknown as of the date of the report, September 15, 2015) Based on the information in the report, this too is likely olmesartan enteropathy, based upon the delayed onset, nature of the symptoms, and the dechallenges and rechallenge. Tina Ho admitted this report should have been included in the celiac report, but was not. (Tina Ho, 427). Herve Caspard authored emails at the time the report was prepared notifying Allen Feldman that this report should have been included in the celiac report, yet it still was not included. (Allen Feldman, 329-330, Exhibit 355). In terms of causality, these reports further support and corroborate the causality for olmesartan enteropathy.

IV.     **Internal Documents Addressing Olmesartan Enteropathy**

Daiichi Sankyo's internal documents provide foundational information that is helpful in understanding the nature of Olmesartan enteropathy, and the causality. Physicians rely upon information provided by a manufacturer regarding a medication's risks, thus documents and testimony demonstrating what was known but not disclosed is significant since that information, if provided to physicians and patients would be considered and relied on in making treatment decisions. In this context, there are numerous internal documents, and deposition testimony, in which Daiichi Sankyo's employees recognize the causality for olmesartan enteropathy.

Dr. Allen Feldman was the Vice President, Clinical Safety and Pharmacovigilance ("CSPV"), for Daiichi Sankyo in the United States, from June, 2004 to February, 2016. (Allen Feldman, 30-35). One of the key functions of CSPV is to evaluate reports of adverse events to determine if there is a "signal," meaning information that is unexpected and warrants further review. (Allen Feldman, 68:5-18). A signal can be a syndrome or a combination or constellation of symptoms being reported. (Allen Feldman, 126-127). In looking for signals, a foundational source of information is spontaneous case reports, looking in particular at the temporal sequence, and positive dechallenges and rechallenges. (Allen Feldman, 130-131, 135-137). In this context, Dr. Feldman testified that olmesartan was not intended to have any impacts on the gastrointestinal system, and olmesartan was not expected to cause dehydration, weight loss, villous atrophy, lymphocytic colitis, or microscopic colitis, sprue-like enteropathy or a constellation of symptoms that would look like celiac disease. (Allen Feldman, 69:21-70:10, 76-77, 495-497). Dr. Feldman was asked about a series of adverse event reports demonstrating the clinical syndrome consistent with olmesartan enteropathy, (Allen Feldman, 158-169, 169-172, 185-187, 200-204, 204-206, 228-229, 237-238, 250-254, 260-272, 273-274), and acknowledged that the signal was not seen as these reports came into the company in 2005-2007, and that these cases present a strong signal for this collection of symptoms associated with olmesartan. (Allen Feldman, 257-260, 276-282).

Dr. Feldman testified that the clinical syndrome presented in a March 22, 2007 adverse event report was most likely caused by olmesartan, based on the information set forth, and the only plausible cause was olmesartan. (Allen Feldman, 283-285). Of particular significance, Dr. Feldman also agreed that there was an association, and the only likely cause he could advance

38

for the clinical syndrome presented by the 22 patients in the Rubio-Tapia Mayo Clinic study was olmesartan, based on the clinical picture including that the symptoms started after the patients started taking the drug, the patients had negative celiac serologies and did not respond to a gluten-free diet, and the patients had positive dechallenges. (Allen Feldman, 181-185). These admissions of causation, with which I agree based upon my independent analysis, by the head of the department responsible to analyze this issue, is strong corroboration and fully consistent with the literature in this area.   It is important to note that where Dr. Feldman and other Daiichi Sankyo employees have denied that there is proof that olmesartan causes this syndrome, they have done so with no support, and certainly no support in the peer-reviewed medical literature.

Dr. Feldman was also questioned about a series of reports prepared by Daiichi Sankyo, for internal use, and in some instances to be shared with the FDA, analyzing the adverse event reports the company was receiving.  Most important, none of these reports disproves the causality for olmesartan enteropathy.  The reports include a November 8, 2010 report prepared to assess 279 adverse event reports of diarrhea received by Daiichi Sankyo between 2002 and 2010. This significant number of reports of diarrhea with olmesartan is consistent with the side effect of severe diarrhea known to occur with the drug, though the report did not assess for clinical details, severity, or causality.   Another is the November 12, 2009 report by Dr. Ronke Dosunmu, titled "Olmesartan, olmesartan HCT, and celiac disease." Dr. Donsunmu was concerned about the information she analyzed and recommended further investigation to determine whether a risk needed to be added to the warning.  (Allen Feldman, 301-314). This and the January 13, 2010 report authored by Herve Caspard, on the potential association between olmesartan and celiac disease for the FDA are significant for the fact that the company was receiving a large number of

39

reports indicating a celiac disease diagnosis since misdiagnosis of olmesartan enteropathy as celiac disease is known to occur, especially where the clinician is not aware of the connection between olmesartan and the clinical presentation. The confirmed fact that olmesartan does not contain gluten only strengthens the significance of these reports. (Allen Feldman, 311). Herve Caspard, the CSPV employee who authored the celiac report for the FDA, which correctly concluded that olmesartan does not cause celiac disease, but failed to include all celiac disease cases known to Daiichi Sankyo (See discussion of celiac disease adverse event reports above), and failed to address the causality for **celiac-like** symptoms, also performed a proportional reporting ratio ("PRR") analysis of the FDA database for celiac disease reports. Dr. Caspard calculated a 23.36 PRR, which was admitted to be a "very high" number, indicating a signal for celiac disease, per Allen Feldman, and per Herve Caspard indicating a statistically significant association. (Allen Feldman, 345, 351; Herve Caspard, 90-94, 104-108, 124, 127). Another of the reports was the September 28, 2012 report on Sprue-like enteropathy, authored by Crawford Parker of CSPV. The report recognizes the significance of the reports of positive rechallenges, and does not in any way disprove causality. In this context, it is interesting to note that Dr. Joseph Murray of the Mayo Clinic, and the senior author of the Rubio-Tapia and Martietta articles, contacted Daiichi Sankyo in 2009, 2010, and 2011 to discuss and obtain information as he was treating a growing number of patients with refractory celiac diagnoses who were using olmesartan. (Allen Feldman, 369-389). Ultimately, Tina Ho confirmed that the people coding the adverse event reports were told that a report of villous atrophy should be deemed sprue-like enteropathy and the syndrome is referred to in the internal memorandum as olmesartan induced enteropathy. (Tina Ho, 460-467; OLM-DSC-0000221307-08). In this context, I have also

40

reviewed the June 2013 FDA Mini-Sentinel analysis, which showed a higher rate of celiac disease associated with olmesartan use, than for the other ARB's, with a minimum of 2 years exposure.

Hideki Tagawa is a manager in CSPV. (Hideki Tagawa, 11:5-10). Mr. Tagawa discussed an internal powerpoint describing the characteristic symptoms and findings, as well as diagnosis and treatment, for sprue-like enteropathy. The symptoms and findings listed include: severe diarrhea with weight loss, biopsies sometimes reveal intestinal villous atrophy, and inflammation of the lining of the small intestine, and histopathological improvement and improved clinical symptoms when the drug is discontinued. The symptoms listed also include fatty stools, chronic diarrhea, swelling, abdominal bloating, inflammation of skin, tendency to bleed easily, and anemia. The physical exam findings listed include palpebral conjunctiva, oral mucosa, pale skin, pleural fluid, abdominal dropsy, and emaciation (defined as loss of greater than 20% of standard body weight). Finally, the powerpoint indicates that the drug should be discontinued if it is causing the symptoms, an acknowledgment of causation. (Hideki Tagawa, 73-77). Within the same powerpoint is discussion of a fatal sprue-like enteropathy case, where a 70 year old patient had severe diarrhea, dehydration, and a 30 kg weight loss. The conclusion by Daiichi Sankyo is that "causality cannot be denied based on available information," and confirms the drug was the cause of death. (Hideki Tagawa, 57-60). Mr. Tagawa also confirmed that another Japanese language document indicated that the Japanese label was modified to include information about sprue-like enteropathy, because "for the symptoms of severe diarrhea, a causal relationship with drugs containing olmesartan could not be denied." (Hideki Tagawa, 69-70).

41

Another document containing a very clear statement of causality is the March 7, 2014 "Risk Management Plan for Olmesartan medoxomil/Hydrochlororthiazide." (Discussed in Tina Ho deposition, November 15, 2016, pages 548-564, Exhibit 731). Tina Ho confirmed that this document was required to be submitted to European regulatory authorities and the information would have to be accurate. (Tina Ho, 550:13-19). First, the Summary of Safety Concerns at table 6, page 63, lists one of the identified risks of olmesartan as "sprue-like enteropathy." The other identified risks listed in the table include hyperkalemia, and hypotension. This is consistent with the overwhelming scientific consensus. The "risk minimization measures" for olmesartan states: "increase awareness of the risk of sprue-like enteropathy and provide guidance on how to manage that risk," which Tina Ho confirmed Daiichi Sankyo also tried to do in the United States, by updating the label. (Tina Ho, 556:25-558:10). The document quotes language to be used in the European label for olmesartan, indicating that the "undesirable effects" section will add: "sprue-like enteropathy will be added as a very rare adverse reaction for the monosubstance olmesartan," which means: "some people, however you would define very rare, they developed sprue-like enteropathy from taking olmesartan." (Tina Ho, 558:19-559:14). Finally, on page 82 of the document is a table, first identifying the risk of sprue-like enteropathy, and then stating in the "What is known," column: **treatment with olmesartan/HCT can lead to severe and chronic diarrhea with substantial weight loss.** This is a very clear statement recognizing the causality. The third column, "Preventability," which Tina Ho agreed means: "how do you prevent this side effect from occurring when your – from taking the drug, right, how do you prevent it, right?" The box states the condition is preventable, "by identification of patients at risk and by considering discontinuation of

42

olmesartan/HCT," and Tina Ho confirmed this information was, "based on the best knowledge that we have." (Tina Ho, 559:15-562:21). Again, recognition that the condition is preventable by discontinuing the drug is a strong statement of causation, and fully consistent with the prevailing medical understanding of the condition.

## V. CONCLUSION

In conclusion, there is substantial evidence that, taken on aggregate, establishes the causal relationship between olmesartan and sprue-like enteropathy, to a reasonable degree of medical certainty. The literature began with case series that were followed by numerous case reports worldwide, showing marked improvement of enteropathy upon withdrawal of the drug. This was followed by a population-based cohort study that established a cumulative risk gradient and specificity to olmesartan. The finding of a biologically plausible mechanism provided additional evidence for causality. The significant series of adverse event reports demonstrating patients suffering with the clinical syndrome that characterizes olmesartan enteropathy, and documenting a large number of cases with positive dechallenges and rechallenges, is further important evidence establishing and corroborating the causal relationship. In a commentary on the above-cited French cohort study (Basson M, Mezzarobba M, Weill A, Ricordeau P, Allemand H, Alla F and Carbonnel F. Severe intestinal malabsorption associated with olmesartan: a French nationwide observational cohort study. Gut. 2016 Oct;65(10):1664-9.), recently published in the prestigious *Annals of Internal Medicine*, Talley NJ. Use of olmesartan for ≥ 1 year was associated with hospitalization for intestinal malabsorption. Ann Intern Med. 2015 Dec 15;163(12): Dr. Nicholas Talley writes:

43

The well-conducted database study by Basson and colleagues puts to bed any controversy surrounding the association between the ARB olmesartan and severe intestinal enteropathy pathologically resembling celiac disease… Evidence supporting a causal relation now includes the strength of association, consistent findings, evidence of improvement in most patients after discontinuation, and relapse on drug reintroduction.

I agree with this conclusion that causality has been established. The listing of olmesartan as a cause of villous atrophy and sprue-like enteropathy is a non-controversial assertion in the medical literature, and confirms the scientific consensus that causality has been established.

Very truly yours,

Benjamin Lebwohl, M.D.

November 30, 2016

44

# Exhibit 1

**Date of preparation**: November 27, 2016

Benjamin Lebwohl, MD, MS
218 Soundview Avenue
White Plains, NY 10606
917-302-2001
BL114@cumc.columbia.edu

Place of Birth: New York, NY
Citizenship:    USA

## ACADEMIC APPOINTMENTS, HOSPITAL APPOINTMENTS, AND OTHER WORK EXPERIENCE

### Academic Appointments

| | | |
|---|---|---|
| 07/2013 - present | **Columbia University College of Physicians & Surgeons** <br> Assistant Professor of Medicine and Epidemiology | New York, NY |
| 09/2011 – 06/2013 | **Columbia University College of Physicians & Surgeons** <br> Assistant Professor of Clinical Medicine and Epidemiology | New York, NY |
| 07/2011 – 08/2011 | **Columbia University College of Physicians & Surgeons** <br> Assistant Professor of Clinical Medicine | New York, NY |
| 07/2010 – 06/2011 | **Columbia University College of Physicians & Surgeons** <br> Instructor in Clinical Medicine | New York, NY |

### Hospital Appointments

| | | |
|---|---|---|
| 07/2010 - present | **New York-Presbyterian/Columbia University Medical Center** <br> Assistant Attending | New York, NY |

### EDUCATION

| | | |
|---|---|---|
| 07/2008 – 06/2010 | **Columbia University, Mailman School of Public Health** <br> MS in Biostatistics, June 2010 | New York, NY |
| 08/1999 – 05/2003 | *Columbia University, College of Physicians & Surgeons* <br> MD, May 1999 | New York, NY |
| 09/1995 – 06/1999 | **Harvard College** <br> AB in Music, June 1999 | Cambridge, MA |

1

TRAINING

| 07/2007 – 6/2010 | Division of Digestive and Liver Diseases, Department of Medicine, NewYork Presbyterian Hospital/Columbia Gastroenterology Fellow | New York, NY |
|---|---|---|
| 06/2006 – 05/2007 | Department of Medicine, NewYork Presbyterian Hospital/Columbia Chief Medical Resident | New York, NY |
| 06/2003 – 06/2006 | Department of Medicine, NewYork Presbyterian Hospital/Columbia Medicine Resident | New York, NY |

## LICENSURE AND BOARD CERTIFICATION

New York State license #233671
ABIM certified for internal medicine 2006 through 2016
ABIM certified for gastroenterology 2010 through 2020

## HONORS AND AWARDS

### Awards

2015-2018: Ewig Clinical Scholar Award, in recognition of clinical teaching.

2014-2017: Lewis V. Gerstner, Jr. Scholar, Columbia University. Awarded to four young physician-scientists at the College of Physicians and Surgeons at Columbia University to conduct translational research.

2013-2016: Irving Scholar Award. Approximately 4 awardees annually, open to applicants from all clinical departments at the College of Physicians and Surgeons at Columbia University Medical Center.

2013: American Gastroenterology Association/Gastroenterology Research Group Young Investigator Award in Clinical Science. (One annual awardee)

2010: Recipient, Clinical Reviewer Award, Gastrointestinal Endoscopy.

2008: Physician of the Year Award, fellow category, presented by the Department of Nursing at NewYork Presbyterian Hospital.

2004: Inductee, Arnold P. Gold Foundation Circle of Excellence, elected by third-year medical students.

2004: Winner for intern class, Department of Medicine House Staff Award, in recognition of excellence in clinical

teaching at NewYork Presbyterian Hospital. (One annual awardee)

2003: Inductee, Alpha Omega Alpha.

1999: Joseph Garrison Parker Prize, awarded to a student who intends the profession of medicine and who has an unusual breadth of interests outside the specifically premedical curriculum. (One annual awardee)

1999: Inductee, Phi Beta Kappa.

*Invited Lectureships*

2016: Gastroenterology Grand Rounds, Weill Cornell Medical Center: "What's Going On with Gluten?"

2016: Gastroenterology Grand Rounds, SUNY Downstate Medical Center: "Update on Celiac Disease and Gluten Sensitivity"

2016: Pediatric Gastroenterology Grand Rounds, Columbia University: "Update on Celiac Disease and Gluten Sensitivity"

2016: American Gastroenterological Association Regional Practice Skills Workshop, New York. "Academic Practice"

2016: Gastroenterology Grand Rounds, Lennox Hill Hospital, New York: "What's Going On with Gluten?"

2015: American Society of Nutrition, Advances and Controversies in Clinical Nutrition, Long Beach, CA. "Gluten Sensitivity: New Epidemic or Current Craze?"

2015: Lecturer and Dissertation Opponent: University of Umeå, Sweden. "The Multifactorial Etiology of Celiac Disease"

2015: Division of General Medicine Grand Rounds, Columbia University. "Update on Colorectal Cancer Screening and Colonoscopy Quality."

2015: Session Chair and Speaker, International Celiac Disease Symposium, Prague, Czech Republic. "Mechanisms and possible modulation of refractory celiac disease"

2015: Digestive Disease Week, Washington, DC. "Suspected Celiac Disease: How to Secure a Diagnosis?"

