## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2606** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. ROBERT B. KUGLER**<br><br>**CIVIL NO. 15-2606 (RBK)(JS)** |

### PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE THE TESTIMONY OF MARIANNE C. MANN

To: Susan M. Sharko, Esq.
**DRINKER BIDDLE**
600 Campus Drive
Florham Park, New Jersey 07932-1047
*Counsel for Defendant*

**COUNSEL:**

    **PLEASE TAKE NOTICE** that on May 15, 2017, at 9:30 a.m., or at such other date and time as the Court may direct, Plaintiffs through its undersigned counsel, will move before the Honorable Robert B. Kugler, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order to preclude the testimony of Marianne C. Mann, M.D.

    **PLEASE TAKE FURTHER NOTICE** that moving Plaintiffs will rely on the accompanying brief, submitted herewith.

    **PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

    **PLEASE TAKE FURTHER NOTICE** that moving Plaintiffs respectfully request oral argument.

Respectfully,

PLAINTIFFS' CO-LEAD COUNSEL


By:_____/s/Adam M. Slater_____
ADAM M. SLATER
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
973-228-9898
Fax: 973-228-0303
aslater@mskf.net