## MAZIE SLATER KATZ & FREEMAN, LLC
COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

David A. Mazie*†
Adam M. Slater*°
Eric D. Katz*†°
David M. Freeman
Beth G. Baldinger°
Matthew R. Mendelsohn°

Karen G. Kelsen°
David M. Estes
Adam M. Epstein°
James Harry Olivero°

°Member of N.J. & N.Y. Bars

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

†Certified as a Civil Trial Specialist
by the National Board of
Trial Advocacy

March 31, 2017

**_VIA ECF and LAWYERS SERVICE_**
Honorable Robert B. Kugler
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

   Re: In re: Benicar (Olmesartan) Products Liability Litigation
      Civil Action No. 15-2606 (RBK/JS)

Dear Judge Kugler:

  Enclosed please find courtesy copies of the following documents:

(1) Notice of Motion to Exclude the Testimony of Jerrold Turner, M.D., with Certificate of Service;

(2) Certification of Adam M. Slater in Support of Motion to Exclude Testimony of Jerrold Turner, M.D.;

(3) Plaintiffs' Brief in Support of Daubert Motion to Preclude Opinions of Defense Expert Jerrold Turner, M.D.

Honorable Robert B. Kugler
United States District Court
March 31, 2017
Page 2

Respectfully,

ADAM M. SLATER

AMS/lat
cc: Michael Zogby, Esq. (via email w/o enc.)
    Susan Sharko, Esq. (via email w/o enc.)
    Jessica Brennan, Esq. (via email w/o enc.)
    Chris Coffin, Esq. (via email w/o enc.)
    All Counsel (via ECF)