# EXHIBIT 1

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 218

1 patients."
2      Do you see that?
3      A.  Yes.
4      Q.  Calling this a clinical entity means
5 it exists, correct?
6      A.  I think I've agreed that there is this
7 existence of an association in a small number of
8 cases.  You keep asking me to equate that with
9 cause, and you can't do that.
10      MR. SLATER:  Move to strike from "you"
11 forward.
12      Q.  This section states in part after what
13 I just read, "Patients' symptoms were severe,
14 usual, and unexplained after extensive
15 evaluation.  In such circumstances, it is
16 important to consider medication side effect in
17 the differential diagnosis regardless of how
18 distant time of initiation of medication to the
19 onset of symptoms and how removed the
20 constellation of symptoms may be from the
21 primary pathway being targeted."
22      Do you agree with that statement?
23      A.  As a generalization, sure.
24      Q.  "Other medications such as

Page 219

1 fenfluramine, phentermine, and bisphosphonates
2 have been found to have serious side effects
3 months to years after starting therapy and
4 affecting organs distant from the site of
5 target."  And then it talks about a New England
6 Journal of Medicine publication on that issue,
7 correct?
8      A.  Correct.
9      Q.  And then at the bottom of that
10 paragraph it says, "OAE, like the above
11 historical examples, highlights the importance
12 of considering medication side effects in
13 patients with unusual symptoms and unrevealing
14 diagnostic evaluations."
15      Do you see where I just read?
16      A.  Yes.
17      Q.  Do you agree with that statement?
18      A.  Yeah, and I think they're specifically
19 saying this is unlike those, because those are
20 historical examples with fact, and here they're
21 talking about these case reports.  That
22 citation --
23      Q.  Doctor, it says "OAE, like the above
24 historical examples, highlights the importance."

Page 220

1 They're analogizing it based on the fact that
2 you have this delay between using the medication
3 and the onset of symptoms.  That's what they're
4 talking about there, isn't that true?
5      A.  They're saying that delays happen, and
6 that you should consider medication side
7 effects.
8      Q.  The fact that with olmesartan, the
9 patient's symptoms will have an onset of
10 variable time periods after initiation of the
11 drug therapy, that is not a reason to reject the
12 condition of olmesartan enteropathy, correct?
13      A.  Correct.
14      Q.  Look at Page 6 of 8, the left-hand
15 column, about halfway down the second full
16 paragraph, it says, "Although the risk of
17 developing OAE in the setting of celiac disease
18 is not known, patients thought to have
19 underlying celiac disease can be affected by
20 OAE."
21      Do you see what I just read?
22      A.  Yes.
23      Q.  Do you agree that that's -- that it's
24 a correct statement?

Page 221

1      A.  I think it's a speculation.  There's
2 no citation of data supporting that, there's no
3 data supporting that that I'm aware of in the
4 literature.  This is a speculation in a
5 discussion where you're allowed to make
6 speculations.
7      Q.  A patient could have celiac disease,
8 underlying celiac disease, and develop
9 olmesartan enteropathy, as a matter of
10 physiology in medicine that could happen,
11 correct?
12      MR. PARKER:  Objection.
13      A.  Are you trying to ask if olmesartan
14 can prevent celiac disease from happening?  I
15 doubt it.
16 BY MR. SLATER:
17      Q.  I wasn't asking that at all.
18      A.  Can you rephrase your question?
19      Q.  A patient could have underlying celiac
20 disease and then could go onto olmesartan and
21 could end up with symptoms of olmesartan
22 enteropathy, there's no reason why they couldn't
23 have underlying celiac disease and have
24 olmesartan enteropathy?  The two could occur,

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 222

1 correct?
2   A.  I think if you read this article,
3 they'll tell you that if a patient has celiac
4 disease, they don't have olmesartan-associated
5 enteropathy, that that's a diagnosis that you
6 need to exclude.  So no, that's not -- there's
7 no data for that.
8   Q.  A patient with underlying celiac
9 disease can, as they state here, be affected by
10 olmesartan-associated enteropathy?  That
11 physiologically could occur, correct?
12       MR. PARKER:  Objection.
13   A.  Theoretically.
14 BY MR. SLATER:
15   Q.  That's what they state, right?
16   A.  They're saying it's theoretical.  The
17 first half of that sentence says, "The risk of
18 developing OAE in the setting of celiac disease
19 is not known," meaning we don't know if there's
20 any risk whatsoever.
21   Q.  Do you have an opinion one way or
22 another on that question?
23       THE VIDEOGRAPHER:  We're having a
24 tough time understanding you, sir.

Page 223

1   Q.  Do you have an opinion on that
2 question one way or the other to a reasonable
3 degree of medical certainty?
4   A.  My opinion is that there's not
5 sufficient data to make any judgment.
6   Q.  Not enough data to answer that
7 question yet?
8   A.  Right.
9   Q.  Look at Page 7 of 8, please.  Five
10 lines down it says, "It would seem reasonable to
11 hold olmesartan much earlier in the natural
12 history of the illness rather than assuming
13 other diagnosis first in order to limit worsened
14 symptoms leading to nutritional deficiencies and
15 requiring a greater level of care and more
16 extensive diagnostic evaluations."
17       Do you agree that's a reasonable
18 clinical recommendation?
19   A.  I'm just trying to find where you're
20 reading.
21       MR. PARKER:  I think it's over here
22 under "Conclusions."
23   A.  Okay.  Hold on.
24       (Witness reviewing document.)

Page 224

1   A.  Sure.  If your patient is going to get
2 better if you remove olmesartan, which happens
3 in these really rare cases, there's that
4 association, changing to a different
5 antihypertensive is pretty simple.  So I would
6 do that, it's free.  It doesn't harm the
7 patient.  It may help the patient.  The rest of
8 the workup for celiac disease takes time.  Why
9 wouldn't you do that?
10 BY MR. SLATER:
11   Q.  Okay.  We can put that article aside.
12 Just looking in the grab bag to see what's next,
13 Doctor.
14   A.  Okay.
15   Q.  Why don't we talk about the Marietta
16 immunopathogenesis article.
17   A.  Okay.
18   Q.  We probably have to get to that at
19 some point.  You're familiar with this study?
20   A.  Yes.
21       MR. SLATER:  Let me just see if I have
22 it in my pile here to mark as an exhibit.  It's
23 document 9, Peter.
24

Page 225

1       (Whereupon, Turner Exhibit Number 14,
2       Marietta, et al article titled
3       Immunopathogenesis of
4       olmesartan-associated enteropathy, was
5       marked for identification.)
6       MR. SLATER:  Let's just mark
7 document 5 as Exhibit 15.
8       (Whereupon, Turner Exhibit Number 15,
9       Rubio-Tapia, et al article titled
10      Severe Spruelike Enteropathy
11      Associated With Olmesartan, was marked
12      for identification.)
13 BY MR. SLATER:
14   Q.  Doctor, just for the record, we've
15 talked about the Rubio-Tapia 2012 article
16 several times.  I've marked it as Exhibit 15.  I
17 just want to confirm for the record, is that the
18 article we've been discussing when we've talked
19 about that?
20   A.  If we talked about the 2012
21 Rubio-Tapia article, that's the one we were
22 discussing.
23   Q.  Okay.
24   A.  I think we discussed an article by

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 226

1 Rubio-Tapia.
2    Q.  Well, we've talked about that
3 throughout the deposition.  This is your
4 understanding that this is the article, Severe
5 Spruelike Enteropathy Associated With
6 Olmesartan, we've discussed that during the
7 deposition, correct?
8    A.  We've discussed this, but we've also
9 discussed other articles published in the Mayo
10 Clinic Proceedings, other articles published in
11 2012, and other articles by Rubio-Tapia.  This
12 is the only article that meets all three of
13 those criteria.
14    Q.  Okay.  Now, let's go to Exhibit 14.
15 You're familiar with this article and this
16 study, correct?
17    A.  Yes.
18    Q.  Okay.  Now, let's look at the
19 beginning of the article where it says
20 "Background."  It says, "Olmesartan-associated
21 enteropathy is characterized by diarrhea,
22 nausea, vomiting, abdominal pain, weight loss
23 and severe sprue-like enteropathy, all of which
24 are resolved after discontinuation of olmesartan

Page 227

1 medoxomil."
2         Do you see where I just read?
3    A.  Yes.
4    Q.  You would agree with me that where all
5 of those symptoms are resolved after the drug is
6 discontinued, that fits the diagnostic criteria
7 for this condition, correct?
8    A.  That fits what people generally are
9 referring to as olmesartan-associated
10 enteropathy.
11    Q.  Let's look, if we could, at Page 4 of
12 this article.
13        Give me one second.  Bear with me for
14 a second, I just want to find the spot.
15        All right.  Actually go to Page 11,
16 I'm sorry.  At the very top of Page 11, the
17 left-hand column, it says, "In summary, a small
18 number of patients will develop enteropathy in
19 response to olmesartan medoxomil; this
20 enteropathy is not gluten dependent, and both
21 the stomach and colon of many OAE patients are
22 also affected in addition to the small
23 intestine."
24        Do you see that?

