UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2606<br><br>HON. ROBERT B. KUGLER<br><br>HON. JOEL SCHNEIDER<br><br>Civil No. 15-2606 (RBK)(JS) |

NOTICE OF MOTION TO EXCLUDE THE
TESTIMONY OF KEITH WILSON, M.D.

TO: Susan Sharko, Esq.
Drinker Biddle and Reath, LLP
600 Campus Drive
Florham Park, New Jersey 07932-1047

**PLEASE TAKE NOTICE** that on May 15, 2017 at 9:30 am, pursuant to Case Management No. 29A, plaintiffs shall move before the Honorable Robert B. Kugler, U.S.D.J., and the Honorable Joel Schneider, U.S.M.J., at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order Excluding the Testimony of Keith Wilson, M.D.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs shall rely upon the Brief and Certification of Adam M. Slater in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

                              **MAZIE SLATER KATZ & FREEMAN, LLC**
                              Attorneys for Plaintiffs

                              By:  s/ Adam M. Slater

Dated: March 31, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                  **MAZIE SLATER KATZ & FREEMAN, LLC**
                                  Attorneys for Plaintiffs

                                  By:   s/ Adam M. Slater

Dated: March 31, 2017