# EXHIBIT 1

Protected Information - Keith T. Wilson, M.D.

Page 230

1    THE WITNESS: So statistical
2   power depends on the expected degree of
3   difference between two groups and the
4   expected variability, and since those
5   things aren't known, you have to first
6   start by interrogating the data you have
7   and then see if that can predict for you
8   what kind of power that you need.
9        So when you're saying it wasn't
10  powered, nobody has any idea what the
11  expected frequency of this condition is.
12  So there would be no way to a priori
13  power the study.
14  BY MR. SLATER:
15      Q.   Do you know what Daiichi's
16  position is on whether or not this ROADMAP study
17  is adequately powered to answer the question of
18  whether or not olmesartan causes gastrointestinal
19  side effects?
20      A.   I do not.
21      Q.   If the study is not adequately
22  powered to answer that question, it would be
23  unscientific to rely on the study data to answer
24  the question; right?

Page 231

1        MR. CHRISTIAN: Objection. Form.
2        THE WITNESS: That's a verbatim
3   question you just asked me, and I just
4   said to -- I can't determine whether it's
5   properly powered because we don't know
6   what the expected frequency in the
7   population of this is.
8        You would have to know that in
9   order to make an a priori estimation of
10  what power should be.
11  BY MR. SLATER:
12      Q.   Doctor, I'm not asking you if
13  it's adequately powered or not. We already know
14  you can't tell me that.
15      My question is: Assuming it is
16  not adequately powered -- I'm going to rephrase.
17      Assuming the ROADMAP study is not
18  adequately powered to give data that would be
19  useful regarding the frequency of
20  gastrointestinal side effects due to olmesartan,
21  you would not want to rely on it and it would be
22  unscientific to do so to answer the question of
23  causation; correct?
24      MR. CHRISTIAN: Objection. Form.

Page 232

1        THE WITNESS: Well, I think that
2   this is a useful document here in that it
3   gives us some sense of what the expected
4   event rates are, and now we have an idea.
5   But unfortunately for your case, there's
6   no difference between the placebo and the
7   olmesartan.
8        So, you know, the onus is not to
9   prove that there's not an association.
10  BY MR. SLATER:
11      Q.   Move to strike.
12      Do I understand you correctly to
13  be saying the usefulness of the ROADMAP study is
14  it shows that, to the extent that
15  olmesartan-associated enteropathy exists, it's
16  rare or uncommon? Is that -- is that basically
17  what you're saying?
18      MR. CHRISTIAN: Objection. Form.
19      THE WITNESS: No. I'm saying
20  that what the ROADMAP study would argue
21  is that it doesn't exist.
22  BY MR. SLATER:
23      Q.   Well, you can't get that
24  information from the ROADMAP study if it's

Page 233

1   underpowered to answer that question; right?
2        MR. CHRISTIAN: Objection. Form.
3        THE WITNESS: So what evidence do
4   you have that it's properly powered or
5   underpowered?
6   BY MR. SLATER:
7      Q.   Hey, Doctor, you don't have an
8   opinion whether it's powered adequately or not;
9   right?
10      A.   That's true. All I can say is
11  it's an observation that might now provide
12  guidelines to now do a power analysis for the
13  next study.
14      Q.   Move to strike after "that's
15  true."
16      You've already established nobody
17  would ever do such a study to -- to look at
18  gastrointestinal side effects because you already
19  told us it would take too many people and take
20  too long. Didn't you tell me that earlier?
21      MR. CHRISTIAN: Objection. Form.
22      THE WITNESS: Well, I think that
23  if that was the only purpose of the
24  study, that might be true, but I do

Protected Information - Keith T. Wilson, M.D.

Page 234

1  realize now that there could be
2  opportunities if there were other studies
3  being done with olmesartan to look at
4  similar phenomenon as what was done in
5  the ROADMAP.
6         Now with this in mind, I think
7  there could be a subcomponent of the
8  study where they could monitor the GI
9  side effects and potentially construct a
10 power analysis based on these data here.
11 BY MR. SLATER:
12     Q.   You haven't done that analysis or
13 constructed any such study; right?
14     A.   No.
15     Q.   And it's speculation as you sit
16 here now that you're talking about.  You're
17 speculating that something like that could be
18 done; right?
19     A.   I suppose, but it would be -- it
20 would be an attractive idea to get more insight
21 into this situation.
22         MR. CHRISTIAN:  Could we take a
23 quick bathroom break, Adam?
24         MR. SLATER:  Just one more

Page 235

1  question.
2  BY MR. SLATER:
3      Q.   Doctor, I think you looked at the
4  letter to the editor by Menne and Haller while
5  you were trying to answer my question before?
6      A.   Yes.
7      Q.   Correct?
8      A.   Yeah.
9      Q.   Despite everything they said in
10 their letter, they said they can't rule out the
11 possibility of an association basically; right?
12     A.   (Reviewing document).
13         They say they can't rule out that
14 this could be a very rare situation where it
15 could play a role, but their data do not identify
16 a link.  That's what their conclusion is.
17     Q.   And they actually said just above
18 that that they didn't observe an intestinal
19 effect of olmesartan, but they said this finding
20 might be because sprue-like enteropathy is a rare
21 event; right?
22         They actually acknowledge the
23 possibility that the study was underpowered to
24 show this; right?

Page 236

1      A.   Can you tell me where that was?
2      Q.   Sure.  Right-hand column first
3  page, last paragraph.
4          "This finding might be because
5  sprue-like enteropathy is a rare event."
6      A.   Right.  Yeah, I see they say
7  that.
8          MR. SLATER:  All right.  You want
9  to take a break?
10         MR. CHRISTIAN:  Yeah.
11         THE VIDEOGRAPHER:  Time now is
12 2:20.  We are going off the record.  This
13 is the end of Disk No. 3.
14         (A brief recess was taken.)
15         (Document marked for
16 identification purposes as Gutman
17 Exhibit 14.)
18         THE VIDEOGRAPHER:  The time now
19 is 4:40 -- excuse me -- 2:41.  We're back
20 on the record.  This is the beginning of
21 Disk No. 4.
22 BY MR. SLATER:
23     Q.   Doctor, I have given you Exhibit
24 14, which is an article from Marthey et al.

Page 237

1  "Olmesartan-associated enteropathy: result of a
2  national survey."
3          Are you familiar with that study?
4      A.   Yes.
5      Q.   Now, in this study, they point
6  out in part that when the patients were diagnosed
7  when they were actually under treatment,
8  olmesartan was not known as a potential cause of
9  enteropathy.  Therefore, most patients were
10 treated as if they had an autoimmune enteropathy;
11 correct?
12     A.   You'll have to point -- it's -- I
13 don't remember that exactly.  Can you point out
14 where they say that?
15     Q.   On page 1105 under Outcome First
16 paragraph.
17     A.   Okay.
18     Q.   So these doctors who were
19 treating these patients didn't have the benefit
20 of knowing that olmesartan was one of the
21 potential causes for what they were seeing;
22 correct?
23     A.   Correct.
24     Q.   Now, if you look at page 1106,

Protected Information - Keith T. Wilson, M.D.

Page 238

1  there were patients who were stopped on
2  olmesartan and it says 9 out of 10 had clinical
3  remission. That's in the first carryover
4  paragraph by the left column.
5      A.   Right.
6      Q.   When olmesartan was reintroduced,
7  all had clinical relapses; correct?
8      A.   Yeah. Yes. They said that it
9  was reintroduced to 9, yes.
10     Q.   That fact that 9 out of 9 had
11 positive rechallenge -- rechallenges is evidence
12 supporting a finding of causality; correct?
13     A.   Well, as we've said before, this
14 was not any sort of controlled protocol. It's
15 just a retrospective description of a story.
16     Q.   Just out of curiosity, you're
17 sure there's no protocol for this study?
18     A.   Well, the methods just says:
19          "We contacted by e-mail
20 investigators to report their observations."
21          So I'm not seeing anything here
22 about a unified protocol.
23     Q.   Okay. On page 1107 is the
24 discussion and they say in the first paragraph in

Page 239

1  part:
2          "Olmesartan is likely to be
3  causal as interruptions were followed by clinical
4  remissions and reintroductions were followed by
5  relapses."
6          Do you see that statement?
7      A.   Yes.
8      Q.   From a clinical perspective,
9  that's a reasonable medical judgment; correct?
10         MR. CHRISTIAN: Objection. Form.
11         THE WITNESS: You could argue
12 that in these 9 patients that there was
13 some suggestion that they had a reaction
14 to olmesartan that was specific to them,
15 and when they were restarted, there was a
16 relapse. That's what they've stated
17 here, but, again, it's not really under
18 any specific protocol.
19 BY MR. SLATER:
20     Q.   You discount this data because
21 there wasn't a protocol and because it wasn't a
22 controlled study; is that correct?
23     A.   Well, in my report, I called it
24 "Level IV evidence." So I don't throw it out

Page 240

1  completely. I just say it's -- it's not the
2  higher level evidence.
3      Q.   You're not opining that these 9
4  patients didn't get better -- well, rephrase.
5  Let me ask it differently.
6          Is it your opinion that these 9
7  patients who are described here didn't really get
8  better when they got off the drug and didn't
9  really get sick again when they went back on
10 olmesartan?
11     A.   I can't really say for sure
12 because it's not the same thing. It's as a
13 controlled study. In other words, they just
14 accepted information from various GI docs in the
15 country. So it's not the same thing as a
16 well-defined follow-up.
17     Q.   Who would have a motivation to do
18 the sort of controlled study that you're
19 suggesting would need to be done in order to
20 prospectively evaluate olmesartan-associated
21 enteropathy? Who would actually have an
22 incentive to do that study and to spend that
23 money?
24         MR. CHRISTIAN: Objection. Form.

Page 241

1          THE WITNESS: Right. I don't
2  disagree with you.
3          But what I'm saying is that, as
4  we were just talking about in the ROADMAP
5  study, if you have a lot of patients that
6  you're tracking very carefully, like I
7  used the example of the Framingham Heart
8  Study or the Nurses Health Study, there's
9  much more opportunity to interrogate that
10 data in a systematic way rather than just
11 receiving cases that come into you via
12 community practice doctors.
13 BY MR. SLATER:
14     Q.   Move to strike after the "right."
15 I think he said something to the effect of
16 "right, I don't -- I agree with you," or whatever
17 he said. I don't have the exact language but
18 moving to strike the last part of the answer.
19         In terms of evaluating
20 olmesartan-associated enteropathy, sprue-like
21 enteropathy, whatever you want to call it, the
22 evidence of dechallenges and rechallenges has to
23 be looked at as an important component of the
24 analysis; correct?

Protected Information - Keith T. Wilson, M.D.

**Page 242**

1     A.    If they were properly done, but
2  we've been down this road before in this
3  deposition where I've said that I don't think
4  that these case reports constitute what I would
5  consider a proper challenge and rechallenge.
6     Q.    Are there any dechallenges or
7  rechallenges that you feel are of a sufficient
8  level of scientific evidence that you actually
9  think that they are of significance that you've
10 seen any article or study you've seen?
11    A.    Well, I'm thinking about things
12 like clinically. There are children that have
13 severe food allergies, and they see experts in
14 this. And then what happens is their life is
15 really turned upside down by the fear that
16 they're going to have anaphylactic shock if
17 they're in the room with somebody that's eating
18 peanuts or what have you, and there are
19 physicians that specialize in slowly and
20 meticulously re-challenging those children to
21 determine what foods they can be around and what
22 foods they can eat.
23        That's just a clinical example of
24 how there are people with a lot of experience

**Page 243**

1  have study protocols for taking care of patients
2  with complex issues like that.
3        Here we're just dealing with kind
4  of retrospective observations. These are
5  observational studies.
6     Q.    Okay. Move to strike.
7     MR. CHRISTIAN: Did you finish
8  your answer?
9     THE WITNESS: The last thing I
10 would say is just these are -- these are
11 observational studies.
12 BY MR. SLATER:
13    Q.    Move to strike.
14        My question is this: Are there
15 any documented dechallenges or rechallenges in
16 any of the articles that you're relying on for
17 your opinions that you consider to be valid
18 scientifically?
19    A.    I don't believe there are any,
20 no.
21    Q.    Since in forming your opinions
22 you have put aside all of the reports of
23 dechallenges and rechallenges as not being of any
24 real significance to you.

**Page 244**

1        Do I understand that?
2     MR. CHRISTIAN: Objection. Form.
3     THE WITNESS: You know, as I've
4  been trying to say here, I'm not taking
5  articles that people did their best to
6  write and just saying, I'm not going to
7  read it or I'm not going to consider it.
8        I'm saying that I'm going to
9  grade the level of evidence, and I just
10 feel like the level of evidence with
11 these challenge, rechallenge, as you call
12 it, is -- is low.
13        I'm not saying that I didn't read
14 it or consider it or that it can't be
15 considered at all or debated. I'm just
16 saying that it's -- the quality of the
17 evidence is low.
18 BY MR. SLATER:
19    Q.    For the 9 patients who had
20 positive dechallenges and positive rechallenges,
21 as described in Marthey, olmesartan is the likely
22 cause of their clinical symptoms; correct?
23     MR. CHRISTIAN: Objection. Form.
24 BY MR. SLATER:

**Page 245**

1     Q.    Based on the information
2  available in this article?
3     MR. CHRISTIAN: Same objection.
4     THE WITNESS: I'm not sure I see
5  the word "rechallenge" or "dechallenge"
6  anywhere in this article, first of all.
7  BY MR. SLATER:
8     Q.    No. I'm using the word
9  "rechallenge" and "dechallenge." But this talks
10 about the fact on page 1106:
11        "Olmesartan interruptions were
12 followed by clinical remissions in 9 of 10 cases.
13 Olmesartan reintroductions were followed by
14 clinical relapses in 9 of 9 cases."
15        So with regard to those 9
16 patients, the likely cause of their condition was
17 the olmesartan; correct?
18    A.    So --
19     MR. CHRISTIAN: Objection. Form.
20     THE WITNESS: -- one of the
21 confounding variables in the study that's
22 really problematic is a lot of these
23 patients were on steroids.
24        So I don't know how well it's

Protected Information - Keith T. Wilson, M.D.

Page 246

1   delineated here whether the people -- so
2   let's imagine somebody gets better on
3   steroids, which controverts the Mayo
4   Clinic study, which we previously
5   discussed, where they indicated in that
6   study that 20 of the 22 patients had
7   failed to respond to steroids.
8         Now we have this study where they
9   say that the majority of the patients
10  received steroids. So what could easily
11  have happened is that they might have
12  gone off -- they might have gotten better
13  on steroids.
14        Steroids could be treating
15  something, autoimmune enteritis or some
16  form of inflammation caused by another
17  factor. They get better and then over
18  time maybe they were going to get worse
19  again anyway if they didn't get put back
20  on steroids.
21        I really don't know. Like
22  Crohn's disease or anything like that,
23  and it just could be that they were
24  looking well and then they stopped the

Page 247

1   steroids.
2         We see all the time in patients
3   with -- with colitis that -- ulcerative
4   colitis or Crohn's that they get off the
5   steroids and then they get well and they
6   come off the steroids, they get sick
7   again. So there could be confounding
8   variables.
9   BY MR. SLATER:
10      Q.   Well, looking at the summary on
11  the abstract on the start of the article. At the
12  bottom of the results, it says:
13         "29 patients were in remission
14  since olmesartan interruption including 26
15  without immunosuppressants."
16         You see what I just read?
17      A.   Yes.
18      Q.   For those 26 patients at least,
19  would you agree that the likely cause was the
20  olmesartan?
21      MR. CHRISTIAN: Objection. Form.
22      THE WITNESS: I mean, it's
23  possible. I don't know that I'm willing
24  to say likely because, again, this is

Page 248

1      just sort of another case series.
2   BY MR. SLATER:
3      Q.   From a clinical perspective with
4   the information that's here, it would be
5   reasonable clinical judgment by the doctors
6   treating those patients to determine that those
7   26 patients, the cause of their condition was
8   olmesartan.
9         That would be a reasonable
10  clinical judgment in the course of treating that
11  patient; correct?
12      A.   I think that if they properly
13  ruled out much more common causes of the syndrome
14  of these types of conditions, then I think that
15  in the individual cases if a treating physician
16  feels that it's best to stop the olmesartan, I
17  don't have a problem with that.
18      Q.   The reason to stop the olmesartan
19  and actually not to put the patient back on it
20  because they already got better when they were
21  off it, the reason the doctor would be doing that
22  is because they believe the olmesartan was
23  causing the condition, so I don't want to put the
24  patient back on the drug.

