# EXHIBIT 3

Protected Information - Steven M. Lagana, M.D.

Page 118

1    (Pause.)
2         THE WITNESS: I don't
3    believe that that is specified.
4    BY MR. PARKER:
5         Q.   If you would, please turn to
6    -- let me see if I can find it.
7         A.   By the way, can we go back
8    to where you asked about steroids?
9         Q.   Yes, sir.
10        A.   I would just point out that
11   any patient who makes it to Columbia for
12   seronegative villous atrophy who has not
13   responded to a gluten-free diet, steroids
14   would be a fairly logical step in their
15   management; and for more or less any
16   inflammatory disorder, there is going to
17   be some clinical improvement on either a
18   steroid or an immunosuppressive
19   medication, so I think that -- that could
20   be true and it doesn't have any impact on
21   my belief that olmesartan was causing
22   their syndrome.
23        MR. PARKER: Move to strike.
24   BY MR. PARKER:

Page 119

1         Q.   Doctor, what you just said
2    is not accurate, however, with regard to
3    the Mayo series of 22 patients who
4    reported not to have responded to
5    steroids; correct?
6         MR. SLATER: Objection;
7    foundation.
8         You can answer.
9         THE WITNESS: I think it
10   depends on -- I don't know how
11   each group responded -- how each
12   group defined response; and even
13   if there was a difference in the
14   response, even if you defined it
15   the same way, I would say that
16   there's variation in the disease
17   presentation and the disease
18   process.
19        And so if some patients did
20   -- I would expect most patients to
21   respond to some extent; but if
22   some didn't, that doesn't really
23   affect my thinking.
24   BY MR. PARKER:

Page 120

1         Q.   But my question was more
2    pointed.  The Mayo Clinic is also highly
3    regarded as a referral center for small
4    bowel disorders, including celiac
5    disease.
6         A.   Yes.
7         Q.   Correct?
8         A.   Uh-hum.
9         Q.   And we can pull it out
10   later, but is it your understanding that
11   what they reported about those 22 people
12   is that they did not respond to
13   immunosuppressants?
14        MR. SLATER: Objection.
15        You can answer.
16        THE WITNESS: I really
17   wouldn't answer that without
18   looking at the paper and that --
19   I'd like to look at the paper
20   before I say --
21        MR. PARKER: Let's work
22   through this one, then I promise
23   you we will look at the Mayo
24   paper.

Page 121

1    BY MR. PARKER:
2         Q.   With respect to this paper,
3    however, what we're told is that all of
4    these patients were referred to Columbia
5    with a diagnosis of refractory celiac
6    disease; correct?
7         A.   That sounds quite
8    reasonable, but let me verify that.
9    Could you tell me where you're finding
10   that statement?
11        Q.   Give me one second.
12        A.   Sure.
13        Q.   Under results, the second
14   page?
15        A.   Okay.
16        Q.   You'll see the second
17   sentence, "All patients had been referred
18   with a diagnosis of poorly
19   responsive/refractory CD."  That's celiac
20   disease?
21        A.   Uh-hum.
22        Q.   So can we agree that all 72
23   patients had come to Columbia with a
24   diagnosis of their treating doctors with

Protected Information - Steven M. Lagana, M.D.

Page 122

1 either poorly responsive and/or
2 refractory celiac disease?
3        A.   I would accept that
4 statement with a proviso, which is, the
5 sentence preceding it states that these
6 were patients with seronegative villous
7 atrophy, so that means that these
8 patients had been serologically tested
9 for and found to be negative for the test
10 of celiac disease.
11        Q.   But there is a clinical
12 entity of seronegative celiac disease, is
13 there not?
14        A.   There is.
15        Q.   Okay.  So these patients
16 were tested to have -- not to have the
17 antibodies typically seen in celiac
18 disease patients, but nevertheless were
19 thought by their physicians who referred
20 them to Columbia to have celiac disease
21 according to what your colleagues wrote
22 here.
23            MR. SLATER:  Objection.
24            You can answer.

Page 123

1            THE WITNESS:  They were
2        thought to have a variation, a
3        rare, complicated form of celiac
4        disease, yes.
5 BY MR. PARKER:
6        Q.   Thank you.
7            If you would flip over three
8 pages under the discussion section, which
9 is the middle column --
10        A.   Yep.
11        Q.   -- perhaps you can explain
12 this to me:  Down towards the first
13 paragraph, do you see where it begins "An
14 interesting finding"?
15        A.   Uh-hum.
16        Q.   -- An interesting finding in
17 our series was the number of patients who
18 were initially labeled with unclassified
19 sprue who were ultimately found to have
20 villous atrophy as a result of olmesartan
21 use.
22            I managed to read that
23 correctly, did I not?
24        A.   You did.

Page 124

1        Q.   I'm puzzled by the word who
2 were initially found -- initially labeled
3 with unclassified sprue.  We just got
4 done reading where they came to your --
5 Columbia, not your -- center with
6 refractory celiac disease.  Is that the
7 same or different than unclassified
8 sprue?
9            MR. SLATER:  Objection.
10            You can answer.
11            THE WITNESS:  I think the
12        problem here is that you're --
13        we're a bit conflating what the
14        outside physicians thought, which
15        -- with what was thought at
16        Columbia.
17            So the outside physicians
18        said, okay, you've got
19        seronegative refractory
20        nonresponsive celiac disease.  And
21        from my interpretation of this
22        statement -- and I'll acknowledge
23        that there's a little bit of
24        vagary here -- these are patients

Page 125

1        who at Columbia were classified as
2        having unclassified sprue until
3        the publication of Rubio-Tapia and
4        then were instead classified as
5        olmesartan enteropathy.
6            MR. PARKER:  Fair enough.
7 BY MR. PARKER:
8        Q.   So the process as you
9 understand it were, patients came in with
10 a label of refractory celiac disease.
11 They got looked at, worked up by your
12 colleagues.  A number of them were told
13 --
14        A.   Seronegative refractory
15 celiac disease.
16        Q.   Seronegative refractory
17 celiac disease.
18        A.   I'm not making that point to
19 be a jerk.  I'm making that point because
20 both of these are rare manifestations of
21 celiac disease and not specifically
22 related, so I'm saying that these
23 patients were thought to have two
24 concomitant uncommon variations of celiac

Protected Information - Steven M. Lagana, M.D.

Page 126

1  disease.
2       Q.   Fair enough.  And when they
3  came to Columbia initially, they were
4  sent home, some number of them, with a
5  diagnosis of unclassified sprue.
6       A.   I would agree with the
7  interpretation that you just made.
8       Q.   And when the label was
9  changed from seronegative refractory
10 celiac disease to unclassified sprue,
11 would they have been told, you can go
12 home and start eating gluten because you
13 don't have celiac disease?
14       MR. SLATER:  Objection.
15       You can answer.
16       THE WITNESS:  I'm afraid I
17 can't really answer that question.
18       MR. PARKER:  That's all you
19 can do for me.  Okay.
20 BY MR. PARKER:
21       Q.   Now let's go to table number
22 3.
23       A.   Table 3, sure.
24       Q.   And you'll see on the

Page 127

1  right-hand side of that column, there's a
2  column labeled "IS"?
3       A.   Uh-hum.
4       Q.   And that would have been
5  immunosuppressants?
6       A.   Yes.
7       Q.   Would that have been a drug
8  indicated for patients diagnosed with
9  unclassified sprue?
10       A.   This would be a drug that
11 you would use for any patient with an
12 inflammatory disorder that you couldn't
13 get under control in a less -- this is a
14 -- we would consider this sort of a
15 big-gun drug to introduce to a patient so
16 that you would -- you would introduce it
17 when other less potentially toxic
18 treatments had failed.
19       Q.   And we're told that all 16
20 of these patients had -- let me get the
21 exact words -- symptomatic improvement;
22 is that correct?
23       A.   Can you tell me where you
24 read those words?

Page 128

1       Q.   Do you see the positive
2  signs under the IS --
3       A.   Oh, yes.
4       Q.   -- I think that's what I was
5  looking at.  Would that not indicate
6  improvement on immunosuppressants?
7       A.   As I stated before, any
8  inflammatory disease likely to have some
9  improvement on immunosuppressant.  So,
10 yes, the interpretation of plus sign
11 under IS, or clinical improvement slash
12 IS, that indicates that they had some
13 improvement.
14       And the following -- the
15 following column indicates that each and
16 every case relapsed after stopping the
17 immunosuppressants.
18       Q.   So that we understand -- and
19 is this reflecting the clinical course of
20 these patients after they came back to
21 Columbia when they were contacted and
22 then sent back home?  Is my question
23 clear to you what I'm asking?
24       A.   Maybe you could say it in a

Page 129

1  different way.
2       Q.   Sure.  You've described that
3  after learning about what the folks in
4  the Mayo were going to publish, there was
5  an effort to reach out to these 16
6  patients who were found to be taking
7  olmesartan and who had been diagnosed
8  with seronegative celiac disease,
9  refractory celiac disease; correct?
10       A.   Yes.
11       Q.   And there was some effort to
12 talk to them and get -- and reconnect
13 with them, and they found 16 patients who
14 had been taking olmesartan; correct so
15 far?
16       A.   Yes.
17       Q.   And some of those patients
18 came back for further medical follow-up,
19 including some had rebiopsies; correct?
20       A.   Uh-hum.
21       Q.   Yes?
22       A.   Yes.
23       Q.   And they were instructed to
24 stop taking olmesartan.

Protected Information - Steven M. Lagana, M.D.

Page 130

1    A.    To the best of my knowledge.
2    Q.    What I'm trying to discern
3  right now is, when did these 16 patients
4  have their clinical improvements when
5  they were given immunosuppressants and
6  then have relapse when they stopped
7  taking their immunosuppressants? Was it
8  the same time they were told to stop
9  taking olmesartan?
10    A.    Don't know the answer.
11    Q.    Okay. Who would we talk to
12  who would know that?
13    A.    I would speak to Dr. Green.
14  He's the senior author of the paper.
15    Q.    Was he the one running the
16  study? I mean, sometimes senior authors
17  are just senior authors.
18    A.    I wouldn't -- I wouldn't
19  speculate as to how --
20    Q.    Okay. Fair enough. Okay.
21      Let me put that aside and
22  come back to what I want to discuss
23  before we get visited by lunch.
24    A.    Sure.

Page 131

1    Q.    Doctor, I want to ask you to
2  put aside the plaintiffs, whether
3  disclosed or undisclosed, that you've
4  been asked by counsel to look at, their
5  specimens.
6      Can you give me some idea in
7  your world as a practicing pathologist
8  how many reports you've generated in
9  which you've concluded in words to the
10  effect that the conditions I see in this
11  patient are consistent with someone
12  taking olmesartan?
13      MR. SLATER: Objection.
14      You can answer.
15      THE WITNESS: May I refer to
16    my -- to the report?
17      MR. PARKER: Please. You
18    can always refer to anything you
19    want to look at, Doctor.
20      THE WITNESS: Okay. Let us
21    look at page -- at the bottom of
22    the first paragraph, the rather
23    long paragraph --
24  BY MR. PARKER:

Page 132

1    Q.    Page what, sir?
2    A.    Oh, sorry. Page 4.
3    Q.    Okay.
4    A.    -- here, you'll see
5  phraseology that I employ fairly
6  frequently. To put an exact number on
7  how many times I've said this, I
8  couldn't, but I would say perhaps dozens
9  of times.
10      So if I have a case in which
11  I see the findings described here in the
12  report and I don't know whether the
13  patient is taking olmesartan, is taking
14  -- has had celiac testing, has had some
15  bone marrow transplant -- if I don't have
16  a complete clinical picture, I give a
17  differential diagnosis, an example of
18  which is provided here.
19      If you're asking in how many
20  cases have I had the clinical data and we
21  have come to the conclusion that
22  olmesartan is the most likely culprit, I
23  wouldn't be able to put an exact number
24  on it, but not counting the cases that

Page 133

1  I've seen through my work with Mr.
2  Slater, you know, more than 10 and less
3  than 25 seems to be in the ballpark.
4    Q.    And on cases that come to
5  you in your day-to-day job, not as a
6  litigation consultant, have you ever
7  concluded and written in a medical
8  report, this patient has sprue-like
9  enteropathy associated with olmesartan or
10  olmesartan-associated enteropathy or some
11  variation of that term? Have you said
12  this patient has it as opposed to saying
13  this is consistent with that?
14    A.    I don't think that I would
15  ever use those specific words. I think
16  that those specific words imply a level
17  of clinical detail that rarely is
18  available to pathologists at the time of
19  signing out a case.
20      When I've encountered these
21  cases, I've given descriptive diagnoses,
22  like I describe here. I've listed
23  plausible items on the differential
24  diagnosis, which certainly have included

Protected Information - Steven M. Lagana, M.D.

