# EXHIBIT 3

Page 238

1 increased IL15.
2     Q.   Doctor, from the time you
3 wrote this paper in 2016 -- actually, you
4 submitted at the end of 2015, published
5 in 2016?
6     A.   Uh-hum.
7     Q.   -- correct me if I'm wrong,
8 but there's been no published literature
9 reporting on experiments of any possible
10 mechanism that would explain
11 olmesartan-associated enteropathy;
12 correct?
13         MR. SLATER:  Objection.
14         You can answer.
15         THE WITNESS:  I don't know
16     when the Marietta paper was
17     published, but --
18 BY MR. PARKER:
19     Q.   You cite it here, so it had
20 to be published before you wrote this
21 paper, reference number 7.
22     A.   Okay.  Having studied it
23 more in the months or even year since
24 this was published, I think that Marietta

Page 239

1 puts forth a plausible mechanism.
2     Q.   Plausible.  Is there any
3 other basic science -- strike that.
4         Is there any other
5 publication reporting on experiments of
6 any type that describes a mechanism that
7 has -- that was published after this
8 paper (Indicating) was published?
9     A.   I'd have to think about that
10 for a minute.
11     Q.   Take a few seconds to think
12 about it.
13     A.   Okay.
14         (Pause.)
15         THE WITNESS:  There's also
16     the Scialom paper in PLoS One.  I
17     suppose I did reference that,
18     though, as well.
19         MR. PARKER:  That's
20     reference 8 in your paper.
21         THE WITNESS:  There may have
22     been other studies where they did
23     immunophenotyping of the
24     inflammatory cells in this

Page 240

1         condition.  I'm not remembering
2     them offhand.
3 BY MR. PARKER:
4     Q.   Or if there are any.
5     A.   I'm not remembering if there
6 are any.
7     Q.   Okay.
8         And so the record's clear,
9 you have the advantage of looking at your
10 notebook prepared for you by counsel with
11 all of your papers originally referenced
12 and supplemented; correct?
13     A.   I do have that, yes.
14     Q.   Okay.
15         (Pause.)
16         THE WITNESS:  So I don't
17     think that there have been
18     additional basic science studies
19     on this topic, but I think there
20     have been additional clinical
21     observations that have added to
22     our understanding of the mechanism
23     of illness.
24         Some of the -- there's been

Page 241

1     work reporting the HLA-DQ2/DQ8
2     prevalence in olmesartan
3     enteropathy which has --
4     additional reports of such have
5     come out over the last couple of
6     years since the majority of this
7     paper was written and which
8     support the idea that this is an
9     immune-mediated process.
10         And I do believe other
11     authors have found ANA,
12     antinuclear antibodies, which
13     again support an immune
14     pathogenesis.  And I believe there
15     have been other studies doing CD8
16     staining of biopsies, which I
17     think would also point to a T cell
18     response.
19 BY MR. PARKER:
20     Q.   You tell me when you're
21 done, Doctor.  I don't want to --
22     A.   Okay.
23     Q.   "Okay," you're done?
24     A.   Yeah, I'm done.

Page 242

1    Q.   Okay.  Doctor, that
2  notebook, does it contain any papers that
3  are not referenced in your report or on
4  the supplemental list?
5    A.   Yes.
6        MR. PARKER:  Then I'm going
7    to need to get a copy of the index
8    only.  We can mark that as an
9    exhibit or --
10       MR. SLATER:  The index of
11   what?
12       MR. PARKER:  Of his
13   notebook.
14       MR. SLATER:  You can get a
15   copy of it.
16       MR. PARKER:  Okay.  Yeah.
17       THE WITNESS:  Now or --
18       MR. SLATER:  No.
19       MR. PARKER:  No.  We'll wait
20   until later, but --
21       MR. SLATER:  I can even have
22   it e-mailed to you.  Whatever you
23   want, I don't care.
24       MR. PARKER:  I just need the

Page 243

1    index of that, a copy of it.
2  BY MR. PARKER:
3    Q.   Doctor, let's turn to the
4  discussion of epidemiological studies on
5  131 of your report.
6    A.   Sure -- of my paper.
7    Q.   I'm sorry.  Yes.  Thank you.
8  I'm sorry.
9    A.   Sure.
10   Q.   And here you're -- in the
11 context of your systematic review with
12 the emphasis on histopathology, you
13 discuss epidemiological studies; correct?
14   A.   Correct.
15   Q.   And the two that you
16 mentioned are the Basson paper and the
17 Greywoode paper down at Columbia, the
18 institution at which you work.
19   A.   Okay.  Let me read through
20 that.
21   Q.   Sure.
22   A.   I do discuss Basson,
23 Greywoode, yes.
24   Q.   Okay.

Page 244

1        When you wrote this paper,
2  were you aware of the Padwal paper that
3  was published in 2014?
4    A.   I don't believe I was.
5    Q.   Was there a literature
6  search done by you or others in this
7  group to collect the relevant literature
8  for this systematic review?
9    A.   Uh-hum.
10   Q.   And who conducted the search
11 with respect to epidemiology, if you
12 recall?
13   A.   I can't say that I do
14 recall.
15   Q.   Were you personally aware of
16 the data contained in the Manhaller
17 letter following the Mayo Clinic report?
18   A.   I am familiar with that.
19   Q.   Were you familiar when you
20 wrote this paper in 2016?
21   A.   I don't believe so.
22   Q.   Were you familiar with --
23 excuse me.  Had you read either of the
24 two Mini-Sentinel reports published by or

Page 245

1  released by the FDA in 2016 when you read
2  this report?  And let me rephrase that
3  question, because it could be interpreted
4  to be incorrect.
5    A.   Okay.
6    Q.   In 2016 when you wrote this
7  report, had you read either of the two
8  Mini-Sentinel reports looking at
9  olmesartan and other ARBs and celiac
10 disease?
11   A.   I don't know -- I don't know
12 if I had read the Mini-Sentinel.  I
13 definitely read the FDA statement but I
14 --
15   Q.   I'm asking about --
16   A.   I don't recall if I read
17 that.
18   Q.   -- their data.  Okay.
19       So right now, you're not
20 able to tell me whether or not when you
21 wrote the systematic review you
22 personally were aware of those other
23 three pieces of data.
24   A.   I believe I was not.

Protected Information - Steven M. Lagana, M.D.

Page 246

1    MR. PARKER: Okay. Let's
2 put this paper aside and go on to
3 an abstract you published.
4    THE WITNESS: Okay.
5       - - -
6    (Deposition Exhibit No.
7 Lagana-11, Abstract 757
8 "Angiotensin Receptor Blockers
9 Other Than Olmesartan Are Not
10 Associated with Histologic
11 Evidence of Duodenitis" by Lagana,
12 et al, was marked for
13 identification.)
14       - - -
15 BY MR. PARKER:
16    Q.   Exhibit No. 11 is an
17 abstract in which you were the lead
18 author, abstract number 757?
19    A.   Uh-hum.
20    Q.   And I don't see on this
21 paper -- can -- do you remember the year
22 in which this was submitted at that
23 professional meeting?
24    A.   Maybe I can figure it out

Page 247

1 based on the paper, the subsequent paper.
2    Q.   Maybe I can make it easier
3 for you. Would this have been released
4 before your paper was published in 2015
5 of your study of the 20 olmesartan users
6 and 20 controls and so on?
7    A.   Yes, it would be before
8 that.
9    Q.   So sometime before that
10 paper was published in 2015, you
11 presented this abstract at a medical
12 conference; is that right?
13    A.   Yep.
14    Q.   Okay.
15       Now, fair to say that at the
16 time of this conference, you had already
17 concluded olmesartan was causing
18 enteropathy in the general population?
19    A.   When you say general
20 population, what -- I mean, in specific
21 patients, is that --
22    Q.   No. I mean -- well, you
23 tell me. Had you reached a conclusion on
24 general causation at the time you

Page 248

1 published this abstract?
2    MR. SLATER: Didn't you just
3 say general population?
4    MR. PARKER: I did say
5 general population and the witness
6 asked me a question. I said, had
7 you reached an opinion on general
8 causation at the time you
9 published this abstract.
10    THE WITNESS: I don't
11 recall.
12 BY MR. PARKER:
13    Q.   Had you reached a conclusion
14 that in some discrete patients,
15 olmesartan was causing enteropathy?
16    A.   I believe I probably had
17 reached that conclusion.
18    Q.   Nevertheless, this abstract
19 reports on your -- you and others' --
20 review of biopsies of non-olmesartan ARB
21 users compared to age and sex matched
22 controls to determine if there was any
23 difference in various histopathologic
24 occurrences.

Page 249

1    A.   Uh-hum.
2    Q.   That's a yes?
3    A.   Oh, yes. Yes.
4    Q.   Okay.
5       What drove you to do this
6 study?
7    A.   There are really two
8 questions that we were attempting to
9 answer with this study and the subsequent
10 publication; and those questions were,
11 one, do other -- is there evidence that
12 other ARBs have similar effects and, two,
13 is there a spectrum of histologic
14 findings -- or let me rephrase that --
15 can we find similar histologic findings
16 in patients without a severe syndrome of
17 diarrhea and weight loss who are taking
18 olmesartan.
19       So this data that we
20 presented in this abstract only related
21 to the first part of that question, which
22 is, do non-olmesartan ARB users have any
23 histologic abnormalities.
24    Q.   But are you telling me these

Protected Information - Steven M. Lagana, M.D.

Page 250

1 ten ARB users had not developed symptoms
2 of diarrhea?
3     A.    They did not have diarrhea.
4     Q.    What clinical symptoms did
5 they have?
6     A.    These patients had abdominal
7 pain.
8     Q.    Okay.
9           And that's it?
10    A.    Yes.
11    Q.    So they came into Columbia
12 with complaints of abdominal pain,
13 biopsies were taken, and you went back in
14 this study and reviewed various
15 histopathologic findings in those
16 patients and controls.
17    A.    Correct.
18    Q.    And the controls, as I
19 mentioned, or as you mention, are age and
20 sex matched people.
21    A.    Uh-hum.
22    Q.    Why were they being seen at
23 Columbia?
24    A.    Also for abdominal pain.

Page 251

1     Q.    There's no -- was there any
2 attempt to control for other confounders
3 such as drug use?  I don't mean illicit
4 --
5     A.    Yeah, other drugs?
6     Q.    Other drugs.
7     A.    No, no.
8     Q.    So you don't know whether --
9 how many of the ARB users, if any, and
10 the controls were using drugs known to
11 cause diarrhea or, conversely, to prevent
12 diarrhea.
13    A.    I don't know that.
14    Q.    And nonetheless, in this
15 study, you concluded that there was no
16 difference in the occurrences of these
17 various histopathologic findings between
18 the non-olmesartan ARB users and
19 controls.
20    A.    Correct.
21    Q.    How did these various
22 outcomes -- how were they selected --
23 excuse me.  Let me rephrase the question.
24          Why were these particular

Page 252

1 ones selected?
2     A.    These are sprue-like
3 findings, so findings that would be
4 analogous to what we might see in celiac
5 disease or olmesartan enteropathy.
6           MR. PARKER:  Now, I want to
7     now turn to the 2015 paper.  You
8     can keep that abstract.  We may
9     need it.
10          THE WITNESS:  Okay.
11          - - -
12          (Deposition Exhibit No.
13    Lagana-12, 2015 Article
14    "Sprue-like histology in patients
15    with abdominal pain taking
16    olmesartan compared with other
17    angiotensin receptor blockers" by
18    Lagana, et al, was marked for
19    identification.)
20          - - -
21 BY MR. PARKER:
22    Q.    And Exhibit 12 is your paper
23 that we alluded to earlier that was
24 published in 2015?

