# EXHIBIT 3

Protected Information - Steven M. Lagana, M.D.

Page 358

1    Q.   Fair enough.
2         Doctor, I noticed, going
3    back to your supplemental list of
4    materials, Exhibit No. 4 --
5    A.   Okay.
6    Q.   -- that you were provided
7    with reports of three of the plaintiffs
8    other experts, Dr. Leffler, Tackett, and
9    Lebwohl.
10   A.   Yes.
11   Q.   You were not provided,
12   however, with a copy of Dr. Hutfless'
13   report, were you, sir?
14   A.   Hutfless?
15   Q.   Hutfless, H-U-T-F-L-E-S-S?
16   A.   No.
17   Q.   Does that name even sound
18   familiar?
19   A.   It does not.
20   Q.   I'll represent to you, sir,
21   that she is an epidemiologist retained by
22   the plaintiffs to offer opinions in this
23   case.
24   A.   Okay.

Page 359

1    Q.   I'll represent to you
2    further, Doctor, that in discussing your
3    paper, the one we talked about in 2015
4    where you looked at 20 and 20, 20, 20,
5    that she wrote that that paper does not
6    contribute to evidence of causality or
7    causation.
8         Assuming I've made the
9    representation accurately -- I believe I
10   have -- do you agree or disagree with
11   that conclusion of hers?
12        MR. SLATER:  Objection.
13        THE WITNESS:  I think that I
14   would agree that that paper does
15   not make a very significant impact
16   to the story of causation; and,
17   really, I would also point out
18   that, you know, those were not
19   olmesartan enteropathy patients
20   that we were looking at.  We were
21   specifically trying to just
22   approximate your typical GI clinic
23   patient who maybe has something --
24   they have a complaint, these

Page 360

1    patients had abdominal pain, but
2    nothing serious.
3         So we were kind of looking
4    to see is there a broader -- part
5    of what we were looking for was,
6    is there a broader range of injury
7    either caused by olmesartan or by
8    other ARBs, and I would agree that
9    we did not have a striking
10   difference amongst any of the
11   groups.
12   BY MR. PARKER:
13   Q.   Those patients, the 20, came
14   in with complaints of abdominal pain.
15   A.   Right.
16   Q.   With a history of taking
17   olmesartan.
18   A.   Uh-hum.
19   Q.   What made them not
20   sprue-like enteropathy patients?
21   A.   Well, several reasons:  One
22   is that none of the patients was
23   dechallenged, ever, so all we would -- I
24   think that there is a distinction to be

Page 361

1    drawn here between the spectrum of the
2    variability that can be seen in
3    olmesartan enteropathy and the more
4    common presentations.
5         A very nonspecific, mild
6    complaint like abdominal pain in a
7    patient who happens to take olmesartan,
8    is never taken off olmesartan, and never
9    has any response or lack of response
10   documented, that is not an olmesartan
11   enteropathy patient.
12        If those patients had -- if
13   the gastroenterologists in those cases
14   had decided to take them off olmesartan
15   and it had had some impact on them, then
16   we could talk about them potentially
17   being olmesartan enteropathy patients.
18   Q.   So let me make sure I
19   understand.  These 20 patients were seen
20   at Columbia; correct?
21   A.   Uh-hum.
22   Q.   They came in with abdominal
23   pain to such a degree that they end up
24   having an invasive procedure, an

Protected Information - Steven M. Lagana, M.D.

Page 362

1  endoscopy; correct?
2      A.    A common indication for a
3  common procedure.
4      Q.    Where snips of their tissue
5  were taken out and studied.
6      A.    Uh-hum.
7      Q.    With knowledge that they
8  were taking olmesartan; correct?
9      A.    Uh-hum.
10     Q.    And the GIs at Columbia
11  said, go on home, and they didn't tell
12  them to stop taking olmesartan?
13     A.    To the best of my knowledge,
14  they did not.
15     Q.    And how long was -- did this
16  -- how long ago were these series of 20
17  patients seen with abdominal pains,
18  endoscopy results, and told -- knowing
19  they had olmesartan -- just go on home
20  and continue with your olmesartan?
21         MR. SLATER:  Objection; lack
22     of foundation.
23         THE WITNESS:  Sorry.  What
24     was the question again?

Page 363

1  BY MR. PARKER:
2      Q.    Was this relatively -- I
3  mean, your paper is 2015.
4      A.    Uh-hum.
5      Q.    When were these series of 20
6  people seen at Columbia?
7      A.    Oh, from what years did we
8  get the patients, do you mean?
9      Q.    Yes, sir.
10     A.    I'll have to check.
11     Q.    That's Exhibit 12 if that's
12  helpful.  Well, you can probably find it
13  faster in your book.
14         (Pause.)
15         THE WITNESS:  I don't think
16     that we reported the years from
17     which the biopsies were taken.  I
18     think, to the best of my
19     recollection, it was maybe five or
20     six years prior to the publication
21     of this article, so --
22  BY MR. PARKER:
23     Q.    And when you did your work,
24  did you say to your colleagues, guys,

Page 364

1  ladies, we should go back and call these
2  20 people and tell them maybe they should
3  stop taking their olmesartan?
4         MR. SLATER:  With that same
5     tone of voice, that -- that
6     condescending we're a bunch of
7     idiots voice that you're throwing
8     out there, Bruce?
9         MR. PARKER:  I wouldn't say
10     it was condescending.  I would say
11     I would be incredulous if I were
12     at Columbia and realized they
13     hadn't been told and given your
14     views on this.  Incredulous is the
15     tone I was trying to convey.
16         MR. SLATER:  It's
17     argumentative.  We're almost
18     there.  Let's just take it easy.
19  BY MR. PARKER:
20     Q.    Did you ever propose to your
21  colleagues after you did this study that
22  someone should make an effort and go back
23  and talk to these people?
24         MR. SLATER:  Objection.

Page 365

1         You can answer.
2         THE WITNESS:  Okay.  We
3     talked about whether we thought --
4     whether we thought there was a
5     reason to or not, and we decided
6     that there wasn't and the reasons
7     being, one, although there was a
8     trend, it's a negative study.  The
9     P value is less than -- is more
10     than .05, so we didn't have a
11     definitive -- we couldn't assess
12     causality or infer causality from
13     something with only a trend and
14     not a statistically significant
15     difference --
16  BY MR. PARKER:
17     Q.    But your views throughout
18  today had been, if you had called back
19  those 20 people still taking olmesartan,
20  perhaps still having abdominal pain after
21  all those years and you said stop taking
22  olmesartan and they stopped taking it and
23  the pain went away, that would prove
24  causation.  Right?

Protected Information - Steven M. Lagana, M.D.

Page 366

1   A.   If a patient, whether
2  they're one of these 20 or not, had a
3  symptom and the only change that was made
4  was discontinuation of a medication and
5  that resulted in the resolution of their
6  symptom, then, yes, I would think that
7  that is some evidence that it was
8  causative.
9      Q.   Let's turn to a different
10 area.
11     A.   Okay.  I'm just going to
12 grab some water.  I'll be right back.
13     Q.   Sure, sure.  Take your time.
14        Doctor, I want to explore
15 another area and if this is getting into
16 the clinical realm and you don't feel
17 comfortable, tell me and I'll go on.
18        Is it your view, Doctor,
19 that a patient has to take olmesartan for
20 some period of time before any GI
21 symptoms that develop can be said to be
22 olmesartan enteropathy if they go away
23 when you stop taking the drug?
24     A.   I would say that the

Page 367

1  literature supports that there's a pretty
2  long lag time, on the order of months to
3  years, before olmesartan enteropathy
4  develops.
5        So I would say that maybe
6  not in all cases, but most of the cases
7  do involve a fairly long exposure before
8  the syndrome develops.
9        And I'll say that's also in
10 the primary context.  The rechallenge
11 data is pretty notable in that once the
12 -- once the pump is primed for this
13 reaction, it does appear that people get
14 their relapses very quickly upon
15 reintroduction of olmesartan.
16     Q.   Before I go on to my next
17 question, you just said something that
18 makes me think about this:  When someone
19 is diagnosed with celiac disease and they
20 go on a gluten-free diet and have
21 improvement of their GI symptoms and then
22 resume gluten in their diet, what has
23 been your experience of the time course
24 in which they resume having symptoms or

Page 368

1  an increase in the symptoms?
2      A.   Quickly.
3      Q.   What does that mean?  Hours
4  or days?
5      A.   Hours to days.
6      Q.   So in your understanding, a
7  -- well, strike that.  Let me make a
8  foundation.
9        Is celiac also a
10 delayed-type hypersensitivity reaction?
11        MR. SLATER:  Objection.
12        You can answer.
13        THE WITNESS:  No.
14 BY MR. PARKER:
15     Q.   What is your understanding
16 of the time course that the body needs to
17 mount an attack to something through a
18 delayed-type hypersensitivity reaction?
19 Is it hours or is it days?
20     A.   I don't know.
21     Q.   Now let's go back to my
22 question, Dr. Lagana.  I want to go back
23 to what I started to ask you to make sure
24 I better understand your views on the

Page 369

1  time course that's needed to be on drug
2  before, if GI symptoms were to develop,
3  you might call them sprue-like
4  enteropathy.  Okay?  Let me try to flesh
5  that out for you.
6      A.   Okay.
7      Q.   If someone starts taking --
8  well, let me ask a foundational question:
9  Is it your understanding that ARB drugs,
10 ACE drugs, other hypertension drugs, are
11 commonly associated with diarrhea?
12     A.   Define "commonly."
13     Q.   Well, do physicians who
14 prescribe that drug recognize and see in
15 their clinical practice that patients at
16 times within days of starting that drug
17 -- those drugs -- excuse me -- develop
18 diarrhea?
19     A.   I would think so.  I don't
20 see patients in an office, so I don't
21 have firsthand knowledge of that, but I
22 believe so.
23     Q.   If someone starts taking
24 olmesartan and with two or three days

Protected Information - Steven M. Lagana, M.D.

Page 370

1 into taking the drug develop diarrhea,
2 and then after two days of diarrhea, they
3 stop the olmesartan and the diarrhea
4 stops, is that a case of sprue-like
5 enteropathy?
6     A.    I wouldn't classify it that
7 way.  I would classify it as an adverse
8 drug reaction, diarrhea, but I would not
9 think that fits criteria for sprue-like
10 enteropathy associated with olmesartan.
11     Q.    Now let me go the other
12 extreme and let's say, after two years on
13 the drug, someone develops diarrhea and,
14 after two days, they just stop the drug
15 and the symptoms go away.  Are those two
16 days of diarrhea sprue-like enteropathy?
17     A.    They had two days of
18 diarrhea?
19     Q.    Yeah, and then they stopped,
20 the diarrhea goes away.  So both cases,
21 diarrhea for two days.  One, it starts
22 two years after you start the drug, the
23 other one two days after you start the
24 drug.

Page 371

1     A.    Could you repeat the
2 question, please?  I'm not sure I
3 understood.
4     Q.    Sure.  I'm trying get an
5 understanding.  You said to me -- but if
6 I was wrong, correct me -- if someone
7 starts taking olmesartan and two or three
8 days into taking the drug, they develop
9 diarrhea and after two days they stop the
10 olmesartan and it goes away, you said, I
11 wouldn't characterize that as sprue-like
12 enteropathy.
13     A.    Yes.
14     Q.    Okay.
15         Now, if someone has been on
16 the drug for two years and then develops
17 diarrhea one day and, after two days of
18 diarrhea, stops taking olmesartan and the
19 diarrhea stops, does that now become a
20 case of sprue-like enteropathy?
21         MR. SLATER:  Objection to
22     the form.
23         You can answer.
24         THE WITNESS:  Well, in that

Page 372

1     hypothetical situation and those
2     are the only facts that exist in
3     this vacuum, I would say that that
4     question is not entirely -- it's
5     not entirely knowable.
6 BY MR. PARKER:
7     Q.    And what is it about the
8 person who has been taking for two years,
9 develops diarrhea, stops the drug after
10 two days of diarrhea, and the diarrhea
11 goes away, what is unknowable about that
12 case the way you look at causation to
13 determine whether that's sprue-like
14 enteropathy?
15         MR. SLATER:  Objection.
16         You can answer.
17 BY MR. PARKER:
18     Q.    What else would you have to
19 know?
20     A.    Okay.  Let me think for a
21 moment before I answer you.
22     Q.    Sure.
23         (Pause.)
24         THE WITNESS:  So in your

Page 373

1     initial premise, two days would be
2     a very short period of time to
3     cause an organic change to the GI
4     tract, which is why I was pretty
5     comfortable excluding your initial
6     patient as an olmesartan
7     enteropathy patient.
8         In the second case, two
9     years is plenty of time for an
10     organic change to develop.  The
11     most typical case of olmesartan
12     enteropathy that we've seen has
13     involved chronic diarrhea.  That's
14     not all of them.  That's an
15     example, but that's been defined
16     as 30 days or more of diarrhea.
17         Two days of diarrhea is an
18     extremely common scenario.  The
19     person might have eaten something
20     bad.  But if you showed me a
21     biopsy done while they were having
22     diarrhea, if it had histologic
23     features that were suggestive of
24     olmesartan enteropathy, and the

Protected Information - Steven M. Lagana, M.D.

Page 374

1    patient truly stopped having those
2    features -- those symptoms after
3    stopping the olmesartan, I would
4    certainly consider the possibility
5    that they might have had early
6    olmesartan enteropathy.
7  BY MR. PARKER:
8        Q.   It is your view, is it not,
9  sir, that the only medical intervention
10 that's needed in someone who you will say
11 has sprue-like enteropathy is just stop
12 taking olmesartan and you'll have
13 complete recovery?
14        MR. SLATER:  Objection.
15   You can answer.
16        THE WITNESS:  Okay.
17        MR. SLATER:  I'm not sure I
18   understood it.
19        THE WITNESS:  Yeah, can you
20   repeat that for me, please?
21        MR. PARKER:  Sure.
22        THE WITNESS:  Thank you.
23 BY MR. PARKER:
24        Q.   Isn't it your view of

Page 375

1  causation as expressed here that if
2  somebody has developed sprue-like
3  enteropathy associated with olmesartan,
4  all you need do is to tell them to stop
5  taking the olmesartan and they will have
6  complete remission?
7        A.   No, I think that that's
8  definitely mischaracterizing my
9  statements on the topic.  I will clarify,
10 though.
11        MR. SLATER:  He's not asked
12   you to, actually.  If he wants you
13   to, he'll ask you to.
14        MR. PARKER:  No, I wasn't
15   going to because I got time
16   problems.
17 BY MR. PARKER:
18        Q.   Could you turn to reference
19 --
20        A.   I would like to.
21        MR. SLATER:  Okay.  I'm
22   sorry.
23        THE WITNESS:  First off, I'd
24   like to know, was that question

Page 376

1    related to treatment or to
2    diagnosis or both?
3        MR. PARKER:  Treatment.  I
4    said all you need to do is to tell
5    them to stop taking olmesartan.
6        THE WITNESS:  Well, some of
7    these patients come in with
8    terrible dehydration and kidney
9    damage, so if you don't rehydrate
10   them, they'll die --
11       MR. PARKER:  My example was
12   two days of diarrhea.
13       THE WITNESS:  Okay.
14       MR. SLATER:  Your question
15   was different, though, the one you
16   just asked there.  So with all due
17   respect to him, you actually asked
18   a broader question.
19       THE WITNESS:  So, yes, I
20   don't think that in every case
21   simply holding olmesartan is the
22   absolute only intervention that's
23   required for those patients.
24 BY MR. PARKER:

Page 377

1        Q.   Let me ask you to pull up
2  the exhibit -- well, it's your 2016
3  paper.
4        A.   The review article?
5        Q.   Yes, systematic review.
6        A.   Okay.
7        Q.   Exhibit 10.
8        A.   Okay.
9        (Pause.)
10       MR. PARKER:  It might be
11   easier to find it on the desk.
12       THE WITNESS:  Let's see.  I
13   got it.
14       MR. PARKER:  This is yours.
15   That's not an exhibit.
16       THE WITNESS:  Okay.  Thank
17   you.
18 BY MR. PARKER:
19       Q.   You got it?
20       A.   I got it.
21       Q.   Let's go to the last page of
22 that article.  Above references -- there
23 you go -- and do you not say, "Cessation
24 of olmesartan results in complete

Protected Information - Steven M. Lagana, M.D.

