# EXHIBIT 7

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 118

1  it is -- were your words commonly seen in
2  all patients?
3      Q.   Common to.
4      A.   Common to all patients?
5  Well, certainly I wouldn't know how to
6  parse that.
7          Is that what he asked?
8      Q.   I'm telling you what I asked
9  you.  So here's my next question to you.
10     A.   I'm sorry.  Can we go back
11 to that question or is that okay?
12     Q.   Have you answered that
13 question?
14     A.   I would say that
15 malabsorption is sufficiently vague so as
16 to not be a great way to be noted as a
17 universal or common to all patients with
18 olmesartan.
19     Q.   So then am I correct that in
20 your view, malabsorption is not a symptom
21 that is required to diagnose sprue-like
22 enteropathy?
23     A.   So depending on how you
24 consider malabsorption, but certainly

Page 119

1  fatty diarrhea, for example, not all
2  patients with olmesartan enteropathy
3  reported that.  One can have severe
4  injury of the small bowel, for example,
5  due to olmesartan and still somehow, you
6  know, retain the capacity to absorb fat.
7          And, you know, you could
8  potentially have that patient also with
9  iron deficiency anemia and one person
10 might actually say that is malabsorption
11 because they are malabsorbing iron;
12 whereas, someone else might say, I
13 consider malabsorption to be specifically
14 related to fat malabsorption and, if
15 there's no diarrhea, I wouldn't call that
16 malabsorption.
17         So I think it's not a very
18 helpful term when trying to characterize
19 a clinical phenotype --
20     Q.   How about villous atrophy;
21 is villous atrophy a symptom or condition
22 that is common to all who have been
23 diagnosed with sprue-like enteropathy?
24     A.   I'm still getting hung up on

Page 120

1  "common to all."  I apologize, but it
2  doesn't seem to make sense.
3      Q.   That's fine.  To diagnose
4  someone who you believe has sprue-like
5  enteropathy, must that individual present
6  with villous atrophy?
7      A.   I think that the literature
8  has borne out that villous atrophy is not
9  always a feature in olmesartan
10 enteropathy; and, frankly, in real life,
11 many patients with diarrhea don't end up
12 even getting a duodenal biopsy.
13         If I could refer you to the
14 study on my reliance list where I'm the
15 lead author published in Gastrointestinal
16 Endoscopy that I made passing reference
17 to previously on sex and racial
18 disparities in the diagnosis of celiac
19 disease, in that study, we looked at a
20 national endoscopy database, a clinical
21 outcomes research initiative national
22 endoscopy database, and we found that a
23 large proportion of individuals
24 undergoing endoscopy for a number of

Page 121

1  clinical features suggestive of celiac
2  disease, including diarrhea, iron
3  deficiency, anemia, weight loss, who
4  underwent endoscopy nevertheless did not
5  have a small intestinal biopsy performed.
6  And we thought that was remarkable and
7  worth publishing.
8          And the take-away is that it
9  appears that, in the community, people
10 who have symptoms suggestive of
11 malabsorption or symptoms that are
12 certainly compatible with olmesartan
13 enteropathy, not only might they undergo
14 an upper endoscopy, it's possible some of
15 them get an upper endoscopy and don't
16 even have a biopsy.
17         And so I would be hesitant
18 to say that villous atrophy is quote
19 common to all patients who have
20 olmesartan enteropathy, when we know that
21 at least in an analogous disease, a lot
22 of patients never get biopsied.
23     Q.   Well, I guess then the
24 question becomes, among those who in fact

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 122

1  have had the endoscopy, is there a
2  finding of villous atrophy?
3       A.   It has certainly been
4  reported and indeed in the Rubio-Tapia
5  initial case series, they all had villous
6  atrophy, but as the literature has
7  subsequently borne out, it appears that
8  lesser degrees of villous architectural
9  distortion or perturbation can be
10  present.
11          And I think that makes
12  sense. I'm honestly not very surprised
13  that that was borne out based on, again,
14  analogizing to celiac disease. Turns out
15  that while villous atrophy is present in
16  celiac disease, there are people who get
17  biopsied and, due to a number of
18  circumstances, they don't have villous
19  atrophy in that biopsy specimen.
20          That could be due to the
21  fact that villous atrophy in celiac
22  disease is patchy and that might not be
23  -- that might -- rather, that might be
24  the case in olmesartan enteropathy. It

Page 123

1  could be that it was just missed in terms
2  of location.
3          Certainly one thing we've
4  learned from celiac disease is, the small
5  intestine does not have to look abnormal
6  to the naked eye on endoscopy in order
7  for a patient to have villous atrophy,
8  and I think that's one reason for the
9  underbiopsy rates in celiac disease.
10  People might be assuming that if it looks
11  okay to the naked eye, it's not worth
12  taking a biopsy.
13          But even among those who do
14  get a biopsy, there is abundant
15  literature that shows us that celiac
16  disease at least can be missed if an
17  insufficient number of specimens are
18  submitted, and there's also been a number
19  of case reports of findings convincing
20  for the clinical phenotype of olmesartan
21  enteropathy in which the villous
22  architecture was actually above what we
23  consider normal, otherwise known as a
24  villous height to crypt depth ratio was

Page 124

1  seen as normal.
2       Q.   I was asking you about
3  features, features that are common in the
4  diagnosis of sprue-like enteropathy. And
5  you told me no as to malabsorption --
6       A.   I'm sorry. I don't think
7  that -- I believe --
8          MR. SLATER: Yeah, I object
9       to the form of the question.
10          You can answer.
11          THE WITNESS: I don't think
12       I said, no, that malabsorption --
13       in response to the question of
14       malabsorption was a feature.
15          I just think that
16       malabsorption is a somewhat
17       ill-defined entity and so I'd be
18       hesitant to say that it's common
19       or rare within olmesartan
20       enteropathy simply because it can
21       be defined variously.
22  BY MR. MURPHY:
23       Q.   And the same with regard to
24  villous atrophy.

Page 125

1          MR. SLATER: Objection.
2          THE WITNESS: Villous
3       atrophy has more objective
4       definitions than malabsorption.
5       While interobserver agreement
6       between pathologists is not
7       perfect with regard to the
8       presence of villous atrophy and I
9       certainly have had the experience
10       where patients with celiac disease
11       have a biopsy that's interpreted
12       differently by two different
13       pathologists, there are more
14       agreed-upon parameters for villous
15       atrophy than there are, for
16       example, for malabsorption.
17          And so, for example, if a
18       doctor is referring a patient to
19       me and over the phone he says that
20       this patient has villous atrophy,
21       I'm pretty sure I know what that
22       doctor means; whereas, if they say
23       malabsorption, I sort of chalk
24       that up to a, well, that could

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 126

1  mean a lot of different things.
2       In medicine, we have such
3  terms and I tell my trainees to be
4  careful when using terms that are
5  defined variously.  Lethargic is
6  another -- is another example.
7  Lethargic could mean somewhat
8  sleepy because of insufficient
9  amount of sleep.  Lethargic could
10  mean substantial mental status
11  change and we need to work this up
12  acutely because we're worried
13  there's something going on.
14       Malabsorption's not quite
15  that bad, but it's something that
16  I think we need to exercise some
17  caution on, particularly when
18  trying to pin a clinical entity
19  and label with malabsorption.
20  BY MR. MURPHY:
21       Q.   How about diarrhea; is
22  diarrhea a feature that must be seen in
23  order to diagnose one as having
24  olmesartan-associated enteropathy?

Page 127

1       A.   I don't think it must be
2  present.  I think that diarrhea is
3  commonly reported in people who turn out
4  to have olmesartan enteropathy.
5       Not to get too technical,
6  there are definitions of diarrhea and
7  there is a little bit of subjectivity to
8  that, but I think the literature's borne
9  out that you don't need to have diarrhea
10  to have olmesartan enteropathy.
11       I believe you could have
12  potentially constipation.  I think
13  there's potentially an explanation for
14  that.  If you have, you know, a -- an
15  injured gut epithelium, that could
16  potentially affect the enteric nervous
17  system and that could actually
18  paradoxically induce constipation.  Just
19  like, you know, some people when they're
20  undergoing stress gain weight and some
21  people when they're undergoing stress
22  lose weight, there does appear to be this
23  varied clinical presentation.
24       But I would say that

Page 128

1  diarrhea is a common feature in patients
2  with olmesartan enteropathy.
3       Q.   With regard to constipation,
4  did any of the -- those who were
5  participants in the Rubio-Tapia case
6  series present with constipation?
7       A.   Rubio-Tapia's case series
8  was somewhat narrowly defined.  If you
9  look at their inclusion criteria,
10  patients were considered for inclusion of
11  the study if they had chronic diarrhea,
12  so it's very possible that Dr.
13  Rubio-Tapia and colleagues were
14  encountering other people, patients, who
15  had olmesartan enteropathy, but they just
16  didn't make it into this series, because
17  they predefined who made it in.
18       So while it is possible to
19  have both chronic diarrhea and
20  intermittent bouts of constipation, it
21  appears based on my interpretation of
22  this paper that they were limiting their
23  case series to those with chronic
24  diarrhea.

Page 129

1       Q.   And that that limited group
2  of folks that they looked at were the
3  ones that they relied upon in reaching
4  the conclusion that they reached in their
5  paper regarding an association.  Right?
6       A.   Well, what they did is, when
7  they were first presenting this case
8  series, they chose a relatively narrow
9  clinical phenotype, so as to describe the
10  first patients in the medical literature
11  aside from an earlier, almost
12  parenthetical, mention in a paper about
13  collagenous sprue a few years before.
14       And so while I can't get
15  inside their heads, I believe that they
16  were -- that they were targeting a
17  homogeneous or relatively homogeneous
18  clinical phenotype for this first
19  description.
20       Q.   Let me direct you to your
21  report and in particular page 5.
22       MR. SLATER:  I just want to
23       -- I'm not suggesting that you do
24       this.  I just want to make it

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 130

1  clear that he could continue to
2  list articles that either --
3      MR. MURPHY:  Is that what
4  you're telling him to do?
5      MR. SLATER:  No, I'm not and
6  I can even say it outside -- I
7  just want to make a record that
8  you went to a new subject after
9  you started to question about what
10  articles talk about causation.  I
11  just want to make it clear that he
12  wasn't asked are there any more
13  you want to list.
14      If you want to move to
15  another subject, it's fine.  I
16  just don't want the record to seem
17  as if he finished.
18      MR. MURPHY:  Oh, well, I
19  thought you had.  I thought that I
20  had the four articles that spoke
21  strongly and then we have
22  Rubio-Tapia --
23      THE WITNESS:  That was not
24  what I meant to convey.  I think

Page 131

1  we got --
2      MR. MURPHY:  My apologies.
3  I would like for you to exhaust
4  your list of articles that reached
5  the conclusion that olmesartan
6  causes sprue-like enteropathy.
7      THE WITNESS:  Can you read
8  to me --
9      MR. MURPHY:  Thank you,
10  Adam.
11      THE WITNESS:  Can you read
12  to me the ones that I had
13  mentioned already?
14      MR. MURPHY:  You had Talley,
15  Lebwohl and --
16      THE WITNESS:  Ludvigsson.
17      MR. MURPHY:  -- correct --
18  Marild and Lagana, Braunstein.
19      THE WITNESS:  I believe I
20  mentioned some others.  I
21  mentioned Rubio-Tapia --
22  BY MR. MURPHY:
23      Q.  Right.  I'm saying before we
24  got to Rubio --

Page 132

1      A.  I went on and listed Basson
2  at some length, I think --
3      Q.  You listed Basson over here
4  on the right.
5      A.  Why don't I take a look.  If
6  you really want every one of them, I must
7  say it's becoming increasingly taken for
8  granted, so it's often listed in the
9  title.  Indeed, if you look for the
10  expression "olmesartan-induced
11  enteropathy," that's popping up left and
12  right in PubMed.
13      Q.  Just give me the list of the
14  articles.
15      A.  Why don't I take a look.
16  DeGaetani, did I mention
17  that one yet?
18      MR. SLATER:  Not yet.
19      THE WITNESS:  Would you like
20  me to go to the specific instance
21  of where causation was either
22  explicitly mentioned or at least
23  strongly implied?
24      MR. MURPHY:  I'm just asking

Page 133

1  for the titles of the articles.
2      THE WITNESS:  Okay.
3      (Pause.)
4      THE WITNESS:  Aziz and
5  colleagues interpret the initial
6  Rubio-Tapia paper as indicating
7  causation.
8      (Pause.)
9      THE WITNESS:  I would argue
10  that causation is strongly implied
11  in the review article by Nina
12  Burbure and colleagues,
13  B-U-R-B-U-R-E.
14  BY MR. MURPHY:
15      Q.  And you said, there, it's
16  implied.
17      A.  Strongly implied.
18      Q.  Strongly implied.
19      A.  In the case described by de
20  Fonseka, the title is "A case of
21  olmesartan-induced enteropathy."
22      I should also point out an
23  item that's in my report, a table of
24  causes of villous atrophy from the

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 134

1 physician reference uptodate.com, I can
2 reference my report to where that is.
3 That is peer reviewed. It's not in
4 PubMed and it's a subscription service.
5 It's on page 9 of my report. Olmesartan
6 is listed as a cause of small intestinal
7 villous atrophy.
8        Q.   That's not an article, is
9 it? That's just a chart.
10        MR. SLATER: Up-to-Date?
11        THE WITNESS: Well, I would
12 point out that it came from an
13 article in Up-to-Date. I did give
14 the caveat that it's not in
15 PubMed. It might not be widely
16 available to the general or
17 scientific public because it is
18 subscription. It's a subscription
19 service that is widely used by
20 physicians, certainly not
21 universally used, but it is a
22 peer-reviewed article.
23        MR. MURPHY: And that's what
24 I'm trying to understand.

