EXHIBIT 8

ORIGINAL ARTICLE



# Severe Spruelike Enteropathy Associated With Olmesartan

Alberto Rubio-Tapia, MD; Margot L. Herman, MD; Jonas F. Ludvigsson, MD, PhD; Darlene G. Kelly, MD, PhD; Thomas F. Mangan, MD; Tsung-Teh Wu, MD, PhD; and Joseph A. Murray, MD

## Abstract

**Objective:** To report the response to discontinuation of olmesartan, an angiotensin II receptor antagonist commonly prescribed for treatment of hypertension, in patients with unexplained severe spruelike enteropathy.

**Patients and Methods:** All 22 patients included in this report were seen at Mayo Clinic in Rochester, Minnesota, between August 1, 2008, and August 1, 2011, for evaluation of unexplained chronic diarrhea and enteropathy while taking olmesartan. Celiac disease was ruled out in all cases. To be included in the study, the patients also had to have clinical improvement after suspension of olmesartan.

**Results:** The 22 patients (13 women) had a median age of 69.5 years (range, 47-81 years). Most patients were taking 40 mg/d of olmesartan (range, 10-40 mg/d). The clinical presentation was of chronic diarrhea and weight loss (median, 18 kg; range, 2.5-57 kg), which required hospitalization in 14 patients (64%). Intestinal biopsies showed both villous atrophy and variable degrees of mucosal inflammation in 15 patients, and marked subepithelial collagen deposition (collagenous sprue) in 7. Tissue transglutaminase antibodies were not detected. A gluten-free diet was not helpful. Collagenous or lymphocytic gastritis was documented in 7 patients, and microscopic colitis was documented in 5 patients. Clinical response, with a mean weight gain of 12.2 kg, was demonstrated in all cases. Histologic recovery or improvement of the duodenum after discontinuation of olmesartan was confirmed in all 18 patients who underwent follow-up biopsies.

**Conclusion:** Olmesartan may be associated with a severe form of spruelike enteropathy. Clinical response and histologic recovery are expected after suspension of the drug.

© 2012 Mayo Foundation for Medical Education and Research ■ Mayo Clin Proc. 2012;87(8):732-738



From the Division of Gastroenterology and Hepatology (A.R.-T., J.F.L., D.G.K., T.F.M., J.A.M.), Department of Internal Medicine (M.L.H.), and Department of Laboratory Medicine and Pathology (T.-T.W.), Mayo Clinic, Rochester, MN; Clinical Epidemiology Unit, Department of Medicine, Karolinska University Hospital and Karolinska Institutet, Stockholm, Sweden (J.F.L.); and Department of Pediatrics, Örebro University Hospital, Örebro University, Örebro, Sweden (J.F.L.).

Olmesartan is one of several angiotensin II receptor antagonists used for management of hypertension since 2002.[1] Diarrhea is a common adverse effect of many medications, although the mechanisms underlying diarrhea remain unclear in most cases. Enteropathy as a cause of drug-induced diarrhea has been reported previously with the use of azathioprine and mycophenolate mofetil.[2,3] We first suspected the possible connection between enteropathy and olmesartan when 2 consecutive patients referred to our institution for evaluation of presumed refractory celiac disease reported unexplained clinical improvement during hospitalization but prompt relapse following hospital discharge. They asked if the disease course could have been due to their hypertensive medications, which were withheld on hospitalization because of hypotension. At the same time, we were studying a cohort of patients with collagenous sprue and discovered olmesartan use in one-third of the patients with a recent diagnosis of the disorder.[5] As additional patients were identified with similar clinical features (eg, chronic diarrhea, weight loss, unexplained spruelike enteropathy with or without abnormal subepithelial collagen deposition, negative

celiac serology, and lack of response to gluten exclusion), a perceived association between these features and olmesartan evolved. It also became clear that these patients were unlikely to have celiac disease, as all lacked IgA tissue transglutaminase antibodies and had never responded to a gluten-free diet. The clinical observation of improvement of gastrointestinal symptoms and subsequent demonstration of histologic recovery after olmesartan withdrawal prompted us to advise our patients with unexplained spruelike enteropathy to discontinue olmesartan. We reported our observation to US Food and Drug Administration officials and submitted reports using the MedWatch system.

In this article, we describe the clinical manifestations in 22 patients with unexplained spruelike enteropathy that improved clinically after discontinuation of olmesartan.

## PATIENTS AND METHODS

This study was approved by the Mayo Clinic Institutional Review Board. Patients were considered for inclusion in the study if they had chronic diarrhea (>4 weeks) while taking olmesartan and met 2 additional criteria. First, the cause of their enteropathy

OLMESARTAN AND ENTEROPATHY

could not be established after a systematic diagnostic evaluation that included investigation for disorders associated with nonresponsive celiac disease as previously reported by our group.[1] Second, they had to improve clinically after discontinuation of olmesartan. Most of these patients had undergone extensive evaluation by their referring physicians and had had several therapeutic trials, without benefit. The electronic medical records of 24 such patients seen at Mayo Clinic in Rochester, Minnesota, between August 1, 2008, and August 1, 2011, were reviewed by one physician (M.L.H.). Two of the 24 patients were excluded from the study, 1 who had tropical sprue and 1 who improved clinically and histologically with oral budesonide before suspension of olmesartan.

### Data Abstraction

Clinical and laboratory data were abstracted from the medical record. Only data that reflected conditions that existed before suspension of olmesartan were included as baseline data. We defined categories of body weight using body mass index and World Health Organization criteria.[7] Anemia was defined in women as a hemoglobin level of less than 12 g/dL (to convert to g/L, multiply by 10) and in men as a hemoglobin level of less than 13.5 g/dL. Hypoalbuminemia was defined as an albumin value lower than 3.5 g/dL (to convert to g/L, multiply by 10). HLA-DQ typing,[8] celiac disease serology (tissue transglutaminase antibodies or deamidated gliadin peptide antibodies by enzyme-linked immunosorbent assay and endomysial antibodies on monkey esophagus by indirect immunofluorescence),[9-11] and assessment of response to a gluten-free diet were investigated. Anti-enterocyte antibodies were tested using primate intestine by indirect immunofluorescence and were performed at The Children's Hospital of Philadelphia, as reported by Akram et al.[12] Severe enteropathy was defined by the presence of at least one of the following criteria: (1) need for hospitalization because of severe dehydration, electrolyte imbalance, and/or acute renal failure, (2) need for total parenteral nutrition, and (3) weight loss of more than 10 kg.

### Histopathology

Pathology material (biopsy samples from the gastrointestinal tract) was reviewed by one of the authors (T.-T.W.). The number of intraepithelial lymphocytes per 100 epithelial cells, degree of villous atrophy graded with the modified Marsh classification,[13] presence of subepithelial collagen, degree of lamina propria inflammation, and presence of acute inflammation were assessed. The presence of aberrant or clonal intraepithelial lymphocytes was investigated by CD3 and CD8 immunostaining[14] and polymerase chain reaction,[15] respectively. When multiple small bowel biopsies were performed as part of the diagnostic evaluation and before withdrawal of the drug, the baseline biopsy was considered to be the small bowel biopsy performed closest to the date of suspension of olmesartan. Follow-up biopsies were defined as biopsies performed at least 30 days after the date of suspension of olmesartan. Other disorders of the gastrointestinal tract (when present) were diagnosed using accepted pathologic criteria (eg, microscopic colitis).[16]

### Outcomes After Suspension of Olmesartan

*Clinical response* was defined as the resolution of diarrhea. Weight gain was considered a positive finding. *Remission* required both a clinical response and confirmation by normal findings on intestinal biopsy during follow-up. All patients who had been on a gluten-free diet were followed up after reintroduction of gluten and withdrawal of corticosteroids.

### Medication Use

We reviewed the medication history of all patients, including the duration of treatment, dosage, and response of diarrhea to a trial of olmesartan withdrawal. Alternative antihypertensive drugs used after suspension of olmesartan are reported.

### Statistical Analyses

Data were summarized using descriptive statistics, including total numbers and percentages for categorical variables and median or mean (range) for continuous variables.

### RESULTS

The 22 patients (13 women) had a median age of 69.5 years (range, 47-81 years). Twenty-one of the patients were non-Hispanic white, and 1 patient was black. Patients were residents of 16 different US states (Table 1).

The most frequent clinical diagnoses at time of referral were nonresponsive/refractory celiac disease (n=10) and unexplained sprue (n=6). Most patients were taking 40 mg/d of olmesartan (range, 10-40 mg/d) for several months or years before the onset of diarrhea. Detailed information about the duration of exposure to olmesartan before onset of diarrhea was available in the medical record in 14 patients (64%). Among these, the mean duration was 3.1 years (range, 0.5-7 years). An additional 5 patients were taking olmesartan for at least 1 year before the onset of symptoms. Information about duration of exposure to olmesartan before onset of diarrhea was not available in 3 patients.

**TABLE 1. Demographic Characteristics, Outcome, and Alternative Antihypertensive Drugs Used After Suspension of Olmesartan in 22 Patients With Spruelike Enteropathy**

| Patient No./ sex/age (y) | Weight loss (kg) | Outcome after suspension of olmesartan[a] | Alternative antihypertensive drug |
|---|---|---|---|
| 1/F/59 | 14 | Remission | Metoprolol |
| 2/F/62 | 11 | Clinical response | None |
| 3/F/72 | 31 | Remission, weight gain (13.3 kg) | Bisoprostol-hydrochlorothiazide |
| 4/M/66[b] | 18 | Remission, weight gain (11 kg) | Metoprolol |
| 5/M/81 | 2.5 | Remission, weight loss (4.1 kg) | Lisinopril, metoprolol |
| 6/M/64 | 14 | Clinical response | Amlodipine |
| 7/F/65 | 11 | Remission, weight gain (4.2 kg) | Amlodipine, hydrochlorothiazide |
| 8/M/76 | 12 | Remission, weight gain (13.4 kg) | Amlodipine, hydrochlorothiazide |
| 9/M/64 | 20.5 | Remission, weight gain (15.7 kg) | Amlodipine, hydrochlorothiazide |
| 10/F/72 | 30 | Remission, weight gain (28 kg) | Amlodipine, atenolol, hydrochlorothiazide |
| 11/M/74 | 15 | Clinical response | Hydrochlorothiazide |
| 12/M/58 | 57 | Remission, weight gain (23.4 kg) | Amlodipine, metoprolol |
| 13/F/77 | 29 | Remission, weight gain (9.7 kg) | Atenolol, hydrochlorothiazide |
| 14/F/76 | 7 | Remission, weight gain (2.9 kg) | Hydrochlorothiazide |
| 15/M/68 | 18 | Remission, weight gain (14.9 kg) | Metoprolol |
| 16/F/71 | 9 | Remission, weight gain (11.9 kg) | Triamterene, hydrochlorothiazide |
| 17/F/66[b] | 20.5 | Clinical response, weight gain (13.4 kg) | Spironolactone, carvedilol |
| 18/F/64[c] | 50 | Clinical response, weight gain (4 kg) | Amlodipine |
| 19/F/75 | 41 | Remission | None |
| 20/M/47 | 32 | Remission, weight gain (13.9 kg) | Metoprolol, amlodipine, doxazosin |
| 21/F/71 | 18 | Remission, weight gain (10.2 kg) | Atenolol, hydralazine |
| 22/F/74 | 40 | Remission, weight gain (6.3 kg) | None |

[a] Weight change (defined by weight at diagnosis minus weight at last follow-up visit) is provided when available in the medical record.
[b] Case previously published.
[c] Non-Hispanic black.

## Clinical Manifestations

Diarrhea had been present for a median of 19.2 months (range, 3-53 months) before suspension of the drug. At the time of presentation, all patients had diarrhea and weight loss (median weight loss, 18 kg; range, 2.5-57 kg). Nausea and vomiting were present in 15 patients (68%), abdominal pain in 11 (50%), bloating in 9 (41%), and fatigue in 15 (68%). The onset of diarrhea was sudden in 9 patients. The stool frequency was extremely abnormal, with a median of 6 evacuations per day (range, 3-42 evacuations per day). Among 8 patients with timed stool collection, the mean stool weight was 933.1 g/24 h (range, 225-3225 g/24 h), and mean fecal fat was 28.3 g/24 h (range, 8-50 g/24 h). Although timed stool weight was not investigated in all patients, 14 patients (64%) required hospitalization because of severe dehydration (4 patients had acute renal failure). Total parenteral nutrition was necessary in 4 patients. At the time of the first visit at Mayo Clinic, 11 of the patients had normal weight, 6 were underweight, 4 were overweight, and 1 was obese. All but one patient (patient 16) met criteria for severe enteropathy.

## Laboratory Findings

Results of IgA tissue transglutaminase antibody testing were negative in all patients. IgA endomysial antibody results were negative in all 9 patients who underwent testing. HLA-DQ typing was performed in 21 patients: DQ2 was present in 15 patients, DQ8 in 2 patients, and neither DQ2 nor DQ8 in 4 patients. Anti-enterocyte antibody testing was done in 19 patients (86%), and results were negative in 16 (including 7 patients who had a positive nonspecific nuclear pattern of unknown clinical significance) and positive with a linear/apical pattern in 3.

