# EXHIBIT F

TARA SUTTON
612 349 8577 TEL
TSUTTON@ROBINSKAPLAN.COM

February 3, 2017

<u>VIA ELECTRONIC MAIL</u>

Susan Sharko, Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932-1047

  Re: <u>In re Benicar (Olmesartan) Products Liability Litigation</u>,
     **MDL No. 2606**
     **NJ MCL Case No. 299**

Dear Ms. Sharko:

  Please find enclosed Plaintiffs' Answers and Objections of David Kessler, M.D., to Schedule A of the Notice of Deposition, served upon you in advance of his deposition confirmed for Monday, February 6, at 9:30 a.m. at Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery St., 29th Floor, San Francisco, CA 94111. Plaintiffs note that Defendants' first served the Notice of Deposition and Schedule A clearly out of time on Friday, January 30, 2017. Therefore, Plaintiffs are not obligated to provide responses at this time; however, enclosed please find objections.

  Please also find below a supplemental reliance list to the Expert Report of David Kessler, M.D.

| |
|---|
| Expert Report of Marianne Mann, M.D. and references cited therein |
| Expert Report of Keith T. Wilson, M.D. and references cited therein |
| Expert Report of Richard Hansen, Ph.D., RPh, FAPhA and references cited therein |
| Expert Report of Harvey Risch, M.D. and references cited therein |
| Expert Report of Stephen Lagana, M.D. and references cited therein |
| Expert Report of Susan Hutfless, PhD, S.M. and references cited therein |
| Expert Report of Daniel Leffler, M.D. and references cited therein |
| Expert Report of Benjamin Lebwohl, M.D. and references cited therein |
| Expert Report of Randall L. Tackett, PhD. and references cited therein |
| Menne J and Haller H, *Olmesartan and Intestinal Adverse Effects in the ROADMAP Study*, Mayo Clin. Proc. December 2012, 87(12):1230-1232. |

February 3, 2017
Page 2

| |
|---|
| Haller H, Ito S, et al. *Olmesartan for the Delay or Prevention of Microalbuminuria in Type 2 Diabetes,* N Engl J Med 364; 10 Mar (2011). |
| Kauppinen K and Alanko K, *Oral Provocation: Uses*, Seminars in Dematol., Vol 8, No 3, Sept (1989), 187-191. |
| Girard M, *Oral Provocation: Limitations*, Seminars in Dematol., Vol 8, No 3, Sept (1989), 192-195. |
| Akram S, Murray J, Pardi D, Alexander G, Schaffner J, Russo P and Abraham S. *Adult autoimmune enteropathy: Mayo Clinic Rochester experience*. Clin Gastroenterol Hepatol. 2007 Nov;5(11):1282-90. |
| Al-Bawardy B, Sheedy SP, Herberts MB, Murray JA, Rubio-Tapia A, Rajan E, Bruining DH, Hansel SL, Barlow JM, Fletcher JG and Fidler JL. *Collagenous sprue cross-sectional imaging: a comparative blinded study*. Abdom Radiol (2016) DOI: 10.1007/s00261-016-1007-1 |
| Aziz I, Peerally MF, Barnes J-H, Kandasamy V, Whiteley JC, Partridge D, Vergani P, Cross SS, Green PH and Sanders DS. *The clinical and phenotypical assessment of seronegative villous atrophy; a prospective UK centre experience evaluating 200 adult cases over a 15-year period (2000–2015)*. Gut 2016;0:1–10. doi:10.1136/gutjnl-2016-312271 |
| DuPont HL. *Persistent Diarrhea - A Clinical Review*. JAMA. 2016;315(24):2712-2723. doi:10.1001/jama.2016.7833 |
| Galanopoulos M, Varytimiadis L, Tsigaridas A, et al. *Small bowel enteropathy associated with olmesartan medoxomil treatment.* Annals of Gastroenterology (2017) 30, 131-133. |
| Phan C and Guglielmi G. *Metabolic Bone Disease in Patients with Malabsorption*. Semin Musculoskelet Radiol 2016;20:369-375. |
| Philip NA, Ahmed N and Pitchumoni CS. *Spectrum of Drug-induced Chronic Diarrhea*. J Clin Gastroenterol 2017;51:111–117. |
| Roca-Argente L, et al. *Acute kidney injury secondary to diarrhea caused by "sprue-like" enteropathy associated with olmesartan*. Nefrologia. 2016. http://dx.doi.org/10.1016/j.nefro.2016.10.005 |
| Uehara T, Ikusaka M, Ohira Y, et al. *Olmesartan-induced Enteropathy Manifesting as Wernicke-Korsakoff Syndrome*. Intern Med 55: 3675-3678, 2016 DOI: 10.2169/internalmedicine.55.7388 |

Thank you for your attention to this matter.