2015: Department of Medicine Grand Rounds, Columbia University; John Loeb Lecture. "Celiac Disease: Causes and Consequences"

2015: Peter D. Stevens Course on Innovations in Digestive Care, New York. "Diagnosis and Treatment of Celiac Disease"

2015: Food and Drug Administration Conference: Gastroenterology Regulatory Endpoints and the Advancement of Therapeutics, Washington, DC. "Role of Histology to Measure Clinical Benefit and Appropriate Timing of Assessment"

3

2014: New York Society for Gastrointestinal Endoscopy Annual Course, New York. "Update on Diagnosis and Managing Celiac Disease."

2014: Digestive Disease Week, Chicago, IL. "Screening and Diagnosing Celiac Disease: What Are the Benefits?"

2014: Gastroenterology Grand Rounds, Lennox Hill Hospital, New York: "Update on Celiac Disease and Gluten Sensitivity"

2014: Pediatric Gastroenterology Grand Rounds, Weill Cornell Medical Center, New York: "Update on Celiac Disease and Gluten Sensitivity"

2013: Gastroenterology Grand Rounds, Weill Cornell Medical Center, New York: "Studying Celiac Disease with Large Data Sets"

2013: Gastroenterology Grand Rounds, NYU Langone Medical Center: "Studying Celiac Disease with Large Data Sets"

2013: International Celiac Disease Symposium, Chicago, IL. "Correct Diagnostic Approach"

2013: International Celiac Disease Symposium, Chicago, IL. "What Happens When Your Diet is Less Than Scrupulous"

2013: Research Forum Co-chair, Digestive Disease Week, Orlando, FL. "Advances in Celiac Disease Diagnosis"

2013: Medical Epidemiology and Biostatistics, Karolinska Institute, Stockholm Sweden: "Decreased Risk of Celiac Disease in Patients with Helicobacter pylori Colonization"

2012: Research Forum Co-chair, Digestive Disease Week, San Diego, CA. "Celiac Disease: Neither Rare Nor Trivial"

2012: Gastroenterology Grand Rounds, Mount Sinai Hospital, New York: "Studying Celiac Disease with Large Data Sets"

2012, 2015: Keynote Address, Columbia University Department of Medicine Intern Retreat

2012: Career Forum Panelist: Careers in Epidemiology.  Mailman School of Public Health, Columbia University.

2011: Clinical Epidemiology Unit, Karolinska Institute, Stockholm Sweden. "Adherence to Biopsy Guidelines Increases Celiac Disease Diagnosis"

## ACADEMIC SERVICE

2015-present: Gastroenterology Fellowship Clinical Competence Committee
2015-present: Gastroenterology Fellowship Evaluation Committee

4

- These two committees meet quarterly for the purpose of monitoring the performance of each gastroenterology fellow and to develop structural changes to the fellowship program in response to fellow feedback.

2014-present: Society of Practitioners Executive Council
- The Society of Practitioners is an association of practicing faculty, both full-time and voluntary, at Columbia University who are dedicated to the betterment of both patient care and professional activities at our medical center. This group is independent of both the University and the Hospital. The Executive Council meets monthly with the hospital leadership to discuss issues related to patient care of mutual concern to physicians and administration.

2014-2015: Epidemiology General Exam Committee
- We developed and graded the general (written) exam for PhD candidates in Epidemiology at the Mailman School of Public Health.

2013-present: Digestive Disease Week Abstract Review Committee
- I serve on a four-person committee of the American Gastroenterological Association that evaluates all abstracts related to celiac disease submitted to this annual national meeting.

2013-present: Tripartite Request Assessment Committee (TRAC)
- This committee, consisting of representatives from Columbia University Medical Center, Weill Cornell Medical Center, and NewYork Presbyterian Hospital, evaluates all requests for clinical data for the purposes of quality improvement or research projects. The committee meets weekly by teleconference.

2011-present: ColumbiaDoctors Quality Committee
- This committee meets monthly to develop policies and procedures for the faculty practice of Columbia University Medical Center, with an emphasis on implementation of the electronic medical record and monitoring adherence to federally mandated reporting measures.

2011-present: Academic Advisor, Mailman School of Public Health
- I would meet twice yearly (and more often as needed) with masters degree candidates, providing advice on course selection, courseload, and career plans for the following students:
  - Wai Sha (Sally) Cheung, '14
  - Ravi Pasam, '14
  - Katherine Infante, '15
  - Mirko Savone, '16
  - Richa Gupta, '16
  - Aster Meche, '17
  - Matthew Cato, '17
  - Francesco DeMayo, '17

2011-present: Thesis Reader in Epidemiology
- I read drafts and graded the final masters thesis for the following students at the Mailman School of Public Health:
  - Tim Wen: 2011-2012
  - Stephen Mooney: 2011-2012
  - Miriam Gofine: 2014-2015

5

  o  Kirsten Quiles: 2014-2015
  o  Kevin Yao: 2015-2016
  o  Trang Tran: 2015-2016

2010-present Medicine House Staff Recruiting Committee

2010-present: Gastroenterology Fellowship Recruiting Committee

- My participation in the above two committees consists of interviewing candidates for these programs and attendance of ranking sessions.

## PROFESSIONAL ORGANIZATIONS AND SOCIETIES

### MEMBERSHIPS AND POSITIONS

2016-present: member, Research Policy Committee, American Gastroenterological Association

2015-present: member, Research Advocacy Subcommittee, Government Affairs Committee, American Gastroenterological Association

2013-2015: Treasurer, North American Society for the Study of Celiac Disease

2011-present: member, North American Society for the Study of Celiac Disease

2011-2015: member, Intestinal Disorders Committee, American Gastroenterological Association

2010-present: member, Herbert Irving Comprehensive Cancer Institute

2008-present: member, American Society for Gastrointestinal Endoscopy

2009-present: member, American College of Gastroenterology

2006-present: member, American Gastroenterological Association

### CONSULTATIVE

2015-2016: New York City Department of Health and Mental Hygiene, Colon Cancer Continuous Quality Improvement Toolkit

2015-present: American Association of Medical Colleges: Public Health in Medical Education Task Force

2014-present: Medical Advisory Board, Executive Health Examinations

2014-present: Scientific Advisory Board, National Foundation for Celiac Awareness

### JOURNAL REVIEWER

New England Journal of Medicine
JAMA

6

Gastroenterology
Gut
Clinical Gastroenterology and Hepatology
Digestive Diseases and Sciences
Gastrointestinal Endoscopy
Alimentary Pharmacology and Therapeutics
Journal of Clinical Gastroenterology
Clinical Biochemistry
American Journal of Gastroenterology

**EDITORIAL BOARDS**

2016-present: Clinical and Translational Gastroenterology
2013-present: Digestive Diseases and Sciences

## FELLOWSHIP AND GRANT SUPPORT

- **PRESENT SUPPORT**

  AGA Research Scholar Award                           7/1/2014-6/30/2017
  $270,000
  **Risk Factors for Celiac Disease and the Health Effects of Gluten**
  This set of studies involves analyses of the Harvard cohorts so as to determine environmental risk factors for celiac disease, and the development of a gluten index with the aim of determining whether gluten exposure is associated with cardiovascular outcomes.

  Louis V. Gerstner, Jr. Scholar                        7/1/2014-6/30/2017
  $225,000
  **Gluten and the Microbiome in Individuals With Celiac Disease and Non-Celiac Gluten Sensitivity**
  This study investigates the microbiome as it relates to the symptomatic effects of gluten. We will conduct a 14-day gluten challenge in patients with celiac disease and in a separate group with non-celiac gluten sensitivity and measure gut microbial composition during this exposure. We will determine whether the severity of gastrointestinal and extraintestinal symptoms experienced during gluten exposure is correlated with reduced species diversity.

- **PAST SUPPORT**

  Irving Scholar Award                                  7/1/2013-6/30/2016
  UL1 TR000040
  $180,000
  **The "Celiac Stomach": Gastric Environment and the Risk of Celiac Disease**
  This set of studies aims to determine whether the risk of celiac disease is affected by exposures to the gastric mucosa, including *Helicobacter pylori* colonization and acid suppression medication.

7

Alvine Pharma (site PI)                                                                          8/1/2013-12/1/2014
$228,894
**Evaluation of the Efficacy and Safety of ALV003 in Symptomatic in Celiac Disease Patients**
Phase IIB randomized trial of an endopeptidate/endoprotease agent for patients with celiac disease and persistent symptoms with histologic abnormalities.

Alvine Pharma (site PI)                                                                          1/1/2013-12/31/2013
$51,876
**Evaluation of Patient Reported Outcome Instruments in Celiac Disease Patients**
Validation study measuring the sensitivity of patient reported outcome instruments to detect change over time in celiac disease symptoms with and without a gluten challenge.

National Center for Advancing Translational Sciences/National Institutes of Health 7/1/2011-6/30/2013
KL2 RR024157
$200,000
**Quality Issues in the Diagnosis of Celiac Disease**
Mentors: Alfred I. Neugut and Peter Green
This study aims to identify the underlying causes of the low rates of diagnosis of celiac disease in the United States. The goal of this mentored career development award is to facilitate junior faculty members to achieve research independence.

National Cancer Institute training grant (PI: Alfred I. Neugut)          7/1/2008-6/30/2010
T32-CA095929
Mentor: Alfred I. Neugut
**Colorectal Cancer Prevention**
As a fellow on this training grant I studied risk factors for suboptimal bowel preparation on colonoscopy using observational data sets.

Celiac Sprue Association (Benjamin Lebwohl)                                 7/1/2011-6/30/2012
$5,000
**Serial Biopsies and Mortality in Celiac Disease: a Population-Based Study**
The grant supplements the travel expenses associated with my ongoing collaboration with the Clinical Epidemiology Unit at the Karolinska Institute in Stockholm, Sweden

American Scandinavian Foundation (Benjamin Lebwohl):                 5/1/2011-8/31/2011
$5,000
**Serial Biopsies and Mortality in Celiac Disease: a Population-Based Study**
The objective of this study is to determine whether the results of the "control biopsy," performed 1-3 years following the initial diagnosis of celiac disease, is associated with the mortality rate, which is overall increased in celiac disease. This study utilizes a population-based database of all patients in Sweden with celiac disease spanning the years 1969-2008.

**EDUCATIONAL CONTRIBUTIONS**

*Direct Teaching/Precepting/Supervising*

2010-present: General Medicine Inpatient Service

- For a 4-week period every year I serve as attending physician on this service (consisting of 2 interns, 2 residents, and 2 attendings including myself) which cares for inpatients with a variety of general medical illnesses. Rounds, which combine teaching and direct patient care, are performed daily for 2-3 hours.

2010-present: Gastroenterology consultation service

- For 1-2 2-week periods every year I serve as the attending physician on this service (consisting of 2-3 GI fellows and 1-2 medical students or residents) which cares for inpatients in need of gastroenterology consultation. Until 2015 this service included the supervision of endoscopic procedures on consulted patients.

2010-present: Gastroenterology clinic

- For 3-5 4-hour sessions every year I serve as the attending in this outpatient clinic in which GI fellows care for patients with a variety of gastrointestinal illnesses.

2011-present: Lecturer and Small Group Leader, The Body in Health and Disease (M6107)

- I give a 1 hour lecture annually to second-year medical students on the topic of diarrhea covering epidemiology, pathophysiology, differential diagnosis, and treatment. I also precept the students in 2-4 sessions during a 2 week period annually, reviewing case-based questions.

2015: Epidemiology 1

- I was a guest lecturer on the topic of screening for this introductory course for masters students in public health.

2012-present: Section teacher, Clinical Reasoning and Decision Analysis course

- Twice a year I lead medical students in 2 90-minute sessions consisting of case-based discussions in the areas of cognitive bias and decision analysis.

*Development of instructional material and curriculum used locally*

2015-present: Public Health Thread

- I was appointed the director of this curricular initiative with the objective of incorporating public health into the four years of the medical school curriculum. This includes preclinical lectures on the topics of public health in clinical practice, the development of case-based clinical discussions on topics relating to public health that are relevant to medical students and residents, and the development of a public-health-oriented patient write-up assignment during the medicine rotation in the Major Clinical Year. I delivered a one-hour lecture titled, "What is Public Health?" in March 2016 to the medical students as part of the Mechanisms and Practice component of their Major Clinical Year.

2012-present: Co-Director, Postgraduate Course: Update in Gastroenterology, Hepatology, & Nutrition

- I develop the program for this annual 2-day course that is jointly taught by faculty of Columbia University Medical Center and Weill Cornell Medical Center. Targeted toward a nationwide audience of gastroenterologists, internists, medical oncologists, nutritionists and surgeons, the course focuses on important recent developments and current controversies in gastrointestinal and liver disease. Attendance ranges from 100-200 participants annually.

### List of Mentees

2015-present: Jude Fleming: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia. Project: the impact of the gluten-free diet on lamina propria eosinophil concentration among patients with newly-diagnosed celiac disease.

2015-present: Anna Krigel: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia. Project: ethnic variation in celiac disease prevalence in the United States.

2015-present: Monika Laszkowska: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia. Project: the impact of case start time delays on adenoma detection rates among patients undergoing screening colonoscopy.

2015-present: Rajani Sharma: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia. Project: adherence to national guidelines for proton pump inhibitor prescription in patients receiving combination aspirin and anticoagulation.

2015-present: Lauren Golden: Fourth-year medical student at Columbia College of Physicians and Surgeons. Scholarly Project: predictors of persistent villous atrophy among patients with celiac disease undergoing follow-up biopsy.

2015-present: Shria Kumar: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia. Project: incidence and predictors of gastrointestinal bleeding among patients admitted to a medical intensive care unit.

2014-present: Abhik Roy: Fellow in gastroenterology at NewYork Presbyterian Hospital/Columbia. Project: evaluation of adherence to surveillance intervals after navigator-facilitated colonoscopy.

2013-2014: Janie Yang: Fourth-year medical student at Columbia College of Physicians and Surgeons. Scholarly project: Cost Effectiveness of Routine Duodenal Biopsy during Endoscopy to Evaluate Esophageal Reflux. Currently a resident in internal medicine at Mount Sinai Hospital.

2013-present: SriHari Mahadev: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia (and currently a fellow in GI at the same institution). Projects: bowel preparation quality and its impact on adenoma detection, dietician use and celiac disease; predictors of persistent villous atrophy in celiac disease.

2013-2015: Ruby Greywoode: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia. Project: the association of olmesartan use with the presence of diarrhea among patients undergoing endoscopic procesures. Currently a GI fellow at Mount Sinai Hospital.

2013-2014: Eric Braunstein: Fourth-year medical student at Columbia College of Physicians and Surgeons. Project: Development of a clinical prediction rule for difficult sedation in patients undergoing endoscopic

10

procedures. Currently a resident in internal medicine at Mount Sinai Hospital.

2011-2014: Anna Tavakkoli: Resident in internal medicine at NewYork Presbyterian Hospital/Columbia. Project: vitamin D levels and autoimmunity in patients with celiac disease; long-term outcomes in individuals with non-celiac gluten sensitivity. Currently a GI fellow at the University of Michigan.

2011-2015: Max Pitman: Fourth-year medical student at Columbia College of Physicians and Surgeons. Project: predictors of duodenal biopsy among patients undergoing upper gastrointestinal endoscopy. Currently a first-year GI fellow at New York University Langone Medical Center.

2010-2012: David Narotsky: Medical student at Johns Hopkins University School of Medicine. Project: bibliometric analysis of celiac disease publications. Currently a Resident in internal medicine at NewYork Presbyterian Hospital/Columbia.

### Educational Administration and Leadership

2015-present: Gastroenterology Fellows Quality Improvement Projects

- In partnership with the fellowship program leadership, I developed a team-based quality improvement program in which teams of 3-4 fellows, under the guidance of a faculty member, collaborate on an annual project related to improving clinical practice, with an emphasis on identification of systems inefficiencies and measurement of outcomes. Teams present their findings at an annual faculty meeting dedicated Quality Improvement. Teams have the option to obtain Institutional Board Review approval so as to publish their findings.

### Instructional/Educational Materials used in Print or other Media

2015: "Don't Just Go Gluten-Free; Why You Need to be Tested First"
- I provided the content and led this Webinar that was hosted by the National Foundation for Celiac Awareness.

### Community Education

2016: Presentation, Gluten Intolerance Group of Richmond, Virginia

2013: Presentation, Gluten Intolerance Group of Asheville, North Carolina

2014: Presentation, Colin Leslie Walk for Celiac Disease Research

2012, 2015: Presentation, gluten-free family weekend retreat, New Jersey Y Summer Camps.

## REPORT OF CLINICAL AND PUBLIC HEALTH ACTIVITIES AND INNOVATIONS

11

### Practice or Public Health Activities

2010-present: Gastroenterology clinical practice

- My clinical practice focuses on celiac disease and other gluten-related disorders, as well as general gastroenterology. I perform office consultation and procedures (upper gastrointestinal endoscopy and colonoscopy) with patient contact totaling 10 hours weekly.