Page 228

1    A.  I do.
2    Q.  So in his statement, the authors,
3 including Dr. Murray, are calling the entity OAE
4 and stating that the patients who have this
5 condition will develop the enteropathy in
6 response to using the medication, correct?
7    A.  I think that's what they're writing.
8 I think it's a reach.
9         MR. SLATER:  Move to strike "I think
10 it's a reach."
11    Q.  One question on this article.  One
12 part of what they did was they used Caco-2 cells
13 to try to study this condition.  That's part of
14 what they did in this experiment, correct?
15    A.  Correct.
16    Q.  Caco-2 cells are used to study small
17 intestine pathology, histopathology, that is
18 something that is done, correct?
19    A.  I don't know anybody using them to
20 study histopathology.  But mechanisms of
21 disease, sure.
22    Q.  Let me restate the question.  That one
23 I'll give you was a bad question.  I'll buy you
24 a beer for that one.  And Bruce, too, because he

Page 229

1 needs one.
2         MR. PARKER:  I sure do.
3    A.  The videographer would like one, too.
4 BY MR. SLATER:
5    Q.  What, sir?
6    A.  The videographer.
7    Q.  If you tell me a liquor store, I'll
8 call it in with my credit card.
9    A.  It's too bad you didn't bother flying
10 in, there's a great brewery just down the
11 street.
12         MR. PARKER:  All right, guys.  Let's
13 go.
14 BY MR. SLATER:
15    Q.  I know the brewery.  I know right
16 where you are.
17         Okay.  Let me do it this way so we can
18 make sure the phrasing is to your liking.
19         Caco-2 cells were used in the study,
20 correct?
21    A.  Correct.
22    Q.  They were used to study a small
23 intestine condition, correct?
24    A.  Yes.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 230

1 Q. That is something that is accepted to
2 be done in the scientific community, correct?
3 A. Correct.
4 Q. If somebody were to criticize the use
5 of Caco-2 cells here and say why would you use
6 colonic cancer cells in a small intestine study,
7 that would not be a reason to reject the
8 findings, correct?
9 A. When properly done, and that's a huge
10 caveat, but when properly done, Caco-2 cells
11 differentiate much more like small intestines,
12 so it would not be an adequate criticism. But
13 that assumes that you're using your Cacos in a
14 good condition.
15 Q. In the study, the investigators are
16 studying or trying to determine the microscopic
17 mechanisms for this condition that they're
18 studying, correct?
19 A. I would object to the term
20 microscopic. Maybe they're trying to determine
21 molecular mechanisms.
22 Q. Let me rephrase the question.
23 In this study, the investigators are
24 studying the molecular mechanism for this entity

Page 231

1 that they're studying, correct?
2 A. Correct.
3 Q. And ultimately, what is your
4 understanding of what their conclusion was?
5 A. It's a crazy conclusion. This is just
6 a terrible study.
7 MR. SLATER: Move to strike. Doctor,
8 move to strike.
9 Q. So let's just answer my question, and
10 then you can call Dr. Murray your buddy and tell
11 him it's a crazy study and it's a piece of
12 garbage, I assume you're going to do that after
13 we get done here, but let's just stick with my
14 question.
15 A. I don't usually try to create
16 arguments with people. I think if Joe and I
17 were talking and I told him it was a crappy
18 study and why, he'd agree with me. I'm trying
19 to find where they say, but they essentially
20 conclude that IL-15 --
21 Q. Let me stop there.
22 MR. PARKER: Whoa, whoa, whoa.
23 MR. SLATER: I move to strike all the
24 colloquy. I just want to get a clean answer.

Page 232

1 MR. PARKER: No, no, Adam, you've told
2 me repeatedly I cannot interrupt your experts in
3 the middle of an answer. So let the witness
4 finish his answer, then you can follow up with
5 another question.
6 A. I think what they've essentially shown
7 is that there's some increased fluorescence with
8 their anti-L-15 antibody, and some ill-defined
9 changes of ZO-1 that they're somehow attributing
10 as having something to do with olmesartan and
11 enteropathy.
12 Q. Did the study show increased levels of
13 IL-15 based on exposure to olmesartan?
14 A. No.
15 Q. Did the investigators running the
16 study think that they saw increased levels of
17 IL-15?
18 A. It looks like they might have,
19 shockingly enough.
20 MR. SLATER: Move to strike
21 "shockingly enough."
22 Q. In order to have a biologically
23 plausible mechanism, one does not need to
24 establish the mechanism on the molecular level

Page 233

1 for this or any other condition, correct?
2 A. Correct.
3 Q. As you understand it, what is the
4 understanding among those who believe this
5 entity exists as to what the biologically
6 plausible mechanism is?
7 A. There really isn't one. They've drawn
8 analogy to celiac disease wherever possible, and
9 have done immunostains that are sort of
10 self-evident from the traditionally hemotoxin
11 and eosin morphology, but they really don't have
12 a plausible biological explanation.
13 Q. Have you seen statements in the
14 medical literature that indicate that the
15 olmesartan initiates an immune-mediated response
16 that causes cellular changes that leads to
17 inflammation and villous atrophy, and then the
18 symptoms that are seen with this condition?
19 A. That's one of the things that's been
20 thrown around, yes.
21 Q. If accurate, that would be a -- if
22 accurate -- let me rephrase it.
23 If that is accurate, that would be a
24 plausible biological mechanism, correct?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 234

1    A.   Sure.  If that happened, it would be a
2  plausible biological mechanism, absolutely.
3    Q.   Do you know whether or not anybody at
4  Daiichi proposed doing a similar study to what
5  they saw here with Caco-2 cells, or any other
6  type of study whatsoever, to try to replicate or
7  disprove this study?
8    A.   I think if they proposed that, it
9  would be foolish, and a study like this one
10  would never be worth doing.  I don't know what
11  -- I can't tell you what Daiichi did.  I'm not
12  involved with Daiichi.
13    Q.   What study would you propose to do to
14  prove or disprove what the molecular mechanism
15  is?  If you wanted to prove that, how would you
16  do that study?
17    MR. PARKER:  Objection.
18    A.   I think that's a hard study to do.  I
19  think this is definitely the wrong way.  If you
20  do this study, you are at face value assuming
21  that Caco-2 cells should respond in the same way
22  as these rare patients.
23    So let's start with the assumption
24  that rare patients do have something that's

Page 235

1  induced by olmesartan that is enteropathy.  I
2  don't agree that that's been proven, but let's
3  start with that assumption.  You're going to
4  assume that this generic epithelial cell that
5  presumably represents the 99.99 percent of
6  patients who don't have any problems with
7  olmesartan is the appropriate model, and then
8  you by your own self just said it triggers
9  immune-mediated responses.  Where are the immune
10  cells?  There aren't any.
11    If we want to then get into the data
12  points they have here, this is technically -- I
13  mean if an undergraduate in my lab showed me
14  this, I would tell them what they did wrong and
15  tell them to go try it again.  This is just
16  abhorrent technique throughout this study in the
17  Caco-2 parts.  And I would tell Joe that to his
18  face.
19    Q.   If you wanted to try to prove or
20  disprove whether olmesartan medoxomil causes
21  sprue-like enteropathy, what would you do to
22  structure a study?
23    A.   All right.  If you want to test parts
24  of that hypothesis, okay, let's start there,

Page 236

1  let's say you believe that this Caco nonsense is
2  true -- is he listening or is he doing something
3  else?
4    MR. PARKER:  Go ahead, go ahead.
5    A.   So let's say you think this is right,
6  the appropriate thing to do would be to get
7  biopsies from people who suffered from, quote,
8  olmesartan-associated enteropathy, and controls.
9  You can grow intestinal epithelial cells from
10  those patients, and now do that assay and ask if
11  there's a selective effect of olmesartan on the
12  people who got sick that you're attributing to
13  olmesartan versus the people who seem to benefit
14  from olmesartan and have no disease.  That would
15  be a place to start if you wanted to look at
16  direct epithelial injury, or, you know, or
17  activation of IL-15 production, or anything like
18  that.
19  BY MR. SLATER:
20    Q.   Do you agree, disagree, or not have an
21  opinion yet based on the state of science that
22  olmesartan medoxomil when exposed to the small
23  intestine causes in some patients villous
24  atrophy?