Page 249

1         That would be a reasonable
2   clinical judgment; right?
3      A.   I would say right, except for the
4   fact that this is a very short paper, and I
5   really don't know what the treating physicians
6   were thinking. There's no -- there's no
7   information here about what the thought process
8   was of the treating physicians.
9      Q.   Move to strike from "except"
10  forward.
11         I'm asking this: With regard to
12  the 26 patients who got off of olmesartan, got
13  better and they weren't taking
14  immunosuppressants, if those doctors said, I'm
15  not putting you back on olmesartan, I think
16  because of the dechallenge olmesartan was
17  probably causing your condition so you shouldn't
18  take it anymore, that would be a reasonable
19  clinical judgment; right?
20      A.   I would say for those individuals
21  that that would be a reasonable judgment.
22      MR. SLATER: Laura, let's go to
23  document 4 and mark that as the next
24  exhibit.

Protected Information - Keith T. Wilson, M.D.

Page 250

1    THE REPORTER:  Exhibit 15.
2        (Document marked for
3    identification purposes as Gutman
4    Exhibit 15.)
5   BY MR. SLATER:
6        Q.    All right.  Doctor, I've handed
7   you a case report and review of the literature.
8   The first author's last name is Kulai, K-u-l-a-i.
9        Do you see that?
10       A.    Yes.
11       Q.    And this -- this case report, if
12  you look on the case presentation -- I'm not
13  going to read the whole thing out loud, but if
14  you go through it and you just read along with
15  me, he had a 5-week history of non-bloody
16  diarrhea, vomiting, and 20-pound weight loss.
17       Do you see that right in the
18  beginning?
19       Do you see that, Doctor?
20       A.    Oh, yeah.  Sorry.  Right at the
21  beginning.  Okay.
22       Q.    And those symptoms are consistent
23  with the syndrome of olmesartan-associated
24  enteropathy, sprue-like enteropathy described

Page 251

1   throughout the literature; correct?
2        A.    They're consistent with, but they
3   could also be consistent with other things.
4        Q.    Move to strike from "but"
5   forward.
6        There's then a history that's
7   given about an issue with his eye, and then they
8   go through that he had no fevers, no joint pain,
9   no skin changes, no recent travel, a past medical
10  history, including kidney stones, hypertension,
11  aortic valve replacement.
12       They go through his medications
13  including olmesartan, hydrochlorothiazide, which
14  is Benicar HCT.  His other medications including
15  ASA, vitamin C, a multivitamin, cod liver,
16  acetaminophen.
17       Do you see all that?
18       A.    Yes.
19       Q.    Then they go through his blood
20  workup.  He had an acute kidney injury,
21  presumably secondary to dehydration.
22       Do you see that?
23       A.    Yes.
24       Q.    He had normocytic anemia.  They

Page 252

1   go through his albumen, his electrolytes, etc.
2   Nonanion gap metabolic acidosis.
3        You see all that?
4        A.    Yes.
5        Q.    Negative for culturing,
6   parasites, C diff.  All that was negative, and
7   then it shows that his testing for tTG antibodies
8   negative also; correct?
9        A.    Right.
10       Q.    Biopsy showed marked villous
11  blunting and near complete villous atrophy of the
12  small intestinal mucosa.  Increase in
13  intraepithelial lymphocytes, neutrophils.  It
14  talks about the crypts.
15       It gives what the histopathology
16  was; correct?
17       A.    Right.
18       Q.    It talks about the workup in the
19  hospital and the fact that he was negative for
20  syphilis, Lyme's disease, sarcoid, tuberculosis.
21       All that was negative?
22       A.    Right.
23       Q.    Right?
24       A.    Yeah.

Page 253

1        Q.    Then it shows that his diarrhea
2   resolved within two weeks of olmesartan
3   discontinuation, his anemia improved to baseline,
4   and he returned to his previous weight within
5   three months, and then 14 weeks later he had
6   complete resolution of the villous atrophy and
7   inflammatory changes.
8        Do you see all that?
9        A.    Yes.
10       Q.    If you look at that entire
11  picture as described, the likely cause of this
12  person's condition would be the olmesartan;
13  correct?
14       A.    Well, on face value, you might
15  think that, but I do find this description of the
16  uveitis to be worrisome because uveitis is a
17  classic extraintestinal manifestation of Crohn's
18  disease.
19       Q.    For what?
20       A.    For Crohn's disease, which is
21  another disease.
22       Q.    Would getting off of olmesartan
23  result in resolution of symptoms of Crohn's
24  disease if it was Crohn's disease?

Protected Information - Keith T. Wilson, M.D.

Page 254

1   A.   No, I'm not saying that.
2        I'm just saying that it's an odd
3   scenario here that maybe this patient has some
4   other sort of autoimmune disorder going on. I
5   can't dispute the fact that as written here that
6   the patient appears to have gotten better after
7   the olmesartan, but uveitis is, you know, not
8   something that's at all been associated with this
9   syndrome and it seems to be concomitant with his
10  situation. So would actually make me think about
11  some sort of autoimmune situation.
12       Q.   If this patient had an unrelated
13  autoimmune situation, you would not expect that
14  getting off of olmesartan would resolve the
15  histopathology and the symptoms as described
16  here; correct?
17       MR. CHRISTIAN: Objection. Form.
18       THE WITNESS: I don't dispute
19  that. I'm just saying that it could be a
20  coincidence. I agree that it would be a
21  bit of an unusual coincidence, but I
22  don't believe that, you know, getting off
23  the olmesartan should affect the eye, but
24  somehow his eye improved.

Page 255

1        I didn't -- I don't quite know
2   whether they're trying to state that the
3   olmesartan affected his eye.
4   BY MR. SLATER:
5        Q.   Move to strike after "I don't
6   dispute that."
7        If his condition was caused by
8   something other than the olmesartan -- I'm
9   talking about his gastrointestinal condition --
10  they would not be able to say what they say on
11  the bottom right corner of page 2, that last
12  paragraph where it says:
13       "The case described here
14  demonstrated full symptomatic and pathologic
15  resolution after suspension of olmesartan within
16  a 4-month period."
17       You wouldn't expect them to be
18  able to say that if this gastrointestinal
19  syndrome was due to something other than the
20  olmesartan; correct?
21       MR. CHRISTIAN: Objection. Form.
22       THE WITNESS: I mean, as I said,
23  it could be a coincidence, and it's only
24  one patient we're talking about here.

Page 256

1   BY MR. SLATER:
2        Q.   To a reasonable degree of medical
3   certainty, the fact that the patient had full
4   symptomatic and pathologic resolution after
5   suspension of olmesartan within a 4-month period
6   leads to the opinion that olmesartan was the
7   likely cause to a reasonable degree of medical
8   certainty; correct?
9        MR. CHRISTIAN: Objection. Form.
10       THE WITNESS: You know, I would
11  love to see a higher powered view of that
12  Figure 2. I'm not convinced that that
13  biopsy is normalized. I mean, yeah, the
14  villi are back, but it looks like to me
15  like there's lamina propria expansion
16  still. So it doesn't look completely
17  normal to me.
18  BY MR. SLATER:
19       Q.   Move to strike.
20       Based upon the fact that there
21  was full symptomatic and pathologic resolution
22  after suspension of olmesartan, including the
23  symptoms of non-bloody diarrhea, vomiting, and a
24  20-pound weight loss, and histopathology as

Page 257

1   described, to a reasonable degree of medical
2   certainty the likely cause of that
3   gastrointestinal syndrome is the olmesartan in
4   this patient. That's the likely cause; correct?
5        MR. CHRISTIAN: Objection. Form.
6        THE WITNESS: Well, I just stated
7   that I don't know that I accept the idea
8   that the histopathologic resolution was
9   complete, which you just stated the
10  authors said, but to my look at this
11  figure I'm not convinced that it's
12  resolved.
13  BY MR. SLATER:
14       Q.   Are you holding yourself out as
15  an expert in the field of histopathology and the
16  reading of slides?
17       A.   I think that I -- although I'm
18  not a board-certified pathologist, most of my
19  papers have histopathology in them, and I consult
20  multiple times a week with our two different
21  research pathologists that I work with in all my
22  projects. So I have a high level of
23  understanding of histopathology.
24       Q.   As between the biopsy images in

Protected Information - Keith T. Wilson, M.D.

Page 258

1 Figure 1 versus Figure 2, do you agree that there
2 is significant improvement in the histopathology?
3        A.    Yes.
4        Q.    So taking together the
5 significant improvement in the histopathology at
6 14 weeks, the resolution of the clinical symptoms
7 of non-bloody diarrhea, vomiting, and a 20-pound
8 weight loss after the patient stopped taking the
9 olmesartan, the likely cause of the
10 gastrointestinal syndrome is olmesartan.
11        That's the likely cause; correct?
12        MR. CHRISTIAN: Objection. Form.
13        THE WITNESS: It is a potential
14 cause, yes.
15 BY MR. SLATER:
16        Q.    Likely cause; right?
17        A.    Say it again.
18        Q.    Likely cause; correct?
19        MR. CHRISTIAN: You have to try
20 one more time, Adam. We didn't hear that
21 one at all.
22 BY MR. SLATER:
23        Q.    Okay. That is the likely cause;
24 correct?

Page 259

1        A.    I mean, with the same degree of
2 likeliness that's in some of the other case
3 series.
4        I'm not sure what this article,
5 which is one patient, adds, considering that it's
6 published in a journal that I've never heard of
7 from a somewhat disrupted -- disreputable pub --
8 Hindawi Press is notorious for -- I think they
9 have something like 1,000 journals, and I'm often
10 asked to be contributing articles to their
11 journals that I'm not sure if they even exist.
12 But I guess this must have existed, but it's not
13 a very reputable place for this to have been
14 published.
15        Q.    Move to strike.
16        Taking the information described
17 in this case report, assuming it to be accurate,
18 as you described it, the improvement of the
19 villous architecture, the resolution of the
20 clinical symptoms of diarrhea, vomiting, and a
21 20-pound weight loss, when you put all that
22 together with all the information provided here,
23 the most likely cause for this syndrome is
24 olmesartan; correct?

Page 260

1        MR. CHRISTIAN: Objection. Form.
2        THE WITNESS: I think as they
3 laid it out here in this very low-tiered
4 journal and a single patient, I'd be
5 willing to say that with the way they
6 presented the data that this is the most
7 likely cause, but I really can't be
8 sure --
9 BY MR. SLATER:
10        Q.    Thank you.
11        A.    -- of other potential factors in
12 this case.
13        MR. SLATER: Move to strike from
14 "but" forward.
15        Let's look at document 10 now,
16 the Greywoode article.
17        THE REPORTER: Exhibit 16.
18        (Document marked for
19 identification purposes as Gutman
20 Exhibit 16.)
21        THE WITNESS: Oh, this is a
22 different Greywoode, is it not? Oh.
23 BY MR. SLATER:
24        Q.    Doctor, did you do any power

Page 261

1 calculation in connection with the number of
2 patients studied in this article?
3        A.    No.
4        Q.    Of over -- rephrase.
5        Of over 2,000 patients in the
6 endoscopy group, only 22 had been on olmesartan
7 ;correct?
8        This is what it says on page 7 of
9 your report at the top.
10        A.    Okay. Okay.
11        Q.    Did you evaluate whether 22
12 patients was enough in that group to come to a
13 statistically significant conclusion one way or
14 the other?
15        A.    So one of the things that, you
16 know, you can do is, you can look at confidence
17 intervals and, you know, you can get some
18 assessment by the -- by that what the confidence
19 level you should have about the conclusions.
20        And, you know, the P value --
21        Q.    They actually talk about that on
22 page 1243 just above the conclusion; right?
23        A.    Yeah, they --
24        Q.    They actually evaluate the data

Protected Information - Keith T. Wilson, M.D.

Page 262

1 and say because of the low number of patients
2 taking olmesartan that there may be an
3 association not detectable because of the power;
4 right?
5     A.    Yeah, I think that's fine.  Sure.
6 You can say that.
7           Yet, in the beginning of the
8 paragraph, they say:
9           "The strength of the study
10 includes the large sample size as well as the
11 comprehensive and protocol direct in-person
12 solicitation of medication use."
13     Q.    That would be a large sample size
14 of the total number of people studied --
15     A.    Right.
16     Q.    -- but when you look at the total
17 number of people on olmesartan, that's a very low
18 number; correct?
19     A.    I mean, it's low.  I don't know
20 if I would say very low.
21     Q.    0.7 percent to 1 percent of the
22 study participants, which was a total of 22
23 patients who got endoscopy and 83 out of over
24 12,000 who got colonoscopy.

Page 263

1           So it's a total of 105 patients;
2 right?
3     A.    Uh-huh.  Right.  But, for
4 example, if you look at the -- the pathology
5 reports section of the results in the abstract,
6 when you look at a P value of .61 for what
7 they're calling histologic diagnosis of celiac
8 disease -- so we all agree that maybe that wasn't
9 the best choice of words, but for histologic
10 diagnosis of villous atrophy and inflammation.
11           So a P value of .61 suggests that
12 you're so far away, you would probably need to
13 increase the number of patients.  Well, actually,
14 here it's a little confusing the way it's written
15 because they're combining endoscopy and
16 colonoscopy.
17           But you would have to increase
18 the number of patients by a massive amount to
19 ever see any association.  To the point because
20 the P value is .6.  It's so far away from ever
21 being significant.
22     Q.    And that analysis would apply
23 basically across the board in terms of how many
24 patients you'd need if you were going to run a

Page 264

1 study to try to see this type of association or
2 causal association; correct?
3     A.    I think it really depends.  I
4 cannot give you a generalization because the way
5 all these types of studies were done are very
6 different.
7           I mean, as you know, there's
8 multiple studies from the same institution that
9 were all done a completely different way.
10 Because you have Greywoode, Lagana.  And what's
11 the other one?  And DeGaetani.
12           So it's like, you know, they
13 were -- they were all done in totally different
14 ways.  So I can't generalize between studies if
15 that's what you want me to do.
16     Q.    Did you read Dr. Lebwohl's
17 deposition transcript?
18     A.    I skimmed through it a long time
19 ago.  I don't remember the exact date.
20     Q.    It's not on your list.
21     A.    I don't think I spent more than
22 about five minutes on it.  We can add it to the
23 list.
24     Q.    And you didn't list Dr. Lagana's

Page 265

1 deposition transcript either, did you?
2     A.    I don't remember reading his.
3     Q.    I'm sorry.  I didn't hear you.
4 What?
5     A.    I don't remember reading his.
6           MR. SLATER:  Laura, let's go to
7 document 3.  I think it's document 3.  It
8 might be 3 or 21.  It's a letter.
9 "Olmesartan-induced enterocolitis" in
10 "Pathology."
11           MS. PITTNER:  Got it.  It's 21.
12           MR. SLATER:  Thanks.
13           THE REPORTER:  Exhibit 17.
14           (Document marked for
15     identification purposes as Gutman
16     Exhibit 17.)
17 BY MR. SLATER:
18     Q.    Doctor, looking at this, it's a
19 letter written by Gallivan and Brown, and they
20 talk about a 78-year-old woman.  They give her
21 clinical history, who had been prescribed
22 olmesartan for four years.
23           Do you see that --
24     A.    Yes.