Page 134

1 olmesartan on a number of occasions, many
2 perhaps, and I attempt to follow up that
3 diagnosis with a conversation with the
4 clinician.
5         If it's a patient being seen
6 at our Celiac Disease Center, it's very
7 likely that that patient would then be
8 presented in an interdisciplinary
9 conference where the gastroenterologists
10 and myself and other pathologists would
11 discuss the case and we could come to
12 that conclusion.
13         But the words written on a
14 -- you know, on a pathology report, this
15 is and can only be olmesartan
16 enteropathy, that phraseology is unlikely
17 to make it to a pathology report.
18     Q.   In fairness to my question,
19 I didn't say "and can only be."
20     A.   Okay.
21     Q.   All right? I just want to
22 make sure you're not hedging on me. My
23 question is, have you ever said in a
24 pathology medical record, this is a case

Page 135

1 of olmesartan-associated enteropathy or
2 sprue-like enteropathy?
3         MR. SLATER: Objection;
4     asked and answered. I mean, he
5     just went through this in detail
6     with you.
7         MR. PARKER: He just hedged
8     and said --
9         MR. SLATER: He didn't hedge
10    at all. Come on, Bruce.
11        MR. PARKER: Doctor, can you
12    answer my question?
13        THE WITNESS: I'm sure that
14    I've said that I suspected or this
15    -- you know, this should be
16    considered clinically. That's
17    about -- that's probably the
18    strongest phraseology that I would
19    use in this condition.
20        MR. PARKER: Thank you.
21    We'll have some lunch.
22        (A luncheon recess was taken
23    from 12:36 p.m. to 1:18 p.m.)
24 BY MR. PARKER:

Page 136

1     Q.   Doctor, we're back on the
2 record after our lunch break and I want
3 to talk to you for a moment about a
4 clinical entity we started to talk about
5 before lunch in connection with the --
6 how do you pronounce it -- DeGaetani --
7 paper of unclassified sprue.
8     A.   Uh-hum.
9     Q.   Are the terms unclassified
10 sprue and idiopathic enteropathy
11 synonymous?
12     A.   Idiopathic enteropathy is
13 not a term that I use frequently in my
14 practice or encounter too frequently in
15 the literature. Unclassified sprue is
16 saying someone has a sprue-like illness
17 and we don't know what the possible
18 etiology is, as opposed to, say, celiac
19 sprue or olmesartan enteropathy or one of
20 these other sprues where we believe we
21 know the cause.
22         So idiopathic enteropathy --
23 is that term that you used?
24     Q.   Yes.

Page 137

1     A.   -- you know, that to me
2 doesn't refer to any specific entity.
3 That would be a descriptive term that if
4 you used that term in discussion with me,
5 I would take it to mean something similar
6 to unclassified sprue.
7     Q.   Okay. Well, if you're more
8 comfortable with unclassified sprue, I'll
9 use that term for my next area of
10 questions.
11     A.   Okay.
12     Q.   Doctor, people today
13 continue to get the label of unclassified
14 sprue; correct?
15     A.   Yes.
16     Q.   And I can -- can I presume
17 correctly that before Benicar, olmesartan
18 was available in 2002 and people received
19 the diagnosis of unclassified sprue?
20     A.   Uh-hum.
21     Q.   Yes?
22     A.   Yes.
23     Q.   As you just explained,
24 doctors diagnose someone with

Protected Information - Steven M. Lagana, M.D.

Page 138

1   unclassified sprue when they present with
2   symptoms of enteropathy for which there's
3   no known cause at that point in time.
4       A.   Yes.
5       Q.   And for all such people,
6   there is some biological reason for them
7   developing sprue.  Medical scientists
8   simply haven't identified what it is.
9           MR. SLATER:  Objection.
10          You can answer.
11          THE WITNESS:  I think that
12      what you just said is plausible.
13      I would expand on that just a
14      little bit to say that to call
15      someone an unclassified sprue
16      patient means, as you described,
17      we don't know what the cause of
18      their sprue is.
19          It doesn't -- it could mean
20      -- that could come from one of two
21      reasons:  Either they have a sprue
22      which has a novel cause that we
23      don't know or they have sprue due
24      to a common cause and we have not

Page 139

1       been able to make the diagnosis
2       for whatever reason, so there are
3       two different ways to get at that
4       diagnosis.
5   BY MR. PARKER:
6       Q.   In someone who is diagnosed
7   with unclassified sprue and then starts
8   taking olmesartan, there's no reason --
9   well, let me rephrase the question.
10          For whatever reasons one may
11  develop an unclassified sprue, there's no
12  biologic reason they can't have that and
13  take olmesartan at the same time and be
14  wholly unrelated to each other.
15          MR. SLATER:  Objection.
16          You can answer.
17          MR. PARKER:  Do you agree?
18          THE WITNESS:  I'd like to
19      ask you to clarify the question,
20      if I may.  Are we talking about a
21      hypothetical situation in which a
22      patient has signs and symptoms of
23      sprue, has a biopsy that shows
24      sprue-like changes, and God

Page 140

1       himself has come to the deposition
2       room and said this patient has
3       never touched olmesartan before
4       this developed and then started
5       taking olmesartan after that?  Is
6       that the situation that you're
7       describing?
8           MR. PARKER:  Well, I didn't
9       invoke God, but I'll make the
10      question easier for you.
11  BY MR. PARKER:
12      Q.   Is someone is diagnosed with
13  unclassified sprue who has never taken --
14  and let's just say his doctors say so and
15  patients say so -- never taken
16  olmesartan, they can continue to have
17  unclassified sprue notwithstanding the
18  fact that they're now taking olmesartan.
19      A.   I think that's a possible,
20  although quite rare, scenario, but I do
21  concede that that is a possible scenario.
22  I would also just add to that, we don't
23  know in those patients if olmesartan
24  could contribute or make -- or exacerbate

Page 141

1   their sprue.  For instance, we don't know
2   in -- there are patients who have -- just
3   based on epidemiology, there are
4   certainly patients who have true celiac
5   disease and who have been prescribed
6   olmesartan.  We don't know if the
7   olmesartan affects those patients
8   differently than patients without celiac
9   disease.
10      Q.   And there's no literature to
11  suggest that it does.
12          MR. SLATER:  Objection.
13          You can answer.
14          THE WITNESS:  Or doesn't.
15          MR. PARKER:  Let's talk
16      about the affirmative.  Nobody's
17      published a paper of any type
18      positing or proposing that a
19      patient with celiac disease is
20      made worse if they start on
21      olmesartan.
22          MR. SLATER:  Objection.
23          You can answer.
24          THE WITNESS:  There's

Protected Information - Steven M. Lagana, M.D.

Page 142

1  nothing in the published
2  literature to that effect yet.
3  BY MR. PARKER:
4      Q.  Now, going back to my
5  question about unclassified sprue, it is
6  reported in the literature that patients
7  who have unclassified sprue, some number
8  of them spontaneously resolve.
9          Have you seen that in the
10 literature?
11     A.  That sounds familiar, but
12 before I agree to that point, I'd like to
13 -- if you have something with you that
14 documents that, I'd like to confirm that.
15     Q.  Sure, sure.
16         Have you ever seen that in
17 your clinical practice, of patients with
18 diagnosed unclassified sprue resolving
19 spontaneously, or has it been reported to
20 you by your colleagues in the GI section?
21     A.  And for the purposes of this
22 question, we're excluding the cases seen
23 at Columbia who were thought to be
24 unclassified and later categorized as

Page 143

1  olmesartan?
2      Q.  Yes, I'm not involving
3  olmesartan at all.
4      A.  Okay.  I don't remember a
5  case, but I don't think it sounds
6  unreasonable.
7              - - -
8          (Deposition Exhibit No.
9      Lagana-6, 2016 Original Article
10     "The clinical and phenotypical
11     assessment of seronegative villous
12     atrophy; a prospective UK centre
13     experience evaluating 200 adult
14     cases over a 15-year period
15     (2000-2015)" by Aziz, et al, was
16     marked for identification.)
17             - - -
18 BY MR. PARKER:
19     Q.  Doctor, Exhibit 6 is a copy
20 of the study by Drs. Aziz and others,
21 which your colleague, Peter Green, is a
22 co-author on.
23         Do you see that?
24     A.  Yep.

Page 144

1      Q.  And this is one of the
2  papers that was listed in that
3  supplemental reliance list that we marked
4  earlier today?
5      A.  Uh-hum.
6      Q.  Okay?
7      A.  Yes.
8      Q.  And it is not one that is
9  referenced in any manner in your report;
10 correct?
11     A.  That's correct.
12     Q.  Have you read this paper
13 before coming to the deposition today?
14     A.  I have.
15     Q.  It is a -- it was, as
16 described, a prospective study over,
17 what, 15 years, 10-plus years?
18     A.  It looks like 15 years.
19     Q.  Okay.  And it was an attempt
20 by these investigators to collect cases,
21 as we discussed previously, of
22 seronegative villous atrophy?
23     A.  Yes.
24     Q.  And in this report, they

Page 145

1  describe various causes that they
2  attribute to these patients, which are
3  reflected in figure number 2, the pie
4  chart?
5      A.  Figure 2.  Okay.
6      Q.  Do you see that, Doctor?
7      A.  I do.
8      Q.  And they specifically asked
9  a question to themselves as they reviewed
10 these cases of whether the patients had
11 been exposed to any form of an ARB; is
12 that right?
13     A.  I believe I recall reading
14 about that.
15     Q.  And if you look at the pie
16 chart, they report in this group of 200
17 that there were 13 that they concluded
18 had a drug-induced seronegative villous
19 atrophy?
20     A.  I see that.
21     Q.  And then there was a group
22 of 36, or 18 percent, that they describe
23 as idiopathic.  Do you see that down
24 below as well?

Protected Information - Steven M. Lagana, M.D.

Page 146

1     A.   I do.

2     Q.   And if you look on page 5,

3 Doctor, the same page as the pie chart --

4 excuse me -- on the right-hand column, do

5 you see the paragraph beginning,

6 "Finally, in 36 cases"?

7     A.   Uh-hum.

8     Q.   And I'm going to paraphrase,

9 but you tell me if I misstate this, what

10 they're saying. They looked at these 36

11 cases of seronegative nonceliac disease

12 and report that they were unable to

13 attribute any cause after looking for

14 drug induced reasons; and they report

15 that 26, or 72 percent, had spontaneous

16 recovery by evidence of duodenal biopsy?

17     A.   I see that, yep.

18     Q.   Is this then an example in

19 the literature of patients -- they used

20 the term "idiopathic enteropathy" -- as

21 we discussed, people with enteropathy of

22 unknown causes, medications being

23 considered, that resolved spontaneously?

24     A.   That is what this group

Page 147

1 reports, so I would agree that this group

2 has reported some examples of that. I

3 would add that this is made after the

4 exclusion of a drug-induced enteropathy

5 --

6     Q.   Yes, sir.

7     A.   -- so that really is a

8 different group of patients than the

9 olmesartan enteropathy patients who are

10 diagnosed, in large part, based on their

11 response to cessation of the drug.

12     Q.   My question, however, is

13 that what this is reporting is that

14 people who have unclassified sprue or

15 idiopathic enteropathy, those conditions

16 of unknown causes do resolve -- some

17 number of them do resolve --

18 spontaneously.