Page 253

1     A.    2014 -- or, yeah, yeah,
2 2015, published online in 2014.
3     Q.    And was the idea for this
4 paper or this study generated after you
5 presented your abstract that we just got
6 done discussing?
7     A.    No.  These are part of the
8 same project.
9     Q.    Had you started this project
10 which became this published paper,
11 Exhibit 12, at the time you presented the
12 abstract at the scientific meeting?
13    A.    Yes.  This -- the abstract
14 that was presented to the meeting was
15 preliminary data from this study.
16    Q.    So are 10 of the ARB users
17 reflected in -- in and among the 20 that
18 are profiled in this paper?
19    A.    Yes.
20    Q.    And are the ten profiled in
21 the matched controls in this paper?
22    A.    Yes.
23    Q.    And are the matched controls
24 in the abstract -- do they appear -- as

Protected Information - Steven M. Lagana, M.D.

Page 254

1 we looked at this column, are they the
2 matched controls to ARB users or to
3 olmesartan users?
4      A.   You're talking about table
5 2?
6      Q.   Yes, sir.
7      A.   The controls in this
8 abstract would be part of the 20 controls
9 that are in the right-hand side here,
10 matched controls, to other ARB users.
11     Q.   And is there any difference
12 in the two variables on which you
13 matched, age and sex, between the matched
14 controls for olmesartan and the matched
15 controls for ARB users?
16     A.   Are there any difference --
17 well --
18     Q.   Essentially, is that a
19 homogeneous group?
20     A.   Right.  So the question
21 would really be, are the olmesartan users
22 the same as the other ARB users in this
23 study --
24     Q.   No --

Page 255

1      A.   -- because the controls are
2 matched to -- the controls are matched to
3 the olmesartan users or to the ARB --
4 other ARB users.
5      Q.   But my question is, is there
6 any difference in the age and sex profile
7 of the matched controls for olmesartan
8 compared to the matched controls for ARB
9 users?
10         In other words, Doctor, look
11 at table 1 and do you see any material
12 difference in the patient characteristics
13 of the matched controls for olmesartan
14 compared to the matched controls for ARB
15 users?
16     A.   Well, there are more women
17 in the olmesartan group than the ARB
18 group.
19     Q.   And is that a material
20 difference with regard to the issues
21 you're looking at in this paper?
22     A.   I don't know.  I didn't
23 study that.  It could be.
24     Q.   Doctor, did you -- well, let

Page 256

1 me rephrase the question.  There was no
2 effort to control in this study for drug
3 use.
4      A.   For other drugs.
5      Q.   Other drug use.
6      A.   Not to my recollection.
7      Q.   So you have no idea as we
8 sit here today how many of the olmesartan
9 users, ARB users, or the controls for
10 either one were taking other drugs known
11 to cause or prevent diarrhea, for
12 example.
13     A.   That's correct.
14     Q.   So the study was done and --
15 strike that.  Let me ask the question, do
16 you have a protocol for this study?
17     A.   A protocol like --
18     Q.   Did you develop a protocol
19 for this study?
20     A.   Did I develop a protocol --
21     Q.   Well, let me back up.  I
22 don't mean to be facetious.  You
23 understand what I'm asking when I say was
24 there a written protocol created for the

Page 257

1 study?
2      A.   Yes, I believe there was.
3      Q.   So you believe that you or
4 others in your group wrote up how this
5 study was to be conducted, what the
6 primary endpoints were going to be, and
7 what the statistical analysis was going
8 to be.
9      A.   Uh-hum.
10     Q.   That would be yes?
11     A.   Oh, yes.
12     Q.   Okay.
13         And do you still have that?
14     A.   I don't know.  Possibly.
15     Q.   And possibly where would it
16 be amongst your papers?
17     A.   If I have it, it would be in
18 my office.
19     Q.   Did you have to get
20 institutional review board approval for
21 this study?
22     A.   I believe we did.
23     Q.   So if you had a protocol, it
24 would had to have been submitted to the

Protected Information - Steven M. Lagana, M.D.

Page 258

1 Columbia IRB?
2     A.   Uh-hum.
3     Q.   Is that right?
4     A.   I believe so.
5     Q.   Now --
6     A.   Which I believe we did.
7 Does it say here?
8     Q.   I frankly don't remember
9 that aspect of what you assert you did or
10 not.
11     A.   This study was approved by
12 the Columbia University Medical Center's
13 institutional review board.
14     Q.   And this was a retrospective
15 study, was it not?
16     A.   It was.
17     Q.   Now, Doctor, before you
18 undertook the study, did you ask a
19 biostatistician to determine what the
20 size of this study would have to be in
21 order to find, if it existed, a
22 statistically significant difference
23 between the various groups studied?
24     A.   I wish I did.  No.

Page 259

1     Q.   Did anyone -- I mean, you've
2 got some pretty senior people here, Peter
3 Green.  Did a discussion ever come up,
4 well, before we launch into this, let's
5 figure out how many files we actually
6 have to look at so if there's something
7 real there, we can report a statistically
8 significant difference?
9     A.   I do believe I discussed
10 that with Dr. Lebwohl and I think that we
11 came up with a number of 20 in each
12 group, and I think that was sort of a
13 best estimate.  We didn't run pretest
14 statistical testing to come up with that
15 number.  We kind of used a gestalt
16 approach.
17     Q.   A couple times today and in
18 your 2016 paper, you comment that some of
19 the epidemiological studies that have
20 failed to find an association were
21 underpowered, I think is your word; is
22 that right?
23     A.   Yep.
24     Q.   So you are understanding of

Page 260

1 the need to power studies so that they
2 are capable of achieving a statistically
3 significant result?
4     A.   Yes.
5     Q.   And I'm not understanding
6 why that exercise was not done here.
7     MR. SLATER:  Objection.
8     You can answer.
9     THE WITNESS:  Well, I wish
10 we had.  We didn't.  I don't
11 recall a specific reason why.
12     MR. PARKER:  Okay.
13 BY MR. PARKER:
14     Q.   It wasn't that if we don't
15 get positive results, we will be able to
16 say that it wasn't powered enough.
17     A.   That was not my thinking.
18     Q.   Okay.  I just had to ask,
19 Doctor.
20     MR. SLATER:  You didn't have
21     to, but you wanted to.
22     MR. PARKER:  Well, I wanted
23     to and I had to.
24     MR. SLATER:  You didn't have

Page 261

1     to.
2 BY MR. PARKER:
3     Q.   So, Doctor, let's take a
4 look at what happened here.  When you did
5 this study, you looked at -- and is it
6 correct to say that everything down to
7 increased crypt apoptosis on table number
8 2 were the primary outcomes of your
9 study?
10     A.   Correct.
11     Q.   And so when you did the
12 study and you looked at whether you found
13 these described conditions in the
14 olmesartan users, the matched controls,
15 the other ARB users and the matched
16 controls, you found that your study had
17 failed to find a statistically
18 significant difference in any of these
19 six or seven outcomes either in the
20 olmesartan users or the other ARB users;
21 correct?
22     A.   Yep.
23     Q.   And then with negative
24 results, you said, well, let's go back

Protected Information - Steven M. Lagana, M.D.

Page 262

1 and now let's do a composite outcome and
2 see if we come up with something if we do
3 that. Right?
4     A.   We examined -- we did a post
5 hoc analysis of a composite outcome, yes.
6     Q.   And -- but a -- just so the
7 record's clear, a composite outcome was
8 not one of your primary outcomes.
9     A.   Right.
10    Q.   And is the composite outcome
11 what's described here on table 2 as
12 architectural abnormalities, generalized
13 increased IEL, and chronic inflammation?
14    A.   Uh-hum.  Yep.
15    Q.   Yes?  Okay.
16    A.   Oh, yes.  Yes.
17    Q.   Please tell us, sir, what is
18 included in the phrase "architectural
19 abnormalities"?
20    A.   Villous atrophy and crypt
21 hyperplasia.
22    Q.   What is included in the
23 phrase "generalized increased IEL"?
24    A.   Generalized IEL increase.

Page 263

1     Q.   So the --
2     A.   Individual variable number
3 4, the fourth one down.
4     Q.   I see.  And, lastly, chronic
5 inflammation.
6     A.   The fifth one down.
7     Q.   So essentially what you did
8 is, you combined all of the top
9 individual endpoints into a composite,
10 but it seems that you left out
11 eosinophilia and neutrophilia.  Am I
12 correct?
13    A.   We left those out.  We also
14 left out increased crypt apoptosis.  We
15 chose the ones that are most common in
16 celiac disease.
17    Q.   So if I had a GI expert in
18 celiac disease, he would say, I agree
19 that eosinophilia, neutrophilia, and
20 increased crypt apoptosis are not common
21 features of celiac disease?
22    A.   He would -- he or she would
23 agree that they're less significant
24 findings or less robust findings in

Page 264

1 celiac disease.
2     Q.   Explain to me your thinking
3 as to why in creating a composite
4 endpoint you chose to exclude some that
5 previously were considered to be features
6 of celiac disease.
7         MR. SLATER:  Objection.
8         You can answer.
9         THE WITNESS:  I'm going to
10 have to ask you to clarify that.
11        MR. PARKER:  Sure.
12        THE WITNESS:  What do you --
13 BY MR. PARKER:
14    Q.   You said to me earlier that
15 you came -- and I say "you," I mean your
16 group -- identified these individual
17 characteristics because you said they
18 were features of celiac disease.
19    A.   Uh-hum.
20    Q.   Right?  That would be a yes?
21    A.   Yes, yes.
22    Q.   Okay.
23    A.   The most common, most
24 prominent, features of celiac disease.

Page 265

1     Q.   Very well.  And then when
2 the study failed to find a positive
3 result -- a statistically significant
4 positive result -- you went back and
5 combined some number of those features,
6 but not all of them.  Right?
7     A.   I understand.  Yeah, so some
8 of these features that we looked for are
9 not really classically associated with
10 celiac disease, such as neutrophils, what
11 I refer to as neutrophilia, so these --
12 just give me a second to explain myself
13 properly.
14    Q.   Sure, please, take your
15 time.
16    A.   We looked at the cardinal
17 features of celiac disease and then added
18 a couple of occasionally present features
19 or minor players in the pathogenesis of
20 celiac disease, such as eosinophils and
21 neutrophils, as well as crypt apoptosis,
22 which is kind of an interest of mine, but
23 is not something that people generally
24 describe as a vital part of the

Protected Information - Steven M. Lagana, M.D.

Page 266

1  histopathology of celiac disease.
2       So when we -- we looked at
3  all these individual features and, as you
4  say, we did not find any statistically
5  significant difference.
6       And I'll point out that not
7  every study that you do is going to get
8  you a Nobel Prize and I didn't expect one
9  from this one.
10      But then we looked at a
11 composite outcome of the most common
12 celiac disease-related findings and what
13 we found there was that there was a trend
14 towards significance, point one, that the
15 olmesartan users had more of these -- had
16 -- when you look at the composite
17 outcome, there's more -- more positive
18 findings in the olmesartan users than the
19 matched controls, and that result
20 approached but didn't reach statistical
21 significance.
22      Q.   And there was essentially no
23 difference between the olmesartan group
24 and the other ARB groups.

Page 267

1       MR. SLATER:  Objection.
2       You can answer.
3       MR. PARKER:  Ten versus
4  nine.
5       THE WITNESS:  In the
6  composite outcome, there was
7  essentially no difference.
8  BY MR. PARKER:
9       Q.   And that's what we're
10 talking about, because you don't claim
11 that there was any trending with any of
12 the individual endpoints, do you?
13      A.   I don't remember making that
14 point.
15      Q.   Well, my question is -- my
16 question is confirming that you never
17 made the argument that there was a trend
18 for any of the primary endpoints.  The
19 trend that you describe is only in
20 connection with the composite post hoc
21 endpoint.
22      A.   Okay.  And I'm going to have
23 to pause there because there was a trend
24 towards an increased mean maximum IEL

Page 268

1  count compared to the matched controls.
2  There, the P value is .09.  Let me see if
3  we -- I don't recall if I made a
4  statement to that effect.  But I'll --
5  I'll look at that now.
6       Q.   Sure.
7       (Pause.)
8       THE WITNESS:  On the results
9       -- in the results section on the
10      top of the right-hand side of page
11      30, we report, without really a
12      value judgment one way or the
13      other, saying that the mean
14      maximum IEL count was 13.7 in the
15      olmesartan group compared to 10 --
16      with 10.6 for controls, open
17      parentheses, P equals .09.
18      So that is a trend.
19 BY MR. PARKER:
20      Q.   My question, however, is,
21 you make an assertion in this paper that
22 there was a trend in certain outcomes.
23 You attribute that statement of a trend
24 to the composite outcome.  Am I correct?