Page 378

1 resolution of both clinical and
2 histologic features"?
3     A.   I say that and that's true.
4 I don't believe I said that that happens
5 100 percent of the time completely.
6     Q.   Well, you sure don't qualify
7 it in saying "in some patients," do you?
8         MR. SLATER:  Objection;
9 argumentative.  Is there a
10 question?
11        MR. PARKER:  Yeah.
12        MR. SLATER:  It's an
13 argumentative question.
14        MR. PARKER:  You do not say
15 in this paper anywhere that only
16 some of the people who you take
17 off olmesartan will have complete
18 resolution of clinical and
19 histologic symptoms.
20        MR. SLATER:  Objection;
21 foundation, argumentative.
22        THE WITNESS:  In my
23 experience, the overwhelming
24 majority of patients who I have

Page 379

1 seen the biopsies for have had
2 complete resolution of their
3 histologic changes.
4     So I've seen patients who
5 had flat, small intestinal mucosa,
6 who had fibrosis, who had patterns
7 of injury that when I was in med
8 school were associated with high
9 mortality -- actually, collagenous
10 sprue was recently a pretty deadly
11 disease in a lot of patients --
12 I've seen patients with that
13 histology go from that to looking
14 totally normal by biopsy, from
15 looking as if they just walked in
16 the street -- walked in off the
17 street feeling great, and that's
18 the vast majority of cases I've
19 seen.
20     I've seen very few cases
21 that had any residual damage; and
22 through discussion with my
23 clinical colleagues, most of the
24 patients that they've seen have

Page 380

1     had complete resolution of their
2     symptoms and feel great after
3     stopping olmesartan.
4         So what I said here, I stand
5     by.  I think it's true.  Does it
6     apply to every single patient?
7     Probably not.
8         MR. PARKER:  Okay.
9 BY MR. PARKER:
10     Q.   So go back to my example.
11 I'm still trying to understand what makes
12 a case of sprue-like enteropathy and what
13 doesn't.
14     If the patient has developed
15 diarrhea after starting the drug after
16 two days and has diarrhea for two days,
17 how is that case of diarrhea clinically
18 any different than the patient who's been
19 on the drug for two years, has two days
20 of diarrhea and stops the drug, and the
21 diarrhea goes away?
22     A.   Well, I want to say object
23 to foundation, because two days -- two
24 days would be really not the typical

Page 381

1 presentation of an olmesartan enteropathy
2 patient, so -- most of these patients
3 that we're talking about, we're not
4 talking about two days of diarrhea.
5     So let me say that I think
6 that the hypothetical situation is flawed
7 because two days is not really a
8 sufficient amount of time for us to think
9 about what we believe to be a fairly
10 uncommon entity when things like, you
11 know, eating a bad sandwich are common
12 and cause two days of diarrhea all the
13 time.
14     So I don't like the premise
15 of the question.
16     Q.   Okay.  You don't like the
17 premise of the question.
18     Doctor, nobody gets chronic
19 diarrhea overnight.  Right?
20        MR. SLATER:  Objection.
21        You can answer.
22        THE WITNESS:  Right.
23     Chronic diarrhea is defined as
24     four weeks.

Protected Information - Steven M. Lagana, M.D.

Page 382

1  BY MR. PARKER:
2      Q.   Right.  So in your view of
3  causality, if someone has been on
4  olmesartan, develops diarrhea, and for
5  any reason, their spouse, their doctor,
6  whatever, or they decide to stop taking
7  olmesartan, you would expect them to have
8  complete relief.
9          MR. SLATER:  Objection.
10         THE WITNESS:  Can you repeat
11     that?  That was a little
12     confusing.
13 BY MR. PARKER:
14     Q.   Yeah.  If somebody after two
15 years of olmesartan use develops diarrhea
16 and, for whatever reason, their own sense
17 or suggestion of a doctor that may have
18 just read one of your papers, says stop
19 using olmesartan, and the diarrhea gets
20 better, that's what you would expect them
21 to do, they would get better; correct?
22         MR. SLATER:  Objection.
23         You can answer.
24         THE WITNESS:  I would only

Page 383

1      expect that if they had olmesartan
2      enteropathy.  If they ate bad egg
3      salad, no -- I would still expect
4      them to get better, but it
5      wouldn't have anything to do with
6      the olmesartan.
7  BY MR. PARKER:
8      Q.   And how would you then know
9  that -- if they stopped taking it, after
10 two days the diarrhea goes away, isn't
11 that dechallenge?
12     A.   That is dechallenge.  But
13 then there could be rechallenge.  If the
14 person said I was at a party and there
15 was some egg salad sitting around for six
16 hours and I ate that, and if I was that
17 person's doctor -- and, of course, this
18 is a clinical judgment made by the
19 doctor, not a decision -- not a
20 hypothetical situation made in the vacuum
21 of a boardroom.  This is a -- if we're
22 talking about a real-world scenario, that
23 doctor would probably say, you were at a
24 party in Florida, the egg salad was in

Page 384

1  the sun for six hours, you ate it, most
2  likely you had food poisoning.  So
3  there's a clinical judgment that goes
4  into this.
5          Now, if I was that patient's
6  doctor and the patient had just two days
7  of diarrhea and I really -- really wanted
8  to know if that person had olmesartan
9  enteropathy or not, in that case,
10 considering that the person does not fit
11 the typical clinical description of
12 olmesartan enteropathy, which is chronic
13 diarrhea, I would suggest a rechallenge.
14     Q.   Okay.  But, Doctor, the only
15 reason they don't fit the picture is
16 because there has been somebody or
17 decisions have been made to intervene and
18 stop the olmesartan; correct?
19         MR. SLATER:  Objection.
20         You can answer.  The
21     hypothetical's migrating, but you
22     can answer.
23         THE WITNESS:  There are
24     degrees of certainty for any

Page 385

1      diagnosis that one makes or
2      doesn't make.  Even when you
3      exclude something and you say it's
4      not this, that doesn't usually
5      mean that you're 100 percent.  It
6      means you think it's unlikely.
7          So if a patient had just two
8      days of diarrhea and
9      discontinued olmesartan and felt
10     better, I would not feel like the
11     patient definitely had olmesartan
12     enteropathy and I would not feel
13     that the patient definitely did
14     not.
15         I would consider the
16     patient's clinical state and the
17     rest of the patient's scenario and
18     if it were important for the
19     patient to be able to take
20     olmesartan, I would rechallenge
21     that patient and test it.
22         MR. PARKER:  I got a few
23     minutes before I want to stop and
24     give myself some time after Mr.

Protected Information - Steven M. Lagana, M.D.

Page 386

1    Slater does his questioning.
2  BY MR. PARKER:
3    Q.  Doctor, we were told by
4  letter -- I don't see it in your
5  references -- that you were provided with
6  some of the reports of some of the
7  defense experts?
8    A.  Yes, I was.
9    Q.  And by memory, I recall
10  Turner and Wilson being the two.  Were
11  there any others?
12    A.  There was one other that I
13  glanced at.  Can you mention some of
14  them?
15    Q.  Well, there would be a
16  Risch, a Hanson, a Popp, and a Mann.
17  Those are the other four plus Turner and
18  Wilson.
19    A.  Those other names don't
20  sound familiar.  Turner and Wilson, I
21  definitely have read.
22    Q.  Do you know Dr. Turner?
23    A.  We've never met.  I've heard
24  of him.

Page 387

1    Q.  Are you familiar with the
2  work that he has done in the field of
3  pathology?
4    A.  I don't have much -- I have
5  heard his name.  I know he's a respected
6  guy.  I don't know him or the specifics
7  of his work in any great depth.
8    Q.  Early on in response to one
9  of my questions, you said, well, I had
10  read these reports and I think it was in
11  the context of you telling me you weren't
12  sure that there was anybody -- or you
13  weren't aware that anybody disagreed with
14  causation until you started reading some
15  of these reports.  And they didn't, of
16  course, change your mind.
17    When you read Dr. Turner's
18  report, was there anything factual -- I'm
19  not asking about his opinions, but
20  factual -- that you can tell me he's just
21  wrong about?
22    A.  Let me take a look.
23    Q.  Please.
24    (Pause.)

Page 388

1    THE WITNESS:  Well, at the
2  bottom of page 3, this report
3  draws on the cases described in
4  the Cartee paper and does directly
5  infer that they're the same cases
6  in Rubio-Tapia 2012, and I think
7  that that's a baseless connection.
8    (Pause.)
9    THE WITNESS:  He says all --
10  on page 5, the first paragraph
11  towards the end, he says all
12  available data suggests that
13  seronegative celiac disease
14  remains a far more common
15  diagnosis than ditto even in a --
16  which is his phraseology for
17  olmesartan enteropathy -- even in
18  a tertiary referral center and so
19  that he references DeGaetani.  I
20  would say "far more" is an
21  overstatement of the data.
22    (Pause.)
23    THE WITNESS:  Many of his
24  opinions seem to be -- seem to

Page 389

1  boil down to, there are variations
2  in presentation, therefore, this
3  doesn't exist.  It's either three
4  things or it's nothing, and I find
5  that to be a recurring theme in
6  this report and I also find it to
7  be a terribly uncompelling theme.
8    I think that if you look at
9  any GI inflammatory disease,
10  celiac disease, for instance, the
11  classical Marsh grading allows for
12  six different manifestations of
13  the disease and that's not even
14  counting complications.
15    So I think a frequent theme
16  here is variability equals
17  nonexistence and I find that to be
18  a specious argument --
19  BY MR. PARKER:
20    Q.  Okay.  But I was asking
21  about facts.
22    A.  Okay.
23    (Pause.)
24    THE WITNESS:  So I notice

Protected Information - Steven M. Lagana, M.D.

Page 390

1  that I have left two sticky -- I
2  have two sticky notes on here. I
3  think -- do those need to be --
4       MR. PARKER: I'm not asking
5  you to give it to me. I'm just --
6       THE WITNESS: All right. I
7  just want to -- you know, I don't
8  want to be holding anything back
9  that's not supposed to be --
10      MR. PARKER: I appreciate
11  your candor, but, no, I got only
12  ten minutes left, Doctor, so I
13  want to save myself five, if you
14  could wrap it up in five minutes.
15      THE WITNESS: I will do my
16  best.
17      (Pause.)
18      THE WITNESS: Well, clearly,
19  I think he mischaracterizes my
20  2015 study quite -- quite badly.
21  Talking about the P value we
22  published of 0.34, that's a very
23  unfair characterization, because
24  we published that there was a

Page 391

1  trend towards significance in the
2  olmesartan-exposed patients, as we
3  said, a P value of .1, and we
4  compared that to the P value of
5  other -- of other ARBs or compared
6  to matched controls for them of --
7  and that was .34.
8       So we were saying that
9  there's a trend towards difference
10  in the olmesartan users and no
11  trend towards difference in the
12  other ARB users.
13      So the way that Dr. Turner
14  has picked this out and
15  highlighted this in his report,
16  though factually -- the facts are
17  true, we did report that one group
18  had P equals .34, it's a very
19  unfair characterization of what we
20  published.
21      (Pause.)
22      THE WITNESS: I think on the
23  top of page 9, he also really
24  whitewashes the rechallenges that

Page 392

1  have taken place in the
2  literature, not only in
3  Rubio-Tapia, but also in
4  subsequent reports.
5  BY MR. PARKER:
6       Q.  Rubio-Tapia didn't have any
7  rechallenge.
8       A.  It didn't have controlled
9  rechallenge, meaning that it didn't have
10  planned rechallenge, but there were
11  rechallenges.
12      Q.  The anecdotal report, you're
13  talking about the two patients.
14      MR. SLATER: Objection;
15      mischaracterization, lack of
16      foundation.
17      THE WITNESS: I'm talking
18      about the rechallenges which were
19      not controlled, which were
20      described in Rubio-Tapia.
21  BY MR. PARKER:
22      Q.  Okay. 2012 paper.
23      A.  2012.
24      Q.  Okay.

Page 393

1       A.  And there are -- if we're
2  getting on the topic of are there other
3  rechallenges, there are rechallenges in
4  the FDA. There are rechallenges in
5  Theophile. There are rechallenges in
6  Ianiro, all of which are positive.
7       And there are more
8  rechallenges; and if we want to contest
9  this point, I would be happy to go
10  through this and point to every positive
11  rechallenge.
12      Q.  I was only following up on
13  your comment about Rubio-Tapia.
14      A.  Okay. I want to make the
15  point that there are quite a few positive
16  rechallenges in the literature and if you
17  want to go into that in more depth, I'm
18  willing to.
19      Q.  I don't want that. I just
20  want to hear what other -- if there were
21  anything else in Turner's report that you
22  believe to be factually incorrect.
23      A.  Okay. Well, I'm on the last
24  page.

Protected Information - Steven M. Lagana, M.D.

Page 394

1    Q.   Okay.  Good news.
2    A.   I think I would leave off
3  with Turner's report by saying, I
4  disagree with his conclusions.  I think
5  many of them are unfair and unfounded and
6  I disagree.
7        MR. PARKER:  Okay.  Thank
8        you.  I'll save whatever couple
9        minutes I have until after Mr.
10       Slater's finished.
11       MR. SLATER:  On my count,
12       that's seven minutes.  We're going
13       to take a break.  I have to
14       organize my notes, so we'll take a
15       few.
16       (A recess was taken from
17       6:32 p.m. to 7:05 p.m.)
18            - - -
19       EXAMINATION
20            - - -
21  BY MR. SLATER:
22    Q.   Doctor, you were asked by
23  counsel before the break about your
24  comments in terms of your -- so the

Page 395

1  criticisms you had of some factual
2  statements, some opinions from Dr.
3  Turner's report a few moments ago.
4  Right?
5    A.   I was asked about that,
6  yeah.
7    Q.   If you were asked the same
8  question and you were asked to go through
9  Dr. Wilson's report, could you do the
10  same thing and go through this as well in
11  detail if he asked you do that?
12    A.   Yes.
13    Q.   Now, you were asked some
14  questions about your 2016 article, your
15  systematic review and whether you
16  disclosed a, quote, unquote, conflict of
17  interest.
18       Do you remember counsel
19  asked you about that?
20    A.   I do.
21    Q.   Did you have an opportunity
22  to look at the standards for what would
23  need to be disclosed for that journal?
24    A.   I did.