Page 135

1 BY MR. MURPHY:
2        Q.   And the title of the
3 article?
4        A.   I don't have the title of
5 that article.
6        Q.   Okay. All right.
7        A.   On my person.
8        Q.   We can move on.
9        (Pause.)
10        THE WITNESS: Marietta,
11 Cartee, Rishi, and Murray,
12 "Drug-induced enteropathy."
13        Marietta and colleagues,
14 "Immunopathogenesis of
15 olmesartan-associated
16 enteropathy," Alimentary
17 Pharmacology and Therapeutics,
18 2015. Marthey and colleagues,
19 "Olmesartan-associated
20 enteropathy: results of a national
21 survey," Alimentary Pharmacology
22 and Therapeutics, 2014: "In
23 conclusion, this study shows that
24 olmesartan causes severe and

Page 136

1        potentially life-threatening
2        enteropathy with or without
3        villous atrophy."
4        Pardon me. Are we limiting
5        this to the peer-reviewed
6        literature or possibly internal
7        Daiichi documents?
8        MR. MURPHY: Articles. I
9        asked you for the articles.
10        THE WITNESS: Just making
11        sure.
12        MR. MURPHY: Okay.
13        THE WITNESS: Philip and
14        colleagues, "Spectrum of
15        Drug-induced Chronic Diarrhea,"
16        Journal of Clinical
17        Gastroenterology.
18        (Pause.)
19        THE WITNESS: Uehara and
20        colleagues, "Olmesartan-induced
21        Enteropathy Manifesting as
22        Wernicke-Korsakoff Syndrome."
23 BY MR. MURPHY:
24        Q.   Before you identify the next

Page 137

1 article, I want to be sure that I
2 remember what you said earlier about
3 Uehara. That was one of the articles of
4 which you had not been aware at the time
5 you generated your report; correct?
6        A.   I believe that either came
7 out later or only made its way to my
8 attention after I finished my report.
9        Q.   Okay. I'm sorry. Go ahead.
10        A.   Theophile and colleagues,
11 "Five cases of sprue-like enteropathy in
12 patients treated by olmesartan."
13        I should look at my
14 supplementary reliance list to make sure
15 that I'm being complete. I'm not sure if
16 everything in my binder here was on this
17 list, but based on the Uehara article,
18 that suggests that perhaps it is.
19        Did I mention Philip and
20 colleagues, "Spectrum of Drug-induced
21 Chronic Diarrhea"?
22        Q.   You did.
23        A.   Thank you.
24        How about Hammoudi and

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 138

1 colleagues, "Olmesartan-induced
2 enteropathy associated with cutaneous
3 lesions"?
4     Q.   What number is that on your
5 --
6     A.   It's number 14 on my
7 supplemental reliance list, note the use
8 of the word "induced."
9         Hartranft and colleagues,
10 "'Triple Phase' Budesonide Capsules for
11 the Treatment of Olmesartan-Induced
12 Enteropathy," Annals of
13 Pharmacotherapeutics, 2013.
14     Q.   I'm sorry.  What number is
15 that?
16     A.   Number 18.
17         Those are the ones that I
18 could find on a first pass.  It's
19 possible there are others.  As I
20 mentioned, this is a notion that's now
21 even taken for granted in the medical
22 literature, so it's not often headlined
23 in the conclusion of each article, but
24 it's clear that either these articles

Page 139

1 either conclude or take for granted or
2 imply or strongly -- or strongly imply
3 causation.
4         How are we doing for time?
5         MR. MURPHY:  We're doing
6     fine.
7         Your last response gives me
8     some pause, because one of the
9     things I understood you to say was
10     that they imply, and my question
11     was conclusion that it does cause.
12     That was the import of my
13     question.
14         But it is what it is at this
15     point.  We won't go back through.
16     I'm not going to ask you to modify
17     your answer.  I gave the question.
18     You provided the answer.
19         MR. SLATER:  That's not a
20     question.  So he's just --
21         MR. MURPHY:  I'm just trying
22     to make sure you understand my
23     view of it.
24         We are about 12:30.  Are we

Page 140

1     at a good time for a break?  Do
2     you want to keep going forward?
3         THE WITNESS:  I think it's a
4     good time for a break.
5         (A luncheon recess was taken
6     from 12:25 p.m. to 1:11 p.m.)
7         THE WITNESS:  Before we get
8     started, I did find another couple
9     of articles in the literature
10     about causation, regarding
11     conclusion of causation.
12         MR. MURPHY:  Okay.
13         THE WITNESS:  One is by
14     Cartee.
15 BY MR. MURPHY:
16     Q.   Cartee, Murray?
17     A.   Yeah.  The other is by
18 Greywoode and colleagues, "Olmesartan,
19 Other Antihypertensives, and Chronic
20 Diarrhea Among Patients Undergoing
21 Endoscopic Procedures: A Case-Control
22 Study," Mayo Clinic Proceedings, 2014.
23     Q.   I want to clear up a couple
24 of things before we move on to the next

Page 141

1 area.  Earlier, before we broke, I had
2 asked you a couple of questions about
3 common features.  Do you recall that?
4 Common features associated with folks who
5 have been on olmesartan and are believed
6 to have olmesartan-associated
7 enteropathy.
8     A.   I remember that.
9     Q.   You remember that.  Okay.
10         Have you ever seen a case of
11 someone who has taken olmesartan,
12 complained of GI symptoms, and yourself
13 concluded that olmesartan was not the
14 cause of the GI symptoms in question?
15     A.   Do you mean in the
16 literature or in my own clinical
17 practice?
18     Q.   In your own clinical
19 practice.
20     A.   I'm trying to think if I can
21 come up with a specific instance, but the
22 truth is, olmesartan is not a very
23 popular medication in patients who come
24 to see me, apart from those who are very

Page 142

1 ill from it, so I'm hesitant to recall a
2 specific situation where someone came to
3 me and I concluded olmesartan is not
4 causing their symptoms.
5        I could imagine such a case,
6 of course.
7        Q.   You have no recollection of
8 seeing such a case.
9        A.   I can't think of a specific
10 patient that comes to mind right now.
11        Q.   That's fair.  Have you seen
12 such a case in the literature?
13        A.   Well, it would be an odd
14 type of case report to write.  Usually
15 people publish positive case reports
16 after dechallenge, rechallenge.
17        I could imagine a situation
18 where someone was taking olmesartan and
19 ended up having a problem that was not
20 related to olmesartan, but I don't think
21 that that's the type of thing that people
22 write up.
23        Q.   Publish.  So when there is
24 -- when causation is not established or

Page 143

1 tied to an agent, that is not the type of
2 thing that typically finds its way into
3 an article; is that what you're saying?
4        A.   Can you repeat that?
5        Q.   Sure.  When causation's not
6 established, that is, when it's
7 determined that the agent in question,
8 here olmesartan, is not the cause of the
9 GI symptoms reported upon, that is the
10 type of thing that typically is not
11 written up in an article.
12        A.   It depends.  It depends what
13 the focus of the article is.  For
14 example, I think it would be worthwhile,
15 and indeed we did such a study, where we
16 wanted to really explore the degree to
17 which olmesartan enteropathy cases
18 published at the time of Rubio-Tapia
19 paper represented the tip of the iceberg.
20        And so what we did is, we
21 took a look at outpatients who had
22 diarrhea and we did a case-control study
23 and we at the time looked at a whole
24 number of medications.  We were really

Page 144

1 interested in better understanding the
2 boundaries of olmesartan.
3        We really -- when
4 Rubio-Tapia and colleagues published
5 their case series, at the time, we were
6 focusing on the sickest of the sick and
7 what we wanted to know is, is this stuff
8 causing diarrhea much more widely.  And
9 so we cast a very broad net and we looked
10 at outpatients undergoing evaluation for
11 diarrhea.
12        Now, that finding was -- in
13 a word, it was null, it was negative, but
14 that's very different from saying that
15 this is a situation where I can find a
16 specific patient that olmesartan's not
17 causing that patient's diarrhea.  I'd be
18 hesitant to conclude that from that study
19 design.
20        Q.   So when you -- when the
21 conclusion was null, what was that
22 conclusion?  So the null conclusion was
23 what?
24        And by the way, while you're

Page 145

1 looking, this is reported in which
2 article?
3        A.   So I'm referring to the
4 article by Greywoode and colleagues from
5 Mayo Clinic's Proceedings.
6        The null finding refers to
7 the hypothesis or question of whether,
8 among outpatients undergoing evaluation
9 for diarrhea, olmesartan is a common
10 culprit.
11        Q.   Understood.
12        A.   It turns out that the great
13 majority, about 99 percent of them,
14 weren't taking olmesartan and so one
15 thing that we didn't know at the outset
16 of that study -- and this is the way
17 research works, is one comes up with a
18 study design and a hypothesis, but before
19 you actually get a look at the data, we
20 didn't really know how popular olmesartan
21 was or unpopular it was -- so we found,
22 unfortunately, that this exposure wasn't
23 very common in either group, which really
24 limited our ability to draw firm

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 146

1  conclusions.
2      Q.   And this is Greywoode.
3      A.   Greywoode and colleagues,
4  yes.
5      Q.   Yet that is one of the
6  papers that you cite as concluding that
7  olmesartan causes sprue-like enteropathy;
8  correct?
9      A.   I listed that, correct,
10 because we do indicate that causality has
11 been established in that article.  If you
12 look at the last sentence of the
13 conclusion, "Future studies should focus
14 on the mechanisms by which olmesartan
15 causes severe sprue-like enteropathy," et
16 cetera, so this to me indicates this is a
17 peer-reviewed research study that in its
18 conclusion makes reference to the fact
19 that olmesartan causes sprue-like
20 enteropathy.
21     Q.   So you believe that those
22 authors were of that view that olmesartan
23 causes sprue-like enteropathy.
24     A.   Yes.