Fourteen patients (64%) had normocytic normochromic anemia (2 had elevated red blood cell distribution width suggesting anisocytosis); the lowest hemoglobin level was 9.3 g/dL. Ten patients (45%) had hypoalbuminemia; the lowest albumin

level was 2 g/dL. Twelve patients (55%) had one (n=3) or multiple (n=9) electrolyte abnormalities. Zinc deficiency was documented in 7 patients.

Small bowel bacterial overgrowth was confirmed by culture of duodenal aspirate ($>10^5$ colony-forming units per milliliter) in 12 patients at some point during clinical evolution. A trial of oral antibiotics was used in 10 patients without clinical benefit (rifaximin in 5, tetracycline in 3, ciprofloxacin in 1, and ciprofloxacin-metronidazole in 1). An additional 2 patients received no therapy for small bowel bacterial overgrowth.

## Histologic Findings

In all patients, baseline intestinal biopsies demonstrated villous atrophy with variable degrees of mucosal inflammation (Table 2). Total villous atrophy was observed in 15 patients and partial villous atrophy in 7 patients. A thick band of subepithelial collagen deposition (collagenous sprue) was seen in 7 patients (2 cases had been reported previously[9]). Active/acute inflammation was observed in 15 patients, and increased intraepithelial lymphocytes were found in 14 patients. Aberrant (or clonal) intraepithelial lymphocytes were not detected among the 12 patients tested.

Colonoscopy with random colonic biopsies was performed in 13 patients (59%). Microscopic colitis was found in 5 patients (2 had lymphocytic colitis and 3 had collagenous colitis).

Biopsies of the stomach were available in 14 patients (64%). Lymphocytic gastritis was diagnosed in 5 patients and collagenous gastritis in 2 patients. Chronic gastritis was diagnosed in an additional 7 patients (1 had *Helicobacter pylori* infection).

## Treatment and Subsequent Course

Most of the patients in our study had undergone several therapeutic trials, without apparent clinical benefit, before referral to Mayo Clinic, including the use of a gluten-free diet for months (n=20), systemic corticosteroids and/or budesonide (n=20), opioid-derived antidiarrheal agents (most often loperamide) (n=10), pancreatic enzymes (n=4), bile acid sequestrant (n=4), metronidazole (n=4), azathioprine (n=3), and octreotide (n=3).

Clinical response was observed in all 22 patients after suspension of olmesartan. Besides tapering of corticosteroids, no medication was needed to control diarrhea after clinical response was achieved with suspension of the drug. Patients following a gluten-free diet were advised to abandon the diet immediately if they lacked the celiac susceptibility genotypes or to gradually reintroduce gluten if they were HLA-DQ2 or DQ8 positive. No patient had recurrence of symptoms after restarting a gluten-

containing diet. Follow-up body weight after suspension of olmesartan was available in 17 patients; 16 had weight gain, with a mean weight gain of 12.2 kg (range, 2.9-28 kg), and 1 patient (patient 5) who had edema at diagnosis lost 4.1 kg during follow-up despite clinical remission.

At the time of this report, follow-up intestinal biopsies have been performed in 18 patients (82%) after a mean of 242.3 days (range, 54-707 days) from the date of suspension of olmesartan. Histologic recovery of the duodenum was documented in 17 patients (Figure). Focal partial villous atrophy was observed in 1 case (patient 2) on a follow-up duodenal biopsy obtained 54 days after suspension of olmesartan. Follow-up gastric biopsies were performed at the same time as repeated biopsy of the duodenum in 6 of the 7 patients with either lymphocytic or collagenous gastritis (no gastric biopsy results were available for patient 11). Follow-up gastric biopsies showed normal mucosa in 4 patients and nonspecific mild chronic gastritis in 2 patients (patients 20 and 22). Follow-up colonoscopies with biopsies of the colon were not performed in the 5 patients with microscopic colitis.

## DISCUSSION

We describe a group of patients with unexplained severe spruelike enteropathy while taking olmesartan. We also provide evidence of both clinical and histologic improvement after suspension of olmesartan. Celiac disease was excluded by conventional methods of serology and the absence of clinical response to a gluten-free diet.[11] Other less common enteropathies were excluded (Table 3).

We acknowledge that this case series lacks all the information necessary to prove causality but rather reflects an association. No deliberate rechallenge test with olmesartan was undertaken because of the life-threatening nature of the syndrome, although 2 patients reported anecdotally that their symptoms had worsened when they restarted olmesartan before the potential association was recognized, and 2 patients experienced improvement when olmesartan was stopped when they were hospitalized (for dehydration and hypotension) and worsened in the weeks following discharge and reintroduction of olmesartan. Resolution of the presenting symptoms and subsequent histologic improvement after suspension of olmesartan, in the absence of clinical evidence of other diseases associated with enteropathy, suggest that the association is not likely to be due to chance.

Pathologic findings in the duodenal biopsy can mimic celiac disease or collagenous sprue. Clinicopathologic correlation is advised to confirm the diagnosis of olmesartan-associated enteropathy. Pathologic evidence of involvement of other organs (eg, the

TABLE 2. Histologic Findings in 22 Patients With Spruelike Enteropathy Associated With Olmesartan[a]

| Patient No. | Villous atrophy | Baseline duodenal biopsy results | | | | Outcome follow-up: duodenal biopsy results | Time d[d] | Other GI findings[e] | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | IELs (/100 epithelial cells)[b] | Acute/active inflammation | Thickened collagen band | Aberrant cells/clone[c] | | | Gastric | Colorectal |
| 1 | Total | Normal | Yes | No | No/No | Normal | 404 | Lymphocytic gastritis (HP negative, immunostain) | Collagenous colitis |
| 2 | Total | 80-100 | Yes | Yes | No/NA | Improvement, focal partial villous atrophy | 54 | Chronic gastritis (HP negative, immunostain) | Normal |
| 3 | Total | Normal | Yes | No | No/No | Normal | 231 | NA | Collagenous colitis |
| 4 | Total | 40 | Yes | Yes | No/No | Normal | 263 | Collagenous gastritis | NA |
| 5 | Total | >100 | Yes | No | NA/NA | Normal | 54 | NA | Normal |
| 6 | Partial | 60 | Yes | No | NA/NA | NA | NA | NA | NA |
| 7 | Partial | >100 | No | No | No/No | Normal | 159 | NA | Normal |
| 8 | Total | 40-60 | Yes | No | NA/NA | Normal | 143 | Lymphocytic gastritis (HP negative, immunostain) | Normal |
| 9 | Total | 60-80 | Yes | No | No/No | Normal | 188 | NA | NA |
| 10 | Partial | Normal | No | No | No/No | Normal | 404 | NA | NA |
| 11 | Partial | 50 | Yes | No | No/No | NA | NA | Mild lymphocytic gastritis (HP negative, immunostain) | NA |
| 12 | Partial | Normal | Yes | No | No/No | Normal, focal active duodenitis | 116 | Mild active chronic gastritis (HP negative, immunostain) | Mild active chronic colitis |
| 13 | Total | 40 | Yes | Yes | NA/NA | Normal | 171 | Active chronic gastritis (HP negative, immunostain) | NA |
| 14 | Partial | 60-80 | No | No | NA/NA | Normal | 240 | Mild active chronic gastritis (HP negative, immunostain) | NA |
| 15 | Total | Normal | No | Yes | NA/NA | Normal | 181 | Mild chronic gastritis (HP negative, no immunostain) | Normal |
| 16 | Total | Normal | No | Yes | No/No | Normal | 607 | Collagenous gastritis | Collagenous colitis |
| 17 | Total | 40-60 | Yes | Yes | No/No | NA | NA | Mild chronic gastritis (HP negative, no immunostain) | Focal acute colitis |
| 18 | Partial | Normal | No (marked eosinophilia) | No | NA/NA | NA | NA | NA | NA |
| 19 | Total | 30 | Yes | No | NA/NA | Normal | 76 | Severe active chronic gastritis and ulceration (HP negative, immunostain) | NA |
| 20 | Total | Normal | No | Yes | No/No | Normal | 707 | Lymphocytic gastritis (HP positive) | Lymphocytic colitis |
| 21 | Total | 80-100 | Yes | No | NA/NA | Normal | 179 | NA | Lymphocytic colitis |
| 22 | Total | 80 | Yes | No | NA/NA | Normal | 184 | Lymphocytic gastritis (HP negative, immunostain) | Normal |

[a] HP = Helicobacter pylori; IELs = intraepithelial lymphocytes; NA = not available.
[b] Normal, <25/100 epithelial cells.
[c] Aberrant cells defined by >50% CD3+/CD8- IELs on immunostaining; clone defined by T-cell receptor gene clonal rearrangement by polymerase chain reaction.
[d] Time from suspension of olmesartan to follow-up biopsy.
[e] Any time before suspension of olmesartan.





**FIGURE.** Photomicrographs showing reversible spruelike enteropathy associated with olmesartan (hematoxylin-eosin, original magnification ×100). A, Duodenal biopsy specimen obtained while the patient was taking olmesartan shows total villous atrophy and intraepithelial lymphocytosis. B, Biopsy specimen obtained 6 months after withdrawal of olmesartan and initiation of a gluten-containing diet shows recovery of villi on duodenal mucosa.

Finding small bowel bacterial overgrowth in 12 patients is intriguing and consistent with prior observations of association of small bowel bacterial overgrowth and enteropathy in symptomatic patients with celiac disease.[20,21] The reason for this association is unknown. Thus, although small bowel bacterial overgrowth is a well-recognized cause of chronic diarrhea in the right clinical setting,[22] in this series, the lack of clinical response to oral antibiotics suggests that gastrointestinal symptoms are not explained by the effects of an increased number of bacteria in the small bowel.

The mechanisms underlying olmesartan-associated enteropathy are unknown. The long delay between onset of olmesartan therapy and the development of diarrhea (and enteropathy) suggests cell-mediated immunity damage rather than type 1 hypersensitivity. Recently, angiotensin receptor blockers have been suggested to have inhibitory effects on transforming growth factor $\beta$ action.[23,24] Transforming growth factor $\beta$ is crucially important in the maintenance of gut immune homeostasis.[25,26] Olmesartan is an orally administered prodrug (olmesartan medoxomil) that is rapidly metabolized to the active component (olmesartan) by esterases in the gastrointestinal mucosa, portal blood, and liver.[27] Nevertheless, the possible role of transforming growth factor $\beta$ inhibition in olmesartan-associated enteropathy is a question that requires investigation. We do not know if other angiotensin II receptor blockers can be associated with a similar form of enteropathy, but active investigation for similar cases among patients using other drugs of the same class is under way. All our patients with olmesartan-associated enteropathy received antihypertensive drugs from a different class after suspension of olmesartan. HLA-DQ2 was present in 68% of patients with olmesartan-associated enteropathy, a prevalence higher than the 25% to 30% expected for the general population,[28,29] suggesting that perhaps

stomach and colon) suggests that this disorder may affect the entire gastrointestinal tract. We provide evidence of resolution of inflammation and/or fibrosis in the stomach and duodenum after suspension of olmesartan, implying that these changes are associated with the use of olmesartan. Even though follow-up colonoscopies were not performed in the 5 patients with documented microscopic colitis, clinical remission was achieved in all of these patients, a very unlikely outcome in the presence of persistent inflammation or fibrosis of the colon. Recovery of duodenal mucosa in a relatively short time (median of 8 months from suspension of olmesartan to follow-up biopsies) is a relevant clinical observation because mucosal recovery in other small bowel disorders, such as celiac disease, may take years to occur despite adherence to a gluten-free diet, especially in older adults.[18,19]

| TABLE 3. Clinical Features of Spruelike Enteropathy Associated With Olmesartan |
| --- |
| Gastrointestinal symptoms (eg, chronic diarrhea, weight loss, steatorrhea) |
| Negative IgA tissue transglutaminase antibodies (or endomysial antibodies) |
| Evidence of enteropathy (villous atrophy) with or without collagen deposition or intraepithelial lymphocytosis |
| Lack of clinical response to gluten exclusion |
| Exclusion of other causes of enteropathy (eg, celiac disease) |
| Evidence of clinical and histologic improvement after suspension of olmesartan |

the presence of HLA-DQ2 may increase the risk of immune-mediated damage in these patients. This may be another example of drug-associated enteropathy of which the medical community should be aware and could result in the identification of several more cases.

## CONCLUSION

We report a unique case series to support a novel association between severe spruelike enteropathy and olmesartan. Physicians who encounter patients with diarrheal syndromes should consider medications as a cause, although the potential role for olmesartan had not been considered in these patients by any of the physicians prescribing the medications or treating the diarrheal illness.

**Grant Support:**  This study was supported by National Institutes of Health grant R01-DK57892 (J.A.M.); American College of Gastroenterology Junior Faculty Development Award (A.R.-T.); The Swedish Society of Medicine, the Swedish Research Council – Medicine (522-2A09-195), the Swedish Celiac Society, and the Fulbright Commission (J.F.L.).