February 3, 2017
Page 3

---

                    Sincerely,

                    *s/ Tara Sutton*

                    Tara Sutton

cc:    Bruce Parker, Esq. (*via email only*)
        Rayna Kessler, Esq. (*via email only*)
        Daniel Carroll, Esq. (*via email*)
        Adam Slater, Esq. (*via email only*)
        Chris Coffin, Esq. (*via email only*)
        Lexi Hazam, Esq. (*via email*)



800 LASALLE AVENUE       612 349 8500 TEL
SUITE 2800               612 339 4181 FAX
MINNEAPOLIS, MN 55402    ROBINSKAPLAN.COM

**TARA SUTTON**
612 349 8577 TEL
TSUTTON@ROBINSKAPLAN.COM

February 5, 2017

*VIA ELECTRONIC MAIL*

Susan Sharko, Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932-1047

    Re:  In re Benicar (Olmesartan) Products Liability Litigation,
           MDL No. 2606
           NJ MCL Case No. 299

Dear Ms. Sharko:

    Please find below a second supplemental reliance list to the Expert Report of David Kessler, M.D.

| |
|---|
| Klepper M. and Cobert B. *Drug Safety Data: How to Analyze, Summarize, and Interpret to Determine Risk*, 1st ed. (2011). |
| Medicines and Healthcare products Regulatory Agency. *Good Pharmacovigilance Practice Guide Compiled by the Medicines and Healthcare products Regulatory Agency*, published by Pharmaceutical Press (2009). |
| Venulet J. *Assessing Causes of Adverse Drug Reactions with special reference to standardized methods* (1982). |
| Greenson J.K., et al. *Diagnostic Pathology: Gastrointestinal*, 2nd ed. (2016). |
| Cobert B. and Biron P. *Practical Drug Safety from A to Z* (2009). |
| Cobert B. *Cobert's Manual of Drug Safety and Pharmacovigilance*, 2nd ed. (2012). |
| Walker R. and Whittlesea C. *Clinical Pharmacy and Therapeutics*, 5th ed. (2012). |
| Hujoel I. and Rubio-Tapia. *Sprue-Like Enteropathy Associated with Olmesartan: A New Kid on the Enteropathy Block*, GE Port. J. Gastroenterol. 2016:23(2):61-65. |
| http://www.icd9data.com/2013/Volume1/520-579/570-579/579/579.8.htm |
| *Form for Reporting Serious Adverse Events and Product Problems With Human Drug and Biological Products and Devices; Availability; Notice*, Federal Register, June 3, 1993, Part II, Department of Health and Human Services, Vol. 58, No. 105. |
| 10/2015 Revised Viagra label |

February 5, 2017
Page 2

| |
|---|
| Shah Khan A., et al. *Viagra deafness – sensorineural hearing loss and phosphodiesterase-5 inhibitors*, The Laryngoscope, Vol. 121, Issue 5 (May 2011). |
| Beaugerie and Pardi D.S. *Review article: drug-induced microscopic colitis – proposal for a scoring system and review of the literature*, Aliment Pharacol. Ther. 2005: 22: 277-284 (5 Jun. 2005). |
| Pusztaszeri MP, Genta, RM, Cryer, BL. *Drug-induced injury in the gastrointestinal tract: clinical and pathologic considerations*, Nature Clinical Practice: Gastroenterology & Hepatology, Vol. 4, No. 8: 442 - 453 (August 2007). |
| Padwal R., et al. *Comparative Effectiveness of Olmesartan and Other Angiotensin Receptor Blockers in Diabetes Mellitus: Retrospective Cohort Study*, Hypertension. 2014;63:977-983. |
| Aziz I, Peerally MF, Barnes J-H, Kandasamy V, Whiteley JC, Partridge D, Vergani P, Cross SS, Green PH and Sanders DS. *The clinical and phenotypical assessment of seronegative villous atrophy; a prospective UK centre experience evaluating 200 adult cases over a 15-year period* (2000–2015). Gut 2016;0:1–10. doi:10.1136/gutjnl-2016-312271. |
| Freeman HJ. *Drug-induced Sprue-like Intestinal Disease*, Intl. J. of Celiac Disease, 2014 2 (2), pp. 49-53. Doi 10.12691/ijcd-2-2-5. |
| Girard M. *Oral Provocation: Limitations*, Seminars in Dermatology, Vol. 8, No. 3 (September), 1989: pp. 192-195. |
| Kauppinen K. and Alanko, K. *Oral Provocation: Uses*, Seminars in Dermatology, Vol. 8, No. 3 (September), 1989: pp. 187-191. |
| Stephens M. *Deliberate Drug Rechallenge*, Human Toxicol. (1983), 2, 573-577. |
| Arora D. *Pharmacovigilance – An Industry Perspective*, by PharmaPublisher (2012). |

Thank you for your attention to this matter.

Sincerely,

*s/ Tara Sutton*

Tara Sutton, Esq.

cc: Bruce Parker, Esq.
 Heidi Hubbard, Esq.
 Rayna Kessler, Esq.
 Adam Slater, Esq.
 Chris Coffin, Esq.
 Lexi Hazam, Esq.