### Clinical or Public Health Innovations

2011-present: Screening Colonoscopy Report Cards

- In collaboration with information technology personnel at NewYork Presbyterian Hospital, I developed a system for the measurement of colonoscopy quality indicators including the adenoma detection rate, which is widely regarded as the most important process measure in screening colonoscopy. We distributed report cards to gastroenterology faculty, comparing the recipient's adenoma detection rate to his/her peers, using anonymized suite-wide reporting. To my knowledge we were the first academic medical center in New York City to provide benchmarked feedback to providers regarding their adenoma detection rates. Our method of reporting has been incorporated into the Colonoscopy Quality Improvement Toolkit developed by the New York City Department of Health and Mental Hygiene.

### Clinical or Public Health Administration and Leadership

2016-present: Director of Quality Improvement, Division of Digestive and Liver Disease
2015-2016: Co-Director of Quality Improvement, Division of Digestive and Liver Disease
- I review all cases of potential medical errors related to adverse outcomes in the division of gastroenterology, submitting written reports to the Quality and Patient Safety Committee of NewYork Presbyterian Hospital.

### Additional Clinical or Public Health Service Activities

2016-present: Co-Chair, Quality Committee, Citywide Colon Cancer Control Coalition (C5) (member since 2010)

- Under the auspices of the New York City Department of Health and Mental Hygiene, this coalition consists of physicians, allied health professionals, and public health officials, with the aim of increasing the rate of screening for colorectal cancer and improving the quality of screening. As a Co-chair of the Quality Committee (which meets in person semiannually and hosts 2-3 additional conference calls per year) I have advised the coalition on the choice of benchmarks and methods of reporting.

## PATENTS & INVENTIONS

None

## PUBLICATIONS

12

*Original, Peer-Reviewed Publications*

1. <u>Blackett JW</u>, Rosenberg R, Mahadev S, Green PH, *Lebwohl B. Adenoma Detection is Increased in the Setting of Melanosis Coli. J Clin Gastroenterol. 2016; in press.

2. Ludvigsson JF, **Lebwohl B**, Ekbom A, Kiran R, Green PH, Höijer J, Stephansson O. Outcomes of pregnancies for women undergoing endoscopy while they were pregnant-a nationwide cohort study. Gastroenterology. 2016; in press.

3. <u>Kumar S</u>, Gress F, Green PH, *Lebwohl B. Chronic pancreatitis is a common finding in celiac patients who undergo endoscopic ultrasound. J Clin Gastroenterol. 2016; in press.

4. Roy A, Mehra S, Kelly CP, Tariq S, Pallav K, Dennis M, Peer A, **Lebwohl B**, Green PH, Leffler DA. The association between socioeconomic status and the symptoms at diagnosis of celiac disease: a retrospective cohort study. Therap Adv Gastroenterol 2016;9:495-502.

5. Laszkowska M, Roy A, **Lebwohl B**, Green PH, Sundelin HE, Ludvigsson JF. Nationwide population-based cohort study of celiac disease and risk of Ehlers-Danlos syndrome and joint hypermobility syndrome. Dig Liver Dis. 2016;48:1030-4.

6. Roy A, Laszkowska M, Sundström J, **Lebwohl B**, Green P, Kämpe O, Ludvigsson JF. Prevalence of celiac disease in patients with autoimmune thyroid disease - a meta-analysis. Thyroid. 2016;26:880-90.

7. Kuja-Halkola R, **Lebwohl B**, Halfvarson J, Wijmenga C, Magnusson PK, Ludvigsson JF. Heritability of non-HLA genetics in coeliac disease: a population-based study in 107,000 twins. Gut 2016: in press.

8. <u>Krigel A</u>, Turner KO, Makharia GK, Green PH, Genta RM, *Lebwohl B. Ethnic Variations in Duodenal Villous Atrophy Consistent with Celiac Disease in the United States. Clin Gastroenterol Hepatol. 2016;14:1105-11.

9. Roy A, Minaya M, Monegro M, Fleming J, Wong RK, Lewis S, Lebwohl B, Green PH. Partner Burden: A Common Entity in Celiac Disease. Dig Dis Sci 2016;61:3451-3459.

10. **Lebwohl B**, Roy A, Alaedini A, Green PH, Ludvigsson JF. Risk of Headache-Related Healthcare Visits in Patients With Celiac Disease: A Population-Based Observational Study. Headache. 2016; in press.

11. Reilly NR, **Lebwohl B**, Mollazadegan K, Michaëlsson K, Green PH, Ludvigsson JF. Celiac disease does not influence fracture risk in young patients with type 1

13

diabetes. J Pediatr. J Pediatr. 2016;169:49-54.

12. Mahadev S, Gardner R, Lewis SK, **Lebwohl B**, Green PH. Quality of Life in Screen-detected Celiac Disease Patients in the United States. J Clin Gastroenterol. 2016;50:393-7.

13. **Lebwohl B**, Luchsinger JA, Freedberg DE, Green PH, Ludvigsson JF. Risk of dementia in patients with celiac disease: a population-based cohort study. J Alzheimers Dis. 2015;49:179-85.

14. Roy A, Pallai M, **Lebwohl B**, Taylor AK, Green PH. Attitudes Toward Genetic Testing for Celiac Disease. J Genet Couns. 2016;25:270-8.

15. Emilsson L, **Lebwohl B**, Sundström J, Ludvigsson JF. Cardiovascular disease in patients with coeliac disease: A systematic review and meta-analysis. Dig Liver Dis. 2015;47:847-52.

16. Mårild K, **Lebwohl B**, Green PH, Murray JA, Ludvigsson JF. Blockers of angiotensin other than olmesartan in patients with villous atrophy: a nationwide case-control study. Mayo Clin Proc. 2015;90:730-7.

17. **Lebwohl B**, Green PH, Genta RM. The coeliac stomach: gastritis in patients with coeliac disease. Aliment Pharmacol Ther. 2015;42:180-7.

18. Thawani SP, Brannagan TH 3rd, **Lebwohl B**, Green PH, Ludvigsson JF. Risk of neuropathy among 28 232 patients with biopsy-verified celiac disease.  JAMA Neurol. 2015;72:806-11.

19. Yang JJ, Thanataveerat A, Green PH, *__Lebwohl B__. Cost effectiveness of routine duodenal biopsy analysis for celiac disease during endoscopy for gastroesophageal reflux. Clin Gastroenterol Hepatol. 2015;13:1437-43.

20. Jensen ET, Eluri S, **Lebwohl B**, Genta RM, Dellon ES. Increased risk of esophageal eosinophilia and eosinophilic esophagitis in patients with active celiac disease on biopsy. Clin Gastroenterol Hepatol. 2015;13:1426-31.

21. Latorre M, Lagana SM, Freedberg DE, Lewis SK, **Lebwohl B**, Bhagat G, Green PH. Endoscopic biopsy technique in the diagnosis of celiac disease: one bite or two? Gastrointest Endosc 2015;81:1228-33.

22. Reilly NR, **Lebwohl B**, Hultcrantz R, Green PH, Ludvigsson JF. Increased risk of nonalcoholic fatty liver disease after diagnosis of celiac disease. J Hepatol 2015;62:1405-11.

23. **Lebwohl B**, Emilsson L, Fröbert O, Einstein AJ, Green PH, Ludvigsson JF. Mucosal healing and the risk of ischemic heart disease or atrial fibrillation in patients with celiac disease; a population-based study. PLoS One 2015;10:e0117529.

24. **Lebwohl B**, Stephansson O, Green PH, Ludvigsson JF. Mucosal healing in patients with celiac disease and outcomes of pregnancy: a nationwide population-based

*study.* Clin Gastroenterol Hepatol 2015;13:1111-1117.

25. Abu-Zeid YA, Jasem WS, **Lebwohl B**, Green PH, ElGhazali G. Seroprevalence of celiac disease among United Arab Emirates healthy adult nationals: A gender disparity. World J Gastroenterol. 2014;20:15830-6.

26. Hillyer GC, **Lebwohl B**, Rosenberg RM, Neugut AI, Wolf R, Basch CH, Mata J, Hernandez E, Corley DA, Shea S, Basch CE. Assessing bowel preparation quality using the mean number of adenomas per colonoscopy. Therap Adv Gastroenterol. 2014;7:238-46.

27. Lagana SM, Braunstein ED, Arguelles-Grande C, Bhagat G, Green PH, *Lebwohl B. Sprue-like histology in patients with abdominal pain taking olmesartan compared with other angiotensin receptor blockers. J Clin Pathol. 2015;68:29-32.

28. Nazareth S, **Lebwohl B**, Tennyson CA, Simpson S, Greenlee H, Green PH. Dietary Supplement Use in Patients With Celiac Disease in the United States. J Clin Gastroenterol. 2015;49:577-81.

29. Mahadev S, Green PH, *Lebwohl B. Rates of Suboptimal Preparation for Colonoscopy Differ Markedly Between Providers: Impact on Adenoma Detection Rates. J Clin Gastroenterol. 2015;49:746-50.

30. Greywoode R, Braunstein ED, Arguelles-Grande C, Green PH, *Lebwohl B. Olmesartan, other antihypertensives, and chronic diarrhea among patients undergoing endoscopic procedures: a case-control study Mayo Clin Proc. 2014;89:1239-43.

31. **Lebwohl B**, Sundström A, Jabri B, Kupfer SS, Green PH, Ludvigsson JF. Isotretinoin use and celiac disease: a population-based cross-sectional study. Am J Clin Dermatol 2014;15(6):537-42.

32. Smukalla S, **Lebwohl B**, Mears JG, Leslie LA, Green PH. How often do hematologists consider celiac disease in iron-deficiency anemia? Results of a national survey. Clin Adv Hematol Oncol. 2014;12:100-5.

33. Braunstein ED, Rosenberg R, Gress F, Green PH, *Lebwohl B. Development and validation of a clinical prediction score (the SCOPE score) to predict sedation outcomes in patients undergoing endoscopic procedures. Aliment Pharmacol Ther. 2014;40:72-82.

34. **Lebwohl B**, Eriksson H, Hansson J, Green PH, Ludvigsson JF. Risk of cutaneous malignant melanoma in patients with celiac disease; a population-based study. J Am Acad Dermatol 2014;71:245-8.

35. Ludvigsson JF, Mariosa D, **Lebwohl B**, Fang F. No association between biopsy-verified celiac disease and subsequent amyotrophic lateral sclerosis - a population-based cohort study. Eur J Neurol. 2014;21:976-82.

36. Abu Daya H, **Lebwohl B**, Smukalla S, Lewis SK, Green PH. Utilizing HDL levels to

15

improve detection of celiac disease in patients with iron deficiency anemia. Am J Gastroenterol 2014;109:769-70.

37. Tavakkoli A, Lewis SK, Tennyson CA, **Lebwohl B**, Green PH. Characteristics of patients who avoid wheat and/or gluten in the absence of celiac disease. Dig Dis Sci 2014;59:1255-61.

38. Basch CH, Hillyer GC, Basch CE, **Lebwohl B**, Neugut AI. Characteristics associated with suboptimal bowel preparation prior to colonoscopy: results of a national survey. Int J Prev Med. 2014;5:233-7.

39. Dixit R, **Lebwohl B**, Ludvigsson JF, Lewis SK, Rizkalla-Reilly N, Green PH. Celiac disease is diagnosed less frequently in young adult males. Dig Dis Sci. 2014;59:1509-12.

40. **Lebwohl B**, Murray JA, Rubio-Tapia A, Green PH, Ludvigsson JF. Predictors of persistent villous atrophy in coeliac disease; a population-based study. Aliment Pharmacol Ther 2014;39:488-95.

41. **Lebwohl B**, Michaelsson K, Green PH, Ludvigsson JF. Persistent mucosal damage and risk of fracture in celiac disease. J Clin Endocrinol Metab 2014;99:609-16.

42. Basch CH, Basch CE, Wolf RL, Zybert P, **Lebwohl B**, Shmukler C, Neugut AI, Shea S. Screening colonoscopy bowel preparation: experience in an urban minority population. Therap Adv Gastroenterol. 2013;6:442-6.

43. **Lebwohl B**, Blaser MJ, Ludvigsson JF, Green PH, Rundle A, Sonnenberg A, Genta RM. Decreased risk of celiac disease in patients with Helicobacter pylori colonization. Am J Epidemiol 2013;178:1721-30.

44. **Lebwohl B**, Spechler SJ, Wang TC, Green PH, Ludvigsson JF. Use of proton pump inhibitors and subsequent risk of celiac disease. Dig Liver Dis 2014;46:36-40.

45. **Lebwohl B**, Granath F, Ekbom A, Smedby KE, Murray JA, Neugut AI, Green PH, Ludvigsson JF. Mucosal healing and risk for lymphoproliferative malignancy in celiac disease. Ann Intern Med 2013;159:169-75.

46. Tennyson CA, Simpson S, **Lebwohl B**, Lewis S, Green PH. Interest in medical therapy for celiac disease. Therap Adv Gastroenterol. 2013;6:358-64.

47. **Lebwohl B**, Genta RM, Kapel RC, Sheehan D, Lerner NS, Green PH, Neugut AI, Rundle A. Procedure volume influences adherence to celiac disease guidelines. Eur J Gastroenterol Hepatol. 2013;25:1273-8.

48. Master S, **Lebwohl B**, Ludvigsson J, Green PH. Bibliometric Study of The Quality of Celiac Disease Research Publications. J Pediatr Gastroenterol Nutr. 2013;57:527-8.

49. Mårild K, Ye W, **Lebwohl B**, Green PH, Blaser MJ, Card T, Ludvigsson JF. Antibiotic exposure and the development of coeliac disease: a nationwide case-

control study. BMC Gastroenterol. 2013;13:109.

50. Daya HA, **Lebwohl B**, Lewis SK, Green PH. Celiac Disease Patients Presenting with Anemia Have More Severe Disease than Those Presenting with Diarrhea. Clin Gastroenterol Hepatol. 2013;11:1472-7.

51. Sonti R, **Lebwohl B**, Lewis SK, Abu Daya H, Klavan H, Aguilar K, Green PH. Men with celiac disease are shorter than their peers in the general population.. Eur J Gastroenterol Hepatol 2013 Sep;25(9):1033-7.

52. Mahadev S, Simpson S, **Lebwohl B**, Lewis SK, Tennyson CA, Green PH. Is dietitian use associated with celiac disease outcomes? Nutrients. 2013;5:1585-94.

53. Simpson SM, Ciaccio EJ, Case S, Jaffe N, Mahadov S, **Lebwohl B**, Green PH. Celiac Disease in Patients With Type 1 Diabetes: Screening and Diagnostic Practices. Diabetes Educ. 2013;39:532-40.

54. Degaetani M, Tennyson CA, **Lebwohl B**, Lewis SK, Abu Daya H, Arguelles-Grande C, Bhagat G, Green PH. Villous atrophy and negative celiac serology: a diagnostic and therapeutic dilemma. Am J Gastroenterol. 2013;108:647-53.

55. Ludvigsson JF, **Lebwohl B**, Rubio-Tapia A, Murray JA, Green PH, Ekbom A, Granath F. Does celiac disease influence survival in lymphoproliferative malignancy? Eur J Epidemiol. 2013;28:475-83.

56. Ludvigsson JF, **Lebwohl B**, Rubio-Tapia A, Murray JA, Green PH, Ekbom A. Risk of lymphoproliferative malignancy in celiac patients with a family history of lymphoproliferative malignancy. J Gastroenterol. 2013;48:1324-31.

57. **Lebwohl B**, Bhagat G, Markoff S, Lewis SK, Smukalla S, Neugut AI, Green PH. Prior endoscopy in patients with newly diagnosed celiac disease; a missed opportunity? Dig Dis Sci 2013;58:1293-8.

58. Ludvigsson JF, **Lebwohl B**, Kämpe O, Murray J, Green PH, Ekbom A. Risk of thyroid cancer in a nationwide cohort of patients with biopsy-verified celiac disease. Thyroid. 2013;23:971-6.

59. Hillyer GC, **Lebwohl B**, Basch CH, Basch CE, Kastrinos F, Insel BJ, Neugut AI. Split dose and MiraLAX-based purgatives to enhance bowel preparation quality becoming common recommendations in the US. Therap Adv Gastroenterol. 2013;6:5-14.

60. **Lebwohl B**, Granath F, Ekbom A, Montgomery SM, Murray JA, Rubio-Tapia A, Green PH, Ludvigsson JF. Mucosal healing and mortality in coeliac disease. Aliment Pharmacol Ther 2013;37:332-9.

61. **Lebwohl B**, Green PH, Murray JA, Ludvigsson JF. Season of birth in a nationwide cohort of coeliac disease patients. Arch Dis Child 2013;98:48-51.

62. Dimitrova AK, Ungaro RC, **Lebwohl B**, Lewis SK, Tennyson CA, Green MW, Babyatsky MW, Green PH. Prevalence of migraine in patients with celiac disease

17

and inflammatory bowel disease. Headache. 2013;53:344-55.

63. Hillyer GC, Basch CH, **Lebwohl B**, Basch CE, Kastrinos F, Insel BJ, Neugut AI. Shortened surveillance intervals following suboptimal bowel preparation for colonoscopy: Results of a national survey. Int J Colorectal Dis 2013;28:73-81.

64. Tavakkoli A, DiGiacomo D, Green PH, *Lebwohl B. Vitamin D status and concomitant autoimmunity in celiac disease. J Clin Gastroenterol 2013;47:515-9.