Page 237

1    A.   I don't think there's sufficient
2  evidence to conclude that it causes.
3    Q.   Is it still an open question?
4    A.   I think it's an open question.  It's
5  very hard to prove a negative.
6    Q.   The prevailing understanding in the
7  medical literature is that yes, in some patients
8  the exposure of olmesartan medoxomil leads to
9  villous atrophy in some patients, correct?
10    MR. PARKER:  Objection.  Asked and
11  answered.
12    A.   I think the prevailing opinion is that
13  when you're treating patients, if you think this
14  is a possibility, remove olmesartan, if they get
15  better, call it a win.  I don't think that's the
16  same as concluding causation in a rigorous
17  manner.
18  BY MR. SLATER:
19    Q.   What I'm asking you is this.  Those
20  scientists and physicians who have been involved
21  in actually treating patients with this
22  condition and studying the condition, there is a
23  consensus among them that in some patients
24  olmesartan medoxomil leads to villous atrophy in

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 238

1  some patients, correct?
2      MR. PARKER: Objection.
3    A.  They've described this association and
4  described in individual cases improvement upon
5  withdrawal of olmesartan.
6      MR. SLATER: Why don't we take a break
7  for a couple minutes.
8      MR. PARKER: Sure.
9      MR. SLATER: Let me organize some
10 notes, some documents.
11     I need to know how much time I'm at,
12 too, after we go off the video.
13     THE VIDEOGRAPHER: Sure. Going off
14 the record. The time is 2:43.
15     (Whereupon, a recess was taken.)
16     THE VIDEOGRAPHER: Back on the record.
17 The time is 2:58.
18     MR. SLATER: You have to give me a
19 second. I actually wasn't ready to start.
20     THE VIDEOGRAPHER: I'm sorry. I'll
21 just go off the record. Going off the record.
22 The time is 2:59.
23     (Pause.)
24     THE VIDEOGRAPHER: Back on the record.

Page 239

1  The time is 2:59.
2      MR. SLATER: Let's pull out
3  document 4, Peter, please.
4      (Whereupon, Turner Exhibit Number 16,
5      Choi and McKenna article titled
6      Olmesartan-Associated Enteropathy. A
7      Review of Clinical and Histologic
8      Findings, was marked for
9      identification.)
10 BY MR. SLATER:
11   Q.  Okay. Doctor, this is one of the
12 articles I believe you listed on your reliance
13 list, correct?
14   A.  Yes.
15   Q.  Exhibit 16?
16   A.  Yes.
17   Q.  It's titled "Olmesartan-Associated
18 Enteropathy. A Review of Clinical and
19 Histologic Findings," correct?
20   A.  Correct.
21   Q.  And it looks like it was published in
22 the Archives of Pathologic, or Pathology
23 Laboratory Medicine, right?
24   A.  Right.

Page 240

1    Q.  Is that a journal that you're familiar
2  with?
3    A.  Yes.
4    Q.  Is it a respected journal?
5    A.  It's pretty low end.
6    Q.  Have you ever published an article in
7  it?
8    A.  I don't think so.
9    Q.  Did you ever try and they wouldn't
10 take it because it was too high level?
11   A.  No. I don't think they'd do that.
12   Q.  They don't turn down articles for
13 being too good?
14   A.  I'm sure they do reject some articles.
15   Q.  Okay. Let's look at this article.
16 And starting with the second paragraph, it's
17 giving a bit of an overview, and the last
18 sentence of the second paragraph says, "There
19 are approximately 100 cases currently reported
20 in the English-language literature that support
21 olmesartan-associated enteropathy as a distinct
22 clinical entity."
23     Do you see where I just read?
24   A.  Yes.

Page 241

1    Q.  As that entity is described in the
2  literature, would you agree that it is
3  considered to be a distinct clinical entity?
4    A.  I think they've said it really well
5  here. They say that support that conclusion,
6  and I think that's exactly right.
7    Q.  Before we get into the meat of the
8  article, let's go to the conclusion. It says,
9  "Olmesartan-associated enteropathy is a rare
10 cause of severe enteropathy that should be
11 considered in the differential diagnosis of
12 patients with unexplained chronic diarrhea who
13 are taking olmesartan-containing medications."
14     Do you see what I just read?
15   A.  Yes.
16   Q.  So these authors conclude that
17 olmesartan causes this condition, this
18 enteropathy, correct?
19   A.  I think that's a poorly phrased
20 sentence. They don't cite anything to document
21 that, they don't present any original data here,
22 so it's a little hard to come up -- how they come
23 with that conclusion, but it is what they say.
24     MR. SLATER: Move to strike.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 242

1    Q.   Is that what they say?
2    A.   That's what their words say.
3    Q.   Let's go back to the beginning of the
4  article.  Actually, let's go to the second page,
5  Page 1243.  There's discussion on Page 1243,
6  there's a heading that says "Microscopic
7  Findings."
8        Do you see that?
9    A.   Yes, I do.
10   Q.   And they talk in the last paragraph of
11 that section about Lagana, et al, which is one
12 of the articles you reviewed, which is reference
13 221, correct?
14   A.   Yes.
15   Q.   It says in part, this is towards --
16 just past the halfway point of that paragraph,
17 "No single histopathologic finding was
18 statistically more frequent in patients taking
19 olmesartan compared with age and sex-matched
20 controls.  The authors, however, noted a trend
21 toward significance in the finding of at least
22 one sprue-like microscopic feature in the
23 patients taking olmesartan but not in those
24 taking other ARBs, and they raised the

Page 243

1  possibility that there may be a spectrum of
2  changes with olmesartan use."
3        Do you see what I just read?
4    A.   Yes.
5    Q.   That's another summary of some of the
6  findings that were documented in that article,
7  right?
8    A.   Well, that's almost a verbatim quote
9  of the descriptions that were given in that
10 article, yes.
11   Q.   This article then says, "This study,
12 however, was limited by small sample size and
13 lack of follow-up information regarding patient
14 outcomes."
15       Would you agree with that statement?
16   A.   I would agree that that's just the
17 beginning of the limitations of that study, but
18 yes, I would agree.
19   Q.   Now go to the "Comment" section.  It
20 says, "Establishing a causal relationship in
21 drug-induced enteropathy is difficult.  Although
22 deliberate rechallege with olmesartan to prove
23 causality following withdrawal and symptomatic
24 improvement is not usually attempted given the

Page 244

1  severity of symptoms, symptomatic recurrence
2  following reintroduction of olmesartan has been
3  documented," and then they cite the Gallivan and
4  Brown article that we went through earlier
5  today, or the letter, correct?
6    A.   Correct.
7    Q.   They next cite to the DeGaetani
8  article, which is from the Columbia group in the
9  celiac center, correct?
10   A.   Correct.
11   Q.   Those doctors are specialists in the
12 treatment of celiac, correct?
13   A.   Correct.
14   Q.   And the celiac center at Columbia is a
15 nationally recognized and highly respected
16 center, correct?
17   A.   I'd say Dr. Green is and, therefore,
18 the center is.
19   Q.   Do you know the other doctors?
20   A.   I know some of them, but I think if
21 Dr. Green left it would lose most of its stature
22 pretty quickly.
23   Q.   Do you know Dr. Green?
24   A.   I know Dr. Green.

Page 245

1    Q.   Do you know that he's published
2  articles that actually state that olmesartan
3  causes sprue-like enteropathy?
4    A.   Yes, I do.
5    Q.   He's considered to be a leading
6  authority on the subject, correct?
7    A.   He is an absolute authority on
8  clinical management of patients with celiac
9  disease, and I would attest to that any day.
10   Q.   Let me ask you a question.  When you
11 were asked to be an expert in this case, did you
12 consider saying, you know, I haven't done any
13 work related to olmesartan at all in my career,
14 maybe you should find somebody who actually has
15 some experience with this.  Did you say that to
16 anybody?
17   A.   No.
18   Q.   The DeGaetani article is cited in this
19 Comment section.  You're familiar with that
20 study, correct?
21   A.   Yes, I am.
22   Q.   And that had to do with patients who
23 had been -- essentially they couldn't really
24 diagnose them with a specific condition, they

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 246

1  didn't -- they weren't having any sort of
2  improvement off a gluten-free diet, and then
3  when the subject of this olmesartan-associated
4  enteropathy came out and they went and contacted
5  them, a whole host of these patients got better
6  when they went off olmesartan. That's
7  essentially what happened, right?
8       MR. PARKER: Objection.
9     A. Well, they were also on
10  immunosuppressants.
11 BY MR. SLATER:
12    Q. Well, they were on immunosuppressants,
13 but they continued to have symptoms when they
14 were on immunosuppression, correct?
15      MR. PARKER: Objection.
16    A. So it says 80 percent received
17 immunosuppressive agents, and 86 percent of
18 those showed symptoms --
19      MR. PARKER: Slow down.
20    A. I'm sorry. I'm very sorry. I'm most
21 of the way down the left column on Page 650,
22 actually why don't I start a little higher,
23 just -- well, it doesn't matter. Let's start
24 about three-quarters of the way down, the last

Page 247

1  word in the line says 80 -- it says, "80 percent
2  received immunosuppressive agents, and
3  86 percent of these showed symptomatic
4  improvement in follow-up data."
5     Q. Do you see the center column of the
6  DeGaetani article where at the bottom it says,
7  "We identified 16 patients taking olmesartan, of
8  whom 68 percent had increased epithelial
9  collagen in addition to villous atrophy. Upon
10 discontinuation of this medication, all 15
11 patients on whom we had follow-up data improved
12 symptomatically, no longer requiring
13 immunosuppressive therapy if they had previously
14 been on it, and some have resumed a
15 gluten-containing diet with no recurrence of
16 symptoms."
17    Do you see that?
18    A. Yes, I do.
19    Q. So they got better off the olmesartan
20 even when the immunosuppressive therapy had been
21 stopped, and in some cases even when they
22 resumed gluten. That's a strong argument that
23 at least some of them had this sprue-like
24 enteropathy due to the olmesartan, correct?