Protected Information - Keith T. Wilson, M.D.

Page 266

1    Q.    -- in the left column?
2    A.    Yes.
3    Q.    It talks about her other regular
4  medications and that there was no history of
5  recent use of a nonsteroidal anti-inflammatory
6  medication.
7    A.    Right.
8    Q.    And that over the past four
9  months, she experienced severe watery diarrhea,
10 which resulted in three hospital admissions,
11 including intensive care unit admission for acute
12 renal failure secondary to dehydration.
13    Do you see that?
14    A.    Right.
15    Q.    Then it says that upper endoscopy
16 and colonoscopy were performed and the biopsies
17 revealed mild villous blunting in the proximal
18 small intestine with intraepithelial
19 lymphocytosis and lamina propria inflammation;
20 correct?
21    A.    Yes.
22    Q.    That's what's related there?
23    A.    Right.
24    Q.    They then talk about the

Page 267

1  colonoscopy and the findings on the colonic
2  biopsies.
3    And then if you go into the
4  second column, they talk about the fact that
5  serum tissue transglutaminase antibodies were
6  negative, and the clinical setting did not
7  support an autoimmune enteropathy or
8  immunodeficiency syndrome.
9    Do you see what I just read?
10    A.    Yes.
11    Q.    Then they say:
12    "Withdrawal of olmesartan and
13 atorvastatin with implementation of total
14 parenteral nutrition and oral budesonide produced
15 resolution of diarrhea.  On selectively
16 recommencing only olmesartan and oral intake, the
17 diarrhea returned."
18    Do you see that?
19    A.    Yes.
20    Q.    "Her anti-hypertensive medication
21 was subsequently changed to ramipril and the
22 diarrhea again resolved."
23    And then they talk about the fact
24 that a subsequent colonoscopy was done and showed

Page 268

1  complete resolution of the enteropathy-like
2  changes.
3    That's -- that's what is related
4  in terms of the clinical course of that patient;
5  correct?
6    A.    Okay.
7    Q.    The fact that when they
8  discontinued the olmesartan and then put her back
9  and it looks like in a controlled way,
10 selectively recommencing only the olmesartan, the
11 diarrhea returned.
12    That's what it says; right?
13    MR. CHRISTIAN:  Objection.  Form.
14    THE WITNESS:  Well, an important
15    point is that they also reinstituted oral
16    intake.  So the bowel rest that she had
17    had where she was on TPN was no longer in
18    play.  So there could have been something
19    related to the oral intake like that
20    could be leading to the diarrhea as well.
21 BY MR. SLATER:
22    Q.    Okay.  It's more likely that when
23 they took her off the olmesartan, she got better.
24 Then they put her back on it.

Page 269

1    Even the fact that they let her
2  have oral intake again, as between the two, the
3  likelier cause of the diarrhea would be the
4  olmesartan; correct?
5    MR. CHRISTIAN:  Objection.  Form.
6    THE WITNESS:  Well, not if she
7    had seronegative celiac disease and she
8    went on oral intake that had gluten in
9    it.
10 BY MR. SLATER:
11    Q.    Let's look at what happened next.
12    Then they changed her
13 anti-hypertensive to take her off olmesartan
14 again and she got better again.
15    When you have -- so now we have a
16 positive dechallenge, a positive rechallenge, and
17 another positive dechallenge.
18    When you look at that together,
19 for this patient with the information here, the
20 most likely cause of her gastrointestinal
21 syndrome is the olmesartan; correct?
22    MR. CHRISTIAN:  Objection.  Form.
23    THE WITNESS:  You know, again,
24    it's like the last case.  Your -- your

Protected Information - Keith T. Wilson, M.D.

Page 270

1  quality of evidence here, this is below a
2  case series. It's just an individual
3  case report.
4       So I don't dispute that on face
5  value it looks like this is the most
6  likely cause, but this is one patient,
7  again, published in a journal that I've
8  never heard of.
9  BY MR. SLATER:
10      Q.   Based on the evidence here, the
11 most likely cause is the olmesartan, just taking
12 the evidence presented here; correct?
13      MR. CHRISTIAN: Objection. Form.
14 BY MR. SLATER:
15      Q.   That's what you just said; right?
16      MR. CHRISTIAN: Same objection.
17      THE WITNESS: I mean, I think
18 telling a story like a novel is --
19 doesn't really meet criteria for
20 causation of a -- a global causation.
21 This is just sort of like reading a
22 story.
23 BY MR. SLATER:
24      Q.   Move to strike.

Page 271

1       Very simply, and I think you just
2  said it two answers ago.
3       Based on the information in this
4  case report, for this patient the most likely
5  cause of the gastrointestinal syndrome is the
6  olmesartan; correct?
7       MR. CHRISTIAN: Objection. Form.
8       THE WITNESS: With the
9  information that's presented here, but I
10 haven't had the opportunity to review
11 this case record, to the extent that I
12 have been able to with some of the cases
13 in this litigation.
14      MR. SLATER: Move to strike from
15 "but" forward.
16      Let's look now at document 12.
17 Let's mark that.
18      THE REPORTER: Exhibit 18.
19      (Document marked for
20 identification purposes as Gutman
21 Exhibit 18.)
22 BY MR. SLATER:
23      Q.   All right. Doctor, this article,
24 which I believe is on your list, I want to go to

Page 272

1  the conclusion of this article written by
2  Marietta, Cartee, Rishi, and Dr. Murray.
3       His conclusion -- his conclusion
4  is:
5       "The drug-associated enteropathy
6  that is most common and serious is that seen with
7  olmesartan albeit at an extremely low rate."
8       You see what I just read?
9       A.   Yes.
10      Q.   Okay. Dr. Murray then states:
11      "One should then suspect OAE in
12 any patient who presents with severe diarrhea and
13 weight loss. Many of the features associated
14 with OAE are also found in the enteropathy found
15 in celiac disease. Because of this, one should
16 review any celiac disease diagnosis for any use
17 of olmesartan at the time of diagnosis."
18      A.   Right.
19      Q.   Do you see what I just read?
20      A.   Yep.
21      Q.   That's a reasonable
22 recommendation to physicians what I just read
23 from Dr. Murray; correct?
24      A.   I mean, this is an opinion piece.

Page 273

1  So, you know, I don't have a way to put it in any
2  context other than that.
3       Q.   The question is: Is that a
4  reasonable recommendation to physicians seeing
5  patients with this type of a clinical
6  presentation? Do you agree that's a reasonable
7  recommendation?
8       A.   I think that in medicine we
9  always like to be conservative, and if we think
10 that anything has been published, we always
11 factor that into our consideration.
12      Q.   If a patient comes into a
13 gastroenterologist or a family physician, whoever
14 it may be, who takes olmesartan and the patient
15 has severe diarrhea, dehydration, and weight
16 loss, based upon the medical literature as it
17 stands now, it's a reasonable -- reasonable
18 decision to take the patient off the olmesartan
19 and see if the patient gets better, and if the
20 patient does, to just switch their
21 anti-hypertensive and avoid having to do invasive
22 biopsies and that sort of thing.
23      That's a reasonable approach;
24 correct?

Protected Information - Keith T. Wilson, M.D.

Page 274

1  MR. CHRISTIAN: Objection. Form.
2  THE WITNESS: So I think the
3  reasonable approach if somebody is that
4  sick is to stop any medication that you
5  can find that's ever been associated with
6  a GI distress, and then make a decision
7  about for each of those medications
8  whether they're needed or not or whether
9  an alternative can be used. So there's
10  many medications that can cause GI side
11  effects.
12  BY MR. SLATER:
13  Q.  Let's -- let's talk about a
14  patient who is on olmesartan and is not taking
15  any other medications that cause severe diarrhea,
16  dehydration, and weight loss, that that's --
17  olmesartan is the only drug they're taking that
18  is known to cause that spectrum.
19  Based on the literature that
20  exists now, if a patient came into a doctor
21  reporting those symptoms, it would be reasonable
22  for the doctor to stop the olmesartan and then,
23  if the person were to improve and then get
24  better, to not restart the olmesartan but to go

Page 275

1  to another high pressure -- high blood pressure
2  medication; correct?
3  MR. CHRISTIAN: Objection. Form.
4  THE WITNESS: I think that's
5  reasonable, but I don't think that most
6  doctors are aware of this syndrome.
7  MR. SLATER: Let's take a break
8  for about five or 10 minutes. I'm pretty
9  close to being done, if not done. Let me
10  just check my notes, all right, Randy?
11  And then I think I might be done.
12  MR. CHRISTIAN: All right.
13  Thanks, Adam.
14  THE VIDEOGRAPHER: Time is 3:27.
15  We're going off the record.
16  MR. SLATER: Let's go off the
17  video.
18  (A brief recess was taken.)
19  THE VIDEOGRAPHER: The time now
20  is 3:42. We are back on the record.
21  BY MR. SLATER:
22  Q.  Doctor, in looking at your
23  report, you mentioned the Bradford Hill criteria,
24  which we talked about earlier, and that you

Page 276

1  looked at that criteria based on the GRADE
2  approach, Grading of Recommendations, Assessment,
3  Development, and Evaluation approach?
4  A.  Right.
5  Q.  That approach, the GRADE
6  approach, is that something you brought to this,
7  or is that something that the attorneys asked you
8  to use?
9  A.  So I was asked to be sure to
10  address the Bradford Hill criteria, and then I
11  spent time on my own trying to find good articles
12  that carefully described that nomenclature, and I
13  found the two that I cited here. And I felt that
14  the -- I saw multiple references to this GRADE
15  approach and so I -- I tried to find what looked
16  like an earlier original use of it, and that's
17  how I found the article. So it was all something
18  that I found.
19  Q.  The GRADE approach, you had not
20  applied that or used that previously; correct?
21  A.  Correct.
22  Q.  Did you actually apply the GRADE
23  approach in terms of how you calculate the value
24  of different criteria, or did you just generally,

Page 277

1  you know, consider it as you applied the Bradford
2  Hill criteria?
3  A.  I think I just generally
4  considered it.
5  Q.  Now, I just want to come back to
6  one thing, and this is really the most important
7  question of the day.
8  We talked about the Basson
9  studies and some questions you had about the
10  French data.
11  I just want to know: Is that
12  because of your concern that the French have
13  outrageous accents?
14  A.  (Laugh.) I told you. I've got
15  two in my lab now and I had two other post-docs.
16  So I've had four French people work with me. So
17  that's not the problem.
18  Q.  Okay. I just want to make sure
19  that there's not a Monty Python issue here.
20  A.  No.
21  Q.  That's -- I want to reserve the
22  rest of my time for requestioning if defense
23  counsel questions Dr. Wilson. Thank you.
24  THE VIDEOGRAPHER: Randy, before

Protected Information - Keith T. Wilson, M.D.

Page 278

1   we go, am I supposed to tape?
2       MR. CHRISTIAN:  I just have a few
3   questions, Adam.  I'm fine with not
4   switching the camera, but whatever you --
5   if you're fine with it, we can just do my
6   questions without.
7       MR. SLATER:  Whatever you want to
8   do.
9       MR. CHRISTIAN:  Yeah, let's
10  just -- I don't look as good as Adam.  So
11  I'll stay off the camera.
12      MR. SLATER:  (Laugh).  Thank you.
13  I'm really feeling flattered.  (Laugh).
14      MR. CHRISTIAN:  All right.  Are
15  you ready, Adam?  We're still on the
16  record?
17      THE VIDEOGRAPHER:  Yes.
18      MR. CHRISTIAN:  Okay.
19          EXAMINATION
20  BY MR. CHRISTIAN:
21      Q.   Dr. Wilson, my name is Randy
22  Christian.  I represent the defendants in this
23  case.
24      Do you understand that?

Page 279

1       A.   Yes.
2       Q.   Okay.  I'm handing you what's
3   been marked as Exhibit 9 to your deposition,
4   which you indicated was your updated CV or
5   resume, as of what date?
6       A.   February 20, 2017.
7       Q.   Okay.  And is Exhibit 9, is that
8   a true and correct copy of your CV?
9       A.   Yes.
10      Q.   Does it accurately summarize your
11  education, training, and professional experience?
12      A.   Yes.
13      Q.   Will you turn to your report,
14  which is Exhibit No. 4 in this case.
15      Do you have your report in front
16  of you?
17      A.   Yes.
18      Q.   Turn to page 10.  At the bottom
19  of page 10, you were just asked a few questions
20  about -- this is where the section starts on the
21  Bradford Hill criteria; is that correct?
22      A.   Yes.
23      Q.   Okay.  I want to ask you some
24  questions about this criteria.

Page 280

1       The number one criteria you list
2   there is strength of association; correct?
3       A.   Correct.
4       Q.   In your evaluation of general
5   causation in this case, did you evaluate the
6   strength of the association that you found in the
7   published medical literature?
8       A.   Yes.
9       Q.   Is that something that you do
10  every day in your practice and in your research
11  is evaluate strength of association?
12      A.   Yes, I --
13      MR. SLATER:  Objection.
14  BY MR. CHRISTIAN:
15      Q.   You can still answer.
16      A.   Yes, I do that.  Whenever I'm
17  considering any type of data that's published,
18  whether it be something that's already published
19  or something that I'm handling as an editor for a
20  journal or whether I'm handling as a reviewer for
21  an article, I need to determine what I think the
22  quality of the associations are within that work.
23      Q.   And you use -- utilize that
24  methodology in your evaluation in Exhibit No. 4,

Page 281

1   your report?
2       A.   Yes.
3       MR. SLATER:  Objection.
4   BY MR. CHRISTIAN:
5       Q.   Or did you use that methodology
6   in your report?
7       A.   Yes.
8       Q.   What is the second criteria
9   listed on the top of page 11?
10      A.   It should be consistency.
11      Q.   Okay.  And did you evaluate
12  consistency in looking at the evidence in this
13  case as it relates to olmesartan and spruc-like
14  enteropathy?
15      A.   Yes.  In fact, that's really a
16  striking flaw in the literature is that there is
17  so much inconsistency in trying to define this
18  syndrome, and I've discussed some of this in my
19  deposition today.
20      Q.   And in looking at the issue of
21  consistency, is that something that you do every
22  day in your practice and research?
23      A.   Yes.
24      Q.   The next item there listed is

Protected Information - Keith T. Wilson, M.D.

Page 282

1 temporality or study design suitability; is that
2 correct?
3       A.    Yes.
4       Q.    And did you use the methodology
5 of analyzing temporality or study design
6 suitability in coming up with your opinions in
7 this case?
8       A.    Yes.
9       Q.    Is that something you do every
10 day in your practice and research?
11      A.    Yes.  We often have --
12            MR. SLATER:  Objection.
13            THE WITNESS:  Can I continue?
14 BY MR. CHRISTIAN:
15      Q.    Yes.
16      A.    So often in designing our human
17 studies -- for example, I'm mentoring a senior
18 fellow, who's joining our faculty in a new study
19 that we're starting, and we had to very carefully
20 think through the study design of the
21 measurements we were going to make in patients on
22 and off the medication for Crohn's disease.  And
23 we do the same thing when we design animal
24 experiments.