19     A.   According to this case

20 series, this is -- this case series has

21 shown some examples of that.

22     Q.   And when you -- can you give

23 me some idea when this paper was brought

24 to your attention and you read this

Page 148

1 paper?

2     A.   I think that -- I think that

3 perhaps this came to my attention either

4 through the defense expert reports or

5 from Mr. Slater. I don't recall

6 precisely.

7     Q.   But relatively recently --

8     A.   Relatively recently, yeah.

9     Q.   When you did have it brought

10 to your attention in one of those two

11 ways and you saw that your senior

12 colleague, Peter Green, was an author,

13 have you ever walked down to his office

14 and asked him about this paper?

15     A.   I have not spoken to him

16 about this paper.

17     Q.   Have you ever had a

18 conversation with Peter Green or some of

19 the other senior gastroenterologists

20 about spontaneous remission of

21 unclassified sprue?

22     A.   You know, I can't recall a

23 specific instance.

24     Q.   Doctor, putting aside the

Page 149

1 history of olmesartan, what clinical

2 features as reported in the literature or

3 through your training of unclassified

4 sprue are different in any respects to

5 sprue-like enteropathy associated with

6 olmesartan?

7     A.   The main differences would

8 be exposure to olmesartan and improvement

9 upon cessation of olmesartan.

10     Q.   But my question was the

11 clinical features of it.

12     A.   Well --

13      MR. SLATER: Objection.

14     This is -- are you going back over

15     this? Unless I'm

16     misunderstanding. Didn't we go

17     over this --

18      MR. PARKER: Not of

19     unclassified sprue, no.

20      MR. SLATER: Oh,

21     unclassified sprue.

22      MR. PARKER: Yes.

23      MR. SLATER: Okay.

24      THE WITNESS: Again, in

Protected Information - Steven M. Lagana, M.D.

Page 150

1    unclassified sprue, you can see a
2    range of findings similar to what
3    we discussed with olmesartan
4    enteropathy.  And I can't --
5    you're asking if there's a
6    specific clinical feature that's
7    different in one versus the other?
8            MR. PARKER:  Yes, I'm --
9    yes.
10           THE WITNESS:  Okay.  Simply
11   the history of olmesartan
12   exposure.
13   BY MR. PARKER:
14       Q.   Okay.  Put aside whether the
15   person used drug.  In their symptoms,
16   their clinical -- I mean their findings,
17   when you take their blood, when you do
18   all the stuff that doctors do to someone,
19   is there anything that you can say, you
20   know, that happens with people with
21   unclassified sprue, it doesn't happen
22   with olmesartan or vice versa?
23           MR. SLATER:  Objection.
24           You can answer.

Page 151

1            THE WITNESS:  I don't
2    believe so.
3    BY MR. PARKER:
4        Q.   Doctor, have you ever had a
5    discussion with your colleagues at
6    Columbia on the following issue:  Have
7    you ever been a participant in discussion
8    that's asked the question, in someone --
9    how do we know in someone who has
10   unclassified sprue and who happens to be
11   taking olmesartan that it is the
12   olmesartan cessation that is a result of
13   them getting better rather than
14   spontaneous remission of the unclassified
15   sprue?
16       A.   Well, in some cases, these
17   patients have suffered for years and the
18   cessation of olmesartan on a time scale,
19   although sometimes it can take awhile to
20   heal, often these patients feel better
21   even within days.
22           So it would seem unlikely
23   that in a bunch of patients with somewhat
24   variable, but some similarities in their

Page 152

1    presentation, all with the same drug
2    exposure, that the intervention of
3    removing the drug would cause spontaneous
4    resolution of a totally unrelated
5    condition so consistently.
6            So I think that -- and of
7    course there are rechallenges, there are
8    rechallenges in the literature.  I
9    reviewed a number of cases in which
10   patients were rechallenged and the
11   symptoms returned, quickly in a lot of
12   cases.
13           So I think that, you know,
14   we are making determinations to a
15   reasonable degree of medical certainty,
16   but I would think beyond that, the idea
17   that all -- that all or most of these
18   patients had unclassified sprue and just
19   happened to get better totally unrelated
20   to the cessation of olmesartan, that's,
21   you know, astronomical.  The odds against
22   that are astronomical.
23       Q.   But that wasn't my question.
24   My question was, have you ever had that

Page 153

1    discussion with your colleagues as to how
2    can we determine whether or not in a
3    given patient -- if they happen to get
4    better some period of time after we
5    discontinue olmesartan, how can we be
6    sure that the olmesartan was the reason
7    as opposed to a spontaneous resolution of
8    the symptoms?  Have you had the
9    discussion, is all I'm asking.
10       A.   We've had the discussion in
11   relation to individual patients.  I don't
12   think that we've had it -- you know, I
13   don't remember anyone pounding the table
14   and saying, no, no, this is unrelated.
15   How could you prove to me that -- the
16   change was so dramatic in these patients,
17   as they report, based on the cessation of
18   the drug, that there wasn't really much
19   pushback against that explanation.  But
20   it was certainly discussed.
21       Q.   And the Aziz paper is not
22   the only paper in the literature that
23   talks about unclassified sprue or
24   idiopathic enteropathy patients resolving

Protected Information - Steven M. Lagana, M.D.

Page 154

1 spontaneously, is it?
2    A.   I would certainly presume
3 not, but as we said before, I would like
4 to see the specific examples that you're
5 referring to.
6    Q.   Why don't you pull out your
7 supplemental reliance list, sir, please.
8    A.   Okay.
9    Q.   You have it -- I'm sorry.
10 It should be Exhibit 4?
11    A.   Okay.
12    Q.   Here (Indicating) it is.
13    A.   Okay.
14    Q.   Is there one on your
15 supplemental reliance list that talks
16 about spontaneous resolution of
17 unclassified sprue?
18        MR. SLATER:  Is the question
19    whether that's the title of the
20    article?
21        MR. PARKER:  No.  Does one
22    of these papers address that
23    topic?
24        MR. SLATER:  Objection.

Page 155

1        THE WITNESS:  I think that
2    if there's a paper in mind that
3    you'd like me to look at, I'm
4    happy to do so.  If you're asking
5    me to remember the detail -- you
6    know, whether that detail is
7    included in any of these, I think
8    that's a bit -- I would not
9    venture a guess in that regard.
10        MR. PARKER:  Okay.  And I
11    don't want you to guess.
12        THE WITNESS:  Okay.
13        - - -
14    (Deposition Exhibit No.
15    Lagana-7, 2015 Paper "Self-limited
16    coeliac-like enteropathy: a series
17    of 18 cases highlighting another
18    coeliac disease mimic" by Brown,
19    et al, was marked for
20    identification.)
21        - - -
22 BY MR. PARKER:
23    Q.   Let me hand you Exhibit No.
24 7.

Page 156

1    A.   Okay.
2    Q.   And this is a paper on your
3 supplemental reliance list; correct?
4    A.   Yes.
5    Q.   Can I assume that since it's
6 on your reliance list, that you've read
7 it?
8    A.   I have read it.
9    Q.   And would this have been one
10 that came to you relatively recently,
11 like the Aziz study?
12    A.   Sorry.  What's that?
13    Q.   Like the Aziz study.
14    A.   I saw this several months
15 ago.  Yeah, I -- I believe I --
16 Histopathology is one of the journals
17 that I get Table of Contents e-mailed to
18 me every month, so I believe I saw this
19 when it came out and I looked at it again
20 in preparation for the deposition.
21    Q.   Okay.
22        It was not studied, however,
23 for purposes of writing your general
24 causation report.

Page 157

1    A.   Correct.
2    Q.   Okay.  Now, this is a paper
3 -- and this is a pretty good journal, is
4 it not?
5    A.   I agree.
6    Q.   I assume you wouldn't waste
7 your time reading bad journals.  Right?
8    A.   I have published in
9 Histopathology.  I think it's a good
10 journal.
11    Q.   Very good.  Okay.
12        And this is describing a
13 series of 18 people who have, as
14 described here, enteropathy that looks
15 like celiac, but is not celiac.
16    A.   Correct.
17    Q.   And is that deserving of the
18 moniker of unclassified sprue or
19 idiopathic enteropathy or is this yet
20 another label that we have to put on a
21 clinical syndrome?
22        MR. SLATER:  As opposed to
23    what they called it here?
24        MR. PARKER:  As opposed to

Protected Information - Steven M. Lagana, M.D.

Page 158

1    what they called it.
2          THE WITNESS:  Yeah, I mean,
3    I don't think that they expressly
4    labeled these patients as
5    unclassified sprue unless --
6    perhaps if you recall that they
7    did, I'm open to reconsidering
8    that statement, but I don't
9    remember them labeling them in
10   that way.
11         This paper -- you know, this
12   is a study that was done in
13   Australia and it looks like 66
14   percent of their patients were
15   thought to be infectious.  The
16   infections that they encounter in
17   Australia could certainly be
18   different than the infections that
19   we encounter here.
20         I mean, I -- I acknowledge
21   this paper.  I don't dispute their
22   -- the generalities of it.  I
23   would probably leave my assessment
24   at that, unless you'd like to talk

Page 159

1    about it more.
2          MR. PARKER:  I'm not sure
3    that was my question.
4    BY MR. PARKER:
5          Q.   But my question now is, as
6    you read this paper, the clinical
7    condition that's being described, is it
8    describing an unclass -- a patient
9    population of unclassified sprue?
10         MR. SLATER:  Objection.
11         You can answer.
12         THE WITNESS:  Okay.  I would
13   need to refresh myself.
14         MR. PARKER:  Take a look at
15   it, please.
16         THE WITNESS:  Okay.
17         (Pause.)
18         THE WITNESS:  Well, to
19   diagnose someone with a sprue-like
20   illness, I would want to see some
21   chronicity to it.  Here, they
22   describe that all of the cases had
23   abrupt onset of symptoms and they
24   don't describe for how long the

Page 160

1    symptoms lasted, unless you found
2    that someplace which I haven't
3    seen it.
4          So I would say that there is
5    some similarity here to a
6    sprue-like illness, but I don't
7    think that they're exactly the
8    same.
9    BY MR. PARKER:
10         Q.   Have you ever seen a patient
11   that is described in this report?
12         MR. SLATER:  You mean are
13   any of these his patient?
14         MR. PARKER:  No.  Have you
15   ever seen a patient with these
16   type of symptoms in his clinical
17   practice.
18         MR. SLATER:  Objection.
19         You can answer.
20         THE WITNESS:  I have seen
21   patients with acute onset of
22   symptoms and with histology that
23   looks like this.  I don't -- I
24   don't recall any in which I had

Page 161

1    the extent of clinical information
2    that they had here, so I couldn't
3    say if I have seen patients that,
4    you know, fall entirely within the
5    spectrum of what they're reporting
6    here.
7    BY MR. PARKER:
8          Q.   And in an effort to try to
9    understand why these patients had this
10   clinical presentation, they describe a
11   number of different reasons, one of which
12   are medication -- medication-associated
13   enteropathies, including olmesartan.
14         MR. SLATER:  Objection.
15         That's -- foundation, actually.
16         There's an issue with what you
17   just said.
18         But you can go ahead.
19         THE WITNESS:  Sorry.  I can
20   answer?
21         MR. SLATER:  You can answer.
22         THE WITNESS:  Okay.  Yes.
23   BY MR. PARKER:
24         Q.   And after ruling those

Protected Information - Steven M. Lagana, M.D.