Page 269

1       A.   Well, we put in verbiage
2  about a trend with regard to the
3  composite outcome.  We give the data that
4  demonstrates a trend with both the
5  composite outcome and the mean IEL count.
6       Q.   Let's look at the mean IEL
7  count.  There's essentially no difference
8  between olmesartan and other ARB users,
9  is there, sir?
10      MR. SLATER:  Objection.
11      MR. PARKER:  13.7 to 13.
12      THE WITNESS:  Agreed.
13 BY MR. PARKER:
14      Q.   And there is no difference
15 in the composite endpoint for olmesartan
16 versus other ARB users, 10 out of 20
17 versus 9 out of 20.
18      A.   Uh-hum.
19      Q.   Right?
20      A.   Agreed.
21      Q.   And the group with the
22 highest responses to the composite
23 outcome is actually the controls, 12 out
24 of 20.

Protected Information - Steven M. Lagana, M.D.

Page 270

1  A.  Agreed.
2  Q.  Is there any discussion in
3  this paper that the group that achieved
4  the highest scoring in the composite
5  outcome was actually the controls?
6  A.  Well, you can't compare the
7  controls from one data group to another
8  -- in other words, the matched controls
9  that you're talking about that have the
10  12 of 20 were matched to the other ARB
11  users.  They weren't matched to the
12  olmesartan users.  They had different --
13  they're a different group.  They had
14  different -- the genders at least were
15  fairly different.
16  Q.  That may be true, but my
17  question is, do you have any discussion
18  in here about the observation that the
19  group that had the highest response to
20  the composite endpoint was the controls?
21  A.  I don't see that here and I
22  don't remember that.  I also don't think
23  that -- you know, that is a different --
24  it's a different group.  It's a different

Page 271

1  population.
2  Q.  Doctor --
3  A.  I'll make one other point on
4  that, if I may.
5  Q.  If it's responsive to my
6  question.
7  A.  The group that was matched
8  to the other ARB users, let's say instead
9  of having 12 of 20 events in the
10  composite, if they had had 1 of 20 and
11  the olmesartan group was statistically
12  significantly different, that would be
13  completely unscientific to try to make
14  that point after, as these are separate
15  groups, with separate controls.  You
16  can't cross over controls like that.
17  Q.  Doctor, are you familiar
18  with the concept of a statistical trend?
19  A.  Yes.
20  Q.  You're not making the
21  argument here that the number that you're
22  relying upon, 10 over 20 over 4 over
23  20.1, represents a statistically
24  significant trend.

Page 272

1  A.  It is a trend --
2  Q.  No, that's not my question.
3  My question is, there are
4  biostatisticians who can do statistical
5  testing of difference in data, trending
6  data; correct?
7  A.  Yes.
8  Q.  And you're not representing
9  here that you had a biostatistician look
10  at these numbers and say whether or not
11  the result of .1 represented a
12  statistically significant trend.
13  MR. SLATER:  One second.  I
14  object.  You've been -- you're
15  switching your terms from question
16  to question.  You may not realize
17  you're doing it or you may, but I
18  object to this whole line because
19  you are jumping back and forth.
20  You can answer.
21  MR. PARKER:  Okay.  Object.
22  THE WITNESS:  The way I
23  understand statistics is that
24  commonly used parameters would

Page 273

1  indicate that .05 is statistically
2  significant and .1 is considered a
3  trend.
4  BY MR. PARKER:
5  Q.  Okay.
6  A.  Significant difference
7  versus trend.
8  Q.  Is .5 a trend to .05?
9  A.  .5 to .05?
10  Q.  Yeah.
11  A.  Well, .5 would mean that
12  there's a 50 percent probability that
13  your results are due to chance, so, no, I
14  don't think anyone would ever say .5 is a
15  trend.
16  Q.  What I'm not understanding,
17  Doctor -- let's look at your P values
18  here.
19  A.  Uh-hum.
20  Q.  How does .1 become any more
21  of a trend than .4, .7, .3, .2, various
22  different findings that you -- how does
23  .1 become a trend?
24  A.  It's a convention.  It would

Protected Information - Steven M. Lagana, M.D.

Page 274

1  imply that there's a 10 percent chance
2  that this event happened randomly.
3      We in medicine generally
4  would say less than 5 percent is
5  considered statistically significant.
6  Many people would say that .1 or 10
7  percent is a trend, but does not reach
8  significance. Nobody would say 47 is a
9  trend.
10     Q.   .47 you mean.
11     A.   .47, which would be a 47
12 percent chance of --
13     Q.   So your answer to me,
14 scientific convention is 10 percent
15 difference represents a trend.
16     A.   Yes.
17     Q.   .1 to .05.
18     A.   .1 to .05, yes.
19     Q.   Thank you. Let's put that
20 one aside, go on to the next one.
21     A.   I'm just going to grab some
22 water. We can keep talking.
23         MR. SLATER: Off the record.
24              - - -

Page 275

1          (A discussion off the record
2          occurred.)
3              - - -
4          (A recess was taken from
5          3:55 p.m. to 4:10 p.m.)
6  BY MR. PARKER:
7      Q.   Doctor, I want to go back
8  just for a moment to your 2016 paper,
9  which is Exhibit 10 in front of you.
10     A.   Okay.
11     Q.   According to your -- the
12 disclosures on this paper, you submitted
13 -- revised and submitted the manuscript
14 on November 22nd, 2015?
15     A.   Okay.
16     Q.   By that time, you were
17 consulting with Mr. Slater. Did you
18 disclose that to the editors of this
19 journal?
20     A.   I did not. I don't believe
21 it was required in this case.
22     Q.   What do you mean "in this
23 case"?
24     A.   I don't believe that this

Page 276

1  journal requires disclosures of
2  consulting work.
3      Q.   Okay.
4          You're not suggesting that
5  it might be of interest to readers to
6  know that the authors of a paper are
7  consulting as experts with plaintiffs'
8  attorneys in the litigation, are you?
9          MR. SLATER: Objection.
10         You can answer.
11         THE WITNESS: Well, I
12     couldn't really speculate as to
13     whether it would be interesting to
14     the readers or not, but I can say
15     that the reason I wrote this paper
16     did not have anything to do with
17     consulting work.
18         It was, as I said before, to
19     clarify the histologic
20     differential diagnosis of this
21     entity, and that's -- that was my
22     motivating factor to do this.
23 BY MR. PARKER:
24     Q.   I appreciate the reason why

Page 277

1  you were motivated to write the paper.
2  My question is a little bit different.
3          If a scientist had written a
4  paper concluding that the evidence fell
5  short of establishing a causal connection
6  and such an expert were consulting with
7  Daiichi in this litigation, would you
8  expect as a reader of that journal
9  article to -- for them to disclose that?
10         MR. SLATER: Objection.
11         You can answer.
12         THE WITNESS: In that case,
13     yeah, I would want to know that.
14 BY MR. PARKER:
15     Q.   And would that not apply to
16 you as well?
17     A.   Well, in the first instance,
18 I would say that causation really was not
19 the focus of this article and it really
20 didn't occur to me that there could be
21 any bias in this. I don't feel like
22 there was any bias in this.
23     Q.   Okay. In response to my --
24 well, never mind. Let me move on. I

Protected Information - Steven M. Lagana, M.D.

Page 278

1 think you told me what you can tell me
2 about that.
3      I want to ask you to pick up
4 the Mayo Clinic paper again and that is
5 Exhibit 8 for your benefit.
6      A.   Okay.
7      Q.   And just to lay a foundation
8 here, if we go back to that table 3 we
9 talked about earlier --
10      A.   Uh-hum.
11      Q.   -- I think you will agree
12 with me that while you may disagree, the
13 Mayo Clinic takes the position that
14 before you can assign a diagnosis of
15 sprue-like enteropathy to someone taking
16 olmesartan, you have to rule out other
17 causes of enteropathy, including celiac
18 disease.
19      MR. SLATER:  Objection.
20      You can answer.
21      THE WITNESS:  I would say
22 that that is consistent with their
23 published documents.
24          - - -

Page 279

1      (Deposition Exhibit No.
2 Lagana-13, 2014 Paper "Sprue-like
3 Enteropathy Associated with
4 Olmesartan" by Cartee and Murray,
5 was marked for identification.)
6          - - -
7 BY MR. PARKER:
8      Q.   Now let me turn then to our
9 next exhibit, which is Exhibit 13.  This
10 is a paper that was on your supplemental
11 reliance list.  For the record, it's a
12 paper by Cartee and Murray, November
13 2014.
14      Have you read this
15 particular paper?
16      A.   I have.
17      Q.   This paper reports that some
18 number they don't disclose of their
19 patients in whom they diagnosed
20 sprue-like enteropathy they concluded
21 most probably really did have celiac
22 disease because of the reaction that they
23 had when they resumed taking gluten;
24 correct?

Page 280

1      MR. SLATER:  Objection.
2      You can answer.
3      THE WITNESS:  Can you tell
4 me where you're reading that?
5      MR. PARKER:  Yeah, sure,
6 page 4 of 8.  On the right-hand
7 column, towards the upper part of
8 the page where it states, "After
9 the diagnosis and treatment for
10 OAE," if you want to read that
11 paragraph to yourself.
12      THE WITNESS:  Page 4 of 8
13 and what part?
14      MR. PARKER:  Upper
15 right-hand column, where it says,
16 "After the diagnosis and
17 treatment."
18      THE WITNESS:  Ah.
19      (Pause.)
20      MR. SLATER:  Is the question
21 just does he see that?
22      MR. PARKER:  No.  The
23 question was, does he agree with
24 me that some number of the

Page 281

1 patients at the Mayo Clinic who
2 got a diagnosis of OAE,
3 olmesartan-associated enteropathy,
4 who had been thought to be not
5 patients who had celiac, were
6 later determined or thought to
7 actually have celiac disease.
8      THE WITNESS:  Well, I would
9 agree that that is what is stated
10 here.  I would not necessarily
11 infer that that relates to the
12 series of 22 patients described in
13 Rubio-Tapia.
14 BY MR. PARKER:
15      Q.   And what leads you to think
16 for the moment that this statement
17 doesn't apply to at least some of the
18 patients in the 2012 paper?
19      A.   Why would I -- I mean, why
20 would I assume that it does?
21      Q.   Well, let's address it this
22 way:  Putting aside whether the people
23 that they're referring to here were in
24 the group of 22 or in their larger cohort

Protected Information - Steven M. Lagana, M.D.