Page 396

1    Q.   What would need to have been
2  disclosed per the standards for
3  disclosure of a conflict for that
4  journal?
5    A.   Paid testimony.
6    Q.   Paid expert testimony?
7    A.   Yes, paid expert testimony.
8    Q.   Had you given any paid
9  expert testimony in connection with
10  olmesartan at the time this was
11  published?
12    A.   I had not.
13    Q.   Did any of the authors
14  disclose any sort of a conflict related
15  to being a consultant to any of the
16  people that may be involved with
17  olmesartan?  For example, if any of them
18  were consulting for Daiichi at the time
19  it was published, did anybody disclose
20  anything like that?
21    A.   No.
22    Q.   In that article, reference 9
23  -- and we're talking about the Burbure
24  article.  Right?  B-U-R-B-U-R-E.  Right?

Page 397

1    A.   Uh-hum.
2    Q.   Okay.
3         Reference 9 in that article
4  is what?
5    A.   Reference 9 in that article
6  is the Rubio-Tapia/Murray article on
7  collagenous sprue from 2010.
8    Q.   I might have misspoken.  Let
9  me ask you a different question:  What is
10  reference 24?
11    A.   Okay.  Basson.
12    Q.   Were you fully aware of the
13  Basson article when you wrote this report
14  in this case?
15    A.   Yes.
16    Q.   It wasn't listed on your
17  reliance list.  Was that an oversight?
18    A.   Yes.
19    Q.   Okay.
20         Now, in this article,
21  Burbure, on page 132, there's a reference
22  under section 5 to establishing, quote,
23  the diagnosis of olmesartan-induced
24  injury.  Okay?

Protected Information - Steven M. Lagana, M.D.

Page 398

1    A.   Okay.
2    Q.   What does that mean,
3  olmesartan-induced injury, in that
4  article?
5    A.   Well, that reflects the
6  belief that we have -- that olmesartan is
7  causing injury in this subset of
8  patients; and as I think I said
9  previously, until I read defense expert
10 reports, I had not heard any controversy
11 on that point either from my colleagues
12 or investigators at other centers.
13        We have seen it in practice.
14 We believe it. And that term is meant to
15 plainly say it.
16    Q.   There was some question of
17 you, very early in the day today, and
18 there was questioning about, quote,
19 unquote, confused histopathology, about
20 being confused with that.
21        Was that meant to suggest
22 that somebody's making a mistake in terms
23 of looking at histopathology as between
24 those various entities?

Page 399

1    A.   On the differential
2  diagnosis?
3    Q.   Right.
4    A.   What I was trying to say is
5  that some of those entities
6  histologically can have similarities and
7  I wasn't -- I wasn't trying to say that
8  the pathologist would make a mistake by
9  calling one the other. I was saying that
10 there is histologic overlap amongst those
11 entities.
12    Q.   And what's the importance of
13 clinical correlation in that context?
14    A.   Well, clinical correlation
15 is vital. Certainly if one is
16 considering the diagnosis of olmesartan
17 enteropathy, knowing that the patient was
18 exposed to olmesartan would be pretty
19 important.
20        And there are other entities
21 on the differential that would need to be
22 considered that also require clinical
23 correlation. For instance, if we were
24 talking about graft versus host disease,

Page 400

1  that can histologically resemble
2  olmesartan enteropathy, but that would be
3  in a patient who had a bone marrow
4  transplant. So knowing the whole
5  clinical picture is vital.
6    Q.   Okay.
7        I'm going to ask you now
8  about the Rubio-Tapia article from 2012
9  and I actually have the page here to save
10 time.
11    A.   Okay.
12    Q.   It's okay.
13        I'm looking at page 737 of
14 the article, table 3, and what is the
15 title of table 3?
16    A.   "Clinical features of
17 sprue-like enteropathy associated with
18 olmesartan."
19    Q.   Does it say "the" clinical
20 features of sprue-like enteropathy? Is
21 the word "the" there in that sentence?
22    A.   No.
23    Q.   Your reading of this table,
24 is that meant to be an exhaustive list of

Page 401

1  clinical features?
2    A.   No. I think that these are
3  some features, common examples of what
4  they saw in their first 22 patients, and
5  I certainly wouldn't take this to be
6  exhaustive or exclusionary of other
7  findings.
8    Q.   The last section of that
9  table says, "evidence of clinical and
10 histologic improvement after suspension
11 of olmesartan."
12        What's the significance of
13 the use of the word "improvement" there?
14    A.   Well, we've discussed this a
15 few times today, whether improvement or
16 resolution is necessary.
17        I think this is
18 acknowledging that improvement is really,
19 well, in some cases, the best you can
20 hope for. Certainly you'd like to see
21 complete resolution. You've got a sick
22 patient.
23        But if you have improvement,
24 that would be strong evidence of

Protected Information - Steven M. Lagana, M.D.

Page 402

1  causation, if that was the only thing
2  that changed.
3      Q.  You were asked by counsel a
4  few minutes ago about a hypothetical
5  where he said a patient is assumed to
6  have taken olmesartan for two years and
7  then after two years develops diarrhea
8  that lasts for two days and, after those
9  two days are up, the person stops taking
10 olmesartan for whatever reason.
11         First question on that
12 person, would the differential diagnosis
13 -- if you were looking back
14 retrospectively to try to figure out what
15 had caused the diarrhea, would the
16 differential include olmesartan
17 enteropathy?  Yes or no.
18     A.  Yes.
19     Q.  If you wanted to be more
20 sure of that at the time, when the person
21 stopped taking the drug and then got
22 better, would an endoscopy provide
23 information if the person had had an
24 endoscopy at that time?

Page 403

1      A.  It certainly could, yeah.
2      Q.  Could potentially.
3      A.  Uh-hum.
4      Q.  Would a rechallenge
5  potentially provide important information
6  as well if someone wanted to be sure --
7  you know, you got better after two days.
8  Would giving the drug to the person again
9  and seeing whether it recurs, would that
10 be helpful information?
11     A.  It would.
12     Q.  And depending on the
13 findings, that would be clinical
14 information that would be factored into
15 an ultimate diagnosis?
16     A.  It would.
17     Q.  Now, looking at the Basson
18 article -- I'm just going to turn to it
19 real quick -- and looking at page 5 of
20 the article, and there's a statement here
21 on the top left, "The strength of the
22 association and the consistency with
23 reported cases (including the long lag
24 time between initiation of olmesartan and

Page 404

1  diagnosis of malabsorption) are strong
2  arguments in favor of causality."
3         Is that statement of any
4  significance to you?
5      A.  Well, yeah, I think it's a
6  -- it's a strong statement.  They're
7  applying the Bradford Hill criteria
8  there, or at least some of them, and I
9  think that -- well, they've said it quite
10 plainly, that their findings are strong
11 evidence in favor of causality, and I
12 agree with that.
13     Q.  You mentioned --
14     A.  And by the way, if I could
15 just mention another thing about this
16 study --
17     Q.  Sure.
18     A.  -- which I don't think that
19 we got to too specifically, when you look
20 at the strength of the association, the
21 relative risk of 5 or 10 as is seen after
22 two years of therapy on olmesartan,
23 that's a very high relative risk.
24     Q.  And why is that significant?

Page 405

1      A.  Well, again, getting back to
2  the -- if we think about the Bradford
3  Hill criteria, the strength of the
4  association, the fact that there's a
5  tenfold increased risk is strong.
6      Q.  And, you know, you've
7  mentioned the Bradford Hill criteria.
8  Counsel had asked you if it was
9  specifically mentioned in your report.
10 You didn't actually name that criteria;
11 correct?
12     A.  That's true.
13     Q.  Were you fully familiar with
14 that criteria when you did your report?
15     A.  Yeah --
16         MR. PARKER:  Objection.
17         MR. SLATER:  Let me ask the
18     question again.
19 BY MR. SLATER:
20     Q.  Were you familiar with the
21 Bradford Hill criteria when you did your
22 analysis and wrote your report in this
23 case?
24     A.  Yeah.

Protected Information - Steven M. Lagana, M.D.

Page 406

1    Q.   Okay.
2         Even though it was not
3    named, did you take into account the
4    factors in the Bradford Hill criteria in
5    doing your analysis of the available
6    information that you relied on in forming
7    your opinion?
8         MR. PARKER:  Objection.
9         MR. SLATER:  You can answer.
10        THE WITNESS:  Okay.  I think
11   that those factors are fundamental
12   to how people in medicine think
13   about medical science, and
14   certainly I did think about them
15   and I did address them, although
16   not in the context of listing the
17   criteria point -- on a
18   point-by-point basis.  But, yeah,
19   I did think about them and I did
20   try to incorporate them.
21        MR. SLATER:  And I'm just,
22   for the record, going to give you
23   a list of the Bradford Hill
24   criteria.

Page 407

1    BY MR. SLATER:
2    Q.   Strength of association,
3    consistency, specificity, temporality,
4    biologic gradient, plausibility,
5    coherence, experimental evidence, and
6    analogy, is that one way to describe
7    those criteria?
8         MR. PARKER:  Objection.
9         THE WITNESS:  Yes, I believe
10   so.
11   BY MR. SLATER:
12   Q.   And I'll actually -- counsel
13   objected, so I'm going to read you -- I'm
14   going to ask you a different question.
15        With regard to the Bradford
16   Hill criteria, I'm going to list what I
17   believe to be some of those factors and
18   -- well, actually, you know what?  I
19   don't need to go through it again.
20        Are you familiar with the
21   Bradford Hill criteria factors?
22   A.   Yes.
23   Q.   In analyzing, for example,
24   the literature and your experience and

Page 408

1    putting that all together, did you
2    incorporate analysis of those factors
3    that was implicit into your analysis of
4    this material?
5         MR. PARKER:  Objection.
6         THE WITNESS:  Yes.
7    BY MR. SLATER:
8    Q.   Coming back to the Basson
9    article, towards the end at the bottom of
10   page 5, there's a statement that says,
11   "Patients treated with olmesartan should
12   be informed about the risk of this
13   complication, and should be advised to
14   seek medical attention if they experience
15   gastrointestinal symptoms.  This
16   information should also be widely
17   delivered to physicians of all
18   disciplines, particularly to
19   gastroenterologists who are faced to this
20   new category of patients."
21        In the context of a question
22   of whether there's -- whether the authors
23   in this article had a viewpoint on
24   causation, is that statement I just read

Page 409

1    to you of any significance?
2         MR. PARKER:  Objection.
3         MR. SLATER:  You can answer.
4         THE WITNESS:  Okay.  I don't
5    think there's really any vagary to
6    that statement.  I think that
7    they're expressly stating that
8    this is a new category of patient
9    that we're now aware of.  I think
10   that they're saying this
11   information is important, to be
12   widely distributed.  And I
13   absolutely agree.
14        The patients that we've seen
15   at Columbia who suffered from this
16   condition have been in terrible
17   shape.  Many have had
18   life-threatening illness.  And
19   there's a million
20   antihypertensives on the market.
21   I -- you know, very rarely do you
22   see this degree of improvement,
23   both pathologically and
24   clinically, with a fairly simple

Protected Information - Steven M. Lagana, M.D.

Page 410

1    intervention.
2        So I think that they were
3    clearly stating that in their
4    opinion, this is causal and a
5    powerful intervention.
6    BY MR. SLATER:
7        Q.   Do doctors recommend that
8    patients be warned of a risk of taking a
9    drug if they don't think the drug causes
10   the risk?
11       MR. PARKER:  Objection.
12       THE WITNESS:  Could you
13   repeat --
14       MR. SLATER:  Sure.
15   BY MR. SLATER:
16       Q.   This statement is
17   recommending that patients be warned of
18   the risk of what they call this
19   complication.
20       A.   Uh-hum.
21       Q.   Would doctors make a
22   recommendation that patients be warned of
23   the risk of a complication with a drug if
24   they didn't think the drug caused the

Page 411

1    complication?
2        MR. PARKER:  Objection.
3        THE WITNESS:  They would
4    not.
5        MR. SLATER:  Now, I just
6    have to find this one more
7    article, and I think I left it on
8    the desk, and then I'm done.
9        (Pause.)
10   BY MR. SLATER:
11       Q.   I'm looking at the
12   Histopathology article that you were
13   asked about by Brown, et al?
14       A.   Uh-huh.
15       Q.   And in the article, I'm
16   looking at the -- page 255 and there's
17   two things that they have:  They have
18   table 1 titled "Histological Mimics of
19   Celiac Disease" and, if you go down, it
20   says drugs, for example, NSAIDs,
21   olmesartan, methotrexate, mycophenolate.
22       Do you see that?
23       A.   I do.
24       Q.   And then under the materials

Page 412

1    and methods, it states in part, "For
2    inclusion into the study, the following
3    criteria had to be met," and number 3 is
4    exclusion of a medication-related
5    etiology such as olmesartan or chronic
6    nonsteroidal antiinflammatory drug
7    (NSAID) use.
8        Do you see what I just read?
9        A.   I do.
10       Q.   With regard to whether or
11   not the authors of this study believe
12   that olmesartan is a cause of an
13   enteropathy that we're referring to as
14   olmesartan enteropathy, those parts that
15   I just read to you, what would be the
16   significance of those sections I just
17   read with regard to that question?
18       MR. PARKER:  Objection.
19       THE WITNESS:  Mind if I just
20   take the (Indicating) --
21       MR. SLATER:  Yeah, sure,
22   absolutely.
23       THE WITNESS:  Well, they say
24   exclusion of a medication-related

Page 413

1    etiology such as olmesartan, so to
2    say that it's an etiology,
3    etiology is cause, so I would
4    interpret this to mean that the
5    authors of this study believe that
6    olmesartan causes enteropathy.
7        MR. SLATER:  Thank you.
8        Depending on what Mr. Parker
9    does in his inestimable wisdom --
10       MR. PARKER:  No, I believe
11   the rules require me to limit my
12   questions to your cross and
13   there's nothing that was said that
14   I have any other questions on.
15       You're done.
16       MR. SLATER:  Thank you.
17       (Witness excused.)
18       (Deposition concluded at
19   approximately 7:23 p.m.)
20
21
22
23
24

Page 414

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, STEPHEN M. LAGANA, M.D., have the opportunity to read and sign the deposition transcript.