Page 147

1      Q.   Okay.
2      A.   I do.  I'm one of those
3  authors and I believe that olmesartan
4  causes sprue-like enteropathy, as you
5  know.
6      Q.   At page 27 of your report,
7  if I can direct you to your report, and
8  particularly page 27 --
9      A.   I'm on page 27.
10     Q.   -- toward the end of the
11 first full paragraph, you write, "Though
12 case reports are generally low on the
13 hierarchy of evidence when assessing for
14 causality, evidence from a rechallenge is
15 particularly strong."
16          That's what you write;
17 correct?
18     A.   That's what I write.
19     Q.   And so you acknowledge that
20 there is a hierarchy of causality
21 evidence.
22          MR. SLATER:  Just objection.
23          You can answer.
24          THE WITNESS:  There is a

Page 148

1      generally recognized hierarchy of
2      study types, but that hierarchy is
3      a generic hierarchy.
4          MR. MURPHY:  Okay.
5          THE WITNESS:  That hierarchy
6      puts systematic reviews and
7      meta-analyses at the very top,
8      usually above what we typically
9      see as the gold standard, the
10     randomized controlled trial; and,
11     indeed, it does put case reports
12     and case series at the bottom.
13          That hierarchy, frankly, is
14     much more useful when looking at
15     efficacy of interventions and is,
16     I would say, hardly relevant when
17     specifically evaluating long-term,
18     uncommon adverse events.
19 BY MR. MURPHY:
20     Q.   So with regard to -- and I
21 want to make sure we're clear on this --
22 this general hierarchy, randomized
23 controlled trials are at the top --
24     A.   Well, systematic reviews and

Page 149

1  meta-analyses of randomized trials are
2  sometimes put on top of that because of
3  the possibility that specific or
4  individual RCTs can be fraught for
5  various reasons; and so the rationale is,
6  if you pool them, you can potentially
7  diminish sources of bias in any
8  individual ones.
9          That, though, is a generic
10 hierarchy that I'd say is not
11 particularly applicable to the issue at
12 hand, which is, does this agent cause in
13 the long term an adverse event.
14          Randomized trials don't last
15 long enough to pick up adverse events and
16 so to cite the hierarchy of evidence or
17 to diminish the importance of case
18 reports and case series is, I think, a
19 diversion.
20     Q.   Within this general
21 hierarchy, cohort and case-control
22 studies have a place, correct, in this
23 hierarchy?
24          MR. SLATER:  Objection.

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 150

1    You can answer.
2        THE WITNESS: If you're
3    referring to the generic hierarchy
4    of evidence-based medicine as a
5    movement, as a principle, cohort
6    studies and case-control studies
7    are in that pyramid, again, with
8    randomized trials, possibly
9    meta-analyses, at the very top and
10   then case reports and case series
11   further down at the bottom.
12       But I would -- I would
13   emphasize that this is -- this is
14   not well applicable to the issue
15   at hand.
16 BY MR. MURPHY:
17   Q.   And it's your view that the
18 cohort or case-control studies simply
19 don't last long enough to capture the
20 development of the enteropathy?
21   A.   I believe I said that
22 randomized controlled trials don't last
23 long enough --
24   Q.   I know. I was asking

Page 151

1  whether you had the same criticism or
2  view with regard to cohort and
3  case-control studies.
4      A.   Well, that would depend on
5  the duration of follow-up. I'm fortunate
6  to have a collaboration with Swedish
7  epidemiologists in some of my research
8  and, in Sweden, people can be followed
9  from cradle to grave because of the
10 nature of their healthcare system and
11 record-keeping, and so you can do
12 powerful cohort studies that follow
13 people really over decades.
14       Randomized controlled
15 trials, you can't really do that. It's
16 just not affordable and totally
17 impractical. And, indeed, evidence can
18 be gleaned from cohort studies and
19 case-control studies, even among -- with
20 regard to long-term adverse effects,
21 provided that those data sets available
22 follow patients for long enough.
23     Q.   Now, when I asked you for a
24 list of articles that conclude that

Page 152

1  olmesartan causes sprue-like enteropathy
2  and you gave me that list, were any of
3  those case-control studies?
4      A.   It would be helpful if you
5  could read the list back to me. If you
6  could do so, I can identify as you read
7  them whether they were case-control
8  studies.
9      Q.   Talley?
10     A.   No.
11     Q.   Your paper with Ludvigsson?
12     A.   Would that be the one with
13 Marild as the first author?
14     Q.   No. That's the third.
15     A.   Oh, that was an editorial,
16 so, no, it was not a case control study.
17     Q.   Marild.
18     A.   No. I believe that was a
19 population-based cohort study; but before
20 I answer definitively, that might have
21 been case control, so I want to check.
22     Q.   That's fair.
23         (Pause.)
24         THE WITNESS: Oh, in fact,

Page 153

1      this was a case-control study.
2  BY MR. MURPHY:
3      Q.   Which one? Marild?
4      A.   Marild, yeah.
5      Q.   Lagana and Braunstein?
6      A.   Who's the last author on
7  that one? Is that me? I think that's
8  me.
9          So Lagana and Braunstein, if
10 you mean Lagana, Braunstein, Lebwohl,
11 Green, "Angiotensin Receptor Blockers
12 Other than Olmesartan Are not Associated
13 With Histologic Evidence of Duodenitis,"
14 that was not a case-control study.
15     Q.   DeGaetani?
16     A.   That was not a case-control
17 study.
18     Q.   Aziz?
19     A.   No.
20     Q.   Burbure?
21     A.   No.
22         MR. SLATER: You missed some
23     from the early part of his list,
24     just saying.

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 154

1  BY MR. MURPHY:
2       Q.   Did you say no as to Talley?
3       A.   Talley, I said no.  Talley,
4  though, I should point --
5       Q.   Please.
6       A.   -- Talley was commenting on
7  the result of a population-based cohort
8  study; and while Talley's paper was not
9  original research, I would argue that it
10  was a prominently published opinion piece
11  summarizing that research in a highly
12  regarded and cited journal.
13      Q.   How about de Fonseca?
14      A.   No.
15      Q.   Either of the Marietta
16  papers?
17      A.   The Marietta paper titled
18  "Drug-Induced Enteropathy" was not a
19  case-control study.  The other Marietta
20  paper, "Immunopathogenesis of
21  olmesartan-associated enteropathy," while
22  it did include a control population, it's
23  not, as it's classically understood to
24  be, a case-control study.

Page 155

1       Q.   Marthey?
2       A.   No.
3       Q.   Philip and colleagues.
4       A.   No.
5       Q.   Basson.
6       A.   Basson had controls, but
7  this was not a case-control study.  It
8  was a cohort study.
9       Q.   Uehara.
10      A.   No.
11      Q.   I think it's Theophile?
12      A.   No.
13      Q.   Hammoudi?
14      A.   Did you say Hammoudi?
15      Q.   It's number 14.
16      A.   Thank you.  No.
17      Q.   Hartranft, number 18.
18      A.   No.
19      Q.   How about Aziz?
20      A.   I think you asked me about
21  that one already, hadn't you?  And it's
22  still not a case-control study.
23      Q.   And how about Rubio-Tapia?
24      A.   Rubio-Tapia and colleagues,

Page 156

1  "Severe Spruelike Enteropathy Associated
2  with Olmesartan"?  No, that was not a
3  case-control study.
4           I believe there's one on my
5  list, though, that you haven't mentioned,
6  but maybe --
7       Q.   Which -- you tell me.  I
8  thought I covered them all --
9       A.   Greywoode?
10      Q.   Okay.  Greywoode.
11      A.   Yeah, if I'm remembering
12  accurately, when we resumed from the
13  break, I mentioned two more and Greywoode
14  was one of those two and the other was
15  Cartee.  Greywoode is a case-control
16  study.  Cartee is not.
17      Q.   So Greywoode being a
18  case-control study, anything in Greywoode
19  suggest a statistically significant
20  correlation between olmesartan and
21  sprue-like enteropathy?
22      A.   Well, certainly in the -- in
23  the conclusion of our study, we make
24  reference to the fact that olmesartan

Page 157

1  causes severe enteropathy; but in terms
2  of the analysis, we actually did in that
3  study -- there were no statistically
4  significant associations found between
5  olmesartan and diarrhea or sprue-like
6  enteropathy.
7       Q.   Okay.
8       A.   I would note, though, as we
9  do in our study, that we really didn't
10  have that many people taking olmesartan
11  which severely impacted our power.
12          If you look, for example, at
13  table 1, if you add up the columns of
14  olmesartan users among those undergoing
15  EGD, which is esophagogastroduodenoscopy,
16  and olmesartan users among those
17  undergoing colonoscopy, you barely get a
18  hundred patients.
19          We did not know that
20  olmesartan was going to be so unpopular
21  at the time that we designed this study,
22  but at the end of the day, this is what
23  we found among these individuals in their
24  records.

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 158

1      The reason that's relevant
2  is that the fewer patients you have with
3  regard to the exposure, the more limited
4  one's power is and the wider one's
5  confidence interval is.
6          And so, you know, as we
7  acknowledge in our limitations section of
8  the paper, it was also a relatively small
9  prevalence of use of olmesartan, .7
10 percent to 1 percent among study
11 patients, limiting the power of this
12 analysis, as I say.
13         I would also point out the
14 95 percent confidence interval for
15 olmesartan -- you can see in table 3, the
16 odds ratio is calculated 1.99 and the 95
17 percent confidence interval overlaps with
18 1, which is the unity in terms of a
19 signal being detected with regard to an
20 association, and that's why the P value
21 is 0.14, not statistically significant.
22         But if you look -- and this
23 is really a direct consequence of having
24 so few patients on olmesartan in the

Page 159

1  study -- that confidence interval is very
2  wide.  So it goes from .79, less than 1,
3  protective, to 5.00, very strongly
4  correlated or fivefold increased risk.
5          And so an interpretation or
6  a common interpretation of a 95 percent
7  confidence interval is that we can state
8  with 95 percent confidence that the true
9  association between olmesartan use and
10 this kind of diarrhea is somewhere
11 between .79 and fivefold increase
12 compared to non-olmesartan users.
13     Q.   Understood.
14         And P values -- again, P
15 values are a measure of statistical
16 significance; correct?
17     A.   P values are a measure of
18 statistical significance.
19     Q.   Right.  And, here,
20 statistical significance was not
21 achieved; correct?
22     A.   We did not find a P value
23 with regard to that result.  We did find
24 some other significant P values in this

Page 160

1  study, but the specific question of
2  association between olmesartan and
3  diarrhea among these patients, our P
4  value was north of the traditionally
5  accepted statistical significance cutoff,
6  which is the one that we prespecified,
7  .05.
8      Q.   But you did not achieve
9  statistical significance.  That was the
10 question I asked.
11     A.   I believe I just answered --
12     Q.   I thought you told me no.
13     A.   I believe I just answered
14 that we did not meet statistical
15 significance with regard to the specific
16 issue of olmesartan.  I just thought it
17 might be inaccurate to say that I did not
18 achieve a statistical significance in
19 that paper, because as you can see, there
20 are some that do go by that threshold.
21     Q.   But with regard to the
22 question I asked, the answer is no;
23 correct?
24     A.   With regard to the

Page 161

1  association with olmesartan, the answer
2  is, no, it was not statistically
3  significant.
4      Q.   Okay.
5          I had also wanted to ask you
6  a question regarding your supplemental
7  reliance list and that's been marked as
8  Exhibit 7.
9      A.   Okay.
10     Q.   And you identify on the
11 second page, under additional material,
12 the FDA health safety announcement of
13 July 3, 2013.
14     A.   I do.
15     Q.   That's something that was
16 already in your report, though, wasn't
17 it?  I'd invite you to page 8 of your
18 report.  You can look at page 30 as well.
19         MR. SLATER:  Are you
20     accusing us of being too thorough?
21         MR. MURPHY:  Not at all.  I
22     stick to the truth.
23         THE WITNESS:  I would have
24     to check to see if I reference it

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 162

1    elsewhere, but my understanding of
2    one's reliance list is that this
3    was just a passing mention of what
4    is common knowledge among those
5    who are interested in olmesartan
6    enteropathy, that there was an FDA
7    notification.  Perhaps we were
8    being overly cautious with regard
9    to the actual text of the health
10   safety announcement.
11   BY MR. MURPHY:
12       Q.   And just to round this out,
13   on page 30 of your report --
14       A.   I'm on page 30.
15       Q.   Yes, sir -- at the second
16   line, you reference the safety report
17   again; correct?
18       A.   Let me take a look and make
19   sure that we're talking about the same
20   thing.
21       Q.   Sure.
22           (Pause.)
23           THE WITNESS:  It does
24   mention the same -- it does quote

Page 163

1    from that drug safety
2    communications.
3    BY MR. MURPHY:
4        Q.   Right.  I just was trying to
5    appreciate why it's listed as a
6    supplemental reliance item when it's
7    discussed twice in your report.
8        A.   I admit it might have been
9    inadvertent that we left it off the first
10   time even though we -- even though I
11   cited it.  I'm not quite sure.  But if
12   you have any relevant questions related
13   to that, I'd be glad to try to help.
14       Q.   You also identify certain
15   expert reports that were provided to you,
16   general causation reports, in your
17   supplemental list.
18       A.   Yes.
19       Q.   Did you consult with any of
20   these experts while you were generating
21   your report?
22       A.   Well, if you're referring to
23   these four individuals -- is that what
24   you mean?