**Correspondence:** Address to Joseph A. Murray, MD, Division of Gastroenterology and Hepatology, Mayo Clinic, 200 First St SW, Rochester, MN 55905 (murray.joseph@mayo.edu).

## REFERENCES

1. The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure. Bethesda, MD: National Institutes of Health, National Heart, Lung, and Blood Institute, US Department of Health and Human Services; 2004. NIH Publication No. 04-5230.
2. Ziegler TR, Fernández-Estívariz C, Gu LH, Fried MW, Leader LM. Severe villus atrophy and chronic malabsorption induced by azathioprine. Gastroenterology. 2003;124(7):1950-1957.
3. Kamar N, Faure P, Dupuis E, et al. Villous atrophy induced by mycophenolate mofetil in renal-transplant patients. Transpl Int. 2004;17(8):463-467.
4. Weclawiak H, Ould-Mohamed A, Bournet B, et al. Duodenal villous atrophy: a cause of chronic diarrhea after solid-organ transplantation. Am J Transplant. 2011;11(3):575-582.
5. Rubio-Tapia A, Talley NJ, Gurudu SR, Wu TT, Murray JA. Gluten-free diet and steroid treatment are effective therapy for most patients with collagenous sprue. Clin Gastroenterol Hepatol. 2010;8(4):344-349.e3.
6. Abdulkarim AS, Burgart LJ, See J, Murray JA. Etiology of nonresponsive celiac disease: results of a systematic approach. Am J Gastroenterol. 2002;97(8):2016-2021.
7. Global Database on Body Mass Index. World Health Organization Web site. http://apps.who.int/bmi/index.jsp?introPage=intro_3.html. Updated August 6, 2011. Accessed April 12, 2012.
8. Olerup O, Aldener A, Fogdell A. HLA-DQB1 and -DQA1 typing by PCR amplification with sequence-specific primers (PCR-SSP) in 2 hours. Tissue Antigens. 1993;41(3):119-134.
9. Collin P, Kaukinen K, Vogelsang H, et al. Antiendomysial and antihuman recombinant tissue transglutaminase antibodies in the diagnosis of coeliac disease: a biopsy-proven European multicentre study. Eur J Gastroenterol Hepatol. 2005;17(1):85-91.
10. Chorzelski TP, Beutner EH, Sulej J, et al. IgA anti-endomysium antibody: a new immunological marker of dermatitis herpetiformis and coeliac disease. Br J Dermatol. 1984;111(4):395-402.
11. Ladinser B, Rossipal E, Pittschieler K. Endomysium antibodies in coeliac disease: an improved method. Gut. 1994;35(6):776-778.
12. Akram S, Murray JA, Pardi DS, et al. Adult autoimmune enteropathy: Mayo Clinic Rochester experience. Clin Gastroenterol Hepatol. 2007;5(11):1282-1290; quiz 1245.
13. Marsh MN. Gluten, major histocompatibility complex, and the small intestine: a molecular and immunobiologic approach to the spectrum of gluten sensitivity ('celiac sprue'). Gastroenterology. 1992;102(1):330-354.
14. Patey-Mariaud De Serre N, Cellier C, Jabri B, et al. Distinction between coeliac disease and refractory sprue: a simple immunohistochemical method. Histopathology. 2000;37(1):70-77.
15. Ashton-Key M, Diss TC, Pan L, Du MQ, Isaacson PG. Molecular analysis of T-cell clonality in ulcerative jejunitis and enteropathy-associated T-cell lymphoma. Am J Pathol. 1997;151(2):493-498.
16. Pardi DS, Kelly CP. Microscopic colitis. Gastroenterology. 2011; 140(4):1155-1165.
17. Rostom A, Murray JA, Kagnoff MF. American Gastroenterological Association (AGA) Institute technical review on the diagnosis and management of celiac disease. Gastroenterology. 2006;131(6):1981-2002.
18. Rubio-Tapia A, Rahim MW, See JA, Lahr BD, Wu TT, Murray JA. Mucosal recovery and mortality in adults with celiac disease after treatment with a gluten-free diet. Am J Gastroenterol. 2010;105(6):1412-1420.
19. Wahab PJ, Meijer JW, Mulder CJ. Histologic follow-up of people with celiac disease on a gluten-free diet: slow and incomplete recovery. Am J Clin Pathol. 2002;118(3):459-463.
20. Tursi A, Brandimarte G, Giorgetti G. High prevalence of small intestinal bacterial overgrowth in celiac patients with persistence of gastrointestinal symptoms after gluten withdrawal. Am J Gastroenterol. 2003;98(4):839-843.
21. Rubio-Tapia A, Barton SH, Rosenblatt JE, Murray JA. Prevalence of small intestine bacterial overgrowth diagnosed by quantitative culture of intestinal aspirate in celiac disease. J Clin Gastroenterol. 2009;43(2):157-161.
22. Teo M, Chung S, Chitti L, et al. Small bowel bacterial overgrowth is a common cause of chronic diarrhea. J Gastroenterol Hepatol. 2004;19(8):904-909.
23. Matt P, Schoenhoff F, Habashi J, et al. GenTAC Consortium. Circulating transforming growth factor-beta in Marfan syndrome. Circulation. 2009;120(6):526-532.
24. Kagami S, Border WA, Miller DE, Noble NA. Angiotensin II stimulates extracellular matrix protein synthesis through induction of transforming growth factor-beta expression in rat glomerular mesangial cells. J Clin Invest. 1994;93(6):2431-2437.
25. Macdonald TT, Monteleone G. Immunity, inflammation, and allergy in the gut. Science. 2005;307(5717):1920-1925.
26. Coombes JL, Robinson NJ, Maloy KJ, Uhlig HH, Powrie F. Regulatory T cells and intestinal homeostasis. Immunol Rev. 2005;204:184-194.
27. Scott LJ, McCormack PL. Olmesartan medoxomil: a review of its use in the management of hypertension. Drugs. 2008;68(9):1239-1272.
28. Sollid LM, Markussen G, Ek J, Gjerde H, Vartdal F, Thorsby E. Evidence for a primary association of celiac disease to a particular HLA-DQ alpha/beta heterodimer. J Exp Med. 1989; 169(1):345-350.
29. Kaukinen K, Partanen J, Mäki M, Collin P. HLA-DQ typing in the diagnosis of celiac disease. Am J Gastroenterol. 2002;97(3):695-699.

# EXHIBIT 9



## FDA Drug Safety Communication: FDA approves label changes to include intestinal problems (sprue-like enteropathy) linked to blood pressure medicine olmesartan medoxomil

### Safety Announcement

[7-3-2013]  The U.S. Food and Drug Administration (FDA) is warning that the blood pressure drug olmesartan medoxomil (marketed as Benicar, Benicar HCT, Azor, Tribenzor, and generics) can cause intestinal problems known as sprue-like enteropathy. FDA has approved changes to the labels of these drugs to include this concern.

Symptoms of sprue-like enteropathy include severe, chronic diarrhea with substantial weight loss. The enteropathy may develop months to years after starting olmesartan, and sometimes requires hospitalization (see Data Summary). If patients taking olmesartan develop these symptoms and no other cause is found, the drug should be discontinued, and therapy with another antihypertensive started. Discontinuation of olmesartan has resulted in clinical improvement of sprue-like enteropathy symptoms in all patients.

Olmesartan medoxomil is an angiotensin II receptor blocker (ARB) approved for the treatment of high blood pressure, alone or with other antihypertensive agents, and is one of eight marketed ARB drugs.  Sprue-like enteropathy has not been detected with ARB drugs other than olmesartan.

FDA will continue to evaluate the safety of olmesartan-containing products and will communicate again if additional information becomes available.

### FACTS about Olmesartan

- Olmesartan is an angiotensin II receptor blocker (ARB) approved for the treatment of hypertension, alone or with other antihypertensive agents, to lower blood pressure. Lowering blood pressure reduces the risk of fatal and nonfatal cardiovascular events, primarily strokes and heart attacks.
- In 2012, a total of approximately 10.6 million prescriptions were dispensed, and approximately 1.9 million patients received a dispensed prescription for olmesartan-containing products from U.S. outpatient retail pharmacies.[1] According to sales data, the majority of olmesartan-containing products were distributed to outpatient retail pharmacies (81.5% retail, 15% mail order/specialty pharmacies and 3.5% non-retail) during this time.[2]

**Additional Information for Patients**

- Contact your health care professional right away if you take an olmesartan-containing product and experience severe diarrhea, diarrhea that does not go away, or significant weight loss.
- Your health care professional may evaluate your symptoms to determine the cause. If no other cause is found, you may be asked to stop taking olmesartan and start taking a different high blood pressure medicine.
- Do not stop taking your high blood pressure medicine without first discussing it with your health care professional. When high blood pressure is not appropriately treated, strokes, heart attacks or kidney failure, or other serious harm can result.
- Discuss any questions or concerns about olmesartan with your health care professional.
- Report any side effects you experience to your health care professional and the FDA MedWatch program, using the information in the "Contact FDA" box at the bottom of the page.

**Additional Information for Health Care Professionals**

- Tell your patients to contact you if they develop severe, chronic diarrhea with substantial weight loss while taking an olmesartan-containing product, even if it takes months to years for symptoms to develop.
- If a patient develops these symptoms during treatment with olmesartan, other etiologies, such as celiac disease, should be investigated. If no other etiology is identified, olmesartan should be discontinued and another antihypertensive treatment started.
- Symptoms of sprue-like enteropathy may develop months to years after starting olmesartan.
- Report adverse events involving olmesartan-containing products to the FDA MedWatch program, using the information in the "Contact FDA" box at the bottom of the page.

**Data Summary**

Olmesartan medoxomil is an angiotensin II receptor blocker (ARB) that was approved on April 25, 2002, for the treatment of hypertension, alone or with other antihypertensive agents. The current olmesartan drug labels include diarrhea in the Adverse Reactions section.

FDA evaluated adverse event reports received by FDA's Adverse Event Reporting System (FAERS), published literature case series,[3,4] information from FDA's Mini-Sentinel pilot of the Sentinel Initiative, and information from the CMS Medicare database. FDA's evaluation found clear evidence of an association between olmesartan and sprue-like enteropathy.

FDA identified 23 serious cases in FAERS presenting as late-onset diarrhea with significant weight loss and, in some cases, with intestinal villous atrophy on biopsy. All patients improved clinically after discontinuation of olmesartan, and a positive rechallenge was seen in 10 of the cases.

In June 2012, Mayo Clinic researchers published a case series of sprue-like enteropathy associated with olmesartan in 22 patients whose clinical presentation was similar to that of the FAERS cases: Patients in the Mayo Clinic case series developed diarrhea, weight loss, and villous atrophy while on olmesartan, and drug discontinuation resulted in clinical improvement.[3] Eighteen patients had follow-up intestinal biopsies histologically demonstrating recovery or improvement of the duodenum after discontinuation of olmesartan.

In May 2013, an article describing patients with villous atrophy and negative serologies for celiac disease reported that some patients without definitive etiologies for villous atrophy were characterized as having unclassified sprue. Some of these patients were later found to have villous atrophy associated with olmesartan use.[4]

The signal of sprue-like enteropathy with olmesartan was further investigated for a possible ARB class effect using active surveillance data. Mini-Sentinel and CMS Medicare data were assessed for celiac disease (as a marker for enteropathy and other gastrointestinal symptoms) after exposure to ARBs. Mini-Sentinel and CMS Medicare assessments of ICD-9 codes for celiac disease showed that at a 2-year minimum exposure, which correlates with the long latency observed in literature and case reports, olmesartan users had a higher rate of celiac disease diagnoses in claims and administrative data than users of other ARBs. Interpretation is limited by the small number of events observed at longer exposure periods and the uncertainty about the validity of codes for celiac disease, but these results support other data in suggesting a lack of a class effect.

Although the mechanism for olmesartan-associated sprue-like enteropathy is uncertain, the long latency before onset of symptoms, findings of lymphocytic or collagenous colitis, and high association with HLA-DQ2/8 suggest a localized delayed hypersensitivity or cell-mediated immune response to the pro-drug olmesartan medoxomil. Rubio-Tapia et al., suggest that ARB-mediated inhibition of TGF-β, an important mediator of gut homeostasis, is a possible mechanism for olmesartan-associated sprue-like enteropathy, although it is unclear why this effect is not observed with other ARBs.[3]

### References

1. IMS, Vector One: National (VONA) and Total Patient Tracker (TPT) Database. Year 2012. Extracted June 2013.

2. IMS Health, IMS National Sales Perspectives Database. MAT August 2012. Extracted June 2013.

3. Rubio-Tapia A, Herman ML, Ludvigsson JF, et al. Severe spruelike enteropathy associated with olmesartan. Mayo Clin Proc 2012;87:732-8.

4. DeGaetani M, Tennyson CA, Lebwohl B, et al. Villous atrophy and negative celiac serology: A diagnostic and therapeutic dilemma. Am J Gastroenterol 2013;108:647-53.