65. Leslie LA, **Lebwohl B**, Neugut AI, Gregory Mears J, Bhagat G, Green PH. Incidence of lymphoproliferative disorders in patients with celiac disease. Am J Hematol 2012;87:754-9.

**66. Lebwohl B**, Tennyson CA, Holub JL, Lieberman DA, Neugut AI, Green PH. Sex and racial disparities in duodenal biopsy to evaluate for celiac disease. Gastrointest Endosc 2012; 76:779-85.

67. Narotsky D, Green PH, *Lebwohl B. Temporal and geographic trends in celiac disease publications: a bibliometric analysis. Eur J Gastroenterol Hepatol: 2012;24:1071-7.

68. Sharaiha RZ, **Lebwohl B**, Reimers L, Bhagat G, Green PH, Neugut AI. Increasing incidence of enteropathy-associated T-cell lymphoma in the United States, 1973-2008. Cancer. 2012;118:3786-92.

**69. Lebwohl B**, Capiak K, Neugut AI, Kastrinos F. Risk of colorectal adenomas and advanced neoplasia in Hispanic, black, and white patients undergoing screening colonoscopy. Aliment Pharmacol Ther 2012;35:1467-73.

70. Ludvigsson JF, Kämpe O, **Lebwohl B**, Green PH, Silverberg SJ, Ekbom A. Primary hyperparathyroidism and celiac disease: a population-based cohort study. J Clin Endocrinol Metab. 2012;97:897-904.

**71. Lebwohl B**, Hassid B, Ludwin S, Lewis SK, Tennyson CA, Neugut AI, Green PH. Increased sedation requirements during endoscopy in patients with celiac disease. Dig Dis Sci. 2012;57:994-9.

72. Hillyer GC, Basch CH, Basch CE, **Lebwohl B**, Kastrinos F, Insel BJ, Neugut AI. Gastroenterologists' Perceived Barriers to Optimal Pre-Colonoscopy Bowel Preparation: Results of a National Survey. J Cancer Educ. 2012;27:526-32.

73. David Shen TC, **Lebwohl B**, Verma H, Kumta N, Tennyson C, Lewis S, Scherl E, Swaminath A, Capiak KM, Digiacomo D, Bosworth BP, Thomas HB 3rd, Green PH. Peripheral neuropathic symptoms in celiac disease and inflammatory bowel disease. J Clin Neuromuscul Dis. 2012;13:137-45.

74. Chow MA, **Lebwohl B**, Reilly NR, Green PH. Immunoglobulin A Deficiency in Celiac Disease. J Clin Gastroenterol. 2012;46:850-4.

75. Thompson JS, **Lebwohl B**, Reilly NR, Talley NJ, Bhagat G, Green PH. Increased incidence of eosinophilic esophagitis in children and adults with celiac disease. J

18

Clin Gastroenterol. 2012;46:e6-e11.

76. Thompson JS, **Lebwohl B**, Syngal S, Kastrinos F. Knowledge of quality performance measures associated with endoscopy among gastroenterology trainees and the impact of a Web-based intervention. Gastrointest Endosc. 2012;76:100-6.

77. Choi JM, **Lebwohl B**, Wang J, Lee SK, Murray JA, Sauer MV, Green PH. Increased prevalence of celiac disease in patients with unexplained infertility in the United States. J Reprod Med 2011;56:199-203.

78. **Lebwohl B**, Kapel RC, Neugut AI, Green PH, Genta RM. Adherence to biopsy guidelines increases celiac disease diagnosis. Gastrointest Endosc 2011;74:103-9.

79. **Lebwohl B**, Kastrinos F, Glick M, Rosenbaum AJ, Wang TC, Neugut AI. The impact of suboptimal preparation on adenoma miss rates and the factors associated with early repeat colonoscopy. Gastrointest Endosc 2011;73:1207-14.

80. Swaminath A, **Lebwohl B**, Capiak KM, Present DH. Practice patterns in the use of anti-tumor necrosis factor alpha agents in the management of Crohn's disease: A US national practice survey comparing experts and non-experts. Dig Dis Sci 2011;56:1160-4.

81. **Lebwohl B**, Neugut AI, Stavsky E, Villegas S, Meli C, Rodriguez O, Franco C, Krauskopf MS, Rosenberg R. Effect of a patient navigator program on the volume and quality of colonoscopy. J Clin Gastroenterol 2011; 45:47-53.

82. **Lebwohl B**, Stavsky E, Neugut AI, Green PHR. Risk of colorectal adenomas in patients with celiac disease. Aliment Pharmacol Ther 2010;32:1037-43.

83. **Lebwohl B**, Wang TC, Neugut AI. Socioeconomic and other predictors of colonoscopy preparation quality. Dig Dis Sci 2010 ;55:2014-20.

84. **Lebwohl B**, Ballas L, Cao Y, Chan G, Grossman R, Sherr DL, Woodhouse S, Neugut AI. Treatment interruption and discontinuation in radiotherapy for rectal cancer. Cancer Invest 2010; 28:289-94.

85. McBride RB, **Lebwohl B**, Hershman DL, Neugut AI. Impact of socioeconomic status on extent of lymph node dissection for colon cancer. Cancer Epidemiol Biomarkers Prev 2010;19:738-45.

86. Lai JC, Montero A, **Lebwohl B**, Brown RS Jr.. A novel housestaff educational model for quaternary-care patients at an academic health center. Acad Med 2009; 84:206-11.

87. Rundle AG, **Lebwohl B**, Vogel R, Levine S, Neugut AI. Colonoscopic screening in average-risk individuals ages 40 to 49 vs 50 to 59 years. Gastroenterology 2008;134:1311-5.

88. Lo W, Sano K, Diamond B, **Lebwohl B**, Green PHR. Changing presentation of

19

adult celiac disease. Dig Dis Sci 2003; 48:395-398.

*Reviews, Chapters, Monographs, Editorials*

1. Hindryckx P, Levesque BG, Holvoet T, Durand S, Tang CM, Parker C, Khanna R, Shackelton LM, D'Haens G, Sandborn WJ, Feagan BG, **Lebwohl B**, Leffler DA, Jairath V. Disease activity indices in coeliac disease: systematic review and recommendations for clinical trials. Gut. 2016; in press.

2. **Lebwohl B**, Green PH. Dietary therapy for irritable bowel syndrome. BMJ 2016;354:i3902.

3. Leffler D, Kupfer SS, **Lebwohl B**, Bugin K, Griebel D, Lathrop JT, Lee JJ, Mulberg AE, Papadopoulos E, Tomaino J, Crowe SE. The Development of Celiac Disease Therapeutics: Report of the Third Gastroenterology Regulatory Endpoints and Advancement of Therapeutics Workshop. Gastroenterology 2016;151:407-11.

4. Burbure N, **Lebwohl B**, Arguelles-Grande C, Green PH, Bhagat G, Lagana S. Olmesartan-associated sprue-like enteropathy: a systematic review with emphasis on histopathology. Hum Pathol. 2016;50:127-34.

5. **Lebwohl B** and Green PH. Anti-Tissue Transglutaminase IgA for Celiac Disease Testing. JAMA 2016;315:81-2.

6. Ludvigsson JF, **Lebwohl B**, Green PH. Amount may beat timing - gluten intake and risk of childhood celiac disease. Clin Gastroenterol Hepatol. 2016;14:410-2.

7. **Lebwohl B**, Murray JA, Verdú EF, Crowe SE, Dennis M, Fasano A, Green PH, Guandalini S, Khosla C. Gluten Introduction, Breastfeeding, and Celiac Disease: Back to the Drawing Board. Am J Gastroenterol. 2016;111:12-4

8. **Lebwohl B**, Ludvigsson JF, Green PH. Celiac disease and non-celiac gluten sensitivity. BMJ 2015;351:h4347.

9. Green PH, **Lebwohl B**, Greywoode R. Celiac disease. J Allergy Clin Immunol 2015;135:1099-1106.

10. Green PH, Krishnareddy S, **Lebwohl B**. Clinical manifestations of celiac disease. Dig Dis. 2015;33:137-40.

11. **Lebwohl B**. Celiac disease and the forgotten 10 %: the "silent minority". Dig Dis Sci. 2015;60:1517-8.

12. **Lebwohl B**, Leffler DA. Exploring the strange new world of non celiac gluten sensitivity. Clin Gastroenterol Hepatol. 2015;13:1613-5.

13. Freedberg DE, **Lebwohl B**, Abrams JA. The impact of proton pump inhibitors on the human gastrointestinal microbiome. Clin Lab Med 2014;34:771-85.

20

14. **Lebwohl** B, Ludvigsson JF. Sprue-like enteropathy due to olmesartan and other angiotensin receptor blockers--the plot thickens. Aliment Pharmacol Ther 2014;40:1245-6.

15. **Lebwohl** B, Ludvigsson JF. Mucosal healing and adherence to the gluten-free diet in coeliac disease. Aliment Pharmacol Ther 2014;40:1241-2.

16. **Lebwohl B**, Ludvigsson JF. Editorial: 'brain fog' and coeliac disease - evidence for its existence. Aliment Pharmacol Ther. 2014;40:565.

17. **Lebwohl** B, Ludvigsson JF, Green PH. The unfolding story of celiac disease risk factors. Clin Gastroenterol Hepatol 2014;12:632-5.

18. **Lebwohl B**, Neugut AI. Post-colonoscopy recommendations after inadequate bowel preparation: all in the timing. Dig Dis Sci. 2013;58:2135-7.

19. Neugut AI, **Lebwohl B**. Colonoscopy and colorectal cancer mortality: both sides of the story. Therap Adv Gastroenterol. 2013;6:189-91.

20. **Lebwohl** B, Rubio-Tapia A, Assiri A, Newland C, Guandalini S. Diagnosis of celiac disease. Gastrointest Endosc Clin N Am. 2012;22:661-77.

21. **Lebwohl** B, Green PH. Mentorship for trainees in gastroenterology. Gastrointest Endosc 2012;76:1021-3.

22. Aggarwal S, **Lebwohl B**, Green PH. Screening for celiac disease in average-risk and high-risk populations. Therap Adv Gastroenterol 2012;5:37-47

23. Green PHR, **Lebwohl B**. Mesalamine for refractory celiac disease: an old drug for a new disease. J Clin Gastroenterol 2011; 45:1-3.

24. Neugut AI, **Lebwohl B**. Colonoscopy versus sigmoidoscopy screening: Getting it right. JAMA 2010; 304:461-462.

25. Neugut AI, **Lebwohl B**. Screening for colorectal cancer: The glass is half full. Am J Public Health 2009:592-4.

26. Kastrinos F, **Lebwohl B**, Neugut AI. Comment: CT colonography had 90% sensitivity and 86% specificity for diagnosing large adenomas and cancer in asymptomatic adults. ACP J Club 2009;150:2.

27. **Lebwohl** B, Green PH: Comment: Serologic and HLA testing alone and in combination in the diagnosis of celiac disease. Evid Based Gastroenterol 2008; 9:16-17.

28. **Lebwohl** B, Neugut AI: Comment: Is the presence of colorectal neoplasm greater in patients with coronary artery disease? Nat Clin Pract Oncol 2008;5:248-9.

29. **Lebwohl** B, Neugut AI: Review: NSAIDs and COX-2 inhibitors may prevent colorectal cancer but increase gastrointestinal and cardiovascular harm. ACP J

21

Club 2007;147:16.

30. **Lebwohl B**, Neugut AI: Review: Evidence from observational studies, but not randomized trials, suggests that long-term aspirin prevents colorectal cancer. ACP J Club 2007;147:15.

31. Green PH, **Lebwohl B**.  Assessment and care of the patient with celiac disease. U.S. Gastroenterology Review 2006;2:40-41.

32. Neugut AI, **Lebwohl B**, Hershman D.  Cancer chemoprevention; how do we know what works?  J Clin Onc 2007;119:165-6.

33. **Lebwohl B**, Deckelbaum RJ, Green PHR. Giardiasis. Gastrointest Endosc 2003;57:906-913.

### Books for Medical or Scientific Community

1. **Lebwohl B** and Green PH (Eds). Celiac Disease: an issue of Gastrointestinal Endoscopy Clinics of North America, October 2012.

### Case Reports

1. **Lebwohl B**, Sapadin AN.  Infliximab for the treatment of hidradenitis suppurativa. J Am Acad Dermatol 2003;49:S275-S276.

### Abstracts

1. Laszkowska M, Mahadev S, Green PH, **Lebwohl B.** Delays in colonoscopy start times are associated with reductions in adenoma detection rate. Gastroenterology 2016;150:S61-2.

2. Mahadev S, **Lebwohl B**, Ramirez I, Garcia-Carrasquillo RJ, Freedberg DE. Transition to a GI hospitalist system is associated with expedited upper endoscopy. Gastroenterology 2016;150:S639-40.

3. Kumar S, Gress FG, Green PH, *Lebwohl B. Indications and outcomes of interventional endoscopic procedures in patients with celiac disease. Gastroenterology 2016;150:S686-7.

4. Krigel A, Turner K, Green P, Genta RM, *Lebwohl B.  Ethnic variation of celiac disease prevalence in the United States. Gastroenterology 2016;150:S205.

5. Roy A, Latorre M, Spyrou E, Garcia-Carrasquillo R, Rosenberg R, *Lebwohl B. Adherence to surveillance guidelines after removal of advanced colorectal adenomas: experience from a patient navigator program. Gastroenterology 2016;151:201-3.

6. Latorre M, Roy A, Spyrou E, Garcia-Carrasquillo R, Rosenberg R, *Lebwohl B. Adherence to guidelines after poor colonoscopy preparation: experience from a patient navigator program. Gastroenterology 2016;151:S196.

7. Roy A, Minaya M, Monegro M, Fleming J, Wong RK, Lewis S, **Lebwohl B**, Green PH. Partner burden: a common entity in celiac disease. Gastroenterology 2016;150:S179-80.

8. Sharma R, Roy A, Ramos C, Rosenberg R, Garcia-Carrasquillo RJ, *Lebwohl B. Low adherence to national guidelines for proton pump inhibitor prescription in patients receiving combination aspirin and anticoagulation. Gastroenterology 2016;150:S635-6.

9. Jordan R, Shannahan S, Lewis SK, Krishnareddy S, Green P, Leffler DA, *Lebwohl B. The impact of acid suppression medications and non-steroidal anti-inflammatory drugs on clinical and histologic features in newly diagnosed celiac disease. Gastroenterology 2016;150:S892.

10. Hoerter NA, Shannahan S, Suarez J, Lewis SK, Green PH, Leffler DA, *Lebwohl B. Utility of deamidated gliadin peptide antibody testing for celiac disease. Gastroenterology 2016;150:S306-7.

11. Katz S, Tavakkoli A, Lewis SK, Tennyson CA, **Lebwohl B**, Green PH. Natural

history and follow-up of non-celiac gluten sensitivity; A single-center experience. Gastroenterology 2015;148:S288.

12. **Lebwohl B**, Green PH, Genta RM. Lymphocytic gastritis in patients with celiac disease; increasing prevalence according to age and severity of villous atrophy. Gastroenterology 2015;148:S284.

13. Suarez J, Lewis SK, **Lebwohl B**, Green PH. Isolated elevation of DGP IgA antibodies: lack of predictive value for diagnosing celiac disease. Gastroenterology 2015;148:S283.

14. Frager SZ, **Lebwohl B**, Lagana SM, Green PH. Clinical characteristics, associated conditions, and medication use in patients with lymphocytic gastritis. Gastroenterology 2015;148:S284.

15. Roy A, Pallai M, **Lebwohl B**, Green PH. Attitudes toward genetic testing for celiac disease. Gastroenterology 2015;148:S281.

16. Yang JJ, Thanataveerat A, Green PH, *__Lebwohl B__. Cost-effectiveness of routine duodenal biopsy for celiac disease screening in patients undergoing endoscopy for the evaluation of refractory gastroesophageal reflux. Gastroenterology 2015;148:S169.

17. Ramos C, **Lebwohl B**, Gress F, Lewis T, Kelley M. Reducing first-case delays in a large academic endoscopy suite. Gastroenterology 2015;148:S123-4.

18. Nazareth S, **Lebwohl B**, Voyksner JS, Green PH. Widespread contamination of probiotics with gluten, detected by liquid chromatography-mass spectrometry. Gastroenterology 2015;148:S28.

19. **Lebwohl B**, Eriksson H, Hansson J, Green PH, Ludvigsson JF. Risk of cutaneous malignant melanoma in patients with celiac disease; a population-based study. Gastroenterology 2014;146:S469.

20. Goel A, **Lebwohl B**, Tennyson CA, Lewis SK, Arguelles-Grande C, Green PH, Lagana SM. Histopathologic outcomes in olmesartan related enteropathy. Gastroenterology 2014;146:S469-70.

21. **Lebwohl B**, Emilsson L, Fröbert O, Einstein AJ, Green PH, Ludvigsson JF. Mucosal healing and risk of ischemic heart disease in celiac disease: a population-based cohort study. Gastroenterology 2014;146:S469.