Page 248

1       MR. PARKER: Objection.
2     A. It implies that there's a lot going
3  on. It also implies that the cases identified
4  here are very different from the cases
5  identified in the 2012 Rubio-Tapia article that
6  we were talking about. Those patients all
7  failed immunosuppressants. These patients
8  responded to immunosuppressants. So Murray
9  wouldn't have included these patients in his
10 group. So suddenly we're expanding what we're
11 going to expand what we're going to call
12 olmesartan-associated enteropathy, and it
13 becomes really fuzzy. It looks like this went
14 on over a period of time.
15 BY MR. SLATER:
16    Q. Let's put aside the label for a
17 second. For at least some of these patients,
18 would you agree that their gastrointestinal
19 illness as defined in this article was caused by
20 olmesartan?
21    A. No.
22    Q. Not one of them?
23    A. I don't think there's any evidence
24 that olmesartan caused it.

Page 249

1     Q. Do you have an opinion of what was
2  causing their gastrointestinal illness if it was
3  not olmesartan?
4     A. I don't. It could certainly be
5  idiopathic.
6     Q. Let's talk about the Rubio-Tapia
7  patients, the 22 patients. Would you agree with
8  me that at least some of them, putting aside the
9  label, suffered from severe diarrhea, weight
10 loss, and had villous atrophy as a result of
11 using olmesartan?
12    A. Again, I think you're trying to
13 associate recovery and withdrawal of olmesartan
14 with cause, and I don't think there's data to
15 support that mechanism, or that concept.
16      MR. SLATER: Move to strike.
17    Q. With regard to the Rubio-Tapia
18 patients, the 22 patients, would you agree that
19 at least for some of those patients their
20 clinical symptoms of severe diarrhea, weight
21 loss, and villous atrophy was caused by
22 olmesartan?
23      MR. PARKER: Objection.
24    A. No.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 250

BY MR. SLATER:

Q.   What was causing their severe diarrhea, their weight loss, and their villous atrophy if it wasn't the olmesartan?  Do you have an opinion?

A.   I don't know.

Q.   If in the Rubio-Tapia study they had deliberately rechallenged those patients in a controlled environment, and they had a resumption of their symptoms and resolution, for those patients would you say, yes, that patient, their syndrome was caused by the olmesartan?

A.   Are we agreeing that it would be randomized, a controlled trial?

Q.   I'm talking about the 22 patients.

A.   Right.

Q.   If they rechallenge those 22 patients who had gotten better, if they then got sick again when they were rechallenged with olmesartan, would you say for those patients, okay, look, they got better after they went off it, now they got sick again when they went back on it, I will agree for those patients the illness was caused by olmesartan?

Page 251

A.   And you're talking about this exact description of what's available here?

Q.   The Rubio-Tapia article.

A.   No, I don't think that's sufficient evidence that olmesartan caused their enteropathy.

Q.   So a dechallenge and a rechallenge in a patient, that's not enough -- along with the other information in that study, that would not be enough for you to say likely causation, do I understand you correctly?

A.   You're using the terms dechallenge and rechallenge loosely, and I don't -- I think in that study particularly they went to lengths to say we don't think this proves it.  So I can't think it proves it either.

Q.   Isn't it important when you're publishing the first article identifying an entity, the first time it's ever been specifically identified in the literature, to be prudent and say, as they did, there's an association, we don't think it's a chance association, but we're going to need to study this more?  Isn't that a conservative way to

Page 252

approach it?

A.   I think it reflects on the quality of your data.

Q.   The question is this.  If they had deliberately rechallenged those 22 patients, and in those patients who had resolved their problems when they were off the drug, if their symptoms came back as described in the study, in the article, you don't think that's enough to say, okay, in those patients I can agree the olmesartan was causing this syndrome?

A.   No.

Q.   Fine.

Is the only rechallenge that you think is enough is a randomized controlled rechallenge?

A.   Okay, so we have to specify.  Are we talking about general causation, or are we talking about a specific patient?

Q.   General causation.

A.   I don't think anything in an individual patient can tell you about general causation in a population.

Q.   Okay.  In the specific patients, would

Page 253

that be enough to tell you causation in a specific patients?

A.   If it was randomized controlled challenge/rechallenge, then I would say yes.

Q.   Is there some peer-reviewed accepted scientific literature or standard that says the only rechallenge that can be relied on to establish causation is a randomized controlled rechallenge?

A.   There is plenty of literature on placebo effect, and in general that sort of -- those sort of data are never considered good enough for causation.  General case reports and things like this are considered the lowest level of evidence, and really need to be supported by epidemiologic studies, animal studies, mechanistic studies, anything to really give credence to it.

Q.   Tell me about some examples of randomized studies that have been done to study rare adverse drug reactions.

A.   I think that's where many of them are picked up, is in large randomized studies.

Q.   Many rare -- rephrase.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 254

1    Many rare adverse drug effects are
2  picked up in case reports, correct?
3    A.  Initially.
4    Q.  Okay.  Did anybody actually commission
5  a randomized controlled study to try to study
6  sprue-like enteropathy?
7    A.  With that express goal as the primary
8  endpoint, no.
9    Q.  Are you an epidemiologist?
10    A.  No, I am not.
11    Q.  Okay.  Do you plan to provide
12  epidemiologic opinions in this litigation?
13    A.  No.
14    Q.  Going back to Exhibit 16, the
15  Choi/McKenna paper, turn, if you would, to
16  Page 1245, the top left corner.  It talks about
17  the Greywoode study.
18    Do you see that?
19    A.  Yes.
20    Q.  If you go down to the last sentence of
21  that paragraph, it says that that "study was
22  limited, however, by the small number of
23  patients taking olmesartan: 22 patients (1
24  percent) in the esophagogastroduodenoscopy group

Page 255

1  and 83 patients (0.7 percent) in the colonoscopy
2  group."
3    Do you see that?
4    A.  Yes.
5    Q.  Do you have an understanding as to
6  whether, due to the small number of patients,
7  whether or not the study was powered
8  sufficiently to actually pick up any difference
9  in the two groups?
10    A.  My expectation is it probably wasn't
11  sufficiently powered.  But, again, I'm not an
12  epidemiologist, and am not the person to assess
13  that mathematically.
14    Q.  Based on that, would it be correct
15  that you would not want to rely heavily on the
16  findings one way or the other from that study
17  due to the fact that it's likely not
18  sufficiently powered to study this question?
19    MR. PARKER:  Objection.
20    A.  It's probably not, but it has more
21  patients than the Lagana study we were talking
22  about, and it has the same number of patients
23  that were reported in the Rubio-Tapia 2012
24  paper.  So while it's likely not sufficiently

Page 256

1  powered, and I wouldn't take it as evidence,
2  strong evidence, either way, I think it again
3  is -- if you're going to start putting things on
4  either sides of a balance, as you've suggested
5  and made the analogy, this goes on the side that
6  says there's no association.
7  BY MR. SLATER:
8    Q.  If you were only going to put into the
9  balance studies that were sufficiently powered
10  to give information, you wouldn't put this into
11  the balance, correct?
12    A.  I think if you're going to do that, I
13  would consult an epidemiologist.  But I would
14  probably not include any of the studies, with
15  the exception of Basson, Padwal, and ROADMAP.
16    Q.  Well, we just went through ROADMAP.
17  If ROADMAP is not sufficiently powered, you
18  wouldn't consider that from an epidemiologic --
19  rephrase.
20    We talked about ROADMAP.  If that's
21  not sufficiently powered, you wouldn't include
22  that either?
23    A.  Isn't that what I -- that's what I
24  just said.  I just said I would exclude.