Page 283

1       Q.    And the next item listed there is
2 biological gradient.
3             Can you explain what that means?
4       A.    So it's very important to
5 consider the idea that if something just is
6 cytotoxic at a low dose and you can't establish
7 if there's a gradient, it's very hard to
8 determine the effect in an experimental system.
9             In the human system, it's
10 implicit that if somebody -- if patients were to
11 have a deleterious effect of a medication, it
12 seems that there should be some evidence of a
13 dose effect; i.e. that, for example, some
14 medications might be well tolerated at one dose,
15 but if you increase it high enough, it could
16 lower the seizure threshold and they could get
17 seizures, or it could cause acute renal failure
18 or what have you.
19             So that oftentimes it's very
20 important to be able to determine if there is a
21 gradient to an adverse effect.
22      Q.    And, Dr. Wilson, did you analyze
23 biological gradient in your analysis as
24 summarized in Exhibit No. 4?

Page 284

1       A.    Yes.  In fact, I indicated that
2 there's no evidence of a biological gradient in
3 these studies.
4       Q.    And is evaluating biological
5 gradient something you do every day in your
6 practice and research?
7       A.    Yes.  When we design experiments,
8 we often will do a dose-response of an inhibitor.
9 We will use dose-responses of a stimulant that
10 we're using, such as the amount of bacteria we
11 add to cells.  So we're always factoring that
12 type of thing in.
13      Q.    And with respect to the next
14 category listed, specificity, do you evaluate the
15 issue of specificity as a methodology in your
16 everyday practice?
17      A.    Yes, it is.
18            MR. SLATER:  Objection.
19            THE WITNESS:  So there's this
20 concept of whenever you're evaluating any
21 clinical studies, you should factor in
22 sensitivity and specificity, but in the,
23 you know, that's sort of assessing, for
24 example, the merits of a certain test.

Page 285

1             Here what we're looking at in
2 specificity, it's something different.
3 We're trying to see, to determine if
4 there were to be causation, there needs
5 to be a very specific outcome from a
6 specific exposure.
7             So this idea that there could be
8 a loose collection of responses is
9 something that, in my opinion, lowers the
10 quality of the evidence.
11 BY MR. CHRISTIAN:
12      Q.    Did you utilize this methodology
13 in coming up with your opinions in Exhibit No. 4?
14      A.    I did.
15      Q.    The next one is called biological
16 plausibility.
17            What is that?
18      A.    Well, I think that's the biggest
19 sticking point in this entire case, which is that
20 in order -- it's my understanding that, according
21 to Bradford Hill criteria, in order for something
22 to be likely to be causal, there should be a
23 plausible biological mechanism.
24            And in this scenario, I gave the

Protected Information - Keith T. Wilson, M.D.

Page 286

1 example of how things like the immunosuppressive
2 effects of HIV can be quantified by looking at a
3 CD4 count, for example, and that can be
4 predictive of whether people get an
5 immunocompromised state that leads to
6 opportunistic infection.
7        Here we don't have any evidence
8 of any particular driving force because it was
9 originally speculated that it would be TGF beta
10 driven, a loss of TGF beta immunoregulation, but
11 that was really an overly simplistic thought
12 process and there are many immunoregulatory
13 pathways and, in fact, when they looked in the
14 Marietta paper at TGF beta, signaling they
15 couldn't see any differences.
16     Q.    Dr. Wilson, was part of your
17 methodology in coming up with your opinions in
18 Exhibit 4 analyzing biologic plausibility?
19     A.    It was.
20     Q.    And is that something you do in
21 your everyday practice and research?
22     A.    Absolutely.
23     Q.    Number 7 is coherence.
24        Did you analyze coherence in

Page 287

1 looking at the medical literature that you
2 summarize in Exhibit No. 4?
3     A.    So I found this one to be tough
4 because that's supposed to be looking at the
5 natural history of a disease, and since this is a
6 syndrome that seems to occur in a very small
7 number of cases, I found it very difficult to put
8 together a coherent explanation of what this
9 disease process is.  So, for example, as I
10 enumerated here, because of the poor quality of
11 the evidence.
12        Does it include things like
13 gastric and colonic involvement?  Is that
14 necessary to say that somebody has the syndrome?
15 What is the role of the HLA status?  What is the
16 role of various other factors that were put forth
17 but don't seem to be consistent between the
18 studies?
19        So that further evidenced that
20 causation is less likely because there's not
21 coherence between the studies.
22     Q.    As part of your methodology in
23 coming up with your opinions in this case, did
24 you utilize the concept of coherence?

Page 288

1     A.    I tried to see if there was any,
2 and I didn't find much evidence of that.
3     Q.    Is that something that you do in
4 your everyday practice and research?
5     A.    Yes.
6     Q.    Number 8 is experimental
7 evidence.
8        Did you use in your methodology
9 an analysis of experimental evidence relating to
10 sprue-like enteropathy and olmesartan?
11     A.    I tried, but I couldn't find
12 much.  The Marietta paper, I already discussed in
13 my report that the deficiencies there in terms of
14 trying to provide evidence of a mechanism, and
15 also animal data is weak.  So the experimental
16 evidence is something I considered, but it's
17 poor.
18     Q.    Do you, Dr. Wilson, analyze
19 experimental evidence in your everyday practice
20 and research?
21     A.    I do that a lot.  That's what I
22 do every day.
23     Q.    Okay.  And number 9, reasoning by
24 analogy.

Page 289

1        Did you evaluate reasoning by
2 analogy as part of your methodology in coming up
3 with your opinions in this case?
4        MR. SLATER:  Objection.
5        THE WITNESS:  Yes, I did because
6 I considered whether or not other ARBs
7 could have the same effect, and the
8 evidence on that is the jury is still
9 out, so to speak, because there's a
10 couple of scattered case reports, but
11 there hasn't been any real effort to try
12 and show that it's a class-specific
13 effect.  So there's not really any
14 reasoning by analogy.
15 BY MR. CHRISTIAN:
16     Q.    So in your everyday practice at
17 Vanderbilt University and your work at the VA
18 hospital, do you incorporate these nine different
19 methodologies when you're trying to determine
20 whether something is causing something else?
21     A.    I do.
22        MR. SLATER:  Objection.
23        MR. CHRISTIAN:  Thank you,
24 Dr. Wilson.  That's all the questions I

Protected Information - Keith T. Wilson, M.D.

Page 290

1  have.
2          MR. SLATER:  I have a few
3  follow-up questions.
4          FURTHER EXAMINATION
5  BY MR. SLATER:
6      Q.    Start at the end and might just
7  to be clear, you don't believe that any other
8  ARBs cause sprue-like enteropathy or a similar
9  syndrome?  You don't believe that there's
10  adequate evidence to make that statement.
11         Do I understand you correctly?
12     A.    I didn't say that there's no
13  evidence whatsoever.  There's a few scattered
14  case reports, and so I don't know whether anybody
15  has really done anything more other than the
16  articles I reviewed.
17         So, for example, in the Lagana
18  study, they also looked at other ARBs, other
19  ARBs, and didn't seem to find much of an
20  association, but I don't know what other
21  literature might come out in the next couple
22  years.
23     Q.    Do you have an opinion right now
24  to a reasonable degree of medical certainty as to

Page 291

1  whether other ARBs cause a similar syndrome to
2  sprue-like enteropathy or olmesartan-associated
3  enteropathy?
4      A.    I think from the few case
5  reports, I wouldn't use the word "cause."  I
6  would say it is possible that there could be an
7  association with some of the other ARBs, but
8  right now the -- the clicker in terms of counting
9  the number of cases is -- is still low.
10     Q.    In your analysis of the Marietta
11  article, which you were just asked about, you
12  talked about CACO 2 cells.  Remember you talked
13  about a little of that in your report a little?
14     A.    Yes.  Yes.
15     Q.    Yes?
16     A.    Yes.
17     Q.    And it's inappropriate to use
18  CACO 2 cells in evaluating small intestinal
19  mechanisms.
20         You're not saying that, are you?
21     A.    So CACO 2s are a hotly debated
22  cell model.  So there are -- there are -- they
23  are a poorly differentiated colon cancer cell
24  line, and some that work with them have argued

Page 292

1  that you can manipulate them in culture to more
2  closely mimic either colon or small intestinal
3  cells.  But they're not really a very good model
4  of small intestinal cells because they're colon
5  cancer cells.
6      Q.    It is accepted in the scientific
7  world that you can use CACO 2 cells to evaluate
8  small intestinal disease processes; correct?
9      A.    I think that's controversial.  I
10  don't think it's accepted.
11     Q.    Studies in the peer-reviewed
12  literature where CACO 2 cells were used, for
13  example, to evaluate issues with celiac disease;
14  correct?
15     A.    There may be, but, again, it's
16  just a cell culture model.  You know, it's just
17  one piece.  It's just one model system.
18     Q.    The fact that they used CACO 2
19  cells in the Marietta study, that's not a reason
20  in and of itself to discount or invalidate those
21  findings; correct?
22     A.    I mean, if they had done the
23  studies in a better manner where I would find the
24  data more interpretable, you know, if it were to

Page 293

1  go into a better journal like "Gastroenterology,"
2  we would require that they provide evidence in a
3  nontransformed system, such as a small intestinal
4  aneroid, which are primary cell cultures, either
5  2- or 3-dimensional cultures.
6      Q.    Okay.  Move to strike.
7          The question I'm asking is very
8  simple.
9          In your opinion, are you relying
10  on the use of CACO 2 cells by the group in the
11  Marietta study as a reason to reject their
12  findings?
13     A.    It's one of the reasons.  It's
14  not a -- it's not the only reason.
15     Q.    Do you acknowledge that people
16  studying celiac disease use CACO 2 cell cultures
17  to experiment and study issues with celiac
18  disease?
19     A.    I would have to review that.  I'm
20  not certain about that, about how commonly that's
21  done.
22     Q.    Would you agree with me that the
23  mechanisms described in the Marietta article
24  could possibly be related to the mechanism

Protected Information - Keith T. Wilson, M.D.

**Page 294**

1 whereby olmesartan causes this syndrome that's

2 been identified with olmesartan?

3        MR. CHRISTIAN: Objection.

4 BY MR. SLATER:

5        Q.    Do you agree that it's possible

6 that regardless of the flaws that you identify in

7 the study that the conclusion as to the mechanism

8 is accurate?

9        MR. CHRISTIAN: Objection. Form.

10       THE WITNESS: I don't think that

11       anything that they published in that

12       article is valid.

13 BY MR. SLATER:

14       Q.    Well, my question is this. You

15 challenge many things about how the study was

16 done and reported, but my question is this.

17       It's possible that the conclusion

18 is correct despite those flaws that you identify;

19 correct?

20       MR. CHRISTIAN: Objection. Form.

21       THE WITNESS: So the only thing

22       that made it into the conclusion was

23       something vague about immunopathogenesis,

24       which is not -- doesn't say anything, and

**Page 295**

1       they relied on this idea of the IL-15

2       overexpression, but the data that was

3       presented for that I did not consider to

4       be valid.

5       I have a color version of that

6 article. I don't know where it went.

7 BY MR. SLATER:

8       Q.    Have you ever cited the Bradford

9 Hill criteria in any paper you've ever published?

10      A.    No.

11      Q.    Have you ever taught students the

12 use of the Bradford Hill criteria?

13      A.    So I have not called it that, but

14 in reviewing that for preparation of this, I

15 realized that many of the principles, I have

16 absolutely taught students and residents,

17 post-docs, and junior faculty.

18      Q.    Okay. Move to strike.

19      Have you ever in teaching

20 students referred to the Bradford Hill criteria

21 per se?

22      A.    No.

23      Q.    In writing any papers or

24 teaching, have you ever referred to the GRADE

**Page 296**

1 approach, which you refer to in your report?

2       A.    No.

3       Q.    In any paper or anytime you've

4 spoken to students, have you ever referred to the

5 Oxford Centre for Evidence-Based Medicine

6 standards that you refer to in your report?

7       A.    No.

8       MR. SLATER: I have no other

9       questions, unless counsel comes back

10      again. Then we'll play tennis.

11      MR. CHRISTIAN: No questions.

12 Thanks a lot.

13      THE VIDEOGRAPHER: Time now is

14 4:03. This deposition has concluded.

15

16      (Deposition concluded at 4:03 p.m.)

17

18      *   *   *

19

20

21

22

23

24

**Page 297**

1       - - - - -

        E R R A T A

2       - - - - -

3

4 PAGE LINE CHANGE

5       ____ ____ _____

6       REASON: _____

7       ____ ____ _____

8       REASON: _____

9       ____ ____ _____

10      REASON: _____

11      ____ ____ _____

12      REASON: _____

13      ____ ____ _____

14      REASON: _____

15      ____ ____ _____

16      REASON: _____

17      ____ ____ _____

18      REASON: _____

19      ____ ____ _____

20      REASON: _____

21      ____ ____ _____

22      REASON: _____

23      ____ ____ _____

24      REASON: _____

Protected Information - Keith T. Wilson, M.D.

Page 298

1
2      ACKNOWLEDGMENT OF DEPONENT
3
4          I,_____, do
5   hereby certify that I have read the
6   foregoing pages, and that the same is
7   a correct transcription of the answers
8   given by me to the questions therein
9   propounded, except for the corrections or
10  changes in form or substance, if any,
11  noted in the attached Errata Sheet.
12
13
14  _____
15  KEITH T. WILSON, M.D.          DATE
16
17
18  Subscribed and sworn
    to before me this
19  _____ day of_____, 20____.
20  My commission expires:_____
21
22  _____
    Notary Public
23
24

Page 299

1        CERTIFICATE OF REPORTER
2      DISTRICT OF COLUMBIA    )
3          I, DENISE D. VICKERY, CRR/RMR and Notary
4      Public, hereby certify the witness was by me
5      first duly sworn to testify to the truth; that
6      the foregoing deposition was taken at the time
7      and place stated herein; and that the said
8      deposition was recorded stenographically by me
9      and thereafter reduced to printing under my
10     direction; that said deposition is a true
11     record of the testimony given by said witness.
12
13         I certify the inspection, reading and
14     signing of said deposition were NOT waived by
15     counsel for the respective parties and by the
16     witness; and that I am not a relative or
17     employee of any of the parties, or a relative
18     or employee of either counsel, and I am in no
19     way interested directly or indirectly in this
20     action.
21
22
23         Denise D. Vickery, CRR/RMR
24     My Commission expires February 14, 2018

Protected Information - Keith T. Wilson, M.D.