Page 162

1  out -- and they did according to them
2  rule those out; correct?
3      A.   Yep.
4      Q.   -- they were left with 18
5  patients, 10 of whom were said to have
6  resolution of all their symptoms within
7  one month of the onset.  I'm sorry.
8  That's under results (Indicating).
9      A.   Most within two weeks --
10 okay.  Yes, I see that now.
11     Q.   Putting aside whether you
12 would fit these people into the rubric of
13 unclassified sprue or something else,
14 here we have yet another grouping of
15 patients with small bowel symptoms who
16 are said to have resolved spontaneously.
17     A.   With a different set of
18 symptom -- symptoms that last two weeks
19 are different than symptoms that last two
20 months or two years, so I would actually
21 think -- now that I've seen that bit of
22 data in the results, that makes me feel
23 like these patients are less like our
24 olmesartan enteropathy patients than --

Page 163

1  they're very different patients.
2      And the other thing I noted
3  when I looked at this is that some of
4  these are pediatric patients.  We have a
5  patient that's 2, a patient who's 9, a
6  number of patients in their 30's, their
7  20's.
8      So this really to me is a
9  different set of patients on a different
10 continent with different exposures to
11 viral pathogens, bacterial pathogens.  If
12 you're asking me will I grant the broad
13 point that some patients who have villous
14 atrophy and inflammation on biopsy can
15 resolve on their own, yes, I grant that
16 point.
17     I think that this is a very
18 different set of patients, though, than
19 the ones that we're talking about in the
20 group of olmesartan --
21     Q.   I was simply trying to
22 respond to your invitation that I share
23 with you other information about
24 enteropathies that resolved

Page 164

1  spontaneously.  That's all.
2      A.   I appreciate it and --
3      Q.   Okay.
4      Has this discussion jogged
5  your memory of any other papers that
6  you've read in the literature of
7  enteropathies not associated with
8  medications that resolved spontaneously?
9      A.   I'd like to just take a bit
10 of -- to clarify your language a little
11 bit.  You said any other enteropathies
12 that resolved spontaneously.  These
13 patients in the Brown paper, I don't
14 classify as -- as an unclassified sprue
15 patient or -- this is a different cohort
16 of patients.  I just want to -- in my
17 opinion, this is a much different cohort
18 of patients.  I don't put them in the
19 same category as, say, the DeGaetani
20 paper.
21     MR. PARKER:  Okay.  I move
22 to strike.
23 BY MR. PARKER:
24     Q.   That wasn't my question.  My

Page 165

1  question was enteropathy.  I used that
2  term.
3      You're not going to fuss
4  with me that these people don't have
5  enteropathies, are you?
6      MR. SLATER:  Objection to
7  the form.
8      You can answer.
9      THE WITNESS:  If we're
10 defining enteropathy just as
11 inflammation and changes to the
12 villi with no -- without taking
13 into account any clinical
14 variables, then I'll not fuss with
15 you about that.
16     MR. PARKER:  I was using
17 your definition.  That's why I
18 asked you that at the outset of
19 the deposition.
20     THE WITNESS:  Well, I used a
21 broad --
22     MR. SLATER:  Okay.  One
23 second.
24     Objection.  He didn't ask a

Page 166

1      question. All he did was make a
2      statement to you.
3  BY MR. PARKER:
4      Q.   As you defined enteropathy
5  at the beginning of this deposition,
6  these people have enteropathies.
7          MR. SLATER: Objection.
8          You can answer.
9          THE WITNESS: Can I have it
10     read back to me?
11         MR. PARKER: From four hours
12     ago, I don't think we're going to
13     spend the time, so I'll move on if
14     you don't remember your
15     definition.
16         THE WITNESS: Okay.
17         MR. PARKER: Okay.
18             - - -
19         (Deposition Exhibit No.
20     Lagana-8, 2012 Original Article
21     "Severe Spruelike Enteropathy
22     Associated With Olmesartan" by
23     Rubio-Tapia, Murray, et al, was
24     marked for identification.)

Page 167

1              - - -
2  BY MR. PARKER:
3      Q.   Let's move on to Exhibit No.
4  8, which is the Mayo Clinic 2012 paper.
5  And I'd like you to turn, please, to --
6  well, first, we had a discussion before
7  about resolution who are not on steroids.
8  You recall that?
9      A.   I do and I recall pointing
10 out the difference between improvement
11 and resolution.
12     Q.   Right. And just see if we
13 can agree on our reading of what is said
14 here. If you would turn to page 735 --
15     A.   Okay.
16     Q.   -- in the section labeled
17 "Treatment and Subsequent Course," the
18 authors write: Most of the patients in
19 our study had undergone several
20 therapeutic trials without apparent
21 clinical benefit before referral to Mayo
22 Clinic, including the use of gluten-free
23 diet for months, systemic corticosteroids
24 and/or budesonide, N equals 20.

Page 168

1          So 20 of the 22 patients had
2  been given that steroid and had not had,
3  in their words, any apparent clinical
4  benefit?
5      A.   I agree with that, yeah.
6      Q.   We had just discussed that.
7  So I wanted to give you my reference.
8  That's all.
9      A.   Okay.
10     Q.   Now would you please turn to
11 table 3 on the last page?
12     A.   Okay.
13     Q.   Actually, second to the last
14 page --
15     A.   I would, by the way --
16 clinical benefit, I would like to -- if I
17 had them here to question, I'd like to
18 know exactly what they meant by clinical
19 benefit. That's a bit vague.
20     Q.   Well, and so is improvement.
21 So what is clinical improvement, sir?
22     A.   Clinical improvement would
23 depend on what the presenting problem
24 was.

Page 169

1      Q.   Okay.
2      A.   If it is someone with
3  diarrhea and weight loss, improvement
4  would be less diarrhea. At the least --
5  the least improvement would be a slowing
6  of the rate of weight loss. Better would
7  be less -- would be weight stabilization
8  and best would be weight gain.
9      Q.   One term that we have talked
10 about, but I didn't ask you to define at
11 the outset, was diarrhea. What's a
12 medical -- your working medical
13 definition of diarrhea?
14     A.   That's funny. It's a term
15 that we learn in first year of med school
16 and then no one asks you to define again.
17 Frequent, watery stool.
18     Q.   What is considered to be a
19 normal number of bowel movements a day?
20     A.   There is a standard that
21 I've seen in the literature. I don't
22 remember offhand.
23     Q.   What is your understanding
24 or how you -- well, strike that.

Protected Information - Steven M. Lagana, M.D.

Page 170

1    Do you ever use the term
2  "chronic diarrhea"?
3    A.  Yes.
4    Q.  What does chronic diarrhea
5  mean?
6    A.  Chronic diarrhea is diarrhea
7  that lasts more frequently than not for a
8  month or more.
9    Q.  Okay.  With those
10 definitions in mind then, let's turn to
11 table number 3.
12    A.  Table 3, sure.
13    Q.  And here we see the folks at
14 the Mayo Clinic who first report -- well,
15 let me ask you, this was the group that
16 first reported this enteropathy that's
17 associated with -- that was associated
18 with olmesartan in this paper.
19    A.  The same group did make
20 reference to this.  They made a vague
21 reference to it in an earlier paper which
22 was on collagenous sprue, if I remember
23 correctly, where they mentioned that a
24 fairly significant number of the

Page 171

1  collagenous sprue patients were taking
2  olmesartan.  But if I recall, they didn't
3  draw any direct conclusions.  It was sort
4  of a passing observation; whereas, this
5  paper really establishes the case -- the
6  clinical characteristics.
7    Q.  And you were a resident in
8  2010 when that paper came out.  Right?
9    A.  Yes.
10    Q.  At Columbia.
11    A.  Yes.
12    Q.  And to your knowledge,
13 neither you nor anybody else at Columbia
14 drew the conclusion that when they
15 described the six or so patients in that
16 paper on collagenous sprue, that they
17 were describing a different and new
18 clinical syndrome.
19    A.  Well, I can -- I certainly
20 did not and no one else voiced that to me
21 that I recall.
22    Q.  Fair enough.  Okay.  Now
23 let's go back to table number 3.
24    A.  Sure.

Page 172

1    Q.  Are you in agreement with
2  the folks at the Mayo that what they list
3  here are the clinical features of
4  sprue-like enteropathy associated with
5  olmesartan?
6      MR. SLATER:  Objection;
7  foundation.
8      You can answer.
9      THE WITNESS:  I believe that
10 they're listing the most common or
11 most -- the features that struck
12 them mostly in their original
13 series of 22 patients.
14 BY MR. PARKER:
15    Q.  My question is, do you agree
16 with it?
17      MR. SLATER:  Objection.
18      You can answer.
19      THE WITNESS:  Okay.
20      I think these are some, but
21 not all, of the features.
22 BY MR. PARKER:
23    Q.  And what other features
24 would you put in such a table listing the

Page 173

1  clinical features of sprue-like
2  enteropathy associated with olmesartan?
3      MR. SLATER:  Objection.
4      You can answer.  It's asked
5  and answered, but you can answer.
6      THE WITNESS:  Well, I think
7  I would actually voice a number of
8  points of contention with this, so
9  we can start with -- let's just go
10 down the list -- gastrointestinal
11 symptoms (e.g. chronic diarrhea,
12 weight loss, and steatorrhea), I
13 agree particularly with the fact
14 that it's labeled e.g., so those
15 are some examples.  Those are not
16 every example.
17      I would also mention that
18 we've seen patients with nausea
19 and vomiting.  We've seen patients
20 with pain, abdominal pain.  We've
21 seen patients with fatigue.  There
22 are case reports with bowel
23 perforation.  There are case
24 reports with neurologic deficits,

Protected Information - Steven M. Lagana, M.D.

Page 174

1  certainly dehydration, kidney
2  damage.
3       And so I've just listed some
4  additional examples for the e.g.
5  part. I'm not even -- I wouldn't
6  swear that I've listed every
7  possible symptom, but I listed
8  some that I'm familiar with.
9  BY MR. PARKER:
10      Q.  And those symptoms you are
11  telling me are not just symptoms that
12  happen to appear in patients, but are, in
13  fact, symptoms that are characteristic of
14  enteropathy associated with olmesartan.
15      A.  Yes, in my opinion.
16      Q.  I mean, for example, Doctor,
17  someone could have an enteropathy and
18  happen to have cancer also and if -- they
19  could have cancer of the bowel, but
20  you're not going to tell me cancer of the
21  bowel is a feature of sprue-like
22  enteropathy, are you?
23          MR. SLATER:  Objection.
24          You can answer.

Page 175

1          THE WITNESS:  If I felt that
2      cancer of the bowel was more
3      common in patients on olmesartan,
4      which I don't, I have no reason to
5      think that, but if I thought that,
6      then I would list it as a possible
7      feature.
8          But in the real world, no, I
9      don't think that there is a cancer
10      association.
11  BY MR. PARKER:
12      Q.  Let's continue on the chart
13  then.  What else do you have issue with?
14      A.  I think that this chart is
15  very appropriate for when we're first
16  learning about a disease.  I think in
17  clinical practice now, the only one of
18  these that I think is really paramount is
19  evidence of clinical improvement after
20  suspension of olmesartan.
21          Histologic improvement, I
22  would not -- I would not demand that.
23  That involves an additional invasive
24  procedure for a patient.  I don't think

Page 176

1  that that's necessary.
2          Celiac disease testing,
3  there are two points here that -- well,
4  really three points -- that relate to
5  celiac disease testing.  I think it's
6  good to know.  I think it's reasonable to
7  do in any patient that you're suspecting
8  olmesartan-associated enteropathy, but I
9  don't think it's required for the
10  diagnosis.
11          And, furthermore, the biopsy
12  findings are characteristic, but I don't
13  think that they are absolutely required
14  for the diagnosis.
15      Q.  So my questions have been
16  are there any other clinical features as
17  outlined here with which you agree --
18  disagree, and I know you've given me a
19  full answer.  I'm not going back over the
20  gastrointestinal symptoms.
21      A.  Okay.
22      Q.  Are there any other clinical
23  features as outlined here that you
24  disagree with and say this is not part of

Page 177

1  this syndrome or you need to add to?
2  That's what I'm not hearing.
3      A.  Because most of these are
4  negative findings.  They're saying
5  exclude this, that, and the other,
6  negative IgA/tTG antibody test --
7      Q.  Is that required?
8      A.  No, not in my opinion.
9      Q.  So you don't have to rule
10  that out.
11      A.  No.
12      Q.  Okay.  Do you have to rule
13  out lack of a clinical response to
14  gluten?
15      A.  No.
16      Q.  Do you have to rule out
17  other causes of enteropathy before you
18  diagnose someone with sprue-like
19  enteropathy associated with olmesartan?
20      A.  No.
21      Q.  And if I understood your
22  last answer, the only thing that you
23  absolutely require for the diagnosis is
24  some clinical report of some improvement

Protected Information - Steven M. Lagana, M.D.