Page 282

1 of patients that they've seen for
2 sprue-like enteropathy -- okay?
3    A.   Uh-hum.
4    Q.   -- what is said here -- let
5 me read into the record the sentence you
6 and I are talking about.
7    A.   Okay.
8    Q.   Cartee and Murray -- and
9 Murray is the senior -- the contemporary,
10 so to speak, of Peter Green at your
11 institution.  Right?
12   A.   Correct.
13   Q.   -- they write, "After the
14 diagnosis and treatment for OAE" -- now
15 let me stop there.
16         By their criteria, that
17 means they had to have been satisfied
18 that the patient did not have celiac
19 disease.
20   A.   I think that we're reading
21 too much into what's in this article to
22 say that.  We don't know where these
23 patients were worked up, where that
24 diagnosis was made, or what workup went

Page 283

1 into those patients.
2    Q.   My question is, their
3 criteria for diagnosing OAE requires the
4 exclusion of other causes of enteropathy,
5 including celiac disease; correct?
6    A.   They have published that.
7    Q.   And what this statement is
8 stating is, "After the diagnosis and
9 treatment for OAE, several patients seen
10 at the Mayo Clinic likely had underlying
11 celiac disease as evidenced by symptoms
12 with reinstitution of gluten into the
13 diet and strong family history of celiac
14 disease."
15         Now, let me stop there.  Are
16 you reading that sentence to say that
17 someone other than the Mayo Clinic gave
18 these patients the diagnosis of OAE?
19         MR. SLATER:  Objection.
20   You're twisting questions and
21   answers.
22         THE WITNESS:  I didn't say
23   that that -- that's a possibility.
24   I will say that that's a

Page 284

1    possibility.
2 BY MR. PARKER:
3    Q.   Okay.
4         If the authors of this paper
5 are talking about their patients for whom
6 they made a diagnosis of OAE, who then
7 had symptoms of enteropathy upon
8 reintroduction of gluten, then by their
9 written criteria, that person wasn't
10 deserving of the diagnosis of OAE;
11 correct?
12         MR. SLATER:  Objection.
13         You can answer.
14         THE WITNESS:  Well, that can
15   be interpreted in different ways.
16   Another way that one could
17   interpret that question, which
18   involved quite a specific
19   scenario, is that the patient came
20   in, did not have celiac disease,
21   was diagnosed with OAE, and after
22   recovering from the OAE, since
23   that's part of their published
24   criteria for diagnosing OAE, as a

Page 285

1    response, later developed celiac
2    disease.  And in that case,
3    perhaps -- perhaps olmesartan
4    caused or exacerbated their celiac
5    disease.
6 BY MR. PARKER:
7    Q.   What do you understand the
8 words to mean "likely had underlying
9 celiac disease"?  Are you reading that to
10 say they had newly initiated celiac
11 disease?
12   A.   Well, celiac disease can be
13 active or latent or potential celiac
14 disease.  They don't specify.  But if you
15 want to go down this very -- making a ton
16 of assumptions about this -- we're making
17 a lot of assumptions about these
18 patients, including maybe their -- maybe
19 they're the same people in Rubio-Tapia,
20 were they diagnosed at Mayo Clinic, how
21 exactly were they diagnosed -- if we're
22 going to make a lot of assumptions and
23 hypothetical scenarios, one of those
24 hypothetical scenarios is that the

Page 286

1  patient had latent or potential celiac
2  disease and that olmesartan turned it to
3  active.
4       I'm not making that claim.
5  But I'm just saying, if we want to go
6  down a road of hypotheticals, there are a
7  lot of possible hypotheticals.
8       Q.  And when you read this paper
9  and read that paragraph, did you not stop
10 and say, wait a minute, maybe they
11 misdiagnosed patients with OAE if, in
12 fact, they really had celiac disease,
13 underlying celiac disease, the phrase
14 that's used here?
15      A.  I don't draw the connection
16 that these patients in Cartee are the
17 same patients as in Rubio-Tapia.
18      Q.  I'm not trying to make that
19 connection, sir.  I'm saying simply --
20      MR. SLATER:  You're not?
21      Everybody in the room thought you
22      were, man.
23 BY MR. PARKER:
24      Q.  I'm saying that they're

Page 287

1  describing patients that they saw at the
2  Mayo Clinic.  I care not from my
3  questions whether they're the 22 or
4  others.
5       My question is, when you
6  read this, did you not say, wait a
7  minute, how did they reach a diagnosis of
8  OAE if, in fact, these people had
9  underlying celiac disease?  Did that ever
10 occur to you when you read this paper?
11      MR. SLATER:  Objection.
12      You can answer.
13      THE WITNESS:  Well, I think
14      the interplay between celiac
15      disease and OAE is very
16      interesting.  I do wonder if --
17      not just for the purposes of being
18      difficult, I do scientifically
19      wonder if olmesartan can induce
20      active celiac disease in patients
21      with potential celiac disease.  I
22      don't know.  I certainly don't
23      know it to a medical degree of
24      reasonable certainty.  I have no

Page 288

1       idea.  But it's an interesting
2       speculation.
3            So when I read this
4       paragraph, I leave open the
5       possibility that the Mayo Clinic
6       misdiagnosed them.  I also leave
7       open the possibility that they
8       have both conditions or the
9       possibility that one condition
10      induced the other.
11           I don't think that these
12      patients have been described in
13      enough detail for us to draw
14      conclusions about them and so I
15      think that it's really just, you
16      know, speculative.
17 BY MR. PARKER:
18      Q.  Doctor, you don't hold the
19 opinion, I think you just said, but I
20 want to make sure the record's clear, to
21 a reasonable degree of medical
22 probability that olmesartan causes celiac
23 disease.
24      A.  Correct.

Page 289

1       Q.  Okay.
2            Doctor, in your --
3       A.  But I left open the
4  possibility.  We don't know yet.
5       Q.  Anything's possible, Doctor.
6  I just want to talk about what is
7  reasonably probable.  Okay?
8       A.  Okay.
9       Q.  Doctor, is there any -- or
10 strike that.
11           Going back to your report,
12 there's no discussion in your report of
13 any evidence known to you demonstrating a
14 dose-response between olmesartan and
15 sprue-like enteropathy, is there?
16      A.  In my report?
17      Q.  In your report, sir.
18      A.  Let's take a look.  Well, in
19 my report and to the best of my knowledge
20 of the medical literature, there is no
21 specific dose-response relationship,
22 although there is a cumulative
23 dose-response relationship as evidenced
24 by Basson where exposures of greater than

Protected Information - Steven M. Lagana, M.D.

Page 290

1  three years were associated with a
2  tenfold risk of celiac disease.
3      Q.   You said accumulated dose.
4  Is it your understanding that olmesartan
5  is retained and is built up in the body?
6      A.   No, but accumulated
7  exposure.
8      Q.   That's different than
9  accumulated dose.  Right?
10      A.   Yep.
11      Q.   And if I'm not mistaken,
12  there's no discussion in your report of
13  any data that you have reviewed regarding
14  animal studies.
15      A.   There's no -- I don't
16  believe that I referenced any animal
17  studies.
18      Q.   And have you, since your
19  report was finalized on November 30th,
20  done any reviews of animal studies
21  looking at olmesartan and enteropathy?
22      A.   I don't believe that I have.
23      Q.   Let's move then to your
24  discussion earlier, your reference to

Page 291

1  mechanism of action, if we might.  Okay?
2      A.   Uh-hum.
3      Q.   Doctor, you said that you
4  had come to the view that there was
5  enough in the literature to lead you to
6  conclude that this was -- "this" being
7  olmesartan sprue-like enteropathy -- an
8  immune-mediated condition.
9      A.   Yes.
10      Q.   Okay.
11           Doctor, is this a result of
12  the innate or the adaptive immune system?
13      A.   Well, they rarely act in
14  isolation, but I think given the
15  relatively long onset between exposure
16  and syndrome, adaptive would have to be
17  considered a large part of it.
18           But, again, they don't act
19  in isolation.  I'm not saying the innate
20  immune system has nothing to do with it.
21      Q.   And with respect to the
22  adaptive immune system, is this
23  predominantly a function of the humeral
24  response or cell-mediated response?

Page 292

1      A.   To the best of our
2  understanding now, it's a cell-mediated
3  process.
4      Q.   When you say "the best of
5  our understanding," I think you're -- are
6  you talking collectively about those of
7  you who believe there's cause and effect?
8      A.   I believe that where the
9  science is now, based on the prevalence
10  of MHC, DQ2, DQ8 in the olmesartan
11  enteropathy patients, the increased CD8+
12  T cells that have been demonstrated, and
13  some of the cytokine perturbations, it's
14  -- the scientific evidence appears to be
15  pointing to a cell-mediated immune
16  process.
17      Q.   When you say the scientific
18  evidence, are you speaking of anything
19  more than the Marietta paper?
20      A.   There have been other papers
21  that have looked at the DQ2/DQ8 haplotype
22  in olmesartan patients.
23      Q.   Okay.  That's what you mean
24  by -- okay.  Fair enough.  Let's talk

Page 293

1  about that for a second.
2      A.   Sure.
3      Q.   Is this a function of an MHC
4  or MH2 involvement, "this" being this
5  cell-mediated response to olmesartan?
6      A.   Could you repeat your
7  question, please?
8      Q.   Yes.  You said it was a
9  cell-mediated response.
10      A.   Uh-hum.
11      Q.   Does that involve MHC1 or
12  MHC2?  And I presume you know what those
13  are.
14      A.   I do.
15      Q.   Okay.
16      A.   I think it's an overly
17  specific question for where we are at the
18  moment.  We know that HLA-DQ2 and DQ8,
19  which affect the MHC molecules, are
20  involved and I think beyond that, I'm not
21  sure that -- I don't think we as a
22  scientific community know that.  I don't
23  know that.
24      Q.   Fair enough.  Is it within

Protected Information - Steven M. Lagana, M.D.

Page 294

1 your area of expertise to know whether
2 HLA-DQ2 and 8 are involved with MHC or --
3 MHC1 or 2?
4      A.   They certainly are involved.
5 I don't recall if it's 1 or 2.
6      Q.   Now, what we've been --
7      A.   I think it's 2.
8      Q.   Okay.  What we've been
9 talking about is a component of a cell
10 that presents an antigen to the surface
11 of the cell; correct?
12      A.   Uh-hum.
13      Q.   Again, that's a --
14      A.   Oh, sorry.  Yes.
15      Q.   Okay.  So, Doctor, what is
16 the antigen that's being presented to the
17 cells, be it MHC1 or 2?
18      A.   That has not been discovered
19 yet.
20      Q.   So you don't know that
21 either yet.  Right?
22      A.   Correct.
23           MR. SLATER:  Objection.
24 BY MR. PARKER:

Page 295

1      Q.   So something is being
2 carried by MHC1 or 2 to the surface of
3 the cells that have ingested an antigen
4 -- correct?
5      A.   Well, I think that we're
6 going -- we're getting ahead of the
7 science here.
8      Q.   Okay.
9      A.   I think that -- first off,
10 it's MHC2.  I was a little foggy before,
11 so let me just correct that --
12      Q.   We'll take that.
13      A.   Yeah -- and then let me say,
14 if you look at a disease like celiac
15 disease, you know, we knew that gluten
16 was the inciting cause of celiac disease
17 for probably 20 years before we
18 understood these immune interplays that
19 you're now getting at.
20           So I think that for a
21 disease that was discovered in 2012, to
22 say, well, if we can't tell precisely
23 what antigen is expressed by what innate
24 immune cell to what part of the -- to

Page 296

1 what T cell and what exact -- you're
2 putting an unreasonable burden on the
3 scientific community to answer that
4 question.
5      Q.   Is it your theory that
6 olmesartan is the antigen?
7      A.   I think there are a number
8 of possible mechanisms at the cellular
9 level.  I think that we know that
10 olmesartan exposure leads to inflammation
11 which is T cell rich --
12      Q.   How do we know that?
13      A.   The totality of the
14 published work has shown increased CD8+ T
15 cells.
16      Q.   Okay.
17      A.   Okay?  And what the exact --
18 the Marietta paper implies -- or
19 plausibly suggests -- they're all for
20 IL15; but, again, going into the cytokine
21 milieu of this process four years or so
22 after the process was discovered, to be
23 honest, I think it's a red herring.  I
24 think it's similar to -- I could say it's

Page 297

1 probably half a century that we knew
2 cigarette smoking caused lung cancer
3 before we understood precisely what
4 cellular alterations were going on in the
5 cells of the lung to produce the lung
6 cancer.
7           It really wasn't until the
8 Human Genome Project was complete and we
9 still don't know all of it.  We still
10 learn additional details every day.
11           So, you know, I know that in
12 some patients who have olmesartan
13 exposure, they get inflammation of the GI
14 tract which is characterized by
15 lymphocytes, plasma cells, sometimes
16 intraepithelial lymphocytes, sometimes
17 not, neutrophils, eosinophils, sometimes
18 fibrosis, sometimes not, sometimes
19 villous atrophy, sometimes not; and that
20 this causes these people a number of very
21 serious GI complaints; and that these
22 patients get better clinically and
23 histologically when they stop taking
24 olmesartan.

Protected Information - Steven M. Lagana, M.D.