_____

KIMBERLY A. CAHILL, a
Federally Approved Registered
Merit Reporter and Notary Public
Dated: February 9, 2017

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

Page 416

- - - - - -
ERRATA
- - - - - -

PAGE  LINE  CHANGE

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

Page 415

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made. After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 417

ACKNOWLEDGMENT OF DEPONENT

I, _____, do hereby certify that I have read the foregoing pages, 1 - 418, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
STEPHEN M. LAGANA, M.D.     DATE

Subscribed and sworn to before me this
_____ day of _____, 20____.
My commission expires:_____

_____
Notary Public

Protected Information - Steven M. Lagana, M.D.

Page 418

1      LAWYER'S NOTES
2  PAGE LINE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Protected Information - Steven M. Lagana, M.D.

**WORD INDEX**

**< $ >**
$500  18:2

**< 0 >**
0.34  390:22
05  273:1, 8, 9
274:17, 18
365:10
07068  2:4
07932  2:13
08  51:6
09  268:2, 17

**< 1 >**
1  10:3  14:17,
18  15:6  184:8
191:1  226:18
255:11  271:10
272:11  273:2,
20, 23  274:6,
17, 18  294:5
348:18  351:4
354:5, 7  391:3
411:18  417:6
1,000  335:24
1.5  191:2
1:18  135:23
10  109:13, 15
133:2  162:5
218:15  253:16
268:15  269:16
271:22  274:1,
6, 14  275:9
314:4  377:7
404:21
10.6  268:16
10:09  1:17
100  192:19
378:5  385:5
103  2:3
107  3:21
10-plus  144:17
11  246:16
312:10  317:2
11:54  107:3
115  4:1
12  252:22
253:11  269:23

270:10  271:9
363:11
12:04  107:3
12:36  135:23
13  145:17
200:14  201:1
269:11  279:9
13.7  268:14
269:11
130  228:24
131  230:17
243:5
132  230:17
397:21
14  109:15
305:21  314:3
143  4:7
15  109:15
144:17, 18
341:4
155  4:13
15-year  4:12
143:14
16  26:2  30:9,
24  31:15
111:13, 13
113:12  117:9,
21  127:19
129:5, 13
130:3
166  4:18
17  108:24
109:9, 16, 17
227:24  228:16,
18  317:3
18  4:16
145:22  155:17
157:13  162:4
227:24  228:18
182  4:24

**< 2 >**
2  13:10, 12
18:7, 15, 17, 18
145:3, 5  163:5
235:14, 16
254:5  261:8
262:11  273:21
294:3, 5, 7, 17
295:2

2,000  338:18
2:27  208:10
2:40  208:10
20  167:24
168:1  192:9,
18, 19  247:5, 6
253:17  254:8
259:11  269:16,
17, 24  270:10
271:9, 10, 22
295:17  330:19
338:13, 16
339:19  359:4,
4, 4, 4  360:13
361:19  362:16
363:5  364:2
365:19  366:2
417:20
20.1  271:23
200  4:11
201  127:18
2000-2015
4:13  143:15
2002  137:18
2008  51:6
2010  171:8
397:7
2011  28:4
2011-early
28:21
2012  4:18
25:18  28:5, 8,
21, 22  166:20
167:4  182:23
183:4  281:18
295:21  318:1
388:6  392:22,
23  400:8
2013  4:1
115:9
2014  5:20
244:3  253:1, 2
2015  4:13
5:16  6:1, 5
13:8  16:2
155:15  238:4
247:4, 10
252:7, 13, 24
253:2  275:14
305:12  340:19

348:24  349:22
350:14  359:3
363:3  390:20
2016  4:7, 24
5:4  14:7, 17
15:6  16:13
45:3  143:9
182:12, 22
184:21  218:6,
15  238:3, 5
244:20  245:1,
6  259:18
275:8  377:2
395:14
2017  1:7
414:15
20's  163:7
21202  2:9
218  5:4
22  119:3
120:11  168:1
172:13  281:12,
24  287:3
318:3  401:4
228-9898  2:4
22nd  275:14
23  210:17
24  397:10
242  7:10
244-7534  2:9
246  5:11
25  19:12
133:3  192:23
196:4
252  5:16
255  411:16
26  3:18  53:16
146:15  312:9
2606  1:4
279  5:20
28  231:6, 10
2nd  2:3

**< 3 >**
3  53:22  55:8
56:3  117:7, 9,
14  126:22, 23
168:11  170:11,
12  171:23
180:19  273:21
278:8  314:19

353:14  388:2
400:14, 15
412:3
3:55  275:5
30  192:6, 22
268:11  328:14,
15, 21  329:11
330:18  331:15,
20  332:3, 17,
20  333:4, 5
337:17, 18
338:13, 14, 16,
18  373:16
415:16
305  6:1
30's  163:6
30th  12:8
43:13  45:2, 3,
20  47:9  55:12,
21  95:17
108:10  109:12
110:3  290:19
33  325:10, 11
34  391:7, 18
340  6:5
3400  1:16
36  145:22
146:6, 10
211:15
394  3:6
3C  69:24

**< 4 >**
4  107:18
109:13  132:2
154:10  209:7
263:3  271:22
273:21  280:6,
12  314:4
353:12  358:4
4.82  353:22
354:2, 10
4:10  275:5
40  192:2, 6, 13
329:9, 13
330:21  338:17
340:1
410  2:9
418  417:6
45  334:5

47 274:8, 10, 11, 11
48 351:8, 24 352:5, 8

< 5 >
5 115:23 146:2 180:18 181:4 191:1, 2 231:15 273:8, 9, 11, 14 274:4 332:7, 10, 13 388:10 397:22 403:19 404:21 408:10
5.1 232:19
5:17 340:16
5:27 340:16
50 273:12
500 18:1
53 3:18
549-7000 2:14

< 6 >
6 7:10 143:19 324:18, 22, 23 325:12 328:15 331:14 332:19
6:32 394:17
600 2:13
601 1:16
63 184:3
66 158:13

< 7 >
7 1:7 155:24 211:12 212:9 238:21 273:21 331:19
7.89 33:3 34:24
7:05 394:17
7:23 413:19
72 117:10 121:22 146:15
735 167:14
737 400:13
750 2:8
757 5:11 246:7, 18

< 8 >
8 3:6, 13, 14 167:4 209:8 239:20 278:5 280:6, 12 294:2 332:2
85 12:20
860,000 351:7
877.370.3377 1:22

< 9 >
9 3:17 8:9 19:24 32:22 163:5 182:21 269:17 391:23 396:22 397:3, 5 414:15
900 2:8
917.591.5672 1:22
973 2:4, 14
98 22:5
99 22:5

< A >
a.m 1:17 107:3
A1C 84:22
abdominal 5:18 75:2, 7, 20 77:6, 14 89:1 173:20 250:6, 12, 24 252:15 360:1, 14 361:6, 22 362:17 365:20
able 30:4 31:13 49:14 56:22 68:4, 15 79:11 92:7, 16 132:23 139:1 230:1, 13 245:20 260:15 324:24 329:10 385:19
abnormal 26:10, 11 192:4

abnormalities 226:6 237:24 249:23 262:12, 19 308:16
abreast 209:21
abrupt 159:23
absence 90:15
absolute 179:12 197:11 376:22
absolutely 29:13 38:5 57:24 64:24 106:23 112:3 176:13 177:23 180:2 320:15 409:13 412:22
absorb 92:16
absorbing 92:3 93:6
absorbs 92:9
absorption 91:3, 13
Abstract 5:11 246:3, 7, 17, 18 247:11 248:1, 9, 18 249:20 252:8 253:5, 12, 13, 24 254:8
Academy 86:5
accept 60:10 122:3 201:21 212:16 224:12 225:15 342:16
accepted 45:23 47:5 209:12, 20 210:5
access 235:23
accommodate 9:22
account 78:14 165:13 406:3
accrued 98:7, 14 101:21
accumulated 290:3, 6, 9
accuracy 230:14

accurate. 33:14 119:2 349:1 350:15 353:5 415:20
accurately 30:14 33:5 232:1 359:9
ACE 369:10
achieved 270:3
achieving 260:2
acid 224:18
acknowledge 68:24 124:22 158:20 338:3
acknowledging 401:18
ACKNOWLED GMENT 417:2
act 291:13, 18
action 291:1 306:15
active 30:10 31:16 192:14 285:13 286:3 287:20
actual 27:19 33:6 180:2
acute 61:12 160:21
ADAM 2:3
adaptive 291:12, 16, 22 304:17
add 88:15 140:22 147:3 177:1 178:6 233:17 236:18 348:9
added 240:21 265:17
addition 89:13 117:21
additional 42:23 45:11 63:5 109:1, 21 112:15, 20 174:4 175:23 182:6 240:18, 20 241:4 297:10

address 16:18 20:4 56:14 154:22 219:23 281:21 357:15 406:15
addressed 327:11 356:13
addressing 59:9 100:10
adhere 213:16
adult 4:12 143:13
adults 32:13 194:12
advance 28:14
advancement 237:8
advantage 240:9
adverse 16:19 17:12 21:13 23:5 102:17, 22 370:7
advice 111:21
advised 26:20 408:13
advocate 38:3
affect 21:24 53:3, 7 66:18 119:23 293:19
affirmative 141:16
afraid 126:16 208:5
age 248:21 250:19 254:13 255:6
ago 28:19, 20 55:4 112:7 156:15 166:12 362:16 395:3 402:4
agree 15:7 34:22 38:15 39:6 42:18 43:8 70:21 71:8 86:18 87:3 105:23 121:22 126:6 139:17 142:12 147:1 157:5

| | | | |
|---|---|---|---|
| 167:*13*  168:*5* | **allows** 389:*11* | 58:*3*  60:*10* | 299:*4*  307:*17* | antinuclear |

167:*13*  168:*5*
172:*15*  173:*13*
176:*17*  182:*5*
184:*22*  185:*4,*
*18, 20*  196:*5*
200:*23*  210:*7*
211:*20*  212:*12,*
*15*  233:*23*
263:*18, 23*
278:*11*  280:*23*
281:*9*  314:*12*
315:*1, 15, 23*
316:*19*  317:*1,*
*4*  349:*1, 5, 20*
350:*7, 22*
351:*11*  352:*11*
359:*10, 14*
360:*8*  404:*12*
409:*13*

**agreed**  11:*3, 4*
81:*3, 7*  82:*12*
269:*12, 20*
270:*1*  310:*8*
**agreement**
172:*1*  223:*13*
**Ah**  211:*5*
280:*18*
**ahead**  44:*21*
161:*18*  295:*6*
335:*21*  345:*13*
**AIDS**  310:*1*
**aimed**  46:*18*
68:*19*
**al**  4:*6, 13, 18,*
*23*  5:*10, 15, 20*
6:*4, 9*  113:*24*
115:*13*  143:*15*
155:*19*  166:*23*
211:*13*  218:*10*
246:*12*  252:*18*
305:*15*  340:*23*
411:*13*
**algorithm**
184:*13, 18, 19*
**algorithms**
214:*5, 6*
**Allow**  324:*3*
336:*15*
**allowed**  192:*13*
**allowing**  18:*4*

**allows**  389:*11*
**alluded**  252:*23*
**alterations**
193:*13*  297:*4*
**amassed**  181:*2*
**ambiguous**
183:*10*
**American**
85:*12, 17, 19*
86:*4, 15*
**amount**  32:*23*
221:*7*  381:*8*
**Amy**  2:*18*
**ANA**  241:*11*
**analogize**
194:*11*
**analogous**
50:*1*  195:*5*
252:*4*
**analogy**  309:*1*
407:*6*
**analysis**  257:*7*
262:*5*  316:*21*
317:*2*  354:*23*
355:*17*  405:*22*
406:*5*  408:*2, 3*
**analytic**
110:*12*
**analyzing**
407:*23*
**anatomy**
222:*23*
**anecdotal**
392:*12*
**Angiotensin**
5:*11, 19*
224:*23*  246:*8*
252:*17*
**animal**  48:*20,*
*23*  49:*18*  50:*4,*
*20*  207:*8, 10*
290:*14, 16, 20*
**animals**  49:*2*
**announcement**
110:*5*
**Answer**  7:*5*
13:*13*  24:*8, 10,*
*15, 18*  30:*13,*
*17*  38:*20*
39:*18*  42:*8*
44:*13*  50:*10*

58:*3*  60:*10*
63:*4*  68:*7*
71:*7*  72:*3*
74:*23*  75:*13*
76:*14, 23*
78:*17, 23*
80:*24*  81:*18*
83:*15*  87:*2, 7*
89:*24*  92:*19*
93:*18*  94:*24*
96:*2, 12, 24*
98:*2*  99:*4*
100:*15*  101:*1,*
*3*  103:*11*
104:*16*  105:*5*
108:*18, 20*
114:*13*  117:*17*
119:*8*  120:*15,*
*17*  122:*24*
124:*10*  126:*15,*
*17*  130:*10*
131:*14*  135:*12*
138:*10*  139:*16*
141:*13, 23*
150:*24*  159:*11*
160:*19*  161:*20,*
*21*  165:*8*
166:*8*  172:*8,*
*18*  173:*4, 5*
174:*24*  176:*19*
177:*22*  179:*5*
185:*2*  186:*7,*
*19*  187:*13*
188:*19*  191:*6*
194:*7*  195:*20*
197:*5*  198:*15*
199:*5*  200:*1*
201:*12*  202:*15*
203:*6*  204:*6,*
*20*  206:*2*
213:*19*  216:*22*
217:*5, 9, 12, 16,*
*24*  232:*2*
234:*14, 23*
238:*14*  249:*9*
260:*8*  264:*8*
267:*2*  272:*20*
274:*13*  276:*10*
277:*11*  278:*20*
280:*2*  284:*13*
287:*12*  296:*3*