Page 164

1        Q.   Correct.
2        A.   -- well, three out of four,
3    Tackett, Hutfless, and Kessler, I've
4    never met personally, though I've
5    certainly known about Dr. Kessler, who's
6    in certain ways a public health hero, so
7    I knew who he was, but I've never talked
8    to him or met him in person.
9            Dr. Leffler is an
10   investigator in celiac disease and so
11   we've collaborated on a few projects --
12       Q.   I just -- no disrespect, but
13   my question was, did you correspond with
14   them or collaborate with them in any way
15   to generate your report?
16       A.   I've never spoken to Dr.
17   Leffler about the generation of my report
18   or about the -- what went into this
19   report, but I just wanted to make sure I
20   understood properly, because I correspond
21   with him about other matters relating to
22   celiac disease, research and
23   collaborations, fairly regularly.
24       Q.   Dr. Lebwohl, let me ask you

Page 165

1    to turn to page 5 of your report, please.
2        A.   I'm on page 5.
3        Q.   Okay.
4            And toward the -- about the
5    bottom third of the page, there is a
6    sentence that begins, "There is not a
7    single."
8        A.   I see it.
9        Q.   And the sentence reads,
10   "There is not a single invariable
11   presentation for this condition, and the
12   condition is ultimately diagnosed based
13   on the clinical presentation and course,
14   with particular attention to positive
15   dechallenge or rechallenge."
16           Did I read that right?
17       A.   Yes, you did.
18       Q.   Is it necessary to have
19   rechallenge to establish that olmesartan
20   is the cause of sprue-like enteropathy?
21       A.   Can you repeat that
22   question?
23       Q.   Sure.  Is it necessary to
24   have rechallenge to establish

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 166

1 definitively that olmesartan is the cause
2 of sprue-like enteropathy?
3      A.   No.  Rechallenge certainly
4 is something that we pay particular
5 attention to and can be compelling, but
6 it's not a -- it's not a necessary
7 component.
8      Q.   Is it necessary to have
9 dechallenge to establish definitively
10 that olmesartan has caused sprue-like
11 enteropathy in a patient?
12      A.   I think that if the question
13 is to establish to a reasonable degree of
14 medical certainty, I don't think that
15 dechallenge is always necessary; but,
16 unfortunately, someone might be taking
17 olmesartan, become so ill that the
18 patient actually dies before the
19 olmesartan is withdrawn and sufficient
20 evidence can make it, to a reasonable
21 degree of medical certainty, that it was
22 in fact the olmesartan that was causing
23 the enteropathy.
24      Q.   Short of a patient's demise,

Page 167

1 is it necessary to have dechallenge?
2      A.   I suppose that there are
3 patients who could be lost to follow-up
4 and for whom we don't have definitive
5 dechallenge data, but still be very
6 suspicious that these patients have
7 olmesartan enteropathy, in fact,
8 suspicious to a reasonable degree of
9 medical certainty.
10      Q.   What is involved in
11 dechallenge; that is, does it require
12 total clinical and histologic resolution?
13      A.   No.  Dechallenge involves
14 withdrawal of the offending agent and it
15 involves a change in those various
16 parameters for the better, though there's
17 not a definitive parameter that is
18 essential.
19           For example, if you have
20 someone who has a dechallenge after years
21 of so-called refractory celiac disease,
22 has been gluten-free, not getting better
23 at all, and then goes off Benicar and has
24 significant improvement, even without

Page 168

1 histologic evidence of that, that to me
2 is a convincing dechallenge.
3      Q.   Are there instances where
4 patients who have celiac disease see
5 resolution in that celiac disease without
6 gluten being removed?
7      A.   Can you repeat the question?
8      Q.   I'll restate the question.
9           In order for celiac disease
10 to resolve, is it necessary to
11 discontinue gluten?
12      A.   Celiac disease is well
13 defined as gluten-induced enteropathy and
14 anyone who makes that diagnosis will
15 recommend withdrawal from gluten.
16           But there are people who,
17 for example, get diagnosed with celiac
18 disease -- and this is not uncommon --
19 they get diagnosed with celiac disease as
20 a child, for example, they are put on a
21 gluten-free diet and then as they push
22 young adulthood, based on the
23 misperception that celiac disease is
24 something you can, quote, unquote, grow

Page 169

1 out of, some people are put back on
2 gluten and some of those patients do get
3 very ill again.
4           Others have no apparent ill
5 effect, but if you were to investigate
6 them, they clearly have ongoing
7 gluten-induced enteropathy.  Some of
8 these patients feel well, but if you
9 check a bone density, they have severe
10 osteoporosis.
11           So you can imagine a
12 scenario where you have a patient who was
13 diagnosed with celiac disease, really
14 stayed on gluten for most of their life,
15 feels fine, but they still have celiac
16 disease.
17      Q.   With regard to the condition
18 sprue-like enteropathy, there are cases
19 of sprue-like enteropathy that are
20 reported to have nothing to do with
21 olmesartan; correct?
22      A.   You know, the term
23 "sprue-like enteropathy" is almost
24 exclusively reserved to the olmesartan

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 170

1 literature, at least these days. Now,
2 there are people who have villous atrophy
3 in the absence of celiac disease who --
4 whose villous atrophy is unrelated to
5 olmesartan, people who've actually never
6 taken olmesartan.
7        The term for that has a few
8 -- there are a few different terms.
9 There's nonceliac enteropathy. There's
10 seronegative villous atrophy. There's
11 seronegative sprue and so on and so
12 forth.
13        And so if that's what you
14 are asking, sure, one can have villous
15 atrophy without the presence of either
16 celiac disease or olmesartan. There are
17 a number of other causes.
18    Q.   And -- let's just take
19 seronegative villous atrophy for an
20 example.  Are you aware of instances
21 where patients who've had seronegative
22 villous atrophy have the situation
23 resolve spontaneously?
24    A.   I've certainly read of such

Page 171

1 cases.  For example, after an acute
2 infection, one can have transient villous
3 atrophy that gets better really without
4 intervention aside from perhaps
5 supportive care.  Those typically are
6 rapid resolutions.
7        I'd be hard-pressed to come
8 up with an example of someone who's had
9 villous atrophy for a longer period of
10 time, who spontaneously remits without
11 any change.  To be honest, that's
12 probably because these patients make
13 their way to healthcare providers and we
14 try different things to correct this
15 abnormality.
16        But, no, I think it would be
17 pretty unlikely to encounter such a case
18 where someone had villous atrophy and
19 really no intervention was done and then
20 they spontaneously remit.
21    Q.   Now, let's get back to what
22 we've been referring to as
23 olmesartan-associated enteropathy.  Okay?
24 Am I correct that in your view, it is

Page 172

1 necessary to have dechallenge --
2    A.   Well -- are you finished
3 with your question?
4    Q.   No, you started talking, so
5 I stopped.
6    A.   Apologies.
7        MR. SLATER:  Slow down.
8 BY MR. MURPHY:
9    Q.   To definitively establish
10 whether olmesartan is responsible for
11 sprue-like enteropathy, is it necessary
12 to have dechallenge?
13        MR. SLATER:  Objection.
14        You can answer.
15        THE WITNESS:  I think that
16        I've answered that question.
17        There are a number of cases or
18        scenarios where one cannot have a
19        dechallenge, but still, to a
20        reasonable degree of medical
21        certainty, make the diagnosis of
22        olmesartan enteropathy.
23 BY MR. MURPHY:
24    Q.   In what circumstances is it

Page 173

1 possible to do that?
2    A.   Could I ask that my answer
3 be read back from earlier this afternoon
4 when you asked earlier short of death of
5 the patient?  Can I have that answer
6 read?  Because I believe I've been asked
7 this before.
8        MR. MURPHY:  If you can find
9        what he's asking for, Kim, please
10        do.
11            - - -
12        (Whereupon, the court
13        reporter read back from the record
14        as follows:
15        "QUESTION:  Short of a
16        patient's demise, is it necessary
17        to have dechallenge?
18        "ANSWER:  I suppose that
19        there are patients who could be
20        lost to follow-up and for whom we
21        don't have definitive dechallenge
22        data, but still be very suspicious
23        that these patients have
24        olmesartan enteropathy, in fact,

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 174

1  suspicious to a reasonable degree
2  of medical certainty."
3        - - -
4        THE WITNESS: I believe
5  that's the same question, and so I
6  hold by the answer.
7  BY MR. MURPHY:
8     Q.   So in that instance, there
9  would not be definitive evidence of
10 dechallenge, but mere suspicion; correct?
11    A.   I think that we're moving
12 around the word "definitive." I think
13 that, initially, you asked me about
14 whether we were definitive about
15 olmesartan enteropathy and I used the
16 word definitive when talking about a
17 definitive dechallenge, that means are we
18 sure that this patient stopped the
19 olmesartan.
20       I think that it's still
21 possible to have a reasonable degree of
22 medical certainty that a patient had
23 olmesartan enteropathy even short of
24 well-documented dechallenge data.

Page 175

1     Q.   Now, with regard to the
2  definitive dechallenge, to use your term
3  --
4     A.   I -- if I may interrupt, I'm
5  not sure if we mean the same thing by
6  that, but if I can define -- or why don't
7  you --
8     Q.   And that's what I'm asking
9  you to do, is to define what an effective
10 dechallenge entails.
11    A.   If a patient is no longer
12 taking olmesartan and there is
13 improvement of any of -- of those
14 parameters that make up the clinical
15 phenotype of olmesartan enteropathy.
16    Q.   And is there a time course
17 for this dechallenge period where the
18 patient gets better, so to speak?
19    A.   It's hard to be too dogmatic
20 about a cutoff. Of course, people take
21 olmesartan in discrete doses. It's
22 typically taken as a once-daily --
23 once-daily medication; and between those
24 doses, one does -- even if one is not

Page 176

1  taking olmesartan, because of the
2  half-life of olmesartan, one can
3  reasonably say they're still on
4  olmesartan.
5        That said, if someone stops
6  it for more than a day, clinical
7  improvement or resolution can be quite
8  rapid, within a day or two. I've seen
9  that personally. In contrast, clinical
10 resolution for some people might take
11 significantly longer.
12    Q.   Why is that so?
13    A.   I think that it's probably
14 analogous to gluten withdrawal in celiac
15 disease, that the cause of the symptoms,
16 even if it was clearly gluten in the case
17 of celiac disease or was clearly
18 olmesartan in the case of olmesartan
19 enteropathy, can still result in
20 lingering effects even beyond the
21 half-life or the presence of the
22 offensive agent in the system.
23       One could speculate why
24 people have variable rates of

Page 177

1  improvement, but it's certainly something
2  we've observed in both of those
3  conditions.
4     Q.   You also state in your
5  report, Doctor, that the condition most
6  often misdiagnosed -- or I should say
7  that olmesartan is most often
8  misdiagnosed as celiac disease, that's a
9  position you take --
10    A.   Could you cite in my report,
11 direct me to it?
12    Q.   Sure. Bear with me.
13       If you look at page 5 --
14    A.   I'm on page 5.
15    Q.   Okay. At the bottom, last
16 line, "This condition has been
17 misdiagnosed, most often as celiac
18 disease in many patients, or other
19 inflammatory disorders due to the similar
20 clinical presentations" -- and I'm sorry,
21 for completeness -- "and a lack of
22 knowledge about olmesartan enteropathy in
23 the medical community."
24    A.   At this point, much of the