# EXHIBIT 10

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

## ORIGINAL ARTICLE

# Olmesartan for the Delay or Prevention of Microalbuminuria in Type 2 Diabetes

Hermann Haller, M.D., Sadayoshi Ito, M.D., Ph.D., Joseph L. Izzo, Jr., M.D.,
Andrzej Januszewicz, M.D., Shigehiro Katayama, M.D., Ph.D., Jan Menne, M.D.,
Albert Mimran, M.D., Ton J. Rabelink, M.D., Ph.D., Eberhard Ritz, M.D.,
Luis M. Ruilope, M.D., Lars C. Rump, M.D., and Giancarlo Viberti, M.D.,
for the ROADMAP Trial Investigators*

### ABSTRACT

**BACKGROUND**

Microalbuminuria is an early predictor of diabetic nephropathy and premature cardiovascular disease. We investigated whether treatment with an angiotensin-receptor blocker (ARB) would delay or prevent the occurrence of microalbuminuria in patients with type 2 diabetes and normoalbuminuria.

**METHODS**

In a randomized, double-blind, multicenter, controlled trial, we assigned 4447 patients with type 2 diabetes to receive olmesartan (at a dose of 40 mg once daily) or placebo for a median of 3.2 years. Additional antihypertensive drugs (except angiotensin-converting–enzyme inhibitors or ARBs) were used as needed to lower blood pressure to less than 130/80 mm Hg. The primary outcome was the time to the first onset of microalbuminuria. The times to the onset of renal and cardiovascular events were analyzed as secondary end points.

**RESULTS**

The target blood pressure (<130/80 mm Hg) was achieved in nearly 80% of the patients taking olmesartan and 71% taking placebo; blood pressure measured in the clinic was lower by 3.1/1.9 mm Hg in the olmesartan group than in the placebo group. Microalbuminuria developed in 8.2% of the patients in the olmesartan group (178 of 2160 patients who could be evaluated) and 9.8% in the placebo group (210 of 2139); the time to the onset of microalbuminuria was increased by 23% with olmesartan (hazard ratio for onset of microalbuminuria, 0.77; 95% confidence interval, 0.63 to 0.94; P=0.01). The serum creatinine level doubled in 1% of the patients in each group. Slightly fewer patients in the olmesartan group than in the placebo group had nonfatal cardiovascular events — 81 of 2232 patients (3.6%) as compared with 91 of 2215 patients (4.1%) (P=0.37) — but a greater number had fatal cardiovascular events — 15 patients (0.7%) as compared with 3 patients (0.1%) (P=0.01), a difference that was attributable in part to a higher rate of death from cardiovascular causes in the olmesartan group than in the placebo group among patients with pre-existing coronary heart disease (11 of 564 patients [2.0%] vs. 1 of 540 [0.2%], P=0.02).

**CONCLUSIONS**

Olmesartan was associated with a delayed onset of microalbuminuria, even though blood-pressure control in both groups was excellent according to current standards. The higher rate of fatal cardiovascular events with olmesartan among patients with preexisting coronary heart disease is of concern. (Funded by Daiichi Sankyo; ClinicalTrials.gov number, NCT00185159.)

From the Department of Nephrology and Hypertension, Hannover Medical School, Hannover (H.H., J.M.); the Department of Nephrology, University of Heidelberg, Heidelberg (E.R.); and the Department of Nephrology, Heinrich-Heine-University Düsseldorf (L.C.R.) — all in Germany; the Department of Clinical Medicine, Division of Nephrology, Endocrinology, and Vascular Medicine, Tohoku University Graduate School of Medicine, Sendai (S.I.); and the Department of Endocrinology and Diabetes, Saitama Medical School, Iruma, Saitama (S.K.) — both in Japan; the Department of Medicine, School of Medicine and Biomedical Sciences, State University of New York at Buffalo, Buffalo (J.L.I.); the Institute of Cardiology, Department of Hypertension, Warsaw, Poland (A.J.); Hospital Lapeyronie, Montpellier, France (A.M.); the Department of Nephrology and Einthoven Laboratory for Vascular Medicine, Leiden University Medical Center, Leiden, the Netherlands (T.J.R.); the Division of Hypertension, Hospital 12 de Octubre, Madrid (L.M.R.); and King's College London School of Medicine, Guy's Hospital, London (G.V.). Address reprint requests to Dr. Haller at the Department of Nephrology and Hypertension, Hannover Medical School, Carl-Neuberg Str. 1, 30625 Hannover, Germany, or at haller.hermann@mh-hannover.de.

*The investigators in the Randomized Olmesartan and Diabetes Microalbuminuria Prevention (ROADMAP) trial are listed in the Supplementary Appendix, available at NEJM.org.

N Engl J Med 2011;364:907-17.
*Copyright © 2011 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

DIABETIC NEPHROPATHY IS AN INCREAS-ingly common cause of end-stage renal disease,[1] and the development and rate of renal deterioration are most closely related to the patient's blood pressure. Guideline committees worldwide concur that the blood pressure in patients with diabetes and chronic kidney disease should be kept at 130/80 mm Hg or less.[2] Microalbuminuria is predictive of diabetic nephropathy and premature cardiovascular disease[3-5]; therefore, European and American guidelines recommend that patients with diabetes be tested for microalbuminuria.[6,7]

Overactivity of the renin–angiotensin system has been implicated in the deterioration of renal function in patients with diabetic nephropathy and in patients who have stage 3 or 4 chronic kidney disease with microalbuminuria or macroalbuminuria.[8,9] Angiotensin-converting–enzyme (ACE) inhibitors and angiotensin-receptor blockers (ARBs) slow the worsening of the glomerular filtration rate (GFR) and lower the rate of albumin excretion. Treatment at an early stage of the disease may be beneficial. ACE inhibition delays the onset of microalbuminuria in patients with hypertension, type 2 diabetes, normoalbuminuria, and normal renal function.[10] Whether similar benefits occur when ARB therapy is begun early in the course of diabetes is unknown.[11,12]

In the Randomized Olmesartan and Diabetes Microalbuminuria Prevention (ROADMAP) study, we tested whether olmesartan medoxomil (Benicar, Daiichi Sankyo), at a dose of 40 mg daily, as compared with placebo, prevents or delays the time to the first occurrence of microalbuminuria in patients who have type 2 diabetes, as well as at least one other cardiovascular risk factor, and normoalbuminuria. Blood-pressure control (<130/80 mm Hg) in both groups was achieved by adding, as needed, antihypertensive agents that do not block the renin–angiotensin system.

## METHODS

### STUDY DESIGN AND ORGANIZATION

The study design has been published previously.[13] The sponsor (Daiichi Sankyo) had no role in the design or conduct of the study, but representatives of the sponsor served as nonvoting members of the steering committee. Statistical analyses were performed by a clinical research organization, with confirmation by biostatisticians who were employees of the sponsor. The authors had complete control over the analysis and interpretation of the results, the writing of the manuscript, and the decision to submit it for publication, and they vouch for the accuracy and completeness of the reported data, as well as the fidelity of the reported study to the protocol. The study protocol, including the statistical analysis plan, is available with the full text of this article at NEJM.org.

We conducted this randomized, double-blind, placebo-controlled, parallel-group, multicenter phase 3b study at 262 collaborating centers in 19 European countries. The ethics committee at each participating center approved the study, and written informed consent was obtained from each patient. The study enrolled patients with type 2 diabetes, among whom there was a wide range of blood-pressure values, including some that were in the normal range. Patients who had used ACE inhibitors or ARBs during the 6 months before the start of the study were excluded. Treatment with ACE inhibitors and ARBs (other than olmesartan in the experimental group) was not allowed at any time during the study; during the double-blind treatment phase, other antihypertensive agents were allowed in both groups to help patients reach and maintain the target blood pressure of less than 130/80 mm Hg.

### STUDY POPULATION

A total of 4449 white patients, 18 to 75 years of age, who had type 2 diabetes underwent randomization. A summary of the main inclusion and exclusion criteria and an overview of the screening, enrollment, randomization, and follow-up are shown in Tables 1 and 2 in the Supplementary Appendix, available at NEJM.org. After the screening phase, each patient's eligibility for the study was established during a prerandomization phase (maximum duration, 4 weeks), during which normoalbuminuria was confirmed by means of two additional measurements of morning spot urine samples.

### END POINTS

The primary end point was the time to the first onset of microalbuminuria, as determined by validated measurements of morning spot urine samples. Microalbuminuria was defined as a urinary albumin-to-creatinine ratio (with albumin measured in milligrams and creatinine measured in grams) of more than 35 in women or more than

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

25 in men. Any single elevation in the urinary albumin-to-creatinine ratio required confirmation by at least one additional positive result from two separate tests of urine samples performed within 2 weeks after the initial test. If microalbuminuria was confirmed, the patient was assigned to an open-label phase in which he or she received olmesartan at a dose of 40 mg daily (Fig. 1 in the Supplementary Appendix). At each follow-up visit, a spot urine sample was obtained, and blood pressure was measured with an automatic device. The blood-pressure measurement that was used was the mean of three values recorded 3 minutes apart. If the blood pressure was 130/80 mm Hg or higher, the protocol called for adjustment of the antihypertensive medication (excluding the use of blockers of the renin–angiotensin system or aldosterone blockers). A central laboratory (CRL-Medinet) determined the urinary albumin-to-creatinine ratio and all other laboratory variables. Secondary end points included a composite of cardiovascular complications and death from cardiovascular causes (Table 3 in the Supplementary Appendix) and renal events.

### STATISTICAL ANALYSIS

A total of 4447 of the 4449 patients who underwent randomization were included in the intention-to-treat analysis; 2 patients who underwent randomization never took a study medication (Table 2A in the Supplementary Appendix). The baseline urinary albumin-to-creatinine ratio was the geometric mean of three measurements obtained during the randomization phase (up to visit 1). A confirmatory analysis of the primary efficacy end point was performed with the use of a Cox proportional-hazards regression model with treatment as a fixed effect; the baseline urinary albumin-to-creatinine ratio was logarithmically transformed (base 10) as a covariate, and a two-tailed Wald chi-square test was performed with an alpha level of less than 0.05; hazard ratios and two-sided 95.1% confidence intervals were calculated. (Owing to a prespecified interim analysis performed by the data and safety monitoring board, the significance level for the final confirmatory analysis was adjusted to 0.049, resulting in a two-sided 95.1% confidence interval.) To account for all patients who entered the double-blind treatment period, the last assessment that was performed before patients left the double-blind period was used as the last time point. All

statistical analyses were performed with the use of SAS software for Windows, version 9.1.3 (SAS Institute); values are expressed as means ±SD unless otherwise indicated. Section 1 in the Supplementary Appendix includes additional information regarding the calculation of the sample size and other statistical methods.

### RESULTS

#### STUDY PATIENTS

Recruitment began in October 2004 and was completed in May 2006. After the prespecified number of adjudicated microalbuminuria events was reached, the study was stopped. The last evaluation for any patient occurred in June 2009; the median follow-up period was 3.2 years. The baseline data for participants are summarized in Table 1. The mean duration of diabetes was 6.1 years, and the mean glycated hemoglobin level was 7.7%. More than 97% of the patients had at least two cardiovascular risk factors in addition to type 2 diabetes, and 67.7% had at least four.

#### BLOOD-PRESSURE CONTROL

The mean blood pressure during the follow-up period was 125.7/74.3 mm Hg in the olmesartan group and 128.7/76.2 mm Hg in the placebo group (Fig. 2A in the Supplementary Appendix). Nearly 80% of the patients in the olmesartan group and about 71% of the patients in the placebo group had a blood pressure of less than 130/80 mm Hg (the target) at month 48 (Fig. 2B in the Supplementary Appendix).

At the end of the study, 24-hour ambulatory blood-pressure monitoring was performed in 568 patients (270 in the olmesartan group and 298 in the placebo group). Over the course of the study, blood pressure, as measured both in the clinic and by means of 24-hour ambulatory blood-pressure monitoring, was lower in the olmesartan group than in the placebo group (by 3.3/1.3 mm Hg in clinic measurements and by 3.5/1.2 mm Hg with 24-hour ambulatory blood-pressure monitoring).

#### PRIMARY END POINT

During the double-blind treatment period, microalbuminuria developed in 178 of 2160 patients in the olmesartan group for whom measurements of urinary albumin-to-creatinine ratio could be evaluated (8.2%) and 210 of 2139 patients in the

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

placebo group for whom measurements of urinary albumin-to-creatinine ratio could be evaluated (9.8%); the median time to the onset of microalbuminuria was 576 days in the placebo group and 722 days in the olmesartan group. The primary end point, the time to the onset of microalbuminuria (Fig. 1), was increased by 23% with olmesartan (hazard ratio for onset of microalbuminuria, 0.77; 95.1% confidence interval [CI], 0.63 to 0.94; P=0.01). After adjustment for small baseline differences in the body-mass index, systolic blood pressure, and levels of high-density lipoprotein cholesterol and triglycerides (Table 1), the hazard ratio for the primary end point was 0.75 (95.1% CI, 0.62 to 0.92; P=0.006). Similar results were obtained in a prespecified per-protocol analysis and in a post hoc analysis that excluded patients who discontinued the study treatment prematurely (Table 4 in the Supplementary Appendix). The reduction in the primary end point

with olmesartan remained after adjustment for differences in blood-pressure levels (Fig. 2). To identify other factors influencing the response to olmesartan treatment, an exploratory post hoc subgroup analysis was performed for several known risk factors, with dichotomization at the median for each candidate predictor variable. Baseline characteristics associated with a favorable response to olmesartan therapy included systolic blood pressure higher than 135 mm Hg, a glycated hemoglobin level of 7.3% or less, an estimated GFR of 83.79 ml per minute per 1.73 m² of body-surface area or less, and a urinary albumin-to-creatinine ratio of more than 4 (Fig. 2).