22. Wallach TE, Genta RM, **Lebwohl B**, Green PH, Reilly NR. Adherence to Biopsy

24

Guidelines Is Associated With Improved Diagnosis of Celiac Disease and Eosinophilic Esophagitis in Children. Gastroenterology 2014;146:S746.

23. Pitman M, Green PH, *Lebwohl B. Predictors of Duodenal Biopsy During Endoscopy At One Institution: Wide Variation Between Providers. Gastroenterology 2014;146:S473.

24. Gardner R, Mahadev S, Lebwohl B, Tennyson CA, Green PH, Lewis SK. Quality of Life in Patients With Celiac Disease Detected by Screening vs. Celiac Disease Detected by Symptoms. Gastroenterology 2013;144:S755.

25. Mahadev S, Green PH, *Lebwohl B. Rates of suboptimal preparation differ markedly between providers; impact on adenoma detection rates. Gastrointest Endosc 2013;77: AB510-11.

26. Latorre M, Lagana SM, Freedberg DE, Lebwohl B, Bhagat G, Lewis SK, Green PH. Endoscopic Biopsy Technique and Biopsy Orientation in the Evaluation of Celiac Disease. Gastrointest Endosc 2013;77: AB486-7.

27. Lebwohl B, Granath F, Ekbom A, Smedby KE, Murray JA, Neugut AI, Green PH, Ludvigsson JF. Mucosal Healing and Risk of Lymphoproliferative Malignancy in Celiac Disease. Gastroenterology 2013;144:S376.

28. Lebwohl B, Michaelsson K, Green PH, Ludvigsson JF. Mucosal Healing and Risk of Fracture in Celiac Disease. Gastroenterology 2013;144:S245.

29. Smukalla S, Lebwohl B, Leslie L, Green PH. How Often Do Hematologists Screen for Celiac Disease? Gastroenterology 2013;

30. Lebwohl B, Spechler S, Green PH, Ludvigsson JF. Use of Gastric Acid Suppressing Drugs and Subsequent Risk of Celiac Disease; a Population-Based, Case-Control Study. Gastroenterology 2013;144:S243.

31. Lebwohl B, Blaser MJ, Ludvigsson JF, Green PH, Sonnenberg PH, Genta RM. Decreased Risk of Celiac Disease in Patients with Helicobacter pylori Infection; Analysis of a National Histology Database. Gastroenterology 2013;144:S249.

32. Lebwohl B, Kupfer S, Jabri B, Green PH, Ludvigsson JF. Exposure to Isotretinoin and the Risk of Celiac Disease; a Population-Based Cross-Sectional Study. Gastroenterology 2013;144:S249.

33. Mahadev S, Simpson S, Lebwohl B, Green PH, Tennyson CA. Does consultation with a dietitian affect celiac disease outcomes? Gastroenterology 2012;142:S270.

34. Chow M, Tennyson CA, Lewis S, Lebwohl B, Green PH. Seronegative villous atrophy: a single center experience. Gastroenterology 2012;142:S274.

35. Johnson DH, Lebwohl B, Leffler D, Murray JA, Rubio-Tapia A. Clinical presentation and prognosis of systemic Tropheryma whipplei infection

25

(Whipple's Disease). Gastroenterology 2012;142:S598.

36. Clarke Hillyer G, **Lebwohl B**, Basch C, Basch C, Insel BJ, Kastrinos F, Neugut AI. Patterns of split dosing recommendations for colonoscopy bowel preparation: results of a national survey. Gastroenterology 2012;142:S363.

37. Tavakkoli A, DiGiacomo D, Green PH, *Lebwohl B. Vitamin D status and concomitant autoimmunity in celiac disease. Gastroenterology 2012;142:S270.

38. **Lebwohl B**, Clarke Hillyer G, Basch C, Basch C, Insel BJ, Kastrinos F, Neugut AI. Prescription of MiraLAX-based bowel preparation in the United States: results of a national survey. Gastroenterology 2012;142:S354.

39. **Lebwohl B**, Genta RM, Kapel RC, Green PH, Neugut AI, Rundle A. Procedure volume and practice-based characteristics are associated with adherence to celiac disease guidelines. Gastroenterology 2012;142:S86-7.

40. **Lebwohl B**, Markoff S, Smukalla S, Neugut AI, Green PH. Prior endoscopy in patients with newly diagnosed celiac disease: a missed opportunity. Gastroenterology 2012;142:S86-7.

41. **Lebwohl B**, Granath F, Ekbom A, Montgomery SM, Murray JA, Rubio-Tapio A, Green PH, Ludvigsson JF. Mucosal healing and mortality in celiac disease. Gastroenterology 2012;142:S87.

42. **Lebwohl B**, Kapiak C, Neugut AI, Kastrinos F. Increased Prevalence of colorectal adenomas and advanced neoplasia in asymptomatic Hispanic and black patients compared to white patients undergoing screening colonoscopy. Gastroenterology 2011;140:S20.

43. **Lebwohl B**, Ludwin S, Lewis SK, Tennyson CA, Neugut AI, Green PH. Increased sedation requirements during endoscopy in patients with celiac disease. Gastroenterology 2011;140:S442.

44. **Lebwohl B**, Kapel R, Neugut AI, Green PH, Genta RM. Number of duodenal biopsy specimens submitted during endoscopy: low adherence to guidelines affects celiac disease diagnosis. Gastroenterology 2011;140:S438-9.

45. **Lebwohl B**, Kapel R, Neugut AI, Green PH, Genta RM. Regional variations within the United States in the prevalence of celiac disease on duodenal biopsy; relationship to adherence to biopsy guidelines. Gastroenterology 2011;140:S440-1.

46. **Lebwohl B**, Narotsky D, Green PH. Temporal and geographic trends in celiac disease research: a bibliometric analysis. Gastroenterology 2011;140:S444

47. Thompson J, **Lebwohl B**, Syngal S, Kastrinos F. Assessment of US gastroenterology trainees' knowledge of quality performance measures for colonoscopy and the impact of a web-based intervention. Gastrointest Endosc 2011;73:AB423.

26

48. Dimitrova A, Ungaro R, **Lebwohl B**, Green M, Babyatksy M, Green PH. Increased prevalence of migraine in patients with celiac disease compared to patients with IBD and controls: a multicenter prospective study. Gastroenterology 2011;140:S442-3.

49. Chow M, **Lebwohl B**, Reilly NR, Green PH. IgA deficiency and insufficiency in celiac disease; prevalence, associated symptoms, and management. Gastroenterology 2011;140:S438.

50. Leslie LA, **Lebwohl B**, Neugut AI, Mears JG, Bhagat G, Green PH. Increased incidence of non-Hodgkin lymphoma subtypes in patients with celiac disease. Gastroenterology 2011;140:S35.

51. Simpson SM, **Lebwohl B**, DiGiacomo D, Minaya MT, Sanders DS , Green PH. Awareness of celiac disease and gluten sensitivity in the United States. Gastroenterology 2011;140:S443.

52. Bosworth B, Varela B, **Lebwohl B**, Cohen M, Lautenslager T, Scherl E. Steroid use in acute ulcerative colitis predicts need for class escalation or surgical intervention irrespective of oral mesalamine monotherapy or dual therapy. Am J Gastroenterol 2010;105:S403-4.

53. Swaminath A, **Lebwohl B**, Capiak K, Present D. Significant differences in the prescribing patterns of community and expert IBD Physicians. Am J Gastroenterol 2010;105:S456-7.

54. **Lebwohl B**, Rundle A, Neugut AI. Association of dietary habits with colonoscopy bowel preparation quality. Gastroenterology 2010;138:S638-9.

55. Thompson JS, **Lebwohl B**, Bhagat G, Reilly NR, Talley N, Green PHR. The association between celiac disease and eosinophilic esophagitis in children and adults. Gastroenterology 2010;138:S175.

56. Mukherjee R, Sheikh M, Rubin M, **Lebwohl B**, Green PHR. Evaluation of gastric and small bowel transit time by video capsule endoscopy. Gastrointest Endosc 2010;71:AB373.

57. Bosworth BP, **Lebwohl B**, Taunk R, Green N, Lakehomer H, Iroku U, Swaminath A, Milsom JW, Michelassi F, Scherl EJ. Increased risk of surgery after attenuation of anti-TNFα therapy for Crohn's disease. Gastroenterology 2010;138:S856.

58. **Lebwohl B**, Neugut AI, Villegas S, Meli C, Krauskopf MS, Rodriguez O, Franco C, Rosenberg R. Effect of a patient navigator program on the volume of colonoscopy; results from the first year of implementation. Am J Gastroenterol 2009; 104: S174.

59. **Lebwohl B**, Rosenbaum AJ, Wang TC, Neugut AI. Yield of repeat colonoscopy due to suboptimal preparation. Am J Gastroenterol 2009; 104:S167.

60. **Lebwohl B**, Cao Y, Neugut AI, Rundle A.  Risk factors for diverticulosis in the era of screening colonoscopy.  Gastroenterology 2009; 136:A217.

61. **Lebwohl B**, Ballas L, Cao Y, Chan G, Grossman R, Sherr DL, Woodhouse S, Neugut AI. Treatment interruptions in radiotherapy for resectable rectal cancer.  Presented at the American Society of Clinical Oncology Gastrointestinal Cancers Symposium, January 17, 2009.

62. Desai M, **Lebwohl B**, Kim H, Schluger N, Brodie, D.  The effect of pharmacologic blockade of tumor necrosis factor-alpha on the performance of the T-SPOT.TB assay in the diagnosis of latent tuberculosis infection.  Presented at the American Thoracic Society Annual Meeting, May 2008.

63. **Lebwohl B**, Rundle A, Vogel R, Levine S, Spear S, Neugut, AI.  Colonoscopic screening in average risk individuals ages 40 to 49 vs. 50 to 59 years.  Gastroenterology 2007;132:A312.

64. Lai JC, Montero A, **Lebwohl B**, Brown RS Jr .  Length of stay in patients with decompensated liver disease:  Impact of a specialized housestaff hepatology service.  Gastroenterology 2007;132:A34.

65. Weiner SD, **Lebwohl B**, Bhardwaj N, Cheng H, Dubin S, Granieri EC, Maurer MS.  Employing MedEdPORTAL.com in a geriatric rotation for medical interns: a novel approach to foster academic advancement in geriatrics.  Presented at the American Geriatrics Society Annual Meeting, May 4, 2007.

66. **Lebwohl B**, Lund LH, Kunavarapu C, Brar P, Kryszak D, Fasano A, Mancini D, Green PH.  Celiac disease autoantibodies are increased in a U.S. heart failure population.  Presented at the XIIth International Celiac Disease Symposium, New York City, November 10, 2006.

67. Jacobsen, J, Mahajan S, Chae S, **Lebwohl B**.  A resident-initiated web-based resource for evidence-based medicine.  J Gen Intern Med 2005;20:41-42.

68. Lee SK, Lo W, Sano K, **Lebwohl B**, Rotterdam H, Green PHR.  Treated celiac disease: endoscopic and biopsy appearance.  Am J Gastroenterology 1999: 94:2645.

69. Lo W, Lee SK, Stavropolous SN, Sano K, **Lebwohl B**, Fasano A, Horvath K, Green PHR.  Adult celiac disease in the US: presentation in the 1990's.  Am J Gastroenterol 1999; 94:2646.

70. Lo W, Sano KW, **Lebwohl B**, Diamond B, Green PHR.  The changing nature of celiac disease in the United States.  Gastroenterology 1999; 116:A884.

71. Stavropolous SN, Lo W, Sano KW, **Lebwohl B**, McMahon DJ, Green PHR.  Detection of anti-endomysial antibodies in adult celiacs depends on histologic and clinical disease severity.  Gastroenterology 1999; 116:A883.

72. **Lebwohl B**, Sapadin AN, Schwartz E: Analysis of connective tissue in white

fibrous papulosis.  J Invest Dermatol 1995;104:624.

*Letters to the Editor*

1. **Lebwohl B.** Traffic and myocardial infarction. N Engl J Med. 2005;352:623-4.

2. **Lebwohl B,** Green PH. Risk of celiac disease according to HLA haplotype and country. N Engl J Med. 2014;371:1073-4.

3. **Lebwohl B,** Green PH. Screening for celiac disease. N Engl J Med. 2003;349:1673-4.

## INVITED AND/OR PEER-SELECTED PRESENTATIONS AT REGIONAL, NATIONAL OR INTERNATIONAL LEVELS:

See *Invited Lectureships* section in **Honors and Awards**

# Exhibit 2

**In re: Benicar (Olmesartan) Products Liability Litigation**

**Reliance List for Dr. Benjamin Lebwohl**

**Deposition Transcripts**

Allen Feldman – 5/6/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---|---|---|
| 335 | Clinical Safety & Pharmacovigilance Org Chart | OLM-DSI 0003484145 |
| 336 | Pharmacovigilance Org Chart | OLM-DSI 0003484146 |
| 337 | Curriculum Vitae Allen R. Feldman, M.D. | OLM-DSI 0014378462-64 |
| 338 | Performance Evaluation 8/12/04 | OLM-DSI 0014379830-978 |
| 339 | FY 14 DSPD Mid-Year Form: Allen Feldman | OLM-DSI 0014379822-25 |
| 340 | FY 14 DSPD Annual Review Allen Feldman | OLM-DSI 0014379984-89 |
| 341 | E-mail, 7/30/14 Subject, DS Interview Notes - Allen Feldman | OLM-DSC 0000544809-11 |
| 342 | E-mail Thread, 3/14/06 Subject, Benicar HCT | OLM-DSI 0011421183-84 |
| 343 | MedWatch Form | OLM-DSI 0004773536-38-R |
| 344 | MedWatch Form | OLM-DSI 0001099317-18-R |
| 345 | MedWatch Form | OLM-DSI 0001099361-2-R |
| 346 | MedWatch Form | OLM-DSI 0001095941-2-R |
| 347 | MedWatch Form | OLM-DSI 0004774183-4-R |
| 348 | E-mail Thread 6/18/09 Subject, OLM Cases of Celiac Disease | OLM-DSI 0001306341-42 |
| 349 | E-mail Thread 6/19/09 Subject, OLM Cases of Celiac Disease | OLM-DSI 0001331270-72 |
| 350 | E-mail, 2/8/10 Subject, Olmesartan and Celiac Disease | OLM-DSI 001401248 |
| 351 | E-mail, 11/24/09 Subject, Benicar | OLM-DSI 0001227504 |
| 352 | E-mail, 11/24/09 Subject, Benicar | OLM-DSI 0012323856 |
| 353 | E-mail Thread Subject, Benicar | OLM-DSI 0001806703-05 |
| 354 | E-mail, 1/11/10 Subject, Celiac | OLM-DSI 0001934797 |
| 355 | E-mail 1/12/10 Subject, Celiac | OLM-DSI 0001829457 |
| 356 | AER Selection Criteria | OLM-DSI 0001829459-62 |
| 357 | E-mail Thread, 1/14/12 Subject, Olmesartan Products | OLM-DSI 0002076970-77 |
| 358 | Original Articles-Alimentary Tract Gluten-Free Diet And Steroid Treatment are Effective Therapy For Most Patients with Collagenous Sprue (Rubio-Tapia) | OLM-DSI 0002078229-37 |
| 359 | E-mail Thread 6/21/12 Subject, Requested AE Report and Medical Inquiry | OLM-DSI 0003380866-67 |
| 360 | Adverse Event Form 11/29/10 | OLM-DSI 0002231343-46 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 361 | MedWatch Form | OLM-DSI 0001096152-3-R |
| 362 | E-mail Thread 9/6/12 Subject, A Further Reference | OLM-DSI 0002078226-28 |
| 363 | E-mail Thread 7/5/13 Subject, Olmesartan Label Confidential Communication | OLM-DSI 0002113348-53 |
| 364 | E-mail Thread 3/31/14 Subject, Enteropathy/CT with ANSM:  Minutes | OLM-DSI 0012332415-16 |
| 365 | E-mail, 10/26/15 Subject, Article - FYI | OLM-DSC 0002923884 |
| 366 | Immunopathogenesis of Olmesartan-Associated Enteropathy (Marietta) | OLM-DSC 002923885-96 |
| 367 | E-mail Thread 12/3/15 Subject, Literature Citation from US | OLM-DSI 0012439080-82 |

Donald Hinman – 5/26/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---|---|---|
| 451 | Donald J. Hinman curriculum vitae | OLM-DSC-0004041803 - OLM-DSC-0004041804 |
| 452 | E-mail(s) | OLM-DSC-0000143986 - OLM-DSC-0000143988 |
| 453 | E-mail(s) | OLM-DSC-0000143996 - OLM-DSC-0000143998 |
| 454 | E-mail(s) | OLM-DSC-0003533036 - OLM-DSC-0003533042 |
| 455 | E-mail(s) | OLM-DSC-0000504080 - OLM-DSC-0000504084 |
| 456 | E-mail(s) | OLM-DSC-0000357715 - OLM-DSC-0000357717 |
| 457 | E-mail(s) | OLM-DSC-0000504291 - OLM-DSC-0000504294 |
| 458 | E-mail(s) | OLM-DSC-0000136640 - OLM-DSC-0000136643 |
| 459 | E-mail(s) | OLM-DSC-0000136639 |
| 460 | Draft letter from Professor Haller to Mayo Clinic Proceedings | OLM-DSC-0000136644 - OLM-DSC-0000136645 |
| 461 | "Olmesartan and Intestinal Adverse Effects in the ROADMAP Study," Mayo Clinic Proceedings | |