Page 257

1    Q.  I thought you said you would include.
2    A.  No, I said I would exclude pretty much
3  everything we've talked about, if we're talking
4  about sufficient statistical power, and I would
5  consult an epidemiologist about those three
6  studies that I mentioned, because I'm not in a
7  position to analyze the math and see -- ad be
8  able to state definitively were they
9  sufficiently powered.  But what I would conclude
10  is that pretty much everything else that we've
11  talked about is case reports, and is not
12  sufficiently powered.
13    You asked me earlier if the case
14  reports all go on the side of olmesartan does
15  cause enteropathy, and I said yes.  But if we're
16  going to use that low bar of how we pile things
17  up, then the Greywoode study certainly must go
18  on the other side.  It's at least as good as the
19  case reports.
20    Q.  Do you have the Lagana study handy,
21  the abdominal pain?
22    A.  Yes.
23    MR. TURNER:  I'm sorry.  I missed
24  that.  What study?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 258

1    THE WITNESS: Lagana.
2 BY MR. SLATER:
3    Q.  Do you have that handy?
4    A.  I do.
5    Q.  Let's look at Table 2.  And Table 2,
6 you have on the left side the olmesartan
7 patients versus matched controls, and on the
8 right side users of other ARBs and match
9 controls, correct?
10    A.  Correct.
11    Q.  If you compare at the very bottom of
12 the columns on the left for olmesartan, it said
13 10 out of 20 had one or more sprue-like
14 features, and 4 out of 20 of the matched
15 controls --
16    THE STENOGRAPHER: I'm sorry, I didn't
17 hear that.
18    MR. SLATER: It's okay.  I'll start
19 over.
20    Q.  If you look at the left-hand side of
21 the table with the olmesartan users, at the
22 bottom of the left column it says 10 out of 20
23 of the olmesartan users had one or more
24 sprue-like features, and on the right-hand side

Page 259

1 it says of the matched controls 4 out of 20, and
2 the p-value is .1.  Correct?
3    A.  Correct.
4    Q.  And the authors just below that said
5 that they demonstrated a trend towards
6 sprue-like enteropathic changes in individuals
7 taking olmesartan compared with controls.
8 That's what they state, correct?
9    A.  That's what they wrote.
10    Q.  That's a correct statement as to the
11 .1 p-value, that statistically -- and if you're
12 not comfortable answering you can tell me, but
13 statistically .1 would represent a trend but
14 would not reach statistical significance,
15 correct?
16    A.  I don't think that's true.
17    Q.  Now, let's look at this.  The
18 right-hand side, the other ARB analysis,
19 comparing the other ARB users, 9 out of 20 had
20 one or more sprue-like features, correct?
21    A.  Yes.
22    Q.  For the matched controls on that side
23 of the ledger, 12 out of 20 had one or more
24 sprue-like features, correct?

Page 260

1    A.  Correct.
2    Q.  And the p-value comparing the other
3 ARB users to their matched controls is .34,
4 correct?
5    A.  Correct.
6    Q.  That .34 number has nothing to do with
7 the olmesartan users, it only is with -- relates
8 to the other ARB users versus their matched
9 controls, correct?
10    A.  Correct.
11    Q.  The trend that they referred to just
12 below is a comparison of those taking olmesartan
13 to their matched controls, and they base it on
14 the .1 p-value.  That's what that statement is
15 based upon, correct?
16    A.  Yes.
17    Q.  Okay.  Let's look at Basson.  Do you
18 have that handy?  We are blowing through the
19 literature here, Doctor.  I'm going to tell you,
20 you might owe me a beer.
21    A.  Yes, I have it.
22    Q.  Okay.  What we should do is let's take
23 Basson, and we're going to compare that a little
24 bit at some point with Padwal.  How does that

Page 261

1 sound for a plan?
2    A.  Sounds good.
3    Q.  Tell me when you're there.
4    MR. PARKER:  I think we're all set.
5 BY MR. SLATER:
6    Q.  Okay.  The Basson study is a study of
7 a French national health insurance claim
8 database, correct?
9    A.  Correct.
10    Q.  I just want to start off looking at
11 Table 2 in Basson.  Do you see Table 2?
12    A.  Yes.  I'm sorry, I'm looking at Table
13 3.  Yes.
14    Q.  Table 2 is titled "Table 2:  Risk Over
15 Time Descriptive Data," correct?
16    A.  Correct.
17    Q.  And for the olmesartan users, the
18 number of patient years is 860,894, right?
19    A.  Right.
20    Q.  And there were 48 events identified,
21 right?
22    A.  Right.
23    Q.  And the events were defined as
24 hospitalization for intestinal malabsorption and

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 262

1 celiac disease. That's what they were looking
2 for, right?
3     A. I think it was "or celiac disease,"
4 but yes. Is that right? Was it "or celiac
5 disease"?
6     Q. Well, do you have an understanding of
7 what they were looking at? I'm looking at the
8 study, and on the next column, "Discussion," it
9 talks about intestinal malabsorption and celiac
10 disease, but if you think they were looking at
11 something different, tell me.
12     A. No, I think those are the two things
13 they looked at. I don't think they looked for
14 patients that had both necessarily, they looked
15 -- to be included in the study, a patient had to
16 have one.
17     Q. We were talking past each other. The
18 48 events listed would be patients that were
19 hospitalized either for intestinal malabsorption
20 or celiac disease, correct?
21     A. Correct.
22     Q. Now, you can hold that page, or
23 whatever you want. If we go to Padwal, can you
24 go to where the number of patient years is set

Page 263

1 forth in Padwal? It's Table 2 again.
2     A. Yes.
3     Q. And for GI disease-related
4 hospitalization, how many patient years was at
5 issue there?
6     A. For the number -- for GI
7 disease-related hospitalizations, it's 17,647.
8     Q. They found 498 events. But what were
9 events defined as in Padwal?
10     A. Padwal had a much looser definition.
11 Padwal was all gastrointestinal-related
12 admissions, so that would include colon cancer,
13 celiac disease, anything.
14     Q. Have you ever done the math to try to
15 figure out, based upon Basson, how many of those
16 events found in the Padwal study would -- if you
17 have a proportionality, how many of those would
18 actually be intestinal malabsorption or celiac
19 disease? Have you ever tried to use the
20 numbers, and compare them, and do that
21 calculation?
22     A. I don't think you can. They don't
23 have those data here.
24     Q. It's not something you've looked at,

Page 264

1 correct?
2     A. Again, I actually thought about those
3 things when I looked at this paper, but I don't
4 think there's sufficient data to do those
5 calculations.
6     Q. Do you have an opinion as to whether
7 or not the sample size in terms of patient years
8 in Padwal was sufficient to identify events that
9 would be attributable to olmesartan --
10     A. I do not.
11     Q. -- that would correlate to
12 malabsorption or sprue-like enteropathy? Did
13 you ever do that calculation or analysis?
14     A. No, I did not. There's fundamental
15 differences in design here that even a
16 non-epidemiologist can recognize.
17         As long as we're talking about Basson,
18 we were discussing statistical significance, you
19 might look at Table 3 and note that they
20 reported a p-value of .09, which is less than
21 .1, and they don't anywhere pretend that that
22 has any significance or a trend.
23     Q. Look actually right next to Table 4 on
24 Page 5 in the right-hand column. It says right

Page 265

1 next to it, "However, caution is needed to
2 interpret these values as this study was not
3 aimed to measure the incidence of
4 olmesartan-associated enteropathy, but rather to
5 estimate the strength of the association between
6 olmesartan and severe forms of enteropathy and
7 malabsorption. As a consequence, this study
8 underestimates the true incidence and only
9 provides the incidence of the most severe forms
10 of olmesartan-associated enteropathy."
11         Do you see that?
12     A. I do.
13     Q. You have no reason to disagree with
14 that, correct?
15     A. From my level of understanding, I
16 would say that that's not entirely accurate. I
17 would say that this study may underestimate, may
18 overestimate, they don't have the data to say
19 one way or another.
20     Q. You're not in a position to form an
21 opinion on that, that's not your specialty,
22 correct?
23     A. It's not my specialty.
24     Q. At the very bottom of Page 5 of

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 266

1 Basson, they say, starting on the second to last
2 line --
3     A.  Wait, what --
4     Q.  I'll start over.
5         On Page 5 of Basson, right below where
6 I just read, the very bottom of the page,
7 Page 5.
8     A.  Yes.
9     Q.  Second to last line, "Patients treated
10 with olmesartan should be informed about the
11 risk of this complication and should be advised
12 to seek medical attention if they experience GI
13 symptoms."
14        You don't disagree with that, right?
15     A.  I don't disagree with that.  I think
16 that's a conservative approach.
17     Q.  In performing your analysis, did you
18 try to evaluate every rechallenge you could find
19 in the peer-reviewed literature?
20     A.  I did.
21     Q.  That was discussed in the
22 peer-reviewed literature?
23     A.  Yes, I did.
24     Q.  Is it your testimony that you didn't

Page 267

1 see any rechallenges discussed in the
2 peer-reviewed literature that you were
3 comfortable relying upon as valid evidence?
4     A.  I don't think a single patient
5 rechallenge could be taken as evidence of
6 general causation first.  In terms of specific
7 causation, it could be if it were done in a
8 controlled manner, but really there's, in these
9 case reports, there's very little data provided.
10 It just says things like then the patient
11 started retaking it, or then we had them retake
12 it.  But it doesn't tell you what else is going
13 on in the background, and so I don't think you
14 can conclude that.
15        Move to strike?
16        MR. PARKER:  Don't do his job for him.
17 BY MR. SLATER:
18     Q.  Sure, move to strike.  I don't want to
19 disappoint you.
20     A.  Sorry.
21        MR. PARKER:  It's getting late.  Let's
22 just stay on track here.
23 BY MR. SLATER:
24     Q.  Patients, case -- well, let me ask you

Page 268

1 this question.
2        There are a number of rechallenges
3 documented in the peer-reviewed literature,
4 correct?
5     A.  Uncontrolled rechallenges, yes.
6     Q.  They're not just one, there's a
7 number?
8     A.  Yes.
9     Q.  Correct?
10     A.  Yes.
11     Q.  Taken together, you must agree that
12 there is significance to the number of
13 rechallenges documented, even if they're
14 uncontrolled, there is some significance to
15 that, and it must weigh in the analysis,
16 correct?
17     A.  You need to know what you're pulling
18 from.  If you're cherry-picking just the cases
19 where rechallenge was positive, then you can't
20 conclude that.  If you tell me that that
21 represents 10 percent of the rechallenges and
22 90 percent rechallenge didn't do anything, then
23 you would immediately drop that question and
24 conclude that it was a ridiculous question.