**WORD INDEX**

**< 0 >**
**0.7** 262:*21*
**01** 196:*12*
**05** 196:*6*
**07068** 2:*5*

**< 1 >**
**1** 4:*12* 6:*9*
7:*5, 10* 11:*9, 9,*
*11, 22* 12:*1*
28:*16, 16, 19*
29:*7* 30:*10*
54:*13* 55:*3*
73:*5* 76:*19*
135:*8* 179:*24*
196:*12* 258:*1*
262:*21*
**1,000** 259:*9*
**10** 5:*15* 18:*7,*
*10* 23:*10* 57:*6*
67:*23* 72:*12*
79:*22* 86:*7*
91:*12, 15, 18*
145:*7* 146:*22*
147:*2, 24*
148:*3, 7* 166:*6*
238:*2* 245:*12*
260:*15* 275:*8*
279:*18, 19*
**10:34** 76:*18*
**10:46** 76:*24*
**103** 2:*5*
**105** 263:*1*
**11** 5:*18* 68:*3*
152:*3* 213:*21,*
*24* 281:*9*
**1105** 237:*15*
**1106** 237:*24*
245:*10*
**1107** 238:*23*
**12** 5:*20* 68:*3,*
*10* 69:*23*
147:*3* 148:*16*
216:*3, 6*
271:*16*
**12,000** 262:*24*
**12,428** 110:*19*

**12:14** 155:*1, 3*
**12:55** 156:*2, 9*
**1239** 6:*20*
**1243** 6:*20*
261:*22*
**12th** 1:*21*
7:*17*
**13** 6:*2* 35:*2, 4,*
*7* 91:*11*
152:*22, 23*
216:*3, 9*
**14** 6:*7* 35:*4, 6,*
*8* 156:*13*
236:*17, 24*
253:*5* 258:*6*
299:*24*
**15** 6:*10*
170:*21* 171:*11*
250:*1, 4*
**156** 4:*5*
**15th** 57:*6*
**16** 6:*15* 29:*14*
216:*3* 260:*17,*
*20*
**17** 5:*14* 6:*21*
29:*14* 140:*20*
171:*12* 195:*1,*
*2* 197:*9, 11, 24*
265:*13, 16*
**17,647** 218:*17*
219:*3*
**18** 6:*23*
171:*12* 271:*18,*
*21*
**18th** 171:*15*
**19** 28:*2, 6*
30:*18* 34:*21*
36:*20* 125:*21*
208:*19*
**19.2** 125:*4*
**1960s** 48:*23*
**1990s** 73:*14,*
*19*
**1994** 72:*20*

**< - >**
**-1B** 75:*12*

**< 2 >**
**2** 4:*13* 5:*14*
7:*5* 11:*9, 18*

**28**:*16, 19, 22*
29:*7, 8* 49:*24*
54:*14* 55:*10*
56:*2* 72:*8*
77:*1* 105:*7*
153:*10* 154:*14*
155:*2* 171:*15,*
*16* 216:*15*
218:*14* 255:*11*
256:*12* 258:*1*
291:*12, 18*
292:*7, 12, 18*
293:*5, 10, 16*
**2,000** 261:*5*
**2,088** 110:*18*
**2:20** 236:*12*
**2:41** 236:*19*
**20** 5:*14* 28:*6*
86:*8* 125:*21,*
*23* 157:*1, 7*
246:*6* 279:*6*
298:*19*
**20005** 1:*22*
3:*7*
**2009** 51:*18*
55:*2*
**2010** 162:*3*
**2012** 28:*23*
91:*10* 134:*15*
137:*22*
**2013** 60:*13*
61:*7* 82:*19*
83:*3*
**2014** 110:*18*
**2015** 71:*3*
**2016** 4:*16*
13:*22* 15:*14*
23:*11* 37:*24*
**2017** 1:*19*
7:*16* 12:*5, 8,*
*14, 16* 279:*6*
**2018** 299:*24*
**202.434.5148**
3:*8*
**20-pound**
250:*16* 256:*24*
258:*7* 259:*21*
**20th** 85:*8*
**21** 140:*20*
265:*8, 11*

**212** 212:*19*
**213** 5:*18*
**2150** 2:*11*
**216** 5:*20* 6:*2*
**22** 29:*18, 19*
128:*10* 131:*19*
132:*23* 134:*6*
135:*4, 20*
137:*21* 138:*7,*
*13* 139:*10, 17*
140:*6* 145:*7*
147:*3* 150:*20*
151:*20* 152:*4,*
*23* 157:*14*
158:*1, 15*
161:*5, 18*
162:*8, 10*
163:*21* 165:*9,*
*16, 21* 166:*9*
169:*18* 174:*22*
175:*8, 9, 11*
176:*9* 177:*11*
182:*8* 246:*6*
261:*6, 11*
262:*22*
**23** 12:*14, 16*
29:*19* 79:*16*
138:*18*
**236** 6:*7*
**24** 28:*16*
56:*18* 138:*18*
**25** 1:*19* 4:*15*
7:*15*
**250** 6:*10*
**26** 247:*14, 18*
248:*7* 249:*12*
**260** 6:*15*
**2606** 1:*4* 7:*14*
**265** 6:*21*
**271** 6:*23*
**278** 4:*6*
**27th** 27:*15*
**29** 247:*13*
**290** 4:*7*
**2901** 2:*19*
**299** 1:*11*
**2nd** 2:*5*
**2s** 291:*21*
**2-year** 81:*19*
83:*22*

**< 3 >**
**3** 4:*15* 7:*5*
11:*10, 23* 13:*4,*
*11* 23:*6* 29:*1,*
*8* 55:*16* 77:*20*
81:*15* 104:*21*
105:*2* 125:*2*
156:*10, 13*
180:*3* 236:*13*
265:*7, 8, 8*
**3:27** 275:*14*
**3:42** 275:*20*
**30** 4:*21* 53:*24*
213:*19*
**31** 54:*1*
**35** 50:*16*
**3-dimensional**
293:*5*

**< 4 >**
**4** 4:*17* 7:*6*
11:*10* 26:*9, 16*
27:*5, 9, 11, 22*
67:*19* 69:*1*
70:*1, 13* 84:*23*
104:*19* 130:*3*
136:*8, 12, 16*
195:*2* 197:*24*
208:*19* 236:*21*
249:*23* 279:*14*
280:*24* 283:*24*
285:*13* 286:*18*
287:*2*
**4:03** 296:*14, 16*
**4:40** 236:*19*
**40** 18:*7*
**45-degree**
96:*18*
**48** 216:*21*
218:*8*
**498** 218:*23*
**4-month**
255:*16* 256:*5*

**< 5 >**
**5** 4:*19* 7:*6*
11:*10* 27:*10*
30:*15* 67:*12,*
*17* 69:*22*

Protected Information - Keith T. Wilson, M.D.

153:*14*  196:*10*
**50**  18:*8*
**500**  2:*19*
**51**  214:*5*
**512.874.3800**
2:*20*
**54**  171:*18*
**55402**  2:*12*
**56**  5:*2*
**5-week**  250:*15*

**< 6 >**
**6**  4:*21*  29:*8*
30:*5, 8, 11*
132:*11*  263:*20*
**60**  92:*23*
**61**  263:*6, 11*
**612.436.5027**
2:*12*
**6-13**  212:*19*

**< 7 >**
**7**  4:*12, 13, 15,*
*17, 19*  5:*2*  6:*9*
29:*9*  56:*1, 23*
57:*2, 4*  67:*22*
68:*10*  69:*22*
140:*17*  152:*4*
153:*8, 14*
154:*2, 13*
170:*22*  220:*17,*
*18*  261:*8*
286:*23*
**725**  1:*21*  3:*7*
7:*17*
**735**  156:*23*
180:*10*  194:*11*
**737**  148:*12*
**77**  5:*8*
**78746**  2:*20*
**78-year-old**
265:*20*

**< 8 >**
**8**  4:*4*  5:*8*
29:*10*  67:*22*
77:*23*  78:*2, 4*
136:*12*  143:*21*
169:*18*  288:*6*
**800**  2:*11*

**80s**  73:*6*
**83**  262:*23*
**85**  5:*14*
**860,894**  216:*17*

**< 9 >**
**9**  5:*14*  67:*22*
84:*21*  85:*3, 5*
145:*7*  215:*23*
238:*2, 9, 10, 10*
239:*12*  240:*3,*
*6*  244:*19*
245:*12, 14, 14,*
*15*  279:*3, 7*
288:*23*
**9:12**  1:*20*  7:*9*
**90s**  73:*7*
**91**  5:*15*
**95**  140:*23*
**973.228.9898**
2:*6*

**< A >**
**a.m**  1:*20*
**abdominal**
118:*3*
**ability**  54:*15*
**able**  28:*14*
44:*11*  82:*21*
92:*17*  107:*4*
115:*19*  145:*23,*
*24*  146:*1, 6*
158:*8*  255:*10,*
*18*  271:*12*
283:*20*
**abnormalities**
93:*3*
**abnormality**
118:*5*
**absence**  194:*14*
**absolutely**
95:*5*  108:*1*
286:*22*  295:*16*
**abstract**  24:*2,*
*8*  94:*24*
110:*17*  111:*15,*
*17*  117:*24*
217:*11*  247:*11*
263:*5*

**academic**  56:*7*
92:*14*  93:*14,*
*16, 18*  94:*4*
**accents**  277:*13*
**accept**  204:*9*
257:*7*
**accepted**  43:*9*
44:*5, 8*  71:*19*
73:*8, 14, 18*
75:*19*  103:*3*
215:*10*  240:*14*
292:*6, 10*
**access**  28:*20*
37:*15, 18*  38:*2*
115:*18*  129:*6*
151:*11*  188:*6*
**accessed**  37:*2*
**account**  81:*12*
**Accounted**
218:*19*
**accurate**  9:*23*
127:*8*  162:*16*
210:*12*  259:*17*
294:*8*
**accurately**
279:*10*
**acetaminophen**
251:*16*
**achieved**  159:*4*
**acidosis**  252:*2*
**acknowledge**
147:*6*  180:*11*
198:*1*  202:*8*
205:*2, 7*
235:*22*  293:*15*
**ACKNOWLED**
**GMENT**  298:*2*
**acting**  98:*15*
**action**  299:*20*
**activated**
211:*4, 5*
**activating**
210:*16*
**activation**
171:*2*
**actual**  135:*12,*
*13*  199:*24*
**acute**  30:*22*
32:*1*  88:*20*
129:*18*  251:*20*

266:*11*  283:*17*
**acutely**  128:*20*
**ADAM**  2:*4*
7:*22*  8:*24*
40:*1*  59:*22*
60:*4*  94:*12*
101:*8*  123:*7*
147:*23*  154:*19*
197:*7*  218:*21*
234:*23*  258:*20*
275:*13*  278:*3,*
*10, 15*
**add**  31:*17*
96:*14*  206:*22*
219:*16*  264:*22*
284:*11*
**added**  13:*3*
90:*15*  196:*17*
198:*21*
**Additional**
4:*19*  138:*17*
**address**  44:*9*
276:*10*
**adds**  259:*5*
**adequate**
290:*10*
**adequately**
227:*2*  228:*4,*
*10, 20, 23*
229:*1*  230:*17,*
*21*  231:*13, 16,*
*18*  233:*8*
**adjacent**  16:*17*
**administrative**
17:*13*  81:*23*
219:*21*  221:*6*
223:*4*  224:*10*
225:*5*
**admission**
266:*11*
**admissions**
46:*7*  219:*15*
224:*19*  266:*10*
**admitted**
18:*22*  87:*20*
217:*17*
**advance**  23:*10*
**adverse**  39:*18*
43:*11, 14*  44:*2*
46:*15, 21*
52:*20, 24*

78:*14, 15*
106:*1*  111:*23*
200:*7*  201:*4, 7*
203:*8, 9, 14*
229:*12*  283:*21*
**advocating**
112:*6*
**Affairs**  16:*17*
17:*1*
**affect**  254:*23*
**African**  141:*17*
**AFTERNOON**
4:*5*  156:*1*
**agent**  96:*10*
**ago**  10:*19*
36:*12*  37:*19*
41:*20*  57:*6*
264:*19*  271:*2*
**agree**  52:*8*
53:*9*  62:*10, 13*
75:*5*  105:*23*
109:*19*  113:*20*
119:*9*  122:*17*
123:*2, 3*
128:*15*  132:*22*
134:*13*  135:*3*
143:*23*  161:*13*
172:*12, 13*
180:*17*  186:*3,*
*9*  201:*1*  206:*2*
209:*19*  241:*16*
247:*19*  254:*20*
258:*1*  263:*8*
273:*6*  293:*22*
294:*5*
**agreed**  99:*18*
**agreeing**  123:*2*
**agreement**
12:*18*
**ahead**  102:*20*
197:*17, 18, 19*
205:*5*
**aims**  95:*2*
**al**  5:*17, 23*
6:*6, 9, 14, 20,*
*24*  236:*24*
**Albeit**  202:*16*
272:*7*
**albumen**  252:*1*
**algorithm**
38:*14*

Protected Information - Keith T. Wilson, M.D.

alleles 75:12 171:3, 8
allergic 108:17
allergies 105:14 242:13
allergy 105:20 106:9 107:23 108:9, 20 124:22
allow 70:15
alteration 61:18
alternate 151:1
alternative 151:18, 24 274:9
American 141:18 224:10
Americans 180:3
amortized 18:8
amount 97:13 128:12 263:18 284:10
analogies 104:6
analogous 179:4
analogy 146:19 288:24 289:2, 14
analysis 51:15 77:13 104:8 110:21 165:3 196:2 220:15 222:14 233:12 234:10, 12 241:24 263:22 283:23 288:9 291:10
analyze 147:10 283:22 286:24 288:18
analyzed 99:5
analyzing 282:5 286:18
anaphylactic 242:16
anecdotally 183:17 184:1

anemia 21:5 143:22, 24 144:4, 8, 11, 15, 16, 24 145:24 178:21 251:24 253:3
anemic 185:12
aneroid 293:4
Angiotensin 6:3
angle 96:18
animal 282:23 288:15
announcement 72:21
answer 10:12 21:8 31:7 37:13 40:11 43:22 44:3 70:7 73:12, 17 74:7, 11 76:7, 10 87:10 99:21 100:2 102:11 103:5 104:13 108:8 117:12 122:8 123:6 129:4, 8 135:24 139:5, 21 157:23 168:21 173:22 191:23 193:15 213:12, 17 221:14 224:11 228:19, 24 229:23 230:17, 22, 23 231:22 233:1 235:5 241:18 243:8 280:15
answered 41:14 103:21 119:10 162:19 166:16 177:20 212:16
answering 116:9 123:11 227:6 228:6 229:4
answers 9:24 15:10 271:2 298:7

antibiotics 149:2, 17 150:2
antibodies 252:7 267:5
anti-hypertensive 267:20 269:13 273:21
Antihypertensives 6:16
anti-hypertensives 82:24 87:24
anti-inflammatories 53:22 214:7
anti-inflammatory 214:15 266:5
anybody 117:6 183:11 201:22, 23 290:14
anymore 38:3 151:10 163:6 249:18
anytime 296:3
anyway 49:14 191:19 197:5 246:19
aortic 251:11
apparent 157:3, 8
apparently 156:20 157:8
APPEARANCES 2:1 3:1
appeared 170:7
appears 177:1 254:6
application 44:4 46:11 98:9 100:16
applications 72:23
applied 44:13 48:8 49:6 51:21 54:12, 24 55:3 99:2

100:20 276:20 277:1
applies 222:23
apply 48:12, 14 51:15, 24 100:18 221:11 263:22 276:22
applying 99:4 161:22
appointment 56:8
appreciate 116:9
appreciated 71:5
approach 167:1 273:23 274:3 276:2, 3, 5, 6, 15, 19, 23 296:1
appropriate 64:13 67:8
appropriately 123:11
approved 188:9
approves 5:9
approximately 13:6
ARB 82:23
ARBs 81:24 111:8 289:6 290:8, 18, 19 291:1, 7
architecture 170:7 259:19
area 74:6
areas 45:4
argue 232:20 239:11
argued 291:24
argument 182:7
Argumentative 107:17
article 24:10 71:3, 5 91:18 92:1, 7, 11, 21 106:6 107:21 110:7, 9, 11, 17 111:12 112:8

114:4, 11, 16, 16 115:1, 3 116:12, 17 117:13, 14, 16, 18 118:10, 24 119:5, 15 120:21 121:17 122:1 124:5, 11 125:3 130:3 136:12 137:19, 22 138:23 139:8, 8 148:13 150:10, 21 151:7 153:15 156:17 162:11 165:24 166:12 169:13 172:15 173:1 177:10 180:9 214:3 216:15 218:4, 14 236:24 242:10 245:2, 6 247:11 259:4 260:16 261:2 271:23 272:1 276:17 280:21 291:11 293:23 294:12 295:6
articles 14:21 15:17, 21 22:19 24:1, 8, 15 25:16 26:2, 3, 5 44:10 69:10 74:22 94:9 106:7 119:19, 23 140:12 143:2 151:11 202:23 205:12, 12, 16, 23 206:10, 13 227:18 243:16 244:5 259:10 276:11 290:16
ASA 251:15
Asian 141:18
aside 153:14 161:17 162:1 243:22

Protected Information - Keith T. Wilson, M.D.