Page 178

1  in one or more of the symptoms.
2      A.   That's the key feature.  I
3  would -- if I may --
4      Q.   Sure.
5      A.   -- I'm not saying none of
6  these things add to the picture or none
7  of these things are helpful or none of
8  these things are rational to do.  I think
9  they're all perfectly rational to do.
10          But I think that if a
11  patient had a symptom that a trained
12  gastroenterologist thought might be
13  related to their olmesartan and the
14  gastroenterologist told the patient to
15  get off the olmesartan and they did and
16  they improved, I don't think it would be
17  unreasonable at all for that
18  gastroenterologist to presume or to
19  conclude, I should say, that the
20  olmesartan was the cause of their injury.
21      Q.   And your statement
22  presupposes, does it not, that there are
23  not other confounding treatments going on
24  with that patient, such as drugs being

Page 179

1  given that either are known to induce
2  diarrhea or drugs that are being given
3  that are designed to stop diarrhea.
4          MR. SLATER:  Objection.
5          You can answer.
6          THE WITNESS:  There are a
7      lot of suppositions in what I just
8      said to you, including, I'll say
9      again, that all of these things
10     are reasonable and rational things
11     to do.  We're talking about the
12     absolute requirement.
13         I think if a patient came in
14     with complaints that were
15     associated with -- that could be
16     associated with olmesartan and
17     enteropathy and the
18     gastroenterologist did nothing
19     except stop olmesartan, didn't do
20     any of these things, it's likely
21     that they would -- they would have
22     a decent chance of being wrong,
23     the patient might have celiac
24     disease.  If they didn't do these

Page 180

1      tests, they could miss a case of
2      actual celiac disease, absolutely.
3          So it's not what I would
4      describe as -- there's a
5      difference between what's ideal
6      and what's reasonable, and there
7      are different discussions that
8      could happen around either of
9      those.
10         MR. PARKER:  Or the standard
11     of care.
12         MR. SLATER:  Objection.
13         THE WITNESS:  As it's
14     developing.
15  BY MR. PARKER:
16     Q.   Doctor, you made the
17  statement in your report -- I'll refer to
18  page 5 of your report, and that report is
19  Exhibit No. 3 -- that the folks at the
20  Mayo Clinic, to use your words, were
21  necessarily conservative -- that's your
22  word.
23     A.   Okay.
24     Q.   -- when they wrote in their

Page 181

1  paper that the evidence that they had
2  amassed was not proof of causation.
3          Do you recall that -- or do
4  you see it in your report?  Page 5,
5  two-thirds of the way down.
6      A.   Yep.  Yeah, and --
7      Q.   What's the basis for your
8  statement, sir -- I just wanted to have
9  you directed to that -- what's the basis
10 for your statement that these authors,
11 when they wrote that their evidence did
12 not prove causality, that they were
13 being, quote, necessarily conservative?
14     A.   Well, this was the first
15 major description of an association
16 between olmesartan and enteropathy.  So
17 as we discussed before, associations can
18 be spurious or they can be causative and
19 I think when you have just one case
20 series, you know, there were not a
21 hundred different cases in the literature
22 at this point, the strength of causality
23 was not -- the association was not as
24 well characterized as it is now.

Protected Information - Steven M. Lagana, M.D.

Page 182

1      And I would go on that even
2  though they were conservative, they did
3  go on to state that the association is
4  not likely to be due to chance and I
5  agree with that, also. And I think that
6  since then, the additional literature and
7  my own clinical experience have led me to
8  believe that this is not a chance
9  association, but a causative association.
10          - - -
11          (Deposition Exhibit No.
12      Lagana-9, 2016 Editorial
13      "Sprue-Like Enteropathy Associated
14      With Olmesartan: A New Kid on the
15      Enteropathy Block" by Hujoel and
16      Rubio-Tapia, was marked for
17      identification.)
18          - - -
19  BY MR. PARKER:
20      Q.   Let me move on to Exhibit
21  No. 9, which is the most -- well, a
22  recent, 2016, paper by, at least, the
23  lead author of the 2012 paper.
24          MR. SLATER:  You mean the

Page 183

1      first listed author?
2          MR. PARKER:  Actually, it's
3      the second listed author, was the
4      lead author of the 2012 paper.
5          MR. SLATER:  First listed
6      author.
7          MR. PARKER:  First listed
8      author.
9          MR. SLATER:  "Lead" is
10      somewhat ambiguous to me.
11          MR. PARKER:  I see.  Okay.
12  BY MR. PARKER:
13      Q.   Doctor, are you familiar
14  with this paper?
15      A.   It doesn't ring an immediate
16  bell.  Is it in my reliance list?
17      Q.   It is not in your report.
18  That, I can assure you.
19      A.   Okay.
20      Q.   And I don't see it in your
21  supplemental reliance list either.
22      A.   Okay.  It doesn't look
23  familiar.
24      Q.   Okay.  Well, then, I'll just

Page 184

1  ask you this question:  If you could turn
2  to the third page of this report --
3      A.   Third page -- page 63?
4      Q.   Yes.  I'm sorry.
5      A.   Okay.
6      Q.   -- do you see the box --
7  this appears to be -- well, at the bottom
8  of figure 1, it says, "Proposed
9  management for patients with sprue-like
10  enteropathy associated with olmesartan"?
11      A.   Uh-hum.
12      Q.   Can I call this an
13  algorithm?
14      A.   Uh-hum.
15      Q.   That would be yes, Doctor?
16      A.   Oh, yes.  Sorry.
17      Q.   Okay.
18      A.   A proposed algorithm.
19      Q.   A proposed algorithm.  And
20  that was my next question:  This is now
21  2016, four years after the report we just
22  got done looking at.  Do you agree with
23  the box that's labeled supporting
24  evidence for this syndrome?

Page 185

1          MR. SLATER:  Objection.
2      You can answer.
3          THE WITNESS:  Well, I would
4      certainly agree that all of these
5      are potential supportive pieces of
6      evidence.  I would not necessarily
7      say that every one of these is
8      necessary to make the diagnosis.
9  BY MR. PARKER:
10      Q.   Please turn to the first
11  page of this paper.
12      A.   Okay.
13      Q.   On the bottom of the first
14  -- on the left side of the page, they
15  write, "Confirmation of diagnosis
16  requires clinical resolution of symptoms
17  after olmesartan withdrawal."
18          Do you agree with that?
19      A.   I think resolution is -- I
20  don't agree with that, because I think
21  resolution is too strong a statement.
22      Q.   Have you published papers in
23  which you state that after you stop
24  olmesartan, you have resolution of

Protected Information - Steven M. Lagana, M.D.

Page 186

1 symptoms?
2       A.   Well, certainly in many
3 cases, you do.  I don't recall if I've
4 specifically put that in a paper.  I
5 might have.
6       Q.   So we go back to -- I'm not
7 sure I ever got an answer to my question
8 what constitutes improvement.  If someone
9 has reported diarrhea with ten bowel
10 movements, or what we see in the papers,
11 evacuations -- I love that --
12      A.   Yes.
13      Q.   -- per day and it goes down
14 to eight after olmesartan is withdrawn
15 and stays at eight, is that sufficient
16 clinical improvement to justify a
17 diagnosis of sprue-like enteropathy?
18           MR. SLATER:  Objection.
19           You can answer.
20           THE WITNESS:  I think that's
21    too much -- it's too much of a
22    vacuum.  You know, you're
23    describing just one factor in a
24    patient's care that I would -- I

Page 187

1    would really want to know more
2    about the full clinical picture of
3    the patient before I said whether
4    two less bowel movements is an
5    improvement or not.
6 BY MR. PARKER:
7       Q.   So then help me understand,
8 as a pathologist, what you would expect
9 and demand to determine whether some
10 degree of improvement is enough to
11 constitute dechallenge.
12           MR. SLATER:  Objection.
13           You can answer.
14           THE WITNESS:  Well, so you
15    used an interesting phrase there,
16    which is as a pathologist.  What
17    we're talking about with number of
18    stools per day, the improvement
19    there would really be a
20    determination that a
21    gastroenterologist would make, not
22    a pathologist.
23           So I have seen before and
24    after biopsies and I can comment

Page 188

1    quite specifically on what I've
2    seen in the dechallenge biopsies
3    and what led me to believe that
4    there was a positive dechallenge.
5           How many stools per day
6    difference, that's more of a
7    question for a gastroenterologist,
8    I think.
9 BY MR. PARKER:
10      Q.   Fair enough.  In the context
11 of your world of pathology, what do you
12 demand to see pathologically in terms of
13 improvement, not resolution, but
14 improvement, before you are prepared to
15 say, this shows dechallenge from the
16 cessation of olmesartan?
17      A.   Okay.
18           MR. SLATER:  Objection.
19           You can answer.
20           THE WITNESS:  Okay.
21    Assuming that I have a pre -- an
22    on-olmesartan biopsy and assuming
23    that we're talking about the small
24    intestine --

Page 189

1           MR. PARKER:  We are.
2           THE WITNESS:  Okay -- then
3    what I'd like to see is
4    lengthening of the villi, longer
5    villi than what were there before.
6    I would like to see less
7    inflammation, be it in the lamina
8    propria or in the epithelium.  I
9    would like to see less
10    subepithelial fibrosis.  I would
11    like to see less crypt apoptosis.
12    I would like to see fewer
13    neutrophils and eosinophils and
14    potentially shorter crypts, and so
15    those are most everything that can
16    happen histologically.
17           So I would look at all of
18    those factors and if there was an
19    improvement in one or more of
20    those, I would consider that
21    evidence of dechallenge.  And the
22    more improvements that there were,
23    the stronger I would see the
24    evidence.

Protected Information - Steven M. Lagana, M.D.

Page 190

1   BY MR. PARKER:
2        Q.   Well, maybe that answers my
3   next question.  I'm not sure.
4        A.   Okay.
5        Q.   Can you quantify terms like
6   -- I wrote down more, less, less.  Can
7   you be any more quantitative as to what
8   you demand in each of those pathologic
9   findings?
10       A.   Yeah, it depends a lot on
11  the findings, but we can go through them.
12  So the villous architecture, a normal
13  villous should be four or five times
14  taller than a crypt is deep.
15           So, you know, if -- if at
16  baseline there's a little tiny nub of a
17  villous and a big crypt, instead of being
18  five times taller, it's one-fifth the
19  size.  So I can look at that ratio and
20  see is the ratio improving or not.
21           So that's how I would assess
22  improvement in the architecture of the
23  villi.
24       Q.   And that's what I'm trying

Page 191

1   to press you on, Doctor.  If that 1 to 5
2   ratio goes 1.5 to 5, is that improvement
3   such that you would say, oh, that's
4   dechallenge?
5            MR. SLATER:  Objection.
6        You can answer.
7            THE WITNESS:  I would say
8        that that degree of change would
9        be very difficult for me to
10       confidently state is -- on its own
11       is evidence.
12           So in that case then, I
13       would look to other factors like
14       we -- that we discussed, such as
15       intraepithelial lymphocytosis, so
16       I would ask was there
17       intraepithelial lymphocytosis at
18       the initial presentation and if
19       there was, well, I could count how
20       many intraepithelial lymphocytes
21       there are in the most concentrated
22       areas and then I could compare
23       that to the post -- to the -- to
24       the dechallenge.