Page 298

1    MR. PARKER: Move to strike.
2  Let's go back to my questions
3  about --
4    MR. SLATER: Just so you
5  understand, when he moves to
6  strike doesn't mean anybody's
7  going to actually respect that in
8  a courtroom, so you can just keep
9  giving your answers.
10    MR. PARKER: Which is what
11  you did with all my witnesses,
12  too, but that's okay.
13    MR. SLATER: Well, mine were
14  all valid motions to strike.
15    MR. PARKER: Okay. And you
16  made a lot more of them than I'm
17  making today.
18  BY MR. PARKER:
19    Q.  Doctor, I want to go back to
20  this mechanism concept. You're not
21  aware, I take it from what you've said,
22  of the studies that have been done
23  looking at whether olmesartan in various
24  tissues within the human body are

Page 299

1  pro-inflammatory or anti-inflammatory,
2  are you?
3    MR. SLATER: Objection.
4    You can answer.
5    THE WITNESS: I'm not
6    particularly familiar with those
7    studies.
8  BY MR. PARKER:
9    Q.  And if studies were to
10  demonstrate that olmesartan reduces
11  inflammation, that would be inconsistent
12  with your theory that olmesartan is
13  somehow causing sprue-like enteropathy.
14    MR. SLATER: Objection.
15    THE WITNESS: No, because
16    I'm not sitting here saying to you
17    that olmesartan is poison and
18    everyone who takes it is like
19    cyanide, no; but in some patients,
20    I believe that it has a
21    deleterious effect and that it
22    directly causes the histologic
23    changes and the clinical symptoms
24    that I just described.

Page 300

1    So it could be that -- if
2    you look in a monkey model or a
3    mouse model or even across plenty
4    of patients, it could very well be
5    true that in some organ systems or
6    in some patients, it has
7    anti-inflammatory properties. It
8    could also be true that in some
9    patients, it causes everything I
10    just said it caused.
11  BY MR. PARKER:
12    Q.  Doctor, in anybody who has
13  enteropathy, you would expect an increase
14  in CD8 cells; correct?
15    A.  In the vast majority of the
16  patients with enteropathy.
17    Q.  So all of the things we've
18  been talking about today, celiac disease,
19  unclassified sprue, autoimmune
20  enteropathy, and the whole list, not to
21  repeat them all that we've talked about,
22  are all conditions that are characterized
23  by inflammation of the small bowel in one
24  way or the other; correct?

Page 301

1    A.  Yes.
2    Q.  And all of those, because
3  they involve inflammation and immune
4  responses to some stimuli, are going to
5  result in increase in CD8+ cells relative
6  to someone who is, quote, normal and not
7  symptomatic.
8    A.  Yes.
9    Q.  So if someone comes into the
10  hospital and said, "I have enteropathy, I
11  also happen to be taking olmesartan," it
12  shouldn't surprise you at all that they
13  have an increase in CD8+ cells.
14    A.  Right, because the
15  olmesartan is causing the inflammation.
16    Q.  And what is the cause of the
17  inflammation -- well, forget it.
18    You mentioned IL15. In
19  anybody who has enteropathy and an
20  increase in CD8 cells, would you not
21  expect an increase and upregulation in
22  IL15 receptors?
23    A.  In patients who have
24  inflammation, that's a common finding,

Protected Information - Steven M. Lagana, M.D.

Page 302

1  yes.
2      Q.   Right.  So when people come
3  in your door before you know anything at
4  Columbia and they present with symptoms
5  of enteropathy, you can make a pretty
6  good guess that they're going to have
7  increased CD8 cells and increased IL15
8  receptors if you do cytometry.  Right?
9      A.   Correct.
10     Q.   All right.
11          So just so the record's
12 clear, there is nothing unusual at all
13 with people who have enteropathy who
14 happen to be taking olmesartan who have
15 an increase in CD8+ cells and IL15.
16     A.   "Nothing unusual" is really
17 an impressive statement.  No, it's very
18 unusual.  They have inflammation.  They
19 have villous atrophy.  They have
20 fibrosis.  They are highly unusual
21 patients.  They are damaged, sick people
22 --
23     Q.   Compared to normals.
24     A.   Yeah.

Page 303

1      Q.   But, I mean, within the
2  world of people who come into Columbia
3  with enteropathy, that's not a surprising
4  presentation, that someone who comes in
5  with enteropathy, you would expect to
6  have CD8+ cells and IL15 receptor
7  increases.
8      A.   Somebody who has a
9  debilitating intestinal illness, whether
10 it's caused by olmesartan or gluten, yes,
11 I would expect those particular -- you
12 would find those cytokine changes.
13     Q.   And we can expand up and
14 down that to autoimmune enteropathy,
15 tropical sprue, and the like.
16     A.   There are differences
17 between those.
18     Q.   Of course there are
19 differences, but you would expect to see
20 CD8 increases, CD8+ cell increases, and
21 IL15 receptor increases.
22     A.   I'd have to check the data,
23 but I don't have a problem with that.
24     Q.   Okay.

Page 304

1          Now, you talked about
2  cell-mediated response is your theory
3  about how olmesartan, in your opinion,
4  may lead to enteropathy in some small
5  number of people.  Right?
6      A.   Correct.
7      Q.   Is this -- which of the
8  types of cell immune responses are you
9  talking about specifically?  Are you
10 talking about a delayed type
11 hypersensitivity reaction, a Type IV
12 reaction?
13     A.   I'm not sure and I'm not
14 sure that we know yet.
15     Q.   Well, if it's not Type IV --
16 there's only four types as far as I
17 know -- am I wrong -- of -- of adaptive
18 immune responses?
19     A.   I'd have to check the --
20     Q.   Okay.
21     A.   But I -- again, I think that
22 you're pushing me to be more specific
23 than I'm ready to be on the pathogenesis.
24 I don't know that we as medical science

Page 305

1  are quite there and I don't think that we
2  need to be to know that, as I said
3  before, in some subset of patients who
4  are exposed to olmesartan, they get
5  inflammation of the intestine, they get
6  potential sequelae of that, like villous
7  atrophy and fibrosis, and they have the
8  clinical symptoms I've described several
9  times.
10          - - -
11          (Deposition Exhibit No.
12      Lagana-14, 2015 Paper
13      "Immunopathogenesis of
14      olmesartan-associated enteropathy"
15      by Marietta, et al, was marked for
16      identification.)
17          - - -
18 BY MR. PARKER:
19     Q.   Let me move on to the paper
20 you have mentioned several times today,
21 Marietta, Exhibit 14.  Now, this one was
22 cited in your report; correct?
23     A.   I believe so.  Yes.
24     Q.   And, Doctor, am I correct

Protected Information - Steven M. Lagana, M.D.

Page 306

1  that this is the paper on which, not
2  exclusively, but you primarily rely to
3  say that there is a reasonably plausible
4  mechanism that explains how olmesartan
5  causes enteropathy in some people?
6       A.  Mechanism can mean different
7  things, so I think this is one of the few
8  papers or maybe the only paper that has
9  gotten to the cytokine and molecular
10 mechanistic level, so, yes, this is a
11 paper that would inform that
12 understanding.
13      Q.  My question was, is it, not
14 exclusive, but the primary paper on which
15 you rely for the mechanism of action?
16      A.  I'd have to think about that
17 for a second.
18      Q.  Sure.
19          (Pause.)
20          THE WITNESS:  No, I think if
21      we have an immune-mediated
22      inflammatory process, which is
23      what I understand it to be, that's
24      based on the totality of my

Page 307

1       reading and my experience looking
2       at inflamed biopsies.
3          If you're asking me about
4       molecular mechanisms, this is
5       probably the only one that I would
6       rely on to talk about the
7       molecular mechanisms at the very
8       minute cytokine level.
9  BY MR. PARKER:
10      Q.  Doctor, you've never done an
11 experiment with CACO cells?
12      A.  I have not.
13      Q.  You understand, however,
14 they are cancer cells of the colon?
15      A.  I believe that's correct.
16          MR. SLATER:  Objection.
17          You can answer.
18 BY MR. PARKER:
19      Q.  Doctor, what results -- so I
20 -- maybe I'll save some time.  What
21 results in this study do you find
22 supportive of your view that there is an
23 immune mechanism stimulated by
24 olmesartan?

Page 308

1       A.  Okay.  First point is that
2  there are more CD8+ T cells in the
3  on-olmesartan group than in the
4  off-olmesartan group.  That's
5  statistically significant.
6          There are more FoxP3+ cells,
7  which are regulatory T cells, supposed to
8  be inhibitive of formation.  That's also
9  statistically significant.  And the same
10 for IL15.
11         (Pause.)
12         THE WITNESS:  It will take
13     me a few more minutes to get
14     through the rest of it, but the
15     points that have just been made
16     demonstrate abnormalities in the
17     inflammatory response in the
18     on-olmesartan group compared to
19     the off-olmesartan group.
20         And, furthermore, I think
21     that this paper is important to
22     start -- in our beginnings of
23     understanding the molecular
24     mechanisms of this, but I would

Page 309

1       again go back to the analogy of
2       lung cancer and smoking.  We made
3       the association between smoking
4       and lung cancer long before we
5       knew about EGFR mutations, KRAS
6       mutations, P53 mutations, and so
7       on and so forth.
8          If you'd like, I could take
9       a few minutes and read more about
10      the ZO1.  I'd have to remind
11      myself what the conclusion was
12      regarding ZO1 --
13 BY MR. PARKER:
14      Q.  By the way, you keep
15 referring to your tobacco/cigarette
16 example.  That causal -- association then
17 causal association was demonstrated
18 through epidemiological research, not
19 case reports.  Right?
20      A.  Ultimately.
21      Q.  Ultimately, right.
22      A.  Ultimately, but it didn't
23 start that way --
24      Q.  That's not my question.

Protected Information - Steven M. Lagana, M.D.

Page 310

1   A.   -- AIDS was described in a
2   case report.
3       Q.   My question was, using your
4   example that you've used in cigarette
5   smoke, you say, well, we know what caused
6   it and we didn't know the mechanism.
7           And the reason the
8   scientific community agreed that there
9   was a cause and effect was based on
10  epidemiological research and a lot of it;
11  correct?
12          MR. SLATER:  Objection.
13          THE WITNESS:  The point I'm
14      trying to make is --
15          MR. PARKER:  Will you answer
16      my question?
17          MR. SLATER:  Objection
18      because there's a huge
19      foundational flaw.
20          You can answer.
21          THE WITNESS:  Mechanism
22      speaks to many different levels
23      and you're asking about the most
24      minute of levels, and I'm pointing

Page 311

1       out that it was half a century
2       with the cigarette smoking
3       phenomenon that we knew about the
4       causal effect of cigarette smoking
5       before we knew the molecular
6       biology to the extent that you're
7       asking me about it today.
8   BY MR. PARKER:
9       Q.   But my question is, the
10  scientific community reached a conclusion
11  of a causal relationship based upon
12  epidemiological research, not case
13  reports.
14          MR. SLATER:  Objection.
15          You can answer.
16          THE WITNESS:  I think both
17      were important; and in this case,
18      we do have not only the case
19      reports, but we have the French
20      study, which was a large
21      epidemiologic study, that did show
22      a clear signal.
23          MR. PARKER:  Move to strike.
24  BY MR. PARKER:

Page 312

1       Q.   Doctor, let's talk about --
2   you said on and off.  Now let's talk
3   about how this study was actually done.
4       A.   Okay.
5       Q.   They tell us that they had
6   seven people in whom they had biopsy
7   samples both while on olmesartan and off;
8   correct?
9           And then they had 26 samples
10  of 11 people who were on and different
11  people who were off.
12          MR. SLATER:  You're asking
13      him to tell you whether that's
14      right or not or are you just
15      reading the article to us now,
16      Bruce?
17          MR. PARKER:  No, I'm not.
18      I'm asking him -- he -- this is
19      Dr. Lagana's primary piece of
20      mechanistic literature.  I want to
21      make sure I understand.
22  BY MR. PARKER:
23      Q.   You said on and off.  The
24  conclusions that this group drew were

Page 313

1   looking at one group of people who had
2   been on and another group of people who
3   were off, not the paired samples.  Am I
4   correct?
5       A.   First, I don't think I said
6   this is my primary --
7       Q.   I'll withdraw that
8   "primary."
9       A.   Thank you.  So let me please
10  read through it and then I will respond
11  to your question, which is a very
12  detailed question, which I haven't
13  memorized.
14          MR. SLATER:  Which I'm
15      objecting to, just for the record,
16      on the form.
17          (Pause.)
18          THE WITNESS:  Can you tell
19      me where you found that
20      information?
21  BY MR. PARKER:
22      Q.   Well, I'm starting first at
23  the extraction of the duodenal biopsies.
24  They tell us that there were seven paired

Protected Information - Steven M. Lagana, M.D.