299:*4*  307:*17*
310:*15, 20*
311:*15*  320:*12*
326:*23*  328:*10*
329:*3*  331:*1*
333:*24*  335:*5,*
*7, 11, 12, 13, 16,*
*19, 20*  336:*10*
337:*23*  338:*23*
345:*15*  349:*4,*
*24*  352:*24*
353:*2*  357:*6*
365:*1*  368:*12*
371:*23*  372:*16,*
*21*  374:*15*
381:*21*  382:*23*
384:*20, 22*
406:*9*  409:*3*
**answered**
80:*23*  82:*24*
100:*14*  108:*22*
135:*4*  173:*5*
217:*23*  234:*22*
**answering**
76:*19*  79:*23*
**answers**  103:*4*
190:*2*  283:*21*
298:*9*  343:*7*
344:*12*  417:*8*
**antibiotics**
83:*21*
**antibodies**
54:*9, 16, 22, 23*
80:*10*  122:*17*
205:*4*  234:*16*
241:*12*
**antibody**
54:*21*  177:*6*
234:*8*  235:*12*
**antigen**
294:*10, 16*
295:*3, 23*
296:*6*
**antihypertensiv
es**  74:*9*
342:*15*  409:*20*
**antiinflammato
ry**  412:*6*
**anti-inflammat
ory**  299:*1*
300:*7*

antinuclear
241:*12*
**anybody**
171:*13*  300:*12*
301:*19*  387:*12,*
*13*  396:*19*
**anybody's**
298:*6*
**Anything's**
289:*5*
**anyway**  78:*8*
220:*5*  222:*24*
**apoptosis**  63:*8*
64:*3, 10*
189:*11*  261:*7*
263:*14, 20*
265:*21*
**apoptotic**
193:*10*
**apparent**
167:*20*  168:*3*
**appear**  174:*12*
253:*24*  367:*13*
**APPEARANCE
S**  2:*1*
**appears**  14:*17*
184:*7*  292:*14*
332:*14*
**applicable**
102:*16*  105:*20,*
*21*
**application**
85:*6*
**apply**  21:*1*
84:*1*  209:*24*
277:*15*  281:*17*
380:*6*  414:*18*
**applying**
209:*12*  325:*17*
404:*7*
**appreciable**
194:*15*
**appreciate**
68:*15*  164:*2*
193:*3*  276:*24*
390:*10*
**approach**
22:*13*  27:*18*
40:*15*  65:*9*
79:*9*  100:*9*
102:*10*  259:*16*

approached
23:*18* 214:*18*
266:*20*
appropriate
175:*15* 327:*17*
328:*9* 329:*22*
339:*16, 23*
415:*6*
approval
257:*20*
**Approved**
1:*17* 258:*11*
414:*14*
approximate
32:*23* 226:*11*
359:*22*
approximately
13:*16* 14:*9*
19:*9, 11*
330:*19* 413:*19*
**April** 28:*22*
**ARB** 145:*11*
232:*20, 22*
233:*3, 10, 11,*
*14* 235:*19*
236:*21* 248:*20*
249:*22* 250:*1*
251:*9, 18*
253:*16* 254:*2,*
*10, 15, 22*
255:*3, 4, 8, 14,*
*17* 256:*9*
261:*15, 20*
266:*24* 269:*8,*
*16* 270:*10*
271:*8* 343:*3, 4*
353:*24* 354:*4,*
*8* 369:*9*
391:*12*
**ARBs** 99:*12*
222:*12, 19*
223:*11, 15, 20*
224:*13* 230:*20*
245:*9* 249:*12*
325:*19* 355:*16*
360:*8* 391:*5*
architectural
63:*18* 262:*12,*
*18*
architecture

190:*12, 22*
**Archives** 45:*24*
**area** 31:*2*
39:*3* 47:*12*
48:*7* 52:*20*
59:*14* 76:*16*
83:*23* 91:*2, 10*
137:*9* 194:*9*
198:*9* 203:*17*
294:*1* 323:*5, 7*
339:*21* 340:*3,*
*9* 342:*6*
366:*10, 15*
**areas** 38:*13*
39:*2* 47:*14*
191:*22*
**argued** 41:*8*
**arguing** 215:*2*
333:*17, 18*
336:*3*
**argument**
41:*18* 267:*17*
271:*21* 389:*18*
**argumentative**
364:*17* 378:*9,*
*13, 21*
**arguments**
404:*2*
**arrive** 22:*23*
355:*7* 356:*18*
**Article** 4:*1, 7,*
*20* 5:*4, 16* 6:*5*
41:*7* 45:*23*
46:*12, 22*
68:*17* 70:*15*
115:*9* 143:*9*
154:*20* 166:*20*
210:*17, 18, 20,*
*22* 211:*19*
218:*6* 227:*10*
231:*9* 252:*13*
277:*9, 19*
282:*21* 312:*15*
327:*10* 340:*19*
363:*21* 377:*4,*
*22* 395:*14*
396:*22, 24*
397:*3, 5, 6, 13,*
*20* 398:*4*
400:*8, 14*
403:*18, 20*

408:*9, 23*
411:*7, 12, 15*
**articles** 10:*16*
11:*17, 18*
12:*24* 337:*2*
**aside** 11:*9*
17:*7* 18:*6*
22:*21* 53:*13*
65:*10, 12*
109:*20* 130:*21*
131:*2* 148:*24*
150:*14* 162:*11*
224:*13* 246:*2*
274:*20* 281:*22*
**asked** 9:*12*
17:*8* 20:*3*
22:*22* 23:*11*
28:*17* 31:*24*
33:*17* 80:*23*
83:*3* 100:*14*
108:*5* 118:*8*
131:*4* 135:*4*
145:*8* 148:*14*
151:*8* 165:*18*
173:*4* 205:*10*
208:*13, 21*
217:*23* 224:*9*
248:*6* 339:*13*
375:*11* 376:*16,*
*17* 394:*22*
395:*5, 7, 8, 11,*
*13, 19* 402:*3*
405:*8* 411:*13*
**asking** 35:*20*
36:*6* 60:*5*
83:*6* 128:*23*
132:*19* 150:*5*
153:*9* 155:*4*
163:*12* 202:*21*
220:*6* 245:*15*
256:*23* 307:*3*
310:*23* 311:*7*
312:*12, 18*
316:*24* 327:*12*
354:*21* 387:*19*
389:*20* 390:*4*
**asks** 169:*16*
aslater@mskf.n
et 2:*5*
**aspect** 193:*20*

258:*9*
**assert** 258:*9*
**assertion**
268:*21*
**assess** 23:*12*
190:*21* 365:*11*
**assessing**
104:*24*
**assessment**
4:*9* 79:*6* 90:*4*
99:*1* 143:*11*
158:*23*
**assign** 278:*14*
**Assistant** 2:*18*
**Associated**
4:*21* 5:*2, 6, 13,*
*23* 6:*3, 7* 42:*4,*
*12, 13, 16, 21*
58:*19* 59:*18*
63:*13* 65:*17*
71:*4* 72:*1*
75:*9* 77:*9*
86:*23* 87:*23*
88:*19* 133:*9*
149:*5* 164:*7*
166:*22* 170:*17,*
*17* 172:*4*
173:*2* 174:*14*
177:*19* 179:*15,*
*16* 182:*13*
184:*10* 246:*10*
265:*9* 279:*3*
290:*1* 340:*21*
343:*16* 345:*22*
369:*11* 370:*10*
375:*3* 379:*8*
400:*17*
**association**
26:*21* 27:*9*
41:*10* 42:*20*
43:*2* 86:*19*
110:*20, 20*
111:*2* 175:*10*
181:*15, 23*
182:*3, 9, 9*
215:*19* 216:*11*
229:*19* 259:*20*
309:*3, 16, 17*
349:*12, 15, 18*
350:*3, 11*

403:*22* 404:*20*
405:*4* 407:*2*
**associations**
42:*11* 181:*17*
**assume** 41:*1*
156:*5* 157:*6*
281:*20* 323:*3*
338:*6*
**assumed**
327:*16* 402:*5*
**assuming**
33:*10* 72:*12*
188:*21, 22*
341:*20* 345:*24*
359:*8*
**assumptions**
285:*16, 17, 22*
**assure** 37:*3*
183:*18*
**astronomical**
152:*21, 22*
**ate** 383:*2, 16*
384:*1*
**Atrophy** 4:*3,*
*10* 22:*2* 62:*14*
63:*15* 73:*15*
90:*16, 18*
91:*12* 93:*10,*
*12, 19, 21*
111:*7* 115:*10*
118:*12* 122:*7*
123:*20* 143:*12*
144:*22* 145:*19*
163:*14* 226:*6*
228:*19* 262:*20*
297:*19* 302:*19*
305:*7*
**attached** 44:*1*
415:*12* 417:*11*
**attack** 101:*10,*
*13* 368:*17*
**attacks** 101:*7,*
*9*
**attempt** 24:*7,*
*9* 134:*2*
144:*19* 251:*2*
317:*6*
**attempted**
219:*23*
**attempting**

249:8 318:20
attending 95:8
attention
147:24 148:3,
10 314:16
408:14
attorney 16:18
17:1 415:16
attorneys
276:8
attracting
322:16
attracts 322:17
attribute
145:2 146:13
268:23
attributed
193:24
**August** 349:22
350:14
**aunt** 222:22
**Australia**
158:13, 17
**author** 49:10
51:19 99:7
130:14 148:12
182:23 183:1,
3, 4, 6, 8
218:22 219:4,
10 221:2
222:3 246:18
**authors**
130:16, 17
167:18 181:10
221:19 241:11
276:6 284:4
348:12, 17
350:17 396:13
408:22 412:11
413:5
**autoimmune**
63:15 66:5
67:24 70:16
79:16 80:1, 12,
21 300:19
303:14 322:1
**autoimmune-ty**
**pe** 321:19
**autopsy** 101:11

**available**
133:18 137:18
388:12 406:5
**Avenue** 1:16
**aware** 28:13
41:11 63:24
78:5 98:8
110:19 111:1
113:18 220:5
244:2, 15
245:22 298:21
346:21 357:8
387:13 397:12
409:9
**awareness** 29:5
**awhile** 151:19
**azilsartan**
230:21 231:1,
8
**Aziz** 4:13
143:15, 20
153:21 156:11,
13

**< B >**
**back** 14:3
19:18 27:18
29:4, 9 31:8,
24 32:21
43:20 55:5
70:9 74:14, 17
90:22 103:3
106:10 110:7
111:19 117:3,
4 118:7
128:20, 22
129:18 130:22
136:1 142:4
149:14 166:10
171:23 176:19
186:6 195:10
201:24 202:10,
10 208:8
225:18 228:4
229:1 250:13
256:21 261:24
265:4 272:19
275:7 278:8
289:11 298:2,
19 309:1
322:21 323:18

331:18 354:24
358:3 364:1,
22 365:18
366:12 368:21,
22 380:10
390:8 402:13
405:1 408:8
**backdrop** 41:2
**background**
21:4 108:14
**bacterial**
163:11
**bad** 157:7
373:20 381:11
383:2
**badly** 390:20
**ballpark**
111:16 133:3
**Baltimore** 2:9
**bar** 319:23
**bark** 336:4
**base** 214:4
**based** 79:6
94:3 111:8
113:1, 3, 4, 5, 9,
23 141:3
147:10 153:17
215:22 230:9
231:21 232:15
247:1 292:9
306:24 310:9
311:11 339:16
343:21
**baseless** 388:7
**baseline**
190:16 199:1,
7
**basic** 50:8
239:3 240:18
315:15 329:15
**basis** 27:1
90:3 96:19
181:7, 9
211:18 214:6
320:10, 14
406:18
**Basson** 6:9
57:16 99:6
210:22 243:16,
22 289:24
320:24 340:23

341:4 346:22
397:11, 13
403:17 408:8
**bear** 38:13
331:12
**becoming**
64:14
**beginning**
1:16 3:16 8:9
146:5 166:5
219:13 353:8
**beginnings**
308:22
**begins** 123:13
349:11 353:14,
16
**belief** 101:18
118:21 398:6
**believe** 13:7
24:4 26:2
28:4, 20 31:9
37:19 49:6
52:18 54:12
67:12 82:11
88:11 96:13
97:17 104:17
106:20 113:22
114:1 116:21
118:3 136:20
145:13 151:2
156:15, 18
172:9 182:8
188:3 197:7
200:14 210:14,
16 211:1
213:21 215:23
216:18 227:7
228:9, 12, 13
236:7 241:10,
14 244:4, 21
245:24 248:16
257:2, 3, 22
258:4, 6 259:9
275:20, 24
290:16, 22
292:7, 8
299:20 305:23
307:15 317:23
318:9, 13
322:17 342:10,
20 344:19

350:15 359:9
369:22 378:4
381:9 393:22
398:14 407:9,
17 412:11
413:5, 10
**bell** 183:16
**beneficial**
102:21
**benefit** 167:21
168:4, 16, 19
278:5 316:6, 9
**benefits**
315:20 316:4
**BENICAR** 1:4
3:21 21:15
107:7 137:17
**Benjamin**
32:15
**best** 9:14
28:17 29:7
46:2 130:1
169:8 217:18
224:1 227:17
259:13 289:19
292:1, 4
347:16, 21
362:13 363:18
390:16 401:19
**beta** 317:22
**better** 23:9
27:20 60:16
151:13, 20
152:19 153:4
169:6 193:7
198:6, 19
201:18 229:23
230:13 297:22
315:17 320:5
325:8 345:19
346:6, 9, 13, 17
347:22 368:24
382:20, 21
383:4 385:10
402:22 403:7
**beyond** 27:7
30:17 152:16
193:23 293:20
341:22
**bias** 220:4

277:*21*, *22*
biases 220:*5*
**BIDDLE** 2:*12*
big 102:*6*
190:*17* 220:*16*
big-gun 127:*15*
**Bill** 3:*17* 8:*9*
18:*15* 19:*24*
32:*22* 33:*20*
215:*8*
billed 19:*7*
34:*23*
billing 10:*10*
13:*11* 19:*24*
30:*3* 32:*21*
billings 14:*15*
15:*5*, *11* 17:*24*
18:*8*
**Bills** 3:*14* 8:*8*
19:*2*
binder 10:*15*
11:*7*, *15*, *21*
12:*3*, *4*
biologic
139:*12* 407:*4*
biological 64:*4*
138:*6*
biology 311:*6*
biopsied
195:*23*
biopsies 26:*8*,
*9*, *24* 30:*15*
68:*21* 69:*2*
111:*24* 112:*1*,
*1* 116:*18*, *21*
117:*1*, *1*
187:*24* 188:*2*
241:*16* 248:*20*
250:*13* 307:*2*
313:*23* 314:*7*
363:*17* 379:*1*
biopsy 26:*23*
48:*17* 73:*14*,
*18* 75:*3* 90:*15*
112:*20* 139:*23*
146:*16* 163:*14*
176:*11* 188:*22*
312:*6* 373:*21*
379:*14*
biostatistician
258:*19* 272:*9*

biostatisticians
272:*4*
bit 23:*21*
35:*19* 53:*6*
57:*6* 60:*13*
81:*20* 82:*17*
106:*7* 124:*13*,
*23* 138:*14*
155:*8* 162:*21*
164:*9*, *11*
168:*19* 193:*9*
194:*11* 208:*6*
222:*3*, *17*
227:*5* 236:*9*,
*14* 277:*2*
325:*5* 348:*6*
350:*2* 356:*6*
**bits** 98:*6*, *9*
**blinded** 207:*1*,
*2*
**Block** 5:*3*
15:*5* 182:*15*
**Blockers** 5:*12*,
*20* 224:*24*
246:*8* 252:*17*
**blood** 84:*19*
150:*17*
**board** 257:*20*
258:*13*
**boardroom**
383:*21*
**bodies** 193:*10*
**body** 200:*19*
290:*5* 298:*24*
318:*19*, *21*
319:*9* 340:*2*
368:*16*
**boil** 389:*1*
**bone** 89:*9*
132:*15* 400:*3*
**book** 350:*9*
363:*13*
**bottom** 131:*21*
184:*7* 185:*13*
227:*19* 231:*14*
235:*14* 236:*23*
388:*2* 408:*9*
**bowel** 30:*21*
52:*21*, *23* 53:*1*,
*4*, *8* 63:*20*
65:*11*, *14*, *15*