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 178

1 literature --
2     Q.   I didn't ask -- that was
3 just a predicate to my question.
4     A.   Go on.
5     Q.   Okay.  Your point here is
6 that sprue-like enteropathy is often
7 misdiagnosed as celiac disease; correct?
8     A.   It is often misdiagnosed
9 early on as celiac disease.
10     Q.   And we touched on this
11 earlier, but I want to make sure that
12 we're clear:  With regard to the subject
13 of the 2012 Rubio-Tapia paper, certain of
14 those individuals were misdiagnosed as
15 having celiac disease; correct?
16     A.   It appears that the primary
17 reason they were being cared for by this
18 group, in fact, was that there was a
19 frequent misdiagnosis of celiac disease
20 and that the initial impression had been
21 celiac disease.
22          - - -
23          (Deposition Exhibit No.
24     Lebwohl-8, 2014 Paper "Sprue-like

Page 179

1     Enteropathy Associated with
2     Olmesartan" by Cartee and Murray,
3     was marked for identification.)
4          - - -
5 BY MR. MURPHY:
6     Q.   Doctor, you've been handed
7 what's been marked as Exhibit 8 to your
8 deposition.  It is a copy of the
9 Cartee-Murray paper -- Cartee,
10 C-A-R-T-E-E, and Murray paper -- which
11 you mentioned earlier.
12          (Pause.)
13 BY MR. MURPHY:
14     Q.   You have it in front of you,
15 Doctor?
16     A.   I do.
17     Q.   And this paper was a
18 follow-up to the Rubio-Tapia paper;
19 correct?
20     A.   Well, it certainly was
21 published after the Rubio-Tapia paper
22 and, in that sense, I would agree it's a
23 follow-up, though it's not clear to me
24 that it's those patients that were

Page 180

1 followed up.
2     Q.   In this paper we've marked,
3 that is Cartee and Murray, one of the
4 things that the authors note is that
5 certain of the patients seen at the Mayo
6 Clinic had underlying celiac disease.
7     A.   Can you show me specifically
8 what you're referring to?
9     Q.   If you would turn to page
10 420, that's also the pagination is 4 out
11 of 8 --
12     A.   Okay.
13     Q.   Are you with me?
14     A.   Yeah.
15     Q.   -- the right side, third
16 full paragraph, "After the diagnosis and
17 treatment for OAE," which is
18 olmesartan-associated enteropathy,
19 "several patients seen at the Mayo Clinic
20 likely had underlying celiac disease as
21 evidenced by symptoms with reinstitution
22 of gluten into the diet and strong family
23 history of celiac disease."
24     A.   I see it.

Page 181

1     Q.   You see that?
2     A.   Yes.
3     Q.   So that's what I'm referring
4 to.
5     A.   Yes.
6     Q.   No dispute about that.
7     A.   I have no dispute that
8 that's what's written here.
9     Q.   Do you think that's
10 inaccurate?
11     A.   No reason to --
12          MR. SLATER:  Objection to
13     the form.
14          You can answer.
15          THE WITNESS:  I have no
16     reason to think that that's
17     inaccurate.
18 BY MR. MURPHY:
19     Q.   Do you know how many of
20 those patients were, in fact,
21 misdiagnosed?
22     A.   Well, the --
23          MR. SLATER:  Objection to
24     the form.

Page 182

1    You can answer.
2        THE WITNESS:  They say the
3    word "several."  That's
4    traditionally understood as
5    somewhere between, I don't know,
6    three and seven perhaps, though I
7    think "several" is a vague term
8    and I don't see any further
9    specification beyond that.
10       I take them for what is
11   written, several.
12 BY MR. MURPHY:
13   Q.   Now, if you, on that same
14 page, go to the left side of the page
15 under the heading "Treatment," the second
16 full paragraph --
17   A.   I'm with you.
18   Q.   Okay -- reads, "Once the
19 possible role of olmesartan was
20 recognized, the drug was stopped.  Most,
21 but not all, patients improved with drug
22 withdrawal."
23       Do you see that?
24   A.   I do.

Page 183

1    Q.   "Some more ill patients
2  required budesonide (a topical potent
3  corticosteroid) to initiate a clinical
4  response, control diarrhea, and
5  accelerate healing."
6      A.   I see that and I see that
7  they reference not only their own
8  experience, but that of another article
9  relating to olmesartan.
10     Q.   But, again, the Rubio-Tapia
11 group all were said to improve with
12 withdrawal of the medicine; correct?
13     A.   In that separate paper
14 which, my interpretation, is a separate
15 group of patients for whom the inclusion
16 criterion was to improve upon
17 discontinuation of olmesartan, those
18 patients that were predefined to improve
19 off olmesartan as a condition for being
20 in that initial case series was, in my
21 interpretation, a limited subset of
22 patients who have come through the Mayo
23 Clinic with olmesartan enteropathy.
24     Q.   And so your interpretation

Page 184

1  is that there are two separate groups of
2  patients discussed in Rubio-Tapia and
3  Cartee-Murray.
4      A.   My interpretation of the
5  Cartee-Murray paper is that this is an
6  aggregate experience of the Mayo Clinic,
7  so that will include those that they have
8  written up previously, such as in the
9  Rubio-Tapia paper, but based on what
10 they're describing here, indicates that
11 there are other patients that either
12 didn't fit the inclusion criteria for the
13 first paper or they only came to the Mayo
14 Clinic for evaluation and were diagnosed
15 after that first paper was written up.
16     Q.   Okay.
17         Now I'd like to take you
18 back to your report and page 6 of your
19 report.  A little more than midway down
20 in that first full paragraph, you write,
21 "Upon hearing about this from Dr. Green,
22 my colleagues and I reviewed the charts
23 of our most treatment-resistant patients,
24 and were struck by the fact that

Page 185

1  olmesartan was a common feature."
2         That's what you wrote.
3  Right?
4      A.   I see it.  I remember
5  writing it and I remember living through
6  it.
7      Q.   Okay.
8         This chart review that you
9  reference in your report, that is at
10 least part of what you rely upon in
11 reaching your ultimate conclusion and
12 opinion in your report; correct?
13     A.   I certainly was struck by
14 that and what I would argue is that if I
15 had only heard about Dr. Murray's or the
16 Rubio-Tapia initial case series from the
17 Mayo Clinic Proceedings and I had not
18 come up with any patients on my own or
19 heard of any others outside Mayo, then I
20 would have some questions about why we're
21 not seeing it elsewhere.
22         When I saw, with my own
23 eyes, my patients getting better, it did
24 inform my opinion, which was then

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 186

1 subsequently reinforced significantly by
2 the case reports and series that cropped
3 up from around the world in the ensuing
4 years.
5      Q.   So my question was, your
6 chart review was something that you rely
7 upon at least in part in reaching your
8 conclusion and the opinions set forth in
9 your report; correct?
10      A.   So I included this in my
11 report because there was nothing else
12 published on it aside from that coming
13 out of the Mayo Clinic, and so this got
14 me interested in this condition.  It
15 spurred me to study this condition and
16 publish on this condition and to keenly
17 follow the literature on it, and that's
18 really what confirmed my opinion.
19      Q.   And one of the things that
20 you write here is that all of your
21 patients or many of them got better when
22 they discontinued olmesartan; is that
23 right?
24      A.   I wrote that this resulted

Page 187

1 in some of the most dramatic clinical
2 improvements I've witnessed as a
3 physician.
4      Q.   And how many of your
5 patients got better when you -- when they
6 discontinued olmesartan after you had
7 this conversation with Dr. Green?
8      A.   I can't remember the exact
9 number, but all of the patients that I
10 reached out with -- that I reached out to
11 got better, either entirely or nearly
12 entirely.
13           Keep in mind, this was not a
14 formal process.  We were not keeping a
15 registry of olmesartan enteropathy
16 patients --
17      Q.   Had all -- I'm sorry.  Had
18 all of them received olmesartan therapy?
19      A.   The patients that I reached
20 out to --
21      Q.   Yeah.
22      A.   -- were the ones who Dr.
23 Green and I and my colleagues, after he
24 talked to Joe Murray -- we basically just

Page 188

1 off the top of our heads, we're thinking,
2 who are these patients that are keeping
3 us up at night?  We don't have a formal
4 list of this, but all doctors have
5 patients when they're tossing and turning
6 are worried that things just aren't going
7 the right way.  And we then started to
8 look in their charts and it was amazing,
9 Benicar, Benicar, Benicar.
10           And so those who were on
11 Benicar, which was a substantial
12 proportion of those patients who keep us
13 up, were contacted and the rest is
14 described here.
15      Q.   But in terms of number, you
16 don't know how many there were.
17      A.   I hesitate to, off the top
18 of my head, tell you how many.
19      Q.   That's fair.
20           Can you tell me how many of
21 those patients, the ones that kept you up
22 at night who clearly were on Benicar, had
23 a family history of celiac disease?
24      A.   I certainly don't remember.

Page 189

1 It's something that I often ask about
2 with regard to my impression that someone
3 themselves have celiac disease.  Some of
4 those patients, in fact, had a diagnosis
5 of refractory celiac disease, but none of
6 them ended up with the diagnosis of
7 celiac disease by the time we sorted this
8 out.
9           They're all eating gluten
10 and doing well.
11      Q.   But back to the call of my
12 question, are you able to tell me how
13 many of those folks had a family history
14 of celiac disease?
15      A.   No, I'm not.  Family history
16 of celiac disease --
17      Q.   Do you --
18      A.   I'm not finished -- is a
19 fraught subject, though, because we have
20 to recognize celiac disease remains
21 underdiagnosed in this country.
22           And so knowing if someone
23 has a family history of celiac disease or
24 not can be difficult to ascertain because

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 190

1  a lot of people haven't been tested for
2  celiac disease.
3      Q.   Finished?
4      A.   Yeah.
5      Q.   Okay.  How many of those
6  folks had symptoms onset, that is, GI
7  symptoms, within the first year of their
8  olmesartan therapy, of the folks that you
9  contacted?
10      A.   I'm hesitant to give a
11  concrete answer because I can't really
12  provide a list off the top of my head.  I
13  would say that in general, when we got
14  down to it and we figured out that they
15  were on olmesartan -- and that was
16  basically just by looking at an old
17  record -- at the time, we didn't even
18  know how long they'd been on it simply
19  because when a patient comes in for an
20  assessment, if you don't know that
21  olmesartan is the culprit and you don't
22  know about this entity and they give you
23  a list of ten medications, which is not
24  uncommon, we don't ask for each one how

Page 191

1  long have you been on it.
2          For those whom we then
3  figured out they had olmesartan
4  enteropathy, we would ask.  I would say
5  as a rule, not a hundred percent and
6  every rule has an exception, in general,
7  they were on it for quite some time and
8  that would be probably more than a year
9  in the majority of patients.
10      Q.   How many of those folks,
11  that is, those to whom you reached out
12  and advised to discontinue olmesartan,
13  were taking another blood pressure
14  medicine, that is, an antihypertensive,
15  along with olmesartan?
16      A.   I'm not sure how many
17  precisely.  Being on more than one blood
18  pressure medication is not uncommon and
19  as is widely known, olmesartan frequently
20  comes as a combination pill.  I believe
21  the trade name is Azor and it's
22  olmesartan hydrochlorothiazide or Azor
23  HCT.  And so I'm not sure if that would
24  technically count as two medications or

Page 192

1  one.  It has two active ingredients in
2  one pill.
3          But I don't know the answer
4  right now.
5      Q.   You don't know.  Okay.
6          Were any of those patients
7  that you reached out to and advised to
8  discontinue olmesartan on
9  immunosuppressants?
10      A.   Many had been tried on
11  immunosuppressants either by me or prior
12  to there having been referred to me,
13  commonly budesonide.
14          Budesonide is a steroid that
15  has minimal systemic effects or more
16  modest systemic effects compared to
17  prednisone that we often resort to using
18  when we're really not sure what's going
19  on in terms of the cause of one's
20  persistent symptoms and/or histologic
21  abnormalities because some patients have
22  a response.
23          Often, unfortunately, the
24  response is either short-lived, i.e.,

Page 193

1  transient, or recurs upon cessation of
2  immunosuppression, and that was often the
3  case in our patients.
4      Q.   But getting back to the call
5  of my question, which was how many of
6  those folks were on immunosuppressants,
7  you are not able to tell me how many;
8  correct?
9      A.   Some were on at the time --
10      Q.   My question was, are you
11  able to tell me how many?  And I mean no
12  disrespect, but I just want to get the
13  answer and move on.  I don't --
14      A.   I'm not even sure if it was
15  the majority of patients or the minority.
16  Often the immunosuppressant is sort of
17  peppered in their history.  They're on it
18  for some time.  They're off it for some
19  time because of transient improvement.
20      Q.   So some may have been on,
21  some may not have been on.
22      A.   That's right.
23      Q.   But you don't recall.
24      A.   Precisely, no, how many, no.