## SECONDARY END POINTS

### Renal Function

The mean estimated GFR declined from 85.0±17.0 ml per minute per 1.73 m² at baseline to 80.1±18.5 ml per minute per 1.73 m² at the last assessment

| **Table 1. Baseline Characteristics of the Study Patients.*** | | | | |
|---|---|---|---|---|
| Characteristic | Olmesartan (N=2232) | Placebo (N=2215) | Total (N=4447) | P Value |
| Male sex — no. (%) | 1049 (47.0) | 1003 (45.3) | 2052 (46.1) | 0.25† |
| Age | | | | |
| Mean — yr | 57.7±8.8 | 57.8±8.6 | 57.7±8.7 | 0.74‡ |
| ≥65 yr — no. (%) | 564 (25.3) | 554 (25.0) | 1118 (25.1) | 0.84† |
| Body-mass index§ | 31.1±4.9 | 30.9±4.9 | 31.0±4.9 | 0.05‡ |
| Diabetes | | | | |
| Duration — yr | 6.2±6.0 | 6.1±6.0 | 6.1±6.0 | 0.60‡ |
| Prior treatment — no. (%) | 2072 (92.8) | 2069 (93.4) | 4141 (93.1) | 0.45† |
| Smoking status — no. (%) | | | | 0.91† |
| Never smoked | 1367 (61.2) | 1343 (60.6) | 2710 (60.9) | |
| Former smoker | 452 (20.3) | 453 (20.5) | 905 (20.4) | |
| Current smoker | 413 (18.5) | 419 (18.9) | 832 (18.7) | |
| Metabolic syndrome — no. (%)¶ | 1834 (82.2) | 1797 (81.1) | 3631 (81.7) | 0.37† |
| Cardiovascular history — no. (%) | | | | |
| Coronary heart disease | 564 (25.3) | 540 (24.4) | 1104 (24.8) | 0.49† |
| Myocardial infarction | 134 (6.0) | 119 (5.4) | 253 (5.7) | 0.36† |
| Stroke or TIA | 55 (2.5) | 49 (2.2) | 104 (2.3) | 0.58† |
| Peripheral vascular disease | 17 (0.8) | 8 (0.4) | 25 (0.6) | 0.07† |
| Glucose — mmol/liter | 9.0±3.1 | 9.0±3.1 | 9.0±3.1 | 1.00‡ |
| Glycated hemoglobin — % | 7.7±1.6 | 7.7±1.6 | 7.7±1.6 | 0.89‡ |
| Blood pressure while seated — mm Hg | | | | |
| Systolic | 137±16 | 136±15 | 136±15 | 0.02‡ |
| Diastolic | 81±10 | 80±9 | 81±10 | 0.11‡ |

The New England Journal of Medicine

Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

OLMESARTAN TO DELAY OR PREVENT MICROALBUMINURIA

**Table 1. (Continued.)**

| Characteristic | Olmesartan (N = 2232) | Placebo (N = 2215) | Total (N = 4447) | P Value |
|---|---|---|---|---|
| Urinary albumin-to-creatinine ratio‖ | | | | |
|   Geometric mean | 6.3±7.6 | 5.9±6.7 | 6.1±7.2 | 0.06‡ |
|   Median | 4 | 3 | 4 | |
|   Interquartile range | 2–7 | 2–7 | 2–7 | |
| Serum creatinine — μmol/liter | 77.4±15.2 | 77.5±17.1 | 77.5±16.2 | 0.96‡ |
| Estimated GFR** | | | | |
|   Mean — ml/min/1.73 m² | 85.0±17.0 | 84.7±17.3 | 84.9±17.2 | 0.60‡ |
|   <60 ml/min/1.73 m² — no. (%) | 138 (6.2) | 120 (5.4) | 258 (5.8) | 0.28† |
| Cholesterol — mmol/liter | | | | |
|   Total | 5.2±1.1 | 5.2±1.1 | 5.2±1.1 | 0.76‡ |
|   LDL | 3.1±0.9 | 3.1±0.9 | 3.1±0.9 | 0.31‡ |
|   HDL | 1.20±0.30 | 1.22±0.30 | 1.21±0.30 | 0.02‡ |
| Triglycerides — mmol/liter | 2.1±1.7 | 2.0±1.3 | 2.1±1.5 | 0.02‡ |

\*   Plus–minus values are means ±SD. To convert the values for glucose to milligrams per deciliter, divide by 0.05551. To convert the values for creatinine to milligrams per deciliter, divide by 88.4. To convert the values for cholesterol to milligrams per deciliter, divide by 0.02586. To convert the values for triglycerides to milligrams per deciliter, divide by 0.01129. HDL denotes high-density lipoprotein, LDL low-density lipoprotein, and TIA transient ischemic attack.
†   Exploratory comparisons were performed with the use of a chi-square test.
‡   Exploratory comparisons were performed with the use of Student's t-test.
§   The body-mass index is the weight in kilograms divided by the square of the height in meters.
¶   The metabolic syndrome was defined according to the criteria of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III).
‖   Albumin was measured in milligrams, and creatinine in grams. The baseline urinary albumin-to-creatinine ratio was defined as the geometric mean of the last three measurements that could be evaluated at the time of visit 1 (baseline). If insufficient measurements were available at baseline, the last measurements from the screening period were used.
** The estimated glomerular filtration rate (GFR) was calculated with the use of the abbreviated Modification of Diet in Renal Disease formula.

in the olmesartan group and from 84.7±17.3 ml per minute per 1.73 m² to 83.7±18.3 ml per minute per 1.73 m² in the placebo group (P<0.001 for the between-group comparison of the change from baseline). End-stage renal disease did not develop in any patient; the number of patients in whom there was a doubling of the serum creatinine level was the same in each group (23 patients, or approximately 1%).

*Cardiovascular End Points*

The proportion of patients who reached the composite end point of cardiovascular complications or death from cardiovascular causes was similar in the two groups — 96 of 2232 patients (4.3%) in the olmesartan group and 94 of 2215 patients (4.2%) in the placebo group (Table 2). The rate of death from any cause was also very low — 1.2% (26 deaths) among patients taking olmesartan and 0.7% (15) among patients taking placebo

(P=0.10); in no case did the investigator report that the death was related to the study medication. The number of deaths from cardiovascular causes was higher in the olmesartan group than in the placebo group (15 vs. 3, P=0.01) (Table 2), owing primarily to more cases of fatal myocardial infarction (5 vs. 0) and sudden cardiac deaths (7 vs. 1) in the olmesartan group. The majority of deaths from cardiovascular causes (12 of 18) occurred in the subgroup of 1104 patients who had preexisting coronary heart disease. A post hoc analysis revealed an interaction between study group and preexisting coronary heart disease; among patients with preexisting coronary heart disease, there were 11 deaths from cardiovascular causes in the olmesartan group as compared with 1 in the placebo group (6.9 vs. 0.7 events per 1000 person-years, P=0.02) (Table 5 in the Supplementary Appendix). A further exploratory analysis showed additional interactions: among pa-

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**No. at Risk**

| | 0 | 3 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
|---|---|---|---|---|---|---|---|---|---|---|
| Olmesartan | | 2160 | 2097 | 2025 | 1923 | 1833 | 1727 | 1629 | 1325 | 754 | 67 |
| Placebo | | 2139 | 2076 | 2004 | 1887 | 1787 | 1685 | 1592 | 1308 | 699 | 49 |

**Figure 1. Occurrence of Microalbuminuria during the 48-Month Follow-up Period in the Two Study Groups.**

The restricted full analysis set was used for this analysis. This set comprises all patients from the full analysis set (i.e., patients in the intention-to-treat population) with the exception of patients who had confirmed microalbuminuria at baseline (visit 1) and patients without any follow-up measurements of microalbuminuria that could be evaluated.

tients with preexisting coronary heart disease, those in the lowest quartile of systolic blood pressure and those in the highest quartile of reduction in systolic blood pressure during the double-blind treatment period had the highest rates of death from cardiovascular causes (Fig. 3 in the Supplementary Appendix). No interactions with diastolic blood pressure were detected. The rate of nonfatal cardiac events was reduced with olmesartan as compared with placebo among patients without preexisting coronary heart disease but not among those with preexisting coronary heart disease (Table 5 in the Supplementary Appendix).

**ADVERSE EVENTS**

The number of participants in whom adverse events occurred during the treatment period was similar in the two groups (Table 3). Serious adverse events were reported in 335 patients (15.0%) in the olmesartan group and 337 (15.2%) in the placebo group. Drug-related adverse events occurred in 255 patients (11.4%) receiving olmesar-

tan and 166 (7.5%) receiving placebo (P<0.001). This difference was due in part to a higher rate in the olmesartan group than in the placebo group of hypotension (58 patients vs. 6, P<0.001) and dizziness (103 vs. 61, P=0.001). More patients in the olmesartan group than in the placebo group were withdrawn from the study because of symptomatic hypotensive episodes (10 patients vs. 1).

## DISCUSSION

There is convincing epidemiologic evidence that in patients with diabetes who also have microalbuminuria, renal impairment and cardiovascular events occur earlier than they do in patients with diabetes who do not have microalbuminuria.[14-16] In this study, ARB-based therapy in patients with type 2 diabetes increased the time to the onset of microalbuminuria by 23%. The baseline characteristics of patients who were most likely to benefit from ARB therapy included a higher systolic blood pressure (≥135 mm Hg) before treatment,

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

OLMESARTAN TO DELAY OR PREVENT MICROALBUMINURIA



**Figure 2. Event Rate of the Primary End Point in the Two Study Groups, According to Subgroups.**
The restricted full analysis set was used for this analysis. This set comprises all patients from the full analysis set (i.e., patients in the intention-to-treat population) with the exception of patients who had confirmed microalbuminuria at baseline (visit 1) and patients without any follow-up measurements of microalbuminuria that could be evaluated. All the results are based on adjudicated end points. The primary efficacy end point (the time to the onset of microalbuminuria) was analyzed with the use of a Cox proportional-hazards regression model, with study treatment as the fixed effect and the $\log_{10}$-transformed baseline urinary albumin-to-creatinine ratio (with albumin measured in milligrams and creatinine measured in grams) as the covariate. Owing to a prespecified interim analysis performed by the data and safety monitoring board, the significance level for the final confirmatory analysis was adjusted to 0.049, resulting in a two-sided 95.1% confidence interval. For all other analyses, two-sided 95% confidence intervals are shown. The sensitivity analyses were performed by extending the main model by an additional covariate. The exploratory subgroup analyses were performed with the use of the main model, with the exception of the subgroup analysis of urinary albumin-to-creatinine ratio. In this last analysis, the Cox proportional-hazards regression model with study treatment as the fixed effect was used.

better control of diabetes (glycated hemoglobin levels of ≤7.3 mg per deciliter), a lower level of renal function (estimated GFR of <84 ml per minute per 1.73 m²), and a urinary albumin-to-creatinine ratio of more than 4. During the double-blind treatment period, systolic and diastolic blood pressures were lower in the olmesartan group than in the placebo group by approximately 3.1/1.9 mm Hg.