Yasushi Hasebe – 5/31/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---|---|---|
| 462 | E-mail(s) | OLM-DSC-0000767648 |

2

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 463 | MedWatch report DSU-2008-01458 | OLM-DSC-0001402504 - OLM-DSC-0001402505 |
| 464 | E-mail(s) | OLM-DSC-0000496517 - OLM-DSC-0000496519 |
| 465 | E-mail(s) | OLM-DSC-0012324237 - OLM-DSC-0012324240 |
| 466 | E-mail(s) | OLM-DSC-0000136763 - OLM-DSC-0000136766 |
| 467 | E-mail(s) | OLM-DSC-0000496855 - OLM-DSC-0000496857 |
| 468 | Pharmaceutical affairs memo | OLM-DSC-0000007941 - OLM-DSC-0000007942 |
| 469 | Daiichi-Sankyo memo | OLM-DSC-0000221307 - OLM-DSC-0000221308 |
| 470 | Minutes of Global Pharmacovigilance Committee Meeting | OLM-DSC-0000221228 - OLM-DSC-0000221229 |
| 471 | E-mail(s) | OLM-DSC-0000050151 - OLM-DSC-0000050154 |
| 472 | PowerPoint | Bates numbers cut off |
| 473 | "Sprue-like enteropathy associated with OLM situation in France" PowerPoint | OLM-DSC-0000003858 - OLM-DSC-0000003864 |
| 474 | E-mail(s) | OLM-DSC-0001542048 - OLM-DSC-0001542093 |
| 475 | E-mail(s) | OLM-DSC-0001541926 - OLM-DSC-0001541943 |
| 476 | Slip sheet | OLM-DSC-0001541944 |
| 477 | "Comparison of Local Labeling" | |

Hideki Tagawa – 7/14/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 3000 | Resume of Hideki Tagawa | OLM-DSC-0007679434 through 0007679435 |
| 3001 | Document written in Japanese | OLM-DSC-0007679428 through 0007679430 |
| 3002 | E-mail dated 4/10/14 (in Japanese) | OLM-DSC-0002093849 |
| 3003 | Case Report, "Olmesartan Associated Sprue-Like Enteropathy and Colon Perforation" | |
| 3004 | Medwatch report dated 10/12/15 | OLM-DSI-0004770528-R through 0004770530-R |
| 3005 | E-mail string, top one dated 10/4/13 (in Japanese) | OLM-DSC-0002088468 through 0002088470 |

3

| Ex. No. | Description | Bates No. |
|---|---|---|
| 3006 | Medwatch report dated 10/9/15 | OLM-DSI-0004762221-R through 0004762222-R |
| 3007 | E-mail string dated 1/16/15 (in Japanese) | OLM-DSC-0002624122 |
| 3008 | Slide deck, Daiichi-Sankyo France-Case discussion [no Bates-3 pages] | OLM-DSC-0002624123 |
| 3009 | "No tiff included for this record" | |
| 3010 | E-mail string, top one dated 10/22/13 | OLM-DSC-0001217066 through 000121707 |
| 3011 | Slide deck, Daiichi-Sankyo (in Japanese) | |
| 3012 | "No tiff included for this record." | OLM-DSC-0001217071] |
| 3013 | E-mail string, top one dated 6/7/13 (in Japanese) | OLM-DSC-0000924165 through 0000924170 |
| 3014 | E-mail string, top one dated 4/22/13 (in Japanese) | OLM-DSC-0000097214 through 0000097220 |
| 3015 | E-mail string, top one dated 6/14/13 (in Japanese) | OLM-DSC-0000097715 through 0000097722 |
| 3016 | E-mail string, top one dated 2/28/14 (in Japanese) | OLM-DSC-0000217828 through 0000217832 |
| 3017 | E-mail string, top one dated 10/4/13, with attached Signal Detection Report Olmesartan dated 10/4/13 | OLM-DSC-0001685669 through 0001685714 |
| 3018 | E-mail string, top one dated 6/20/13 (in Japanese) | OLM-DSC-0000113014 through 0000113017 |
| 3019 | CSPV Meeting Minutes (Draft) dated 6/13/13 | OLM-DSI-0002112916 through 0002112920 |

Jeffrey Warmke – 8/23/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---|---|---|
| 3020 | Plaintiffs' Notice of Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | |
| 3021 | Document Witness Brought to Deposition Entitled "ROADMAP Key Players" | |
| 3022 | Document Witness Brought to Deposition Entitled "ROADMAP Timeline" | |
| 3023 | Three Excel Spreadsheets with Budget Information for ROADMAP Witness Brought to | |
| 3024 | Deposition Curriculum Vitae of 31 Jeffrey W. Warmke, Ph.D., | OLM-DSI-0017387609 through OLM-DSI-0017387613 |
| 3025 | 4/7/04 ROADMAP Clinical Trial Protocol, | OLM-DSC-0000230929 through OLM-DSC-0000231014 |

4

| Ex. No. | Description | Bates No. |
|---|---|---|
| 3026 | Plaintiffs' Amended Notice of Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | |
| 3027 | Patient Information for Participation in the Clinical Trial: ROADMAP, | OLM-DSI-0005605932 through OLM-DSI-0005605943 |
| 3028 | ROADMAP Clinical Study Report, | OLM-DSI-0001802066 through OLM-DSI-0001802308 |
| 3029 | 8/26/09 ROADMAP Statistical Analysis Plan, | OLM-DSC-0000365579 through OLM-DSC-0000365649 |
| 3030 | 1/26/10 ROADMAP Statistical Analysis Plan Table of Contents of Tables, Graphs and Listings of the Trial Report, | OLM-DSI-0006344160 through OLM-DSI-0006344244 |
| 3031 | 2011 The New England Journal of Medicine Original Article Titled "Olmesartan for the Delay or Prevention of Microalbuminuria in Type 2 Diabetes" by Haller, et al | |
| 3032 | 2006 Journal of Hypertension Original Article Titled "Preventing microalbuminuria in patients with diabetes: rationale and design of the Randomised Olmesartan and Diabetes Microalbuminuria Prevention (ROADMAP) Study" by Haller, et al | |
| 3033 | Supplementary Appendix: ROADMAP Study, Haller et al | |
| 3034 | 11/09 E-Mail Chain 259 Among Heyrman, Wang, et al, | OLM-DSI-0004565169 through OLM-DSI-0004565175 |
| 3035 | 3/4-3/5/10 E-Mail Chain Among Caspard, Cuprys, et al, | OLM-DSI-0003999681 and OLM-DSI-0003999682 |
| 3036 | 6/11/10 E-Mail from DSI Public Affairs to DaiichiSankyo - Development Division and DaiichiSankyo - Employees Only -Commercial, | OLM-DSI-0003998943 and OLM-DSI-0003998944 |
| 3037 | 6/16/10 "Olmesartan Cardiovascular Safety" White Paper - FDA Regulatory Response, | OLM-DSI-0011644249 through |
| 3038 | 12/10/09 E-Mail Chain Among Chavanu, Jaffe, et al, | OLM-DSI-0008208021 through OLM-DSI-0008208024 |
| 3039 | 12/14/09 E-Mail from Reimitz to Sugiyama, Bailey, et al, | OLM-DSI-0005145559 through OLM-DSI-0005145561 |

5

| Ex. No. | Description | Bates No. |
|---|---|---|
| 3040 | Rough Draft of ROADMAP Manuscript, | OLM-DSI-0005145562-R through OLM-DSI-0005145593. 002-R |
| 3041 | 12/11/09 E-Mail from Heyrman to Wang, et al, | OLM-DSI-0004508313 through |
| 3042 | 12/14-12/15/09 E-Mail Chain Among Beer, Fukuchi, et al, | OLM-DSC-0007996789 |
| 3043 | Draft ROADMAP Manuscript, | OLM-DSC-0007996790 through OLM-DSC-0007996822 |
| 3044 | 2/11 E-Mail Chain Among Chavanu, Nwose, et al, | OLM-DSI-0014167502 through OLM-DSI-0014167504 |
| 3045 | 3/10/11 The New England Journal of Medicine Original Article Titled "Delay in the Development of Microalbuminuria in Patients with Type 2 Diabetes" by Haller, et al, | OLM-DSI-0014167505 through OLM-DSI-0014167515 |
| 3046 | 2/16/11 E-Mail Chain Among Feingold, Laeis, et al, | OLM-DSI-0004987643 through OLM-DSI-0004987647 |
| 3047 | 10/13/15 MedWatch Report for Mfr Report# | SP-2006-003369, OLM-DSI-0004767148- R through OLM-DSI-0004767153- R |
| 3048 | 5/13/16 MedWatch Report for Mfr Report# | DSM-2008-01071, OLM-DSI-0015261736 through OLM-DSI-0015261739 |
| 3049 | Case Report Form from ROADMAP Study for Patient #1706005, | OLM-DSI-0006340318 through OLM-DSI-0006340505 |
| 3050 | 5/13/16 MedWatch Report for Mfr Report# | P-2006-003153, OLM-DSI-0015261100 through OLM-DSI-0015261106 |
| 3051 | Data Clarification Form, | OLM-DSI-0013811016 through OLM-DSI-0013811080 |

Herve Caspard – 4/7/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---|---|---|
| 178A | Curriculum Vitae | OLM-DSI-0012353709 - OLM-DSI-0012353712 |
| 179A | Notice to Take Videotaped Oral Deposition | |
| 180A | Performance Management form dated from 2-2-2009 to 4-1-2010 | OLM-DSI-0001832048 - OLM-DSI-0001832059 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 181A | Performance Evaluation from April 1st, 2010 to March 31st, 2011 | OLM-DSI-0001825247 - OLM-DSI-0001825257 |
| 182A | Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiological Assessment | |
| 183A | Report sent by Daiichi Sankyo to the Food and Drug Administration on January 14th, 2010 | OLM-DSI-0001247409 - OLM-DSI-0001247433 |
| 184A | FDA Drug Safety Communication: FDA approves label changes to include intestinal problems (sprue-like enteropathy) linked to blood pressure medicine olmesartan medoxomil | |
| 185A | Olmesartan and Celiac Disease, Analysis, the FDA Database of Spontaneous Adverse Events | OLM-DSI-0005439763 - OLM-DSI-0005439766 |
| 186A | Email correspondence | OLM-DSI-0006394709 |
| 187A | Email correspondence | OLM-DSI-0003802782 - OLM-DSI-0003802783 |
| 188A | Email correspondence | OLM-DSI-0001941994 - OLM-DSI-0001941997 |
| 189A | Celiac Disease and Olmesartan Medoxomil, Analysis of the Global Safety Database | |
| 190A | Carbonnel | olmesartan-associated enteropathy: Results of a national survey | |
| 191A | Mayo Clinic: Rubio-Tapia | Severe Spruelike Enteropathy Associated With Olmesartan | |
| 192A | Email correspondence | OLM-DSI-0001401248 - OLM-DSI-0001401253 |
| 193A | Email correspondence | OLM-DSI-0005411100 - OLM-DSI-0005411102 |
| 194A | Email correspondence | OLM-DSI-0003629041 - OLM-DSI-0003629043 |
| 195A | Email correspondence | OLM-DSI-0001401451 - OLM-DSI-0001401454 |
| 196A | Email correspondence | OLM-DSI-0001398573 |
| 197A | Email correspondence | OLM-DSI-0006981165 - OLM-DSI-0006981166 |
| 198A | Minutes of Teleconference on Celiac Disease with Olmesartan | OLM-DSI-0001374893 |
| 199 | Email correspondence | OLM-DSI-0001379730 - OLM-DSI-0001379732 |
| 200 | MedWatch 3500A | OLM-DSI-0001095738 - OLM-DSI-0001095739 |
| 201 | MedWatch 3500A | OLM-DSI-0001099545 - OLM-DSI-0001099546 |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 202 | MedWatch 3500A | OLM-DSI-0001095740 - OLM-DSI-0001095741 |
| 203 | Email correspondence | OLM-DSI-0001836541 |
| 204 | MedWatch 3500A | OLM-DSI-0001096116 - OLM-DSI-0001096117 |
| 205 | Email correspondence | OLM-DSI-0001836624 - OLM-DSI-0001836625 |
| 206 | Email correspondence | OLM-DSI-0003626985 |
| 207 | Email correspondence | OLM-DSC-0001432942 - OLM-DSC-0001432944 |
| 208 | MedWatch 3500A | OLM-DSI-0001099841 - OLM-DSI-0001099842 |
| 209 | MedWatch 3500A | OLM-DSI-0001099303 - OLM-DSI-0001099304 |
| 210 | MedWatch 3500A | OLM-DSI-0001099279 - OLM-DSI-0001099280 |
| 211 | MedWatch 3500A | OLM-DSI-0001099297 - OLM-DSI-0001099298 |
| 212 | MedWatch 3500A | OLM-DSI-0004773775 - OLM-DSI-0004773776 |
| 213 | Email correspondence | OLM-DSI-0003803550 |
| 214 | Email correspondence | OLM-DSI-0005402490 - OLM-DSI-0005402491 |
| 215 | Email correspondence | OLM-DSC-0001432289 - OLM-DSC-0001432290 |
| 216 | An Analysis of the Daiichi Sankyo Global Safety Database | OLM-DSI-0001836987 - OLM-DSI-0001837000 |
| 217 | Letter of Nonimmigrant Petition by Daiichi Sankyo re Dr. Herve Caspard | |
| 218 | Mini-Sentinel | Modular Program Report | |

Crawford Parker – 5/25/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 405 | Resume of Crawford Parker, III | OLM-DSI-0012520026 - OLM-DSI-0012520028 |
| 406 | 2011 Year-End Daiichi Sankyo - My Performance Evaluation Form for Crawford Parker | OLM-DSI-0007126741 - OLM-DSI-0007126759 |
| 407 | 2012 Year-End Daiichi Sankyo Pharma Development - Performance Management Template for Crawford Parker | OLM-DSI-0003802683 - OLM-DSI-0003802685 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 408 | FY13 DSPD Annual Review: Crawford Parker | OLM-DSI-0003801646 - OLM-DSI-0003801649 |
| 409 | 7/12 E-Mail Chain Among Li, Suzuki, etc. | OLM-DSC-0000143943 - OLM-DSC-0000143946 |
| 410 | 3/05 Document "Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment" | |
| 411 | Document "Routine Post-marketing Signal Detection for Olmesartan," by Ford Parker, M.D. | OLM-DSI-0005456783 - OLM-DSI-0005456813 |
| 412 | 12/13 Draft "Olmesartan Query Management Draft Team (OQMT), Team Charter Proposal" Power Point | OLM-DSC-0000284359 |
| 413 | 7/13 E-Mail Chain Among Nishiwaki, Feldman, etc. | OLM-DSI-0002079335 - OLM-DSI-0002079340 |
| 414 | 9/28/12 "Olmesartan and Sprue-like Enteropathy" Document | OLM-DSI-0005673972 - OLM-DSI-0005674270 |
| 415 | 2016 Article "Sprue-Like Enteropathy Associated with Olmesartan: A New Kid on the Enteropathy Block" by Hujoel, Rubio-Tapia | |
| 416 | 2014 Short Report "Five cases of sprue-like enteropathy in patients treated by olmesartan" by Theophile, et al | |
| 417 | "1.3.1.1 Summary of Product Characteristics" Document | OLM-DSC-0000162986 - OLM-DSC-0000163008 |
| 418 | 7/3-7/4/13 E-Mail Chain Among Ishida, Wix, etc., with Attachment | OLM-DSC-0000464729 - OLM-DSC-0000464733 |
| 419 | 2011 Original Article "Olmesartan for the Delay or Prevention of Microalbuminuria in Type 2 Diabetes" by Haller, et al | OLM-DSI-0007494901 - OLM-DSI-0007494911 |
| 420 | 5/24/11-5/26/11 E-Mail Chain Among Hoffman, Gormley, etc. | OLM-DSI-0009328198 - OLM-DSI-0009328203 |
| 421 | 2011 Year-End Performance Executive Calibration Summary: CSPV, for Crawford Parker | OLM-DSI-0005456468 - OLM-DSI-0005456470 |
| 422 | 3/11 E-Mail Chain Among Parker, Varas-Lorenzo, etc. | OLM-DSI-0004027980 - OLM-DSI-0004027982 |
| 423 | 3/11 E-Mail Chain Among Wang, Emura, etc. | OLM-DSI-0006070311 - OLM-DSI-0006070315 |
| 424 | 1/17/11 "Olmesartan Post-marketing Requirements, Update on Status" Power Point by Heyrman | OLM-DSI-0004068693 |
| 425 | "Topic 8 Olmesartan Safety Updates, North America" Power Point | OLM-DSC-0000475513 |