Page 269

1        So we just don't have the information
2 to assess that, and that's part of the reason
3 these case reports are not useful.
4     Q.  The reports of rechallenges are
5 numerous enough where the rechallenge resulted
6 in resumption of symptoms, there are enough that
7 you have to at least factor them into the
8 analysis of general causation, correct?  They
9 have to be part of the analysis, correct?
10     A.  They should be considered, absolutely.
11 Everything that you can find, all data that are
12 available should be considered, and these would
13 be under that umbrella.
14     Q.  The same would hold true for the
15 dechallenges that were positive that showed the
16 people getting better, that's also part of the
17 data that should be analyzed in this question on
18 general causation, correct?
19     A.  Absolutely.
20     Q.  Ultimately in forming an opinion on
21 this, you can only go with the data that's
22 available to you, correct?
23     A.  Correct.
24     Q.  And on a smaller scale, if you take a

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 270

1 patient and you have information in a case
2 report, you can only evaluate causation in that
3 specific instance based on the information that
4 is offered to you, that's available, correct?
5     A.  That's right.
6     Q.  So using the data that's available,
7 there are case reports, you would agree with me,
8 that based only on what is told in the case
9 reports, that for some of those patients the
10 most likely cause is olmesartan for their
11 symptoms that correlate to the syndrome known as
12 sprue-like enteropathy, correct?
13         MR. PARKER:  Objection.  Asked and
14 answered.
15     A.  No.
16 BY MR. SLATER:
17     Q.  Is that because you're not comfortable
18 crediting the rechallenge unless it's a
19 controlled rechallenge?
20     A.  That's because they haven't provided
21 really much data about the dechallenge or
22 rechallenge.  Most of these say the patient felt
23 better some days, months after stopping
24 olmesartan, sometimes there's a biopsy.  And in

Page 271

1 the rechallenge, usually it's anecdotal, and
2 something along the lines in retrospect the
3 patient restarted olmesartan because we didn't
4 think of this and they got sicker again.  So
5 there's no -- you know, they're not well
6 described.  I think they could be better
7 described, and that might help.
8         But in the end, they're not
9 controlled.  If they were controlled you, as
10 we've been through, you could come up with a
11 conclusion about specific causation if they were
12 done in a controlled way.  But just like drug
13 efficacy, and one person doesn't prove that a
14 drug is an efficacious drug in a general
15 population, I don't think these
16 dechallenge/rechallenge can be used in that way.
17     Q.  Let's look at the Marthey study.  Do
18 you know that one?  I think you listed that one
19 as well.
20     A.  Yes.  Do you have it in your folders?
21 Would that be an easier way to find it?
22     Q.  I don't know if we sent it.
23     A.  It should be here, but I'm not seeing
24 it quickly.  Let me look for a second.  I'm

Page 272

1 sorry, I don't think I have it here.  Let me
2 just look a little more and be sure.
3     Q.  We can send it.  If you want to have
4 it printed, we can have it sent down so you have
5 it in front of you.
6     A.  I'd like to be looking at it.  Give me
7 one more second.
8         MR. SLATER:  Peter, I need to know if
9 we sent you an article.  It says "Images of the
10 Month.  Duodenal Villous Atrophy in a
11 TTG-Negative Patient."
12         MR. FOUNDAS:  Going through my index
13 of what you sent over, it's not coming up.
14         MR. SLATER:  I think it would have
15 been e-mailed.  This would have been in the pack
16 that was --
17         MR. FOUNDAS:  E-mailed later?
18         MR. SLATER:  I don't know when it was
19 sent.  We're going to send two articles down to
20 you.  Let's go off the video for a second.
21 We're going to send it to you guys, if you can
22 tell us where to send it.
23         THE VIDEOGRAPHER:  Going off the
24 record.  The time is 3:44.

Page 273

1         (Whereupon, a recess was taken.)
2         THE VIDEOGRAPHER:  Back on the record.
3 The time is 3:55.
4 BY MR. SLATER:
5     Q.  Okay.  You're looking at the Marthey
6 article?
7     A.  Yes.
8     Q.  The Marthey article, and let's mark
9 that one, if we could.  Unless you want to wait
10 until it gets -- we'll mark it when it comes in,
11 they're bringing it in, so I'll make it easier.
12 I don't want to steal, Mark, all your articles.
13 You don't get all these free stickers, Doctor.
14 I know that's what you thought this was all
15 about, but you don't just get to keep all the
16 stickers.
17     A.  I'll have to go to my doctor's office
18 then to get stickers, then.
19     Q.  Okay.  Looking at Marthey, this
20 article was compiled by some French physicians
21 requesting information from French
22 gastroenterologists, correct?
23     A.  Yes.
24     Q.  And they were asked to report cases of

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 274

1 olmesartan-associated enteropathy, and collect
2 clinical, biological, and histological data.
3 Patients with diarrhea and histological duodenal
4 abnormalities were included, and they identified
5 36 patients, correct?
6     A.  Yes.
7         (Whereupon, Turner Exhibit Number 17,
8         Marthey, et al article titled
9         Olmesartan-associated enteropathy:
10        results of a national survey, was
11        marked for identification.)
12 BY MR. SLATER:
13    Q.  Now, going through what ultimately was
14 done, there were ten patients who had a
15 dechallenge and then continued to be followed,
16 correct?
17    A.  Correct.
18    Q.  Of those ten patients, nine had
19 remission, their symptoms went away, correct?
20    A.  Correct.
21    Q.  In all nine of those patients when the
22 medication was reintroduced, their clinical
23 symptoms relapsed, correct?
24    A.  Correct.

Page 275

1     Q.  So for those nine patients, you had a
2 positive dechallenge in the sense that they got
3 better when the drug was held, and then you had
4 a positive rechallenge in the sense when the
5 medication was restarted they got ill again,
6 correct?
7     A.  Again, with the same caveats we've
8 been discussing, yes.
9     Q.  This evidence needs to be considered
10 in answering the question of whether there's
11 general causation, it's a part of what needs to
12 be considered, correct?
13    A.  Correct.
14    Q.  And if you go to Page 1107, which is
15 the discussion, if you go down to the bottom
16 right, the last paragraph says, "In conclusion,
17 this study shows that olmesartan causes severe
18 and potentially life-threatening enteropathy
19 with or without villous atrophy." That's what
20 the authors stated in this study, correct?
21    A.  That's what they say.
22    Q.  And they base that in large part on
23 the fact that nine of the ten patients who had
24 both a -- who had a dechallenge had success with

Page 276

1 the dechallenge, and that all nine of them had
2 relapse with the rechallenge, correct?
3     A.  Correct.
4     Q.  Would you agree with me that for at
5 least some number of those nine patients who had
6 both a positive dechallenge and a positive
7 rechallenge, that from a clinical perspective
8 olmesartan was causing their gastrointestinal
9 symptoms and villous atrophy?
10    A.  No.
11    Q.  Is that because this was not a
12 controlled study that you give that answer?
13    A.  It's because this is sort of a -- you
14 know, it's an interesting study, but it's an
15 incredibly weak collection, because there was
16 nothing standardized about analysis of the
17 patients at all.
18    Q.  So basically if a study is not a
19 controlled study where the patients were being
20 controlled, regardless of what the outcome is,
21 you will not give an opinion that there was
22 causation even in the case of any of the
23 patients being studied, because it doesn't reach
24 the level of scientific rigor that you want to

Page 277

1 opine on, is that correct?
2         MR. PARKER:  Objection.
3     A.  I don't think that's exactly correct.
4 BY MR. SLATER:
5     Q.  Okay.  Let me -- my understanding is
6 you're basically saying that unless you have a
7 controlled study where the patient is being
8 carefully followed, preferably in a randomized
9 controlled setting, you're not comfortable
10 relying on that data to make a finding of
11 causation, am I correct?
12    A.  I guess what I'm saying here is that
13 this adds more of the same as the initial 2012
14 study where the authors concluded that there was
15 not enough evidence.  This is just increasing
16 the number, but it doesn't add -- these are
17 actually less rigorously evaluated than in the
18 original Rubio-Tapia paper.
19        So I don't think you make a strong
20 argument by increasing numbers.  You make a
21 strong argument -- we don't know how many
22 patients this came from, we don't know how
23 carefully they're worked up, because they were
24 worked up all across France in all different

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 278

1  places.  So this ends up being less
2  well-controlled.  At least the Rubio-Tapia
3  patients were all seen at Mayo.  And that's
4  where I just don't think this study can help you
5  convince that it's a causative.
6      Q.  In looking at the results, and I'm
7  just working off of the summary at the start of
8  the article, 29 of the 32 patients who had
9  villous atrophy were in remission since
10 olmesartan interruption, including 26 without
11 immunosuppressants.
12     Do you see that?
13     A.  Yes.
14     Q.  That evidence is of enough
15 significance that it should be considered in
16 determining the question of whether there is
17 general causation, that's part of what should be
18 considered, correct?
19     A.  For sure.
20     Q.  Doctor, do you believe to a reasonable
21 degree of medical certainty that the positive
22 dechallenges and positive rechallenges that are
23 discussed in this Marthey article are all
24 coincidental to the withdrawal of olmesartan and