**asked** 14:6, 10
19:3  25:20, 22
40:19  43:22
44:9  47:13
48:11, 16
50:18  62:14
63:1  77:4
85:12  101:23
107:1  108:8
131:6  177:19
178:10, 11
187:4  191:14
197:3  231:3
259:10  276:7,
9  279:19
291:11
**asking** 26:24
54:23  68:20
70:9  97:8
100:1  104:13
113:24  116:6,
10  122:14, 18
123:18  206:2,
3  220:20
228:17  231:12
249:11  293:7
**asks** 56:4
**aslater@mskf.n
et** 2:6
**aspirin** 227:15,
19
**assess** 43:10
96:15  103:15
**assessing**
208:12  284:23
**assessment**
64:13  131:10
261:18  276:2
**assessments**
81:18
**assigned** 19:23
**assistant** 13:16
**associate**
92:23  114:11
**Associated**
5:16, 21  52:16
75:12  91:19
111:8, 22
112:5, 10
114:6  115:11
116:14  137:20

144:3  194:15
254:8  272:13
274:5
**association**
42:21  54:2
59:14  60:14
67:5  78:24
79:6  98:6
109:3, 5, 8, 13,
20, 22  110:1, 6,
10, 13  111:2, 5
112:2  114:1,
17  115:9, 22
116:8  117:7,
17, 20  118:11
119:13  120:14
122:2  132:5
147:15, 20
148:17  160:9
177:2  180:14
182:22  183:19
188:5  194:16
195:9  198:4,
10, 15, 21
199:24  201:10
203:10  208:24
209:6  229:11
232:9  235:11
262:3  263:19
264:1, 2  280:2,
6, 11  290:20
291:7
**associations**
109:10, 10, 12
280:22
**assume** 10:11
22:18  41:1
73:4  88:1
90:7  153:22
165:20, 24
166:9  168:3
211:8, 14
**assumed** 171:2
**Assuming**
161:5, 8
186:22  231:15,
17  259:17
**assumption**
133:17  227:1

**assumptions**
127:7, 9
186:21  187:12
**ATLANTIC**
1:9
**atorvastatin**
267:13
**Atrophy** 6:10
31:1, 4  34:10
36:5  79:20
144:1, 3
150:11  154:10,
16  170:22
171:9, 17, 18
172:14, 24
174:24  175:9,
16  176:22
177:12  178:14
185:9  210:10
211:11  212:9
252:11  253:6
263:10
**attached** 27:6
298:11
**attack** 227:16
**attempt** 35:19
97:3
**attempted**
201:18
**attending**
16:15  18:19
19:7, 17, 23
20:2, 19
**attendings**
20:3, 15
**attorney** 181:5
**attorneys** 7:19
47:13  276:7
**attractive**
234:20
**audience** 58:13
**Austin** 2:20
**author** 118:16
**authors** 113:3
114:5, 10
116:13, 22
118:10, 24
120:24  124:6
148:13  151:13
194:11  198:9

257:10
**author's** 250:8
**autoimmune**
89:12  141:3
237:10  246:15
254:4, 11, 13
267:7
**available**
37:23  94:23
135:18  177:10
178:8  189:17
245:2
**Avenue** 2:11
**average** 18:8
144:10
**avoid** 273:21
**aware** 16:19
22:5  59:3
60:13  61:5
65:14, 16
66:24  67:3
79:4, 10  80:2
117:14, 18
127:16  181:2,
15  187:21
188:18  189:20
204:5, 16, 22
225:10  275:6
**Azor** 58:21

**< B >**
**Babington**
4:16  13:16
14:4
**back** 13:20
30:17  50:16
55:8, 9  64:4
65:4  66:14
68:23, 24
69:17  70:21
73:6  76:24
85:10  86:14
90:10, 13
113:14  117:1
122:5  134:4
136:2  143:13
156:9  158:10
181:23  182:23
184:16  185:9,
19  186:8, 8
187:9, 9, 24

188:15  194:10
202:15, 18
227:12, 17
236:19  240:9
246:19  248:19,
24  249:15
256:14  268:8,
24  275:20
277:5  296:9
**backwards**
203:21
**bacteria** 74:18
149:4  150:5
284:10
**bacterial**
146:23  147:3
148:15, 18
149:18, 23
150:16
**bad** 125:19
185:8
**balanced** 84:11
**bar** 76:12
107:17  169:11
196:24
**barrier** 215:16
**based** 14:13
24:16  41:5
63:2  70:18, 19
72:2, 15  79:7
87:3, 5  88:14
100:4, 17, 18
104:2  122:11
125:6  127:9
135:2, 17
177:9, 16
186:3  203:20
224:15  228:5
234:10  245:1
256:20  270:10
271:3  273:16
274:19  276:1
**baseline**
187:10  253:3
**basically** 10:8
39:2  97:12
126:9  133:13
232:16  235:11
263:23

Protected Information - Keith T. Wilson, M.D.

**basis** 17:21 46:2 223:12 224:9, 12
**Basson** 5:23 215:20, 23 216:3, 15 218:8 219:19 220:2, 6, 16, 23 221:3 222:11, 22 224:4, 13 225:13 277:8
**bathroom** 76:14 234:23
**beautifully** 227:17
**beginning** 7:10 12:8 35:17 77:1 82:10 154:11 156:10 210:21 229:8 236:20 250:18, 21 262:7
**believe** 28:22 37:7 59:13 70:20 88:2 108:6 109:12 130:17 182:8 184:21 186:12, 19 187:11 210:7 243:19 248:22 254:22 271:24 290:7, 9
**believed** 73:11
**believes** 61:1, 12
**bell** 167:10
**bench** 46:11
**beneficial** 226:6
**benefit** 87:11 156:20 157:4, 9 237:19
**benefits** 227:16
**BENICAR** 1:4, 11 4:17, 21 7:12 56:10 58:21, 21 251:14

**best** 14:14 54:15 167:6 244:5 248:16 263:9
**bet** 194:9
**beta** 286:9, 10, 14
**Beth** 38:11
**better** 90:3 158:12 160:24 162:5 163:19 170:8, 10, 17, 18 172:8 176:15, 16, 19 181:22 186:7 187:8 188:14 189:5 190:17 209:12 213:11 223:3, 18, 20 240:4, 8 246:2, 12, 17 248:20 249:13 254:6 268:23 269:14 273:19 274:24 292:23 293:1
**beyond** 24:14 172:4
**bias** 176:13
**biased** 177:3 223:8
**bible** 37:1
**bicarbonate** 215:7
**big** 88:23 144:24
**biggest** 285:18
**billed** 55:17
**binary** 98:16, 18 104:2 222:17
**biologic** 165:14 211:1, 16 212:1, 13 213:1, 16 286:18
**biological** 209:12 210:20 211:20 283:2, 23 284:2, 4 285:15, 23

**biologically** 209:16, 22 210:12
**biology** 44:23
**biopsies** 21:1, 3, 7, 10 172:4, 10 221:7 266:16 267:2 273:22
**biopsy** 79:20 136:14 142:21 152:13 178:14 220:11 252:10 256:13 257:24
**bit** 44:20 52:2 54:20 105:1 254:21
**block** 215:4
**Blockers** 6:4
**blood** 5:12 58:19 60:20 86:10 88:6 251:19 275:1
**blunting** 252:11 266:17
**Board** 57:16 263:23
**board-certified** 257:18
**boil** 42:11
**bona** 93:14, 17
**book** 33:23 38:3, 9, 17, 22
**boom** 141:19
**Boston** 38:12
**bother** 33:17
**bottom** 51:11 78:12 198:13 214:9 220:17 247:12 255:11 279:18
**bowel** 146:16, 23 147:2 148:15, 18 149:5 150:13 185:9 268:16
**BOWMAN** 2:18
**Bradford** 43:5, 9 44:4, 13 47:15, 22, 24

48:2, 10 49:7 97:20, 23 98:4, 10 99:2, 11 100:16, 19 160:19 161:10 162:14 275:23 276:10 277:1 279:21 285:21 295:8, 12, 20
**break** 76:14 121:13, 14, 15 154:23 234:23 236:9 275:7
**brief** 76:20 236:14 275:18
**bring** 41:7
**brings** 31:18
**broader** 224:24
**broke** 166:6
**BROOKE** 2:18
**brought** 41:8 94:19 276:6
**Brown** 6:22 29:2 265:19
**budesonide** 136:22 267:14
**bunch** 131:18 229:16
**buried** 207:7
**business** 40:22
**buy** 38:5

**< C >**
**CACO** 291:12, 18, 21 292:7, 12, 18 293:10, 16
**CagA** 74:20
**calculate** 276:23
**calculation** 193:13 194:1 202:24 226:19 261:1
**calculations** 193:3, 5, 10, 21 204:1
**California** 223:19

**call** 14:4 43:18, 19 88:24 105:5 142:18 144:16 167:15 203:9 241:21 244:11
**called** 8:15 13:20 18:23 45:2 73:5 74:20 156:4 239:23 285:15 295:13
**calling** 112:16 263:7
**calls** 151:7
**camera** 278:4, 11
**Canada** 141:17
**cancer** 44:23 45:10 72:17 73:1, 14, 19, 24 74:2, 4 75:9, 13 227:20 291:23 292:5
**capacity** 15:2
**caps** 79:17
**carcinogen** 73:5
**carcinogenesis** 45:1 74:21 75:10
**cardiology** 58:14
**care** 63:8 66:2 181:17 182:12 243:1 266:11
**cared** 182:9
**career** 49:14
**careful** 53:19
**carefully** 24:15 69:14, 16 206:13 241:6 276:12 282:19
**carryover** 238:3
**Cartee** 28:24 133:6 135:14, 23 137:19

Protected Information - Keith T. Wilson, M.D.

138:13  139:8
173:17  272:2
**Case**  6:12
10:19  11:4, 6,
7, 12  13:14, 18
14:17, 21  15:1
21:22, 24
22:14  25:9, 13,
22  34:8  35:16,
22  41:5, 7
42:3, 12  43:17,
20  49:6, 22
53:2  61:22
67:1  69:2, 6
78:16  80:16
81:3, 12, 21
85:19  98:6
104:5  105:6
107:3  110:1
117:2, 8  122:5
126:2, 21
127:6  136:9
138:19, 22
139:8, 13
145:15, 22
175:13, 19
176:13  180:11
186:14, 22
193:5  198:1
203:12  221:20
232:5  242:4
248:1  250:7,
11, 12  255:13
259:2, 17
260:12  269:24
270:2, 3  271:4,
11  278:23
279:14  280:5
281:13  282:7
285:19  287:23
289:3, 10
290:14  291:4
**Case-Control**
6:19  54:21
**cases**  10:12
18:14, 15
46:24  79:16,
19, 23  87:12,
17  104:11
108:15  110:5
128:1, 5, 6, 10,

11, 14, 24
129:24  145:14
154:10, 16
180:6  189:20
190:1, 6, 14
203:20  204:8,
9  241:11
245:12, 14
248:15  271:12
287:7  291:9
**cases,**  190:11
**category**
284:14
**causal**  39:22
42:21  46:17,
24  52:11
73:13  75:19
109:11, 12, 22
120:22  195:11,
21  199:5
239:3  264:2
285:22
**causality**
103:9  108:24
141:8  180:13
198:3  238:12
**Causation**
4:18  26:21
73:23  80:6, 7,
9  97:19  98:1,
11  99:14
100:6, 9  104:9
119:13  122:3
124:23  141:12
160:2, 6, 8
161:9  162:15
163:12  166:15,
17  168:16
169:3  177:24
185:22  192:24
198:11  202:6
220:8  228:7
229:5, 23
231:23  270:20,
20  280:5
285:4  287:20
**causation,**
119:15
**cause**  15:4
16:5  52:9, 20,
24  53:9, 12

58:22  59:4, 10,
11, 20  60:15,
21  61:2, 12
86:23  87:5
88:15  90:16,
21  101:7
105:13  119:2,
4  121:18
124:7, 10
147:15, 20
149:18, 21
151:20  164:23
167:4  172:14,
16, 18, 23
176:10  177:11
179:6, 13, 15
199:24  212:24
213:7  237:8
244:22  245:16
247:19  248:7
253:11  256:7
257:2, 4  258:9,
11, 14, 16, 18,
23  259:23
260:7  269:3,
20  270:6, 11
271:5  274:10,
15, 18  283:17
290:8  291:1, 5
**caused**  53:14
70:20  80:19
147:13  167:2
175:1, 21
176:3  177:5
206:16  246:16
255:7
**causes**  30:24
31:4  36:4
40:7  43:14, 18
44:2  71:20, 23,
24  72:10, 17
73:19  74:4
103:19  109:13,
14  112:21
113:4  115:12
120:1, 18
121:2, 21
146:5  204:10
205:1, 13
210:8, 9  211:9
212:7, 7

230:18  237:21
248:13  294:1
**causing**  43:10
74:1  112:12
132:2  176:21
248:23  249:17
289:20
**caveat**  23:22
32:18  202:16
**caveats**  223:1
**CD4**  286:3
**ceasing**  161:19
**celiac**  14:22
15:22  20:10,
12, 16, 23  21:5
23:2  30:21
33:8  34:11
36:6  37:4
38:15, 17  39:4
41:23  45:18
81:18, 22  84:1
89:9, 10, 19, 21
90:6  93:23
95:14, 17  96:2
101:2, 16, 18,
23  102:10, 14,
16  103:4
104:6, 12
132:12, 19, 23
133:4, 23
134:2, 7, 21, 24
135:2, 20
137:11  140:6,
23  142:2, 3, 7,
11, 13, 16, 19
143:1, 4  144:4,
5, 22  146:19,
19  148:19
152:19  158:23
171:24  173:7,
10, 13  174:3,
11, 21  179:4,
12, 15, 18, 22
180:4  204:6, 7
216:21  217:7,
24  218:2
263:7  269:7
272:15, 16
292:13  293:16,
17