Page 192

1   BY MR. PARKER:
2        Q.   And is normal 40 per
3   hundred?
4        A.   No, that's abnormal.  That's
5   what a lot of people use as a threshold
6   for celiac disease, 30 to 40 --
7        Q.   I thought that was a cut
8   line, so I'm wrong about that.
9        A.   20 -- well, different parts
10  of the small intestine have different
11  cutoffs.  In the ileum, which is the most
12  distal part of the small intestine, up to
13  40 can be allowed because it's a very
14  immunologically active part of the small
15  bowel --
16       Q.   Let's talk about the
17  duodenum.
18       A.   Yeah, in the duodenum, 20 is
19  generally considered normal, 20 per 100
20  enterocytes.
21       Q.   So if you had someone who
22  had 30 lymphocytes in the epithelial
23  tissues and it went down to 25, is that
24  degree of -- of improvement sufficient to

Page 193

1   say that's dechallenge?
2        A.   Again, these -- these are
3   small, difficult to appreciate changes.
4   I would have to look at the whole
5   picture.
6            If the villi were a little
7   better, if the lymphocytes were a little
8   less, the lamina propria inflammation was
9   a little bit improved, the crypt
10  apoptotic bodies were a little less
11  frequent -- you know, if all of these
12  subtleties -- one of those subtle
13  alterations, I don't think I would
14  conclude it was a convincing dechallenge.
15           If I had all of them, even
16  if they were just small, subtle
17  variations, I would probably suggest that
18  there had been some clinical improvement.
19       Q.   Let's talk about a different
20  aspect of this.
21       A.   Sure.
22       Q.   What is the time course
23  after drug cessation that -- beyond which
24  you would say that can't be attributed to

Protected Information - Steven M. Lagana, M.D.

Page 194

1  drug withdrawal?
2      A.  We're talking about
3  histology now or clinical?
4      Q.  Yes.  I'm staying in
5  histology.
6          MR. SLATER:  Objection.
7          You can answer.
8          THE WITNESS:  I think this
9  is an area that's still being
10 investigated, so I am happy to
11 analogize a little bit to celiac
12 disease.  In adults with celiac
13 disease, I think several months,
14 three to six months, to see an
15 appreciable improvement in the
16 histology is fairly normal and
17 there are patients who take about
18 a year.  I've seen patients
19 improve in three to six months in
20 olmesartan enteropathy.
21          I don't recall seeing
22 patients without any histologic
23 improvement in over a year, but
24 that's -- I don't recall seeing

Page 195

1      it.  That's not saying it doesn't
2      happen.
3          There is in celiac disease
4      the refractory state, which has
5      not -- no analogous disease has
6      been identified in olmesartan yet,
7      like refractory olmesartan
8      enteropathy, but it's possible.
9  BY MR. PARKER:
10     Q.  So going back to my original
11 question about olmesartan, you said it's
12 still being worked out or words to that
13 effect.
14     A.  Uh-hum.
15     Q.  Is there currently no
16 outside time limit that -- after which
17 you will reject the notion of there being
18 dechallenge?
19         MR. SLATER:  Objection.
20         You can answer.
21         THE WITNESS:  Well, I think
22     that -- I would say that most
23     patients who have been biopsied
24     post dechallenge have improved

Page 196

1      within about six months to a year.
2      I couldn't really, though, exclude
3      any time period.
4          Now if you had said 25
5      years, would I agree that that's
6      extremely unlikely, I would, but
7      --
8  BY MR. PARKER:
9      Q.  So if dechallenge is the
10 sinequan nom of giving a diagnosis,
11 someone would have to wait a year or more
12 to get a diagnosis?
13         MR. SLATER:  Objection.
14         MR. PARKER:  Is that what I
15     understand you to say?
16         THE WITNESS:  Well, there
17     are two rather -- we're talking
18     about clinical and histologic --
19         MR. PARKER:  I'm staying on
20     histologic, that's correct.  For
21     you to buy into the notion that
22     there has been a proper diagnosis
23     of sprue-like enteropathy, you're
24     saying you're not going to --

Page 197

1      you're not going to buy into that
2      until you see some pathologic
3      evidence of improvement; correct?
4          MR. SLATER:  Objection.
5          You can answer.
6          THE WITNESS:  No, I don't
7      believe I said that.  I think I
8      said that there had to be a
9      clinical improvement following --
10     I didn't put a pathologic
11     improvement as an absolute
12     necessity to make the diagnosis.
13 BY MR. PARKER:
14     Q.  Okay.  So as long as there's
15 clinical improvement, even though there's
16 no pathologic improvement, you're okay
17 with doctors putting the diagnosis of
18 sprue-like enteropathy on someone;
19 correct?
20     A.  If there's clinical
21 improvement, but there's no pathologic
22 improvement, you're saying.
23     Q.  Yes, sir.
24     A.  I would consider it an

Protected Information - Steven M. Lagana, M.D.

Page 198

1  exceptional case and I would consider it,
2  from my end, the diagnosis to be somewhat
3  uncertain. But I would not -- if an
4  experienced gastroenterologist thought
5  that was the diagnosis and I had no
6  better diagnosis, I wouldn't fight with
7  him on it.
8      Q.  And, Doctor, is it within
9  your area of expertise -- if not, I'll
10  move on -- to discuss now with me what
11  degree of clinical improvement would be
12  needed before someone can conclude
13  there's been successful dechallenge?
14      MR. SLATER: Objection.
15      You can answer.
16      MR. PARKER: In the context
17  of sprue-like enteropathy.
18      THE WITNESS: I think it's a
19  better question for a
20  gastroenterologist.
21  BY MR. PARKER:
22      Q.  Let's turn now to
23  rechallenge. Doctor, is there a period
24  in which someone has to return to

Page 199

1  baseline before they're rechallenged to
2  any type of a drug before you can say
3  there's been a successful rechallenge?
4      MR. SLATER: Objection.
5      You can answer.
6      THE WITNESS: Return to
7  baseline meaning their normal
8  state of health?
9      MR. PARKER: Normal state of
10  health, yes, sir.
11      THE WITNESS: I don't think
12  that you need to require anyone to
13  return to their normal state of
14  health before you can say that
15  there's been a successful
16  dechallenge.
17  BY MR. PARKER:
18      Q.  So if a drug, any drug, is
19  suspected of causing an enteropathy and
20  while it is still in someone's system and
21  you restart that drug and that person has
22  symptoms again, you would call that a
23  successful rechallenge?
24      MR. SLATER: Objection.

Page 200

1      You can answer.
2      THE WITNESS: If the drug is
3  still within someone's -- so
4  there's been no dechallenge.
5      MR. PARKER: No, let me
6  start again. My question wasn't
7  clear.
8  BY MR. PARKER:
9      Q.  You understand the concept,
10  I'm sure, of half-life of drugs?
11      A.  I do.
12      Q.  Do you know the half-life of
13  olmesartan?
14      A.  I believe it's about 13
15  hours.
16      Q.  And do you know how many
17  days would have to elapse before all the
18  metabolites or the parent compound were
19  out of one's body?
20      A.  There's a calculation that
21  can be done. I haven't done it.
22      Q.  It would be a number of
23  days, we can agree upon that --
24      A.  I would.

Page 201

1      Q.  -- if 13 hours is the
2  half-life? Okay. And what you're
3  telling me, Doctor, is, if you resumed
4  olmesartan within the period of time in
5  which half-life has not expired -- with
6  me so far?
7      A.  Yes.
8      Q.  Okay -- and symptoms
9  resumed, you would say that that's a
10  successful rechallenge?
11      MR. SLATER: Objection.
12      You can answer.
13      THE WITNESS: That's a
14  pretty vague question. It could
15  encompass a lot of clinical
16  scenarios. If a patient stopped
17  olmesartan for several days, was
18  feeling better, having a clinical
19  response, and then restarted
20  olmesartan and immediately felt
21  worse, I could accept that as a
22  dechallenge/rechallenge.
23  BY MR. PARKER:
24      Q.  So going back to my example

Protected Information - Steven M. Lagana, M.D.

Page 202

1  -- and if you're not comfortable because
2  we're dealing with clinics, then you --
3  clinical questions -- if someone comes in
4  and says, Doc, you know, I got ten bowel
5  movements a day, I got this terrible
6  diarrhea, I've had it for a number of
7  days, and the doctor says stop your
8  olmesartan. After three days, it goes
9  down to seven bowel movements. Patient
10 goes back on olmesartan, it goes back up
11 to ten, is that in your opinion
12 successful dechallenge and rechallenge?
13     MR. SLATER: Objection
14     again.
15     You can answer.
16     THE WITNESS: Well, it's
17 really -- it would be a clinical
18 judgment on the part of the
19 gastroenterologist. If you want
20 me to opine on it, I can, but --
21     MR. PARKER: No. I'm asking
22 you to opine on it only if you
23 have a considered expert opinion.
24 If you're speculating and you want

Page 203

1  to punt to a GI, that's perfectly
2  fine with me, also.
3      THE WITNESS: All right.
4      MR. SLATER: Objection to
5  the whole entire lead-in on that.
6      You can answer.
7      THE WITNESS: I'm happy to
8  punt that to a GI.
9      MR. PARKER: All right.
10 Good. We'll talk to someone else.
11 BY MR. PARKER:
12     Q.  Doctor, I want to pursue
13 this discussion, but using a different
14 substrate, gluten.
15     A.  Okay.
16     Q.  Again, as always, if this is
17 outside your area of expertise, tell me
18 and I'll move on.
19     A.  Sure.
20     Q.  When someone who is worked
21 up and is thought by clinicians and
22 pathologists such as yourself to have
23 celiac disease, and the clinician says go
24 on a gluten-free diet, understanding

Page 204

1  there's variability in the world, Doctor,
2  what is the expected period of time in
3  which you would expect to see clinical
4  improvement?
5      MR. SLATER: Objection.
6      You can answer.
7      THE WITNESS: Clinical
8  improvement, not histological
9  improvement?
10     MR. PARKER: We're going to
11 go clinical first.
12     THE WITNESS: Weeks.
13     MR. PARKER: Weeks. Okay.
14 BY MR. PARKER:
15     Q.  And if the person has been
16 on a gluten-free diet then for months
17 with no clinical improvement, would you
18 say that was a failed dechallenge?
19     MR. SLATER: Objection.
20     You can answer.
21     THE WITNESS: I would say
22 that it becomes less likely, but I
23 wouldn't necessarily say it
24 failed. I would want to know more

Page 205

1  about the patient.
2      If they had a negative
3  celiac genotype and they had never
4  had celiac antibodies, then I
5  would say you're wasting your
6  time, move on.
7      If the patient had otherwise
8  fairly typical symptoms of -- or
9  presentation of celiac disease, I
10 would not be -- and I was asked my
11 opinion, because I would not be
12 the one making this decision, I
13 would not be satisfied that the
14 gluten dechallenge had failed.
15 BY MR. PARKER:
16     Q.  Let's turn to
17 histopathology.
18     A.  Okay.
19     Q.  In a patient with a
20 diagnosis of celiac disease who goes on a
21 gluten-free diet, what's the time course
22 when one is on a gluten-free diet that
23 you would expect to see histologic
24 improvement?

Page 206

1   MR. SLATER: Objection.
2       You can answer.
3       THE WITNESS: Months would
4   be standard.
5   BY MR. PARKER:
6       Q.   And when you say months, you
7   mean, I wouldn't necessarily expect any
8   improvement until months have gone by --
9       A.   Right.
10      Q.   -- on the diet?
11      A.   Right. I wouldn't -- not
12  that you can't see it. You can see it,
13  but I wouldn't necessarily expect it
14  until a few months had passed.
15      Q.   Are you familiar with
16  randomized clinical trials referred to as
17  N-of-1 trials?
18      A.   Randomized clinical trial --
19  I've heard of N-of-1. I'm not sure I
20  understand N-of-1 in the context of an
21  RCT.
22      Q.   In terms of -- let me -- are
23  you familiar with the method of doing a
24  clinical trial in one patient where that

Page 207

1   patient is blinded and the physician is
2   blinded to whether they're taking drug or
3   placebo?
4       A.   I don't think that I'm
5   terribly familiar with that. At
6   Columbia, we do have an N-of-1 program
7   where patients with various cancers can
8   have their tumors implanted in an animal
9   model and the tumors are grown in the
10  animal model and various therapeutics are
11  tried.
12      So N-of-1 certainly means
13  something -- some neurons fire when you
14  say that, but what you just described is
15  not the situation that I'm totally
16  familiar with.
17      Q.   Okay. Then I'll move on.
18      A.   Okay.
19      Q.   Let's talk about your
20  report.
21      A.   Can we do five minutes
22  before we do that?
23      MR. SLATER: Yeah, sure.
24      MR. PARKER: I'm going to

Page 208

1   keep my word, whenever you want a
2   break. I was almost into a
3   question, but I haven't quite
4   gotten there.
5       THE WITNESS: I'm afraid I
6   consume quite a bit of liquids
7   throughout the day, so I'll be
8   right back.
9       (A recess was taken from
10  2:27 p.m. to 2:40 p.m.)
11  BY MR. PARKER:
12      Q.   Before the break, Doctor, I
13  had asked you to pull out your report. I
14  hope you have that in front of you at
15  this point.
16      A.   I do.
17      Q.   Now, without repeating, but
18  just setting the framework for my next
19  series of questions, Doctor, if I recall
20  our discussion earlier, at the time Mr.
21  Slater asked you to write this report,
22  you had already formed your opinion on
23  general causation for the reasons that
24  you described earlier.