Page 314

1 samples, meaning somebody had a sample
2 taken while they were on drug and off the
3 drug, and then they had 14 other samples,
4 4 on and 10 off.  That's all laid out in
5 that paragraph there; correct?
6     A.  The one that says extraction
7 of duodenal biopsies.
8     Q.  Yes, sir.
9     A.  Okay.  Let me read it.
10         (Pause.)
11         THE WITNESS:  Okay.  Yes, I
12     agree with the way you've
13     characterized the patients.
14 BY MR. PARKER:
15     Q.  Now, the first thing that
16 you drew my attention to was the CD8
17 findings; correct?
18     A.  Uh-hum.
19     Q.  Now, if we turn to page 3
20 under distribution of CD8 cells, that's
21 the section you're relying upon.  Right?
22 Those are the results?
23     A.  Those are the results, yes.
24     Q.  They don't look at the

Page 315

1 paired samples and would you agree that
2 that would be more informative than
3 someone who was on and someone else who
4 was off, two different people?
5     A.  I would like to know that
6 information.  I don't know that I would
7 specifically say that -- if they only had
8 seven paired patients, that's a small
9 sample size, so I understand bringing
10 other exposed or unexposed patients into
11 it and I think it's still meaningful.
12     Q.  Doctor, all things being
13 equal, it's more informative to get
14 results from paired samples than unpaired
15 samples.  Would you agree with that basic
16 proposition?
17     A.  You used the term "better"?
18     Q.  More informative.
19     A.  More informative.
20         There are benefits both to
21 having paired and unpaired samples.  I
22 would like to know that information, as
23 I've said, and I agree that that would be
24 interesting information as well.

Page 316

1         I'm not sure that -- you get
2 individual variations that can be
3 corrected for by having unpaired samples,
4 so I think that there are benefits to
5 both paired and unpaired.
6     Q.  Tell me what benefit in a
7 scientific experiment like this looking
8 at the distribution of CD8 cells on and
9 off olmesartan -- what benefit would you
10 have with an unpaired sample compared to
11 paired?
12     A.  You get a more
13 population-based look at it.  If everyone
14 is paired, I would still want to see the
15 cumulative data, because I think the
16 cumulative data tells you something
17 different than the individual data tells
18 you.
19     Q.  We can agree in this case
20 they used the unpaired samples for their
21 analysis of CD8; correct?
22     A.  Are you implying that they
23 excluded the paired samples?
24     Q.  Doctor, I'm simply asking if

Page 317

1 you agree with what they say, the
2 analysis was done on unpaired samples, 11
3 on olmesartan, 17 off.
4     A.  Okay.  I agree.
5     Q.  Now, Doctor, nowhere in this
6 paper did these investigators attempt to
7 control for other drug usages by these
8 unpaired samples; correct?
9     A.  Well, let's see.
10         MR. SLATER:  You can take
11     your time and find it.
12         MR. PARKER:  I'm not rushing
13     him.
14         (Pause.)
15         THE WITNESS:  Okay.  I do
16     not see a reference to other
17     drugs.
18 BY MR. PARKER:
19     Q.  Doctor, they also -- "they,"
20 the investigators in this paper -- also
21 looked at transforming growth factor
22 beta; correct?
23     A.  I believe so, yes.
24     Q.  In fact, that was a theory

Protected Information - Steven M. Lagana, M.D.

Page 318

1 that the Mayo group put forth in 2012
2 when they first presented their case
3 series of 22 patients.
4     A.  I recall that being at least
5 one theory.  I don't know if that's the
6 only one that they mentioned, but --
7     Q.  And this paper found that
8 there was no support for that theory.
9     A.  I believe that's true.
10     Q.  And this paper found that
11 FoxP3 cells were upregulated in people on
12 olmesartan; correct?
13     A.  I believe that's true.  Let
14 me double-check that.
15     (Pause.)
16     THE WITNESS:  Correct.
17 BY MR. PARKER:
18     Q.  And FoxP3 cells are cells
19 that are -- the body makes when it's
20 attempting to turn off inflammation in
21 the body.
22     A.  That's our current
23 understanding of the main role of the
24 FoxP3+ T cell, yes.

Page 319

1     Q.  So you would want to see in
2 someone with inflammation an increase in
3 FoxP3 cells.
4     A.  What do you mean by "want to
5 see"?
6     Q.  Well, if you want to turn
7 off the inflammation that somebody is
8 experiencing, would you not want their
9 body to be producing more cells that have
10 a down regulatory effect on inflammation?
11     A.  Well, that would depend on
12 the cause of the inflammation.
13     Q.  Well, you haven't told me
14 how olmesartan is causing inflammation,
15 have you?
16     A.  Well, again, if you're
17 getting to the molecular mechanism by
18 which olmesartan -- the molecular
19 mechanism by which olmesartan causes
20 inflammation, I would say that we're
21 learning about that.  We don't know
22 everything about that and it's an unfair
23 bar to meet.
24     Q.  You keep saying olmesartan

Page 320

1 causes inflammation.  You reached that
2 conclusion because, clinically, people
3 have enteropathy who are on olmesartan;
4 your experience, as you told me, they go
5 off olmesartan and they get better, and
6 thus you conclude that olmesartan is
7 causing the inflammation in that person;
8 correct?
9     MR. SLATER:  Objection.  He
10     never said that was the sole basis
11     for his opinion.  Come on.
12     You can answer.
13     THE WITNESS:  Okay.  Well,
14     that's part of my -- of the basis
15     for my opinion, absolutely, my
16     clinical experience has shown me
17     that.
18     There are other -- I've also
19     seen case reports of dozens or
20     more patients who have similar
21     findings, including inflammation,
22     often that was demonstrated to
23     have resolved off olmesartan.
24     And the Basson study which

Page 321

1     I've referenced several times
2     shows an epidemiologic effect, so,
3     I mean, we can -- you say, well,
4     isn't it expected that FoxP3 would
5     be upregulated, isn't it expected
6     that CD8 would be upregulated,
7     yes, in a person who is inflamed.
8 BY MR. PARKER:
9     Q.  For FoxP3 cells, I said you
10 would want to see them upregulated in
11 someone who has inflammation for whatever
12 cause.
13     A.  Okay.  And that's incorrect,
14 because in some cases, if someone had an
15 infection or something, you don't want to
16 turn off the immune system FoxP3 cells.
17 You would want to see them increased.
18     If there was something like
19 an autoimmune-type reaction, then yes.
20     Q.  Okay.  Or celiac disease;
21 correct?
22     A.  Correct.
23     Q.  Okay.
24     A.  Celiac disease is an

Protected Information - Steven M. Lagana, M.D.

Page 322

1  autoimmune disease.
2      Q.   What is the connection
3  between IL15, if you know, and CD8 cells?
4      A.   Yeah, let me refresh my
5  memory.
6          (Pause.)
7          THE WITNESS:  IL15 and IL15
8      receptor are important in the T
9      cell reaction and the T cells --
10     CD8+ cells are T cells, so they're
11     part of the same pathways.
12 BY MR. PARKER:
13     Q.   What does that mean, they're
14 part of the same pathways?
15     A.   IL15 and IL -- IL15 is a
16 cytokine.  It has an effect on attracting
17 other cells.  I believe it attracts T
18 cells.  I can double-check that if you
19 want to get more in-depth on IL15.
20     Q.   So in some way, IL15 --
21 well, let me back up.  Does IL15
22 cytokine, is it secreted?  Does it exist
23 in the plasma?
24     A.   Cytokines are secreted, so

Page 323

1  yes.
2      Q.   Specifically IL15.
3      A.   I would assume so.  I don't
4  know exactly if it's --
5      Q.   If I'm outside your area,
6  just tell me.  I'm going to move on.  Am
7  I outside your area?
8      A.   I'm not an immunologist, so
9  it is possible to get out of my depth on
10 immunology.
11     Q.   Have I just gotten out of
12 your depth talking about IL15 and whether
13 it's secreted, whether it's present in
14 the plasma?
15     A.   Yes.
16     Q.   Okay.  See, very easy.
17     A.   Okay.
18     Q.   Now, let's go back to this
19 paper, and part of this paper talks about
20 CACO cells in tight junctions.
21     A.   Uh-hum.
22     Q.   Now, I want to make sure I
23 understand before I leave this paper, are
24 you placing any reliance on the results

Page 324

1  of this study from CACO cells in tight
2  junction?
3      A.   Allow me a minute to just --
4      Q.   Please.
5      A.   -- refresh the story about
6  the tight junctions.
7          (Pause.)
8          THE WITNESS:  I think the
9      tight junction story is
10     interesting.
11 BY MR. PARKER:
12     Q.   Do you rely upon it for your
13 opinion that there is a plausible
14 mechanism that has been established
15 through scientific study?
16     A.   Minimally.
17     Q.   Minimally.  Okay.
18         Turn to figure 6, please --
19 we'll leave CACO and tight junctions for
20 another day.
21     A.   Okay.
22     Q.   -- let's turn to figure 6.
23 Figure 6 is telling us how these
24 investigators were able to measure the

Page 325

1  level of IL15 receptors in their CACO
2  cell experiments; correct?
3      A.   Yeah, if you don't mind, I'd
4  like to look at our copy of this, because
5  this (Indicating) is a little bit --
6      Q.   I'm actually not going to
7  look at the diagrams, but please pull out
8  your own copy if it's better.
9          MR. SLATER:  It should be at
10     33.
11         THE WITNESS:  33.  Okay.
12     Figure 6.
13         MR. PARKER:  Yes, sir.
14         THE WITNESS:  Okay.
15 BY MR. PARKER:
16     Q.   Now, you see that what they
17 were doing here is, they were applying a
18 certain concentration of three different
19 ARBs, olmesartan, losartan, and
20 telmisartan, to these CACO cells and then
21 measuring the level of IL15 receptors;
22 correct?
23     A.   Okay.  Correct.
24     Q.   Now, when you read this, did

Protected Information - Steven M. Lagana, M.D.

Page 326

1  you ask yourself, well, what is the
2  relative concentration or dosing, if you
3  will, between losartan, telmisartan, and
4  olmesartan in people? Are they the same
5  or is there a difference in dose in the
6  human?
7        A.   I did not ask myself that
8  question.
9        Q.   Do you know which one is the
10 lowest?
11       A.   I do not know.
12       Q.   Okay.
13            And without knowing that,
14 you don't know whether this given
15 concentration of each one of these drugs
16 is more disproportional for one than the
17 other in terms of the physiologic load
18 that someone sees when they take the
19 drug.
20       A.   This is a cell line study.
21 This is -- to me, this is too far removed
22 from the clinic to draw direct --
23       Q.   I know, but can you answer
24 my question? Without knowing whether the

Page 327

1  dosing that are -- that -- the maximum
2  dose for olmesartan, losartan, and
3  telmisartan are the same or different,
4  you won't know whether this concentration
5  that was the same concentration used for
6  all these drugs would have a
7  disproportionate effect from one drug to
8  another.
9        A.   I would expect that the peer
10 reviewers of this article would have
11 addressed that.
12       Q.   I'm asking you, sir. As you
13 read this paper --
14       A.   Well, I -- no, as I said, I
15 would expect that whoever peer reviewed
16 this would have assumed -- would have
17 confirmed that it was appropriate.
18       Q.   I see. So you've never --
19 well, let me ask you directly: Do you
20 know what the plasma concentration of
21 olmesartan is in the human?
22       A.   No.
23       Q.   So without knowing the
24 plasma concentration of olmesartan, you

Page 328

1  don't know what the concentration is used
2  here, whether it's comparable to what a
3  human might see taking olmesartan or
4  vastly increased from what someone will
5  see when they take olmesartan, do you?
6        A.   I would presume that the
7  peer reviewers of this reputable journal
8  would have confirmed that the study
9  design was appropriate.
10       Q.   That's not an answer to my
11 question. My question is, without you as
12 a scientist doing a review of this paper
13 as part of the work in this case, you
14 personally don't know how 30 -- and this
15 is -- on figure 6, this is 30 micromoles,
16 right, that's what that symbol stands
17 for?
18       A.   Uh-hum.
19       Q.   U-M-O-L?
20       A.   Yep.
21       Q.   30 micromoles per liter of
22 losartan, olmesartan, and telmisartan,
23 that's the concentration that was used.
24 Right?