66:*4*, *7* 90:*8*
91:*18* 92:*12*
120:*4* 162:*15*
169:*19* 173:*22*
174:*19*, *21*
175:*2* 186:*9*
187:*4* 192:*15*
202:*4*, *9*
300:*23*
**box** 184:*6*, *23*
**Bradford**
356:*9*, *18*, *22*
357:*9* 404:*7*
405:*2*, *7*, *21*
406:*4*, *23*
407:*15*, *21*
branched
63:*19*
break 9:*20*
16:*17* 106:*22*
136:*2* 208:*2*,
*12* 394:*13*, *23*
breaks 9:*22*
breakthrough
29:*22*
**BRENNAN**
2:*12*
bringing 315:*9*
broad 58:*21*
88:*20* 163:*12*
165:*21* 225:*22*
broadens
231:*17* 232:*11*
broader 360:*4*,
*6* 376:*18*
brought 10:*12*,
*14*, *19* 38:*13*
49:*21* 147:*23*
148:*9*
**Brown** 4:*18*
155:*18* 164:*13*
411:*13*
brparker@Ven
able.com 2:*10*
**BRUCE** 2:*7*
13:*17* 33:*23*
135:*10* 312:*16*
333:*22* 364:*8*
**bucks** 30:*3*
budesonide

167:*24*
built 290:*5*
bulk 209:*1*
bumped 344:*9*
bunch 151:*23*
364:*6*
**Burbure** 5:*9*
218:*10* 222:*2*
396:*23* 397:*21*

**B-U-R-B-U-R-E**
396:*24*
burden 296:*2*
buy 196:*21*
197:*1*

< C >
**C.V** 43:*12*
44:*3*, *5*, *10*
45:*8* 53:*13*, *24*
**C.V.** 43:*14*
52:*1* 106:*19*
**C.V.'s** 43:*24*
**CACO** 307:*11*
323:*20* 324:*1*,
*19* 325:*1*, *20*
**Cahill** 1:*17*
414:*13*
calculation
200:*20*
calculus
100:*12*, *23*
call 32:*10*
35:*14* 40:*14*
56:*17* 138:*14*
184:*12* 199:*22*
364:*1* 369:*3*
410:*18*
called 16:*16*
24:*21* 157:*23*
158:*1* 365:*18*
calling 399:*9*
calls 32:*18*
35:*12*
**Campus** 2:*13*
**Canadian** 86:*5*
cancer 47:*15*
48:*3*, *9* 49:*6*,
*15* 50:*9* 85:*21*
174:*18*, *19*, *20*
175:*2*, *9* 297:*2*,

6 307:*14*
309:*2*, *4* 348:*5*
cancers 207:*7*
candor 390:*11*
**CAP** 85:*19*
86:*10*
capable 260:*2*
capture 102:*7*
cardinal 71:*3*
94:*10* 231:*19*
232:*13* 265:*16*
care 30:*10*
72:*7* 180:*11*
186:*24* 242:*23*
287:*2*
career 51:*3*
carefully 415:*4*
cares 350:*6*
carried 295:*2*
**Cartee** 5:*24*
279:*4*, *12*
282:*8* 286:*16*
388:*4*
case 11:*24*
15:*5*, *24* 16:*4*
21:*12* 22:*19*
25:*3* 28:*3*
45:*11*, *13* 46:*9*
57:*10* 63:*12*
69:*19* 73:*19*
75:*14*, *16*
77:*18* 95:*17*
97:*20*, *20*, *21*
100:*22* 101:*8*,
*20* 103:*24*
105:*15*, *16*
106:*12* 111:*6*
128:*16* 132:*10*
133:*19* 134:*11*,
*24* 143:*5*
147:*19*, *20*
171:*5* 173:*22*,
*23* 180:*1*
181:*19* 191:*12*
198:*1* 222:*13*,
*18* 223:*11*, *14*
228:*18* 275:*21*,
*23* 277:*12*
285:*2* 309:*19*
310:*2* 311:*12*,
*17*, *18* 316:*19*

318:*2* 320:*19*
328:*13* 348:*21*
349:*7, 7*
358:*23* 370:*4*
371:*20* 372:*12*
373:*8, 11*
376:*20* 380:*12,*
*17* 384:*9*
397:*14* 405:*23*
**case-by-case**
96:*19*
**case-control**
105:*13*
**cases** 4:*12, 16*
13:*20* 14:*10*
18:*5* 20:*8*
24:*9* 26:*2, 3,*
*12* 35:*13* 41:*3*
46:*5* 62:*22*
70:*8, 10, 11*
77:*11* 97:*9*
101:*9, 24*
112:*4, 15, 17*
113:*3* 132:*20,*
*24* 133:*4, 21*
142:*22* 143:*14*
144:*20* 145:*10*
146:*6, 11*
151:*16* 152:*9,*
*12* 155:*17*
159:*22* 181:*21*
186:*3* 211:*15*
227:*22* 228:*16*
229:*2* 236:7
321:*14* 351:*8,*
*24* 352:*5, 10,*
*15, 16* 361:*13*
367:*6, 6*
370:*20* 379:*18,*
*20* 388:*3, 5*
401:*19* 403:*23*
**categorized**
142:*24*
**category**
164:*19* 408:*20*
409:*8*
**caught** 348:*5*
**causal** 42:*11*
112:*24* 277:*5*
309:*16, 17*

311:*4, 11*
410:*4*
**causality**
22:*24* 43:*8*
105:*1* 181:*12,*
*22* 349:*17*
350:*10* 359:*6*
365:*12, 12*
382:*3* 404:*2,*
*11*
**causally** 16:*19*
17:*11* 42:*13*
**Causation**
3:*20* 14:*16*
20:*14, 21, 22,*
*23* 21:*1, 9*
22:*16, 17* 33:*1,*
*17* 35:*9, 14*
37:*12* 38:*1*
53:*18* 55:*14,*
*24* 56:*2, 19*
57:*14* 58:*5, 7,*
*7, 8* 98:*22*
99:*1* 100:*10*
102:*13, 14, 14*
116:*2* 156:*24*
181:*2* 208:*23*
209:*18* 215:*3*
217:*5, 19*
247:*24* 248:*8*
277:*18* 348:*14*
357:*7* 359:*7,*
*16* 365:*24*
372:*12* 375:*1*
387:*14* 402:*1*
408:*24*
**causative** 24:*5*
181:*18* 182:*9*
215:*21, 24*
216:*12* 366:*8*
**cause** 23:*15*
27:*15* 55:*23*
56:*1* 60:*3*
90:*16, 19* 93:*9,*
*11, 20, 21*
97:*18* 136:*21*
138:*3, 17, 22,*
*24* 146:*13*
152:*3* 178:*20*
222:*12* 224:*21*
225:*15, 21*

251:*11* 256:*11*
292:*7* 295:*16*
301:*16* 310:*9*
319:*12* 321:*12*
348:*20* 356:*19*
357:*15* 373:*3*
381:*12* 412:*12*
413:*3*
**caused** 285:*4*
297:*2* 300:*10*
303:*10* 310:*5*
360:*7* 402:*15*
410:*24*
**causes** 21:*17*
22:*4* 58:*15*
92:*15* 95:*22*
96:*16* 145:*1*
146:*22* 147:*16*
177:*17* 224:*12*
226:*24* 278:*17*
283:*4* 288:*22*
297:*20* 299:*22*
300:*9* 306:*5*
319:*19* 320:*1*
348:*1* 410:*9*
413:*6*
**causing** 23:*5*
42:*5, 17, 24*
75:*20* 110:*16*
118:*21* 199:*19*
220:*9* 223:*15*
247:*17* 248:*15*
299:*13* 301:*15*
319:*14* 320:*7*
398:*7*
**caveat** 236:*19*
**CD** 121:*19*
**CD8** 237:*10*
241:*15* 292:*11*
296:*14* 300:*14*
301:*5, 13, 20*
302:*7, 15*
303:*6, 20, 20*
308:*2* 314:*16,*
*20* 316:*8, 21*
321:*6* 322:*3,*
*10*
**Celiac** 4:*3*
21:*23* 22:*1*
25:*23* 26:*6*
32:*11, 13*

47:*21* 66:*4*
67:*23* 69:*1, 17,*
*22* 70:*1* 73:*16*
79:*12* 81:*23*
111:*5, 10, 21*
115:*10* 120:*4*
121:*5, 19*
122:*2, 10, 12,*
*17, 20* 123:*3*
124:*6, 20*
125:*10, 15, 17,*
*21, 24* 126:*10,*
*13* 129:*8, 9*
132:*14* 134:*6*
136:*18* 141:*4,*
*8, 19* 157:*15,*
*15* 176:*2, 5*
179:*23* 180:*2*
192:*6* 194:*11,*
*12* 195:*3*
203:*23* 205:*3,*
*4, 9, 20* 232:*18,*
*22* 233:*13, 22*
234:*8, 12, 16,*
*19* 235:*2, 4, 6,*
*8, 10, 11* 245:*9*
252:*4* 263:*16,*
*18, 21* 264:*1, 6,*
*18, 24* 265:*10,*
*17, 20* 266:*1,*
*12* 278:*17*
279:*21* 281:*5,*
*7* 282:*18*
283:*5, 11, 13*
284:*20* 285:*1,*
*4, 9, 10, 12, 13*
286:*1, 12, 13*
287:*9, 14, 20,*
*21* 288:*22*
290:*2* 295:*14,*
*16* 300:*18*
321:*20, 24*
344:*20, 24*
346:*16* 347:*19*
351:*14, 21*
352:*4, 10, 14*
353:*9, 15, 17,*
*23* 354:*10, 12*
355:*14, 18*
367:*19* 368:*9*

388:*13* 389:*10*
411:*19*
**cell** 51:*17*
64:*11* 241:*17*
294:*9, 11*
295:*24* 296:*1,*
*11* 303:*20*
304:*8* 318:*24*
322:*9* 325:*2*
326:*20*
**cell-mediated**
291:*24* 292:*2,*
*15* 293:*5, 9*
304:*2*
**cells** 61:*8, 9,*
*11, 12, 14* 63:*8*
64:*16, 20*
237:*10* 239:*24*
292:*12* 294:*17*
295:*3* 296:*15*
297:*5, 15*
300:*14* 301:*5,*
*13, 20* 302:*7,*
*15* 303:*6*
307:*11, 14*
308:*2, 6, 7*
314:*20* 316:*8*
318:*11, 18, 18*
319:*3, 9* 321:*9,*
*16* 322:*3, 9, 10,*
*10, 17, 18*
323:*20* 324:*1*
325:*20*
**cellular** 296:*8*
297:*4*
**center** 30:*20*
32:*12* 111:*6,*
*10* 120:*3*
124:*5* 134:*6*
388:*18*
**centers** 398:*12*
**Center's**
258:*12*
**center-wide**
32:*17*
**centre** 4:*11*
143:*12*
**century** 297:*1*
311:*1*
**certain** 10:*7*
27:*21* 38:*22*

61:17  66:23
84:23  90:11
221:23  268:22
325:18
certainly
23:22  24:4
27:6, 14  30:15
31:21  35:11
38:14  60:2
66:18  68:11,
23  81:4  83:17
86:14  89:3
90:10  103:13
104:4  133:24
141:4  153:20
154:2  158:17
171:19  174:1
185:4  186:2
207:12  219:6,
7  220:3
229:17  232:4
233:16  287:22
294:4  342:2
346:16  374:4
399:15  401:5,
20  403:1
406:14
certainty  21:2
73:10  96:15
152:15  287:24
384:24
CERTIFICAT
E  414:2
certification
414:17
CERTIFY
414:5  417:5
certifying
414:21
cessation
72:23  147:11
149:9  151:12,
18  152:20
153:17  188:16
193:23  227:21
229:6  230:7
377:23
cetera  61:24
chance  27:8
179:22  182:4,

8  273:13
274:1, 12
change  30:6
40:19  74:13
153:16  191:8
236:16  356:4
366:3  373:3,
10  387:16
416:4
changed  126:9
402:2
changes  66:3
89:10, 11
112:4  139:24
165:11  193:3
224:22  227:23
299:23  303:12
379:3  415:11
417:10
characteristic
82:9  85:4
174:13  176:12
characteristics
171:6  255:12
264:17
characterizatio
n  390:23
391:19
characterize
60:8  371:11
characterized
181:24  297:14
300:22  314:13
characterizes
97:6
chart  29:4
145:4, 16
146:3  175:12,
14
charts  25:22
check  114:18
303:22  304:19
352:18  363:10
chemicals
46:10
chicken  93:14
choose  52:4
choosing  39:13
chose  263:15
264:4

chronic  61:10
170:2, 4, 6
173:11  262:13
263:4  373:13
381:18, 23
384:12  412:5
chronicity
159:21
cigarette
297:2  309:15
310:4  311:2, 4
cite  108:13
238:19
cited  34:9
57:9  305:22
claim  267:10
286:4
clarification
17:14  18:12
54:3  113:20
clarify  17:13
38:9  139:19
164:10  210:15
264:10  276:19
351:12  375:9
clarifying
40:21  84:13
classic  213:1, 5
classical
389:11
classically
265:9
classified  26:5
125:1, 4
classify  164:14
370:6, 7
clear  14:3
128:23  200:7
240:8  262:7
288:20  302:12
311:22
clearer  33:8
clearly  337:1,
8  390:18
410:3
Clinic  25:14,
19  31:23
95:12  120:2
167:4, 22
170:14  180:20
244:17  278:4,

13  281:1
283:10, 17
285:20  287:2
288:5  326:22
359:22
clinical  4:8
20:11  25:5, 8,
24  26:18
38:10  50:13
60:2  71:17
72:5  74:19
78:15, 18  79:2,
7  80:9, 15
82:8  83:7, 9,
22  86:21  88:3,
18  90:13  94:2
97:6  102:2, 23
103:1  104:14
105:1  118:17
122:11  128:11,
19  130:4
132:16, 20
133:17  136:4
142:17  143:10
149:1, 11
150:6, 16
157:21  159:6
160:16  161:1,
10  165:13
167:21  168:3,
16, 18, 21, 22
171:6, 18
172:3  173:1
175:17, 19
176:16, 22
177:13, 24
182:7  185:16
186:16  187:2
193:18  194:3
196:18  197:9,
15, 20  198:11
201:15, 18
202:3, 17
204:3, 7, 11, 17
206:16, 18, 24
227:20  230:19,
24  231:7
233:11  240:20
250:4  299:23
305:8  320:16
366:16  369:15

378:1, 18
379:23  383:18
384:3, 11
385:16  399:13,
14, 22  400:5,
16, 19  401:1, 9
403:13
clinically
71:20  85:4
113:4  135:16
297:22  320:2
380:17  409:24
clinician  71:19,
22  134:4
203:23
clinicians
93:23  203:21
clinicopathologi
c  48:14  59:22
66:13  71:13
85:2  230:10
clinics  202:2
close  29:21
104:1  350:9
closely  27:12
clues  68:14
co-author
116:11  143:22
code  343:23
344:19  345:9
346:15
coding  343:22
coeliac  4:17
155:18
coeliac-like
4:15  155:16
cofactors  23:24
cognitive  220:4
coherence
407:5
cohort  6:9
105:13  106:13
164:15, 17
281:24  340:23
collaborating
17:16
collaborative
220:22
collaborator
49:11
collagen  82:21