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 194

1    Q.   The same question with
2 regard to steroids: Do you know how many
3 of them had been receiving steroids?
4    A.   When you asked about
5 immunosuppression, I considered steroids
6 --
7    Q.   You considered the same --
8    A.   Well, they're not identical.
9    Q.   No, I meant same in terms of
10 the question.
11    A.   I would say the answer is
12 the same, but of course there are
13 immunosuppressants that are not steroids
14 and some may have been on those.
15    Q.   So --
16        MR. SLATER:  You need a
17 break?
18        THE WITNESS:  Maybe another
19 two minutes.
20        MR. SLATER:  Okay.  It
21 looked like he was pushing back.
22 BY MR. MURPHY:
23    Q.   So with regard to these
24 treatment-resistant patients of yours

Page 195

1 that were keeping you up at night, none
2 of them were getting better before you
3 suggested discontinuation of olmesartan;
4 is that correct?
5    A.   What I'd say is, none were
6 having a sustained improvement.  Some
7 patients had periods where they were
8 getting better, in fact, in some cases,
9 due to the fact that they'd been off
10 olmesartan for a period of time and then
11 were ill again when they were back on the
12 olmesartan.
13        In some patients, they had
14 gotten a little better because they were
15 on budesonide for a period of time, but
16 then ill again, either after tapering the
17 budesonide or being back on the
18 budesonide.
19        They were not all in dire
20 straits at the time of our conversation,
21 but they had all been there and were not
22 having a sustained improvement until they
23 stopped the olmesartan for good.
24    Q.   When did you review these

Page 196

1 charts?
2    A.   I can't give you the exact
3 date, but I believe it was in April 2012.
4 And I would add that it wasn't a formal
5 process where we actually looked at
6 either physical or electronic charts.  It
7 was more, frankly, like shooting the
8 breeze with colleagues and we were just
9 going over patients in person and then
10 later, one by one, discovering that
11 they'd been on Benicar.
12    Q.   Did you conclude that any of
13 these patients had been accurately
14 diagnosed with celiac disease?
15    A.   I concluded that none of
16 them ended up really having celiac
17 disease.  At the time that I contacted
18 them, I didn't know.  And some of these
19 patients, when I told them about this
20 report that we had -- and it wasn't in
21 the formal write-up, but this is what we
22 heard from our colleagues that it might
23 be the Benicar -- you know, they started
24 by being open to the possibility.

Page 197

1 Frankly, they were desperate in looking
2 for anything, but their responses were so
3 dramatic that it was quite convincing.
4        And then, when they saw me
5 back again and they were better, I then
6 broached the possibility of restarting
7 gluten in their diet.  Some were hesitant
8 to begin with because they had sort of
9 been trained to think that gluten was the
10 source of all of their problems.  They
11 turned their kitchens upside-down and
12 indeed their lives upside-down.
13        But with some encouragement
14 of the possibility that maybe they don't
15 need to be on this very difficult diet,
16 they all ended up trying eating gluten
17 again and they all remained well.
18    Q.   You told me that you believe
19 that it was in April of 2012 when you
20 reviewed the charts; correct?
21    A.   Best as I can remember, I
22 would put it at April of 2012.
23    Q.   When did you reach out to
24 the patients?

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 198

1    A.   So it was within a day or
2 two of discussing that with Peter Green
3 and colleagues.  It was quite quick.  I
4 really was struck by how much Benicar
5 there was among these sick patients and
6 so I felt that if I could do something as
7 a physician to help these patients, I
8 should reach out to them as soon as I
9 could.
10        MR. MURPHY:  Counsel, I'd
11    request a production of the
12    redacted -- properly redacted --
13    patient charts.
14        MR. SLATER:  Our position's
15    in the response to the dep notice.
16        MR. MURPHY:  That's fine.
17    My request is on the record.  I
18    note your position.
19        We can take a break at this
20    point if you want.
21        MR. SLATER:  And I'll just
22    state it for the record, and you
23    can ask Dr. Lebwohl, he doesn't
24    even own those charts.  They

Page 199

1    belong to the institution.
2    There's not a chance in the world
3    that we're going to be able to
4    produce those.
5        What you would have to do to
6    get those would be massive hoops
7    and it would have to be a
8    litigated issue.
9        MR. MURPHY:  Understood.  We
10    can break now if you wish.
11        MR. SLATER:  Sure.
12        (A recess was taken from
13    2:20 p.m. to 2:33 p.m.)
14        MR. MURPHY:  Back on the
15    record.
16 BY MR. MURPHY:
17    Q.   Doctor, let me ask you to
18 turn to page 7 of your report.
19    A.   I'm on page 7.
20    Q.   And just I guess beyond the
21 midway point of that -- that full
22 paragraph, there is a sentence that
23 begins, "Given the information."
24    A.   I see it.

Page 200

1    Q.   "Given the information we
2 have received from Dr. Murray and our own
3 experience of dechallenged patients who
4 then improved, we reviewed the records
5 that we had collected and found that, of
6 72 patients with seronegative villous
7 atrophy, 16 (22%) were ultimately
8 attributed to olmesartan use."
9        Do you see that?
10    A.   I see it.
11    Q.   And then further down, there
12 is a cite to the DeGaetani paper;
13 correct?
14    A.   Correct.
15    Q.   And so that review and what
16 you observed was reflected -- is
17 reflected in the DeGaetani paper.
18    A.   That's right.
19        - - -
20        (Deposition Exhibit No.
21        Lebwohl-9, 2013 Paper "Villous
22        Atrophy and Negative Celiac
23        Serology: A Diagnostic and
24        Therapeutic Dilemma" by DeGaetani,

Page 201

1        et al, was marked for
2        identification.)
3        - - -
4 BY MR. MURPHY:
5    Q.   Now, when you write in your
6 report, "were ultimately attributed to
7 olmesartan use," does that mean that it
8 was caused by olmesartan?
9    A.   What I mean is, even if at
10 the time we were preparing this analysis
11 we did not attribute it to olmesartan, in
12 the middle of that preparation, we
13 discovered that those ultimately were
14 caused by olmesartan.
15    Q.   Okay.  So the 16 of the 72,
16 you ultimately concluded that those folks
17 with seronegative villous atrophy, they
18 had -- their condition was caused by
19 olmesartan.
20    A.   Yes, we concluded that
21 olmesartan was the culprit medication, as
22 we characterize in that paper.
23    Q.   Was this group of 16 told to
24 discontinue olmesartan?

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 202

1    A.   These were largely not my
2  own patients and my interpretation is
3  that in all of them, or nearly all of
4  them, they clinically improved after
5  stopping the medication.
6    Q.   And when did you and your
7  colleagues learn that they had got better
8  after discontinuation of olmesartan
9  therapy?
10   A.   I can't tell you in terms of
11 what the date was that that was
12 ultimately determined, but it was between
13 the time of when Dr. Murray's group first
14 reported this problem or possibly even
15 before, when Dr. Murray first told Peter
16 Green about this condition --
17   Q.   So sometime after 2011?
18   A.   As far as I can tell, these
19 patients were all characterized after we
20 learned about it, which was after 2011.
21      I have to introduce a
22 caveat, though.  While I was involved in
23 the design of this study, I did not
24 personally care for each of these

Page 203

1  patients, nor did I review all the charts
2  of those who were attributed to have
3  olmesartan enteropathy, and so I can't
4  give you a definitive answer about the
5  chronology of their dechallenge data.
6      I will say that this was a
7  study that when it was first conceived
8  was not meant to be about olmesartan and,
9  in fact, we had many more patients who we
10 initially had classified as something
11 else; but once we discovered the
12 olmesartan link, we then concluded that
13 their disease was olmesartan related.
14   Q.   So in terms of the workup of
15 these patients that occurred in 2011 or
16 earlier, you were not involved in the
17 workup of all of these patients; is that
18 your testimony?
19   A.   I was not personally
20 involved in the workup of all of these
21 patients.  This was a group that was
22 characterized based on a number of
23 ascertainments.
24      To the best of my

Page 204

1  recollection, the way that Dr. DeGaetani
2  under the mentorship of Dr. Green came up
3  with this list was a mix.  It was a
4  search of known celiac disease patients
5  for whom a negative celiac disease
6  serology was present and it was also an
7  informal process of asking colleagues,
8  who do you know -- which one of your
9  patients has villous atrophy and negative
10 celiac disease serology, can you come up
11 with any, and it was sort of collected in
12 that fashion.
13   Q.   Were any of these patients
14 your patients?
15   A.   I believe so, though I can't
16 tell you that I can remember which one of
17 these or ones of them they were.
18 Certainly the majority were not my
19 patients, but I believe that I had one or
20 more patients in this group.
21   Q.   Any of the 16 that are
22 referenced in your report as you
23 referenced this article -- any of the 16
24 your patients?

Page 205

1    A.   I believe I just answered.
2  So of those 16 that were attributed to
3  olmesartan, I believe I may have had one
4  or more, but I'm not sure.
5    Q.   So you would have worked up
6  those patients at some point in an effort
7  to determine what the cause of their
8  villous atrophy was; correct?
9    A.   Right.  Those who were in my
10 care, one or perhaps more, would have
11 been under my care.
12   Q.   Let me direct your
13 attention, Doctor, to the DeGaetani
14 report and specifically table 3.  I think
15 you're there.
16   A.   I'm there.
17   Q.   And at table 3, we see data
18 on the 16 patients; correct?
19   A.   I see it.
20   Q.   And it shows that all of the
21 16 showed clinical improvement when they
22 were placed on steroids and
23 immunosuppressants; correct?
24   A.   I see clinical

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 206

1 improvement/IS, which stands for
2 immunosuppressants. I'm not sure if that
3 refers to steroids in every one of those
4 cases, but it does indicate that all of
5 them had a degree of clinical improvement
6 on immunosuppressants, which likely often
7 included steroids of some sort.
8     Q.   And only two of them had --
9 only 2 of the 16 had biopsy showing
10 evidence of improvement after olmesartan
11 was discontinued; correct?
12     A.   Let's take a look.
13     Q.   Sure.
14     A.   That's two columns over.
15 The column in between -- or it's, rather,
16 three columns over -- it looks like in
17 between those two columns, though, the
18 patients all relapsed when off
19 immunosuppressants and then clinically
20 improved after stopping olmesartan, it
21 looks like, in 16 out of 17. The one is
22 indicated with a question mark. Perhaps
23 that was related to loss of follow-up but
24 --

Page 207

1     Q.   Doctor --
2         MR. SLATER: Wait. Don't
3 interrupt him. He was trying to
4 clarify his answer to the last
5 question.
6         MR. MURPHY: Is that what
7 you were doing, clarifying your
8 answer to the last question?
9         THE WITNESS: You asked me
10 to comment on --
11         MR. MURPHY: No.
12         THE WITNESS: -- biopsy --
13         MR. MURPHY: I asked you --
14         MR. SLATER: Time-out,
15 time-out. Ken, you cannot
16 interrupt him while he's talking.
17 Let him finish his answer. Even
18 if you think it's nonresponsive,
19 you know what you're supposed to
20 do. So let's just do that. Okay?
21         MR. MURPHY: Let's go off
22 the record, Kim.
23         - - -
24         (A discussion off the record