Our findings extend the results of the Bergamo Nephrologic Diabetes Complications Trial (BENEDICT),[10] in which ACE inhibition with trandolapril was associated with a 53% decrease in the rate of microalbuminuria in patients with hypertension and type 2 diabetes. The greater treatment effect in BENEDICT is probably due to higher baseline and follow-up blood pressures; a post hoc analysis showed that the benefit occurred in patients with a systolic blood pressure higher than 139 mm Hg during follow-up.[17] The mean baseline blood pressure in the ROADMAP study was 136/81 mm Hg, and the target blood pressure (<130/80 mm Hg) was achieved by month 48 in nearly 80% of the patients taking olmesartan and 71% of those taking placebo. In both groups, antihypertensive drugs other than blockers of the renin–angiotensin system were added as needed. In contrast, only 14% of the subjects

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

**Table 2. Secondary Efficacy End Points during the Double-Blind Treatment Period.***

| End Point | Olmesartan (N=2232) | Placebo (N=2215) | Hazard Ratio (95% CI) | P Value |
|---|---|---|---|---|
| | *no. of patients (%)* | | | |
| Composite of cardiovascular complications or death from cardiovascular causes | 96 (4.3) | 94 (4.2) | 1.00 (0.75–1.33) | 0.99 |
| Composite of death from any cause | 26 (1.2) | 15 (0.7) | 1.70 (0.90–3.22) | 0.10 |
| Death from cardiovascular causes | 15 (0.7) | 3 (0.1) | | |
| Death not related to cardiovascular causes | 8 (0.4) | 10 (0.5) | | |
| Death from unknown cause | 3 (0.1) | 2 (0.1) | | |
| Composite of death from cardiovascular causes | 15 (0.7) | 3 (0.1) | 4.94 (1.43–17.06) | 0.01 |
| Sudden cardiac death | 7 (0.3) | 1 (<0.1) | | |
| Death due to fatal myocardial infarction | 5 (0.2) | 0 | | |
| Evidence of recent myocardial infarction on autopsy | 0 | 0 | | |
| Death due to congestive heart failure | 0 | 0 | | |
| Death during or after percutaneous transluminal coronary angioplasty or CABG | 1 (<0.1) | 0 | | |
| Death due to fatal stroke | 2 (0.1) | 2 (0.1) | | |
| Composite of cardiovascular complications, excluding new-onset atrial fibrillation and transient ischemic attack | 63 (2.8) | 71 (3.2) | 0.87 (0.62–1.22) | 0.42 |
| Composite of new-onset atrial fibrillation or transient ischemic attack | 19 (0.9) | 28 (1.3) | 0.67 (0.37–1.19) | 0.17 |
| Composite of all cardiovascular complications | 81 (3.6) | 91 (4.1) | 0.87 (0.65–1.18) | 0.37 |

* All results were based on adjudicated end points. The composite secondary efficacy end points were analyzed with the use of a Cox proportional-hazards regression model with study treatment as the fixed effect. For composite end points, the time to the onset of an event was defined as the time from randomization (date of visit 1) to the first occurrence of any component of the composite end point. CABG denotes coronary-artery bypass grafting.

in BENEDICT reached this level of blood-pressure control.[17] The results of the current study also differ somewhat from those of the Renin–Angiotensin System Study (RASS; ClinicalTrials.gov number, NCT00143949)[12] and the Diabetic Retinopathy Candesartan Trials (DIRECT; Clinical Trials.gov numbers, NCT00252733, NCT00252720, and NCT00252694),[11] which did not show a protective effect of ARBs or ACE inhibitors against the development of microalbuminuria in patients with type 1 diabetes and in patients with type 2 diabetes, respectively, despite a substantial reduction in blood pressure. In both of these studies, the baseline systolic blood pressure was quite low — 133 mm Hg in DIRECT-Renal and 120 mm Hg in RASS.[11] Other studies, such as the Heart Outcomes and Prevention Evaluation (HOPE),[18] the Telmisartan Randomised Assessment Study in ACE Intolerant Subjects with Cardiovascular Disease (TRANSCEND; NCT00153101),[19] and the

Action in Diabetes and Vascular Disease: Preterax and Diamicron-MR Controlled Evaluation study (ADVANCE; NCT00145925),[20] had previously reported a positive relation between baseline systolic blood pressure and microalbuminuria. Thus, overall, it appears that the higher the baseline blood pressure, the greater the potential benefit of an inhibitor of the renin–angiotensin system.[10,11,18-20]

The greater tendency for patients with a lower estimated GFR (<83.8 ml per minute per 1.73 m²) or a urinary albumin-to-creatinine ratio at the high end of the normal range (>4) to have a greater benefit with olmesartan is also of potential interest. This trend was also seen in TRANSCEND[19] and may help to identify patients with type 2 diabetes and no microalbuminuria who might be potential candidates for ARB therapy.

Changes in the GFR were minimal over the course of the study; olmesartan was associated

914

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

with a slight but significant reduction in the estimated GFR (about 4 ml per minute per 1.73 m²), whereas an even smaller decrease in the estimated GFR was noted in patients treated with agents that do not block the renin–angiotensin system. It is reassuring that the rate of renal events (defined as a doubling of the serum creatinine level or the need for dialysis) was low and was identical in the olmesartan and placebo groups. There was no washout period at the end of the study, so we can only speculate about whether the drop in the estimated GFR and the lower rate of microalbuminuria in the olmesartan group represent a favorable hemodynamic (functional) response to lower glomerular pressure or an adverse underlying structural change. Recent studies suggest that a low estimated GFR and microalbuminuria are independent prognostic markers.[14,15,21] In a meta-analysis,[21] an estimated GFR below 60 ml per minute per 1.73 m² was predictive of death from any cause and of death from cardiovascular causes, but as in the present trial, there was no relationship to the risk of cardiovascular disease when the estimated GFR was 75 to 104 ml per minute per 1.73 m². This supports the notion that in patients with diabetes, the observed change in the rate of microalbuminuria might in the long-term be of greater importance than the small fall in the estimated GFR.

The rates of cardiovascular and cerebrovascular events in the present study were low (about 4%, or 2.9 cases per 1000 person-years); they were similar to those in BENEDICT but lower than those in DIRECT-2 (8.0 cases per 1000 person years)[10,11] and substantially lower than those in studies involving patients with more advanced renal disease, such as the Reduction of Endpoints in NIDDM with the Angiotensin II Antagonist Losartan (RENAAL) study and the Irbesartan Diabetes Nephropathy Trial (IDNT), in which the rates were higher by a factor of approximately 20, or 60 cases per 1000 person-years.[8,9]

Despite the low rates of cardiovascular events, there were more deaths from cardiovascular causes in the olmesartan group than in the placebo group (15 vs. 3, P=0.01). Owing to the very small number of affected patients, it is difficult to interpret this unexpected finding, and it may simply be related to chance. Nevertheless, because of its potential significance, several exploratory analyses were performed. Fatal cardiovascular events

**Table 3. Adverse Events That Occurred during Treatment.**

| Adverse Event | Olmesartan (N=2232) | Placebo (N=2215) | P Value* |
|---|---|---|---|
| | no. of patients (%) | | |
| At least one serious event | 335 (15.0) | 337 (15.2) | 0.85 |
| At least one drug-related event† | 255 (11.4) | 166 (7.5) | <0.001 |
| At least one serious drug-related event† | 4 (0.2) | 1 (<0.1) | 0.18 |
| Most frequently reported events‡ | | | |
|   Hypertension | 164 (7.3) | 178 (8.0) | 0.39 |
|   Headache | 100 (4.5) | 153 (6.9) | <0.001 |
|   Nasopharyngitis | 112 (5.0) | 94 (4.2) | 0.22 |
|   Bronchitis | 102 (4.6) | 104 (4.7) | 0.22 |
|   Influenza | 80 (3.6) | 98 (4.4) | 0.15 |
|   Back pain | 96 (4.3) | 75 (3.4) | 0.11 |
|   Dizziness | 103 (4.6) | 61 (2.8) | 0.001 |
|   Peripheral edema | 60 (2.7) | 86 (3.9) | 0.03 |
| Events of special interest | | | |
|   Hypotension | 58 (2.6) | 6 (0.3) | <0.001 |
|   Hyperkalemia | 11 (0.5) | 8 (0.4) | 0.50 |

* P values were calculated with the use of a chi-square test.
† An event was considered to be drug-related if, according to the investigator's judgment, the event was definitely, probably, or possibly related to the treatment or if information on the relationship of the event to the study treatment was missing.
‡ Events included in this category are those that occurred in at least 3% of the patients in either study group; adverse events that were part of the primary or secondary efficacy end points are not shown.

were more common in the olmesartan group than in the placebo group among patients with known preexisting coronary heart disease (11 events vs. 1 with placebo, P=0.03), but the rates were similar in the two groups among patients without preexisting coronary disease. There was also a trend toward more fatal events in patients with preexisting coronary heart disease who were either in the lowest quartile of blood pressure or in the highest quartile of blood-pressure reduction during follow-up. Therefore, excessive reduction of blood pressure in some high-risk patients may confer a predisposition to an increased risk of death, a finding that is consistent with the well-known, somewhat controversial "J-curve effect"; however, a direct effect of olmesartan cannot be ruled out.

In the Olmesartan Reducing Incidence of End Stage Renal Disease in Diabetic Nephropathy Trial (ORIENT; NCT00141453), which involved

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

patients with diabetic nephropathy, the addition of olmesartan to preexisting antihypertensive treatment was associated with a higher rate of death from cardiovascular causes (10 cases vs. 3 cases; www.fda.gov/Drugs/DrugSafety/Postmarket DrugSafetyInformationforPatientsandProviders/ucm215222.htm). Because of these findings in ROADMAP and ORIENT, the Food and Drug Administration is currently reviewing existing data. Nevertheless, the rate of nonfatal cardiovascular events was not increased with olmesartan among patients without preexisting coronary heart disease. The results of the current study must also be viewed in the context of the many other studies of renal and cardiovascular outcomes that have shown that ARBs have a beneficial effect on cardiovascular disease.[22,23]

In the Ongoing Telmisartan Alone and in Combination with Ramipril Global Endpoint Trial (ONTARGET; NCT00153101)[24] and the International Verapamil SR Trandolapril Study (INVEST; NCT00133692),[25] an increase in the rate of death from cardiovascular causes was observed among patients with known coronary heart disease if the systolic blood pressure was below 120 mm Hg during the time the patient was receiving therapy with ACE inhibitors or ARBs (in ONTARGET) or calcium-channel blockers or beta-blockers (in INVEST); thus, any adverse effect appears to be related more closely to the achieved blood pressure than the class of drug that was used. The concern about potential overtreatment is reflected in the guidelines published by the European Society of Hypertension, which state that physicians should avoid lowering blood pressure excessively (i.e., to values below 120/70 mm Hg) in persons with underlying cardiovascular disease.[26]

Our study has certain limitations. First, it is not possible to draw definite conclusions from a short-term prevention study about the way in which changes in microalbuminuria may affect the rates of renal and cardiovascular event rates in the long term. During the study itself, the follow-up period was too short. Second, the rate of premature withdrawals in both study groups was high (about 23% in both groups); however, it seems unlikely that withdrawals affected the overall findings of the study, since an exploratory analysis excluding these patients did not affect the primary end point. Third, although the differences in blood pressure between the treatment groups may have contributed to the primary outcome, and the benefit was greater in patients with higher baseline blood pressure, adjustment of the analysis for differences in blood pressure during the study did not eliminate the improvement in the primary end point that was seen with olmesartan.

In summary, this trial suggests that olmesartan increases the time to the onset of microalbuminuria in patients with type 2 diabetes, even when blood-pressure control is excellent according to current recommendations.

Supported by Daiichi Sankyo.

Dr. Haller reports receiving payment for board membership from Novartis, consulting fees from Bayer Schering Pharma and Daiichi Sankyo, lecture fees from Bayer Schering Pharma, Roche, and Menarini, payment for development of educational presentations from Daiichi Sankyo and Bayer Schering Pharma, and travel support from Amgen and Daiichi Sankyo; Dr. Ito, consulting fees from Novartis Pharmaceuticals and Takeda Pharmaceutical, grant support paid to his institution, Tohoku University Graduate School of Medicine, from Banyu Pharmaceutical, Takeda Pharmaceutical, Astellas Pharma, Boehringer Ingelheim, Novartis Pharmaceuticals, Shionogi, and Dainippon Sumitomo Pharma, and lecture fees from Banyu Pharmaceutical, Takeda Pharmaceutical, Astellas Pharma, Boehringer Ingelheim, Novartis Pharmaceuticals, Shionogi, and Dainippon Sumitomo Pharma; Dr. Izzo, consulting and lecture fees from Daiichi Sankyo; Dr. Januszewicz, lecture fees from Boehringer Ingelheim, Novartis, Adamed, Bayer Healthcare, Sanofi-Aventis, Sandoz, Merck, and Krka; Dr. Katayama, grant support from Daiichi Sankyo, Merck, Novartis, and Boehringer Ingelheim and lecture fees from Daiichi Sankyo, Merck, Novartis, and Astellas Pharma; Dr. Menne, lecture fees from Berlin–Chemie, Novartis, and Daiichi Sankyo; Dr. Mimran, payment for board membership and consulting fees from Daiichi Sankyo and Servier; Dr. Rutlope, payment for board membership and consulting and lecture fees from Daiichi Sankyo; Dr. Rump, consulting and lecture fees from Daiichi Sankyo; Dr. Viberti, payment for board membership from GlaxoSmithKline, Novartis, and Pfizer and lecture fees from Guidotti and Malesci; and Dr. Ritz, payment for board membership and lecture fees from Abbott and consulting fees from Hexal. No other potential conflict of interest relevant to this article was reported.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

**REFERENCES**

1. USRDS: the United States Renal Data System. Am J Kidney Dis 2003;42:Suppl 5:1-230.
2. Bakris GL, Williams M, Dworkin L, et al. Preserving renal function in adults with hypertension and diabetes: a consensus approach. Am J Kidney Dis 2000; 36:646-61.
3. Mogensen CE. Urinary albumin excretion in early and long-term juvenile diabetes. Scand J Clin Lab Invest 1971;28: 183-93.
4. Viberti GC, Hill RD, Jarrett RJ, Argyropoulos A, Mahmud U, Keen H. Microalbuminuria as a predictor of clinical nephropathy in insulin-dependent diabetes mellitus. Lancet 1982;1:1430-2.
5. de Zeeuw D, Parving HH, Henning

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

RH. Microalbuminuria as an early marker for cardiovascular disease. J Am Soc Nephrol 2006;17:2100-5.