9

| Ex. No. | Description | Bates No. |
|---|---|---|
| 426 | 2/8/10 E-Mail from Dosunmu to Feldman Attaching 11/12/09 "Olmesartan, Olmesartan Hydrochlorothiazide and Celiac Disease" Document | OLM-DSI-0001401248 - OLM-DSI-0001401253 |
| 427 | 2015 Original Article "Severe intestinal malabsorption associated with olmesartan: a French nationwide observational cohort study" by Basson, et al | |
| 428 | "Empirica Signal Output" Document | OLM-DSC-0002168966 |
| 429 | 7/12 E-Mail Chain Among Parker, Feldman, etc. | OLM-DSI-0002123913 - OLM-DSI-0002123916 |
| 430 | 2/12/13-2/13/13 E-Mail Chain Among Raval, Parker, etc. | OLM-DSI-0003301840 - OLM-DSI-0003301844 |
| 431 | "12/17/09 Olmesartan and Celiac Disease, Analysis The FDA Database of Spontaneous Adverse Events," | OLM-DSI-0005439763 - OLM-DSI-0005439766 |
| 432 | 12/16/09 E-Mail from Caspard to Feldman | OLM-DSI-0006394709 |
| 433 | 1/10 E-Mail Chain Among Caspard, Feldman, etc. | OLM-DSI-0005411100 - OLM-DSI-0005411102 |
| 434 | 5/13 E-Mail Chain Among Smith, Patel, etc. | OLM-DSI-0002106078 - OLM-DSI-0002106082 |
| 435 | 2012 "Severe Spruelike Enteropathy Associated With Olmesartan" Original Article by Rubio-Tapia, et al | |
| 436 | 2012 E-Mail Chain Among Parker, Murray, etc. | OLM-DSI-0005576187 - OLM-DSI-0005576188 |
| 437 | 2012 E-Mail Chain Among Arunachalam, Nwose, etc. | OLM-DSI-0003380866 - OLM-DSI-0003380870 |
| 438 | 11/29/10 Adverse Event Form with Initial Reporter Being Dr. Joseph Murray | OLM-DSI-0002231343 - OLM-DSI-0002231346 |
| 439 | 12/4/14 MedWatch Form | OLM-DSI-0001096152-R - OLM-DSI-0001096153-R |
| 440 | 6/8/10 E-Mail Chain Among Caspard, Feldman, etc. | OLM-DSI-0001836624 - OLM-DSI-0001836625 |
| 441 | 2010 "Gluten-Free Diet and Steroid Treatment Are Effective Therapy for Most Patients With Collagenous Sprue" Original Article by Rubio-Tapia, et al | OLM-DSI-0002078229 - OLM-DSI-0002078237 |
| 442 | 6/25/12 E-Mail Chain Among Stellmacher, Parker, etc. | OLM-DSI-0002122957 - OLM-DSI-0002122962 |
| 443 | 6/21-6/22/12 E-Mail Chain Among Nagendran, Nwose, etc. | OLM-DSI-0002385642 - OLM-DSI-0002385649 |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 444 | 6/12 E-Mail Chain Among Nishiwaki, Feldman, etc. | OLM-DSI-0009688591 - OLM-DSI-0009688597 |
| 445 | 11/15/12 E-Mail Chain Among Beckman, Parker, etc. | OLM-DSI-0002127195 - OLM-DSI-0002127197 |
| 446 | 2012-2013 E-Mail Chain Among Parker, DSI Meetings, etc. | OLM-DSI-0009638554 - OLM-DSI-0009638559 |
| 447 | "Update: Olmesartan & Sprue-like Enteropathy" Document by Ford Parker, M.D. | OLM-DSC-0000007891 - OLM-DSC-0000007902 |
| 448 | 2013 "Villous Atrophy and Negative Celiac Serology: A Diagnostic and Therapeutic Dilemma" Article by DeGaetani, et al | |
| 449 | Mini-Sentinel Modular Program Report | OLM-DSI-0002112228 - OLM-DSI-0002112271 |
| 450 | 7/3/13 FDA Drug Safety Communication: "FDA approves label changes to include intestinal problems (sprue-like enteropathy) linked to blood pressure medicine olmesartan medoxomil" | |
| 451 | Donald J. Hinman curriculum vitae | OLM-DSC-0004041803 - OLM-DSC-0004041804 |
| 452 | E-mail(s) | OLM-DSC-0000143986 - OLM-DSC-0000143988 |
| 453 | E-mail(s) | OLM-DSC-0000143996 - OLM-DSC-0000143998 |
| 454 | E-mail(s) | OLM-DSC-0003533036 - OLM-DSC-0003533042 |
| 455 | E-mail(s) | OLM-DSC-0000504080 - OLM-DSC-0000504084 |
| 456 | E-mail(s) | OLM-DSC-0000357715 - OLM-DSC-0000357717 |
| 457 | E-mail(s) | OLM-DSC-0000504291 - OLM-DSC-0000504294 |
| 458 | E-mail(s) | OLM-DSC-0000136640 - OLM-DSC-0000136643 |
| 459 | E-mail(s) | OLM-DSC-0000136639 |
| 460 | Draft letter from Professor Haller to Mayo Clinic Proceedings | OLM-DSC-0000136644 - OLM-DSC-0000136645 |
| 461 | "Olmesartan and Intestinal Adverse Effects in the ROADMAP Study," Mayo Clinic Proceedings | |

Tina Ho (Volume I) – 3/23/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 80 | Curriculum Vitae of Tina Ho, Pharm.D. | |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 81 | Clinical Safety and Pharmacovigilance Organizational Chart | OLM-DSI-0003484145 |
| 82 | Pharmacovigilance Organizational Chart | OLM-DSI-0003484146 |
| 83 | Risk Management Organizational Chart | OLM-DSI-0003481764 |
| 84 | SPhD-SPRI Performance Evaluation - 2005 for Tina Ho, Pharm.D. | OLM-DSI-0007276272 thru OLM-DSI-0007276287 |
| 85 | "Outstanding Nomination - Tina Ho, Director, Risk Management" Document | OLM-DSI-0006391227 abd OLM-DSI-0006391228 |
| 86 | 4/21/14 Adverse Event Reporting for Marketed Products Policy | OLM-DSI-0005604784 and OLM-DSI-0005604792 |
| 87 | Administrative Policy for Adverse Event Reporting for Marketed Products | OLM-DSI-0006970561 thru OLM-DSI-0006970569 |
| 88 | 10/20/10 Administrative Policy for Adverse Event Reporting for Marketed Products | OLM-DSI-0006983837 thru OLM-DSI-0006983844 |
| 89 | 6/25/10 SOP 502 Review Assessment and Reporting of AE from Non Study Sources | OLM-DSI-0005604869 thru OLM-DSI-0005604878 |
| 90 | SOP 502 Version 2 Receipt, Assessment, and Reporting of Adverse Events from Non-Clinical Study Sources | OLM-DSI-0006506919 thru OLM-DSI-0006506930 |
| 91 | SOP 502.3 Receipt, Assessment, and Reporting of Adverse Events from Non-Clinical Study Sources | OLM-DSI-0009160396 thru OLM-DSI-0009160407 |
| 92 | SOP 502/3 Receipt, Assessment, and Reporting of Adverse Events from Non-Clinical Study Sources | OLM-DSI-0009155586 thru OLM-DSI-0009155597 |
| 93 | SOP 502.3 Receipt, Assessment, and Reporting of Adverse Events from Non-Clinical Study Sources | OLM-DSI-0009162603 thru OLM-DSI-0009162614 |
| 94 | SOP 502.4 Receipt, Assessment & Reporting of Aes from Non-Study Sources | OLM-DSI-0001599002 thru OLM-DSI-0001599014 |
| 95 | SOP 502.5 Receipt, Assessment & Reporting of Aes from Non-Study Sources | OLM-DSI-0007277363 thru OLM-DSI-0007277376 |
| 96 | SOP 502.6 Receipt, Assessment and Reporting of Adverse Events from Non-Study Sources | OLM-DSI-0004862781 thru OLM-DSI-0004862796 |
| 97 | SOP 502.7 Receipt, Assessment and Reporting of Adverse Events from Non-Study Sources | OLM-DSI-0006556491 thru OLM-DSI-0006556500 |
| 98 | SOP 502.8 Receipt, Assessment and Reporting of Adverse Events from Non-Study Sources | OLM-DSI-0007100646 thru OLM-DSI-0007100656 |
| 99 | Seven-Page Document of 21 CFR 314.80 | |
| 100 | Guidance for Industry, Postmarketing Safety Reporting for Human Drug and Biological Products Including Vaccines, Draft Guidance | OLM-DSI-0005604235 thru OLM-DSI-0005604284 |
| 101 | 11/1/10 SOP 003, Version 2.0, Operation of Clinical Safety & Pharmacovigilance Unit | OLM-DSI-0001836060 thru OLM-DSI-0001836067 |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 102 | 4/15/12 SOP 003, Version 2.0, Operation of Clinical Safety & Pharmacovigilance Unit | OLM-DSI-0002077416 thru OLM-DSI-0002077424 |
| 103 | 4/15/14 SOP 003, Version 3, Operation of Clinical Safety & Pharmacovigilance Unit | OLM-DSI-0002077993 thru OLM-DSI-0002078000 |
| 104 | 1/24/14 SOP 517 Safety Signal Detection from Spontaneous Adverse Events Reports | OLM-DSI-0005604896 thru OLM-DSI-0005604902 |
| 105 | 12/16/09 SOP 503 Examining Safety Data for Marketed Products | OLM-DSI-0005604890 thru OLM-DSI-0005604895 |
| 106 | Lawyer-Created Document Entitled "SOP 517 - Safety Signal Assessment" | |
| 107 | 12/16/09 SOP 517 Safety Signal Detection from Spontaneous Adverse Events Reports | OLM-DSI-0005604813 thru OLM-DSI-0005604821 |
| 108 | 8/22/11 SOP 517 Safety Signal Detection from Spontaneous Adverse Events Reports | OLM-DSI-0007100734 thru OLM-DSI-0007100742 |
| 109 | 4/1/07 RM-SOI-009 Postmarketing Signal Detection | OLM-DSI-0001388169 thru OLM-DSI-0001388177 |
| 110 | 4/1/07 RM-SOI-009 Postmarketing Signal Detection (Signed Version) | OLM-DSI-0006387860 thru OLM-DSI-0006387875 |
| 111 | 3/05 "Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment" | |
| 112 | 12/1/08 RM-SOI-009 Signal Detection for Marketed and Investigative Products | OLM-DSI-0005605158 thru OLM-DSI-0005605170 |
| 113 | 6/18/09-6/19/09 E-Mail Chain Among Ho, Feldman, etc. | OLM-DSI-0003629214 and OLM-DSI-0003629215 |
| 114 | 6/18/09 and 6/29/09 E-Mail Chain Among Ho, Dosunmu, etc. | OLM-DSI-0001363021 thru OLM-DSI-0001363023 |
| 115 | 6/18/09 and 6/19/09 E-Mail Chain Among Fukuma, Ho, etc. | OLM-DSI-0001814228 and OLM-DSI-0001814229 |
| 116 | 6/09 and 7/09 E-Mail Chain Among Ho, Dosunmu, etc. | OLM-DSI-0006939361 thru OLM-DSI-0006939364 |
| 117 | 11/23/09 and 11/24/09 E-Mail Chain Among Feldman, Ho, etc. | OLM-DSI-0001290417 and OLM-DSI-0001290418 |
| 118 | 11/24/09 and 11/25/09 E-Mail Chain Among Fukuma, Ho, etc. | OLM-DSI-0001806748 thru OLM-DSI-0001806750 |
| 119 | 11/25/09 E-Mail Chain Among Fukuma, Ho, Feldman | OLM-DSI-0003627093 and OLM-DSI-0003627094 |
| 120 | 2/8/10 E-Mail from Dosunmu to Feldman | OLM-DSI-0001401248 |
| 121 | 11/12/09 "Olmesartan, Olmesartan Hydrochlorothiazide and Celiac Disease" | OLM-DSI-0001401249 thru OLM-DSI-0001401253 |
| 122 | 1/14/10 Letter from Feldman to Stockbridge Enclosing Safety Analysis Report | OLM-DSI-0001247409 thru OLM-DSI-0001247541 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 123 | Draft 1/13/10 "Celiac Disease and Olmesartan Medoxomil, An Analysis of the Daiichi Sankyo Global Safety Database," | OLM-DSI-0001829434 thru OLM-DSI-0001829456 |
| 124 | MedWatch Report SU-2004-002374 | OLM-DSI-0001099814 and OLM-DSI-0001099815 |
| 125 | MedWatch Report DSU-2007-00520 | OLM-DSI-0004769891 thru OLM-DSI-0004769892 |
| 126 | MedWatch Report SU-2006-004503 | OLM-DSI-0001099862 and OLM-DSI-0001099863 |
| 127 | MedWatch Report SU-2005-004130 | OLM-DSI-0004773864 and OLM-DSI-0004773865 |
| 128 | MedWatch Report SU-2005-003579 | OLM-DSI-0004773775 and OLM-DSI-0004773776 |
| 129 | 7/19/05 Post Marketing Safety Adverse Event Contact Log and MedWatch Report SU-2005-003790 | OLM-DSI-0011876006 and OLM-DSI-0011876014 |
| 130 | 9/21/05 E-Mail from Robinson to Risk Management, Attaching CIOMS Reports | OLM-DSI-0011816015 thru OLM-DSI-0011816036 |
| 131 | 4/1/07 RM-SOI-007 Global Quality Control of MedDRA Term Selection | OLM-DSI-0005605119 thru OLM-DSI-0005605133 |
| 132 | 4/1/07 RM-SOI-006 MedDRA Coding Guideline | OLM-DSI-0005605171 thru OLM-DSI-0005605198 |
| 133 | 2/25/14 E-Mail Chain Among Nishiwaki, Kaku, Ho, etc. | OLM-DSI-0000098242 thru OLM-DSI-0000098249 |
| 134 | 4/29/14 Memo from Parker, Stellmacher, Tagawa to DSJ CSPV, DSPD CSPV, DSE CSPV | OLM-DSI-0002152495 thru OLM-DSI-0002152497 |
| 135 | 11/8/10 "Analysis of Reactions Related to Diarrhea and Oedema Peripheral for Olmesartan Medoxomil and Its Combinational Products," | OLM-DSI-0001803871 thru OLM-DSI-0001803877 |

Tina Ho (Volume II) – 11/15/16 Deposition Transcript and Exhibits

| Ex. No. | Description | Bates No. |
|---|---|---|
| 730 | Daiichi-Sankyo Performance Management Form Senior Leader 4/1/09-3/31/10 | OLM-DSI-0023776682 through 0023776697 |
| 731 | Risk Management Plan for Olmesartan medoxomil/ Hydrochlorothiazide | OLM-DSI-0002133737 through 0002133818 |
| 732 | E-mail dated 6/26/12 | OLM-DSI-0002123003 |
| 733 | RM-SOI-015 Clinical Case Processing effective 6/25/10, Version 2.0 | OLM-DSI-0005605486 through 0005605507 |
| 734 | CSPV-SOI-015 Clinical Case Processing effective 3/28/11, Version 2.0 | OLM-DSI-0005605199 through 0005605227 |
| 735 | CSPV-SOI-015 Clinical Case Processing effective 9/18/14, Version 10.0 | OLM-DSI-0005605249 through 0005605276 |

| | | |
|---|---|---|
| 736 | Safety Signal Detection for Marketed Products Effective From: 9/1/10 | OLM-DSI-0004945245 through 0004945269 |
| 737 | Safety Signal Detection for Marketed Products Effective From: 4/15/14 | OLM-DSI-0004945488 through 0004945510 |
| 738 | Safety Signal Detection for Marketed Products Effective From: 5/1/16 | OLM-DSI-0004945451 through 0004945473 |
| 739 | CSPV-SOI-025 Legal Case Processing effective 6/4/15, Version 1.0 | OLM-DSI-0015239019 through 0015239027 |
| 740 | CSPV-SOI-025 Legal Case Processing effective 11/19/15, Version 2.0 | OLM-DSI-0015238865 through 0015238873 |
| 741 | E-mail dated 8/4/06 | OLM-DSI-0006945094 |
| 742 | Attachment G, Radar Chart | OLM-DSI-0006945102 |
| 743 | Daiichi Sankyo Safety Assessment As-Is Report Prepared by Taratec Development Corporation, Issued on 08 September 2006 | OLM-DSI-0007878161 through 0007878204 |
| 744 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective from 4/1/07, Version 1.0 | OLM-DSI-0007160734 through  0007160751 |
| 745 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 8/1/08, Version 2.0 | OLM-DSI-0004791523 through 0004791533 |
| 746 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 4/1/09, Version 3.0 | OLM-DSI-0004945409 through 0004945425 |
| 747 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 1/1/10, Version 4.0 | OLM-DSI-0003210944 through 0003210969 |
| 748 | Receipt, Assessment, and Reportingof Adverse Events from Non-Study Sources Effective From 8/1/10, Version 5.0 | OLM-DSI-0005605057 through 0005605081 |
| 749 | MedWatch report dated 10/10/15 | OLM-DSI-0004775145-R through 0004775146-R |
| 750 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 4/1/07, Version 1.0 | OLM-DSI-0004945691 through 0004945708 |
| 751 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 4/1/08, Version 2.0 | OLM-DSI-0004945651 through 0004945667 |
| 752 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 4/1/09, Version 3.0 | OLM-DSI-0004945634 through 0004945650 |
| 753 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 1/1/10, Version 4.0 | OLM-DSI-0004945665 through 0004945690 |

| 754 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 8/1/10, Version 5.0 | OLM-DSI-0005605134 through 0005605157 |
| 755 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 4/15/12, Version 6.0 | OLM-DSI-0006030971 through 0006030998 |
| 756 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 3/10/14, Version 8.0 | OLM-DSI-0004945709 through 0004945736 |
| 757 | Receipt, Assessment, and Reporting of Adverse Events from Non-Study Sources Effective From 4/15/12, Version 6.0 | OLM-DSI-0005605037 through 0005605056 |
| 758 | E-mail dated 10/31/08 | OLM-DSI-0006880033 |
| 759 | No tiff included for this record | OLM-DSC-0007530295 |
| 760 | Slide deck, "Causality assessment in Daiichi-Sankyo Group" | |
| 761 | Minutes of Global Risk Management Committee Meeting, dated 4/2/09 Final | OLM-DSC-0002475873 through 0002475878 |