Page 279

1  the reuse of olmesartan as described?  Is that
2  your opinion?
3      A.  My opinion is that some of these could
4  be idiosyncratic drug reactions, some of these
5  could be the result of something else they
6  didn't pick up in their analyses, but that in
7  none of these cases is there proof that
8  olmesartan causes the enteropathy.
9      Q.  You would agree with me that with
10 regard to the patients who had the positive
11 dechallenges and the positive rechallenges as
12 discussed here, that it's possible that for at
13 least some of those patients olmesartan was
14 causing their clinical picture?  You'll agree
15 with that, correct?
16     A.  It is possible.  I would agree with
17 that.
18     Q.  You just would want to see more
19 rigorous data in order to be willing for you to
20 say I think it's likely, do I understand?
21     A.  I think if you want to prove
22 causation, you need stronger data than this,
23 yes.  I think anybody would agree with that.
24     MR. SLATER:  Do we have that Kulai

Page 280

1  article?
2      MR. FOUNDAS:  Yes.
3      (Whereupon, Turner Exhibit Number 18,
4  Kulai, et al article titled Images of
5  the Month.  Duodenal Villous Atrophy
6  in a TTG-Negative Patient Taking
7  Olmesartan:  A Case Report and Review
8  of the Literature, was marked for
9  identification.)
10     MR. SLATER:  I'll tell you, Maureen,
11 you are cranking today.  Don't think it's not
12 recognized, because it is.
13     All right.  What I want to do actually
14 is put Kulai to your side for one second, don't
15 lose it, and pull out your report, Page 5.  I
16 want to cover something else, and then we'll get
17 to this.  And actually, I'm even going to wind
18 you back a little more.  Just one more question
19 on Marthey.
20     A.  Sure.
21     Q.  With regard to the patients discussed
22 in Marthey, do you have an opinion as to what
23 was causing their intestinal symptoms as
24 described?  If it wasn't olmesartan, do you have

Page 281

1  an opinion as to what was causing it, as you sit
2  here right now?
3      A.  There's a range of things that could
4  have been investigated in these patients.  I
5  can't tell you specifically in any case because,
6  again, there's not sufficient data.
7      Q.  Now, looking at your report, Page 5,
8  at the very bottom, you state, "Although some of
9  these studies have merit, it is also reasonable
10 to conclude that Rubio-Tapia's small series
11 stimulated investigators who were eager to join
12 the phenomenon."
13     That's what you wrote, right?
14     A.  Right.
15     Q.  First of all, which of the studies
16 have merit?
17     A.  I think the studies we've been talking
18 about have merit.  The question is whether they
19 prove causation.  We disagreed on whether they
20 proved causation.  I don't think they're
21 completely useless studies, they are of
22 interest, they do bring people's attention to
23 things.
24     Q.  Now, are there any investigators you

Protected Information — Jeffrold R. Turner, M.D., Ph.D.

Page 282

1 can point to who, as you say, were eager to join
2 the phenomenon?
3    A.  I think the most outrageous example
4 would be Talbot.
5    Q.  Anybody else that was eager to join
6 the phenomenon?
7    A.  I would have to go through them
8 individually, but I think the effect is clear.
9    Q.  I just want to know now as you sit
10 here, other than Talbot, is there anyone you can
11 point to and say this was somebody who was, you
12 know, rushing in to join the phenomenon and
13 publish something and, as you say, rigor wasn't
14 applied, etcetera?
15    A.  Why don't we go through them one at a
16 time.  Should we do that?  I didn't prepare a
17 list like that.
18    Q.  Well, I just want to know, as you sit
19 here now, if there's anybody other than Talbot
20 that comes to mind?
21    A.  I'm sure there are.  Nobody specific
22 that I can name.  I know that if I look through
23 the papers, many of the others have some of the
24 same problems.

Page 283

1    Q.  Is Marthey one of those?
2    A.  Is who?
3    Q.  The Marthey study.  The Marthey
4 article we just went through, do you think that
5 was one where they rushed to join the
6 phenomenon?
7    A.  No, I think they have some level of
8 rigor here.  They did look and try to exclude
9 other causes in this study.
10    Q.  How about the Lagana study we went
11 through?
12    A.  Oh, that probably falls under the rush
13 to publish something related to olmesartan
14 heading.
15    Q.  How about Greywoode?
16    A.  Who?
17    Q.  Greywoode.
18    A.  I think Greywoode, again, is a case
19 control study which is not as good as a
20 randomized clinical trial, but it's something.
21    Q.  What about DeGaetani?
22    A.  I've got to find DeGaetani.  Was
23 DeGaetani an official exhibit?
24       MR. PARKER:  No, it was not made an

Page 284

1 exhibit.
2 BY MR. SLATER:
3    Q.  That's the one where the Columbia
4 celiac center went and recontacted patients.
5    A.  I know which paper it is.  I just want
6 to look back.  It's the seronegative villous
7 atrophy paper.
8    Q.  Exactly, where they identified 16
9 patients on olmesartan.
10    A.  I'm sure they were stimulated to do
11 that.  I think it's an okay study.  Again, I
12 don't think it's proof.  Here it is.  I think it
13 does have significant flaws.
14    Q.  By the way, you said -- I'll withdraw
15 that.
16       Okay.  You then say, "Case reports
17 continue to appear," and you list some of them
18 going over to Page 6, right?
19    A.  Yes.
20    Q.  You don't criticize people publishing
21 case reports about their experiences with
22 patients that they relate to olmesartan, you
23 would agree it's good for people to do that so
24 they can increase the general knowledge of

Page 285

1 what's being seen clinically with patients,
2 right?
3       MR. PARKER:  Objection.
4    A.  I don't think individual case reports
5 like this really add much to general knowledge.
6 If you want, I can quote my former chair on the
7 topic.
8 BY MR. SLATER:
9    Q.  Who is your former chair?
10    A.  Ramzi Cotran.
11    Q.  Did he play for the Cubs or the Red
12 Sox?
13    A.  No, he's sort of one of the most
14 recognized pathologists in the world before his
15 death.
16    Q.  Okay.  Kind of like Joseph Murray is
17 one of the most recognized celiac specialists?
18    A.  Not even close.
19    Q.  No?  Okay.
20    A.  No.  Cotran is way above Joe.
21    Q.  Well, Cotran didn't write anything or
22 do anything that had to do with olmesartan, did
23 he?
24    A.  I think he died before olmesartan was

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 286

1 introduced to the market.  But you were asking
2 me about case reports, and he has wisdom on case
3 reports.
4     Q.  Okay.  Well, there are a lot of
5 doctors who are relying on case reports in
6 evaluating and treating their patients, and a
7 lot of these doctors think that this information
8 is helping them to save patients from tremendous
9 suffering, right?
10     MR. PARKER:  Objection.
11     A.  I think initial case reports bring
12 attention to a problem or a potential problem.
13 I think all these follow-on case reports are
14 opportunities for people to publish something in
15 the literature.
16 BY MR. SLATER:
17     Q.  Have you ever published a case report?
18     A.  I've been a co-author on some.  I
19 don't think I've initiated publication of a case
20 report.
21     Q.  Let's look at the Kulai case report.
22         By the way, I want to take a step
23 back.  One of the benefits of the case reports
24 is to illustrate various clinical pictures for

Page 287

1 patients who may or may not be suffering from
2 the condition being discussed, and that can be
3 helpful to doctors to show them the range of
4 potential presentations, that can be helpful,
5 right?
6     A.  That can be helpful, but it can also
7 be harmful, because if you -- if these case
8 reports are uncontrolled and you don't know what
9 you're including, and you broaden and broaden
10 what you accept as being published under this
11 name, you'll end up with lots of people who
12 don't fit, and are probably a completely
13 different entity that may or may not be related
14 to the drug in any way.
15     MR. SLATER:  Move to strike from "but"
16 forward.
17     Q.  Let's look at the Kulai article we've
18 marked as Exhibit 18.  Okay?
19     A.  Yes.
20     Q.  This talks about a 68-year-old male
21 who had a five-week history of nonbloody
22 diarrhea, vomiting" --
23     THE VIDEOGRAPHER:  I'm sorry,
24 Mr. Slater, you're breaking up.

Page 288

1     MR. SLATER:  Thank you.
2     Q.  This talks about, looking at this
3 article now, Exhibit 18, it's discussing a
4 68-year-old male with five-week history of
5 nonbloody diarrhea, vomiting, and a 20 pound
6 weight loss, correct?
7     A.  Yes.
8     Q.  It gives a great deal of information
9 about his medical condition, including some new
10 onset eye pain, said he had no fevers, no joint
11 pain, no skin changes or recent travel.  That's
12 helpful information to help you give you a
13 picture of this person's clinical presentation,
14 correct?
15     A.  Correct.
16     Q.  It tells us "Past medical history
17 included kidney stones, hypertension, and
18 bioprosthetic aortic valve replacement three
19 years earlier for severe aortic stenosis."
20         Again, this is helpful information
21 giving a good clinical picture of the patient,
22 correct?
23     A.  Yes, I think they did a complete
24 review of systems here.