**cell**  144:10
291:22, 23
292:16  293:4,
16
**cells**  74:20
96:11, 11
144:11  206:21,
23  284:11
291:12, 18
292:3, 4, 5, 7,
12, 19  293:10
**cellular**  210:9
212:8
**Center**  16:22
17:8  18:1
91:5
**Centre**  49:17
50:19  51:16
54:7, 24  296:5
**certain**  17:13
37:24  41:5
49:19  69:9
72:4  95:19
96:9  108:1
110:23  167:12,
13  183:13
211:4  219:4
225:8  284:24
293:20
**certainly**  24:4
34:13  38:4
49:12  81:4
**certainty**
135:19  140:5
150:23  151:3,
18  172:24
173:14  174:2,
10, 14  175:1
201:9  228:5
256:3, 8  257:2
290:24
**CERTIFICAT**
**E**  299:1
**certify**  298:5
299:4, 13
**cessation**
160:20  161:1,
10  162:13
**challenge**
242:5  244:11
294:15

Protected Information - Keith T. Wilson, M.D.

challenging 93:13, 18 94:4
chance 93:7 183:13 194:17 195:7, 10, 19, 20 196:4, 11, 13, 16 198:15 199:4, 22, 23
change 61:6 69:24 70:12 79:10 86:15, 16, 17 88:9 297:4
changed 267:21 269:12
Changes 5:5, 9 58:9 210:9 212:8 214:14 251:9 253:7 268:2 298:10
chapter 37:3 38:10, 13, 16 39:4 41:22
characterize 124:8
chart 128:13 221:4 222:12
charts 129:7
check 21:6 163:2, 4 167:16 275:10
checking 29:12
chemical 96:10
chief 19:9 21:15
children 242:12, 20
choice 214:23 263:9
choose 114:14
CHRISTIAN 2:18 4:6 8:2, 2 9:4 11:16 15:6 36:9 37:9 40:1, 10, 12, 20 47:2, 6 48:17 53:17 55:5 59:6, 22 60:2 61:3, 15 62:12 64:6 68:13 71:14

74:13 75:20 76:5, 11 77:16 84:17, 22 87:8 88:18 90:19 92:16 94:11 98:13 99:15, 23 100:21 101:7 103:10 104:22 106:3 107:16 108:11 109:1, 15 113:7, 10 114:12 115:15 116:19 117:21 118:12 119:7, 17 120:3, 7 121:7, 23 122:16 123:7, 10, 16, 22 124:3, 13 126:22 127:10, 22 128:22 129:10, 20 130:21 132:8 133:8 134:9, 14 135:6, 21 137:4, 7, 23 138:4 139:19, 24 140:8 141:9 147:23 148:3, 6 151:4, 22 154:5 160:3, 16 161:12, 23 162:17 163:13 164:3, 14, 17 166:4, 20 168:1, 13, 18 169:10 173:2 174:5 175:3, 23 176:2, 23 177:14, 17 178:2 179:10, 20 181:3 182:4 183:4 185:23 186:11, 24 187:14 188:24 189:14, 23 190:10 191:7, 10, 21 192:16, 19

193:7 195:13, 24 196:23 197:6, 12, 17 198:18 199:7, 10, 18 200:3, 8 201:5 203:15 204:13 205:4, 17, 24 206:17 207:19 208:9 209:1, 18 210:14 211:17 212:2, 14, 20 216:23 217:9 218:20 221:1, 13 223:10, 13, 21 228:8 229:6, 24 231:1, 24 232:18 233:2, 21 234:22 236:10 239:10 240:24 243:7 244:2, 23 245:3, 19 247:21 254:17 255:21 256:9 257:5 258:12, 19 260:17 268:13 269:5, 22 270:13, 16 271:7 274:1 275:3, 12 278:2, 9, 14, 18, 20, 22 280:14 281:4 282:14 285:11 289:15, 23 294:3, 9, 20 296:11
Chronic 6:16 30:22 32:2 63:10, 20 65:1 66:11 89:17 144:17
Ciarn 37:3
circular 158:19
citation 51:17
cite 81:3 138:22 196:16
cited 25:4 54:13 71:7 94:21 95:5

110:3 119:18 276:13 295:8
citing 71:4 136:8
claims 81:23, 23 219:21
clarification 68:16
clarify 19:20
class 73:5
classic 144:2 253:17
classify 52:2
class-specific 289:12
clear 78:23 79:5 82:14 83:2 90:2 106:12 115:21 116:21 123:18 124:17 128:4 290:7
clearly 139:3 176:15
clicked 37:22 39:3
clicker 291:8
Clinic 5:17 20:14, 17 92:8, 10, 13 95:16, 24 131:24, 24 136:24 137:10 139:16 156:19 246:4
Clinic, 139:13
clinical 15:2 16:2, 13, 16 17:20 23:17 24:20, 21 32:4 33:5 42:6 45:8 46:6, 11 49:1 64:24 65:19, 21 72:2 132:6 136:20 137:1, 5 145:1 149:2, 17 151:21 152:10 153:4, 5 157:3, 8, 13 158:1, 8, 16 159:4, 24 161:7, 19

162:12 165:23 166:11 167:2, 20 168:11 175:9 177:11 179:5, 7 181:11, 17 182:2 183:8 194:15 203:12 209:6, 7 210:11 211:12 212:11 238:2, 7 239:3, 8 242:23 244:22 245:12, 14 248:3, 5, 10 249:2, 19 258:6 259:20 265:21 267:6 268:4 273:5 284:21
clinically 79:21 170:8, 18 242:12
clinician 59:12
clinicians 60:13 142:20 149:22 204:23
close 185:4 275:9
closely 189:12 292:2
CMS 78:18 81:17
cod 251:15
code 135:9
coded 225:11
codes 81:18
codings 222:1
coherence 286:23, 24 287:21, 24
coherent 287:8
cohort 5:23 6:5 95:22
cohorts 227:10
coincidence 130:18 175:8, 11, 12 254:20, 21 255:23
coincidental 130:20

Protected Information - Keith T. Wilson, M.D.

colitis 153:*10*, *17, 22* 154:*8*, *14* 179:*13, 14*, *15* 247:*3, 4*
colitis-related 219:*15* 224:*18*
collagen 152:*4*
collagenous 95:*22*
colleagues 21:*24* 22:*2*
collected 189:*4*
collecting 110:*4*
collection 285:*8*
college 50:*15*
colon 227:*20* 291:*23* 292:*2, 4*
colonic 178:*20* 267:*1* 287:*13*
colonoscopies 152:*23* 153:*3*
colonoscopy 93:*4* 110:*20* 262:*24* 263:*16* 266:*16* 267:*1, 24*
color 144:*12* 295:*5*
Columbia 70:*22* 110:*18* 299:*2*
column 136:*13* 219:*14* 224:*20, 22* 236:*2* 238:*4* 266:*1* 267:*4*
combine 142:*12* 143:*16*
combining 263:*15*
come 30:*17* 33:*9* 65:*4* 66:*14* 68:*24* 85:*10* 115:*4* 134:*4* 185:*9* 206:*12* 241:*11* 247:*6* 261:*12* 277:*5* 290:*21*

comes 24:*22* 80:*13* 273:*12* 296:*9*
comic 33:*23*
coming 86:*14* 143:*13* 282:*6* 285:*13* 286:*17* 287:*23* 289:*2*
comment 24:*16* 70:*4* 94:*18* 107:*15* 152:*3* 208:*19*
commented 145:*2*
comments 125:*2* 221:*11*
commission 298:*20* 299:*24*
committed 92:*13*
committee 46:*7* 65:*15*
common 248:*13* 272:*6*
commonalities 178:*13*
commonly 72:*10* 293:*20*

Communication 5:*5, 8* 58:*8* 77:*21*
community 73:*18* 91:*4* 241:*12*
company 39:*11* 40:*6, 15* 191:*24* 201:*22* 207:*21* 208:*5*
Comparative 6:*2*
compare 180:*7* 219:*13*
compared 50:*8*
compelled 117:*1* 122:*4* 228:*13*
compelling 209:*8*
complete 9:*23* 13:*4* 136:*20*

175:*11* 252:*11* 253:*6* 257:*9* 268:*1*
completed 18:*16*
completely 37:*10* 116:*24* 161:*17, 24* 165:*18* 176:*17* 240:*1* 256:*16* 264:*9*
complex 73:*24* 158:*22* 204:*7* 243:*2*
complicated 41:*1*
complications 226:*4*
component 45:*9* 146:*7* 241:*23*
comprehensive 262:*11*
comprise 131:*19*
concept 50:*2, 10* 196:*15* 208:*21* 284:*20* 287:*24*
concepts 49:*11* 50:*16*
conceptualize 146:*15*
concern 106:*23* 116:*20* 162:*19* 181:*5* 277:*12*
concerns 92:*20* 94:*5, 8*
conclude 112:*1* 114:*5* 118:*10* 119:*1*
concluded 296:*14, 16*
concludes 115:*8* 120:*22* 121:*17*
concluding 111:*6*
conclusion 110:*9, 12*

111:*11, 13* 112:*7* 113:*9, 21* 114:*10* 115:*2, 5, 20* 116:*13, 18* 117:*15, 19* 119:*6, 16, 20, 24* 120:*13, 24* 121:*19* 122:*11* 124:*10* 169:*4* 198:*9* 199:*3* 220:*10, 14* 221:*2* 235:*16* 261:*13, 22* 272:*1, 3, 3* 294:*7, 17, 22*
conclusions 94:*9* 151:*8* 162:*1* 192:*23* 261:*19*
concomitant 254:*9*
condition 11:*1* 22:*5, 15, 20* 89:*13* 90:*5* 95:*6* 102:*13* 106:*20* 114:*9* 116:*17* 119:*4* 124:*9, 10* 125:*16, 20* 129:*17* 131:*3* 132:*3* 143:*18* 145:*19, 23* 149:*13, 18* 150:*9, 15* 152:*12, 16* 158:*24* 161:*7* 164:*24* 176:*11* 180:*2* 182:*1* 204:*24* 205:*1, 13, 14* 209:*16* 219:*1* 230:*11* 245:*16* 248:*7, 23* 249:*17* 253:*12* 255:*7, 9*
conditions 56:*11* 88:*22* 168:*8* 183:*15* 203:*23* 209:*11* 225:*22* 248:*14*

conducted 7:*16* 222:*11*
conference 23:*11*
conferences 50:*4*
confidence 223:*3* 225:*6* 261:*16, 18*
confounding 245:*21* 247:*7*
confusing 150:*6* 182:*6* 263:*14*
connection 10:*17* 21:*21* 75:*19* 158:*10* 261:*1*
CONNOLLY 3:*6, 12*
consensus 204:*23*
consequence 150:*12*
conservative 273:*9*
consider 32:*15, 16* 33:*8* 59:*15* 61:*23* 77:*9* 104:*6, 14* 146:*18* 189:*12, 22* 242:*5* 243:*17* 244:*7, 14* 277:*1* 283:*5* 295:*3*
consideration 273:*11*
considered 16:*5* 36:*24* 41:*16* 46:*9* 74:*1* 108:*8, 20* 114:*18* 133:*19* 142:*10* 159:*20, 22* 203:*17* 227:*6* 244:*15* 277:*4* 288:*16* 289:*6*
considering 105:*21* 157:*18* 202:*23* 220:*24* 259:*5* 280:*17*

Protected Information - Keith T. Wilson, M.D.

consistency
179:19 281:10,
12, 21
consistent
107:2 113:12
148:17 178:23
179:1 188:12
190:16 250:22
251:2, 3
287:17
constantly
51:24
constitute
242:4
construct
234:9
constructed
208:17 234:13
consult 18:18
19:3 31:12
32:5 33:5
257:19
consultation
18:23
consultation,
18:21
consultations
47:20
consulted 4:20
13:23 32:3
34:6 65:17
consulting
29:23
contact 13:15
63:9 66:1
contacted
13:13, 13
14:16, 20, 24
15:13 22:13,
21 238:19
contain 69:5
Contents 39:3
82:17
context 13:24
16:2 44:11, 17
108:19 126:8
164:5 188:1
273:2
continue
49:10 212:21
282:13

Continued 3:1
90:9 156:4, 7
continues
96:24
continuing
75:2
contrast
212:22
contribute
72:4
contributing
149:12 215:11
259:10
control 159:3
163:19 166:24
168:9
controlled
32:21 50:7
52:10 80:13,
14 159:18
161:4, 14, 20
163:9, 24
164:11 165:2
166:19 168:6
177:24 184:20,
24 185:2, 20
186:15 187:17,
22 188:2, 4, 11
189:10 190:15,
22 191:12
192:11 202:7
238:14 239:22
240:13, 18
268:9
controlling
215:6, 7
controls 118:4
controversial
292:9
controverts
246:3
conversation
13:21
convinced
256:12 257:11
convincing
205:19
copies 56:4
copy 104:23
105:1 279:8

corner 148:13
255:11
Correct 15:15,
16, 19, 20, 23,
24 16:6, 22, 23
17:8, 14, 15, 17,
18 19:4, 16, 19
21:13 22:9, 22,
23 23:16
24:19 25:6, 17
26:13 30:15
34:3, 14, 22
36:15 41:17,
23, 24 42:3, 9,
10, 11 43:6, 11
44:6 45:15, 16,
19, 20, 22
48:16 49:19
52:22 53:3, 10
54:14 55:3, 19
57:9, 16 62:1
63:18 64:3
65:8 66:19
69:3 73:22
74:6 75:19
80:9, 14 81:13
83:20 85:19,
20, 24 86:1
87:1, 7 88:17
89:20 90:18
91:20 92:3
94:10 99:8
100:20 101:2
103:6, 7, 9, 20
104:4, 7
105:20 108:10,
24 109:23
117:20 118:9,
11, 23 119:6,
16 120:6
121:3, 5, 8, 22
125:5, 13
126:21 128:8
129:19 130:8,
12, 13, 19
131:13, 16
132:14, 17, 18,
20 133:18
134:8 135:20
138:14 140:1,
7, 15 141:8

142:22 143:7
144:1 145:9,
12, 16 146:20,
21 147:5, 8, 9,
21, 22 148:22
149:19 150:24
151:3, 21
152:11, 16, 20,
21 153:6, 7, 11,
12, 19 154:10,
17 156:21
157:5, 9, 10, 16
158:2, 5, 6
160:2 161:1,
11 162:16
164:2, 13
165:4 166:3,
15 167:23, 24
168:17 169:15
171:18, 21, 24
172:4 173:1,
22, 23 175:2,
22 176:22
177:13 179:19
180:18 181:9
182:3 183:22
184:18 185:22
198:12, 16
199:9, 17
200:7 201:4,
13 203:14
208:24 209:6,
17 210:13, 20
211:1, 16
212:1, 13
214:24 216:17
218:10, 17
219:21 220:3,
9 222:1
225:14, 19
226:10, 13, 14,
17, 18, 23, 24
227:7 228:7
229:23 231:23
235:7 237:11,
22, 23 238:7,
12 239:9, 22
241:24 244:22
245:17 248:11
251:1 252:8,
16 253:13

254:16 255:20
256:8 257:4
258:11, 18, 24
259:24 261:7
262:18 264:2
266:20 268:5
269:4, 21
270:12 271:6
272:23 273:24
275:2 276:20,
21 279:8, 21
280:2, 3 282:2
292:8, 14, 21
294:18, 19
298:7
corrections
298:9
correctly 25:1
42:13 47:17
105:18 172:2
178:1 222:15
232:12 290:11
correlate
97:13 222:13
correlates
81:20

correspondence
13:8
costs 38:3
counsel 28:8
29:24 48:12,
16 50:24 51:2
54:9 55:17
83:5 84:9
277:23 296:9
299:15, 18
count 286:3
Counting
217:5 291:8
country 14:12
240:15
COUNTY 1:9
couple 17:5
21:23 22:2
40:2 48:1
93:21 156:14
205:8 225:16
289:10 290:21
course 14:6
18:9 32:24

Protected Information - Keith T. Wilson, M.D.