Page 209

1       A.   I had formed the bulk of my
2   opinion before I spoke to Mr. Slater.
3       Q.   Okay.
4       And, Doctor, you make
5   reference to, in here -- let me see if I
6   can find it -- I think it's elsewhere,
7   but I see it in the last section, 4,
8   under opinions, on the last page, page 8
9   --
10      A.   Okay.
11      Q.   -- you make reference to
12  applying the scientifically accepted
13  methods set forth above.
14      Can you describe for me what
15  methods you have in mind that you
16  discussed in this report by which or
17  through which you reached an opinion on
18  general causation?
19      A.   Well, I think the
20  scientifically accepted method for any
21  physician to stay abreast of new
22  developments in medicine is to review the
23  peer-reviewed, published literature,
24  which I've done, to apply one's own

**Page 210**

1 experiences with various entities, which
2 I've done, to discuss new entities with
3 your colleagues and experts, which I've
4 done, and I would say that those are the
5 scientifically accepted methods which I
6 have employed.
7     Q.   We can agree that in the
8 report itself, there's no discussion of
9 any of the literature reporting on
10 epidemiological studies; correct?
11     A.   Let's double-check.
12     Q.   Sure.
13          (Pause.)
14          THE WITNESS:  I believe --
15 we can clarify this if necessary
16 -- I believe that the Theophile
17 article, number 23, and the
18 Marthey article, get into
19 epidemiology; but the
20 epidemiologic article that I
21 consider most important is the
22 Basson article, which I did not
23 reference.
24          MR. PARKER:  My question I

**Page 211**

1     don't believe was did you
2     reference anything.  My question
3     is, did you have a discussion of
4     that in your report.
5          THE WITNESS:  Ah, okay.  I'm
6     going to take another look.
7          MR. PARKER:  Please.
8          (Pause.)
9          THE WITNESS:  I would say a
10    passing reference was made to the
11    question of epidemiology where I
12    -- on page 7, I talk about how
13    Marthey, et al conducted a survey
14    of French gastroenterologists and
15    discovered 36 cases, which one can
16    make an inference about the
17    epidemiology of olmesartan
18    enteropathy in France on the basis
19    of that article.
20          But I would agree that major
21    emphasis to epidemiology is not
22    present in my report.
23 BY MR. PARKER:
24    Q.   Are you telling me, sir,

**Page 212**

1 that the Marthey paper where they report
2 the results of a survey is an
3 epidemiological study?
4     A.   I'd have to -- I'd have to
5 look at it again.  I would be happy to
6 look at it again if you want to wait.
7     Q.   Well, why don't you take a
8 look at your description of the Marthey
9 study on page 7, see if that helps first,
10 of your report.
11     A.   Well, I did just read that.
12 I would agree with you that epidemiology
13 is not an important part of the document
14 that I produced, the written document.
15     Q.   And I agree with that -- I
16 mean, I accept that.
17     A.   Okay.
18     Q.   My question is, you're not
19 describing Marthey as an epidemiological
20 study, are you?
21     A.   Let me double-check it.
22     Q.   Please.
23          (Pause.)
24          THE WITNESS:  Not in the

**Page 213**

1     classic sense.  It overlaps with
2     epidemiology, of course, if you
3     survey a population of -- of
4     gastroenterologists, but it's not
5     by any means a classic
6     epidemiology study.
7 BY MR. PARKER:
8     Q.   There are no controls in the
9 study at all; correct?
10    A.   Correct.
11    Q.   And that is one of the
12 essential tools in epidemiological
13 research, is it not?
14    A.   It is.
15    Q.   Okay.
16         Doctor, do you adhere to the
17 practice of evidence-based medicine?
18         MR. SLATER:  Objection.
19         You can answer.
20         THE WITNESS:  Of course.  I
21    believe everyone does these days.
22 BY MR. PARKER:
23    Q.   Some do not, trust me.
24    A.   Fair enough.

Page 214

1    Q.  Tell me what that phrase
2  means to you, Doctor.
3    A.  Well, evidence-based
4  medicine means that we base our decision
5  making, our diagnostic algorithms, our
6  treatment algorithms on the basis of the
7  published literature and scientific
8  studies and not on, say, you know, expert
9  opinion or things of that sort.
10    Q.  Doctor, it is not uncommon
11  when scientists publish in the
12  peer-reviewed literature, particularly in
13  a good journal, that you're required by
14  the editors to disclose the limitations
15  of one's study?
16    A.  Yeah, I think that's common.
17    Q.  You said at the outset of
18  the deposition, you approached this task
19  as a scientist would, looking at evidence
20  on both sides of the issue; correct?
21    A.  Yes.
22    Q.  Explain for me, as you
23  looked at the evidence in the course of
24  preparing this report, what did you

Page 215

1  consider to be the strongest reliable
2  evidence arguing against your position of
3  general causation?
4    MR. SLATER:  Are you going
5  to pay him a fee for that?
6    MR. PARKER:  I've already
7  made you -- well, I've made him
8  money.  He's going to bill you
9  some more.
10    THE WITNESS:  Give me a
11  minute to look through the list.
12    MR. PARKER:  Please, please.
13  Take your time.
14    MR. SLATER:  Don't think too
15  hard.  No, I'm just kidding.
16    (Pause.)
17    THE WITNESS:  Well, I really
18  came across nothing that made me
19  think, maybe this association is
20  spurious, maybe it's not
21  causative.  I didn't have that
22  opinion based on anything that I
23  read.  I believe firmly that this
24  is causative in some patients.

Page 216

1    If -- I would say that
2  before I did some of the reading,
3  such as ROADMAP, Padwal -- I think
4  those two in particular -- they
5  make me think that this is
6  probably a pretty uncommon event
7  for patients, but uncommon and
8  nonexistent are two very different
9  things.
10    So I am firm that this --
11  that this association is real and
12  causative.  I think considering
13  these two studies, particularly
14  ROADMAP, didn't find a real signal
15  for enteropathy probably means
16  that because they -- that they
17  were underpowered to detect what I
18  believe to be an uncommon event.
19  BY MR. PARKER:
20    Q.  I'm waiting -- I wasn't sure
21  whether you were finished with your
22  answer.
23    A.  That's it.
24    Q.  So if I can understand, my

Page 217

1  question was phrased in terms of what did
2  you find to be the strongest evidence
3  that was inconsistent with your opinion,
4  not that it persuaded you, on general
5  causation; and I think your answer is,
6  Padwal and the ROADMAP study.  But if I'm
7  wrong, you correct me.
8    MR. SLATER:  Objection.
9    You can answer.
10    THE WITNESS:  Can you repeat
11  again the question that you wanted
12  me to answer?
13    MR. PARKER:  Sure.
14  BY MR. PARKER:
15    Q.  The question I want you to
16  answer is, what evidence, if any, as you
17  reviewed the literature did you find
18  presented the best evidence that was
19  inconsistent with your general causation
20  opinion.
21    A.  Okay.
22    MR. SLATER:  Objection;
23  asked and answered.
24    You can answer.

Protected Information - Steven M. Lagana, M.D.

Page 218

1 THE WITNESS: I don't think
2 anything was really inconsistent
3 with my opinion.
4 - - -
5 (Deposition Exhibit No.
6 Lagana-10, 2016 Article
7 "Olmesartan-associated sprue-like
8 enteropathy: a systematic review
9 with emphasis on histopathology"
10 by Burbure, Lagana, et al, was
11 marked for identification.)
12 - - -
13 BY MR. PARKER:
14 Q. Let's turn now to Exhibit
15 No. 10, which is your 2016 paper --
16 A. Sure.
17 Q. -- with colleagues. Do you
18 have it, Doctor?
19 A. I do.
20 Q. For the record, this is the
21 paper that you published with others.
22 You are the last author in this paper;
23 correct?
24 A. Correct.

Page 219

1 Q. All right.
2 And I think you describe
3 this in your report as one in which you
4 were the senior author.
5 A. Yes.
6 Q. Certainly not senior to
7 Peter Green, but certainly -- well, let
8 me ask you, in all seriousness, what does
9 that mean to say that you're the senior
10 author on this paper?
11 A. It means that the concept of
12 this particular paper was mine and that I
13 guided the project from beginning to
14 completion.
15 Q. What does it mean -- the
16 title of your paper is
17 "Olmesartan-associated sprue-like
18 enteropathy: a systematic review with
19 emphasis on histopathology."
20 What does it mean to do a
21 systematic review?
22 A. Systematic review means that
23 we attempted to address all the published
24 literature on this topic in this paper.

Page 220

1 Q. In an unbiased, scientific
2 sort of a way?
3 A. Yeah. I certainly didn't go
4 into it with bias -- with any cognitive
5 biases I was aware of anyway.
6 Q. I'm asking, was part of your
7 intent in writing this paper to convince
8 others that olmesartan was, in fact,
9 causing sprue-like enteropathy?
10 A. No, that really -- the
11 reason why I wanted to write this paper
12 was really to discuss the histologic
13 differential diagnosis and to talk about
14 the pathology of it.
15 Convincing others that this
16 existed was not really a big part of my
17 thinking when I was putting this
18 together.
19 Q. Let's go through some of the
20 things you say in this paper. If we look
21 just at the summary -- and I'm going to
22 say "you," but this was a collaborative
23 effort; correct?
24 A. Yeah.

Page 221

1 Q. Okay -- were you the primary
2 author?
3 A. Meaning did I write most of
4 what is here?
5 Q. Did you write the -- at
6 least the first draft of this?
7 A. I wrote a fair amount of
8 this. I didn't write all of this. It
9 would be tough now for me to remember
10 exactly what phrases or paragraphs I
11 wrote and what phrases or paragraphs
12 someone else wrote.
13 Q. And I'm not going to ask you
14 that question, but --
15 A. Okay. I wrote some of it.
16 Q. Okay. And other than
17 yourself, was there one or others of here
18 who were what you would describe as major
19 contributing authors of the piece?
20 A. How would you define major
21 contributor?
22 Q. Did some original drafting
23 of certain sections of the paper as
24 opposed to simply reviewing and offering

**Page 222**

1  editorial suggestions.
2      A.   Dr. Burbure, who was the
3  first author on the paper, did a fair bit
4  of the writing.
5      Q.   Anyone else, sir?  Other
6  than yourself obviously.
7      A.   I would say the two of us
8  did the vast majority of the -- of the
9  drafting of verbiage.
10      Q.   So let's turn then to the
11  summary.  You wrote, "It is not well
12  established if other ARBs cause such a
13  syndrome, although case reports suggest
14  that it can"; correct?
15      A.   Yes.
16      Q.   And we will talk a little
17  bit later about your discussion of those,
18  but how do the case reports of the A --
19  of the other ARBs differ from olmesartan
20  other than the number of them?
21      A.   Sorry.  I'm -- one of my
22  friends always says, "If my aunt had
23  different anatomy, she'd be my uncle."
24          But, anyway, the number of

**Page 223**

1  them happens to be I think a very
2  important piece here.  That's how they
3  differ.  There's --
4      Q.   That's fine.
5      A.   -- just a couple as compared
6  to over a hundred.
7      Q.   There are no trick questions
8  yet.  Okay.
9          So other than the number,
10  there's no other substantive difference
11  in the case reports of other ARBs and
12  enteropathy versus olmesartan.  Are we in
13  agreement?
14      A.   Of the case reports I've
15  read of other ARBs causing enteropathy, I
16  would say that they look very similar to
17  olmesartan.
18      Q.   And does the group at
19  Columbia have patients who have gone on
20  other ARBs -- "other" meaning
21  non-olmesartan -- and who have developed
22  an enteropathy after which they improved
23  after discontinuation that have not found
24  a way into the peer-reviewed literature?