Page 329

1        A.   Uh-hum.
2             MR. SLATER: Objection.
3             You can answer.
4  BY MR. PARKER:
5        Q.   Let's focus just on
6  olmesartan. Do you know what the maximum
7  dosing is of olmesartan in the United
8  States?
9        A.   40 milligrams a day.
10       Q.   And what you're not able to
11 tell me right now is whether 30
12 micromoles per liter of olmesartan -- how
13 that compares to someone who gets 40
14 milligrams of the drug.
15       A.   I'm not a basic scientist.
16 This paper was peer reviewed and
17 published in a fairly prominent journal.
18 It's my understanding that papers that
19 are published in peer-reviewed journals
20 like this have gone through a peer-review
21 process and that the study design is
22 appropriate. If it's not, someone should
23 publish a counterargument.
24       Q.   But, Doctor, my question to

Protected Information - Steven M. Lagana, M.D.

Page 330

1 you is, you don't know -- I'm not talking
2 about peer reviewers. You don't know
3 that, do you, sir?
4      A.   I don't know that, nor do I
5 think I should be expected to. It's
6 published in a prominent journal.
7      Q.   Do you know what the impact
8 factor of this prominent journal is?
9      A.   I don't, but I've seen the
10 journal many times. Do you know?
11     Q.   Have you ever published in
12 it?
13     A.   No.
14     Q.   Is it a paid for publication
15 journal?
16     A.   I don't know.
17     Q.   Doctor, if I were to tell
18 you that 30 micromoles per liter of
19 olmesartan is approximately 20 times
20 greater than any human will ever get
21 taking olmesartan at 40 milligrams, would
22 it say that maybe these results are not
23 physiologic?
24          MR. SLATER: Objection.

Page 331

1          You can answer.
2          THE WITNESS: I couldn't
3      say. It would really depend if
4      this is standard for studies like
5      this, and that would be reliant on
6      a peer reviewer who is an expert
7      at this type of experiment to say.
8 BY MR. PARKER:
9      Q.   Let me -- let's talk about
10 one other question as long as we're
11 talking about peer reviewers. Let's see
12 if I can find it. Bear with me. Okay.
13          Doctor, if we look at figure
14 6, as we have been, the concentration
15 that's said to be used is 30 micromoles
16 per liter. Right?
17     A.   Correct.
18     Q.   Then if we go back to the
19 next page, figure 7, another part of this
20 experiment, again they talk about 30
21 micromoles per liter of olmesartan that's
22 used.
23     A.   Okay.
24     Q.   Right?

Page 332

1      A.   That's what it seems to say.
2      Q.   And then in figure 8, we see
3 30 micromoles per liter of olmesartan.
4 Right?
5      A.   Okay.
6      Q.   Now, those are all
7 statements that follow page 5 of this
8 report; correct?
9      A.   So those are all after page
10 5, you're saying?
11     Q.   Yes.
12     A.   Yes.
13     Q.   And if we look on page 5,
14 what actually appears in the text that
15 these peer reviewers would have looked at
16 is that olmesartan medoxomil was used at
17 30 millimoles per liter. Do you see
18 that? On the right-hand side. And they
19 actually reference figure 6.
20     A.   30 micromoles per liter,
21 yes, that's --
22     Q.   No. MM is millimoles.
23     A.   Oh.
24     Q.   Correct?

Page 333

1      A.   Okay. Yeah, you're right.
2 MM, millimoles.
3      Q.   How much larger is a
4 concentration of 30 millimoles compared
5 to 30 micromoles?
6      A.   A thousand.
7      Q.   A thousand times.
8      A.   Yeah. So it's a typo. I
9 mean, we're fighting about the tree here
10 and we're really ignoring the forest,
11 which is that --
12     Q.   Well, we're really talking
13 about --
14          MR. SLATER: Hey, you know,
15      he's talking and you're
16      interrupting because you're
17      arguing with him --
18          MR. PARKER: I'm not arguing
19      --
20          MR. SLATER: Hey, wait.
21      Hang on. You just interrupted
22      him. Slow down. Bruce, it's not
23      getting done soon.
24          MR. PARKER: Answer the

Protected Information - Steven M. Lagana, M.D.

Page 334

1  question --
2      MR. SLATER: Hang on.
3  Listen, you're going to use your
4  time and I'm going to go and
5  prepare for 45 minutes and then do
6  my questions.
7      MR. PARKER: Right.
8      MR. SLATER: So just relax.
9      MR. PARKER: Doctor --
10      MR. SLATER: Wait. He was
11  talking. You interrupted him.
12  You're just not going to let him
13  continue --
14      MR. PARKER: Are you going
15  to talk for the rest of the night?
16      MR. SLATER: Every time you
17  interrupt him --
18      MR PARKER: Then we'll go on
19  longer than the seven hours --
20      MR. SLATER: No, you won't
21  --
22      MR. PARKER: Doctor --
23      MR. SLATER: He was speaking
24  -- hey --

Page 335

1      MR. PARKER: Don't tell me
2  what I'm going to do.
3      MR. SLATER: He was
4  speaking. You're going to let him
5  finish his answer.
6      MR. PARKER: Sure, I'm going
7  to let him finish the answer.
8  BY MR. PARKER:
9      Q.  How much greater are
10  millimoles than micromoles?
11      MR. SLATER: Don't answer --
12  finish your other answer, then you
13  can answer whatever question he
14  wants to pile on after.
15      MR. PARKER: So you're
16  instructing him how to answer the
17  question. That's good.
18      MR. SLATER: I'm telling him
19  to answer the question. You
20  interrupted his answer.
21      MR. PARKER: Go ahead,
22  Doctor.
23      THE WITNESS: Okay. It is
24  1,000 times greater and it is --

Page 336

1      what I was going to say is, we're
2      discussing -- you know, we're
3      arguing about the color of the
4      bark on one of the trees in
5      Sherwood Forest and I think that
6      it's trivial.
7          But, yeah it's a typo.
8      There's a trivial typo --
9  BY MR. PARKER:
10      Q.  In answer to a number of my
11  questions about the experimental design
12  of this study, your response to a number
13  of those questions, well, I gotta rely
14  upon the peer reviewers who will not
15  allow this to be published unless it's
16  the right experiment.
17          That's in essence what you
18  were telling me. Right?
19      MR. SLATER: Objection;
20      mischaracterization and
21      foundation.
22      MR. PARKER: Right?
23      THE WITNESS: Well, I mean
24      -- yes and, you know, you've --

Page 337

1      clearly there's a typo. What
2      percentage of medical articles
3      have typos in them, I don't know.
4      I don't know that this has more
5      typos than anything else or that
6      this is, you know, specifically
7      sloppy because there's one typo,
8      which is clearly what the
9      implication is, and again this is
10      a minute part of my thinking on
11      this topic.
12  BY MR. PARKER:
13      Q.  Doctor, I just want to ask
14  my questions about a paper that you've
15  said and you relied upon in your report.
16  Okay?
17          If this paper at 30 -- if
18  the true value was 30 millimoles, not
19  micromoles -- let me stop there. You
20  don't know what the right concentration
21  is. Right?
22      MR. SLATER: Objection.
23      You can answer.
24      MR. PARKER: Sitting here

Protected Information - Steven M. Lagana, M.D.

Page 338

1  right now.
2       THE WITNESS: I would
3  acknowledge that it said two
4  different -- it's said incorrectly
5  at least once.
6       I would assume it's
7  micromolar.
8  BY MR. PARKER:
9       Q.   But you don't know that, do
10 you, sir?
11      A.   No.
12      Q.   And if it -- if -- you don't
13 know, but if 20 micromoles is 30 times
14 greater -- excuse me.  If 30 -- I'll
15 start again.
16      If 30 micromoles is 20 times
17 greater than a dosage of 40 milligrams in
18 a human, then 30 millimoles is 2,000
19 times greater than what someone would
20 ever experience taking olmesartan at
21 prescribed dosages.
22      MR. SLATER:  Objection.
23      You can answer.
24      MR. PARKER:  Right?

Page 339

1       THE WITNESS:  Okay.
2  BY MR. PARKER:
3       Q.   Okay.  Now, and as we talked
4  about, as you read this paper -- and you
5  said you read it --
6       A.   I did.
7       Q.   -- and you tried to
8  determine whether this was reliable
9  science -- correct?
10      A.   Yes.
11      Q.   Okay -- the issues that
12 we're talking about, concentrations and
13 dose, were not questions you asked
14 yourself.  Fair enough?
15      A.   Right.  I presumed that they
16 were appropriate based on the fact that
17 the paper was peer reviewed.
18      Q.   If, in fact, the
19 concentrations here were 20 times larger
20 than what a person would see, is it your
21 view -- and if it's outside your area,
22 just tell me -- is it your view that
23 that's an appropriate dosing to use to
24 determine what a person taking olmesartan

Page 340

1  at 40 milligrams is likely to see happen
2  in their body?
3       A.   It's outside my area.
4       Q.   Okay.
5       A.   If that's standard, fine.
6  If it's not, then someone should write a
7  letter to the editor about it.
8       Q.   Let's turn to a different
9  area --
10      A.   Can we do another five
11 before we move on?
12      MR. SLATER:  Yes.
13      MR. PARKER:  Sure.
14      THE WITNESS:  Okay.
15      (A recess was taken from
16      5:17 p.m. to 5:27 p.m.)
17      - - -
18      (Deposition Exhibit No.
19      Lagana-15, 2015 Original Article
20      "Severe intestinal malabsorption
21      associated with olmesartan: a
22      French nationwide observational
23      cohort study" by Basson, et al,
24      was marked for identification.)

Page 341

1       - - -
2  BY MR. PARKER:
3       Q.   Doctor, let's go on with
4  Exhibit 15, which is the Basson paper, a
5  paper that you've mentioned a few times
6  today.  Okay?
7       A.   Sure.
8       Q.   And this is that French
9  study that you have mentioned throughout
10 the course of the day?
11      A.   Correct.
12      Q.   Have you discussed the
13 methodology in this paper with any of
14 your colleagues at Columbia who are
15 trained in epidemiology?
16      A.   I can't recall any specific
17 discussions with my colleagues about the
18 methods.
19      Q.   And I want to make sure that
20 I'm not assuming something that's
21 incorrect.  You've never been trained in
22 the field of epidemiology beyond which
23 you're exposed to in medical school; is
24 that correct?

Protected Information - Steven M. Lagana, M.D.