Protected Information - Steven M. Lagana, M.D.

collagenous
66:6  67:24
81:14, 16, 19
82:1, 16  112:5,
6  170:22
171:1, 16
379:9  397:7
colleague
143:21  148:12
colleagues
17:16  26:1, 19
98:11  116:10
122:21  125:12
142:20  151:5
153:1  210:3
218:17  341:14,
17  363:24
364:21  379:23
398:11
collect  72:7
111:11  144:20
244:7
collection
12:11  13:10
108:4
Collectively
13:11  292:6
College  85:12,
17, 19  86:4, 15
colon  49:5, 15
60:23  62:13,
15, 17  89:6
91:22, 22, 23
92:1, 6, 7, 15,
22  93:1
307:14  348:5
color  336:3
Columbia
25:10  27:2
28:1  30:11, 19
31:3, 17, 20
46:6, 9  47:8
50:18  78:8
95:9  110:10,
23  111:22
112:17  118:11
121:4, 23
122:20  124:5,
16  125:1
126:3  128:21
142:23  151:6

171:10, 13
207:6  223:19
224:16  229:11
230:2  243:17
250:11, 23
258:1, 12
302:4  303:2
341:14  361:20
362:10  363:6
364:12  409:15
column  123:9
127:1, 2
128:15  146:4
227:20  228:24
254:1  280:7,
15  353:8
combined
263:8  265:5
come  11:12
29:9  31:24
57:23  74:17
75:1  76:7
104:23  117:3
121:23  130:22
132:21  133:4
134:11  135:10
138:20  140:1
225:9  241:5
259:3, 14
262:2  291:4
302:2  303:2
320:11  347:20
376:7
comes  34:20
84:9  202:3
301:9  303:4
343:6
comfortable
59:9  71:17
76:19  137:8
202:1  366:17
373:5
coming  27:18
111:18  144:13
408:8
comment
187:24  259:18
393:13
comments
394:24

commission
417:21
common
53:10  61:2
88:21  89:4
138:24  172:10
175:3  214:16
225:2  263:15,
20  264:23
266:11  301:24
361:4  362:2, 3
373:18  381:11
388:14  401:3
commonly
94:11  272:24
369:11, 12
communication
s  35:23
community
78:20  82:23
293:22  296:3
310:8  311:10
companies
52:12, 13  54:8,
15
comparable
328:2
compare
191:22  270:6
354:19  355:5
compared
5:19  59:5
112:1  223:5
248:21  252:16
255:8, 14
268:1, 15
302:23  308:18
316:10  333:4
355:8, 16
391:4, 5
compares
329:13
comparison
355:11
complaint
72:10, 13  73:4
75:2, 4  359:24
361:6
complaints
72:22  76:8

179:14  250:12
297:21  360:14
complete
18:23  132:16
297:8  374:13
375:6  377:24
378:17  379:2
380:1  382:8
401:21
completed
110:2
completely
45:12  55:17
232:1  271:13
378:5
completion
219:14  414:8
complex  81:20
85:2  92:21
complicated
32:13  123:3
complication
235:5, 5
408:13  410:19,
23  411:1
complications
389:14
component
294:9
composite
262:1, 5, 7, 10
263:9  264:3
266:11, 16
267:6, 20
268:24  269:3,
5, 15, 22  270:4,
20  271:10
composition
94:4
compound
200:18
concede  140:21
concentrated
191:21
concentration
325:18  326:2,
15  327:4, 5, 20,
24  328:1, 23
331:14  333:4
337:20

concentrations
91:17  92:11
339:12, 19
concept  200:9
219:11  271:18
298:20
concise  56:5
conclude
59:16  75:21
178:19  193:14
198:12  291:6
320:6
concluded
131:9  133:7
145:17  247:17
251:15  279:20
413:18
concludes
95:18
concluding
277:4
conclusion
95:24  110:14
132:21  134:12
171:14  247:23
248:13, 17
309:11  311:10
320:2  356:19
359:11
conclusions
171:3  236:24
288:14  312:24
355:7  394:4
concomitant
125:24
condescending
364:6, 10
condition  57:8
59:11  135:19
152:5  159:7
237:13  240:1
288:9  291:8
409:16
conditions
47:21  84:6
131:10  147:15
261:13  288:8
300:22
conducted
211:13  244:10
257:5

conference
95:8  110:8
134:9  247:12,
16
conferences
25:12  230:10,
11
confident
28:12, 16
112:23
confidently
191:10  234:11
confirm  142:14
Confirmation
185:15
confirmed
327:17  328:8
confirming
267:16
confirms
231:15
conflating
124:13
conflict
395:16  396:3,
14
confounders
251:2
confounding
178:23
confused  15:2
66:17, 21  67:3
398:19, 20
confusing
382:12
connection
55:13  136:5
267:20  277:5
286:15, 19
322:2  343:19
388:7  396:9
conservative
180:21  181:13
182:2
consider  39:22
40:7  49:17
52:21  93:19
99:10  127:14
189:20  197:24
198:1  210:21
215:1  343:9,

12  345:2, 15
347:16  348:2
374:4  385:15
consideration
112:18
considered
31:15  104:1
135:16  146:23
169:18  192:19
202:23  264:5
273:2  274:5
291:17  345:6,
14  399:22
considering
39:1  216:12
384:10  399:16
consistency
403:22  407:3
consistent
131:11  133:13
229:3  233:7
278:22
consistently
152:5  237:6
constitute
187:11
constitutes
186:8
consultant
133:6  396:15
consulted
13:20  16:1
consulting
52:12, 15
54:13  275:17
276:2, 7, 17
277:6  396:18
consume  208:6
contact  50:11
contacted
15:17  26:19
128:21
contain  242:2
contained
244:16
contemporary
282:9
contention
173:8
Contents
156:17

contest  9:19
393:8
context  23:21
27:19  29:15,
16  66:2
188:10  198:16
206:20  243:11
367:10  387:11
399:13  406:16
408:21
continent
163:10
continue
137:13  140:16
175:12  334:13
362:20
continues
353:21
contribute
140:24  359:6
contributed
27:6  98:18
contributes
99:22
contributing
221:19
contribution
343:5
contributor
221:21
control  106:13
127:13  251:2
256:2  317:7
414:20
controlled
392:8, 19
controlling
342:12
controls  213:8
247:6  248:22
250:16, 18
251:10, 19
253:21, 23
254:2, 7, 8, 10,
14, 15  255:1, 2,
7, 8, 13, 14
256:9  261:14,
16  266:19
268:1, 16
269:23  270:5,
7, 8, 20  271:15,

16  354:4
391:6
controversial
56:13
controversy
398:10
convention
273:24  274:14
conversation
28:18  35:15
134:3  148:18
conversations
32:3  36:7
37:20  117:12
conversely
251:11
convey  364:15
convince  220:7
convinced
27:15
convincing
193:14  220:15
convincingly
237:11
copious  70:2
copy  43:21
44:1, 2, 15
53:23  115:21
143:19  242:7,
15  243:1
325:4, 8
358:12
correct  14:5,
12  15:11
48:19  78:20
79:12, 17
85:15  88:7
94:16  95:24
96:22  98:4
102:14  113:15
114:11  115:18,
19  116:3, 13
119:5  120:7
121:6  127:22
129:9, 14, 19
137:14  144:10,
11  156:3
157:1, 16
162:2  196:20
197:3, 19
210:10  213:9,

10  214:20
217:7  218:23,
24  220:23
222:14  227:2
238:7, 12
240:12  243:13,
14  250:17
251:20  256:13
261:6, 10, 21
263:12  268:24
272:6  279:24
282:12  283:5
284:11  288:24
294:11, 22
295:4, 11
300:14, 24
302:9  304:6
305:22, 24
307:15  310:11
312:8  313:4
314:5, 17
316:21  317:8,
22  318:12, 16
320:8  321:21,
22  325:2, 22,
23  331:17
332:8, 24
339:9  341:11,
24  342:1
344:2, 7  345:1
346:23  347:2
348:15  351:9
352:16  353:24
356:14  361:20
362:1, 8  371:6
382:21  384:18
405:11  417:7
corrected
316:3
corrections
415:5, 7
417:10
correctly  65:7
111:13  123:23
137:17  170:23
228:2  351:5
correlation
66:13  71:14
399:13, 14, 23
correlations
48:15

Protected Information - Steven M. Lagana, M.D.

corticosteroids
167:23
Counsel 2:18
10:5 11:14
12:17 13:1, 2
108:1, 3, 5, 9
131:4 240:10
394:23 395:18
402:3 405:8
407:12
count 191:19
268:1, 14
269:5, 7
394:11
counterargume
nt 329:23
counting
132:24 389:14
couple 35:12
44:8 64:2
77:6 78:3
87:10 106:20
113:11 223:5
224:2 229:1
241:5 259:17
265:18 346:5
348:15 394:8
course 9:6
37:17, 18
97:13 111:15
128:19 152:7
193:22 205:21
213:2, 20
214:23 303:18
341:10 367:23
368:16 369:1
383:17 387:16
Course, 167:17
COURT 1:1
103:7 224:7
346:8 415:20
courtroom
298:8
crazy 73:21
created 256:24
creating 264:3
criteria 58:18,
24 59:3, 9, 15,
20 77:22
78:18 79:11,
15, 19 81:3, 6,

11, 15 82:4, 6,
12, 19, 21 83:9,
20, 24 84:18
85:14, 22
86:11, 20
282:16 283:3
284:9, 24
356:10, 12, 18,
23 357:9, 11
370:9 404:7
405:3, 7, 10, 14,
21 406:4, 17,
24 407:7, 16,
21 412:3
criticisms
395:1
critique 40:3
Crohn's 236:9
cross 271:16
413:12
crypt 63:8, 14,
17 64:3, 4, 8, 9,
10, 11, 13, 19
189:11 190:14,
17 193:9
261:7 262:20
263:14, 20
265:21
crypts 63:17,
19 189:14
culprit 132:22
culture 51:18
cumulative
289:22 316:15,
16
curious 49:20
current 47:11
235:17 318:22
currently
195:15
cut 63:1 192:7
cutoffs 192:11
cyanide 299:19
cytokine
237:24 292:13
296:20 303:12
306:9 307:8
322:16, 22
Cytokines
322:24

cytometry
302:8

< D >
Daiichi 2:10,
15, 19 277:7
396:18
damage 174:2
376:9 379:21
damaged
302:21
data 38:17
72:6 98:7, 9
100:23 101:12
102:5 104:6
132:20 162:22
244:16 245:18,
23 249:19
253:15 269:3
270:7 272:5, 6
290:13 303:22
316:15, 16, 17
343:22 346:1
354:14 355:15
367:11 388:12,
21
database
111:11 355:6
date 1:17
14:8, 13 15:6,
9 29:2 44:24
415:9 417:16
Dated 414:15
day 9:7 86:20
169:19 186:13
187:18 188:5
202:5 208:7
297:10 324:20
329:9 341:10
371:17 398:17
417:20
days 34:15
75:8 77:7, 15
78:3 151:21
200:17, 23
201:17 202:7,
8 213:21
229:6, 22
230:6 368:4, 5,
19 369:16, 24
370:2, 14, 16,

17, 21, 23
371:8, 9, 17
372:10 373:1,
16, 17 376:12
380:16, 16, 19,
23, 24 381:4, 7,
12 383:10
384:6 385:8
402:8, 9 403:7
415:16
day-to-day
133:5
deadly 379:10
deal 32:13
106:9
dealing 202:2
death 29:21
63:8
debilitating
303:9
decent 179:22
dechallenge
57:11 72:9
74:24 187:11
188:2, 4, 15
189:21 191:4,
24 193:1, 14
195:18, 24
196:9 198:13
199:16 200:4
201:22 202:12
204:18 205:14
228:6 233:2,
12 383:11, 12
dechallenged
360:23
decide 382:6
decided
361:14 365:5
decision
205:12 214:4
383:19
decisions
384:17
deemed 90:2
415:19
deep 49:12
190:14
deeper 36:11,
21

deeply 24:19
25:1, 2
defense 11:5
41:16 148:4
386:7 398:9
deficiencies
89:8
deficits 173:24
define 20:19,
20 58:8 87:11
106:6 169:10,
16 221:20
369:12
defined 87:11
119:12, 14
166:4 373:15
381:23
defining 58:22
165:10
definite 30:17
77:11, 11
definitely
110:4 245:13
375:8 385:11,
13 386:21
definition
165:17 166:15
169:13
definitions
170:10
definitive
365:17
definitively
109:18
DeGaetani 4:6
113:24 115:5,
12 136:6
164:19 388:19
degree 23:3
27:3 43:6
69:15 95:20
96:14 112:10
152:15 187:10
191:8 192:24
198:11 287:23
288:21 361:23
409:22
degrees 384:24
dehydration
174:1 376:8
delayed 304:10