Page 208

1     occurred.)
2         - - -
3         MR. SLATER: I don't want to
4 go off the record. Whatever
5 you're trying to do is fine, but
6 when he's talking, it's not
7 appropriate to cut off his answer.
8 That's all I'm saying. That's it.
9 That's all I'm saying.
10         MR. MURPHY: Fair enough.
11         MR. SLATER: I don't know
12 what he's going to say. For all I
13 know, it's going to be, "and let
14 Slater jump out the window." I
15 have no idea, but I just don't
16 want to cut him off in the middle
17 of his answer.
18         MR. MURPHY: That's fine.
19 So, doctor, I'm going to take a
20 step back and I'll ask the
21 question of you and we'll pick up
22 there.
23         And my question to you is,
24 isn't it the case that only 2 of

Page 209

1 the 16 had a biopsy evidence of
2 improvement after discontinuing
3 olmesartan?
4         THE WITNESS: That's not the
5 case. This was published in --
6 let's check the year -- 2013.
7 It's very possible -- I would even
8 say likely -- that others had
9 subsequent biopsies, but those
10 biopsies either were not performed
11 or were not available at the time
12 of publication of this paper.
13 BY MR. MURPHY:
14     Q.   Okay. Are you finished?
15     A.   Yes.
16     Q.   All right.
17         With regard to this chart
18 and the data that is set forth in this
19 chart, as to the 16 patients in question,
20 there are only 2 that had a biopsy with
21 evidence of improvement after
22 discontinuing olmesartan; correct?
23     A.   If by chart you mean the
24 table --

Page 210

1  Q.  Table --
2  A.  -- in this manuscript that
3  was published in 2013 --
4  Q.  Table 3.
5  A.  -- biopsy data is only noted
6  in 2, but I believe that others likely
7  had biopsies showing improvement after
8  stopping the medication after the
9  publication of this table.
10  Q.  And at the outset, all of
11  these patients were referred with a
12  diagnosis of refractory celiac disease;
13  correct?
14  A.  When you say all of these
15  patients, do you mean all of the patients
16  in this study or all of the 16?
17  Q.  16.
18  A.  I'm not sure and the reason
19  I say that is that while refractory
20  celiac disease or poorly responsive
21  celiac disease is indeed a common
22  misdiagnosis given to people who are
23  ultimately proven to have
24  olmesartan-induced enteropathy, there are

Page 211

1  other diagnoses that patients are branded
2  with that are subsequently withdrawn.
3  So I'd have to check a
4  little bit more closely in terms of the
5  description of those 16 patients, if they
6  are so described in the paper.
7  Q.  And refractory celiac
8  disease and unclassified sprue are two
9  distinct conditions; correct?
10  A.  Refractory celiac disease
11  indicates the clinician's belief that
12  this patient has celiac disease that's no
13  longer responsive to the gluten-free
14  diet. Unclassified sprue is more generic
15  and indicates some less certainty.
16  So, for example, if you have
17  a patient who is negative for the
18  necessary HLA-DQ2 and DQ8 haplotype, the
19  genes that are necessary for celiac
20  disease, they can phenotypically look
21  just like someone with refractory celiac
22  disease, but we generally label them as
23  having unclassified sprue because we do
24  not believe that they have celiac

Page 212

1  disease.
2  Then there are others who
3  are positive for that genetic complement
4  who we're just less confident that they
5  have celiac disease to begin with,
6  whether because they never responded at
7  all to a gluten-free diet as compared to
8  someone who initially responded and then
9  loses the response.
10  And so there is a bit of
11  interchangeability and overlap, but I
12  would say that in terms of those Venn
13  diagrams, there's also plenty of
14  separation, too.
15  Q.  In here, that is, in the
16  paper, it's stated that certain of these
17  patients were initially labeled with
18  unclassified sprue. Do you recall that?
19  A.  I believe that it's noted
20  what the ultimate diagnosis was. As for
21  initial diagnosis, I would have to go
22  back and double-check.
23  Q.  Let me -- maybe this will
24  help you -- direct your attention to page

Page 213

1  650.
2  A.  Sure.
3  Q.  Under the discussion
4  section?
5  A.  Okay.
6  Q.  Toward the end of that first
7  paragraph under discussion.
8  A.  It's the middle column of
9  page 650?
10  Q.  Yes, sir.
11  A.  Towards the bottom of that
12  column?
13  Q.  No. First -- toward the
14  bottom of that first paragraph.
15  A.  Oh, okay.
16  I see it.
17  Q.  So there were a number who
18  were initially labeled with unclassified
19  sprue; correct?
20  A.  That's right.
21  Q.  Do we know how many?
22  A.  I don't believe that's
23  specified, though perhaps it's in the
24  tables.

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 214

1    Q.  And were these folks later
2  determined to have olmesartan-associated
3  enteropathy?
4    A.  That's what it says, is that
5  the number of patients who were initially
6  labeled with unclassified sprue were --
7  who were ultimately found to have villous
8  atrophy as a result of olmesartan use,
9  yes.
10    Q.  But they didn't have that,
11  the diagnosis of, before 2013; correct?
12    A.  It's very possible that they
13  had a diagnosis of unclassified sprue
14  years before, but only after April of
15  2012 with the revelations by Dr. Murray
16  did they then get evaluated for
17  olmesartan enteropathy.
18    Q.  In your report, you
19  mentioned that Dr. Green told you of Dr.
20  Murray's findings.  You state that early
21  in your report.  We can go there if you
22  need the specific reference.
23    A.  Are you referring to page 6?
24    Q.  Yes.

Page 215

1    A.  Okay.
2    Q.  In your conversation with
3  Dr. Green, did he tell you how many
4  patients failed to improve when
5  olmesartan was discontinued?
6    MR. SLATER:  Objection.
7    You can answer.
8    THE WITNESS:  I'm not sure I
9    understand the question fully.
10    Whose patients are we talking
11    about here?
12    MR. MURPHY:  The patients
13    that Dr. Murray had seen.
14    MR. SLATER:  Objection; lack
15    of foundation.
16    MR. MURPHY:  Sure.  I'll
17    take one step back to the extent
18    there's some confusion.
19  BY MR. MURPHY:
20    Q.  Dr. Green told you of Dr.
21  Murray's work and his findings; correct?
22    A.  He did.  He mentioned that
23  conversation he had.
24    Q.  Did Dr. Green tell you that

Page 216

1  certain of Dr. Murray's patients failed
2  to improve when olmesartan was
3  discontinued?
4    MR. SLATER:  Objection; lack
5    of foundation.
6    You can answer.
7    THE WITNESS:  At that time,
8    I don't believe he mentioned lack
9    of improvement.  It was a rather
10    short explanation and paraphrasing
11    and simply pointed out that it
12    appeared that Benicar was causing
13    these symptoms.
14  BY MR. MURPHY:
15    Q.  Let me ask you to turn to
16  page 17 of your report.
17    A.  (Witness complies.)
18    Q.  Bear with me one second.
19    (Pause.)
20  BY MR. MURPHY:
21    Q.  In the first full paragraph
22  on page 17, you write in part, "The case
23  that the relationship between olmesartan
24  and enteropathy is causal is well

Page 217

1  established based on the numerous
2  dechallenge studies described in the case
3  series and reports above."
4    A.  I see that.
5    Q.  In certain of those or at
6  least in one of those reports above, we
7  saw that there were patients who did not
8  -- whose symptoms didn't resolve when
9  olmesartan was discontinued; correct?
10    MR. SLATER:  Objection; lack
11    of foundation.
12    THE WITNESS:  Can I ask
13    which studies you're referring to?
14  BY MR. MURPHY:
15    Q.  Is it your position, Doctor,
16  that none of those studies show that
17  there were some whose symptoms did not
18  resolve when olmesartan was discontinued?
19    MR. SLATER:  Objection.
20    You can answer.
21    THE WITNESS:  I am asking
22    for clarification on which studies
23    we're dealing with.  I cited a
24    number of studies above and I'd be

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 218

1  interested to know what are the
2  studies in question right now.
3  BY MR. MURPHY:
4     Q.  Okay.  DeGaetani.
5     A.  And can you repeat the
6  question regarding DeGaetani?
7     Q.  So my question was, isn't it
8  the case that there were some patients
9  who did not see their symptoms resolve
10  when olmesartan was discontinued?
11     A.  My interpretation of the
12  DeGaetani data as shown in table 3 is
13  that of 16 patients, 15 evinced clinical
14  improvement after stopping the medication
15  and the last one is denoted by a question
16  mark, and perhaps we can see if that's
17  further -- further characterized, but
18  likely indicates that their status was
19  unknown at the time of this being written
20  up, either that patient was lost to
21  follow-up or the follow-up time was
22  deemed to be too short to be sure about a
23  lasting improvement.
24        MR. SLATER:  Do you want him

Page 219

1  to show you in the study where
2  that's discussed?  Because he's
3  looking for it.  He's going to
4  give it to you so --
5        MR. MURPHY:  I'm not asking
6  for that.
7  BY MR. MURPHY:
8     Q.  Earlier on when we discussed
9  --
10        MR. SLATER:  He's looking
11  for the --
12        THE WITNESS:  I'm trying to
13  clarify that question mark symbol.
14        MR. MURPHY:  Oh, I'm sorry.
15  Sure.  Sure.
16        THE WITNESS:  If you'd like
17  to direct me to where that's
18  indicated or further expounded
19  upon in the manuscript, that might
20  save us some time, but I'll take a
21  look myself.
22        MR. SLATER:  I can save the
23  time.
24        MR. MURPHY:  He can take as

Page 220

1  long as he wants.
2        MR. SLATER:  Okay.
3        (Pause.)
4        THE WITNESS:  As far as I
5  can tell, at least on my review, I
6  don't see a further explication of
7  the question mark denoted in the
8  table indicating that 1 out of the
9  16 olmesartan enteropathy cases
10  had a question mark with regard to
11  clinical improvement.
12        I would say that it appears
13  that that patient had the shortest
14  follow-up time of all of the
15  patients with olmesartan
16  enteropathy, at least at that
17  time.
18  BY MR. MURPHY:
19     Q.  When we were discussing the
20  Cartee and Murray paper, I understood you
21  to say that the patients discussed in
22  that paper were not the same group of
23  patients as were discussed in the
24  Rubio-Tapia paper; is that right?

Page 221

1     A.  I believe there might have
2  been some overlap, but they were not
3  identical lists of patients, that's
4  right.
5     Q.  And we also saw that in the
6  Cartee and Murray paper, the authors
7  stated that most, but not all, of the
8  patients improved with drug withdrawal;
9  correct?
10        MR. SLATER:  Objection.
11        You can answer.
12        THE WITNESS:  It does say
13  that most, but not all, patients
14  improved with drug withdrawal.
15  BY MR. MURPHY:
16     Q.  Doctor, are you aware of any
17  studies that show that increasing doses
18  of olmesartan leads to a higher risk of
19  sprue-like enteropathy?
20     A.  If you're referring to dose
21  in terms of milligram strength, I've not
22  seen such data.  Cumulative dose, as
23  better defined as duration, does seem to
24  indicate that.