6. Mancia G, De Backer G, Dominiczak A, et al. 2007 Guidelines for the management of arterial hypertension: The Task Force for the Management of Arterial Hypertension of the European Society of Hypertension (ESH) and of the European Society of Cardiology (ESC). J Hypertens 2007;25:1105-87. [Erratum, J Hypertens 2007;25:1749.]

7. Standards of medical care in diabetes — 2009. Diabetes Care 2009;32:Suppl 1: S13-S61.

8. Brenner BM, Cooper ME, de Zeeuw D, et al. Effects of losartan on renal and cardiovascular outcomes in patients with type 2 diabetes and nephropathy. N Engl J Med 2001;345:861-9.

9. Lewis EJ, Hunsicker LG, Clarke WR, et al. Renoprotective effect of the angiotensin-receptor antagonist irbesartan in patients with nephropathy due to type 2 diabetes. N Engl J Med 2001;345:851-60.

10. Ruggenenti P, Fassi A, Ilieva AP, et al. Preventing microalbuminuria in type 2 diabetes. N Engl J Med 2004;351:1941-51.

11. Bilous R, Chaturvedi N, Sjølie AK, et al. Effect of candesartan on microalbuminuria and albumin excretion rate in diabetes: three randomized trials. Ann Intern Med 2009;151:11-20.

12. Mauer M, Zinman B, Gardiner R, et al. Renal and retinal effects of enalapril and losartan in type 1 diabetes. N Engl J Med 2009;361:40-51.

13. Haller H, Viberti GC, Mimran A, et al. Preventing microalbuminuria in patients with diabetes: rationale and design of the Randomised Olmesartan and Diabetes Microalbuminuria Prevention (ROADMAP) study. J Hypertens 2006;24:403-8.

14. Hemmelgarn BR, Manns BJ, Lloyd A, et al. Relation between kidney function, proteinuria, and adverse outcomes. JAMA 2010;303:423-9.

15. Hallan SI, Ritz E, Lydersen S, Romundstad S, Kvenild K, Orth SR. Combining GFR and albuminuria to classify CKD improves prediction of ESRD. J Am Soc Nephrol 2009;20:1069-77.

16. Newman DJ, Mattock MB, Dawnay AB, et al. Systematic review on urine albumin testing for early detection of diabetic complications. Health Technol Assess 2005;9(30):iii-vi, xiii-163.

17. Ruggenenti P, Perna A, Ganeva M, Ene-Iordache B, Remuzzi G. Impact of blood pressure control and angiotensin-converting enzyme inhibitor therapy on new-onset microalbuminuria in type 2 diabetes: a post hoc analysis of the BENEDICT trial. J Am Soc Nephrol 2006;17:3472-81.

18. Mann JF, Gerstein HC, Yi QL, et al. Development of renal disease in people at high cardiovascular risk: results of the HOPE randomized study. J Am Soc Nephrol 2003;14:641-7.

19. Mann JF, Schmieder RE, Dyal L, et al. Effect of telmisartan on renal outcomes: a randomized trial. Ann Intern Med 2009; 151:1-10.

20. de Galan BE, Perkovic V, Ninomiya T, et al. Lowering blood pressure reduces renal events in type 2 diabetes. J Am Soc Nephrol 2009;20:883-92.

21. Matsushita K, van der Velde M, Astor BC, et al. Association of estimated glomerular filtration rate and albuminuria with all-cause and cardiovascular mortality in general population cohorts: a collaborative meta-analysis. Lancet 2010;375: 2073-81.

22. Lindholm LH, Ibsen H, Dahlöf B, et al. Cardiovascular morbidity and mortality in patients with diabetes in the Losartan Intervention For Endpoint reduction in hypertension study (LIFE): a randomised trial against atenolol. Lancet 2002;359:1004-10.

23. The ONTARGET Investigators. Telmisartan, ramipril, or both in patients at high risk for vascular events. N Engl J Med 2008;358:1547-59.

24. Sleight P, Redon J, Verdecchia P, et al. Prognostic value of blood pressure in patients with high vascular risk in the Ongoing Telmisartan Alone and in Combination with Ramipril Global Endpoint Trial study. J Hypertens 2009;27:1360-9.

25. Messerli FH, Mancia G, Conti CR, et al. Dogma disputed: can aggressively lowering blood pressure in hypertensive patients with coronary artery disease be dangerous? Ann Intern Med 2006;144:884-93.

26. Mancia G, Laurent S, Agabiti-Rosei E, et al. Reappraisal of European guidelines on hypertension management: a European Society of Hypertension Task Force document. J Hypertens 2009;27:2121-58.
*Copyright © 2011 Massachusetts Medical Society.*

---

**MY NEJM IN THE *JOURNAL* ONLINE**

Individual subscribers can store articles and searches using a feature on the *Journal*'s Web site (NEJM.org) called "My NEJM."
Each article and search result links to this feature. Users can create personal folders and move articles into them for convenient retrieval later.

---

The New England Journal of Medicine
Downloaded from nejm.org by RENEE MUKHERJI on May 4, 2015. For personal use only. No other uses without permission.
Copyright © 2011 Massachusetts Medical Society. All rights reserved.

EXHIBIT 11

Protected Information - Jeffrey Warmke, Ph.D.

1    IN THE UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF NEW JERSEY
3
4              -   -   -
5

     IN RE:  BENICAR          :   MDL NO. 2606
6    (OLMESARTAN) PRODUCTS   :
     LIABILITY LITIGATION    :
7                            :
8
9

              -   -   -
10

            August 23, 2016
11

              -   -   -
12

          PROTECTED INFORMATION
13

              -   -   -
14

            Videotape Rule 30(b)(6)
15   deposition of DAIICHI SANKYO, INC., taken
     through its representative JEFFREY
16   WARMKE, Ph.D., taken pursuant to notice,
     was held at the law offices of Drinker
17   Biddle & Reath, LLP, 600 Campus Drive,
     Florham Park, New Jersey, beginning at
18   9:32 a.m., on the above date, before
     Kimberly A. Cahill, a Federally Approved
19   Registered Merit Reporter and Notary
     Public for the State of New Jersey.
20
21              -   -   -
22

          GOLKOW TECHNOLOGIES, INC.
23    877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
24

Protected Information - Jeffrey Warmke, Ph.D.

Page 74

1 people attending steering committee
2 meetings for a scientific clinical study?
3     A.   Michael Thiel was noted as
4 ad hoc in the steering committee charter.
5 Again, because -- and typically in a
6 clinical development program, you're
7 doing phase two and phase three clinical
8 studies, targeting a product profile that
9 you would want to bring to market, and
10 commercial or new product planning would
11 participate in those discussions.
12     Q.   So the purpose -- well, the
13 -- rephrase.
14         The purpose of the ROADMAP
15 study was to -- ultimately, if things
16 worked out, to expand the indications for
17 the olmesartan drugs; correct?
18     A.   There had been some
19 preliminary discussions with BfArM, the
20 regulatory authority in Germany, about
21 the study.  There was a potential that
22 the study could have been filed, but it
23 would be dependent on the results of the
24 study.

Page 75

1     Q.   As a result of the ROADMAP
2 study, were the indications for the
3 olmesartan drugs ever expanded?
4     A.   No.
5     Q.   Did Daiichi-Sankyo ever
6 attempt to utilize the ROADMAP data to
7 expand the indications for any of the
8 olmesartan drugs?
9     A.   No.
10     Q.   And that's nowhere anywhere
11 in the world?
12     A.   Daiichi-Sankyo did not seek
13 regulatory approval for an indication to
14 prevent microalbuminuria anywhere in the
15 world.
16     Q.   Was the -- rephrase.
17         Were the results of the
18 ROADMAP study ever utilized in a
19 promotional manner by any Daiichi-Sankyo
20 entity?
21     A.   No.
22     Q.   That would be improper.
23 Right?
24     A.   Correct.

Page 76

1     Q.   And it would be improper
2 from a regulatory standpoint; correct?
3     A.   It would be improper from a
4 regulatory standpoint, yes.
5     Q.   In essence, that would be
6 promotion of the drug for an off-label
7 use; correct?
8     A.   Correct.
9     Q.   Which is illegal.  Right?
10     A.   Right.  It's my
11 understanding, yes.
12     Q.   So we're going to go
13 through, obviously, the ROADMAP study in
14 some level of detail, but the net of it
15 was, whatever data was generated,
16 Daiichi-Sankyo never took that data to a
17 regulatory authority to say, look, this
18 now proves that the indications should be
19 expanded.  That never happened.  Right?
20     A.   Following completion of the
21 ROADMAP study, individuals of
22 Daiichi-Sankyo Europe did visit BfArM
23 again to share the results with BfArM and
24 discuss how BfArM viewed those data.

Page 77

1     Q.   BfArM is the regulatory
2 entity in Germany?
3     A.   Correct.
4     Q.   And just for the record,
5 it's B-P-H-A-R-M.  That's what you're
6 saying.  Right?
7     A.   B-F-A-R-M.
8     Q.   Oh, okay.
9     A.   There's no P.
10     Q.   Okay.  I had a memory of
11 seeing it.  I guess I was --
12     A.   I know.
13     Q.   -- wrong.  So after the
14 ROADMAP study was -- rephrase.
15         Was it the at the conclusion
16 of the ROADMAP study that BfArM was
17 approached or was the study still
18 ongoing?
19     A.   There were discussions with
20 BfArM before the study was completed and
21 after the study was completed.
22     Q.   Who participated in the
23 discussions after the study was
24 completed?

Protected Information - Jeffrey Warmke, Ph.D.

Page 82

1 BY MR. SLATER:
2    Q.   Did Daiichi-Sankyo in the
3 United States make any contact with the
4 FDA regarding the potential for seeking
5 an expansion of indications?
6    A.   Not to my knowledge.
7    Q.   Did your company make any
8 inquiry to any regulatory authority
9 outside Germany regarding the possibility
10 of expanding the indications for the drug
11 based on the ROADMAP study?
12    A.   I did not review any
13 regulatory correspondence in Japan, so I
14 cannot answer yes or no to that question
15 in Japan.
16    Q.   Coming back off our major
17 tangent, looking at the people who signed
18 the protocol for the ROADMAP study,
19 there's someone named Yu Haag, H-A-A-G,
20 Ph.D., vice director, head of
21 biostatistics and data management, Sankyo
22 in Europe.
23        Who's that person?
24    A.   He was the head of the

Page 83

1 biostatistics group for the Sankyo
2 Europe.
3    Q.   There's a signature line for
4 an F Freischlager, head of clinical data
5 management and biostatistics at INFORM.
6 And that was the CRO?
7    A.   INFORM was the CRO, yes.
8    Q.   And by signing onto this --
9 rephrase.
10        By signing onto this
11 protocol, each of the signatories on
12 behalf of their organizations are
13 agreeing that the design of this protocol
14 is acceptable and agreeing to abide by
15 it; correct?
16    A.   They're agreeing that the
17 design of the protocol is acceptable,
18 yes.
19    Q.   And the design of the
20 protocol is part of the design of the
21 study; correct?
22    A.   The design of the protocol
23 dictates the design of the study. The
24 conduct of the study had other documents

Page 84

1 that were supplemental to the protocol,
2 yes.
3    Q.   Looking at the protocol, I'm
4 going to work off of the Bates numbers to
5 begin with. Okay?
6    A.   Okay.
7    Q.   Those are the numbers in the
8 bottom right. Do you see that?
9    A.   Uh-hum.
10    Q.   Look to the page that says
11 932. Those are the last three digits?
12 At the top, it says "Synopsis."
13    A.   Okay.
14    Q.   The protocol number is
15 listed under the title of the study and
16 that's just the internal number used
17 within Sankyo?
18    A.   For protocol numbering, yes.
19    Q.   This is a phase IIIb study.
20 What does that technically mean?
21    A.   For -- there is no universal
22 definition of a IIIb study across the
23 industry. Different companies and
24 different organizations use that term

Page 85

1 differently.
2        Within Daiichi-Sankyo Europe
3 specifically, the IIIb designation is
4 given to a clinical study conducted after
5 approval of the initial indication for a
6 treatment that is not in the current
7 label. The purpose of the study may or
8 may not be to seek regulatory approval.
9    Q.   The objectives that are
10 listed are the reasons why the study was
11 conducted; correct?
12    A.   Yes, the primary objective
13 and the exploratory secondary objectives,
14 yes.
15    Q.   The primary objective of the
16 study was in essence to see if the use of
17 olmesartan medoxomil could prevent or at
18 least delay microalbuminuria from
19 developing; correct?
20    A.   Yes, to look at the time to
21 occurrence of microalbuminuria in
22 diabetic patients.
23    Q.   Ah. Okay. The -- we'll go
24 through it in a little more detail, but

Protected Information - Jeffrey Warmke, Ph.D.