## MedWatch Reports

| Deposition Exhibits No. | Bates Start No. | Manufacturer Report No |
|---|---|---|
| 343 | OLM-DSI-0004773536 | SU-2003-001787 |
| 124 | OLM-DSI-0001099814 | SU-2004-002374 |
| 0128; 0212 | OLM-DSI-0004773775 | SU-2005-003579 |
| 0210; 0211 | OLM-DSI-0001099279 | SU-2005-003760 |
| 208 | OLM-DSI-0001099841 | SU-2005-003790 |
| 0130, 0356, 0211 | OLM-DSI-0011876015 | SU-2005-004027 |
| 127 | OLM-DSI-0004773864 | SU-2005-004130 |
| 209 | OLM-DSI-0001099303 | SU-2005-004130 |
| 344 | OLM-DSI-0001099317 | SU-2006-004486 |
| 126 | OLM-DSI-0001099862 | SU-2006-004503 |
| 280 | OLM-DSC-0002017070 | SU-2006-005001 |
| 3050 | OLM-DSI-0015261100 | SP-2006-003153 |
| 0369; 0394 | OLM-DSI-0011876187 | SU-2006-005527(1) |
| 749 | OLM-DSI-0004775145 | SP-2006-003299 |
| 345 | OLM-DSI-0001099361 | SU-2006-005596 |
| 347 | OLM-DSI-0004774183 | SU-2007-005968 |
| 125 | OLM-DSI-0004769891 | DSU-2007-00520 |
| 346 | OLM-DSI-0001095941 | DSU-2007-00766 |
| 35 | OLM-DSI-0001820671 | DSU-2008-01458(0) |
| 3048 | OLM-DSI-0015261736 | DSM-2008-01071 |
| 372 | OLM-DSC-0002195234 | DSM-2009-00672(0) |
| 370 | OLM-DSI-0005402816 | DSM-2009-00694(0) |

| Deposition Exhibits No. | Bates Start No. | Manufacturer Report No |
|---|---|---|
| 229 | OLM-DSI-0001096067 | DSU-2009-01133 |
| 375 | OLM-DSI-0001815926 | DSU-2009-01133(0) |
| 554 | OLM-DSC-0002183749 | DSM-2009-00694(2) |
| 379 | OLM-DSI-0004802898 | DSU-2009-01489(0) |
| 3047 | OLM-DSI-0004767148 | SP-2006-003369 |
| 200 | OLM-DSI-0001095738 | DSU-2010-00011 |
| 201 | OLM-DSI-0001099545 | DSU-2010-00207 |
| 202 | OLM-DSI-0001095740 | DSU-2010-00485 |
| 204 | OLM-DSI-0001096116 | DSU-2010-01914 |
| 0686 | OLM-DSI-0015224975 | DSU-2010-02503(0) |
| 0360; 0438 | OLM-DSI-0002231343 | DSU-2010-06561 |
| 0361; 0439 | OLM-DSI-0001096152 | DSU-2010-06561 |
| 609 | OLM-DSI-0004759443 | DSJ-2011-02252 |
| 607 | OLM-DSI-0004759728 | DSJ-2012-11750 |
| 604 | OLM-DSI-0004759751 | DSJ-2012-14868 |
| 605 | OLM-DSI-0004759801 | DSJ-2012-21068 |
| 386 | OLM-DSI-0001097108 | DSJ-2012-21068 |
| 3006 | OLM-DSI-0004762221 | DSU-2013-04684 |
| 3004 | OLM-DSI-0004770528 | SU-2014-100300 |
| 463 | OLM-DSC-0001402448 | DSU-2008-01458 |
| 500 | OLM-DSI-0003711099 | DSU-2009-01026 (0) |
| | OLM-DSI-0004754590 | DSM-2009-00204 |
| | OLM-DSI-0004755871 | DSM-2008-00111 |
| | OLM-DSI-0004755884 | DSM-2008-00239 |
| | OLM-DSI-0004755891 | DSM-2008-00300 |
| | OLM-DSI-0004755968 | DSM-2009-00451 |
| | OLM-DSI-0004755970 | DSM-2009-00482 |
| | OLM-DSI-0004755985 | DSM-2009-00694 |
| | OLM-DSI-0004756038 | DSM-2009-01869 |
| | OLM-DSI-0004756139 | DSM-2010-01260 |
| | OLM-DSI-0004756141 | DSM-2010-01269 |
| | OLM-DSI-0004756222 | DSM-2011-00109 |
| | OLM-DSI-0004756250 | DSM-2011-00236 |
| | OLM-DSI-0004756325 | DSM-2011-00846 |
| | OLM-DSI-0004758839 | DSJ-2007-05652 |
| | OLM-DSI-0004759741 | DSJ-2012-13566 |
| | OLM-DSI-0004761289 | DSU-2012-01841 |
| | OLM-DSI-0004761329 | DSU-2012-02939 |
| | OLM-DSI-0004761499 | DSU-2012-05283 |
| | OLM-DSI-0004761510 | DSU-2012-05368 |
| | OLM-DSI-0004761537 | DSU-2012-05969 |
| | OLM-DSI-0004761613 | DSU-2012-07932 |
| | OLM-DSI-0004761675 | DSU-2012-09190 |
| | OLM-DSI-0004762439 | DSU-2008-02107 |
| | OLM-DSI-0004762485 | DSU-2009-00162 |

17

| Deposition Exhibits No. | Bates Start No. | Manufacturer Report No |
|---|---|---|
| | OLM-DSI-0004762509 | DSU-2009-00531 |
| | OLM-DSI-0004762599 | DSU-2009-01026 |
| | OLM-DSI-0004762639 | DSU-2009-01282 |
| | OLM-DSI-0004762673 | DSU-2009-01835 |
| | OLM-DSI-0004762684 | DSU-2009-01963 |
| | OLM-DSI-0004762713 | DSU-2009-02204 |
| | OLM-DSI-0004762724 | DSU-2009-02266 |
| | OLM-DSI-0004762775 | DSU-2010-00207 |
| | OLM-DSI-0004762891 | DSU-2010-01718 |
| | OLM-DSI-0004762904 | DSU-2010-01914 |
| | OLM-DSI-0004762937 | DSU-2010-02706 |
| | OLM-DSI-0004762993 | DSU-2010-03745 |
| | OLM-DSI-0004763045 | DSU-2010-04766 |
| | OLM-DSI-0004763062 | DSU-2010-04862 |
| | OLM-DSI-0004763214 | DSU-2011-01068 |
| | OLM-DSI-0004763243 | DSU-2011-01739 |
| | OLM-DSI-0004764097 | DSM-2008-00607 |
| | OLM-DSI-0004767148 | SP-2006-003369 |
| | OLM-DSI-0004769102 | DSM-2011-01329 |
| | OLM-DSI-0004769172 | DSM-2012-00455 |
| | OLM-DSI-0004769202 | DSM-2012-00571 |
| | OLM-DSI-0004769206 | DSM-2012-00581 |
| | OLM-DSI-0004769276 | DSM-2012-01055 |
| | OLM-DSI-0004769889 | DSU-2007-00519 |
| | OLM-DSI-0004772009 | DSU-2007-00076 |
| | OLM-DSI-0004772077 | DSU-2008-01355 |
| | OLM-DSI-0004772105 | DSU-2008-02020 |
| | OLM-DSI-0004772337 | DSU-2012-07482 |
| | OLM-DSI-0004772357 | DSU-2012-08571 |
| | OLM-DSI-0004772363 | DSU-2012-09732 |
| | OLM-DSI-0004773653 | SU-2004-002638 |
| | OLM-DSI-0004773852 | SU-2005-004027 |
| | OLM-DSI-0004774010 | SU-2006-005001 |
| | OLM-DSI-0004774046 | SU-2006-005321 |
| | OLM-DSI-0004774074 | SU-2006-005527 |
| | OLM-DSI-0004774082 | SU-2006-005596 |
| | OLM-DSI-0004774183 | SU-2007-005968 |
| | OLM-DSI-0004775145 | SP-2006-003299 |

**Documents**

OLM-DSI-0003109270 - Exhibit 33 (Diarrhea Report)

Olm-dsi-0003301998 – Exhibit 45 (SLE Report)

OLM-DSI-001401249 – Exhibit 121 (Dosunmu Report)

18

OLM-DSI-0001247409 – Exhibit 122 (Celiac Report)

**Medical Literature**

1. Abdelghany M, Gonzalez L 3rd, Slater J and Begley C. *Olmesartan associated sprue-like enteropathy and colon perforation*. Case Rep Gastrointest Med. 2014;2014:494098. Epub 2014 Mar 4.

2. Abu Daya H, Lebwohl B, Lewis SK, Green PH. *Celiac disease patients presenting with anemia have more severe disease than those presenting with diarrhea.* Clin Gastroenterol Hepatol. 2013 Nov;11(11):1472-7.

3. Basson M, Mezzarobba M, Weill A. Ricordeau P, Allemand H, Alla F and Carbonnel F. *Severe intestinal malabsorption associated with olmesartan: a French nationwide observational cohort study.* Gut. 2016 Oct;65(10):1664-9. Epub 2015 Aug 6.

4. Burbure, et al. Olmesartan-associated sprue-like enteropathy; a systematic review with emphasis on histopathology. Human Pathology (2016) 50, 127-134.

5. DeGaetani M, Tennyson CA, Lebwohl B, Lewis SK, Abu Daya H, Arguelles-Grande C, Bhagat G and Greene PH. *Villous Atrophy and Negative Celiac Serology: A Diagnostic and Therapeutic Dilemma.* Am J Gastroenterol. 2013 May;108(5):637-53.

6. Dreifuss SE1, Tomizawa Y, Farber NJ, Davison JM, Sohnen AE. *Sprueike enteropathy associated with olmesartan: an unusual case of severe diarrhea.* Case Rep Gastrointest Med. 2013;2013:618071..

7. García-Cortés M1, Lucena MI, Pachkoria K, Borraz Y, Hidalgo R, Andrade RJ; Spanish Group for the Study of Drug-induced Liver Disease (grupo de Estudio para las Hepatopatías Asociadas a Medicamentos, Geham). *Evaluation of naranjo adverse drug reactions probability scale in causality assessment of drug-induced liver injury.* Aliment Pharmacol Ther. 2008 May;27(9):780-9.

8. Greywoode, et al. Olmesartan, Other Antihypertensives, and Chronic Diarrhea Among Patients Undergoing Endoscopic Procedures: A Case-Control Study. Mayo Clin Proc. September 2014;89(9):1239-1243.

9. Haller H, Ito S, Izzo JL Jr, Januszewicz A, Katayama S, Menne J, Mimran A, Rabelink TJ, Ritz E, Ruilope LM, Rump LC, Viberti G; *ROADMAP Trial Investigators. Olmesartan for the delay or prevention of microalbuminuria in type 2 diabetes.* N Engl J Med. 2011 Mar 10;364(10):907-17.

10. Ianiro G1, Bibbò S, Montalto M, Ricci R, Gasbarrini A, Cammarota G. *Systematic review: Sprue-like enteropathy associated with olmesartan.* Aliment Pharmacol Ther. 2014 Jul;40(1):16-23.

19

11. Lagana SM, Braunstein ED, Arguelles-Grande C, Green PH and Lebwohl B. *Sprue-like histology in patients with abdominal pain taking olmesartan compared with other angiotensin receptor blockers.* J Clin Pathol. 2015 Jan;68(1):29-32. Epub 2014 Oct 23.

12. Lebwohl, B., Ludvigsson, J.F. Editorial: Sprue-like Enteropathy Due to Olmesartan and Other Angiotensin Receptor Blockers – The Plot Thickens. Aliment Pharmacol Ther 2014; 40:1241-1249.

13. Lebwohl, et al. Sex and racial disparities in duodenal biopsy to evaluate for celiac disease. Gastrointest Endosc 2012;76:779-85.

14. Malamut G, et al. *IL-15 triggers an antiapoptotic pathway in human intraepithelial lymphocytes that is a potential new target in celiac disease-associated inflammation and lymphomagenesis.* J Clin Invest. 2010 Jun;120(6):2131-43.

15. Marietta EV, Cartee A, Rishi A and Murray JA. *Drug-Induced Enteropathy.* Dig Dis. 2015;33(2):215-20. Epub 2015 Apr 22.

16. Marietta EV, Nadeau AM, Cartee AK, Singh I, Rishi A, Choung RS, Wu TT, Rubio-Tapia A and Murray JA. *Immunopathogenesis of olmesartan-associated enteropathy.* Aliment Pharmacol Ther. 2015 Dec;42(11):1303-14.

17. Mårild K, Lebwohl B, Green PH, Murray JA, Ludvigsson JF. *Blockers of Angiotensin Other Than Olmesartan in Patients With Villous Atrophy: A Nationwide Case-Control Study.* Mayo Clin Proc. 2015 Jun;90(6):730-7.

18. Marthey L, Cadiot G, Seksik P and Pouderoux P. *Olmesartan-associated enteropathy: results of a national survey.* Aliment Pharmacol Ther. 2014 Nov;40(9):1103-9. Epub 2014 Sep 9.

19. Menne, Haller. *Olmesartan and Intestinal Adverse Effects in the ROADMAP Study.* Mayo Clin Proc. December 2012;87(12):1230-1232.

20. Rishi A1, Garland K. *Unusual Severe Side Effect of a Commonly Used Drug.* J Clin Hypertens (Greenwich). 2016 Apr;18(4):363

21. Rubio-Tapia A, Herman ML, Ludvigsson JF, Kelly DG, Mangan TF, Wu TT and Murray, JA. *Severe Spruelike Enteropathy Associated With Olmesartan.* Mayo Clin Proc. 2012 Aug;87(8):732-8. Epub 2012 Jun 22.

22. Rubio-Tapia A, Talley NJ, Gurudu NJ, Wu TT and Murray JA. *Gluten-Free Diet and Steroid Treatment Are Effective Therapy for Most Patients with Collagenous Sprue.* Clin Gastroenterol Hepatol. 2010 Apr;8(4):344-9.

23. Rubio-Tapia A1, Ludvigsson JF, Brantner TL, Murray JA, Everhart JE. *The prevalence of celiac disease in the United States.* Am J Gastroenterol. 2012 Oct;107(10):1538-44; quiz 1537, 1545.

24. Schiepatti A, Biagi F, et al. *Olmesartan-associated enteropathy: new insights into natural history? Report of two cases.* Scand J Gastroenterol. 2016;51(2):152-6. Online ahead of print 2015 Aug 20.

25. Shah S1, Akbari M1, Vanga R2, Kelly CP2, Hansen J2, Theethira T2, Tariq S2, Dennis M2, Leffler DA2. *Patient perception of treatment burden is high in celiac disease compared with other common conditions.* Am J Gastroenterol. 2014 Sep;109(9):1304-11.

26. Stanich PP1, Yearsley M, Meyer MM. *Olmesartan-associated sprue-like enteropathy.* J Clin Gastroenterol. 2013 Nov-Dec;47(10):894-5.

27. Strom B, Kimmel S, Hennessey S. Textbook of Pharmacoepidemiology 2nd edition p23.

28. Talbot GH. *Small bowel histopathologic findings suggestive of celiac disease in an asymptomatic patient receiving olmesartan.* Mayo Clin Proc. 2012 Dec;87(12):1231-2; author reply 1232.

29. Talley NJ. *Use of olmesartan for ≥ 1 year was associated with hospitalization for intestinal malabsorption.* Ann Intern Med. 2015 Dec 15;163(12):JC13.

**Expert Reports**

Stephen M. Lagana, MD

- General Report