Page 289

1     Q.  "He had been on
2 olmesartan/hydrochlorothiazide."  You understand
3 that's Benicar HCT?  Did you know that?
4     A.  Hydrochlorothiazide, but yes.
5     Q.  He had been on that medication,
6 Benicar HCT, for three to four years, right?
7     A.  Yes.
8     Q.  It then tells us his other
9 medications, "ASA 81 milligrams twice weekly,
10 vitamin C daily, multivitamin daily, cod liver
11 oil daily, and acetaminophen as needed."
12         Do you see that list?
13     A.  I do.
14     Q.  Do any of those medications have a
15 known risk to cause a five-week history of
16 nonbloody diarrhea, vomiting, and a 20 pound
17 weight loss?
18     A.  I suppose it's possible that NSAIDs
19 could.
20     Q.  He takes the acetaminophen as needed.
21 That's what it states, correct?
22     A.  Acetaminophen is not an NSAID.
23     Q.  I'll withdraw that question,
24 obviously.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 290

1    Where do you see him taking NSAIDs?
2    A.  ASA.
3    Q.  Okay.  Somebody taking ASA
4    81 milligrams twice weekly, would that be
5    likely -- the likely cause of a patient with a
6    five-week history of nonbloody diarrhea,
7    vomiting, and a 20 pound weight loss?
8    A.  No, it wouldn't be likely.
9    Q.  Blood work was ordered, and they go
10   through the findings on blood work, correct?
11   A.  Correct.
12   Q.  I'm not going to read all the
13   findings, but do you see any findings on the
14   blood work that would show an explanation for
15   the five-week history of nonbloody diarrhea,
16   vomiting, and a 20 pound weight loss?
17   A.  In just the blood work, there is a
18   metabolic acidosis, and there's an anemia that
19   is normocytic, which is a little bit surprising
20   if you're going to call it due to malabsorption,
21   but that's all.
22   Q.  Those findings could exist, the
23   normocytic anemia and the metabolic acidosis, in
24   somebody with malabsorption as well as this type

Page 291

1    of diarrhea, vomiting, and weight loss, that can
2    happen, correct?
3    A.  They could.  Apparently they did.  I
4    would expect more of a macrocytic anemia.
5    Q.  Just clarifying --
6    THE VIDEOGRAPHER:  You broke up again.
7    Q.  I'll ask again.
8    This presentation could exist,
9    correct?
10   A.  Yes.  Apparently it did.
11   Q.  The creatinine improved to 77, is that
12   micromoles per liter, with intravenous fluid
13   over five days?
14   A.  Yes.
15   Q.  "Stool was negative for culture,
16   parasites, and Clostridium difficile," right?
17   A.  Right.
18   Q.  So it's good that they did stool
19   cultures, that's helpful information to rule out
20   potential causes, right?
21   A.  Yes.
22   Q.  The "TTG antibody was negative with
23   normal immunoglobulin A levels."
24   That's helpful information, right?

Page 292

1    A.  Yes.
2    Q.  Biopsy was performed of the distal
3    duodenum and duodenal cap revealing marked
4    villous blunting with near complete villous
5    atrophy of the small intestinal mucosa in some
6    areas.  That's important information, correct?
7    A.  Correct.
8    Q.  "There was an increase in
9    intraepithelial lymphocytes as well as
10   neutrophils in the surface epithelium."  That
11   information is important to help give us a full
12   clinical picture, correct?
13   A.  Well, that's the histopathologic
14   picture, but yes.
15   Q.  "The crypts had a prominent increase
16   in apoptosis."  That's, again, giving us
17   histopathology, right?
18   A.  Right.
19   Q.  Then they tell us in the hospital,
20   because he was hospitalized, that his uveitis,
21   which would be basically an inflammation in his
22   eye, that got better, right?
23   A.  Right.
24   Q.  He had a negative work up for

Page 293

1    syphilis, Lyme disease, sarcoid, and
2    tuberculosis.  So, again, more conditions were
3    ruled out, right?
4    A.  Right.
5    Q.  And then we learn that "The patient's
6    diarrhea resolved within two weeks of olmesartan
7    discontinuation.  His anemia improved to
8    baseline and he returned to his previous weight
9    within three months.  Follow-up endoscopy
10   14 weeks later demonstrated complete resolution
11   of the duodenal inflammatory changes and
12   restoration of normal villous architecture,"
13   correct?  That's what it states?
14   A.  That's what it states.
15   Q.  Now, this case report is quite
16   detailed.  Would you agree with that?
17   A.  It's detailed, yeah.
18   Q.  And based on the information here, the
19   most likely cause of the five-week history of
20   nonbloody diarrhea, vomiting, and a 20 pound
21   weight loss, as well as the histopathologic
22   findings, the most likely cause in this patient
23   with all this information is olmesartan that he
24   took in the form of Benicar HCT, correct?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

Page 294

1    A.   Well, using the published literature
2  as my guide, this doesn't really fit the
3  description, for example, that Rubio-Tapia
4  wrote.  So this is -- it could be, but this is
5  actually a different histopathology.
6    Q.   What is different about the
7  histopathology here from the patients in
8  Rubio-Tapia?
9    A.   There are two features that I think
10 are important that are discussed here.  They
11 discuss here intraepithelial neutrophils within
12 the surface of the epithelium.  Rubio-Tapia
13 doesn't say anything about that.  And a
14 prominent increase in apoptosis, which is
15 brought up much later in the literature, but is
16 not in the Rubio-Tapia series.  So I think they
17 are bringing up something else.  But again, it's
18 a case report, and sort of a predatory
19 publisher.
20       MR. SLATER:  Okay.  Move to strike.
21   Q.   Doctor, you're not -- well, rephrase.
22       Is it your opinion that if olmesartan
23 causes sprue-like enteropathy it must fit the
24 clinical paradigm set forth in Rubio-Tapia 2012

Page 295

1  article, are you saying that's the only clinical
2  picture that would fit that diagnosis if it
3  exists?
4    A.   No, I'm saying this doesn't fit that.
5  And so this seems to be something potentially
6  different from that.
7    Q.   It could be that sprue-like
8  enteropathy caused by olmesartan has that
9  clinical and histopathological presentations,
10 just like celiac disease does, right?
11   A.   Celiac doesn't have this presentation.
12   Q.   I didn't say celiac has this
13 presentation.  But celiac has very clinical and
14 histopathologic presentations, correct?
15   A.   You broke up partway through there.
16 Can you repeat that?
17   Q.   Let me ask the question clean.
18       You are not discounting the
19 possibility that there are varied clinical and
20 histopathologic presentations for
21 olmesartan-associated enteropathy, you're not
22 excluding that as a possibility, right?
23   A.   I'm not excluding this histopathology
24 as potentially being associated with olmesartan.

Page 296

1    Q.   When you look at the evidence in this
2  case as reported, which you've agreed is quite
3  detailed, most likely cause for the diarrhea,
4  the vomiting, and the 20 pound weight loss here,
5  based on the published medical literature, would
6  be the olmesartan?  That's the most likely
7  cause, correct?
8    A.   As presented, that's what you're left
9  with.  But there's a number of things that would
10 be important that are missing.
11       MR. SLATER:  Move to strike from "but"
12 forward.
13       Let's do this, because I just see it's
14 20 after 4:00.  Let's go off the video.
15       THE VIDEOGRAPHER:  Going off the
16 record.  The time is 4:22.
17       (Whereupon, a recess was taken.)
18       THE VIDEOGRAPHER:  Back on the record.
19 The time is 4:37.
20 BY MR. SLATER:
21   Q.   Doctor, what medications would you say
22 you would state to a reasonable degree of
23 medical certainty cause a clinical syndrome
24 similar to what has been put into the literature

Page 297

1  of olmesartan-associated enteropathy?  What
2  other medications?
3    A.   Clinical syndromes, you're not
4  exclusively talking about the histopathology?
5    Q.   Combination of both.
6    A.   Well, if you want to include the full
7  range of what's been described with olmesartan,
8  you could include methotrexate, mycophenolate,
9  NSAIDs, ipilimumab, the list goes on.  I mean,
10 that's a good start.
11   Q.   Okay.  Let's start with those.
12   A.   Tacrolimus would probably be in there.
13   Q.   Let's talk about methotrexate.
14   A.   Sure.
15   Q.   Do you hold the opinion to a
16 reasonable degree of medical certainty that in
17 some patients methotrexate causes villous
18 atrophy, severe diarrhea, weight loss?
19   A.   Yes.
20   Q.   Are there any case control studies
21 you're relying on for that opinion?
22   A.   I think they're pretty well-controlled
23 studies.  I don't know if they're case control
24 studies.  But there are animal studies, there's