50:11  69:8
84:18  86:8
89:22  101:12
111:18  136:19
206:15  248:10
268:4
**COURT**  1:1, 8
8:9  27:1
credentials
94:5
credibility
93:19
credit  168:23
criteria  43:4,
6, 9  44:5, 13
47:16, 22, 24
48:2, 8, 11, 15
49:7, 18, 21
54:23  95:20
97:21, 24, 24
98:4, 5, 10, 11,
16, 20  99:3, 4,
11, 11, 13, 19
100:5, 7, 17, 19
103:24  110:22,
23  160:19
161:10  162:14
175:13  219:18
225:3, 4
270:19  275:23
276:1, 10, 24
277:2  279:21,
24  280:1
281:8  285:21
295:9, 12, 20
criticisms
172:3
**Crohn's**  88:22
246:22  247:4
253:17, 20, 23,
24  282:22
**CRR**  1:24
299:3, 23
crucial  221:21
crypts  252:14
crystal  115:21
culture  292:1,
16
cultures  293:4,
5, 16

culturing
252:5
cumbersome
38:23
curiosity
238:16
curious  40:17
94:21
current  12:4
33:6  80:16
Curriculum
5:14  26:12
48:24  85:6
cut  9:8  94:11
149:17  154:11
193:7  210:21
**CV**  26:17
27:8, 14, 19, 22
84:20  279:4, 8
cytoprotection
215:8
cytotoxic  283:6
cytotoxicity
96:15, 22, 23

**< D >**
**Daiichi**  2:15,
15, 15  3:3, 3, 3
39:10, 14, 17,
21  40:18
46:14, 21  62:5
189:17, 19
190:8  191:4
201:18, 21
207:11
**Daiichi's**
230:15
daily  224:8
damaged
147:7
dampening
117:3
dangerous
183:1
data  12:20
78:12  81:8, 23
82:8, 12, 13`
84:5, 15
114:18  115:18,
21  116:7, 8, 22
118:18  122:1,

12, 14  135:12,
13, 17  164:13
185:13  190:9
191:12  202:15,
19  203:2, 5
219:21  220:7,
11, 23  221:3
223:4, 6, 8, 9,
18  224:4, 8, 13
225:13  228:1,
5  230:6, 23
231:18  234:10
235:15  239:20
241:10  260:6
261:24  277:10
280:17  288:15
292:24  295:2
database
78:19  81:9
94:23  221:6
222:5  223:7,
15  225:5
227:16
databases
224:10
date  7:15
12:3  27:23
37:5, 8  85:7
264:19  279:5
298:15
dated  27:16
daunting
149:24
day  21:17, 18
24:7  86:7
185:10  277:7
280:10  281:22
282:10  284:5
288:22  298:19
days  19:21
57:6  171:18
**DC**  1:22  3:7
7:18
de  202:12
deal  107:15
dealing  180:3
243:3
deals  45:9
debated
244:15  291:21

December
4:15  23:10
dechallenge
159:8, 10, 15
163:16  187:23
188:14  189:8
245:5, 9
249:16  269:16,
17
dechallenges
163:10  241:22
242:6  243:15,
23  244:20
decide  52:17
72:5  103:24
127:5
decision  48:14
72:11, 15
104:2  181:12
182:3  183:9
273:18  274:6
decision-makin
g  33:15  153:4
decisions
52:14  182:17
**Defendants**
2:15  3:3  8:3,
5  278:22
defense  10:21
277:22
deficiencies
288:13
define  80:12
96:6  107:1
145:12  153:21
164:18  178:11
184:23  190:12
194:2  206:19
214:13  281:17
defined  57:20
200:14  216:20
217:6  225:10
definite  46:17,
24
definitely
89:21  146:4
definition  97:9,
10  134:1
200:12
definitive
129:22

DeGaetani
264:11
degree  134:19
135:19  140:5
150:22  151:2,
17  172:23
173:13  174:2,
10, 13  175:1
228:4  230:2
256:2, 7  257:1
259:1  290:24
dehydration
86:7, 24  87:6
88:16  89:18
90:12, 17
184:9  186:6
187:6  251:21
266:12  273:15
274:16
deidentified
135:9
deleterious
283:11
deliberate
181:8  182:19
delineated
246:1
demonstrated
227:18  255:14
**Denise**  1:24
8:10  299:3, 23
**Department**
17:1, 14  20:1
44:22
depend  189:1
depends  230:2
264:3
depletion
215:10
**DEPONENT**
298:2
deposed  9:17
10:16
**DEPOSITION**
1:17  4:11, 12
5:1  6:1  7:11,
16  9:1  11:12,
13, 14  55:11
62:5  68:3
123:21  152:4
220:20  242:3

Protected Information - Keith T. Wilson, M.D.

264:*17* 265:*1*
279:*3* 281:*19*
296:*14, 16*
299:*6, 8, 10, 14*
depositions
39:*13*
depth 171:*10*
212:*4*
describe 86:*4*
116:*16* 146:*8*
202:*10*
described 16:*9*
40:*7* 42:*22*
64:*10* 105:*23*
106:*14, 16*
109:*21* 126:*2*
137:*21* 150:*10*
165:*23* 166:*11,*
*14* 168:*23*
172:*14, 24*
178:*12* 184:*15,*
*17* 186:*13*
190:*14* 192:*11*
200:*6* 201:*2*
209:*10* 218:*2*
240:*7* 244:*21*
250:*24* 253:*11*
254:*15* 255:*13*
257:*1* 259:*16,*
*18* 276:*12*
293:*23*
describing
107:*21*
description
165:*9, 16*
238:*15* 253:*15*
design 217:*11*
228:*11* 282:*1,*
*5, 20, 23* 284:*7*
designed
65:*18* 227:*22*
designing
282:*16*
desire 209:*10*
despite 168:*4,*
*9* 235:*9*
294:*18*
destruction
146:*15* 171:*3*
detailed
102:*24*

detectable
262:*3*
detected 147:*3*
229:*10*
determine
46:*16* 87:*22*
226:*20* 231:*4*
242:*21* 248:*6*
280:*21* 283:*8,*
*20* 285:*3*
289:*19*
determined
221:*24*
determining
124:*22* 185:*22*
develop 63:*9,*
*13* 65:*4* 66:*10*
67:*2* 142:*2*
developed
150:*9, 12*
187:*6* 188:*12*
development
64:*17* 75:*8*
227:*20* 276:*3*
develops 86:*6*
Diabetes 6:*4*
72:*9*
diabetic
226:*13, 17*
diabetics 226:*5*
diagnosed
16:*9* 20:*16, 23*
127:*17* 128:*17*
143:*3* 237:*6*
diagnoses
81:*22* 84:*2*
95:*17*
diagnosis
21:*12* 23:*17*
24:*20* 42:*7*
56:*9* 86:*23*
91:*6* 136:*22*
139:*12* 150:*23*
151:*2, 18*
217:*15, 18*
218:*12* 220:*13*
263:*7, 10*
272:*16, 17*
Diarrhea 6:*17*
30:*22, 22* 32:*2*
36:*1* 63:*10, 20*

64:*17* 65:*1*
66:*4, 4, 11, 11*
72:*13* 79:*18*
86:*7, 14, 24*
87:*6* 88:*16*
89:*10, 11, 12,*
*17* 90:*10, 11,*
*17* 91:*3* 111:*3,*
*9* 112:*12*
125:*1, 3, 19*
131:*6* 175:*17*
176:*22* 186:*6*
187:*6* 203:*22*
250:*16* 253:*1*
256:*23* 258:*7*
259:*20* 266:*9*
267:*15, 17, 22*
268:*11, 20*
269:*3* 272:*12*
273:*15* 274:*15*
diet 86:*17*
90:*2* 102:*2*
137:*3, 13*
142:*24* 157:*2*
diff 252:*6*
difference
82:*23* 93:*4*
153:*14* 230:*3*
232:*6*
differences
82:*7* 118:*2*
286:*15*
different
20:*18* 27:*19*
53:*21* 72:*1*
82:*5* 91:*5*
96:*17* 102:*4*
109:*8* 110:*4,*
*22* 150:*1*
159:*13* 176:*18*
190:*2* 215:*16*
219:*17, 24*
257:*20* 260:*22*
264:*6, 9, 13*
276:*24* 285:*2*
289:*18*
differential
86:*23*
differentiated
291:*23*

differently
68:*21* 176:*8*
218:*6* 240:*5*
difficult 52:*2*
54:*20* 87:*22*
107:*1* 143:*9*
150:*2* 287:*7*
diffuse 107:*5*
dinner 194:*5*
direct 31:*18*
54:*9* 262:*11*
direction
299:*10*
directly 123:*6*
299:*19*
director 21:*15*
50:*13*
disagree
109:*22* 119:*9*
123:*16* 148:*21*
149:*6* 214:*18,*
*20* 241:*2*
discharge
184:*10* 217:*14,*
*18* 218:*12, 12*
220:*12*
discharged
86:*12* 87:*21*
discharges
224:*16*
discontinuation
79:*21* 162:*6*
253:*3*
discontinued
268:*8*
discount
167:*23* 224:*4,*
*12* 239:*20*
292:*20*
discounting
225:*13*
discourses
213:*6*
discovered
133:*3* 207:*12*
discuss 69:*9*
138:*23* 228:*14*
Discussed
139:*7* 162:*11*
173:*3, 20*
200:*18* 203:*19*

246:*5* 281:*18*
288:*12*
discussing
102:*13* 137:*21*
discussion
38:*8, 21*
135:*13* 180:*10*
185:*15* 194:*11*
207:*6, 8* 218:*3*
238:*24*
discussions
151:*12*
Disease 5:*19*
14:*22* 15:*22*
20:*10, 13, 16,*
*23* 23:*3* 30:*21*
33:*8* 34:*11*
36:*6, 22* 37:*4*
38:*15* 39:*4*
41:*23* 45:*12,*
*19* 81:*18, 22*
84:*2* 88:*22*
89:*9, 10, 19, 21*
90:*6* 93:*23*
95:*14* 96:*2*
101:*16, 23*
102:*10, 14, 16*
104:*6, 12*
128:*19* 132:*12,*
*19, 23* 133:*4,*
*23* 134:*2, 7, 21,*
*24* 135:*2, 20*
137:*1, 11*
140:*6* 142:*2, 3,*
*7, 11, 14, 16, 19*
143:*1, 4* 144:*4,*
*6, 17* 147:*13*
148:*20* 152:*20*
153:*18* 154:*9*
158:*23* 171:*24*
173:*7, 11, 13*
174:*3, 11*
179:*12, 15, 22*
180:*4* 216:*21*
217:*7, 24*
218:*2, 16*
246:*22* 252:*20*
253:*18, 20, 21,*
*24, 24* 263:*8*
269:*7* 272:*15,*
*16* 282:*22*

Protected Information - Keith T. Wilson, M.D.

287:5, 9 292:8,
13 293:16, 18
Disease, 214:4
disease-related
218:24
diseases
194:15
dish 96:12, 13
206:22
disingenuous
123:14
Disk 7:10
76:19 77:1
155:2 156:10
236:13, 21
disorder 254:4
disorders
224:24
disprove
108:24 109:2
141:7 149:11
183:23
dispute 254:5,
18 255:6
270:4
disreputable
259:7
disrupted
259:7
dissect 224:8
distress 274:6
DISTRICT
1:1, 2 299:2
DIVISION 1:9
docs 240:14
Doctor 9:16
57:4 63:21
72:14 74:12
76:3 77:3
78:8 85:5
89:16 91:17
95:18 97:7
102:5 107:12,
20 111:11
112:7 113:17
114:23 116:2
120:20 124:1
131:22 156:12
160:12 193:19
196:18 214:2
216:14 224:21

228:16 231:12
233:7 235:3
236:23 248:21
250:6, 19
260:24 265:18
271:23 274:20,
22 275:22
doctors 18:16
32:9 52:13
72:2 92:13
153:4 168:7
181:12, 14, 16,
21 237:18
241:12 248:5
249:14 275:6
document
11:20 12:22
27:12 29:15
30:6 31:21
56:18, 24 63:6
77:20, 24 78:9
79:12 80:18
85:1 91:10, 13
120:10 136:3
169:17 194:24
213:19, 22
216:4, 7 232:2
235:12 236:15
249:23 250:2
260:15, 18
265:7, 7, 14
271:16, 19
documentary
62:4
documented
143:6 158:4
174:24 189:9
243:15
documenting
59:19
Documents
7:3 25:12
39:10, 10
55:20 56:5
192:1 208:14
doing 9:2
18:11, 13, 15,
17 70:24
72:19 123:19
197:21 248:21
dollars 38:4

dose 96:4, 5,
23 97:4, 9, 11,
12, 19, 22
101:2, 5, 11, 17
102:9 103:3, 8,
18 104:3
283:6, 13, 14
dose-response
96:14 284:8
dose-responses
284:9
double 170:12
double-check
110:14
doubting 92:6
download
24:10
downloaded
26:4 28:23
DQ8 142:7
Dr 7:12 8:22
11:9 38:18
68:4, 4 93:14,
18, 20 174:16
182:10 264:16,
24 272:2, 10,
23 277:23
278:21 283:22
286:16 288:18
289:24
dragging
123:20
draw 227:1
drawing
186:21 187:11
draws 119:5
Drive 2:19
driven 286:10
driving 286:8
droplets 131:8
drops 86:10
133:17
Drug 5:4, 8
38:21 39:18
43:10, 11, 14
44:2, 2 52:9,
20, 20, 24, 24
53:14 58:8, 20
60:20 66:10,
14 71:22 72:3
77:21 86:6

96:9, 15 97:4,
13 103:18, 19
105:13, 19
106:1, 9
107:23 108:9
124:22 141:12,
19 159:5, 8
160:1, 24
161:19 162:6,
12, 23 167:2
174:21 175:20
182:23 184:16
185:19 188:9,
15, 15 190:18
191:24 200:7
201:4, 7 203:8,
9, 14 207:21
208:6 214:15
240:8 248:24
274:17

drug-associated
90:4 272:5
Drug-induced
5:18 6:23
214:3
drugs 62:7
72:8, 10 83:15
212:23 213:2
due 97:7
181:24 194:17
195:7, 10, 19
196:4, 11, 13,
16 198:15
199:4, 22
231:20 255:19
duly 8:16
156:5 299:5
Duodenal 6:10
duodenum
21:4
Duration
105:7 108:22
125:11
duties 17:13

< E >
earlier 47:12
85:12 173:4
225:7 233:20
275:24 276:16

early 13:21
73:7
easily 39:5
179:23 246:10
eat 90:9
242:22
eating 242:17
edition 38:1
editor 92:24
235:4 280:19
education
41:6 279:11
educational
34:7
effect 52:9
71:20, 23 96:4,
5, 21 97:9, 12,
14, 15, 19, 22
100:24 101:2,
5, 6, 11, 11, 15,
17 102:9
103:4, 8, 18, 19,
19 104:3
105:12, 13
111:23 147:15,
20 167:4
199:24 200:7
201:4, 7, 8
203:8 215:12
235:19 241:15
283:8, 11, 13,
21 289:7, 13
Effectiveness
6:2
effects 32:6
52:16 56:6, 12
67:3 72:11
149:4 215:13,
16 226:9
229:3, 13, 15,
17, 22 230:19
231:20 233:18
234:9 274:11
286:2
efficacy 97:16,
17
effort 289:11
Eight 58:10,
18 131:12, 15
Eisenhower
2:5