**Page 224**

1      A.   To the best of my knowledge,
2  we have a couple of patients like that.
3      Q.   And do you know what drugs
4  they were on?
5      A.   I have vague recollections.
6  I wouldn't -- I couldn't really swear to
7  them in a court of law.
8      Q.   Doctor, what other -- I
9  recall not having asked you this
10  question:  What other drugs in your
11  medical training and experience do you
12  accept as causes of enteropathy, putting
13  aside ARBs?
14      A.   Well, one that we see fairly
15  frequently -- well, one that we see
16  occasionally, I should say -- at Columbia
17  is mycophenolate or products derived from
18  mycophenolic acid, which is used as an
19  immunosuppressant drug in patients with
20  organ transplantation.  That can
21  occasionally cause similar enteropathic
22  changes which could be morphologically
23  similar to what we see with angiotensin
24  receptor blockers.

**Page 225**

1          Other drugs that we see --
2  well, NSAIDs are a common drug.  We often
3  see some inflammation of the intestines
4  in patients who are NSAID users.
5          I would say this particular
6  pattern that -- the patterns that we've
7  seen with -- we don't typically see a
8  sprue-like enteropathy in NSAID users,
9  but it's plausible and probably has come
10  across my desk over the years.
11      Q.   Is the variability as you
12  have described it today in the
13  histopathology in patients using
14  olmesartan replicated with any other drug
15  that you accept as a cause of
16  enteropathy?
17      A.   Let me just rephrase that
18  back to you and make sure I understood it
19  right.
20      Q.   Yeah.
21      A.   Do other drugs which cause
22  enteropathy have as broad a spectrum as
23  olmesartan?
24      Q.   I managed to get the

Protected Information - Steven M. Lagana, M.D.

Page 226

1 question out. You managed to understand
2 it, yes.
3     A.    Okay. Good. Yeah,
4 mycophenolate can have very variable
5 presentation from very, very subtle
6 abnormalities to total villous atrophy,
7 yes.
8     Q.    So if I were to pull out
9 literature on that drug, I would see
10 histologic descriptions of it that would
11 approximate what you've written in papers
12 such as the one we're talking about now
13 regarding olmesartan.
14     A.    Yeah, you could find such
15 descriptions.
16     Q.    Let's go on then. On the
17 summary, you also wrote --
18     A.    Summary on page 1, you mean?
19     Q.    Yes, sir.
20     A.    Okay.
21     Q.    -- there are no guidelines
22 regarding the histopathologic
23 distinctions of olmesartan-associated
24 enteropathy from other causes of sprue,

Page 227

1 and then you give some parenthetical
2 examples; correct?
3     A.    Uh-hum.
4     Q.    And we touched upon this a
5 little bit earlier in the deposition and
6 you stand by this statement.
7     A.    I believe so.
8     Q.    Well, only you know, Doctor.
9     A.    That was the main purpose of
10 this article, was to help pathologists
11 who may be encountering this entity to
12 differentiate it from other entities
13 which may histologically resemble
14 olmesartan enteropathy.
15         So, yeah, there are no
16 official guidelines anywhere. This is my
17 or our best take on it.
18     Q.    Let's go on to the next page
19 then. At the bottom of the left-hand
20 column, you write, "Clinical symptoms
21 resolved quickly after cessation of the
22 medication in all cases and the
23 histologic changes disappeared in the
24 vast majority (17 of 18)."

Page 228

1         With regard to the one who
2 -- if I'm reading this correctly -- did
3 not have improvement in histology, going
4 back to our earlier discussion, would you
5 say that that person still had
6 dechallenge?
7     A.    Well, so first, this is not
8 my work. This is a reference to another
9 -- to another paper and I believe I'm
10 referencing Rubio-Tapia there, so let me
11 see -- yeah, so referencing Rubio-Tapia,
12 and I believe in the Rubio-Tapia paper --
13 I believe they all had improvements, but
14 let me just double-check this.
15     Q.    Sure.
16     A.    So they described 17 cases
17 with histologic recovery of the duodenum,
18 17 of 18, and one case with focal partial
19 villous atrophy, but they don't say what
20 that patient had before, so I couldn't
21 say if there had been some improvement or
22 not in that patient.
23     Q.    Let's go on to numbered page
24 130. You write on the right-hand column

Page 229

1 -- and you're referring back to a couple
2 cases in the literature -- you write,
3 "These observations are consistent with
4 our experience where patients typically
5 start to notice great improvement just
6 days after medication cessation." Let me
7 stop there.
8         Does what you wrote here
9 describe the majority of your patients?
10 And when I say "yours," I mean the
11 patients seen at Columbia?
12     A.    I'm sorry. The word you
13 used there was great majority?
14     Q.    Yeah.
15     A.    I couldn't say if it
16 represents the great majority. It
17 certainly represents many patients. In
18 fact, that's how Joe Murray discovered
19 this association in the first place, is
20 patients staying in the hospital who
21 weren't on their olmesartan for even a
22 few days reported to him that they
23 started feeling better.
24     Q.    So I'm not surprised at

Protected Information - Steven M. Lagana, M.D.

Page 230

1  trial, are you able to say that the
2  majority of the patients seen at Columbia
3  who have symptoms of enteropathy and
4  taking olmesartan and are told to stop
5  taking olmesartan have, to use your
6  words, great improvement just days after
7  medication cessation?
8       A.   That would be my
9  understanding based on discussions had at
10 clinicopathologic conferences,
11 interdisciplinary conferences.
12           But Drs. Green and Lebwohl
13 would be better able to speak to that and
14 both reviewed this paper for accuracy, so
15 --
16      Q.   Let's go on to numbered page
17 131 -- let's go to page 132.
18      A.   Sure.
19      Q.   You reference here clinical
20 trials of some of the other ARBs,
21 particularly azilsartan.  Do you see
22 that?
23      A.   Yep.
24      Q.   Did you review the clinical

Page 231

1  trials of azilsartan medoxomil for
2  purposes of writing this paper?
3       A.   No.
4       Q.   Do you recall who did that?
5       A.   Who referenced the reference
6  28, you mean?
7       Q.   Who reviewed the clinical
8  trials of azilsartan.
9       A.   You mean who found article
10 28 and included it in the statement.
11      Q.   And studied it, presumably.
12      A.   I don't.
13      Q.   Okay.  Let's go on then.
14           Down at the bottom of
15 section 5, I think this confirms what you
16 said earlier, but let me just make sure,
17 you wrote:  This broadens the
18 differential even further and there is no
19 cardinal finding which can establish the
20 diagnosis of olmesartan-induced injury
21 based on histopathology.
22           That remains your view
23 today.
24           MR. SLATER:  You didn't read

Page 232

1       it completely accurately, but you
2       can answer.
3            MR. PARKER:  Well, I
4       certainly wanted to, so I'll try
5       it one more time.
6            MR. SLATER:  I know what you
7       wanted to.  I know what you desire
8       in life.  Just making an
9       objection.
10 BY MR. PARKER:
11      Q.   "This broadens the
12 differential even further and there is no
13 cardinal finding which can establish the
14 diagnosis of olmesartan-induced injury
15 based solely on histopathology," does
16 that remain your opinion today?
17      A.   It does.
18      Q.   Under celiac disease,
19 section 5.1, the last sentence,
20 "Ultimately, seronegativity and ARB use
21 are the most meaningful discriminators
22 between celiac disease and ARB
23 enteropathy," does that remain your
24 opinion today?

Page 233

1       A.   We should have included --
2  no, I think a response to a dechallenge
3  with -- of ARB is probably more
4  meaningful.
5       Q.   So if you were to rewrite
6  that sentence, how would it be rewritten
7  consistent with your opinions today?
8       A.   I would probably say
9  something to the effect of, ultimately,
10 the history of ARB use with improvement
11 of clinical symptoms following ARB
12 dechallenge is the most meaningful
13 discriminator between celiac disease and
14 ARB enteropathy.
15           And we could go on.
16 Certainly seronegativity and lack of a
17 response to a gluten-free diet do add
18 further supportive evidence.
19      Q.   Earlier -- just so I'm sure
20 I'm understanding, seronegativity and
21 lack of response to a gluten diet don't
22 rule out celiac disease.  Would you
23 agree?
24      A.   Seronegativity and lack of a

Protected Information - Steven M. Lagana, M.D.

Page 234

1  response to a gluten-free diet?
2      Q.   Uh-huh.
3      A.   You would be describing
4  zebras amongst zebras -- sorry.  That's
5  sort of medical jargon to say the rarest
6  of the rare.  And I'm not sure how you
7  make the diagnosis -- if the person has
8  never had positive celiac antibody
9  testing and has never responded to a
10 gluten-free diet, I'm not sure how you
11 could ever confidently state that they
12 have celiac disease.
13     Q.   My question -- I'm not sure
14 I got an answer to it -- is, in a person
15 who does not have a positive result of
16 the antibodies for celiac disease,
17 seronegativity, and who does not respond
18 to gluten, does that in and of itself,
19 those two factors, rule out celiac
20 disease?
21         MR. SLATER:  Objection.  He
22 just answered the question.
23         You can answer it again.
24         THE WITNESS:  Effectively.

Page 235

1  BY MR. PARKER:
2      Q.   What is refractory celiac
3  disease?
4      A.   Refractory celiac disease is
5  a complication, a very rare complication,
6  of celiac disease, wherein patients stop
7  responding to a gluten-free diet.
8      Q.   And seronegative celiac
9  disease, what is that?
10     A.   That's a celiac disease
11 patient who never had a positive celiac
12 antibody test.
13     Q.   Doctor, moving down to table
14 2 at the bottom, if you were to write
15 this paper today, would you modify that
16 table 2 in any manner or does this
17 reflect your current opinion of the
18 possible histopathologic differences
19 between ARB enteropathies and other
20 enteropathies?
21     A.   I'll say, first, this is a
22 table.  It's meant to provide easy, quick
23 access to some information.  It's not
24 meant to be an exhaustive list of

Page 236

1  anything, but let me look at it in more
2  detail and see --
3      Q.   Please.
4         (Pause.)
5         THE WITNESS:  I think since
6  I've written this paper, I've seen
7  more cases of what I believe to be
8  olmesartan enteropathy that look a
9  little bit more like Crohn's
10 disease than I had seen when I
11 wrote this.
12        So I might have been -- I
13 might have worded that part a
14 little bit differently.
15 BY MR. PARKER:
16     Q.   How would you change it
17 today?
18     A.   I would probably add
19 something like a -- like a caveat saying
20 that patchy involvements and granulomas
21 can occasionally be seen in ARB
22 enteropathy.
23     Q.   Doctor, down at the bottom
24 of conclusions you wrote, "The mechanism

Page 237

1  of injury is not well established."  Do
2  you stand by that statement today?
3      A.   Well, I think that it's an
4  immune-mediated inflammatory disorder and
5  I think that we've seen that pretty --
6  pretty consistently in the literature.
7         I think that there has been
8  some advancement as far as molecular
9  mechanism, be it IL15, but I think that
10 increased CD8+ T cells have been pretty
11 convincingly described in the literature,
12 so I think that we do know it's an
13 immune-mediated inflammatory condition.
14     Q.   So are you saying if you
15 were writing this paper, you would no
16 longer say the mechanism of injury is not
17 well established?
18     A.   I wouldn't use that
19 phraseology today.
20     Q.   How would you phrase it?
21     A.   I would say that the
22 mechanism of injury involves
23 immune-mediated inflammation and may
24 involve cytokine abnormalities including