Page 342

1  A.  That's correct.
2  Q.  You certainly don't hold
3  yourself out as being an epidemiologist.
4  A.  I do not.
5  Q.  Okay.
6      Now, is it within your area
7  of expertise, in light of what we just
8  discussed, to discuss the methodological
9  strengths and weakness of this paper?
10  A.  I believe so.
11  Q.  Doctor, first off, there's
12  no controlling in this paper for other
13  drug use, is there?
14  A.  Meaning other than other
15  antihypertensives?
16  Q.  I'll accept that, but, yes,
17  I'm talking about other drugs that are
18  known to either induce diarrhea or to
19  prevent it.
20  A.  I don't believe so.
21  Q.  Is that a weakness of this
22  study design?
23  A.  In my opinion, that would
24  only be a weakness if you expect that the

Page 343

1  rates of usage of diarrhea-causing or
2  preventing medicines is different between
3  olmesartan users and other users of ARB
4  -- or users of other ARB; otherwise, you
5  would expect that whatever contribution
6  is there comes out in the wash.
7  Q.  So I'm not sure that answers
8  my question.  You said "if."  My question
9  is, do you consider that to be a
10  limitation of this study, a
11  methodological limitation?
12  A.  I don't consider it to be a
13  significant weakness.
14  Q.  This paper doesn't look at
15  the endpoint of sprue-like enteropathy
16  associated with olmesartan or
17  olmesartan-associated enteropathy or any
18  other name given to enteropathy in
19  connection with taking olmesartan, does
20  it?
21  A.  So this is based on registry
22  data and ICD coding, of which there is
23  not an ICD code for olmesartan-associated
24  enteropathy, so --

Page 344

1  Q.  So I'm right.
2  A.  You are correct.
3  Q.  Okay.  Thank you.  All
4  right.
5      Now, they do look at
6  malabsorption.  That's their primary
7  endpoint; correct?
8  A.  Sorry.  I just sort of
9  bumped my knee on the table.
10  Q.  Ouch.
11  A.  Give me a second.  Yeah.
12  Otherwise, my answers are going to get
13  hostile.
14      All right.  Please repeat
15  your question.
16  Q.  Sure.
17      The primary endpoint of this
18  study was malabsorption.
19  A.  I believe it was an ICD code
20  of malabsorption or celiac disease -- the
21  primary was malabsorption, yes.
22  Q.  And that's my second
23  question: The secondary outcome was
24  celiac disease.

Page 345

1  A.  Correct.
2  Q.  Now, do you consider
3  malabsorption -- strike that.
4      The -- an endpoint of
5  malabsorption or diarrhea, for example,
6  would be considered to be a surrogate for
7  olmesartan-associated enteropathy or
8  sprue-like enteropathy.
9  A.  The ICD code for
10  malabsorption I think is a reasonable
11  surrogate for olmesartan enteropathy.
12  Q.  Well, you were one question
13  ahead of me, but my first question is,
14  it's considered a surrogate and your
15  answer to me is, you consider it to be a
16  good surrogate.
17  A.  Reasonable.
18  Q.  Reasonable.  Okay.
19      Is there a better surrogate
20  to use to study -- to do an
21  epidemiological study if you're looking
22  at sprue-like enteropathy associated with
23  olmesartan?
24  A.  Assuming that we're working

Protected Information - Steven M. Lagana, M.D.

Page 346

1 with registry data like these people
2 were?
3    Q.   Well, let's start there.
4    A.   If you want to suggest a
5 couple, I can tell you if I think that
6 they're better --
7    Q.   No, this one's all in your
8 court, Doctor.
9    A.   So you want a better
10 surrogate --
11   Q.   Is there?  You said it is a
12 good one, so my question is, is there a
13 better one than malabsorption in your
14 opinion?
15   A.   Well, I think the ICD code
16 for celiac disease certainly is another
17 reasonable one.  If it's better or not, I
18 don't really think I have an opinion on
19 that.
20   Q.   Well, of the epidemiologic
21 studies of which you are now aware,
22 including Basson -- that's malabsorption;
23 correct?
24   A.   Uh-hum.

Page 347

1    Q.   -- then you have Greywoode,
2 which was diarrhea; correct?
3    A.   I'd have to double-check
4 Greywoode.
5    Q.   Padwal was hospitalization
6 for noninfectious GI disorders?
7    A.   I'd have to double-check it
8 as well.
9    Q.   Okay.
10        And the Manhaller paper were
11 a variety of GI endpoints.
12   A.   Yes.
13   Q.   Free to pick any other
14 surrogate endpoint, but of that group, do
15 you have an opinion as to which you
16 consider to be the best surrogate for
17 sprue-like enteropathy?
18   A.   I would think that
19 malabsorption, diarrhea, celiac disease,
20 those are the ones that would come to my
21 mind as the best -- or as a group of
22 reasonable ones.  As far as is one better
23 than the other, I don't have an opinion.
24   Q.   You left out GI

Page 348

1 hospitalization for noninfectious causes.
2 Why would you consider that to be
3 inferior to the other ones?
4    A.   Well, I mean, so patients
5 with colon cancer are going to be caught
6 by that endpoint.  It's a little bit less
7 specific.
8    Q.   Anything else, sir?
9    A.   I have nothing else to add
10 to that.
11   Q.   Doctor, let's take a look at
12 this paper and the authors of this study
13 -- and you do embrace this as part of
14 your causation opinion, you've told me a
15 couple times today; correct?
16   A.   I do.
17   Q.   Okay.  The authors report on
18 page 1 -- report states -- excuse me --
19 these reports suggest that olmesartan may
20 cause severe enteropathy; however, the
21 level of evidence of case reports in
22 small series is limited.
23        Now, this is a paper
24 published after July of 2015.  Do you

Page 349

1 agree that that's an accurate statement
2 at the time this paper was published?
3        MR. SLATER:  Objection.
4        You can answer.
5        THE WITNESS:  I would agree
6    that on the hierarchy of evidence,
7    case series and case reports are
8    on the lower end of that, so yes.
9 BY MR. PARKER:
10   Q.   If you turn to the next page
11 and the first full paragraph begins with
12 "The association" -- do you see that?
13   A.   Yep.
14   Q.   -- and they write, "The
15 association between olmesartan and
16 enteropathy needs to be further
17 investigated.  The causality of the
18 association remains uncertain and its
19 magnitude has not been determined."
20        Do you agree with that
21 statement at the time this was written in
22 August of 2015?
23        MR. SLATER:  Objection.
24        You can answer.

Protected Information - Steven M. Lagana, M.D.

Page 350

1       THE WITNESS:  Well, let's
2  parse it a little bit, if I may.
3       The association between
4  olmesartan and enteropathy needs
5  to be further investigated, I
6  would think anyone who cares about
7  this topic would agree with that
8  statement.  No one would say we're
9  done and close the book on this.
10      The causality of the
11 association remains uncertain,
12 that doesn't reflect my opinion --
13 BY MR. PARKER:
14      Q.   As of August of 2015.
15      A.   I believe that is accurate.
16      Q.   I mean, I'm just trying to
17 be fair to the authors.  That's when they
18 wrote this.  Right?
19      A.   Okay.
20      Q.   Okay.
21      A.   And the magnitude has not
22 been determined, I agree.
23      Q.   And by magnitude, what do
24 you understand them to be saying?

Page 351

1       A.   I would expect they'd be
2  talking about the incidence, the increase
3  of the relative risk.
4       Q.   If you turn to table 1, tell
5  me if I'm understanding this correctly,
6  in their study, they looked at some
7  860,000 registry records for olmesartan
8  users, out of which they found 48 cases
9  of malabsorption; is that correct?
10      A.   It's going to take me a
11 minute to determine -- I agree with most
12 of what you said.  I need to clarify if
13 this is just malabsorption or
14 malabsorption and celiac disease they're
15 referencing here.
16      (Pause.)
17      MR. PARKER:  This might help
18 you, Doctor.  If you turn to the
19 third page, the paragraph
20 "Incidence of severe malabsorption
21 and celiac disease"?
22      THE WITNESS:  Uh-hum.
23 BY MR. PARKER:
24      Q.   They report 48 cases of

Page 352

1  malabsorption?
2       A.   Yep.  I'm reading that and
3  I'm just looking to see if they give a
4  separate incidence for the celiac disease
5  or if that's included in the 48 cases.
6       (Pause.)
7       THE WITNESS:  Okay.  I think
8  that the number 48 reference to
9  malabsorption does not include the
10 celiac disease cases, so I would
11 agree with your statement.
12 BY MR. PARKER:
13      Q.   And, actually, they don't
14 give us the number of celiac disease
15 cases.  They give us a relative risk, but
16 not the number of cases; correct?
17      A.   Okay.  I'm going to have to
18 check that again.  I --
19      Q.   Yeah, sure.
20      A.   In that paragraph, I didn't
21 see that.  I saw the relative risk.  I
22 didn't see the --
23      MR. SLATER:  He's just
24 waiting for your answer.  You can

Page 353

1       just look for it, take your time,
2       and answer his question.
3       (Pause.)
4       THE WITNESS:  Okay.  I think
5       that what you said is accurate.
6  BY MR. PARKER:
7       Q.   Doctor, if we scroll down
8  that column, we see them beginning to
9  report on celiac disease, the relative
10 risk.  Do you see that?
11      A.   You're talking about on page
12 4, underneath the table on the right?
13      Q.   Actually, I'm looking at
14 page 3 when it begins to discuss the
15 results for celiac disease.  Paragraph
16 begins, "Hospitalizations with a
17 discharge diagnosis of celiac disease,"
18 do you see that?
19      A.   Yep.
20      Q.   Okay.  And if you just read
21 that to yourself over -- it continues
22 over, they report a relative risk of 4.82
23 for celiac disease occurrences between
24 olmesartan and other ARB users; correct?

Protected Information - Steven M. Lagana, M.D.

Page 354

1    A.   Yep.
2    Q.   What does that mean, 4.82?
3    A.   It means that if we take the
4  other ARB users to be the controls, if we
5  said 1 out of -- these are made-up
6  numbers and totally inaccurate, but if we
7  said 1 out of a hundred patients taking
8  an ARB other than olmesartan were
9  hospitalized with a discharge diagnosis
10 of celiac disease, 4.82 olmesartan users
11 would be hospitalized with a discharge
12 diagnosis of celiac disease.
13     Q.   A fourfold increase
14 according to these data?
15     A.   Almost five.
16     Q.   Almost five.
17          Doctor, in terms of the
18 number of files examined, how does this
19 study compare with the Mini-Sentinel?
20     A.   The number of patient years
21 examined, you're asking?
22     Q.   Patient years or files out
23 of which the analysis in the
24 Mini-Sentinel was done -- let me back up.

Page 355

1  Do you know how the Mini-Sentinel was
2  done?
3     A.   I wouldn't say I know
4  exactly how it's done, no.
5     Q.   So you can't compare the
6  size of the database that the FDA was
7  looking at to arrive at their conclusions
8  compared to what the French folks were
9  looking at.
10     A.   I was not going to make that
11 comparison, no.
12     Q.   Okay.
13          Isn't the result obtained
14 for celiac disease by the French people
15 looking at their French data for
16 olmesartan compared to other ARBs
17 inconsistent with the FDA's analysis in
18 the Mini-Sentinel on celiac disease?
19          MR. SLATER:  Objection;
20 foundation.
21          (Pause.)
22          THE WITNESS:  I don't see
23 the Mini-Sentinel here.  I don't
24 know.

Page 356

1          MR. PARKER:  Okay.  Fair
2   enough.
3  BY MR. PARKER:
4     Q.   Doctor, I want to change
5  subjects in the time I have left and move
6  around a little bit.
7     A.   Sure.
8     Q.   Do you have an understanding
9  of what is meant by the Bradford Hill
10 criteria?
11     A.   I do.
12     Q.   Those criteria are not
13 addressed, not mentioned, in your report;
14 correct?
15     A.   Not specifically, no.
16     Q.   Have you ever published a
17 paper of any type in which you used the
18 Bradford Hill criteria to arrive at a
19 conclusion of whether cause and effect
20 relationship existed between a drug and
21 an outcome?
22     A.   I think that the Bradford
23 Hill criteria is something that we learn
24 about in medicine and think about when

Page 357

1  we're evaluating those questions, but
2  I've never -- I've never, you know,
3  specifically written a paper in which I
4  looked at each point and made a response.
5     Q.   I take it from your last
6  answer that in the period of time that
7  you were writing your general causation
8  report, you were aware of and understood
9  the Bradford Hill factors criteria.
10     A.   I was familiar with the
11 criteria.
12     Q.   And what is their use in
13 medical science?
14     A.   They are a set of questions
15 which are used to address cause and
16 effect.
17     Q.   Can you explain for me why
18 that methodology was not used in your
19 report?
20     A.   I think it influences my
21 thinking, those points influence my
22 thinking.  I didn't explicitly go through
23 them because -- I don't know.  Just did
24 not do that.