| | | | | |
|---|---|---|---|---|
| delayed-type | deps@golkow.c | deserving | develops | 284:6, 10 |
| 368:10, 18 | om  1:23 | 157:17  284:10 | 367:4, 8 | 287:7  353:17 |
| deleterious | depth  41:14 | design  103:15 | 370:13  371:16 | 354:9, 12 |
| 299:21 | 323:9, 12 | 106:13  328:9 | 372:9  382:4, | 376:2  385:1 |
| delivered | 387:7  393:17 | 329:21  336:11 | 15  402:7 | 388:15  397:23 |
| 408:17 | derived  23:14 | 342:22 | diabetes  84:23 | 399:2, 16 |
| demand | 224:17 | designed | 85:9 | 402:12  403:15 |
| 175:22  187:9 | describe  26:12 | 103:15  179:3 | diagnose | 404:1 |
| 188:12  190:8 | 48:11, 24  60:6 | desire  232:7 | 59:11  80:7 | Diagnostic  4:4 |
| demonstrate | 133:22  145:1, | desk  225:10 | 137:24  159:19 | 54:9  58:18, 24 |
| 299:10  308:16 | 22  159:22, 24 | 377:11  411:8 | 177:18 | 82:3  83:8 |
| demonstrated | 161:10  180:4 | detail  12:10 | diagnosed | 85:14  115:11 |
| 95:19  292:12 | 209:14  219:2 | 57:18  133:17 | 67:23  89:22 | 214:5 |
| 309:17  320:22 | 221:18  229:9 | 135:5  155:5, 6 | 127:8  129:7 | diagrams |
| demonstrates | 265:24  267:19 | 236:2  288:13 | 139:6  140:12 | 325:7 |
| 269:4 | 407:6 | 395:11 | 142:18  147:10 | diarrhea  22:2 |
| demonstrating | described  11:8 | detailed | 279:19  284:21 | 73:12  75:5 |
| 289:13 | 25:16  26:21 | 313:12 | 285:20, 21 | 87:20  88:6, 15, |
| depend  168:23 | 30:9  31:14 | details  36:15 | 367:19 | 22  90:17, 19 |
| 319:11  331:3 | 40:13  62:19 | 297:10 | diagnoses | 91:18  92:17 |
| depending | 65:16  73:13, | detect  216:17 | 85:21  133:21 | 93:9, 11, 20, 20 |
| 403:12  413:8 | 19  75:15 | determination | diagnosing | 117:23  169:3, |
| depends  82:18 | 97:24  100:9 | 187:20 | 79:12, 16  80:1 | 4, 11, 13  170:2, |
| 101:3  119:10 | 113:2  116:1, 9, | determinations | 81:15  86:21 | 4, 6, 6  173:11 |
| 190:10 | 22  129:2 | 152:14 | 283:3  284:24 | 179:2, 3  186:9 |
| DEPONENT | 132:11  138:16 | determine | diagnosis  59:1, | 202:6  249:17 |
| 417:2 | 144:16  157:14 | 23:3  42:19, 21 | 22, 24  64:1 | 250:2, 3 |
| deposed  8:24 | 159:7  160:11 | 93:23  94:6, 11 | 66:14  68:20 | 251:11, 12 |
| deposing | 171:15  207:14 | 153:2  187:9 | 71:12, 24  72:8 | 256:11  342:18 |
| 415:16 | 208:24  225:12 | 248:22  258:19 | 73:4  75:8 | 345:5  347:2, |
| deposited | 228:16  237:11 | 339:8, 24 | 78:11  80:11 | 19  369:11, 18 |
| 46:16 | 261:13  262:11 | determined | 83:11, 11  84:3 | 370:1, 2, 3, 8, |
| deposition  1:7 | 281:12  288:12 | 24:1  96:20 | 85:7  90:7, 14 | 13, 16, 18, 20, |
| 3:13  7:2  8:2, | 299:24  305:8 | 117:11  281:6 | 94:2, 2  121:5, | 21  371:9, 17, |
| 3, 7  10:2, 3, 13 | 310:1  388:3 | 349:19  350:22 | 18, 24  126:5 | 18, 19  372:9, |
| 19:6  53:15 | 392:20 | develop | 132:17  133:24 | 10, 10  373:13, |
| 107:5  115:8 | describes | 139:11  256:18, | 134:3  137:17 | 16, 17, 22 |
| 140:1  143:8 | 239:6 | 20  366:21 | 139:1, 4 | 376:12  380:15, |
| 144:13  155:14 | describing | developing | 176:10, 14 | 16, 17, 20, 21 |
| 156:20  165:19 | 140:7  157:12 | 369:2, 17 | 177:23  185:8, | 381:4, 12, 19, |
| 166:5, 19 | 159:8  171:17 | 370:1  371:8 | 15  186:17 | 23  382:4, 15, |
| 182:11  214:18 | 186:23  212:19 | 373:10 | 196:10, 12, 22 | 19  383:10 |
| 218:5  227:5 | 234:3  287:1 | developed | 197:12, 17 | 384:7, 13 |
| 246:6  252:12 | DESCRIPTIO | 88:14  140:4 | 198:2, 5, 6 | 385:8  402:7, |
| 279:1  305:11 | N  3:10 | 223:21  250:1 | 205:20  220:13 | 15 |
| 340:18  413:18 | 181:15  212:8 | 285:1  375:2 | 231:20  232:14 | diarrhea-causin |
| 414:6, 8, 9 | 384:11 | 380:14 | 234:7  276:20 | g  343:1 |
| 415:3, 13, 17, | descriptions | developing | 278:14  280:9, | die  376:10 |
| 19 | 226:10, 15 | 138:7  180:14 | 16  281:2 | diet  118:13 |
| deposits  94:14 | descriptive | developments | 282:14, 24 | 167:23  203:24 |
| | 133:21  137:3 | 209:22 | 283:8, 18 | 204:16  205:21, |

Protected Information - Steven M. Lagana, M.D.

*22* 206:*10*
233:*17*, *21*
234:*1*, *10*
235:*7* 283:*13*
367:*20*, *22*
**differ** 222:*19*
223:*3*
**difference**
21:*7* 42:*4*
68:*5* 70:*11*
99:*10* 119:*13*
167:*10* 180:*5*
188:*6* 223:*10*
248:*23* 251:*16*
254:*11*, *16*
255:*6*, *12*, *20*
258:*22* 259:*8*
261:*18* 266:*5*,
*23* 267:*7*
269:*7*, *14*
272:*5* 273:*6*
274:*15* 326:*5*
360:*10* 365:*15*
391:*9*, *11*
**differences**
42:*10* 50:*1*
67:*13* 149:*7*
235:*18* 303:*16*,
*19*
**different**
14:*23* 21:*11*,
*21* 37:*8* 59:*2*
61:*7* 73:*9*
75:*24* 98:*15*
124:*7* 129:*1*
139:*3* 147:*8*
149:*4* 150:*7*
158:*18* 161:*11*
162:*17*, *19*
163:*1*, *9*, *9*, *10*,
*18* 164:*15*, *17*
171:*17* 180:*7*
181:*21* 192:*9*,
*10* 193:*19*
196:*17* 203:*13*
216:*8* 222:*23*
270:*12*, *13*, *14*,
*15*, *23*, *24*, *24*
271:*12* 273:*22*
277:*2* 284:*15*
290:*8* 306:*6*

310:*22* 312:*10*
315:*4* 316:*17*
325:*18* 327:*3*
338:*4* 340:*8*
343:*2* 366:*9*
376:*15* 380:*18*
389:*12* 397:*9*
407:*14*
**differential**
85:*7* 132:*17*
133:*23* 220:*13*
231:*18* 232:*12*
276:*20* 399:*1*,
*21* 402:*12*, *16*
**differentiate**
84:*14* 227:*12*
**differently**
21:*22* 22:*14*
58:*1* 141:*8*
236:*14*
**difficult** 93:*1*
191:*9* 193:*3*
287:*18*
**digestion** 92:*23*
**Dilemma** 4:*5*
115:*12*
**direct** 57:*13*
58:*5*, *8* 112:*24*,
*24* 171:*3*
326:*22* 414:*20*
**directed** 181:*9*
**Direction** 7:*5*
**directly** 56:*14*
108:*13* 299:*22*
327:*19* 388:*4*
**disagree**
176:*18*, *24*
278:*12* 359:*10*
394:*4*, *6*
**disagreed**
387:*13*
**disappeared**
227:*23*
**discern** 130:*2*
**discharge**
353:*17* 354:*9*,
*11*
**disciplines**
408:*18*
**disclose**
214:*14* 275:*18*

277:*9* 279:*18*
396:*14*, *19*
**disclosed** 18:*6*,
*10* 131:*3*
395:*16*, *23*
396:*2*
**disclosure**
396:*3*
**disclosures**
275:*12* 276:*1*
**discontinuation**
72:*12* 223:*23*
366:*4*
**discontinue**
153:*5*
**discontinued**
26:*24* 111:*20*
385:*9*
**discovered**
211:*15* 229:*18*
294:*18* 295:*21*
296:*22*
**discovery**
42:*22*
**discrete** 248:*14*
**discriminator**
233:*13*
**discriminators**
232:*21*
**discuss** 130:*22*
134:*11* 198:*10*
210:*2* 220:*12*
243:*13*, *22*
342:*8* 353:*14*
**discussed**
36:*12* 37:*15*
144:*21* 146:*21*
150:*3* 153:*20*
168:*6* 181:*17*
191:*14* 209:*16*
259:*9* 341:*12*
342:*8* 401:*14*
**discussing**
41:*3*, *4* 85:*24*
116:*8* 253:*6*
336:*2* 359:*2*
**discussion**
19:*15* 28:*1*
98:*11* 110:*9*
111:*8* 117:*19*
123:*8* 137:*4*

151:*5*, *7* 153:*1*,
*9*, *10* 164:*4*
167:*6* 203:*13*
208:*20* 210:*8*
211:*3* 222:*17*
228:*4* 243:*4*
259:*3* 270:*2*,
*17* 275:*1*
289:*12* 290:*12*,
*24* 379:*22*
**discussions**
37:*13* 41:*19*
110:*24* 113:*6*
180:*7* 230:*9*
341:*17*
**disease** 4:*18*
21:*23* 22:*1*
25:*24* 26:*6*
30:*21* 32:*12*,
*14* 37:*15*
47:*21* 52:*21*
63:*20* 65:*15*
66:*5*, *7* 67:*23*
69:*1*, *17*, *22*
70:*1* 73:*16*
79:*12* 81:*23*
111:*6*, *10*, *21*
112:*8* 119:*16*,
*17* 120:*5*
121:*6*, *20*
122:*2*, *10*, *12*,
*18*, *20* 123:*4*
124:*6*, *20*
125:*10*, *15*, *17*,
*21* 126:*1*, *10*,
*13* 128:*8*
129:*8*, *9* 134:*6*
141:*5*, *9*, *19*
146:*11* 155:*18*
175:*16* 176:*2*,
*5* 179:*24*
180:*2* 192:*6*
194:*12*, *13*
195:*3*, *5*
203:*23* 205:*9*,
*20* 232:*18*, *22*
233:*13*, *22*
234:*12*, *16*, *20*
235:*3*, *4*, *6*, *9*,
*10* 236:*10*
245:*10* 252:*5*

263:*16*, *18*, *21*
264:*1*, *6*, *18*, *24*
265:*10*, *17*, *20*
266:*1* 278:*18*
279:*22* 281:*7*
282:*19* 283:*5*,
*11*, *14* 284:*20*
285:*2*, *5*, *9*, *11*,
*12*, *14* 286:*2*,
*12*, *13* 287:*9*,
*15*, *20*, *21*
288:*23* 290:*2*
295:*14*, *15*, *16*,
*21* 300:*18*
321:*20*, *24*
322:*1* 344:*20*,
*24* 346:*16*
347:*19* 351:*14*,
*21* 352:*4*, *10*,
*14* 353:*9*, *15*,
*23* 354:*10*, *12*
355:*14*, *18*
367:*19* 379:*11*
388:*13* 389:*9*,
*10*, *13* 399:*24*
411:*19*
**disease,** 353:*17*
**disease-related**
266:*12*
**diseases** 21:*22*
53:*3*, *10* 65:*11*
66:*18* 84:*15*,
*16*
**disorder** 85:*23*
118:*16* 127:*12*
237:*4*
**disorders**
52:*21*, *23*
65:*14* 85:*15*
86:*11* 120:*4*
347:*6*

**disproportional**
326:*16*
**disproportionat**
**e** 327:*7*
**dispute** 158:*21*
**distal** 192:*12*
**distinction**
69:*7* 360:*24*

Protected Information - Steven M. Lagana, M.D.

distinctions
226:23
distortion
63:18
distributed
61:15 409:12
distribution
314:20 316:8
DISTRICT
1:1, 2
ditto 388:15
Doc 202:4
Doctor 17:24
37:23 40:19
42:3 58:3, 17
65:3 72:7
75:6 76:7, 8
78:16 79:5, 10
85:10 87:9
102:11 107:14
113:10 117:17
119:1 131:1,
19 135:11
136:1 137:12
143:19 145:6
146:3 148:24
151:4 174:16
180:16 183:13
184:15 191:1
198:8, 23
201:3 202:7
203:12 204:1
208:12, 19
209:4 213:16
214:2, 10
218:18 224:8
227:8 235:13
236:23 238:2
241:21 242:1
243:3 255:10,
24 258:17
260:19 261:3
271:2, 17
273:17 275:7
288:18 289:2,
5, 9 291:3, 11
294:15 298:19
300:12 305:24
307:10, 19
312:1 315:12
316:24 317:5,

19 329:24
330:17 331:13
334:9, 22
335:22 337:13
341:3 342:11
346:8 348:11
351:18 353:7
354:17 356:4
358:2 359:2
366:14, 18
381:18 382:5,
17 383:17, 19,
23 384:6, 14
386:3 390:12
394:22
doctors
111:22 121:24
137:24 140:14
150:18 197:17
410:7, 21
Document
3:21 55:17, 19
56:5, 11 87:5
107:6 212:13,
14
documented
361:10
Documents
7:8 10:8
14:24 142:14
278:23
doing 12:17
20:17 48:6, 12
50:20 54:7, 7
60:16 206:23
241:15 272:17
325:17 328:12
406:5 415:8
door 302:3
dosage 338:17
dosages 338:21
dose 290:3, 9
326:5 327:2
339:13
dose-response
289:14, 21, 23
dosing 326:2
327:1 329:7
339:23
double-blinded
102:24 103:14

double-check
210:11 212:21
228:14 318:14
322:18 347:3,
7
doubted 78:11
download
108:6
dozens 132:8
320:19
DQ2 292:10,
21
DQ8 241:1
292:10, 21
293:18
Dr 3:16 4:1
8:8, 20, 23
11:22 19:21
25:13 32:14,
14, 15 37:11
107:9, 21
110:21, 24
111:8, 9
130:13 222:2
259:10 312:19
358:8, 12
368:22 386:22
387:17 391:13
395:2, 9
draft 221:6
drafted 49:9
drafting 33:13
37:21 221:22
222:9
dramatic 30:5
153:16
draw 171:3
286:15 288:13
326:22
drawn 361:1
draws 388:3
drew 171:14
312:24 314:16
DRINKER
2:12
Drive 2:13
76:6
drove 249:5
Drs 143:20
230:12

drug 16:19
17:11 27:15
102:17, 20
127:7, 10, 15
146:14 147:11
150:15 152:1,
3 153:18
193:23 194:1
199:2, 18, 18,
21 200:2
207:2 224:19
225:2, 14
226:9 251:3
256:2, 5 314:2,
3 317:7
326:19 327:7
329:14 342:13
356:20 366:23
369:1, 14, 16
370:1, 8, 13, 14,
22, 24 371:8,
16 372:9
380:15, 19, 20
402:21 403:8
410:9, 9, 23, 24
412:6
drug-induced
145:18 147:4
drugs 46:11
178:24 179:2
200:10 224:3,
10 225:1, 21
251:5, 6, 10
256:4, 10
317:17 326:15
327:6 342:17
369:9, 10, 10,
17 411:20
due 67:4
75:19 138:23
182:4 273:13
376:16
duly 8:14
414:5
duodenal 62:6
146:16 313:23
314:7
Duodenitis
5:14 246:11

duodenum
62:4 192:17,
18 228:17
duration 99:14
dying 29:20
63:10 64:17,
20

< E >
e.g 173:11, 14
174:4
earlier 95:7
144:4 170:21
208:20, 24
227:5 228:4
231:16 233:19
252:23 264:14
278:9 290:24
earliest 14:8,
13 15:9
earlobe 72:18
early 13:7
16:2 28:5
374:5 387:8
398:17
easier 140:10
247:2 377:11
East 2:8
easy 235:22
323:16 364:18
eat 22:5
eaten 373:19
eating 126:12
381:11
editor 340:7
Editorial 4:24
182:12 222:1
editors 214:14
275:18
effect 29:24
64:4 131:10
142:2 195:13
233:9 268:4
292:7 299:21
310:9 311:4
319:10 321:2
322:16 327:7
356:19 357:16
Effectively
234:24