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 222

1 It's my belief, though, that
2 if one had to compare 40 milligrams to 20
3 milligrams, for instance, we haven't seen
4 that traditional sort of dose-response,
5 but I would point out that this might be
6 the case -- and I believe this is the
7 case -- that that is because the minimal
8 threshold for causing olmesartan
9 enteropathy has been far exceeded in both
10 of those cases.
11 And so we don't know what
12 that minimal threshold is, but it's
13 probably far below the traditionally
14 lower dose given to adults at least who
15 are prescribed olmesartan, which was --
16 is typically 20 milligrams.
17 Q. So it's your opinion that
18 the dose necessary to trigger or cause
19 enteropathy is less than the 20 milligram
20 dose?
21 A. I suspect that people with
22 olmesartan enteropathy have that
23 enteropathy triggered or would have that
24 enteropathy triggered by less than 20

Page 223

1 milligrams simply because it appears that
2 we don't see that higher milligram
3 dosages of enteropathy within the
4 traditionally prescribed dosing
5 parameters for adults shows that kind of
6 response.
7 And so I would not at all be
8 surprised if an individual with known
9 olmesartan enteropathy, if that
10 individual were exposed to a lower amount
11 of olmesartan, if that -- I would be
12 surprised if that did not also cause
13 enteropathy.
14 And certainly in clinical
15 practice, if a patient with known
16 olmesartan enteropathy approached me and
17 asked if it were safe to take, for
18 example, a half dose of olmesartan, I
19 would say stay away from that medication
20 entirely.
21 Q. With regard to dose-response
22 -- and I'm not talking about the
23 long-term temporal aspect of dosage, but
24 dose-response -- my question to you was

Page 224

1 whether there are any studies showing an
2 increase -- that increased dosage of
3 olmesartan leads to a higher risk of
4 sprue-like enteropathy.
5 A. It appears that the
6 threshold for inducing sprue-like
7 enteropathy is well below the
8 traditionally prescribed lowest dose of
9 olmesartan enteropathy; and so to my
10 knowledge, the typical doses that are
11 studied are within that traditional
12 dosing and we've not seen a dose-response
13 within that traditional dosing.
14 Q. Now, what you've referred to
15 essentially is the dose-response gradient
16 in the Bradford Hill analysis; correct?
17 A. Dose-response is a component
18 of Bradford Hill criteria, if that's what
19 you're referring to.
20 Q. Indeed. If I can direct
21 your attention to page 28 of your report,
22 that is where you -- in that first full
23 paragraph, where you initially address
24 the Bradford Hill criteria for causality;

Page 225

1 correct?
2 A. I see that, yes.
3 Q. And would you agree that
4 there are nine factors or points of
5 consideration in the Bradford Hill
6 analysis?
7 A. Do you speak in general or
8 what I used here? And I ask because
9 Bradford Hill criteria have been used
10 variously throughout the literature and
11 the exact number and terms for each
12 criterion has varied.
13 Q. Now, with regard to the
14 criterion that you identify in your
15 report, is that exhaustive of the list of
16 criterion with which you are familiar as
17 being associated with the Bradford Hill
18 analysis?
19 A. If I really wanted to be
20 particularly florid in terms of
21 explicating Bradford Hill criteria with
22 every criterion that's been proposed to
23 be included within Bradford Hill, I would
24 have included more. This strikes me as

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 226

1  sufficient.
2       I'm looking here and I do
3  not see, for example, analogy, which is,
4  of course, one of the Bradford Hill
5  criteria that's used in some lists; but
6  as I say, the Bradford Hill criteria has
7  been enumerated variously in the
8  literature.
9       Q.  You identify analogy as one
10 of the other criteria that you did not
11 address.  Is coherence another criterion
12 you did not address?
13       MR. SLATER:  Objection to
14 the form.
15       You can answer.
16       THE WITNESS:  Coherence is a
17 heading of Bradford Hill criteria
18 that has been proposed and used.
19 In my enumeration of the Bradford
20 Hill criteria, I do not
21 specifically enumerate coherence.
22 BY MR. MURPHY:
23       Q.  How about experiment?
24       A.  Experiment is one of the

Page 227

1  Bradford Hill criteria that is sometimes
2  used, though often this is merged with
3  biological plausibility, and so I did not
4  use a heading of experiment.
5       Q.  Now, with regard to strength
6  of association, as you address it in your
7  report, you cite the Basson study as
8  supportive or as satisfying that Bradford
9  Hill criterion; correct?
10       A.  I was particularly struck by
11 Basson as an example of strength of
12 association.
13       Q.  So the answer to my question
14 is yes?
15       A.  I do cite Basson.  That's
16 not to say that that is the only evidence
17 of strength of association.
18       Q.  Okay.
19       And just so that we are
20 tracking, was Basson a retrospective
21 cohort study?
22       A.  I would characterize it as a
23 population-based cohort study, which by
24 definition is also retrospective.

Page 228

1       Q.  Now, with regard to strength
2  of association, you did review the FDA
3  Mini-Sentinel data, did you not?
4       A.  I reviewed the FDA
5  Mini-Sentinel data as well as its summary
6  statement.
7       Q.  And did that data show a
8  statistically significantly -- a
9  statistically significant association
10 between olmesartan and sprue-like
11 enteropathy?
12       A.  Sprue-like enteropathy was
13 not a diagnosis that was regularly being
14 -- regularly being captured in the FDA's
15 data at the time, so they had to rely on
16 some surrogates.
17       Q.  And the -- one of the
18 surrogates upon which the FDA relied was
19 celiac disease; correct?
20       A.  They did.  They did.  And
21 that is plausible.  It makes sense to do
22 that because as we are now aware, many
23 patients with sprue-like enteropathy due
24 to olmesartan are initially misdiagnosed

Page 229

1  as having celiac disease.
2       Q.  And with regard to that
3  surrogate celiac disease, there was not a
4  statistically significant correlation
5  shown, was there?
6       A.  There was an association
7  that was concerning enough to make it
8  into a drug safety communication that
9  notes that at a two-year minimum exposure
10 which correlates with the long latency
11 observed in literature and case reports,
12 and so coherent with what we've been
13 seeing in the literature, olmesartan
14 users had a higher rate of celiac disease
15 diagnoses in claims and administrative
16 data than users of other ARBs.
17       Whether statistically
18 significant or not, it was enough to be
19 alarming to the FDA.
20       Q.  Was it statistically
21 significant?
22       A.  I don't see that commented
23 upon.  I would add, though, that
24 statistical significance is -- especially

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 230

1  in emerging entities, is not something
2  that is be all and end all, nor is a
3  nonsignificant result a prompt to no
4  longer be concerned.
5      There have been clinical
6  trials, for example, in which rare
7  adverse events have occurred in treatment
8  arm where if one were to apply a
9  statistically significant test to that
10 event happening in treatment arm versus
11 placebo, the P value would land north of
12 .05 and, yet, those events in some cases,
13 because they are either so severe or
14 deemed sufficiently likely to be related
15 to the intervention, might cause a trial
16 to be halted, even without statistical
17 significance, provided that those adverse
18 events are adequately reported and
19 disseminated by the sponsor of the trial.
20      MR. MURPHY:  Move to strike
21      as nonresponsive.
22 BY MR. MURPHY:
23      Q.  Doctor, with regard to the
24 ROADMAP data -- you're familiar with the

Page 231

1  ROADMAP data, are you not?
2      A.  ROADMAP is an acronym for a
3  clinical trial of olmesartan, if that's
4  what you're referring to.
5      Q.  I am.  That data was null
6  for intestinal-related adverse events;
7  correct?
8      MR. SLATER:  Objection.
9      You can answer.
10     THE WITNESS:  ROADMAP to my
11     knowledge was not designed to
12     measure intestinal adverse events.
13 BY MR. MURPHY:
14     Q.  Are you not able to answer
15 the question?  My question simply was
16 whether it was null for
17 intestinal-related adverse events.
18     MR. SLATER:  Objection.
19     You can answer.
20     THE WITNESS:  You might be
21     referring to a secondary analysis
22     that was published in the Mayo
23     Clinic Proceedings as a letter to
24     the editor in response or after

Page 232

1      the publication of the article by
2      Rubio-Tapia and colleagues,
3      "Severe Sprue-Like Enteropathy
4      Associated with Olmesartan."
5      If that's the case, and if
6      that's what you're referring to --
7      is that what you were referring to
8      when you used the term "null"?
9  BY MR. MURPHY:
10     Q.  Your understanding is that
11 that piece that you're referring to deals
12 with the ROADMAP data; correct?
13     A.  That letter is a secondary
14 analysis of ROADMAP data assessing
15 whether a certain kind of outcome, which
16 was not predetermined nor measured in
17 such a way that it would correlate
18 closely with sprue-like enteropathy, that
19 is the letter we're referring to.
20     Q.  We're talking about the same
21 thing.
22     A.  We're talking about that
23 publication.
24     Q.  Right, we're talking about

Page 233

1  the same document.
2      A.  We're referring to the same
3  document by Menne and Haller, "Olmesartan
4  and Intestinal Adverse Effects in the
5  ROADMAP Study."  We're referring to the
6  same document.  Are you asking questions
7  about that document?
8      Q.  You answered the question.
9  My question was in terms of the data and
10 what you've classified is, the data was
11 discussed in the Menne paper and we are
12 agreed that that data was null for
13 intestinal-related adverse events;
14 correct?
15     MR. SLATER:  Objection; lack
16     of foundation,
17     mischaracterization.
18     THE WITNESS:  I believe it's
19     deceptive to hold up a randomized
20     trial publication that
21     subsequently evaluates a secondary
22     long-term finding that the initial
23     trial was never designed, nor
24     adequately powered, to detect, for

Protected Information - Benjamin Lebwohl, M.D., M.S.

Page 234

1  which there were no active
2  surveillance mechanisms to pick up
3  this outcome, and then to use the
4  imprimatur of a randomized trial
5  and the acronym from that
6  randomized trial to somehow prop
7  up the quality of such a study.
8      MR. MURPHY: Move to strike.
9  Can you answer my question?
10     MR. SLATER: Wait.
11     MR. MURPHY: It was
12  nonresponsive.
13     MR. SLATER: That was
14  directly responsive and maybe
15  you're not understanding, but I
16  object to you -- I think it's
17  argumentative at this point.
18     MR. MURPHY: What's
19  argumentative?
20     MR. SLATER: Claiming that
21  he wasn't responsive.
22     MR. MURPHY: I simply moved
23  to strike as not responsive.
24  That's all. There's nothing

Page 235

1  argumentative about what I said or
2  how I said it.
3      MR. SLATER: I think it is,
4  because it's like the third time
5  now he's explaining in very clear
6  terms his answer, which is denying
7  the premise of your question in
8  very direct and clear terms.
9      MR. MURPHY: Adam, don't
10  testify.
11     MR. SLATER: Trust me, do
12  you think he needs me to testify?
13     MR. MURPHY: No, he does
14  not. That's the point.
15     MR. SLATER: I'm not
16  testifying. I'm just trying to
17  get him to dinner, although I
18  guess it doesn't matter what
19  happens. The time runs no matter
20  what so...
21  BY MR. MURPHY:
22     Q.  There were, Doctor, two
23  studies conducted at Columbia University
24  that were the subject of papers in which

Page 236

1  you were involved; correct?
2      MR. SLATER: Objection; lack
3  of foundation.
4      You can answer.
5      THE WITNESS: I've published
6  far more than two papers in my
7  career at Columbia University.
8      MR. MURPHY: Regarding
9  olmesartan. I'm sorry --
10     MR. SLATER: Objection; lack
11  of foundation.
12     You can answer.
13     THE WITNESS: I would have
14  to count. I believe it was more.
15  I can go through it, if you'd
16  like, and tell me which ones --
17     MR. MURPHY: No. I will ask
18  you a better question. It was a
19  poorly phrased question.
20  BY MR. MURPHY:
21     Q.  You mentioned the Greywoode
22  paper. Were you an author on the
23  Greywoode paper?
24     A.  Yes.

Page 237

1      Q.  And then there was a 2015
2  Lagana paper. Were you an author on that
3  paper?
4      A.  Can you specify which one?
5  He's authored a few papers, some of which
6  might have more than one in 2015?
7      Q.  Sure.
8      MR. SLATER: Is that the
9  abdominal pain paper, words in the
10  title "abdominal pain"?
11     MR. MURPHY: "Sprue-like
12  histology in patients with
13  abdominal pain taking olmesartan
14  compared with other angiotensin
15  receptor blockers."
16     THE WITNESS: Yes, I was an
17  author of that paper.
18     MR. MURPHY: Okay.
19  BY MR. MURPHY:
20     Q.  So with regard to the
21  Greywoode paper and the Lagana paper of
22  2015 that I just identified for you, did
23  either of those papers show an
24  association between olmesartan use and