Page 86

1 the patients that were being studied were
2 diabetic; correct?
3     A.   Yes.
4     Q.   The secondary objectives,
5 you referred to them as exploratory.
6 Tell me what you mean by exploratory.
7     A.   In -- without going into
8 great statistical detail --
9     Q.   Please don't.
10     A.   -- the -- endpoints can be
11 viewed as either confirmatory or
12 exploratory.
13         Confirmatory endpoints are
14 based on inference -- inference,
15 confidence, and statistical significance.
16 Exploratory endpoints typically are
17 looking for patterns.  They are
18 hypothesis-generating analyses used to
19 identify areas for future exploration.
20         In this case, the ROADMAP
21 study was statistically powered to see a
22 30 percent reduction in microalbuminuria.
23 The study was not powered to see
24 statistically significant differences in

Page 87

1 the exploratory endpoints.
2     Q.   And I'm certainly not going
3 to ask you a statistical math question,
4 because I'm less qualified than you are
5 and you're probably much more qualified
6 than I'll ever be understanding the
7 statistics, but I want to understand,
8 just in layman's terms, what you just
9 said.  I think I do but -- and then we'll
10 move on from it.
11         When you point out that the
12 study was statistically powered to show a
13 30 percent reduction in microalbuminuria
14 -- let me start over.
15         When you say the study was
16 statistically powered to show a 30
17 percent reduction in this condition,
18 which I'm going to refer to as MA as we
19 move forward, that means that
20 statisticians analyzed how many patients
21 would we need, what would be the numbers
22 that would be found to have
23 either this result or that result to
24 reach certain endpoints; correct?

Page 88

1     A.   The statistician predefined
2 that they would need to see 326 events of
3 microalbuminuria to demonstrate a 30
4 percent difference in the treatment
5 effect, and that would require the
6 enrollment of approximately 4,400
7 patients.
8     Q.   The study was not
9 statistically powered to study any of the
10 secondary endpoints; correct?
11     A.   Correct.
12     Q.   And that would include just
13 observation of adverse events as they may
14 be reported; correct?
15     A.   Correct.
16     Q.   The secondary endpoints are
17 essentially -- and they're listed here in
18 the protocol -- medical issues that were
19 of interest to be looked at in the study;
20 correct?
21     A.   Yes, microalbuminuria is
22 recognized as a risk factor for
23 development of end stage renal disease
24 and also increased risk of cardiovascular

Page 89

1 disease, so there were exploratory
2 analyses to evaluate the impact of
3 olmesartan in this study on both renal
4 and cardiac events.
5     Q.   On the pages that are 934
6 and 935 is a discussion of the population
7 of patients that would be studied and the
8 major inclusion and exclusion criteria;
9 correct?
10     A.   Yes.
11     Q.   If I understand correctly,
12 this is documentation of the fact that in
13 designing the study, you wanted to study
14 a certain profile of patients in order to
15 get data that you thought would be most
16 useful?
17     A.   Yes.
18     Q.   And that inclusion and
19 exclusion criteria would create a --
20 essentially a subset of patients to be
21 studied that would not be the same as the
22 patients out in the field that would be
23 using olmesartan; correct?
24         MR. PARKER: Objection.

Protected Information - Jeffrey Warmke, Ph.D.

Page 110

1 protocol did not define asking specific
2 questions about any specific organ class
3 -- organ classes.
4      Q.   The CRFs, the case report
5 forms, do not list anywhere to fill in
6 specific information about any
7 gastrointestinal-related side effects;
8 correct?
9      A.   The case report forms
10 contain a place to report all reported
11 AEs.
12      Q.   There's no place in the case
13 report forms that actually specifically
14 calls out gastrointestinal side effects
15 or related issues.  That's not something
16 specifically asked for in the case report
17 form; correct?
18      A.   Correct.
19      Q.   The ROADMAP study was not
20 designed to study gastrointestinal side
21 effects of olmesartan; correct?
22      A.   The primary endpoint of the
23 ROADMAP study was the prevention of
24 microalbuminuria.  As part of the study,

Page 111

1 all reported safe -- AEs were collected.
2      MR. SLATER:  Move to strike
3 from "As" forward.
4 BY MR. SLATER:
5      Q.   The ROADMAP study was not
6 designed to specifically study
7 gastrointestinal side effects of
8 olmesartan; correct?
9      A.   Gastrointestinal events was
10 not one of the prespecified endpoints in
11 ROADMAP.
12      Q.   And it -- gastrointestinal
13 side effects was not the primary
14 endpoint, obviously, and was not a
15 specifically called out secondary
16 endpoint; correct?
17      A.   Gastrointestinal events was
18 not a predefined endpoint in the study.
19      Q.   At any point, did anybody at
20 Daiichi-Sankyo inform Professor Haller or
21 any of the other investigators about
22 postmarketing adverse events that were
23 being received by the company in
24 connection with gastrointestinal side

Page 112

1 effects?
2      A.   No.  Professor Haller was
3 clear that he received no communication
4 from Daiichi-Sankyo regarding the
5 potential for gastrointestinal side
6 effects up to and including the time he
7 wrote his letter to the Mayo Clinic.
8      Q.   Did Professor Haller see any
9 patients who had gastrointestinal side
10 effects in his treatment of patients over
11 the years?  Did you ask him that when you
12 met with him?
13      A.   I did not ask him that
14 specific question.
15      Q.   Did he tell you anything
16 along that line?
17      A.   He did not volunteer that he
18 had personally witnessed any patients
19 taking olmesartan with gastrointestinal
20 side effects and, in fact, indicated that
21 based on his review of the safety data
22 throughout the course of the ROADMAP
23 study, there was never an issue raised
24 about gastrointestinal side effects by

Page 113

1 the steering committee or by the data
2 safety monitoring committee.
3      Q.   And just to be clear, there
4 was never a time where anyone from
5 Daiichi-Sankyo informed Professor Haller
6 or the other investigators or the
7 steering committee that reports were
8 coming in of gastrointestinal side
9 effects, some being categorized as celiac
10 disease during a period of time; that was
11 not -- that information was not provided
12 to them; correct?
13      A.   As I said before, Professor
14 Haller indicated that he had not received
15 any communications from Daiichi-Sankyo
16 highlighting gastrointestinal side
17 effects.
18      Q.   Would that hold true for the
19 steering committee as well and the other
20 investigators?
21      A.   I did not interview all the
22 steering committee members during my
23 investigation, but Professor Haller
24 indicated that he had not been informed

Protected Information - Jeffrey Warmke, Ph.D.

Page 270

1  I'm not going to go through the whole
2  e-mail, but at the bottom of B, she says,
3  "It is almost impossible to design a
4  late-phase clinical trial with a proper
5  sample size that can detect all real
6  safety signals with conformity as
7  designed, one that can detect the real
8  signal for primary efficacy endpoint with
9  conformity."
10       Do you see what I just read?
11       A.   Yeah, I see that sentence.
12       Q.   And that's just a
13  statistical analysis of why it would be
14  that you wouldn't look to the data that
15  was supplied by the ROADMAP study to try
16  to determine whether there's an increased
17  risk of cardiac -- cardiovascular
18  mortality because it's just not what was
19  being looked at in this study.  Right?
20       A.   I'm going to have to defer
21  that question to the statistical expert.
22       Q.   If you go to the very first
23  e-mail, the first page, there's an e-mail
24  now from Antonia Wang and she points out

Page 271

1  in part, the danger of conducting a small
2  study in this case for cardiovascular
3  event is seen all the time.  She speaks
4  through it a little bit more and at the
5  end says, without proper preplanning and
6  appropriate sample size, we can get some
7  results that is inconclusive; correct?
8       A.   Yes.
9       Q.   And certainly there was no
10  effort to establish a sample size large
11  enough to study the question of
12  cardiovascular mortality.  That's not
13  what the study was geared for.  Right?
14       A.   The ROADMAP study was sized
15  and powered to detect a 30 percent
16  difference in the occurrence of
17  microalbuminuria.  It was not powered and
18  sized to detect a meaningful difference
19  in clinical outcomes.
20       - - -
21       (Deposition Exhibit No.
22  3035, 3/4-3/5/10 E-Mail Chain
23  Among Caspard, Cuprys, et al,
24  OLM-DSI-0003999681 and

Page 272

1  OLM-DSI-0003999682, was marked for
2  identification.)
3       - - -
4       MR. PARKER:  I want to take
5  a break.  We've been going for
6  about an hour and 20 minutes.
7       MR. SLATER:  Okay.
8       MR. PARKER:  Okay?
9       THE VIDEO TECHNICIAN:  The
10  time is 2:31 p.m.  We are going
11  off the record.
12       (A recess was taken from
13  2:31 p.m. to 2:45 p.m.)
14       - - -
15       THE VIDEO TECHNICIAN:  This
16  is DVD number 4.  The time is 2:45
17  p.m.  Back on the record.
18  BY MR. SLATER:
19       Q.   I've handed you Exhibit
20  3035, which is some e-mails that address
21  in part the ROADMAP study.  Do you see
22  that?
23       A.   Yes, I see the e-mail.
24       Q.   I'm going to just start

Page 273

1  right at the top of the first page, an
2  e-mail from Herve Caspard in
3  pharmacovigilance to Rich Cuprys and
4  Allen Feldman.
5       Do you see that e-mail at
6  the top?
7       A.   Yes.
8       Q.   Who's Rich Cuprys?
9       A.   Rich Cuprys was in
10  regulatory affairs in the United States.
11       Q.   Herve Caspard writes to him
12  and is talking about a slide presentation
13  and then says towards the bottom that
14  Bill Bailey -- and he's someone in
15  medical affairs; correct?
16       A.   Yes.
17       Q.   -- that Bill Bailey should
18  send me today market research data that
19  will likely be relevant, stressing that
20  the ROADMAP population is very different
21  from the general population treated with
22  olmesartan in the U.S.  I would like to
23  consolidate this information in a backup
24  slide.

Protected Information - Jeffrey Warmke, Ph.D.

Page 362

1 exists.  Right?
2     A.   No, I do not.
3     Q.   The reason it matters is
4 this -- well, I'll get to it.
5          Whatever it says in this
6 letter to the editor, I'm not going to
7 walk through the whole letter, he was
8 doing a statistical analysis based on a
9 comparison of the two arms of the study;
10 correct -- well, let me actually ask it
11 differently.
12          What Professor Haller and
13 Menne did in this letter is, they talked
14 about going back and looking at the data
15 to see if there were intestinal effects
16 in either arm and what was found;
17 correct?
18     A.   He was looking for a
19 difference of incidence of GI AEs between
20 the treatment group and the placebo
21 group.
22     Q.   That was not a subject that
23 was studied, correct, specifically?  It
24 wasn't an endpoint at all; correct?

Page 363

1     A.   It was not a predefined
2 endpoint.
3     Q.   The study was not powered to
4 evaluate that question.  Right?
5     A.   That's correct.
6     Q.   And, in fact, we went
7 through some language in the context of
8 the cardiovascular mortality issue where
9 Glenn Gormley in a white paper and in an
10 internal document actually talked about
11 the fact that you can't draw definitive
12 conclusions about that secondary endpoint
13 because of the way the study was
14 designed.  It just -- it's not set up to
15 study that issue.
16          The same would hold true for
17 gastrointestinal effects probably even to
18 a larger extent.  Right?
19          MR. PARKER:  Objection;
20     form.
21          THE WITNESS:  There was not
22     a prespecified endpoint for GI AEs
23     in the study, that's correct.
24 BY MR. SLATER:

Page 364

1     Q.   Nowhere in this letter to
2 the editor to the Mayo Clinic does Dr.
3 Menne or Dr. Haller talk about any of the
4 olmesartan side patients who I showed you
5 today their documentation; that's not
6 discussed here at all.  Right?
7          MR. PARKER:  Objection.
8          MR. SLATER:  Let me ask it
9     differently.
10 BY MR. SLATER:
11     Q.   The specifics of patients
12 who developed or were documented to
13 develop gastrointestinal effects, that's
14 not discussed in detail here.  Right?
15     A.   The specifics of patients
16 who developed gastrointestinal AEs in
17 either the olmesartan or the placebo
18 group are not described here.
19          MR. SLATER:  Let's go off
20     the video for a second.
21          THE VIDEO TECHNICIAN:  Sure.
22     The time is 4:31 p.m.  Off the
23     record.
24          - - -

Page 365

1          (A discussion off the record
2     occurred.)
3          - - -
4          THE VIDEO TECHNICIAN:  The
5     time is 4:41 p.m.  Back on the
6     record.
7          - - -
8          EXAMINATION
9          - - -
10 BY MR. PARKER:
11     Q.   Dr. Warmke, good afternoon.
12 It's now 20 to 5:00.  It's been a long
13 day, but I have a few questions I need to
14 ask you to address some of the issues
15 that Mr. Slater reviewed with you today
16 during the course of your deposition.
17 Okay?
18     A.   Okay.
19     Q.   Let's begin where we started
20 today with your qualifications; and I'm
21 not going to repeat anything that's been
22 said, but tell the jury what experience
23 you have professionally with clinical
24 trial.