# Exhibit A

Protected Information - Daniel A. Leffler, M.D.

1    negative tTG at time of that initial

2    consideration of celiac disease can be helpful.

3    But, again, the diagnosis is based on the

4    response to olmesartan withdrawal, not the

5    results of the celiac blood test.

6         Q.      Doctor, you understand and agree

7    that celiac disease is something different than

8    sprue-like enteropathy associated with

9    olmesartan?

10        A.      Yes, these are different

11   conditions.

12        Q.      And you agree that olmesartan does

13   not cause celiac disease, correct?

14        A.      So olmesartan does not cause -- we

15   do not believe causes celiac disease.

16               There have been some cases reported

17   where patients after having olmesartan -- what

18   appears to be olmesartan enteropathy are then

19   later found to also have celiac disease.  Whether

20   or not an initial injury to the small intestine

21   causing increased passage of antigens, such as

22   gluten, could in some cases trigger celiac

23   disease in an otherwise genetically predisposed

24   individual I think is an open question.  It's

25   plausible.  We see that with other conditions.

Protected Information - Daniel A. Leffler, M.D.

1    We see patients develop celiac disease after

2    neurovirus, a small intestinal infection.  So we

3    know small intestinal injury can lead to

4    autoimmune diseases like celiac disease, so there

5    are different conditions.  And in most cases,

6    people with olmesartan enteropathy once they stop

7    the olmesartan will be fine, but there have been

8    reports of cases who appear to develop celiac

9    disease afterwards, and that would be consistent.

10          Q.      Objection, non-responsive starting

11   with "there have been" to the end of the answer.

12                  Dr. Leffler, you have never

13   diagnosed someone with what you call olmesartan

14   enteropathy and then subsequently found that they

15   had celiac disease that was caused from the

16   olmesartan enteropathy?

17          A.      In my practice, I have not.

18          Q.      When did you first yourself learn

19   about sprue-like enteropathy?

20                  MS. SUTTON:  Objection, form.

21          A.      Was this referring to olmesartan

22   enteropathy, sprue-like enteropathy associated

23   with olmesartan?

24          Q.      I wanted to be clear, that's why I

25   started off with our definition.  When I ask you

Protected Information - Daniel A. Leffler, M.D.

1    the most frequently used cell lines in

2    gastroenterology to look at intestinal

3    previability and inflammation.

4         Q.      Both large and small intestine?

5         A.      Both large and small intestine.

6    They actually induce features very similar to

7    many aspects of the small intestine.  Actually,

8    one of the people you referenced earlier, Jerry

9    Turner, is one of the leaders in this area and

10   has done a lot of work on looking at Caco-2 lines

11   and how they apply and have relevance to small

12   intestinal diseases.

13        Q.      So for the Caco-2 cell line

14   testing, do you know what dosage of olmesartan

15   they used in that in vitro testing?

16        A.      So let me see.  In Figure 8 I can

17   see that they report 30 micromole per liter.

18   Again, it's hard to -- we -- so let me clarify.

19             So it's not entirely clear what

20   millimole level the intestine actually sees of

21   olmesartan.  We can't compare systemic levels of

22   olmesartan to what the intestine sees when the

23   pill is there and it's absorbing.

24             The levels that the intestine sees

25   of any drug are by definition often much, much

# Exhibit B

1

1   **UNITED STATES DISTRICT COURT**
2   **FOR THE DISTRICT OF NEW JERSEY**

3   _____

**IN RE:  BENICAR (OLMESARTAN)**
4   **PRODUCTS LIABILITY LITIGATION**

CIVIL ACTION NUMBER:
5
15-2606
6   _____
Mitchell H. Cohen United States Courthouse
7   One John F. Gerry Plaza
Camden, New Jersey 08101
8   January 25, 2017

9   **B E F O R E:**      THE HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE
10   UNITED STATES MAGISTRATE JUDGE JOEL SCHNEIDER

11   **A P P E A R A N C E S:**

12   ADAM SLATER, ESQUIRE
ATTORNEY FOR PLAINTIFFS
13
RICHARD GOLOMB, ESQUIRE
14   ATTORNEY FOR PLAINTIFFS

15   STEVEN RESNIK, ESQUIRE
ATTORNEY FOR PLAINTIFFS
16
RAYNA KESSLER, ESQUIRE
17   ATTORNEY FOR PLAINTIFFS

18   SUSAN M. SHARKO, ESQUIRE
ATTORNEY FOR DEFENDANTS
19   MICHAEL C. ZOGBY, ESQUIRE
ATTORNEY FOR DEFENDANTS
20
KENNETH A. MURPHY, ESQUIRE
21   ATTORNEY FOR DEFENDANTS

22

23

24

25

1 | JESSICA BRENNAN, ESQUIRE
ATTORNEY FOR DEFENDANTS

2

AMY KLUG, ESQUIRE
3 | ATTORNEY FOR DEFENDANTS

4

5

6

7

Certified as true and correct as required by Title 28,
8 | U.S.C., Section 753.
                          /S/ Carl J. Nami
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    (open court)

 2             THE DEPUTY COURT CLERK:  All rise.

 3             THE COURT:  Thanks.  Have a seat.  All right.   Good

 4  afternoon.  How is everybody?

 5         All right.  Have a seat.  Relax.  Where is our man from

 6  New Orleans?

 7             MR. SLATER:  He said he had enough of these

 8  conferences because nothing ever happens.

 9             THE COURT:  Since he's not here, we're going to

10  appoint him to something that he's not going to like.  How

11  about that?

12             MR. SLATER:  I think that, that -- he should be on

13  the lunch committee.  He had this deposition and he said he

14  couldn't get out of it.

15             THE COURT:  That's fine.  No big deal.  All right.

16  Welcome back, everybody.  Just one preliminary thing I want to

17  bring to everybody's attention.  Defense counsel already knows

18  this.  We are trying a to construct, for lack of a better

19  term, a spread sheet for the court so we can keep track of all

20  this stuff, and one data point that we don't have, so we've

21  asked defense counsel if they could help us with this.  We

22  want to put in our spread sheet a very general description of

23  the injuries being claimed by each of the separate plaintiffs.

24  So, they've offered to give us just a very short description

25  of the plaintiffs' injuries so we can put it in those spread
```

00:20 (line 5)
00:20 (line 10)
00:21 (line 15)
00:21 (line 20)
00:21 (line 25)

1    sheets so we can track of who's doing what.  Okay?

2            MR. SLATER:  Just for the Bell Weather cases?

3            THE COURT:  No.  It's going to be --

4            MR. SLATER:  Cross litigation?

5            MS. SHARKO:  And that will come from the PFS, not

6    from medical records.

7            THE COURT:  Right, it comes from the PFS.  We don't

8    have access to the PFS.  I'm not asking that we have access to

9    the PFS.

10           MR. SLATER:  We can have them delivered in hard copy.

11           THE COURT:  Well, thank you.  That I don't need at

12   this point.

13       All right, I have your proposed agenda.  I have a

14   number of complaints in the Federal and State litigation.  We

15   have first time listing on page one, paragraph three.  That's

16   still on?

17           MS. SHARKO:  Yes.  No changes there.

18           THE COURT:  Okay.  The second time listing there's

19   two of them listed?

20           MS. SHARKO:  Yes.  No changes.  They should be

21   allotted to Orders to Show Cause.

22           MR. GOLOMB:  Your Honor, on the Mason case.  That's

23   my case.

24           THE COURT:  Yes.

25           MR. GOLOMB:  And we're asking for another 30 days

1   there.  Mason does not recall the name of his physician but

2   remembers the clinic that he went to and that clinic is closed

3   down.  So we're trying to identify where they forwarded the

4   records to and we just request another 30 days before this

00:23   5   Order.

6           THE COURT:  Well, you're going to get the 30 days

7   because that's how long it's going to take for the Order to

8   Show Cause to be returnable anyway, and then if you have more

9   information, then at the next status conference I want you to

00:23   10   tell me about it.

11           MR. GOLOMB:  Okay.

12           THE COURT:  So that we don't dismiss it.  I'll listen

13   to you then.

14           MR. GOLOMB:  Okay.

00:23   15           THE COURT:  Then we'll see what happens.

16           MR. GOLOMB:  Okay.  Thank you.

17           THE COURT:  Paragraph four, overdue fact sheets,

18   first time listing.

19           MS. SHARKO:  We are down to 37.

00:23   20           THE COURT:  Down to 37.

21           MS. SHARKO:  So number four Branch.

22           THE COURT:  Is out?

23           MS. SHARKO:  That comes off the list.  Number nine,

24   Curiton.  C-u-r-i-t-o-n, is off.  They served a PFS yesterday.

00:24   25           Number 24, Moore is off.  They served a PFS yesterday.

*United States District Court*
*Camden, New Jersey*

6

1          Number 26, Plater.  P-l-a-t-e-r, is off.  They served a

2     PFS yesterday.

3          Number 28, Rhymes as in nursery.  They're off.  They

4     served a PFS yesterday.

5          Number 40, Wells is off.  They served the PFS

6     yesterday.  And number 41, Westbrook, is off.  They served a

7     PFS yesterday.

8               MR. GOLOMB:  Your Honor, number 27 should come off as

9     well.  That's Roland.  We've already filed a stipulation of

10    dismissal.

11              THE COURT:  Okay.

12              MS. SHARKO:  I don't know one way or the other, but

13    we'll watch for it.

14              THE COURT:  We'll obviously take counsel's word for

15    it.  Well, you know, at this rate I think we calculated with

16    these stipulations of dismissal it will be 2037 we'll have all

17    these cases dismissed?  Justice at work.

18         All right, second time listing.

19              MS. SHARKO:  Second time listed all nine cases are

20    still deficient and should go on to an Order to Show Cause,

21    please.

22              MR. SLATER:  One second, Your Honor.  Case four on

23    that list, Hoker.  I've been asked by counsel from Wagstaff

24    and Carmel to make an application to the court for a 90 day

25    extension.  The plaintiff died recently.  So the court -- so

*United States District Court*
*Camden, New Jersey*

1   they asked for an extension to have time for the family to

2   have a representative appointed et cetera and to take care of

3   all that and apparently from the defense would not consent to

4   an extension.  So, we're asking the Court if we could have an

5   extension for someone who just died.

6                MS. SHARKO:  And so here's our position.  We got that

7   request yesterday.  This case was filed on June 30th of last

8   year.  It was served on July 8th.  The PFS was due on

9   October 6th.  We got nothing.  An overdue letter was sent on

10  October 14th.  We got nothing.  It was listed on the November

11  agenda as a first timer.  We got nothing.  And then now it's a

12  second time.  Apparently according to out internet research,

13  the man died in December.  So, our sympathies to the family,

14  but we have nothing on this case at all.

15               THE COURT:  We're going to list it again on the

16  second listing.  So that we'll give them another 30 days and I

17  want a report.

18               MS. SHARKO:  Okay.

19               THE COURT:  As to what steps have been taken to

20  substitute an Estate, if any, if they still want to continue.

21               MR. SLATER:  To make sure they're actively doing it.

22               THE COURT:  Yes.  Okay?

23               MR. SLATER:  Okay.  I know they do intend to and they

24  actually I can tell you, they told me that a PFS was basically

25  filled out.  They just don't know whether to sign it right now

1    because they don't have a rep.  Thank you, Judge.

2         THE COURT:  You got some more time.

3         MR. SLATER:  Okay.

4         MS. SHARKO:  We, frankly, would be more sympathetic

00:26    5    if we had a PFS that at least showed there was information

6    there I guess that it takes a while to get an Estate in place.

7         THE COURT:  All right.  It takes a little while.

8    We'll see.

9         MS. SHARKO:  Okay.

00:27    10         THE COURT:  Mr. Golomb.

11         MR. GOLOMB:  Two cases on that list, Your Honor,

12    Ballard, we have a similar situation.  Mr. Ballard recently

13    passed away and we're working with the surviving spouse to

14    complete the fact sheet.

00:27    15         THE COURT:  That's number one on the list.  Correct?

16         MR. GOLOMB:  Yeah.

17         MS. SHARKO:  That's totally new to us.  That case has

18    now been around for several months.  We have no information on

19    it.  I have no idea what the date of death is.

00:27    20         THE COURT:  We'll give it another second listing.

21         MR. GOLOMB:  And on Vickie Gains, we've already filed

22    a stipulation of dismissal on that.

23         THE COURT:  Okay.

24         MS. SHARKO:  Okay.  We look forward to seeing that.

00:27    25              (Brief pause)

9

1          THE COURT:  Paragraph six, page 10.  Two cases

2     listed.

3          MS SHARKO:  Yes, sir.  So these are case where when

4     you read the PFS, the injuries that are alleged come before

00:28   5     Benicar use, not after.  And we've raised that question with

6     plaintiffs.  We've gotten no response, and we submit that

7     those cases should be dismissed because usually it has to be

8     taken within the then happened event.

9          THE COURT:  Usually.  What are we doing with these

00:28   10    two?

11         MR. SLATER:  You know, our position is that, and

12    obviously I don't have the medical records in front of me, but

13    I think counsel is essentially looking for a expedited way to

14    get Summary Judgment on a case.  I think if when the time

00:28   15    comes, they can deal with it, but I don't have the medical

16    facts in front of me.  Maybe the person with gastrointestinal

17    issues before and their experts are going to say, well, that

18    was related to one thing and then the Olmesartan caused issues

19    when they went on the drug, that's different and it would have

00:28   20    been more severe or if this wouldn't have happened.  I mean

21    that's all in the realm of very possible.  I don't have the

22    records to say I know the answer.  But for them to pick out

23    records and say they've analyzed it so the plaintiff has to

24    prove their case at this point when it's not even a Bell

00:29   25    Weather case.  I think it's not an issue for us to be doing

1    that now.

2         THE COURT:  Well, we're going to deal with that issue

3    by picking off the strategy in a few seconds.  But I think

4    when there's a specific request from defense counsel alerting

00:29    5    the plaintiffs that there is a specific problem, I think I

6    need a little bit better response than that.  Whoever

7    represents these two people should be at least on the phone

8    with Miss Sharko saying, well, this is what we think is going

9    on here.

00:29    10        MR. SLATER:  Okay.

11        THE COURT:  Try to resolve this because if this is

12   true, then Rule 11 would seem to indicate they shouldn't be

13   continuing in these cases.

14        MR. SLATER:  I'll talk to -- well, I know one is Mr.

00:29    15   Golomb's.  So I certainly think that I can hand that off to

16   him and on the other firm I'll talk to the other law firm and

17   tell them they need to provide an explanation for why they

18   think the case is a valid case.

19        THE COURT:  Right.

00:30    20        MR. SLATER:  Okay.

21        MS. SHARKO:  We appreciate that.  We sent letters out

22   in mid November.

23        THE COURT:  Maybe Mr. Golomb can give us an answer on

24   the Hiddleston case.

00:30    25        MR. GOLOMB:  I can, Your Honor.  They're wrong on the

*11*

1   facts, but with that said, we're dismissing the case for other

2   reasons.

3           THE COURT:  You're going to file a stipulation?

4           MR. GOLOMB:  Yes.

00:30   5           THE COURT:  Okay.  So get a response from Matthews

6   and Associates to Miss Sharko, please, on that issue and open

7   up some line of communication with Miss Sharko on this case.

8           MR. SLATER:  Yes, I will.

9           THE COURT:  Thank you.  All right, now we get to

00:30   10  number seven which is the 82 cases which is now 80 cases?

11          MS. SHARKO:  Right.  Actually since we sent the

12  letter to Your Honor, we've heard from eight plaintiffs.  Two

13  took dismissals with prejudice as a result of the letter I

14  guess confirming we were right and six of the plaintiffs sent

00:31   15  records documenting an event and a prescription.  So they

16  would come off the list and we heard nothing from anyone else.

17  I think the fact at least six people served records, shows

18  that plaintiffs are holding records and not updating their

19  PFS's.  So we would ask that that be done.

00:31   20          THE COURT:  Well, really it shows that you,

21  plaintiff's counsel, if they have such records, were deficient

22  in providing them to you.  This is a problem with these

23  stragglers.  We will put into place an efficient method to

24  dispose of the stragglers without you having to file summary

00:31   25  judgment in each and every one.  So you're not going to handle

*United States District Court*
*Camden, New Jersey*

1   80 or a hundred summary judgment motions on these kind of

2   cases.  But I don't think this is the appropriate time to do

3   it.  I promise you we will get to that and you'll have a

4   method by which to get rid of these cases.  I want to focus

00:32   5   really more, all of your energies on the experts in getting

6   that lined up for Daubert Hearings at this point.  Okay?

7          MS. SHARKO:  Okay.

8          THE COURT:  All right, that's paragraph eight which

9   is the defendant served its list of experts.

00:32   10          MS. SHARKO:  We do and we have one addition to make

11   to that.  I was told this morning that there's one additional

12   regulatory expert Dr. Feigal, F-e-i-g-a-l.  And his deposition

13   date has already been set some weeks ago.  It was on a letter

14   to plaintiffs and it was -- we didn't have it when we sent

00:32   15   this letter.  So we apologize but that's -- he should have

16   been on the list to Mr. Slater and to the court yesterday

17   afternoon.

18          MR. SLATER:  I don't know what, what -- we didn't

19   accept any of the dates yet.  So I'm not sure what date he's

00:33   20   on for, but we can sort that out and you can let us know.  We

21   certainly still have a significant issue here from our

22   perspective, Judge.

23          THE COURT:  We're going to deal with it right now.

24   We'll talk about it right now.

00:33   25          MR. SLATER:  Okay.

1       THE COURT:  All these experts out there, that the

2   plaintiff had a significant number of experts and the

3   defendants have an extraordinary number of experts at this

4   point.

5       Let me take you back to November 30th, and November

6   30th we had a conference, phone conference and at that point

7   we were discussing, Mr. Slater was discussing the experts and

8   I stated to you all on the phone, well, of course, recognized

9   there's just no chance that you're going to be able to put 21

10  experts on the stand during the trial.  And perhaps I was

11  being too subtle, although I'm not usually accused of being

12  too subtle.  Folks, we are not going to entertain testimony

13  from 50 experts and I'm not going to hear 50 Daubert motions

14  regarding experts.  It just isn't going to happen, and the

15  jury is never going to hear this number of experts.  It's

16  wasting time.  So we're going to pare this down, and the first

17  way we're going to pare this down is I want to concentrate,

18  focus back to where I've always been since the beginning of

19  the case.  I want to focus first on the general causation

20  experts.  Let's focus and get this done.  Let's get the

21  Daubert hearings done on them first.  And, perhaps, I should

22  have been clearer about that two months ago, but -- and that's

23  my fault and I'm sorry.  But we can still fix this problem.

24  But I -- there are, as I count them now, 13 or 14 defense

25  general liability experts and the best I can tell from the

00:33

00:34

00:34

00:34

00:35

14

```
 1   plaintiffs there are six.  Correct?

 2            MR. SLATER:  That's correct, Your Honor.

 3            THE COURT:  Correct?

 4            MS. SHARKO:  Yes.

 5            THE COURT:  All right.

 6            MS. SHARKO:  But.

 7            THE COURT:  But?

 8            MS. SHARKO:  We have no intention of calling all of

 9   these experts in every case should we get to trial, but we're

10   mindful of the fact that we have ten plaintiffs and we have

11   general and specific causation as to each of those ten

12   plaintiffs.  And so we didn't want to be in a position where

13   we identify one expert and then he or she is not available for

14   whatever reason when trial is set.  So, number one, we don't

15   intend to call all those experts in any one trial.  We know

16   that you would never let us do that.

17        The second thing is that Daubert and general causation

18   and specific causation cover a wide range of areas.  And so we

19   need people in all these different areas to address those

20   areas.  And the third issue is simply one of scheduling.  We

21   don't know when the Daubert hearings are going to be.  And,

22   so, yes, we have a couple epidemiology experts.

23            THE COURT:  Four.  You have four.

24            MS. SHARKO:  Right.

25            THE COURT:  I suggest you don't need four.
```

00:35
00:35
00:35
00:36
00:36

1        MS. SHARKO:  If we knew when the hearings were going

2   to be, we could narrow that group.  If we knew when the

3   hearings were going to be and there was an agreement that if

4   the cases were tried, we could use any of those four.  We'd be

00:36   5   willing to narrow it to two.

6        Part of our concern is looking down the road at the big

7   picture and making sure that we're not foreclosed.

8        THE COUR:  Explain to me how the date of the hearing

9   determines the number of experts that you're going to use.

00:37   10       MS. SHARKO:  Okay.  So, why, why did we name four.

11  Because we're looking at these experts as trial experts in

12  addition to the Daubert Hearings and then if you said no we

13  could only have two, we need to make sure that those two, at

14  least one of them is available to testify live at the Daubert

00:37   15  Hearing.

16       MAGISTRATE JUDGE SCHNEIDER:  So do you anticipate at

17  the Daubert Hearing separate rulings have to be made as to

18  each of the four epidemiologists?

19       MS. SHARKO:  It depends on what plaintiffs'

00:37   20  challenges are, and really if this is premature in the sense

21  that they should see the reports.  Another way to narrow this

22  and I've been thinking about this because I'm sensitive to the

23  issues you raised, if we have ten cases, we're not sure about

24  all the dispositive motions we're going to make, but we know

00:38   25  that we're going to make statute of limitations motions in

1    two cases.  If we took those two cases off this list and

2    deferred discovery, expert discovery on that, that would get

3    rid of a number of experts for both sides.

4             THE COURT:  I don't think it's going to have a

00:38    5    significant impact on the number of experts on both sides.  If

6    you focus on general liability, general causation, does

7    Olmesartan cause spruelike enteropathy, et cetera, et cetera

8    and all the other maladies.  Which of these experts are going

9    to say yes or no?

00:38   10             MS. SHARKO:  Well, Mr. Parker will answer that

11    specifically as to the experts.  But I don't think we can or

12    should address General Causation in a vacuum.  I think we

13    should be doing general and specific causation in the context

14    of the specific cases.

00:38   15             THE COURT:  Why not in a vacuum?  That's the full

16    genesis of this case was that the plaintiffs felt that

17    olmesartan causes these conditions and that's how they start

18    and the manufacturer said no it doesn't.  Until we get an

19    answer to that question, where do we go?

00:39   20             MS. SHARKO:  Well, the question really is do the

21    plaintiffs' expert's opinion -- are the plaintiffs' expert

22    opinions as to General Causation supported by sound scientific

23    evidence.

24             THE COURT:  Right.

00:39   25             MS. SHARKO:  And we think that should be examined in

*United States District Court*
*Camden, New Jersey*

 1  conjunction with a specific case.

 2        THE COURT:  How does it help me to examine it in

 3  conjunction with a specific plaintiff in a specific

 4  plaintiff's complaints of injury?

 5        MS. SHARKO:  Because if you don't, you're, you're

 6  adjudicating a question in a vacuum.  It's an issue that's not

 7  anchored in the facts of one specific case.

 8        THE COURT:  It's anchored in the facts in every one

 9  of these 2000 cases.  Every one of these 2000 cases is

10  dependent on the answer to that first question.  If the answer

11  is no, that's it.  If the answer is yes, then they got to

12  prove what their injuries are period.  That's all it is.

13        So, I mean I know you've stated this before about the

14  vacuum, but in essence it is a vacuum because of the way the

15  case is framed and the way the case was filed and the reason

16  it's here.  That the plaintiffs want an opportunity to prove

17  what in effect is new science.  And, you know, Daubert sets

18  out how you do that.  It's not an easy thing to do, but it's

19  doable under Daubert.  And it seems to me that we're wasting a

20  lot -- not wasting, but we're spending an awfully lot of time

21  and effort and expense on both sides on everything else

22  without attacking that crucial question yes or no.

23        MS. SHARKO:  I think we are, and we're armed and

24  ready to attack that, plus the specific causation in a given

25  case.  We have ten cases on both sides rolled up and ready to

00:39 (line 5)
00:40 (line 10)
00:40 (line 15)
00:40 (line 20)
00:41 (line 25)

1    go as of January 31st when we serve our expert reports.  To

2    save time we could take out the two statute of limitations

3    cases.  That would give us eight cases, or Your Honor could

4    randomly pick five of the ten.  I think it should be random.

5    And then that would cut the number of experts down.  But we

6    believe that we should address specific and general causation

7    simultaneously.

8            THE COURT:  Mr. Slater?  Mr. Golomb?

9            MR. SLATER:  Well, obviously you know our position

10   which is they need to drastically cut the number of experts.

11   I mean --

12           THE COURT:  We're going to do that.

13           MR. SLATER:  Okay.  So -- and I think Your Honor's

14   going to need information of what some of these people are

15   actually generally going to say and I think that's obvious to

16   the court.

17           As far as cutting cases, I've never heard that until

18   right now.  So, I'd have to, I'd have to know what they're

19   talking about in terms of which cases, why, what the benefit

20   -- what's the procedure later and I'd have to talk to a few

21   other people.  I didn't want unilaterally to make that call

22   for other people who have a lot vested in this litigation and

23   not that I'm afraid to make a decision but I think it's the

24   appropriate thing to do.  And I don't even know if the court

25   is inclined to do that.  If Your Honor is, I can speak to

*United States District Court*
*Camden, New Jersey*

1    people, we can talk about it.  But, you know, I'm in full

2    agreement with the court that we should be focusing on what do

3    we need to put together to prove yes or no that the drug

4    causes this issue.  And that's really the primary question.

00:42    5    And we've said, I've been in front of you many times saying I

6    don't think when push comes to shove that they are going to

7    oppose general causation.  We'll see what happens with these

8    reports and these depositions.  I don't know, frankly, how

9    they can do it when every scientific article in the literature

00:43    10   says it does.  So I don't know how they oppose it under

11   Daubert.  I mean, frankly, they are going to put us to our

12   test and whoever does testify, I would expect we're going to

13   have motions back at them for having to give opinions without

14   being rooted in the actual peer review literatures.  I mean

00:43    15   there are some issues on the general causation that will keep

16   the court quite busy and keep us busy anyway at the core of

17   what the case is.  So I think we have to stick to where we

18   were which is they need to drastically cut down and we have to

19   figure out who really needs to be deposed and which experts

00:43    20   really need to be in the case at this stage.  If the court has

21   any inclination to discuss paring the cases, I think we have

22   to really understand what the court's inclined to do, what's

23   being offered.  How does it happen so I can talk with my team

24   and give you a reason to respond to that.  It's not just my

00:43    25   view but allows others that have an important investment in

20

1    this also to say something.

2           THE COURT:  Well paring the cases, Miss Sharko says

3    there's two of the ten in the statute of limitations issues.

4    I mean that's rather straightforward.

00:44    5           MR. SLATER:  And I don't know which cases those are.

6           THE COURT:  Well, I don't either, but that was the

7    point I wanted to make is that that may be something that the

8    plaintiffs should discuss with Miss Sharko as to those two

9    cases, and if she's right, then what's the point?

00:44    10           MR. SLATER:  If she'll tell us which those are, we'll

11   take a look at them.

12           THE COURT:  I think you really ought to have a sit

13   down, both sides as to those two cases because she even needs

14   to file those kinds of motions I mean.

00:44    15           MR. SLATER:  I understand that.

16           THE COURT:  Those kinds of cases have been on a long

17   time.

18           MAGISTRATE JUDGE SCHNEIDER:  I thought the question,

19   Mr. Slater, was whether in the first instance you want to go

00:44    20   to a Daubert trial on general causation or as Mr. Sharko is

21   suggesting, general and specific causation.

22           MR. SLATER:  Okay.  Well, on that issue, Your Honor,

23   when Judge Kugler raised that on that at that conference, we

24   think it makes absolute sense to have a trial on a single

00:45    25   issue first because then the efficiency going forward is

*United States District Court*
*Camden, New Jersey*

1  compounded.  I mean at that point if we prevail on that, these

2  experts aren't coming in.  You don't have to bring in an

3  epidemiologist.  You don't -- even if they're needed, which is

4  -- you know, we'll see what happens.  We were very careful to

5  make sure we covered our bases, so we win the basketball game

6  against our epidemiologists.  But they're good players.  But,

7  no, absolutely that from our perspective makes perfect sense

8  to focus on getting to a trial in general causation first

9  because for reasons the court has identified.  Absolutely,

10 we're all for that and I think it makes a lot of sense and

11 we're willing to try that, that case whenever the court tells

12 us to.

13      MS. SHARKO:  And we are opposed to that.  We think

14 that's a very significant due process.  We're trying one issue

15 in a vacuum.

16      THE COURT:  Well, it's been done.  It's been affirmed

17 by the Court of Appeals, and I'm strongly leaning in that

18 direction, but before we get there.  Let's talk about the

19 experts.  I want to focus on the first tranche of these

20 motions are going to be directed to the general liability

21 experts.  Each side is going to pick five general liability

22 experts.  Five.  That's all you're going to have on your

23 liability.

24      MR. SLATER:  Do you mean on causation?

25      THE COURT:  General causation.

*United States District Court*
*Camden, New Jersey*

1          MR. SLATER:  Okay.  I'm sorry.

2          THE COURT:  I'm sorry.  That's correct.  Need to be

3    more specific.  And your Daubert motions are going to be

4    directed at the five that your advisory has served on you.  So

00:46    5    you're going to need to identify, Miss Sharko, when you serve

6    those reports next week.  Right?

7          MS. SHARKO:  Yes, sir.

8          THE COURT:  Which five you're going to be relying for

9    general causation.  You're going to have to notify her by the

00:46    10   end of that date the five that you're going to be relying on

11   for general causation.  Okay?  So, by next week we're going to

12   have ten experts going, there's going to be ten reports done,

13   take the ten depositions, file the motions immediately, and

14   we'll hear those immediately, and then we'll back fill in the

00:47    15   specific causation experts after that.  Let's get these done

16   first.  It's lot of work.  I want to focus on getting it done

17   because that to me has always been the key of this case.

18         MS. SHARKO:  Judge, we have experts in six different

19   areas.

00:47    20         THE COURT:  I know.  So do they.

21         MS. SHARKO:  They have experts in five areas and we

22   would really need --

23         THE COURT:  Which area is additional for you that

24   they don't have?  Why do you need an expert to testify in an

00:47    25   area they're not raising?

1          MS. SHARKO:  Because we believe that each of the

2     areas we have are important to the determination of the issue

3     of General Causation.  So we have pharmaco-vigilance.

4          THE COURT:  Right.

00:47    5          MS. SHARKO:  And they don't have anybody broken out

6     separately as to pharmaco-vigilance.  So we would ask for six

7     on the variance, otherwise we have no one to speak to an area.

8          THE COURT:  It's an area that they haven't raised.

9          MS. SHARKO:  They have.

00:48    10         THE COURT:  How have they raised the

11    pharamco-vigilance?

12         MS. SHARKO:  They have pharamco-vigilance addressed

13    by their regulatory people and by their epidemiologists, and I

14    think by their GI person and we have people who have specific

00:48    15    expertise in each of these six areas.  And so if we cut out,

16    if we're forced to cut out one of these and that's an area,

17    that's a gap for us.

18         THE COURT:  I just don't remember -- I've read their

19    expert reports a long time ago.  I just don't remember that

00:48    20    specific part of them.

21         MS. SHARKO:  So they have two GI doctors.  We have

22    three.  They have one pathologist.  We have one general

23    pathologist.  They have one regulatory.  We have two

24    regulatories.  They have one toxicologist.  We have two

00:49    25    toxicologists.  And then they have one epidemiologist and we

have four.  And then we have two people whose specific area of

expertise is pharmaco-vigilance.  They absolutely raised

pharamco-vigilance.  That's one of the key issues in the case

as Judge Schneider has told us over and over.  But they

00:49   addressed pharmaco-vigilance but by having multiple of their

experts talk about it and we broke it out and got people whose

specific area of expertise that was to address that.  So we

would ask permission to have one of those.

THE COURT:  All right.  Mr. Slater, anything you want

00:49   to say?

MR. SLATER:  Yeah.  What I would say is I think,

look, whether it's five experts or six experts, we have a

total of six experts.  So when you made your ruling on five, I

just looked at the list and said we're going to have to drop

00:50   somebody at this stage and sucked it up and said okay, big

deal.

THE COURT:  Make it six for each side.

MR. SLATER:  Yeah.

THE COURT:  Six for each side.  There's not going to

00:50   be that much more work.

MR. SLATER:  We'll go either way.

THE COURT:  Six on each side.  So you don't need to

send a letter.  You have all six.

MS. SHARKO:  My other question is if we could have

00:50   the week that we're going to have the Daubert Hearing because

1    I think we will at least request live testimony so we can make

2    sure that the people we pick are available that week?

3         THE COURT:  You know they don't have to be here to

4    testify live.

00:50    5         MS. SHARKO:  I understand that.

6         THE COURT:  Okay.  Well let's work then from you're

7    serving those reports next week.  Then depositions you have I

8    assume -- well, I shouldn't assume because plaintiffs haven't

9    seen the defense experts, but assuming the plaintiff wants to

00:51    10   depose all six.

11        MR. GOLOMB:  Right.

12        THE COURT:  You have 12 depositions to take.  How

13   long is this going to take you in February?

14        MS. SHARKO:  We took Judge Schneider at his word.

00:51    15   That it had to be done in -- by February 28th or we would all

16   die and every one of the experts --

17        THE COURT:  I'm suggesting you don't need that long

18   because you only have 12 now.

19        MS. SHARKO:  No.  But, but every one of the experts

00:51    20   has dates that have been offered.  So we have dates set for

21   all --

22        THE COURT:  Okay.

23        MS. SHARKO:  -- of our 40 or how ever many and we

24   have dates from the plaintiffs for all of theirs.  So to avoid

00:51    25   chaos, my request is that we keep the dates that we have.

```
 1          MR. SLATER:  I would say I know that one -- I, I
 2   think that it makes sense for us to use the month of February
 3   to do the 12 depositions, right.  And we just now that with
 4   this ruling I assume the defense is going to come back to us
 5   and tell us which are in and then we can -- we'll know -- then
 6   we'll get those dates.  We'll know which ones are really in
 7   and we'll say yes or no real quick.
 8          THE COURT:  When they serve their reports, they're
 9   going to tell you the six they're going to rely on.
10          MR. SLATER:  Whenever they tell us that, we'll say,
11   you know if there's a real -- we're going to try to obviously
12   work with the dates.  If there's a major issue, we'll tell
13   them.  I doubt it will happen.  I mean, I understand the
14   Court's view on that.  So -- but it obviously greatly
15   simplifies the amount of work we have to do on the briefing
16   because now it's 12 experts instead of across the board.  So
17   -- but I don't know how Miss Sharko feels about it.  I'm fine
18   with doing the depositions in February and serving the briefs
19   the end of March.  If we want to pull the date back a little
20   bit because it's only 12 experts, that's fine, too.  I, I --
21   if Your Honor thinks that we don't need as much time, we could
22   probably start writing the briefs now anyway.  There's not a
23   lot of secrets to what the standard is.  It's going to be dep
24   quotes out of a deposition.
25          THE COURT:  We all know what the law is.
```

|  | 1 | MR. SLATER:  Yup. |
|---|---|---|

          1                    MR. SLATER:  Yup.

          2                    THE COURT:  We've all been down this road a few

          3          times.  Well, Miss Sharko, then when are you going to have

          4          your motions filed?  Do you need as much time as we had

00:52     5          previously or can you do it faster?

          6                    MS. SHARKO:  We need as much time as we had

          7          previously because we've been relying on that date, number

          8          one.  Number two, we're doing it jointly with New Jersey.

          9                    THE COURT:  Okay.

00:53    10                    MS. SHARKO:  And some of the depositions in New

         11          Jersey are staggered.  So we're doing two sets of briefs and

         12          we would ask March 31 for the briefs and then we propose a

         13          schedule back from there, March 31 for motions, April 21,

         14          opposition, May 1, reply and the week of May 15 for hearings.

00:53    15          That's our proposal.

         16                    THE COURT:  Okay.

         17                    MAGISTRATE JUDGE SCHNEIDER:  What's the reply date?

         18                    THE COURT:  May 1st.

         19                    MS. SHARKO:  May 1st.

00:53    20                    THE COURT:  And that's fine.  I assume that's okay

         21          with the plaintiffs, those dates?

         22                    MR. SLATER:  I think now that we know what we know

         23          what the motions are really and I think those dates work fine.

         24          Just to clarify one fine point.  The general experts are the

00:53    25          same for both litigations.  So there's not going to be any

1    depositions beyond February because there's no --

2             THE COURT:  Not as to general liability.

3             MR. SLATER:  Right.  The general ex -- yeah, the

4    general experts will be deposed in February.  There's no more

5    depositions in March.

6             MS. SHARKO:  You're right.

7             MR. SLATER:  Right?

8             MS. SHARKO:  Yeah, you want that on the record.  I

9    said you were right.

10            MR. SLATER:  Yeah, that's okay.

11            THE COURT:  Hallelujah.  We made progress.

12            MR. SLATER:  You know, Judge, I play chess.  I've

13   been moving the chess board for two years to get to that.

14            THE COURT:  Why don't you play baseball.

15            MR. GOLOMB:  That was me.

16            MR. SLATER:  Look at that.  Yes, so that's -- so the

17   schedule on that works fine.

18            THE COURT:  Okay.

19            MR. SLATER:  I don't know about the hearing date.

20   That's up to the Court.  We can work on that, but the schedule

21   for briefing is fine.  Sorry, Carl.

22            THE COURT:  Okay.  All right.  We have 46 briefs to

23   read and in advance of these.  All right.  Well, we can do it

24   in the middle of that.

25            MR. SLATER:  Do you want to impose page limits on the

1  size and the opposition?

2          MS. SHARKO:  I think the Rule fits.

3          THE COURT:  Yeah.

4          MR. SLATER:  Okay, just trying to make it simpler.

00:55  5          THE COURT:  You don't have to repeat the boiler plate

6  legal argument to each and every one of these motions.  Okay?

7  These are fact specific.  I mean clearly and I think I've

8  hinted at this here and elsewhere, in this kind of a case it

9  seems to me that the qualifications are not going to be an

00:55  10  issue.  It seems to me the fit is not going to be the issue,

11  the methodology is going to be the issue.  So let's focus on

12  that.  What did they do.  How did they get to this opinion.

13  What did they rely on and why is that good science.  Do it

14  that way.  That's really what I'm interested.  So you don't

00:55  15  have to spend a lot of time in your briefs talking about

16  general law and all the Third Circuit principles and all,

17  except that it applies in that specific fact.  Okay?

18          MS. SHARKO:  Okay.

19          MAGISTRATE JUDGE SCHNEIDER:  Miss Sharko, can you

00:56  20  send me a copy of your six reports to Judge Kugler and myself

21  when you send them to the plaintiff?

22          MS. SHARKO:  Absolutely.  We're going to serve all

23  the reports and designate the six?  You want all of them with

24  a sticky on our list which ones we're going to use?

00:56  25          THE COURT:  I just want the six for now.  The six

1    that we're going to be dealing with.

2              MS. SHARKO:  Okay, will do.

3              THE COURT:  Okay, we'll start those hearings on

4    May 15th.  And I am permitting to you whatever time it takes

00:56   5    to put on whatever evidence you want, but, you know, don't

6    waste time.

7              MR. SLATER:  I would assume, your Honor, that in

8    advance of those hearings we'll probably be speaking to Your

9    Honor and Judge Schneider about when we get closer about what

00:56   10   we really think we need to do anyway.  Would that be a fair

11   assumption?

12             THE COURT:  Yeah.

13             MR. SLATER:  Okay.

14             THE COURT:  We'll be meeting before then, that's for

00:57   15   sure.  Okay.

16             MS. SHARKO:  In terms of the meetings, I spoke to Mr.

17   Slater before this hearing and our request is that we move the

18   February hearing into March because we're going to be focusing

19   on February depositions albeit fewer than we thought we had.

00:57   20             THE COURT:  Sure.

21             MS. SHARKO:  Okay.

22             THE COURT:  So when in March do you want to do this?

23             MS. SHARKO:  Any day of the week of March 5th is fine

24   for us.

00:57   25             THE COURT:  Well, you want to keep it on a Wednesday

*United States District Court*
*Camden, New Jersey*

1  the eighth, the afternoon of the eighth of March?  You want to

2  do that?

3          MR. SLATER:  Sure.

4          MS. SHARKO:  Okay.  Thank you.

00:57  5          THE COURT:  All right, March 8th at 2:00 p.m.?

6          MS. SHARKO:  Okay.

7          THE COURT:  And obviously if you need a conference

8  before that, we can get you on the phone.  All right.

9      Any other issues we want to talk about today?

00:58  10          MR. SLATER:  I think we've covered everything, Your

11  Honor.

12                  (Brief pause)

13          THE COURT:  All right.  Thank you, everybody.

14          MR. GOLOMB:  Thank you, Your Honor.

00:58  15          MS. SHARKO:  Thank you.

16          THE COURT:  Spring training is right around the

17  corner.

18      (The matter was then concluded)

19

20

21

22

23

24

25

**/**

/S [1] - 2:8

**0**

08101 [1] - 1:7

**1**

1 [1] - 27:14
10 [1] - 9:1
11 [1] - 10:12
12 [5] - 25:12, 25:18, 26:3, 26:16, 26:20
13 [1] - 13:24
14 [1] - 13:24
14th [1] - 7:10
15 [1] - 27:14
15-2606 [1] - 1:5
15th [1] - 30:4
1st [2] - 27:18, 27:19

**2**

2000 [2] - 17:9
2017 [1] - 1:8
2037 [1] - 6:16
21 [2] - 13:9, 27:13
24 [1] - 5:25
25 [1] - 1:8
26 [1] - 6:1
27 [1] - 6:8
28 [2] - 2:7, 6:3
28th [1] - 25:15
2:00 [1] - 31:5

**3**

30 [4] - 4:25, 5:4, 5:6, 7:16
30th [2] - 7:7, 13:5, 13:6
31 [2] - 27:12, 27:13
31st [1] - 18:1
37 [2] - 5:19, 5:20

**4**

40 [2] - 6:5, 25:23
41 [1] - 6:6
46 [1] - 28:22

**5**

50 [2] - 13:13
5th [1] - 30:23

**6**

6th [1] - 7:9

**7**

753 [1] - 2:8

**8**

80 [2] - 11:10, 12:1
82 [1] - 11:10
8th [2] - 7:8, 31:5

**9**

90 [1] - 6:24

**A**

able [1] - 13:9
absolute [1] - 20:24
absolutely [4] - 21:7, 21:9, 24:2, 29:22
accept [1] - 12:19
access [2] - 4:8
according [1] - 7:12
accused [1] - 13:11
ACTION [1] - 1:4
actively [1] - 7:21
actual [1] - 19:14
ADAM [1] - 1:12
addition [2] - 12:10, 15:12
additional [2] - 12:11, 22:23
address [4] - 14:19, 16:12, 18:6, 24:7
addressed [2] - 23:12, 24:5
adjudicating [1] - 17:6
advance [2] - 28:23, 30:8
advisory [1] - 22:4
affirmed [1] - 21:16
afraid [1] - 18:23
afternoon [3] - 3:4, 12:17, 31:1
agenda [2] - 4:13, 7:11

ago [3] - 12:13, 13:22, 23:19
agreement [2] - 15:3, 19:2
albeit [1] - 30:19
alerting [1] - 10:4
alleged [1] - 9:4
allotted [1] - 4:21
allows [1] - 19:25
amount [1] - 26:15
AMY [1] - 2:2
analyzed [1] - 9:23
anchored [2] - 17:7, 17:8
answer [7] - 9:22, 10:23, 16:10, 16:19, 17:10, 17:11
anticipate [1] - 15:16
anyway [4] - 5:8, 19:16, 26:22, 30:10
apologize [1] - 12:15
Appeals [1] - 21:17
application [1] - 6:24
applies [1] - 29:17
appoint [1] - 3:10
appointed [1] - 7:2
appreciate [1] - 10:21
appropriate [2] - 12:2, 18:24
April [1] - 27:13
area [7] - 22:23, 22:25, 23:7, 23:8, 23:16, 24:1, 24:7
areas [7] - 14:18, 14:19, 14:20, 22:19, 22:21, 23:2, 23:15
argument [1] - 29:6
armed [1] - 17:23
article [1] - 19:9
Associates [1] - 11:6
assume [5] - 25:8, 26:4, 27:20, 30:7
assuming [1] - 25:9
assumption [1] - 30:11
attack [1] - 17:24
attacking [1] - 17:22
attention [1] - 3:17
ATTORNEY [9] - 1:12, 1:14, 1:15, 1:17, 1:18, 1:19, 1:21, 2:1, 2:3
available [3] - 14:13, 15:14, 25:2
avoid [1] - 25:24
awfully [1] - 17:20

**B**

Ballard [1] - 8:12
baseball [1] - 28:14
bases [1] - 21:5
basketball [1] - 21:5
beginning [1] - 13:18
Bell [2] - 4:2, 9:24
benefit [1] - 18:19
BENICAR [1] - 1:3
Benicar [1] - 9:5
best [1] - 13:25
better [2] - 3:18, 10:6
beyond [1] - 28:1
big [3] - 3:15, 15:6, 24:15
bit [2] - 10:6, 26:20
board [2] - 26:16, 28:13
boiler [1] - 29:5
Branch [1] - 5:21
BRENNAN [1] - 2:1
brief [2] - 8:25, 31:12
briefing [2] - 26:15, 28:21
briefs [6] - 26:18, 26:22, 27:11, 27:12, 28:22, 29:15
bring [2] - 3:17, 21:2
broke [1] - 24:6
broken [1] - 23:5
busy [2] - 19:16

**C**

calculated [1] - 6:15
Camden [1] - 1:7
care [1] - 7:2
careful [1] - 21:4
Carl [2] - 2:8, 28:21
Carmel [1] - 6:24
case [29] - 4:22, 4:23, 6:22, 7:7, 7:14, 8:17, 9:3, 9:14, 9:24, 9:25, 10:18, 10:24, 11:1, 11:7, 13:19, 14:9, 16:16, 17:1, 17:7, 17:15, 17:25, 19:17, 19:20, 21:11, 22:17, 24:3, 29:8
cases [29] - 4:2, 6:17, 6:19, 8:11, 9:1, 9:7, 10:13, 11:10, 12:2, 12:4, 15:4, 15:23, 16:1, 16:14, 17:9, 17:25, 18:3, 18:17, 18:19, 19:21, 20:2, 20:5, 20:9,

20:13, 20:16
causation [18] - 13:19, 14:11, 14:17, 14:18, 16:6, 16:13, 17:24, 18:6, 19:7, 19:15, 20:20, 20:21, 21:8, 21:24, 21:25, 22:9, 22:11, 22:15
Causation [3] - 16:12, 16:22, 23:3
caused [1] - 9:18
causes [2] - 16:17, 19:4
certainly [2] - 10:15, 12:21
Certified [1] - 2:7
cetera [3] - 7:2, 16:7
challenges [1] - 15:20
chance [1] - 13:9
changes [2] - 4:17, 4:20
chaos [1] - 25:25
chess [2] - 28:12, 28:13
Circuit [1] - 29:16
CIVIL [1] - 1:4
claimed [1] - 3:23
clarify [1] - 27:24
clearer [1] - 13:22
clearly [1] - 29:7
CLERK [2] - 3:2
clinic [1] - 5:2
closed [1] - 5:2
closer [1] - 30:9
Cohen [1] - 1:6
coming [1] - 21:2
committee [1] - 3:13
communication [1] - 11:7
complaints [2] - 4:14, 17:4
complete [1] - 8:14
compounded [1] - 21:1
concentrate [1] - 13:17
concern [1] - 15:6
concluded [1] - 31:18
conditions [1] - 16:17
conference [5] - 5:9, 13:6, 20:23, 31:7
conferences [1] - 3:8
confirming [1] - 11:14
conjunction [2] - 17:1, 17:3
consent [1] - 7:3

construct [1] - 3:18
context [1] - 16:13
continue [1] - 7:20
continuing [1] - 10:13
copy [2] - 4:10, 29:20
core [1] - 19:16
corner [1] - 31:17
correct [6] - 2:7, 8:15, 14:1, 14:2, 14:3, 22:2
counsel [6] - 3:17, 3:21, 6:23, 9:13, 10:4, 11:21
counsel's [1] - 6:14
count [1] - 13:24
couple [1] - 14:22
COUR [1] - 15:8
course [1] - 13:8
court [12] - 3:1, 3:19, 6:24, 6:25, 12:16, 18:16, 18:24, 19:2, 19:16, 19:20, 21:9, 21:11
COURT [100] - 1:1, 3:2, 3:3, 3:9, 3:15, 4:3, 4:7, 4:11, 4:18, 4:24, 5:6, 5:12, 5:15, 5:17, 5:20, 5:22, 6:11, 6:14, 7:15, 7:19, 7:22, 8:2, 8:7, 8:10, 8:15, 8:20, 8:23, 9:1, 9:9, 10:2, 10:11, 10:19, 10:23, 11:3, 11:5, 11:9, 11:20, 12:8, 12:23, 13:1, 14:3, 14:5, 14:7, 14:23, 14:25, 16:4, 16:15, 16:24, 17:2, 17:8, 18:8, 18:12, 20:2, 20:6, 20:12, 20:16, 21:16, 21:25, 22:2, 22:8, 22:20, 22:23, 23:4, 23:8, 23:10, 23:18, 24:9, 24:17, 24:19, 24:22, 25:3, 25:6, 25:12, 25:17, 25:22, 26:8, 26:25, 27:2, 27:9, 27:16, 27:18, 27:20, 28:2, 28:11, 28:14, 28:18, 28:22, 29:3, 29:5, 29:25, 30:3, 30:12, 30:14, 30:20, 30:22, 30:25, 31:5, 31:7, 31:13, 31:16
Court [3] - 7:4, 21:17, 28:20
court's [1] - 19:22

Court's [1] - 26:14
Courthouse [1] - 1:6
cover [1] - 14:18
covered [2] - 21:5, 31:10
cross [1] - 4:4
crucial [1] - 17:22
Curiton [1] - 5:24
CURITON [1] - 5:24
cut [5] - 18:5, 18:10, 19:18, 23:15, 23:16
cutting [1] - 18:17

D

data [1] - 3:20
date [9] - 8:19, 12:13, 12:19, 15:8, 22:10, 26:19, 27:7, 27:17, 28:19
dates [9] - 12:19, 25:20, 25:24, 25:25, 26:6, 26:12, 27:21, 27:23
Daubert [14] - 12:6, 13:13, 13:21, 14:17, 14:21, 15:12, 15:14, 15:17, 17:17, 17:19, 19:11, 20:20, 22:3, 24:25
days [4] - 4:25, 5:4, 5:6, 7:16
deal [5] - 3:15, 9:15, 10:2, 12:23, 24:16
dealing [1] - 30:1
death [1] - 8:19
December [1] - 14:23
decision [1] - 18:23
defendant [1] - 12:9
DEFENDANTS [5] - 1:18, 1:19, 1:21, 2:1, 2:3
defendants [1] - 13:3
defense [7] - 3:17, 3:21, 7:3, 10:4, 13:24, 25:9, 26:4
deferred [1] - 16:2
deficient [2] - 6:20, 11:21
delivered [1] - 4:10
dep [1] - 26:23
dependent [1] - 17:10
depose [1] - 25:10
deposed [2] - 19:19, 28:4
deposition [3] - 3:13, 12:12, 26:24
depositions [10] -

19:8, 22:13, 25:7, 25:12, 26:3, 26:18, 27:10, 28:1, 28:5, 30:19
DEPUTY [1] - 3:2
description [2] - 3:22, 3:24
designate [1] - 29:23
determination [1] - 23:2
determines [1] - 15:9
die [1] - 25:16
died [3] - 6:25, 7:5, 7:13
different [3] - 9:19, 14:19, 22:18
directed [2] - 21:20, 22:4
direction [1] - 21:18
discovery [1] - 16:2
discuss [2] - 19:21, 20:8
discussing [2] - 13:7
dismiss [1] - 5:12
dismissal [3] - 6:10, 6:16, 8:22
dismissals [1] - 11:13
dismissed [2] - 6:17, 9:7
dismissing [1] - 11:1
dispose [1] - 11:24
dispositive [1] - 15:24
DISTRICT [3] - 1:1, 1:1, 1:9
doable [1] - 17:19
doctors [1] - 23:21
documenting [1] - 11:15
done [8] - 11:19, 13:20, 13:21, 21:16, 22:12, 22:15, 22:16, 25:15
doubt [1] - 26:13
down [10] - 5:3, 5:19, 5:20, 13:16, 13:17, 15:6, 18:5, 19:18, 20:13, 27:2
Dr [1] - 12:12
drastically [2] - 18:10, 19:18
drop [1] - 24:14
drug [2] - 9:19, 19:3
due [2] - 7:8, 21:14
during [1] - 13:10

E

easy [1] - 17:18
effect [1] - 17:17
efficiency [1] - 20:25
efficient [1] - 11:23
effort [1] - 17:21
eight [3] - 11:12, 12:8, 18:3
eighth [2] - 31:1
either [2] - 20:6, 24:21
elsewhere [1] - 29:8
end [2] - 22:10, 26:19
energies [1] - 12:5
enteropathy [1] - 16:7
entertain [1] - 13:12
epidemiologist [2] - 21:3, 23:25
epidemiologists [3] - 15:18, 21:6, 23:13
epidemiology [1] - 14:22
ESQUIRE [9] - 1:12, 1:13, 1:15, 1:16, 1:18, 1:19, 1:20, 2:1, 2:2
essence [1] - 17:14
essentially [1] - 9:13
Estate [2] - 7:20, 8:6
et [3] - 7:2, 16:7
event [2] - 9:8, 11:15
evidence [2] - 16:23, 30:5
ex [1] - 28:3
examine [1] - 17:2
examined [1] - 16:25
except [1] - 29:17
expect [1] - 19:12
expedited [1] - 9:13
expense [1] - 17:21
expert [7] - 12:12, 14:13, 16:2, 16:21, 18:1, 22:24, 23:19
expert's [1] - 16:21
expertise [2] - 23:15, 24:2, 24:7
experts [45] - 9:17, 12:5, 12:9, 13:1, 13:2, 13:3, 13:7, 13:10, 13:13, 13:14, 13:15, 13:20, 13:25, 14:9, 14:15, 14:22, 15:9, 15:11, 16:3, 16:5, 16:8, 16:11, 18:5, 18:10, 19:19, 21:2, 21:19, 21:21, 21:22, 22:12, 22:15, 22:18,

22:21, 24:6, 24:12, 24:13, 25:9, 25:16, 25:19, 26:16, 26:20, 27:24, 28:4
explain [1] - 15:8
explanation [1] - 10:17
extension [4] - 6:25, 7:1, 7:4, 7:5
extraordinary [1] - 13:3

F

F-e-i-g-a-l [1] - 12:12
fact [6] - 5:17, 8:14, 11:17, 14:10, 29:7, 29:17
facts [4] - 9:16, 11:1, 17:7, 17:8
fair [1] - 30:10
family [2] - 7:1, 7:13
far [1] - 18:17
faster [1] - 27:5
fault [1] - 13:23
February [8] - 25:13, 25:15, 26:2, 26:18, 28:1, 28:4, 30:18, 30:19
Federal [1] - 4:14
Feigal [1] - 12:12
felt [1] - 16:16
few [3] - 10:3, 18:20, 27:2
fewer [1] - 30:19
figure [1] - 19:19
file [4] - 11:3, 11:24, 20:14, 22:13
filed [5] - 6:9, 7:7, 8:21, 17:15, 27:4
fill [1] - 22:14
filled [1] - 7:25
fine [9] - 3:15, 26:17, 26:20, 27:20, 27:23, 27:24, 28:17, 28:21, 30:23
firm [1] - 10:16
first [12] - 4:15, 5:18, 7:11, 13:16, 13:19, 13:21, 17:10, 20:19, 20:25, 21:8, 21:19, 22:16
fit [1] - 29:10
fits [1] - 29:2
five [9] - 18:4, 21:21, 21:22, 22:4, 22:8, 22:10, 22:21, 24:12, 24:13
fix [1] - 13:23

**focus** [9] - 12:4, 13:18, 13:19, 13:20, 16:6, 21:8, 21:19, 22:16, 29:11
**focusing** [2] - 19:2, 30:18
**folks** [1] - 13:12
**FOR** [10] - 1:1, 1:12, 1:14, 1:15, 1:17, 1:18, 1:19, 1:21, 2:1, 2:3
**forced** [1] - 23:16
**foreclosed** [1] - 15:7
**forward** [2] - 8:24, 20:25
**forwarded** [1] - 5:3
**four** [10] - 5:17, 5:21, 6:22, 14:23, 14:25, 15:4, 15:10, 15:18, 24:1
**framed** [1] - 17:15
**frankly** [3] - 8:4, 19:8, 19:11
**front** [3] - 9:12, 9:16, 19:5
**full** [2] - 16:15, 19:1

**G**

**Gains** [1] - 8:21
**game** [1] - 21:5
**gap** [1] - 23:17
**gastrointestinal** [1] - 9:16
**General** [3] - 16:12, 16:22, 23:3
**general** [25] - 3:22, 13:19, 13:25, 14:11, 14:17, 16:6, 16:13, 18:6, 19:7, 19:15, 20:20, 20:21, 21:8, 21:20, 21:21, 21:25, 22:9, 22:11, 23:22, 27:24, 28:2, 28:3, 28:4, 29:16
**generally** [1] - 18:15
**genesis** [1] - 16:16
**Gerry** [1] - 1:7
**GI** [2] - 23:14, 23:21
**given** [1] - 17:24
**Golomb** [3] - 8:10, 10:23, 18:8
**GOLOMB** [15] - 1:13, 4:22, 4:25, 5:11, 5:14, 5:16, 6:8, 8:11, 8:16, 8:21, 10:25, 11:4, 25:11, 28:15, 31:14
**Golomb's** [1] - 10:15
**greatly** [1] - 26:14
**group** [1] - 15:2

**guess** [2] - 8:6, 11:14

**H**

**hallelujah** [1] - 28:11
**hand** [1] - 10:15
**handle** [1] - 11:25
**hard** [1] - 4:10
**hear** [3] - 13:13, 13:15, 22:14
**heard** [4] - 11:12, 11:16, 18:17
**hearing** [4] - 15:8, 28:19, 30:17, 30:18
**Hearing** [3] - 15:15, 15:17, 24:25
**Hearings** [2] - 12:6, 15:12
**hearings** [7] - 13:21, 14:21, 15:1, 15:3, 27:14, 30:3, 30:8
**help** [2] - 3:21, 17:2
**Hiddleston** [1] - 10:24
**hinted** [1] - 29:8
**Hoker** [1] - 6:23
**holding** [1] - 11:18
**Honor** [15] - 4:22, 6:8, 6:22, 8:11, 10:25, 11:12, 14:2, 18:3, 18:25, 20:22, 26:21, 30:7, 30:9, 31:11, 31:14
**Honor's** [1] - 18:13
**HONORABLE** [1] - 1:9
**hundred** [1] - 12:1

**I**

**idea** [1] - 8:19
**identified** [1] - 21:9
**identify** [3] - 5:3, 14:13, 22:5
**immediately** [2] - 22:13, 22:14
**impact** [1] - 16:5
**important** [2] - 19:25, 23:2
**impose** [1] - 28:25
**IN** [1] - 1:3
**inclination** [1] - 19:21
**inclined** [2] - 18:25, 19:22
**indicate** [1] - 10:12
**information** [4] - 5:9,

8:5, 8:18, 18:14
**injuries** [4] - 3:23, 3:25, 9:4, 17:12
**injury** [1] - 17:4
**instance** [1] - 20:19
**instead** [1] - 26:16
**intend** [2] - 7:23, 14:15
**intention** [1] - 14:8
**interested** [1] - 29:14
**internet** [1] - 7:12
**investment** [1] - 19:25
**issue** [15] - 9:25, 10:2, 11:6, 12:21, 14:20, 17:6, 19:4, 20:22, 20:25, 21:14, 23:2, 26:12, 29:10, 29:11
**issues** [7] - 9:17, 9:18, 15:23, 19:15, 20:3, 24:3, 31:9

**J**

**January** [2] - 1:8, 18:1
**JERSEY** [1] - 1:1
**Jersey** [3] - 1:7, 27:8, 27:11
**JESSICA** [1] - 2:1
**JOEL** [1] - 1:10
**John** [1] - 1:7
**jointly** [1] - 27:8
**Judge** [8] - 8:1, 12:22, 20:23, 24:4, 25:14, 28:12, 29:20, 30:9
**JUDGE** [6] - 1:9, 1:10, 15:16, 20:18, 27:17, 29:19
**judge** [1] - 22:18
**judgment** [2] - 11:25, 12:1
**Judgment** [1] - 9:14
**July** [1] - 7:8
**June** [1] - 7:7
**jury** [1] - 13:15
**justice** [1] - 6:17

**K**

**keep** [5] - 3:19, 19:15, 19:16, 25:25, 30:25
**KENNETH** [1] - 1:20
**KESSLER** [1] - 1:16
**key** [2] - 22:17, 24:3

**kind** [2] - 12:1, 29:8
**kinds** [2] - 20:14, 20:16
**KLUG** [1] - 2:2
**knows** [1] - 3:17
**KUGLER** [1] - 1:9
**Kugler** [2] - 20:23, 29:20

**L**

**lack** [1] - 3:18
**last** [1] - 7:7
**law** [3] - 10:16, 26:25, 29:16
**leaning** [1] - 21:17
**least** [5] - 8:5, 10:7, 11:17, 15:14, 25:1
**legal** [1] - 29:6
**letter** [6] - 7:9, 11:12, 11:13, 12:13, 12:15, 24:23
**letters** [1] - 10:21
**liability** [6] - 13:25, 16:6, 21:20, 21:21, 21:23, 28:2
**LIABILITY** [1] - 1:4
**limitations** [3] - 15:25, 18:2, 20:3
**limits** [1] - 28:25
**line** [1] - 11:7
**lined** [1] - 12:6
**list** [11] - 5:23, 6:23, 7:15, 8:11, 8:15, 11:16, 12:9, 12:16, 16:1, 24:14, 29:24
**listed** [4] - 4:19, 6:19, 7:10, 9:2
**listen** [1] - 5:12
**listing** [6] - 4:15, 4:18, 5:18, 6:18, 7:16, 8:20
**literature** [1] - 19:9
**literatures** [1] - 19:14
**LITIGATION** [1] - 1:4
**litigation** [3] - 4:4, 4:14, 18:22
**litigations** [1] - 27:25
**live** [3] - 15:14, 25:1, 25:4
**look** [4] - 8:24, 20:11, 24:12, 28:16
**looked** [1] - 24:14
**looking** [3] - 9:13, 15:6, 15:11
**lunch** [1] - 3:13

**M**

**MAGISTRATE** [5] - 1:10, 15:16, 20:18, 27:17, 29:19
**major** [1] - 26:12
**maladies** [1] - 16:8
**man** [2] - 3:5, 7:13
**manufacturer** [1] - 16:18
**March** [9] - 26:19, 27:12, 27:13, 28:5, 30:18, 30:22, 30:23, 31:1, 31:5
**Mason** [2] - 4:22, 5:1
**matter** [1] - 31:18
**Matthews** [1] - 11:5
**mean** [9] - 9:20, 17:13, 18:11, 19:11, 19:14, 20:4, 20:14, 21:1, 21:24, 26:13, 29:7
**medical** [3] - 4:6, 9:12, 9:15
**meeting** [1] - 30:14
**meetings** [1] - 30:16
**method** [2] - 11:23, 12:4
**methodology** [1] - 29:11
**MICHAEL** [1] - 1:19
**mid** [1] - 10:22
**middle** [1] - 28:24
**mindful** [1] - 14:10
**Miss** [9] - 10:8, 11:6, 11:7, 20:2, 20:8, 22:5, 26:17, 27:3, 29:19
**Mitchell** [1] - 1:6
**month** [1] - 26:2
**months** [2] - 8:18, 13:22
**Moore** [1] - 5:25
**morning** [1] - 12:11
**motions** [13] - 12:1, 13:13, 15:24, 15:25, 19:13, 20:14, 21:20, 22:3, 22:13, 27:4, 29:6
**move** [1] - 30:17
**moving** [1] - 28:13
**MR** [58] - 3:7, 3:12, 4:2, 4:4, 4:10, 4:22, 4:25, 5:11, 5:14, 5:16, 6:8, 6:22, 7:21, 7:23, 8:3, 8:11, 8:16, 8:21, 9:11, 10:10, 10:14, 10:20, 10:25, 11:4, 11:8, 12:18, 12:25, 14:2, 18:9, 18:13,

20:5, 20:10, 20:15, 20:22, 21:24, 22:1, 24:11, 24:18, 24:21, 25:11, 26:1, 26:10, 27:1, 27:22, 28:3, 28:7, 28:10, 28:12, 28:15, 28:16, 28:19, 28:25, 29:4, 30:7, 30:13, 31:3, 31:10, 31:14

**MS** [60] - 4:5, 4:17, 4:20, 5:19, 5:21, 5:23, 6:12, 6:19, 7:6, 7:18, 8:4, 8:9, 8:17, 8:24, 9:3, 10:21, 11:11, 12:7, 12:10, 14:4, 14:6, 14:8, 14:24, 15:1, 15:10, 15:19, 16:10, 16:20, 16:25, 17:5, 17:23, 21:13, 22:7, 22:18, 22:21, 23:1, 23:5, 23:9, 23:12, 23:21, 24:24, 25:5, 25:14, 25:19, 25:23, 27:6, 27:10, 27:19, 28:6, 28:8, 29:2, 29:18, 29:22, 30:2, 30:16, 30:21, 30:23, 31:4, 31:6, 31:15

**multiple** [1] - 24:5
**MURPHY** [1] - 1:20

**N**

**name** [2] - 5:1, 15:10
**Nami** [1] - 2:8
**narrow** [3] - 15:2, 15:5, 15:21
**need** [22] - 4:11, 10:6, 10:17, 14:19, 14:25, 15:13, 18:10, 18:14, 19:3, 19:18, 19:20, 20:2, 22:5, 22:22, 22:24, 24:22, 25:17, 26:21, 27:4, 27:6, 30:10, 31:7
**needed** [1] - 21:3
**needs** [2] - 19:19, 20:13
**never** [3] - 13:15, 14:16, 18:17
**new** [2] - 8:17, 17:17
**NEW** [1] - 1:1
**New** [4] - 1:7, 3:6, 27:8, 27:10
**next** [4] - 5:9, 22:6, 22:11, 25:7
**nine** [2] - 5:23, 6:19
**nothing** [6] - 3:8,

7:9, 7:10, 7:11, 7:14, 11:16
**notify** [1] - 22:9
**November** [4] - 7:10, 10:22, 13:5
**number** [19] - 4:14, 5:21, 6:3, 6:5, 6:6, 6:8, 8:15, 11:10, 13:2, 13:3, 13:15, 14:14, 15:9, 16:3, 16:5, 18:5, 18:10, 27:7, 27:8
**NUMBER** [1] - 1:4
**Number** [3] - 5:23, 5:25, 6:1
**nursery** [1] - 6:3

**O**

**obvious** [1] - 18:15
**obviously** [6] - 6:14, 9:12, 18:9, 26:11, 26:14, 31:7
**October** [2] - 7:9, 7:10
**OF** [1] - 1:1
**offered** [3] - 3:24, 19:23, 25:20
**olmesartan** [1] - 16:17
**OLMESARTAN** [1] - 1:3
**Olmesartan** [2] - 9:18, 16:7
**one** [35] - 3:16, 3:20, 4:15, 6:12, 6:22, 8:15, 9:18, 10:14, 11:25, 12:10, 12:11, 14:13, 14:14, 14:15, 14:20, 15:14, 17:7, 17:8, 17:9, 21:14, 23:7, 23:16, 23:22, 23:23, 23:24, 23:25, 24:3, 24:8, 25:16, 25:19, 26:1, 27:8, 27:24, 29:6
**One** [1] - 1:7
**ones** [2] - 26:6, 29:24
**open** [2] - 3:1, 11:6
**opinion** [2] - 16:21, 29:12
**opinions** [2] - 16:22, 19:13
**opportunity** [1] - 17:16
**oppose** [2] - 19:7, 19:10
**opposed** [1] - 21:13
**opposition** [2] -

27:14, 29:1
**Order** [3] - 5:5, 5:7, 6:20
**Orders** [1] - 4:21
**Orleans** [1] - 3:6
**otherwise** [1] - 20:12
**ought** [1] - 20:12
**overdue** [2] - 5:17, 7:9

**P**

**p.m** [1] - 31:5
**page** [3] - 4:15, 9:1, 28:25
**paragraph** [4] - 4:15, 5:17, 9:1, 12:8
**pare** [2] - 13:16, 13:17
**paring** [2] - 19:21, 20:2
**Parker** [1] - 16:10
**part** [2] - 15:6, 23:20
**passed** [1] - 8:13
**pathologist** [2] - 23:22, 23:23
**pause** [2] - 8:25, 31:12
**peer** [1] - 19:14
**people** [12] - 10:7, 11:17, 14:19, 18:14, 18:21, 18:22, 19:1, 23:13, 23:14, 24:1, 24:6, 25:2
**perfect** [1] - 21:7
**perhaps** [2] - 13:10, 13:21
**period** [1] - 17:12
**permission** [1] - 24:8
**permitting** [1] - 30:4
**person** [2] - 9:16, 23:14
**perspective** [2] - 12:22, 21:7
**PFS** [14] - 4:5, 4:7, 4:8, 4:9, 5:24, 5:25, 6:2, 6:4, 6:5, 6:7, 7:8, 7:24, 8:5, 9:4
**PFS's** [1] - 11:19
**pharamco** [3] - 23:11, 23:12, 24:3
**pharamco-vigilance** [3] - 23:11, 23:12, 24:3
**pharmaco** [4] - 23:3, 23:6, 24:2, 24:5
**pharmaco-vigilance** [4] - 23:3, 23:6, 24:2, 24:5

**phone** [4] - 10:7, 13:6, 13:8, 31:8
**physician** [1] - 5:1
**pick** [4] - 9:22, 18:4, 21:21, 25:2
**picking** [1] - 10:3
**picture** [1] - 15:7
**place** [2] - 8:6, 11:23
**plaintiff** [6] - 6:25, 9:23, 13:2, 17:3, 25:9, 29:21
**plaintiff's** [2] - 11:21, 17:4
**plaintiffs** [16] - 3:23, 9:6, 10:5, 11:12, 11:14, 11:18, 12:14, 14:1, 14:10, 14:12, 16:16, 17:16, 20:8, 25:8, 25:24, 27:21
**PLAINTIFFS** [4] - 1:12, 1:14, 1:15, 1:17
**plaintiffs'** [4] - 3:25, 15:19, 16:21
**plate** [1] - 29:5
**Plater** [1] - 6:1
**PLATER** [1] - 6:1
**play** [2] - 28:12, 28:14
**players** [1] - 21:6
**Plaza** [1] - 1:7
**plus** [1] - 17:24
**point** [10] - 3:20, 4:12, 9:24, 12:6, 13:4, 13:6, 20:7, 20:9, 21:1, 27:24
**position** [4] - 7:6, 9:11, 14:12, 18:9
**possible** [1] - 9:21
**prejudice** [1] - 11:13
**preliminary** [1] - 3:16
**premature** [1] - 15:20
**prescription** [1] - 11:15
**prevail** [1] - 21:1
**previously** [2] - 27:5, 27:7
**primary** [1] - 19:4
**principles** [1] - 29:16
**problem** [2] - 10:5, 11:22, 13:23
**procedure** [1] - 18:20
**process** [1] - 21:14
**PRODUCTS** [1] - 1:4
**progress** [1] - 28:11
**promise** [1] - 12:3
**proposal** [1] - 27:15
**propose** [1] - 27:12

**proposed** [1] - 4:13
**prove** [4] - 9:24, 17:12, 17:16, 19:3
**provide** [1] - 10:17
**providing** [1] - 11:22
**pull** [1] - 26:19
**push** [1] - 19:6
**put** [7] - 3:22, 3:25, 11:23, 13:9, 19:3, 19:11, 30:5

**Q**

**qualifications** [1] - 29:9
**quick** [1] - 26:7
**quite** [1] - 19:16
**quotes** [1] - 26:24

**R**

**raised** [4] - 9:5, 15:23, 20:23, 23:8, 23:10, 24:2
**raising** [1] - 22:25
**random** [1] - 18:4
**randomly** [1] - 18:4
**range** [1] - 14:18
**rate** [1] - 6:15
**rather** [1] - 20:4
**RAYNA** [1] - 1:16
**RE** [1] - 1:3
**read** [3] - 9:4, 23:18, 28:23
**ready** [2] - 17:24, 17:25
**real** [2] - 26:7, 26:11
**really** [14] - 11:20, 12:5, 15:20, 16:20, 19:4, 19:19, 19:20, 19:22, 20:12, 22:22, 26:6, 27:23, 29:14, 30:10
**realm** [1] - 9:21
**reason** [3] - 14:14, 17:15, 19:24
**reasons** [2] - 11:2, 21:9
**recently** [2] - 6:25, 8:12
**recognized** [1] - 13:8
**record** [1] - 28:8
**records** [9] - 4:6, 5:4, 9:12, 9:22, 9:23, 11:15, 11:17, 11:18, 11:21
**regarding** [1] - 13:14
**regulatories** [1] -

23:24
  regulatory [3] - 12:12, 23:13, 23:23
  related [1] - 9:18
  relax [1] - 3:5
  rely [2] - 26:9, 29:13
  relying [3] - 22:8, 22:10, 27:7
  remember [2] - 23:18, 23:19
  remembers [1] - 5:2
  rep [1] - 8:1
  repeat [1] - 29:5
  reply [2] - 27:14, 27:17
  report [1] - 7:17
  reports [10] - 15:21, 18:1, 19:8, 22:6, 22:12, 23:19, 25:7, 26:8, 29:20, 29:23
  representative [1] - 7:2
  represents [1] - 10:7
  request [6] - 5:4, 7:7, 10:4, 25:1, 25:25, 30:17
  required [1] - 2:7
  research [1] - 7:12
  RESNIK [1] - 1:15
  resolve [1] - 10:11
  respond [1] - 19:24
  response [3] - 9:6, 10:6, 11:5
  result [1] - 11:13
  returnable [1] - 5:8
  review [1] - 19:14
  Rhymes [1] - 6:3
  RICHARD [1] - 1:13
  rid [2] - 12:4, 16:3
  rise [1] - 3:2
  road [2] - 15:6, 27:2
  ROBERT [1] - 1:9
  Roland [1] - 6:9
  rolled [1] - 17:25
  rooted [1] - 19:14
  Rule [2] - 10:12, 29:2
  ruling [2] - 24:13, 26:4
  rulings [1] - 15:17

**S**

  save [1] - 18:2
  schedule [3] - 27:13, 28:17, 28:20
  scheduling [1] - 14:20
  Schneider [3] - 24:4, 25:14, 30:9

SCHNEIDER [5] - 1:10, 15:16, 20:18, 27:17, 29:19
  science [2] - 17:17, 29:13
  scientific [2] - 16:22, 19:9
  seat [2] - 3:3, 3:5
  second [8] - 4:18, 6:18, 6:19, 6:22, 7:12, 7:16, 8:20, 14:17
  seconds [1] - 10:3
  secrets [1] - 26:23
  Section [1] - 2:8
  see [5] - 5:15, 8:8, 15:21, 19:7, 21:4
  seeing [1] - 8:24
  seem [1] - 10:12
  send [3] - 24:23, 29:20, 29:21
  sense [5] - 15:20, 20:24, 21:7, 21:10, 26:2
  sensitive [1] - 15:22
  sent [5] - 7:9, 10:21, 11:11, 11:14, 12:14
  separate [2] - 3:23, 15:17
  separately [1] - 23:6
  serve [4] - 18:1, 22:5, 26:8, 29:22
  served [10] - 5:24, 5:25, 6:1, 6:4, 6:5, 6:6, 7:8, 11:17, 12:9, 22:4
  serving [2] - 25:7, 26:18
  set [3] - 12:13, 14:14, 25:20
  sets [2] - 17:17, 27:11
  seven [1] - 11:10
  several [1] - 8:18
  severe [1] - 9:20
  SHARKO [61] - 1:18, 4:5, 4:17, 4:20, 5:19, 5:21, 5:23, 6:12, 6:19, 7:6, 7:18, 8:4, 8:9, 8:17, 8:24, 9:3, 10:21, 11:11, 12:7, 12:10, 14:4, 14:6, 14:8, 14:24, 15:1, 15:10, 15:19, 16:10, 16:20, 16:25, 17:5, 17:23, 21:13, 22:7, 22:18, 23:9, 23:12, 23:21, 24:24, 25:5, 25:14, 25:19, 25:23, 27:6, 27:10, 27:19, 28:6,

28:8, 29:2, 29:18, 29:22, 30:2, 30:16, 30:21, 30:23, 31:4, 31:6, 31:15
  Sharko [10] - 10:8, 11:6, 11:7, 20:2, 20:8, 20:20, 22:5, 26:17, 27:3, 29:19
  sheet [3] - 3:19, 3:22, 8:14
  sheets [2] - 4:1, 5:17
  short [1] - 3:24
  shove [1] - 19:6
  Show [3] - 4:21, 5:8, 6:20
  showed [1] - 8:5
  shows [2] - 11:17, 11:20
  side [4] - 21:21, 24:17, 24:19, 24:22
  sides [5] - 16:3, 16:5, 17:21, 17:25, 20:13
  sign [1] - 7:25
  significant [4] - 12:21, 13:2, 16:5, 21:14
  similar [1] - 8:12
  simpler [1] - 29:4
  simplifies [1] - 25:15
  simply [1] - 14:20
  simultaneously [1] - 18:7
  single [1] - 20:24
  sit [1] - 20:12
  situation [1] - 8:12
  six [19] - 9:1, 11:14, 11:17, 14:1, 22:18, 23:6, 23:15, 24:12, 24:13, 24:17, 24:19, 24:22, 24:23, 25:10, 26:9, 29:20, 29:23, 29:25
  size [1] - 29:1
  SLATER [45] - 1:12, 3:7, 3:12, 4:2, 4:4, 4:10, 6:22, 7:21, 7:23, 8:3, 9:11, 10:10, 10:14, 10:20, 11:8, 12:18, 12:25, 14:2, 18:9, 18:13, 20:5, 20:10, 20:15, 20:22, 21:24, 22:1, 24:11, 24:18, 24:21, 26:1, 26:10, 27:1, 27:22, 28:3, 28:7, 28:10, 28:12, 28:16, 28:19, 28:25, 29:4, 30:7, 30:13, 31:3, 31:10
  Slater [6] - 12:16, 13:7, 18:8, 20:19,

24:9, 30:17
  someone [1] - 7:5
  sorry [3] - 13:23, 22:1, 22:2
  Sorry [1] - 28:21
  sort [1] - 12:20
  sound [1] - 16:22
  speaking [1] - 30:8
  specific [21] - 10:4, 10:5, 14:11, 14:18, 16:13, 16:14, 17:1, 17:3, 17:7, 17:24, 18:6, 20:21, 22:3, 22:15, 23:14, 23:20, 24:1, 24:7, 29:7, 29:17
  specifically [1] - 16:11
  spend [1] - 29:15
  spending [1] - 17:20
  spouse [1] - 8:13
  spread [3] - 3:19, 3:22, 3:25
  spring [1] - 31:16
  spruelike [1] - 16:7
  stage [2] - 19:20, 24:15
  staggered [1] - 27:11
  stand [1] - 13:10
  standard [1] - 26:23
  start [3] - 16:17, 26:22, 30:3
  State [1] - 4:14
  STATES [3] - 1:1, 1:9, 1:10
  States [1] - 1:6
  status [1] - 5:9
  statute [3] - 15:25, 18:2, 20:3
  steps [1] - 7:19
  STEVEN [1] - 1:15
  stick [1] - 19:17
  sticky [1] - 29:24
  still [5] - 4:16, 6:20, 7:20, 12:21, 13:23
  stipulation [2] - 6:9, 8:22, 11:3
  stipulations [1] - 6:16
  stragglers [2] - 11:23, 11:24
  straightforward [1] - 20:4
  strategy [1] - 10:3
  strongly [1] - 21:17
  stuff [1] - 3:20
  submit [1] - 9:6
  substitute [1] - 7:20
  subtle [2] - 13:11, 13:12

  sucked [1] - 24:15
  suggest [1] - 14:25
  suggesting [2] - 20:21, 25:17
  Summary [1] - 9:14
  summary [2] - 11:24, 12:1
  supported [1] - 16:22
  surviving [1] - 8:13
  SUSAN [1] - 1:18
  sympathetic [1] - 8:4
  sympathies [1] - 7:13

**T**

  team [1] - 19:23
  ten [9] - 14:10, 14:11, 15:23, 17:25, 18:4, 20:3, 22:12, 22:13
  term [1] - 3:19
  terms [2] - 18:19, 30:16
  test [1] - 19:12
  testify [1] - 15:14, 19:12, 22:24, 25:4
  testimony [2] - 13:12, 25:1
  THE [102] - 1:1, 1:9, 3:2, 3:3, 3:9, 3:15, 4:3, 4:7, 4:11, 4:18, 4:24, 5:6, 5:12, 5:15, 5:17, 5:20, 5:22, 6:11, 6:14, 7:15, 7:19, 7:22, 8:2, 8:7, 8:10, 8:15, 8:20, 8:23, 9:1, 9:9, 10:2, 10:11, 10:19, 10:23, 11:3, 11:5, 11:9, 11:20, 12:8, 12:23, 13:1, 14:3, 14:5, 14:7, 14:23, 14:25, 15:8, 16:4, 16:15, 16:24, 17:2, 17:8, 18:8, 18:12, 20:2, 20:6, 20:12, 20:16, 21:16, 21:25, 22:2, 22:8, 22:20, 22:23, 23:4, 23:8, 23:10, 23:18, 24:9, 24:17, 24:19, 24:22, 25:3, 25:6, 25:12, 25:17, 25:22, 26:8, 26:25, 27:2, 27:9, 27:16, 27:18, 27:20, 28:2, 28:11, 28:14, 28:18, 28:22, 29:3, 29:5, 29:25, 30:3,

30:12, 30:14, 30:20, 30:22, 30:25, 31:5, 31:7, 31:13, 31:16
  **theirs** [1] - 25:24
  **they've** [2] - 3:24, 9:23
  **thinking** [1] - 15:22
  **thinks** [1] - 26:21
  **Third** [1] - 29:16
  **third** [1] - 14:20
  **three** [2] - 4:15, 23:22
  **timer** [1] - 7:11
  **Title** [1] - 2:7
  **today** [1] - 31:9
  **together** [1] - 19:3
  **took** [3] - 11:13, 16:1, 25:14
  **total** [1] - 24:13
  **totally** [1] - 8:17
  **toxicologist** [1] - 23:24
  **toxicologists** [1] - 23:25
  **track** [2] - 3:19, 4:1
  **training** [1] - 31:16
  **tranche** [1] - 21:19
  **trial** [8] - 13:10, 14:9, 14:14, 14:15, 15:11, 20:20, 20:24, 21:8
  **tried** [1] - 15:4
  **true** [2] - 2:7, 10:12
  **try** [3] - 10:11, 21:11, 26:11
  **trying** [4] - 3:18, 5:3, 21:14, 29:4
  **two** [23] - 4:19, 8:11, 9:1, 9:10, 10:7, 11:12, 13:22, 15:5, 15:13, 16:1, 18:2, 20:3, 20:8, 20:13, 23:21, 23:23, 23:24, 24:1, 27:8, 27:11, 28:13

**U**

  **U.S.C** [1] - 2:8
  **under** [2] - 17:19, 19:10
  **unilaterally** [1] - 18:21
  **UNITED** [3] - 1:1, 1:9, 1:10
  **United** [1] - 1:6
  **up** [5] - 11:7, 12:6, 17:25, 24:15, 28:20
  **updating** [1] - 11:18

**V**

  **vacuum** [6] - 16:12, 16:15, 17:6, 17:14, 21:15
  **valid** [1] - 10:18
  **variance** [1] - 23:7
  **vested** [1] - 18:22
  **Vickie** [1] - 8:21
  **view** [2] - 19:25, 26:14
  **vigilance** [7] - 23:3, 23:6, 23:11, 23:12, 24:2, 24:3, 24:5

**W**

  **Wagstaff** [1] - 6:23
  **wants** [1] - 25:9
  **waste** [1] - 30:6
  **wasting** [3] - 13:16, 17:19, 17:20
  **watch** [1] - 6:13
  **Weather** [2] - 4:2, 9:25
  **Wednesday** [1] - 30:25
  **week** [7] - 22:6, 22:11, 24:25, 25:2, 25:7, 27:14, 30:23
  **weeks** [1] - 12:13
  **welcome** [1] - 3:16
  **Wells** [1] - 6:5
  **Westbrook** [1] - 6:6
  **wide** [1] - 14:18
  **willing** [2] - 15:5, 21:11
  **win** [1] - 21:5
  **word** [2] - 6:14, 25:14
  **works** [1] - 28:17
  **writing** [1] - 26:22

**Y**

  **year** [1] - 7:8
  **years** [1] - 28:13
  **yesterday** [8] - 5:24, 5:25, 6:2, 6:4, 6:6, 6:7, 7:7, 12:16
  **Yup** [1] - 27:1

**Z**

  **ZOGBY** [1] - 1:19

Exhibit C

| **Date Prepared:** | January 31, 2017 |
| **Name:** | Jerrold Ross Turner |
| **Office Address:** | Thorn Bldg, Room 1428, 20 Shattuck St., Boston, MA 02115 |
| **Home Address:** | 255 Massachusetts Ave, #202, Boston, MA 02115 |
| **Work Phone:** | 617 525 8165 (direct); 847 858 6297 (cell) |
| **Work Email:** | jrturner@partners.org; jrturner@bwh.harvard.edu |
| **Place of Birth:** | Chicago, IL |

## Education

| 1984 | AB magna cum laude | Biology (John P. Atkinson) | Washington University, St. Louis |
| 1984 | AM | Biology (John P. Atkinson) | Washington University, St. Louis |
| 1990 | PhD | Pathology (Alan M. Tartakoff) | Case Western Reserve University |
| 1991 | MD | Medicine | Case Western Reserve University |

## Postdoctoral Training

| 07/91-06/93 | Resident | Anatomic Pathology | Brigham and Women's Hospital |
| 07/93-09/93 | Fellow | Surgical Pathology (Joseph M. Corson) | Brigham and Women's Hospital |
| 10/93-12/93 | Chief Resident | Anatomic Pathology (Ramzi S. Cotran) | Brigham and Women's Hospital |
| 01/94-06/95 | Clinical Fellow | Gastrointestinal Pathology (James L. Madara and Robert D. Odze) | Brigham and Women's Hospital |
| 01/94-06/95 | Postdoctoral Fellow | Gastrointestinal Pathology (James L. Madara) | Brigham and Women's Hospital, Harvard Medical School |
| 01/14-03/14 | Visiting Scientist | Laboratory of Host Defense (Warren Strober) | National Institute of Allergy and Infectious Disease (NIAID) |

## Faculty Academic Appointments

| 07/95-06/96 | Instructor | Pathology | Harvard Medical School |
| 07/96-06/01 | Assistant Professor | Pathology | Wayne State University School of Medicine (with voting privileges) |
| 07/01-08/01 | Associate Professor | Pathology | Wayne State University School of Medicine (with voting privileges) |
| 09/01-07/03 | Assistant Professor | Pathology | The University of Chicago (with voting privileges) |
| 08/03-06/07 | Associate Professor (tenured) | Pathology | The University of Chicago (with voting privileges) |
| 07/07-01/16 | Professor (tenured) | Pathology | The University of Chicago (with voting privileges) |
| 07/11-01/16 | Professor | Medicine (GI) | The University of Chicago (with voting privileges) |

1

| 07/12-01/16 | Sara and Harold Lincoln Thompson Professor | | The University of Chicago |
| 02/16- | Appointment Pending | Pathology and Medicine | Harvard Medical School |

## Appointments at Hospitals/Affiliated Institutions

| 07/94-06/96 | Consulting Pathologist | Pathology | West Roxbury Veteran's Administration Hospital |
| 07/95-06/96 | Associate Pathologist | Pathology | Brigham and Women's Hospital |
| 07/96-08/01 | Pathologist | Pathology | Detroit Medical Center and Harper Hospital |
| 09/01-01/16 | Pathologist | Pathology | The University of Chicago Medical Center |
| 02/16- | Senior Pathologist | Pathology | Brigham and Women's Hospital |

## Other Professional Positions

| 1982-84 | Undergraduate Research Fellow | Howard Hughes Medical Institute |
| 2002 | Scientific Advisory and New Product Development Committee | ICN Biomedicals, Inc |
| 2004-06 | Consultant | NPS Pharmaceuticals |
| 2004-10 | Consultant | Alba Therapeutics |

## Major Administrative Leadership Positions

### Local

| 1983 | Secretary-Treasurer | Kappa Sigma Fraternity, Beta Sigma Chapter, Washington University, St. Louis |
| 1983 | Secretary-Treasurer | Interfraternity Council, Washington University, St. Louis |
| 1984-86 | Seminar Series Organizer | Case Western Reserve University, Medical Scientist Training Program |
| 1994 | Senior Resident on the Surgical Service | Department of Pathology, Brigham and Women's Hospital |
| 1994 | Chief Resident | Department of Pathology, Brigham and Women's Hospital |
| 1994 | Clerkship Director (as Chief Resident) | Department of Pathology, Brigham and Women's Hospital |
| 1994-96 | Director | Laboratory Sessions, Pathophysiology of Human Disease, Harvard School of Public Health |
| 1995-96 | Postdoctoral Fellow Seminar Series Organizer | Harvard Digestive Disease Center |

2

| | | |
|---|---|---|
| 1997-01 | Course Director | Gastrointestinal and Liver Pathophysiology (MSII), Wayne State University School of Medicine |
| 2001-04 | Director | Cell Biology/Cell Structure Subcore, Digestive Disease Research Core Center (NIH P30), The University of Chicago |
| 2002-03 | Organizer | Seminar Series, Committee on Cell Physiology, The University of Chicago |
| 2003-07 | Associate Director | Residency Training Program, Department of Pathology, The University of Chicago |
| 2003-07 | Course Director | Path315/MOLM 315. Tubes (Gastrointestinal, Respiratory, and Vascular), Graduate Program in Molecular Pathogenesis and Molecular Medicine, The University of Chicago |
| 2004-16 | Director | Tissue and Cell Analysis Core, Digestive Disease Research Core Center (NIH P30), The University of Chicago |
| 2004-16 | Associate Director | Digestive Disease Research Core Center (NIH P30), The University of Chicago |
| 2007-16 | Associate Chair | Department of Pathology, The University of Chicago |
| 2007-9 | Course Director | Introduction to Basic & Translational Science Research. Medical Scientist Training Program, The University of Chicago |
| 2011-16 | Head | Section of Epithelial Physiology, Institute for Integrative Physiology, The University of Chicago |

**Regional**

| | | |
|---|---|---|
| 2002-06 | Founding Chair | Chicago GI Epithelium and Mucosa (GEM) Club |

**National and International**

| | | |
|---|---|---|
| 2005 | Organizer (with M. H. Montrose and V. Yang) | Gastrointestinal Tract XI, FASEB Summer Research Conference |

3

| 2010 | Organizer (with J. Nataro) | Bill and Melinda Gates Foundation Symposium on Gut Integrity |

**Committee Service**
**Local**

| 1987-89 | Seminar Committee | Department of Pathology, Case Western Reserve University, Detroit, MO |
| 1996-01 | Research Committee | Department of Pathology, Wayne State University School of Medicine, Detroit, MO |
| 1998-99 | Master's Thesis Committee. Christine Perry, laboratory of Dr. Leon Carlock, Ph.D. | Center for Molecular Medicine and Genetics, Wayne State University School of Medicine, Detroit, MO |
| 1999 | Space Utilization Review Committee | Department of Pathology, Wayne State University School of Medicine, Detroit, MO |
| 1999-02 | Doctoral Thesis Committee. Joseph Krueger, laboratory of Dr. Kaladhar Reddy, Ph.D. | Graduate Program in Cancer Biology, Wayne State University School of Medicine, Detroit, MO |
| 2001-02 | Faculty Search Committee (mucosal immunology candidate) | Graduate Program in Molecular Pathogenesis and Molecular Medicine, The University of Chicago, Chicago, IL |
| 2001-04 | Doctoral Thesis Committee. Patrick Cullinan, laboratory of Dr. Janis Burkhardt, Ph.D. | Graduate Program in Molecular Pathogenesis and Molecular Medicine, The University of Chicago, Chicago, IL |
| 2002-16 | Executive Committee | Committee on Molecular Medicine, The University of Chicago, Chicago, IL |
| 2002-16 | Graduate Student Advisory Committee | Graduate Program in Molecular Pathogenesis and Molecular Medicine, The University of Chicago, Chicago, IL |
| 2002-16 | Integrated Light Microscopy Core Faculty Advisory Committee<br>2007-   Chair | Biological Sciences Division, The University of Chicago, Chicago, IL |
| 2002-09 | Medical Scientist Training Program Admissions Committee | Biological Sciences Division, The University of Chicago, Chicago, IL |
| 2002-04 | Doctoral Thesis Committee. Alec Vaezi, laboratory of Dr. Elaine Fuchs, Ph.D. | Ben May Cancer Institute, The University of Chicago, Chicago, IL |

| | | |
|---|---|---|
| 2002-05 | Doctoral Thesis Committee. Michael Puljung, laboratory of Drs. D. Hanck, Ph.D. and E. Beyer, M.D. | Graduate Program in Cell Physiology, The University of Chicago, Chicago, IL |
| 2002-13 | Cardiovascular Pathology Training Grant (T32) Internal Advisory Committee | Department of Pathology, The University of Chicago, Chicago, IL |
| 2002-05 | Doctoral Thesis Committee. Christine Case, laboratory of Dr. Janis Burkhardt, Ph.D.<br><br>2002-05 | Graduate Program in Molecular Pathogenesis and Molecular Medicine, The University of Chicago, Chicago, IL<br>Chair |
| 2003 | Intradepartmental Residency Review Committee | Department of Pathology, The University of Chicago, Chicago, IL |
| 2003-16 | Robert Priest Award Selection Committee | Department of Pathology, The University of Chicago, Chicago, IL |
| 2003-16 | Pathobiology Seminar Series Committee<br><br>2007-11<br>2012- | Department of Pathology, The University of Chicago, Chicago, IL<br>Chair<br>Chair |
| 2003-04 | Faculty Search Committee (Director of Pathology Informatics) | Department of Pathology, The University of Chicago, Chicago, IL |
| 2003-05 | Doctoral Thesis Committee. Miao Zhang, laboratory of Dr. Marcus Clark, M.D.<br><br>2003-05 | Graduate Program in Immunology, The University of Chicago, Chicago, IL<br>Chair |
| 2005-06 | Faculty Search Committee (Director of Transfusion Medicine) | Department of Pathology, The University of Chicago, Chicago, IL |
| 2005-08 | Faculty Search Committee (Bunning Chair in Food Allergy) | Biological Sciences Division, The University of Chicago, Chicago, IL |
| 2005-09 | Doctoral Thesis Committee. Chinonye Nnakwe, laboratory of Dr. S. Kron, M.D., Ph.D. | Department of Molecular Genetics and Cell Biology, The University of Chicago, Chicago, IL |
| 2006 | Search Committee (Chairman, Department of Surgery) | Biological Sciences Division, The University of Chicago Biological Sciences Division), Chicago, IL |
| 2006-07 | Master's Thesis Committee. Monica Gallas, laboratory of Dr. D. Boone, Ph.D. | Graduate Program in Molecular Pathogenesis and Molecular Medicine, The University of Chicago, Chicago, IL |

5

| | | |
|---|---|---|
| 2007- | Appointments and Promotions Committee (Committee of Professors) | Department of Pathology, The University of Chicago, Chicago, IL |
| | 2007- | Chair |
| 2007-12 | Committee on Appointments and Promotions | Biological Sciences Division, The University of Chicago, Chicago, IL |
| 2007-12 | Doctoral Thesis Committee. Tera Lavoie, laboratory of Dr. Julian Solway, M.D.) | Graduate Program in Molecular Pathogenesis and Molecular Medicine, The University of Chicago, Chicago, IL |
| | 2007-12 | Chair |
| 2008-16 | Robert Wissler Award Selection Committee | Department of Pathology, The University of Chicago, Chicago, IL |
| 2009 | Faculty Science Review Committee | Biological Sciences Division, The University of Chicago, Chicago, IL |
| 2009 | Symposium Organizing Committee, "Seeing small is believing big" | Chicago Biomedical Research Consortium, Chicago, IL |
| | 2009 | Chair |
| 2009 | Core Services Subcommittee. Biological Sciences Division Faculty Science Review Committee | Biological Sciences Division, The University of Chicago, Chicago, IL |
| | 2009 | Chair |
| 2011-15 | Doctoral Thesis Committee. Bryan Berube, laboratory of Dr. J. Bubeck-Wardenburg, M.D., Ph.D. | Graduate Program in Microbiology, The University of Chicago, Chicago, IL |
| 2011-16 | Senior Fellow | Institute for Integrative Physiology, The University of Chicago, Chicago, IL |
| 2012- | Doctoral Thesis Committee. Charlie Dulberger, laboratory of Dr. E. Adams, Ph.D. | Graduate Program in Biochemistry, The University of Chicago, Chicago, IL |
| 2012-15 | Doctoral Thesis Committee. Joanna Wroblewska, laboratory of Dr. Y.-X. Fu, M.D., Ph.D. | Graduate Program in Immunology, The University of Chicago, Chicago, IL (Committee on Immunology) |
| 2013-15 | Doctoral Thesis Committee. Vivian Choi, laboratory of Dr. J. Bubeck-Wardenburg, M.D., Ph.D. | Graduate Program in Microbiology, The University of Chicago, Chicago, IL |
| 2016 | Ad hoc Professorial Appointment Committee | Harvard Medical School, Boston, MA |

**Regional**

| | | |
|---|---|---|
| 2002-12 | Organizing Committee | Chicago Area GI Epithelium and Mucosa (GEM) Research Group Chair |
| | 2002-06 | |
| 2002-04 | Doctoral Thesis Committee. Ivana Simnovic, laboratory of Dr. Gail Hecht, M.D. | Department of Microbiology, University of Illinois at Chicago, Chicago, IL |
| 2008 | Doctoral Thesis Committee. Rebecca Vongsa-Moyer, laboratory of Dr. M. Dwinell, Ph.D. | Department of Microbiology, Medical College of Wisconsin, Milwaukee, WI |
| 2011 | Doctoral Thesis Committee. Harsha Rajapakse, laboratory of Dr. L. W. Miller, Ph.D. | Department of Chemistry, University of Illinois at Chicago, Chicago, IL |

**National and International**

| | | |
|---|---|---|
| 2006 | Faculty of 1000 | Physiology; gastrointestinal physiology section |
| 2008 | Organizing Committee | Molecular structure and function of the tight junction: From basic mechanisms to clinical manifestations, Berlin |

**Professional Societies**

| | | |
|---|---|---|
| 1987-90, 2003- | American Society for Cell Biology | |
| 1995- | Rodger C. Haggitt Gastrointestinal Pathology Society | |
| | 1999-01 | Training Committee |
| | 2001-04 | Executive Committee |
| | 2002-04 | Website Editor/Developer |
| | 2003-06 | Co-chair, Publications Committee |
| 1995- | American Gastroenterological Association | |
| | 1998-00 | Delegate, Intestinal Disorders Section |
| | 2000 | Abstract Selection Committee, *Mechanisms of mucosal injury* |
| | 2001 | Abstract Selection Committee, *Intestinal epithelial dynamics and barrier function* |
| | 2001 | Abstract Selection Committee, *Epithelial/mesenchymal interactions* |
| | 2001 | Chair, Abstract Selection Committee, *Mechanisms of mucosal injury, defense, and repair* |

| | |
|---|---|
| 2002 | Abstract Selection Committee, *Inflammation and Epithelial Pathobiology; Injury and Repair* |
| 2002 | Abstract Selection Committee, *Microbial Interactions, Probiotics and Intestinal Host Defense* |
| 2002-07 | Editorial Board Member, *Clinical Gastroenterology and Hepatology* |
| 2003-04 | PhD, MD/PhD, DVM Committee |
| 2003-05 | Chair, Abstract Selection Committee, *Inflammation and Epithelial Pathobiology; Injury and Repair* |
| 2003-06 | Chair, Abstract Selection Committee, *Tight Junctions and Regulation of Barrier Function* |
| 2004-06 | Awards Selection Committee |
| 2004-07 | PhDs and Basic Scientists Task Force |
| 2006 | Chair, Abstract Selection Committee, *Cytoskeleton* |
| 2006 | Chair, Abstract Selection Committee, *Matrix and Mesenchyme* |
| 2006 | Chair, Abstract Selection Committee, *Wound Healing and Repair* |
| 2006- | Fellow |
| 2006-07 | Nominating Committee |
| 2009-12 | Vice-Chair, Intestinal Disorders Section (elected) |
| 2009-14 | Councilor |
| 2012-14 | Chair, Intestinal Disorders Section (elected) |

| | | |
|---|---|---|
| 1995- | U.S.-Canadian Academy of Pathology | |
| 1996- | American Physiological Society | |
| | 2006-09 | Councilor, Gastrointestinal and Liver Physiology Section (elected) |
| | 2007 | Chair, Special Topic Forum *Roles of Intestinal Epithelia and Bacteria in Inflammatory* |

|  |  |  |
|---|---|---|
|  |  | *Disease* |
|  | 2008 | Chair, Cross-Society (with American Society for Experimental Pathology) Special Topic Forum *Regulatory Mechanisms in Diseases of Epithelial Transport* |
|  | 2009-12 | Secretary/Treasurer, Gastrointestinal and Liver Physiology Section (elected) |
|  | 2011 | APS Strategic Planning Committee |
|  | 2012-15 | Chair, Gastrointestinal and Liver Physiology Section (elected) |
|  | 2012-15 | Section Advisory Committee |
| 2000- | American Society for Investigative Pathology | |
|  | 2002- | |
|  | 2010-13 | Meritorious Awards Committee |
|  | 2011-14 | Publications Committee |
| 2001- | Crohn's and Colitis Foundation of America | |
|  | 2003-06 | National Professional Education Committee |
| 2005- | American Society for Clinical Investigation | |
|  | 2005- | Member (elected) |
| 2007- | American Society for Biochemistry and Molecular Biology | |
| 2012- | Association of American Physicians | |
|  | 2012- | Member (elected) |

## Grant Review Activities

|  |  |  |
|---|---|---|
| 1997-2006 | Merit Award Grant Review (GI) | U.S. Veteran's Administration |
|  | 1997, 1998, 1999, 2000, 2001, 2002 | External Reviewer |
|  | 2003-06 | Member |
| 2001 | NIDDK Special Emphasis Panel, Digestive Diseases Research Core Centers GRB-4 | NIH |
|  | 2001 | Member |
| 2002 | Special Emphasis Review Panel, Centers of Biomedical Research Excellence (COBRE) | NIH |
|  | 2002 | Member |

| | | |
|---|---|---|
| 2002-03 | Special Emphasis Panel ZRG1ALTX-1<br>2002, 2002, 2003 | NIH<br>Member |
| 2002-18 | NIDDK Sub-Committee C<br>2002, 2003, 2003, 2013<br>2004-10<br>2008-09<br>2014-18 | NIH<br>Ad hoc member<br>Permanent member<br>Chair<br>Permanent member |
| 2003-08 | <br>2003, 2005, 2006, 2007, 2008 | Broad Medical Research<br>Foundation<br>Grant Proposal Reviewer<br>(External) |
| 2004 | Special Emphasis Panel ZDK GRB-6 (02)<br>2004 | NIH<br>Member |
| 2004-11 | NIH Special Emphasis Panel, ZRG F10 DIG-C<br>2004, 2004, 2005, 2005, 2006, 2008, 2011 | NIH<br>Member |
| 2004-15 | Senior Research Award Review Panel<br><br>2004, 2005, 2006, 2007, 2008<br><br>2009-15 | Crohn's and Colitis Foundation<br>of America<br>Grant Proposal Reviewer<br>(External)<br>Permanent member |
| 2005-06 | Clinical and Integrative Gastrointestinal Pathobiology<br>Study Section<br>2005, 2006 | NIH<br><br>Ad hoc member |
| 2005-08 | External Reviewer<br>2005, 2007, 2008 | Science Foundation Ireland<br>Grant Proposal Reviewer<br>(External) |
| 2005-09 | Special Emphasis Panel. ZRG1 DIG-C<br>2005, 2005, 2007, 2007, 2009 | NIH<br>Member |
| 2007 | External Reviewer | Italian Cystic Fibrosis Research<br>Foundation |
| 2010-12 | NIDDK Special Emphasis Panel, Nutrition Obesity<br>Research Centers (P30)<br>2010, 2012 | NIH<br><br>Member |
| 2010-13 | Digestive Disease and Nutrition Pre- and Postdoctoral<br>Fellowships<br>2010, 2011, 2012, 2013 | NIH<br><br>Ad hoc member |

| | | |
|---|---|---|
| 2011 | Special Emphasis Panel, ZRG1 DKUS-C (03)<br>2011 | NIH<br>Chair |
| 2011 | NIAID Special Emphasis Panel Immune Defense Mechanisms at the Mucosa Cooperative Study Group (U01) ZAI1WFD-I (M2)<br>2011 | NIH<br><br><br>Ad hoc member |
| 2011-12 | Congressionally Directed Medical Research Program (CDMRP), Inflammatory Bowel Disease<br>2011, 2012 | Department of Defense<br><br>Ad hoc member |
| 2012 | RFA RM11-006: Transformative R01 Roadmap Review (R51) ZRG1 BCMB-A (51) R<br>2012 | NIH<br><br>External reviewer |
| 2012-13 | Special Emphasis Panel, NIDDK Committee C Conflicts ZDK1 GRB-2<br>2012, 2012, 2013 | NIH<br><br>Member |
| 2013 | Gastrointestinal Mucosal Pathobiology Study Section<br>2013 | NIH<br>Ad hoc member |
| 2013 | Pilot and Feasibility: Clinical Research Studies in Digestive Diseases and Nutrition (R21) ZRG1 DKUS<br>2013 | NIH<br><br>Member |
| 2013 | Mid-Term Site Visit, Principal Investigator award "Molecular Mechanisms of Epithelial Transport" Royal College of Surgeons in Ireland (RCSI)<br>2013 | Science Foundation Ireland<br><br><br>Member |
| 2013-15 | PREPARE (Peer Review by Experts Promotes Achieving Research Excellence) Pilot Program<br>2013, 2015 | Pennsylvania State University College of Medicine<br>External reviewer |
| 2013 | Blanc program<br>2013 | French Research Agency (ANR)<br>External reviewer |
| 2013 | Discovery Grant Program<br><br><br>2013 | Natural Sciences and Engineering Research Council of Canada (NSERC)<br>External reviewer |
| 2014 | Special Emphasis Panel, ZRG1 DKUS A 10<br>2014 | NIH<br>Member |

11

| 2014 | Special Emphasis Panel, Mechanisms integrating organismal, tissue, and cellular aging 1 P01 AG048818-01 | NIH |
| | 2014 | Member |

**Editorial Activities**

**Ad hoc Reviewer**

*American Journal of Gastroenterology*
*American Journal of Pathology*
*American Journal of Pathology*
*American Journal of Physiology - Cell Physiology*
*American Journal of Physiology - Gastrointestinal and Liver Physiology*
*American Journal of Respiratory Cell and Molecular Biology*
*Biochemical Pharmacology*
*BMC Cell Biology*
*BMC Medicine*
*Cancer*
*Cancer Research*
*Cell*
*Cell and Molecular Life Sciences*
*Cell Host and Microbe*
*Cell Motility and the Cytoskeleton*
*Clinical Cancer Research*
*Clinical Gastroenterology and Hepatology*
*Current Biology*
*FASEB Journal*
*Gastroenterology*
*Gut*
*Infection and Immunity*
*Inflammatory Bowel Disease*
*International Journal of Biochemistry and Cell Biology*
*International Journal of Cancer*
*International Journal of Experimental Diabetes Research*
*Journal of Biological Chemistry*
*Journal of Cell Biology*
*Journal of Cell Science*
*Journal of Cellular Biochemistry*
*Journal of Clinical Investigation*
*Journal of Comparative Physiology*
*Journal of Experimental Medicine*
*Journal of Immunology*
*Journal of Inflammatory Bowel Disease*
*Journal of Pathology*
*Journal of Physiology*
*Microvascular Research*
*Modern Pathology*
*Molecular and Cellular Biology*

*Molecular Biology of the Cell*
*Mucosal Immunology*
*Nanoscale Biochemical Journal*
*Nature Immunlogy*
*New England Journal of Medicine*
*PLoS Biology*
*PLoS ONE*
*Proceedings of the National Academy of Sciences U.S.A.*
*Science*
*Science Translational Medicine*
*Trends in Microbiology*
*Zoology*

**Other Editorial Roles**

| | | |
|---|---|---|
| 2003- | Editorial Board Member | *American Journal of Physiology - Gastrointestinal and Liver Physiology* |
| 2003- | Editorial Board Member | *American Journal of Pathology* (gap during service as Associate Editor, 2013-14) |
| 2004- | Editorial Board Member | *Laboratory Investigation* (gap during service as Senior/Associate Editor, 2004-06) |
| 2004-06 | Associate Editor | *Laboratory Investigation* |
| 2006 | Guest Editor, "Clinical Pathology for the Gastroenterologist and Hepatologist" | *Clinical Gastroenterology and Hepatology* |
| 2006-08 | Senior Associate Editor | *Laboratory Investigation* |
| 2006-08 | Section Editor, "Pathobiology in Focus" | *Laboratory Investigation* |
| 2007- | Editorial Board Member | *Gastroenterology* (gap during service as Associate Editor, 2011-14) |
| 2008-13 | Editorial Board Member | *Journal of Biological Chemistry* |
| 2011-14 | Associate Editor | *Gastroenterology* (selected via competitive process; resigned due to new position as Editor of *Cellular and Molecular Gastroenterology and Hepatology*) |
| 2013-14 | Associate Editor | *American Journal of Pathology* (resigned due to new position as Editor of *Cellular and Molecular Gastroenterology and Hepatology*) |
| 2014-19 | Editor-in-Chief (Founding) | *Cellular and Molecular Gastroenterology and* |

13

|  |  | *Hepatology* (selected via competitive process) |  |
| --- | --- | --- | --- |
| 2015-20 | Editorial Board Member | *Journal of Biological Chemistry* |  |

**Honors and Prizes**

| | | | |
| --- | --- | --- | --- |
| 1983 | National Scholarship and Leadership Award | The Kappa Sigma Fraternity | |
| 1983 | Student Research Fellowship | Howard Hughes Medical Institute | |
| 1984-91 | Trainee, Medical Scientist Training Program | National Institutes of Health | |
| 1990 | First Prize, Irwin H. Lepow Student Research Day | Case Western Reserve University | |
| 1991 | The Martin Wahl Memorial Fund Award | Case Western Reserve University | *"for independence and excellence in research and clinical skills"* |
| 1996-2001 | Mentored Clinical Scientist Career Development Award (K08) | National Institutes of Health | |
| 1999 | Faculty Research Excellence Award | Wayne State University School of Medicine | |
| 1999 | Excellence in Pathology Education Award | Wayne State University School of Medicine | elected by the MSII class |
| 2000 | College Teaching Award | Wayne State University | |
| 2002 | Senior Research Award | Crohn's and Colitis Foundation of America | |
| 2005 | Elected Member | American Society for Clinical Investigation | |
| 2006 | Amgen Outstanding Investigator Award | American Society for Investigative Pathology | |
| 2006- | Fellow | American Gastroenterological Association | |
| 2006- | Member, Faculty of 1000 | Physiology; gastrointestinal physiology section | |

| 2011 | Takeda Distinguished Research Award | Gastrointestinal and Liver Physiology Section, American Physiological Society | |
| 2011 | Intestinal Disease Research Unit (IDRU) Lectureship in Inflammatory Bowel Disease | Gastrointestinal Research Unit, University of Calgary | *Stopping the flood: The gut barrier and its role in inflammatory bowel disease* |
| 2012- | Sara and Harold Lincoln Thompson Professor | The University of Chicago | |
| 2012- | Elected Member | Association of American Physicians. | |
| 2012 | Daljit and Elaine Sarkaria Lecturer | Department of Pathology, University of California, Los Angeles | |
| 2015 | Hans Ussing Lecturer | Epithelial Transport Group, American Physiological Society | *"to recognize scientists who have made fundamental contributions to our understanding of epithelia transport and diseases of epithelial transport"* |
| 2015 | Research Mentor Award | Intestinal Disorders Section, American Gastroenterological Association | |

## **Report of Funded and Unfunded Projects**

### **Funding Information**

**Past**

1/1/95 – 6/30/96

Tight junction regulation in intestinal epithelium
F32 DK09180
$49,400
The goal of this proposal was to study molecular mechanisms of tight junction regulation. The three complementary aims were to 1) stably transfect human intestinal epithelial cell lines with the human intestinal $Na^+$-glucose cotransporter SGLT1 in order to develop a model of physiologic tight junction regulation; 2) characterize the physiologic response of SGLT1 transfectants to apical glucose; and 3) examine the role of rab13 in the functional regulation of tight junctions using a panel of developmentally, physiologically, and pathophysiologically relevant stimuli. This award was terminated when the K08 DK02463 began.

| | |
|---|---|
| 7/1/96 – 8/30/01 | Mechanisms of intestinal tight junction regulation<br>K08 DK02463<br>$519,500<br>The aims of this proposal were to 1) characterize proposed signal transduction pathway leading from $Na^+$-nutrient cotransport to altered TJ permeability using an enterocyte-like cell line (Caco-2) stably transfected with the intestinal $Na^+$-glucose cotransporter SGLT1; and 2) evaluate structural and biochemical changes in TJ composition that follow activation of $Na^+$-glucose cotransport. |
| 7/1/99 – 6/30/01 | Tight junction regulation by myosin light chain kinase<br>R03 DK56121<br>$150,000<br>The aims of this proposal were to define and characterize the molecular mechanisms by which MLC phosphorylation regulates TJ permeability. |
| 1/1/00 – 12/31/01 | Cytoskeletal regulation of intestinal wound healing<br>Children's Research Center of Michigan<br>$100,000<br>The aim of this pilot and feasibility award were to define the role(s) of myosin light chain kinase in epithelial wound healing. |
| 9/1/01– 6/30/04 | Biology and pathobiology of GI epithelial cells<br>P30 DK42086<br>$3,302,003; Director of Cell Biology/Cell Structure<br>This award supported The University of Chicago Digestive Disease Research Core Center. |
| 9/1/01 – 6/30/06 | Physiological regulation of intestinal permeability<br>R01 DK61931<br>$1,517,912<br>The aims of this proposal were to 1) determine the signaling events that link $Na^+$-glucose cotransport to NHE3 activation; 2) characterize the roles of human intestinal epithelial MLC kinase isoforms in tight junction regulation; and 3) characterize the effects of MLC phosphorylation on perijunctional actomyosin ring organization and tight junction structure and function. |
| 7/1/02 – 6/30/05 | Barrier dysfunction in Crohn's disease: Myosin light chain phosphorylation as mediator and therapeutic target<br>Senior Research Award, Crohn's & Colitis Foundation of America<br>$345,000<br>The aims of this proposal were to 1) characterize the biochemical mechanisms by which the myosin light chain kinase inhibitor PIK prevents tight junction permeability increases induced by pathophysiological stimuli; 2) determine effects of PIK on cell migration and tight junction resealing; and 3) generate a membrane permeant MLC kinase inhibitor with stability suitable for in vivo use. |
| 7/1/04 – 11/30/05 | Biology and pathobiology of GI epithelial cells.<br>P30 DK42086<br>$1,000,001; Associate Center Director; Director of the Tissue and Cell Analysis Core |

16

This award supported The University of Chicago Digestive Disease Research Core Center.

| | |
|---|---|
| 7/1/05 –<br>6/30/10 | Regulation of paracellular permeability by IFNγ and TNFα<br>R01 DK68271<br>$1,714,154<br>The aims of this proposal were to 1) determine the role of IFNγ in enhancing epithelial responsiveness to TNFα and the mechanisms by which IFNγ and TNFα synergize to increase MLC phosphorylation; 2) define the effects of IFNγ and TNFα on tight junction protein dynamics; and 3) characterize the effects of IFNγ and TNFα on the regulation of MLC phosphorylation in vivo and in situ using TNFR1, TNFR2, and MYLK knockout mice. |
| 12/1/05 –<br>11/30/15 | IBD and mucosal inflammation; immunology; and microbiology.<br>P30 DK42086<br>$11,553,424; Associate Center Director; Director of the Tissue and Cell Analysis/Molecular and Experimental Pathology Core ($1,557,864).<br>This award supported The University of Chicago Digestive Disease Research Core Center. |
| 5/1/06 –<br>4/30/07 | Approaches for oral drug delivery<br>Unity Pharmaceuticals, Inc<br>$50,000<br>The goals of this sponsored research agreement were to assess approaches for oral delivery of a novel membrane permeant MLC kinase inhibitor. |
| 7/1/06 –<br>6/30/07 | Physiological Regulation of Intestinal Epithelial Transport and Barrier Function<br>R01 DK061931-06S1<br>$17,066<br>This supplement supported a minority undergraduate student. |
| 7/1/06 –<br>6/30/11 | Physiological regulation of intestinal permeability<br>R01 DK61931<br>1,587,326<br>The aims of this proposal were to 1) define the role of ezrin in acute regulation of protein delivery to the plasma membrane; 2) identify the mechanisms that define the dynamic behavior of proteins at the tight junction; and 3) define the mechanisms and significance of actomyosin-dependent tight junction maintenance and regulation. |
| 1/1/08 –<br>12/31/09 | Multiplexed imaging of transient molecular complex dynamics in vivo<br>Catalyst Award, Chicago Biomedical Consortium<br>$200,000; Co-PI (MPI)<br>The aim of this collaborative proposal was to assess the potential of a time-resolved fluorescence resonance energy transfer approach to analyze tight junction protein interactions in living cells. |
| 1/1/08 –<br>12/31/10 | Epithelial tight junction regulation and immune activation in inflammatory bowel disease<br>Research Fellowship Award, Crohn's & Colitis Foundation of America<br>$159,033<br>This award was to support training of Dr. L. Shen within Dr. Turner's laboratory. It |

focused on the contributions of enhanced tight junction permeability to progression of experimental inflammatory bowel disease.

| | |
|---|---|
| 7/1/08 – 6/30/10 | Mechanisms of epithelial barrier dysfunction mediated by inflammatory cytokines<br>F32 DK082134<br>$108,208; Mentor<br>This award was to support training of Dr. C. Weber within Dr. Turner's laboratory. It focused on the biophysical characteristics and mechanisms of tight junction regulation by pro-inflammatory cytokines. This fellowship was terminated prematurely to allow Dr. Weber to accept a K08 award. |
| 5/1/09 – 10/30/12, 9/1/13 – 8/31/14 | Epithelial myosin light chain kinase trafficking: a therapeutic target in inflammatory bowel disease<br>IBD-022, Broad Medical Research Foundation<br>$299,911<br>The aims of this proposal were to 1) define the contributions of the epithelial long myosin light chain kinase isoform 1 (MLCK1) to inflammaory bowel disease pathogenesis; and 2) characterize a novel approach to interrupt MLCK1 trafficking to the tight junction to prevent MLCK1-dependent barrier dysfunction. |
| 6/1/09 – 5/31/12 | Epithelial barrier-dependent mucosal immune regulation:  Mechanisms and interventions<br>W81XWH-09-1-0341, Department of Defense CDMRP<br>$1,385,840<br>The aims of this proposal were to 1) determine how innate mucosal immune regulation is altered following epithelial barrier dysfunction;  2) determine how the function of adaptive regulatory cells within the mucosal immune system are modulated by epithelial barrier dysfunction; and 3) determine the roles of innate (DCs) and adaptive (Tregs) immune cells in maintaining in vivo immune homeostasis and preventing disease despite epithelial barrier dysfunction. |
| 7/20/09 – 6/30/11 | Physiological regulation of intestinal epithelial transport and barrier function<br>R01 DK061931-08S1<br>$56,338<br>This supplement was awarded under the American Recovery and Reinvestment Act to support summer trainees. |
| 9/30/09 – 9/29/11 | Immune cell regulation of intestinal epithelial barrier function during colitis<br>F32 DK084859<br>$87,146; Mentor<br>This award was to support training of Dr. K. Edelblum within Dr. Turner's laboratory. It focused on function of intraepithelial lymphocytes and their interactions with the intestinal epithelium in vivo. |
| 12/03/09 – 6/30/10 | Regulation of paracellular permeability by IFN$\gamma$ and TNF$\alpha$<br>DK068271-05S1<br>$99,959<br>This supplement was awarded under the American Recovery and Reinvestment Act to support a postdoctoral fellow and new equipment related to the parent grant. |

18

1/1/10 –
12/31/13

Occludin-dependent regulation of epithelial apoptosis in IBD
Mentored Career Development Award, Crohn's & Colitis Foundation of America
$270,000; Mentor
This award was to support continued training of Dr. L. Shen within Dr. Turner's laboratory. It focused on the role of occludin in directing epithelial apoptosis.

7/01/10 –
6/30/11

Physiological Regulation of Intestinal Epithelial Transport and Barrier Function
R01 DK061931-10S1
$95,810
This supplement awarded under the American Recovery and Reinvestment Act is for purchase of a new microscope to support studies supported by DK061931, DK068271, DK067887, DK088953, and DK084859.

7/1/10 –
6/30/15

Mechanisms and pathways of trans-tight junction conductance
K08 DK088953
$732,780; Mentor
This mentored career development award was to support continued training of Dr. C. Weber within Dr. Turner's laboratory. It focused on development of a patch clamp approach to detect single channel tight junction conductance events.

7/16/10 –
7/15/11

Advanced Multi-color Confocal and FRAP-SAC Microscope
S10 RR025643
$499,909
This application supported the purchase of a spinning disk confocal microscope with spherical aberration correction for the Biological Sciences Division Integrated Light Microscopy Core.

5/1/11 –
9/01/11

Talactoferrin interactions of with intestinal epithelial cells
Agennix, Inc
$11,295
The goals of this sponsored research agreement were to assess the direct interactions of recombinant talactoferrin with epithelial cell surfaces.

7/01/11 –
6/30/13

Immune cell regulation of intestinal epithelial barrier function during colitis
Research Scholar Award, American Gastrointestinal Association
$120,000; Mentor
This mentored award was to support continued training of Dr. K. Edelblum within Dr. Turner's laboratory. It focused on function of intraepithelial lymphocytes and their interactions with the intestinal epithelium in vivo. This award was terminated prematurely to allow Dr. Edelblum to accept a K01 career development award.

7/01/11 –
6/30/12

Role of MLCK1 trafficking in epithelial barrier regulation
F32 DK091017
$48,398; Mentor
This fellowship award was to support training of Dr. E. Bradford within Dr. Turner's laboratory. It focused on trafficking of MLCK1 within intestinal epithelium.

8/21/06 –
7/31/12

Regulation of intestinal transport
$597,752; Cell Imaging Core Director
This multi-investigator award supports a collaborative research program focused on intestinal transport.

9/1/12 –
8/31/13

HTS assays for inhibitors of protein interactions including MLCK1-FKBP8
R56 DK094954
$54,600; Co-PI (MPI)
This multi-PI grant focused on developing novel high throughput assays to detect protein-protein interactions.

7/1/11 –
6/30/14

Mechanisms and consequences of cytokine-induced tight junction barrier regulation
R01 DK68271
$1,956,599
The goals of this proposal were to 1) characterize the molecular mechanisms of MLCK activation during 'leak' pathway regulation; 2) define the mechanisms that regulate 'pore' pathway flux; and 3) elucidate the distinct roles of 'pore' and 'leak' pathways in disease.

7/01/14 –
6/30/15

Role of Cronobacter sakazakii in necrotizing enterocolitis
Research Scholar Award, American Gastrointestinal Association
$150,000; Mentor
This mentored award was to further the career development of Dr. C. Hunter. It focused on mechanisms of intestinal epithelial dysfunction in necrotizing enterocolitis.

7/1/11 –
6/30/15

Molecular mechanisms of intestinal epithelial tight junction regulation
R01 DK61931
$2,334,960
The goals of this proposal were to define the mechanisms by which signal transduction pathways that activate membrane traffic and modify protein interactions are involved in regulation of intestinal transport and barrier function

1/1/13 –
12/31/15

Claudin-2 in barrier loss and IBD: Pathogenic impact and therapeutic potential
Senior Research Award, Crohn's & Colitis Foundation of America
$343,953
The major goal of this proposal was to determine the contribution of increased claudin-2 expression to IBD progression and to assess the therapeutic potential of blocking claudin-2 pore permeability.

6/1/13 –
3/15/15

Identification of novel biomarkers for environmental enteropathy in children using an evidence based approach
OPP1066200, Bill & Melinda Gates Foundation
$56,810
The goal of this award is to develop biomarkers for diagnosis and treatment of environmental enteropathy. The primary grant was awarded to Dr. Syed Asad Ali, Assistant Professor of Paediatrics and Child Health, Aga Khan University, Karachi, Pakistan.

2/1/14–

Environmental enteropathy in Zambia: biomarkers defined by pathogenesis

20

| 1/31/15 | OPP1066118, Bill & Melinda Gates Foundation |
|---|---|
| | $76,192 |

1/31/15     OPP1066118, Bill & Melinda Gates Foundation
            $76,192
            The goal of this award is to develop biomarkers for diagnosis and treatment of environmental enteropathy. The primary grant was awarded to Dr. Paul Kelly, Reader in Tropical Gastroenterology, Centre for Digestive Diseases, Blizard Institute, Queen Mary & Westfield College, Barts and the London School of Medicine and Dentistry, United Kingdom, and University of Zambia, Lusaka, Zambia.

12/1/10 –   Biology and pathobiology of GI epithelial cells.
11/30/15    P30 DK42086
            Associate Center Director; Director of the Tissue and Cell Analysis Core
            This award supported The University of Chicago Digestive Disease Research Core Center.

9/1/11 –    ZO-1 domain interactions in tight junction structure and barrier function
10/28/14    F32 DK094550
            $147,341; Mentor
            This fellowship award was to support training of Dr. M. Buschmann within Dr. Turner's laboratory. It focused on the function of ZO-1 in tight junction regulation.

**Current**

2/15/12 –   $\gamma\delta$ IEL migration and epithelial interactions in intestinal disease
1/31/17     K01 DK093627
            $735,210; Mentor
            This mentored career development award was to support continued training of Dr. K. Edeblum within Dr. Turner's laboratory. It focused on roles of $\gamma\delta$IEL migration in innate immune function. Dr. Edelblum accepted a position as Assistant Professor of Pathology at Rutgers University effective 7/1/15. Dr. Turner remains involved as the mentor.

7/1/12 –    Contribution of occludin to intestinal homeostasis and disease
6/31/17     K01 DK092381
            $750,760; Mentor
            This mentored career development award is to support continued training of Dr. L. Shen within Dr. Turner's laboratory. It focuses on the role of occludin in directing epithelial apoptosis.

6/1/14 –    Cytoskeletal mechanisms of epithelial morphogenesis
5/31/17     F30 DK103511
            $75,718; Mentor
            This fellowship award was to support M.D.-Ph.D. student Matthew Odenwald during Ph.D. training within Dr. Turner's laboratory and for the final two years of medical school. It focused on the function of ZO-1 in regulating the cytoskeleton during epithelial morphogenesis.

7/1/14 –    The myosin light chain kinase-phosphatase axis in GI homeostasis and disease
6/30/19     R01 DK68271
            $2,350,260
            The objectives of this application are to 1) characterize the molecular mechanisms of MLCK1 interactions with the molecular chaperone FKBP8; 2) define the mechanisms by

which TNF induces MLCK1 trafficking; and 3) to define the roles of MYPT1 in epithelial homeostasis.

| | | |
|---|---|---|
| 7/1/14 – 6/30/19 | Translational approaches to develop drug therapy for diarrhea | |

7/1/14 – 6/30/19   Translational approaches to develop drug therapy for diarrhea
R24 DK099803
$8,894,205
The objectives of this multi-institutional program are to 1) catalog and identify potential molecular targets for anti-diarrheal therapy in human disease; 2) to define the mechanisms and contributions of functional changes in small intestinal ion absorption and secretion in diarrhea; and 3) to test the efficacy of novel anti-secretory and pro-absorptive therapeutics in disease-relevant diarrhea models. Dr. Turner is responsible for the first aim (1,975,000).

7/1/15 – 6/30/20   ZO-1-mediated protein interactions as regulators and integrators of diverse epithelial functions in health and disease.
R01 DK61931
$3,062,060
The objectives of this application are to define the mechanisms by which ZO-1 integrates diverse aspects of epithelial function, including morphogenesis, barrier function, and wound repair.

7/1/15 – 6/31/20   Defining bacterial virulence, cAMP and PKA in necrotizing enterocolitis
K08 DK106450
$727,434; Mentor
This mentored career development award is to support continued training of Dr. C. Hunter. It focuses on mechanisms of *Cronobacter sakazakii* signaling to induce intestinal epithelial dysfunction in necrotizing enterocolitis.

12/1/15 – 11/30/20   IBD and mucosal inflammation, immunology, and microbiology of the GI tract.
P30 DK42086
$5,850,000; Associate Center Director; Director of the Tissue and Cell Analysis Core ($640,350).
This award supports The University of Chicago Digestive Disease Research Core Center.

## Report of Local Teaching and Training

**Teaching of Students in Courses**

| | | |
|---|---|---|
| 1990 | Physical Diagnosis Year 2 Medical Students | Case Western Reserve University Laboratory Instructor, 20 hours of direct contact |
| 1992 | Introduction to Pathology Year 2 Medical Students | Harvard Medical School Laboratory Instructor, 3 hours of direct contact |
| 1993 | Pathology Clerkship Year 3/4 Medical Students | Brigham and Women's Hospital Clerkship Director (as Chief Resident) , 30 hours of direct contact |
| 1993 | Human Pathology | Harvard-MIT program in Health Sciences |

22

| | | |
|---|---|---|
| | Year 2 Medical Students | and Technology<br>Laboratory Instructor, 3 hours of direct contact |
| 1993 | Infectious Disease<br>Year 2 Medical Students | Harvard Medical School<br>Laboratory Instructor, 3 hours of direct contact |
| 1994-96 | Gastrointestinal Pathophysiology.<br>Year 2 Medical Students | Harvard Medical School<br>Laboratory Instructor, 3 hours of direct contact |
| 1995-96 | Gastrointestinal Pathology and Liver, Biliary, and Pancreatic Pathology. Pathophysiology of Human Disease<br>MPH and PhD students | Harvard School of Public Health<br><br>Lecturer and Laboratory Director, 20 hours of direct contact |
| 1996-2000 | NBME review course<br>Year 2 Medical Students | Wayne State University School of Medicine<br>Lecturer, 4 hours of direct contact |
| 1996-2000 | Systemic Pathophysiology. Pathology 650<br>Year 1/2 Medical Students | Wayne State University School of Medicine<br>Lecturer, 6 hours of direct contact |
| 1997-2001 | Gastrointestinal Pathophysiology<br>Year 2 Medical Students | Wayne State University School of Medicine<br>Course Director and Lecturer, 33 hours of direct classroom contact and 20 hours with individual students and small groups |
| 1998-99 | Cell Biology. IBS 7020<br>Year 1/2 PhD Students | Wayne State University School of Medicine<br>Discussion group leader, 4 hours of direct contact |
| 1998-2000 | Biomedical gastrointestinal system biology and nutrition.  IBS 7080<br>Year 1/2 PhD Students | Wayne State University School of Medicine<br><br>Lecturer, 8 hours of direct contact |
| 2000-01 | Approach to Gross Examination<br><br>Pathology Assistant B.A. Students | Wayne State University School of Mortuary Science<br>Lecturer, 8 hours of direct contact |
| 2001-04 | Medical Cell Biology: Cell Junctions<br>Year 1 PhD Students | The University of Chicago<br>Lecturer, 6 hours of direct contact |
| 2002-07 | Gastrointestinal Histology<br>Year 1 MD-PhD Students | The University of Chicago<br>Lecturer, 6 hours of direct contact |
| 2002-10 | Clinical Pathophysiology and Therapeutics: Pathology of Small Intestinal Causes of Malabsorption | The University of Chicago |

23

| | Year 2 Medical Students | Lecturer, 3 hours of direct contact |
|---|---|---|
| 2002-13 | Clinical Pathophysiology and Therapeutics: Pathology of Inflammatory Bowel Disease Year 2 Medical Students | The University of Chicago Lecturer, 3 hours of direct contact |
| 2003-07 | Tubes. Path315/MOLM 315 Year 1/2 PhD Students | The University of Chicago Co-course director and Lecturer, 20 hours of direct contact |
| 2005 | Cell Injury, Repair and Death. MPMM 57500-01: Tissue response to injury and repair induction Year 1/2 PhD Students | The University of Chicago Lecturer, 3 hours of direct contact |
| 2005 | Molecular Nutrition. MOMN 366: Mechanisms of Nutrient Absorption Year 1/2 PhD Students | The University of Chicago Lecturer, 3 hours of direct contact |
| 2005-07 | Cell Biology 302. Cytoskeleton and Cell Junctions Year 1 Medical Students | The University of Chicago Lecturer, 4 hours of direct contact |
| 2007-09 | Introduction to Basic & Translational Science Research Year 1 MD-PhD Students | The University of Chicago Course director and Lecturer, 16 hours of direct contact |
| 2008-09 | Molecular and Cell Biology. SURG 30302-01: Cytoskeleton and cell junctions Year 1 MD-PhD Students | The University of Chicago Lecturer, 2 hours of direct contact |
| 2010-12 | Cells, Molecules, and Genes MS1: Epithelial polarity and barrier function Year 1Medical Students | The University of Chicago Lecturer, 2 hours of direct contact |
| 2011-15 | Mucosal Immunology. IMMU 35500: The epithelial barrier. Year 1/2 PhD Students | The University of Chicago Lecturer, 3 hours of direct contact |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)**

| | | |
|---|---|---|
| 1996-2001 | Surgical Pathology Unknown Conferences Pathology Residents | Wayne State University School of Medicine Lecturer, 3 hours of direct contact |
| 2001-08 | Surgical Pathology Unknown Conferences Pathology Residents | The University of Chicago Lecturer, 1 hour of direct contact |
| 2001-07 | Molecular Pathology Conference Pathology Residents | The University of Chicago Teacher, 2-3 hours of direct contact before each 1 hour lecture (lectures by residents) |

**Clinical Supervisory and Training Responsibilities**

| | | |
|---|---|---|
| 1996-2001 | Surgical and Autopsy Pathology Preceptor, Wayne State University School of Medicine | 120 days per year (~1,000 cases) |
| 2001- | Gastrointestinal Surgical Pathology Preceptor | 35 days per year (~1,000 cases) |

**Formally Supervised Trainees**

1996-97    Brian K. Rill, M.D./Attending Orthopedic Surgeon, Henry Ford Health System
Research Assistant who assisted with initial studies of myosin light chain kinase and physiological tight junction regulation. Was co-author on one paper published in *Amer J Physiol – Cell Physiol.*

1996-97    Rafael E. Jimenez, M.D./Assistant Professor of Pathology, Mayo Clinic
Pathology resident who studied the relationship between dialysis and gastrointestinal amyloidosis. Published one first author paper in *Amer J Surgical Path.*

1997-98    Gail Bentley, M.D./Assistant Professor of Pathology, Wayne State University School of Medicine
Pathology resident who studied the role of race as a risk factor in HCV hepatitis. Won the Hans Popper Hepatopathology Society Resident Research Award at the 1998 US-Canadian Academy of Pathology Meeting.

1999-2001    Yevgeny Zolotarevsky, M.D. /Attending Gastroenterologist, St. Joseph Mercy Hospital, Ann Arbor, MI
Undergraduate Student who studied the role of myosin light chain phosphorylation in TNF-induced barrier loss. Published one first author paper in *Gastroenterology.* After graduation from Wayne State University, attended medical school at Wayne State University and internal medicine residency and gastroenterology fellowship at the University of Michigan.

1999-2001    Hui-Ren Zhao, M.D./Senior Research Associate, Wayne State University School of Medicine
Postdoctoral fellow who studied mechanisms of NHE3 activation during $Na^+$-nutrient cotransport. Published one first author paper in *PNAS.*

2000    Jessica J. Berglund/Current Position Unknown
Summer Undergraduate Research Experience (SURE) Fellow who studied the Role of myosin light chain phosphorylation in human small intestine during $Na^+$-nutrient cotransport. After graduating from Hope College matriculated at University of Michigan Medical School. Published one first author paper in *Amer J Physiol – GI Physiol.*

2000    Shari Rosen, Pharm.D./Infectious Diseases Clinical Pharmacist, Capital Health, Medical Center, NJ
High School Xtudent who studied myosin light chain kinase splice variants. Published one first author paper in *J Biol Chem.* received undergraduate degree and Pharm.D. from the University of Michigan.

| | |
|---|---|
| 2002-04 | John Russo, M.D /Assistant Professor of Clinical Pediatrics, The Ohio State University School of Medicine<br>Pediatric Gastroenterology Fellow who studied mechanisms of wound closure and published one first author paper in *Gastroenterology* and a book chapter. |
| 2002-06 | Daniel Clayburgh, M.D.-Ph.D./Assistant Professor of Otolaryngology, Oregon Health Sciences University<br>Medical Scientist Training Program (MSTP) Student who studied myosin light chain kinase and NHE3 in diarrheal disease and published two first author papers *J Clinical Invest*, one first author paper in *J Biol Chem* as well as thirteen additional first and middle articles and book chapters. Was awarded multiple abstract prizes. |
| 2002-16 | Le Shen, M.D., Ph.D./Research Associate (Assistant Professor), Department of Pathology, The University of Chicago<br>Ph.D. Student, Postdoctoral Fellow, and Faculty member who studied tight junction protein dynamic behavior and occludin function, in vitro and in vivo. Published three first author papers (*J Cell Biol, Mol Biol Cell, J Cell Sci*), a first author review in *Annual Review of Physiology*, and 34 other first author and collaborative works. Won The University of Chicago Robert Priest Award and was funded by Crohn's Colitis Foundation of America Research Fellowship, Crohn's Colitis Foundation of America Career Development Award, and NIH K01. |
| 2003-04 | Fengjun Wang, M.D., Ph.D./Professor of Burn Surgery, State Key Laboratory of Trauma, Burns & Combined Injury, Institute of Burn Research, Southwest Hospital, Third Military Medical University, Chongqing, China<br>Postdoctoral fellow who studied the role of myosin light chain kinase and TNF receptors in cytokine-induced barrier loss and published one first author paper each in *Gastroenterology* and *Amer J Pathol*, a co-first author paper in *Gastroenterology*, and two other first and middle papers. |
| 2003-05 | Edwina Witkowski (Schmitz), D.V.M./Attending Veterinarian (private practice), Nebraska Research Assistant who studied Rho kinase regulation of barrier function. |
| 2004-05 | Stephanie Blair (Deal), M.D./Instructor in Pediatrics (Neonatology), Baylor College of Medicine<br>Undergraduate Student and summer Howard Hughes Medical Institute Research Fellow who studied myosin light chain kinase expression and activity in IBD and published one first author paper in *Lab Invest*. After graduation from The University of Chicago, attended medical school at Baylor College of Medicine and completed pediatrics residency at Lurie Children's Hospital/Northwestern University. |
| 2005-06 | Zhihong Hu, M.D., Ph.D./Pathology Resident Loyola University (Chicago)<br>Postdoctoral fellow who studied mechanisms of NHE3 activation during $Na^+$-nutrient cotransport and published one first author paper in *J Biol Chem* as well as a book chapter. |
| 2005-07 | Brad T. Schwarz, D.O./Anesthesiology Resident, University Hospitals, Cleveland, OH Research Assistant who studied the role of myosin light chain kinase and TNF receptors in cytokine-induced barrier loss and published one first author paper each in |

*Gastroenterology,* one a co-first author paper in *Gastroenterology,* and was co-author on two additional papers (*Amer J Pathol* and *J Cell Biol*). Subsequently earned medical degree and joined anesthesiology residency at University Hospitals, Cleveland/Case Western Reserve University.

2005-08    Liping Su, M.D./Associate Professor, Shanghai Institute of Digestive Surgery, Ruijin Hospital, Shanghai Jiao Tong University School of Medicine, Shanghai, China
Postdoctoral fellow who studied myosin light chain kinase in experimental IBD and published two first author papers in *Gastroenterology* as well as a first author commentary in *Gastroenterology* and five co-authored articles.

2005-10    Dan Yu, M.D., Ph.D./Postdoctoral Fellow, University of California San Francisco
Ph.D. Student who studied myosin light chain kinase, ZO-1 trafficking, and barrier regulation, published one first author article in *PNAS,* a first author review, and six other collaborative works. Won American Gastroenterological Association Research Award.

2005-10    Amanda Marchiando, Ph.D., M.P.H./Postdoctoral Fellow, New York University
Ph.D. Student who performed in vivo analysis of intestinal epithelial barrier maintenance, regulation, and repair and published first author papers in *J Cell Biol* and *Gastroenterology,* a first author review in *Annual Review of Pathology,* and seven other collaborative works. Won American Gastroenterological Association and American Physiological Society Research Awards.

2005-10    W. Vallen Graham, Ph.D., M.S./Postdoctoral Fellow, Rockefeller University
Ph.D. Student who studied myosin light chain kinase expression and trafficking and published two first author papers, one in *J Biol Chem,* a co-first author paper in *Pharm Res,* and eight other collaborative works. Won American Physiological Society Caroline tum Suden Award, APS and The University of Chicago Robert Priest Award.

2006-10    David Raleigh, M.D.,Ph.D./Research and Clinical Fellow in Radiation Oncology, University of California San Francisco
Medical Scientist Training Program (MSTP) Student who studied tight junction associated marvel proteins in terms of structure, function, and molecular dynamics, published first author papers in *J Cell Biol* and *Mol Biol Cell* and five other collaborative works. Was awarded multiple abstract prizes.

2006-08    Tiffany Booker/Math Instructor, Noble Auburn Gresham Charter School, Chicago, IL
Undergraduate Student supported by NIH Minority Supplement who studied myosin light chain kinase in diarrheal disease. Later joined Teach for America before current position.

2007-08    Harry Rosenberg/M.D.-Ph.D. Student, University of Illinois
Undergraduate Student who studied myosin light chain kinase trafficking. Won Best Undergraduate Honors Thesis award. After graduation from The University of Chicago matriculated into M.D.-Ph.D. program at the University of Illinois

2007-08    Aaron Hecht/M.D.-Ph.D. (MSTP) Student, The University of Chicago
Undergraduate Student awarded Foundation for Digestive Health (American Gastroenterological Association) Research Fellowship and studied mechanisms of

intestinal wound closure in vivo. After graduation from Washington University, St. Louis, matriculated into M.D.-Ph.D. program at The University of Chicago.

2007-09    Erika Sullivan, M.D., M.S./Assistant Professor (Clinical), University of Utah
M.S. student who studied microbial interactions with the tight junction. Subsequently received M.D. from The University of Chicago and completed family medicine residency at the University of Utah.

2007-16    Christopher Weber, M.D., Ph.D./Assistant Professor, Department of Pathology, The University of Chicago
Postdoctoral Fellow and Faculty member who studied tight junction conductance pathways in vitro and in vivo. Published three first author papers (*J Biol Chem, Lab Invest, eLife*), *one co-senior author paper (Mol Biol Cell*), a first author review in *Annual Review of Physiology*, and 15 other first author and collaborative works. Finalist in Burroughs Wellcome Career Awards for Medical Scientists. Awarded F32, K08, and R03 from NIH. First author work was selected for presentation at the Basic Science Plenary Session at Digestive Disease Week 2013.

2008, 2009,    Devin Boe/M.D.-Ph.D. Student, Loyola University (Chicago)
2010, 2012-    Undergraduate Student (summer research 2008) awarded a Foundation for Digestive
13    Health (American Gastroenterological Association) Research Fellowship (2009) and a Crohn's & Colitis Foundation of America Research Fellowship (2010) who also worked as a Research Assistant after graduation (2012-13) studying occludin trafficking and barrier regulation. After graduation from Northwestern University, matriculated into M.D.-Ph.D. program at Loyola University (Chicago).

2008-10    Jingshing Wu, Ph.D./M.D. Student, The University of Chicago
Medical Student who studied myosin light chain kinase trafficking. Subsequently took leave of absence to complete a Ph.D. in cell biology at Yale before returning to medical school at The University of Chicago.

2008-15    Karen Edelblum, Ph.D./Assistant Professor and Chancellor Scholar, Department of Pathology & Laboratory Medicine, Center for Inflammation and Immunity, Rutgers New Jersey Medical School
Postdoctoral Fellow and Faculty member who studied intraepithelial lymphocyte migration and function. Supported by a Research Scholar Award from Foundation for Digestive Health (American Gastroenterological Association), F32, K01, and R03 grants from NIH, and local grants from both The University of Chicago Digestive Disease Center and the Gastrointestinal Research Foundation (GIRF). Published first author papers in *PNAS* and *Gastroenterology*, a first author review in *Curr Opin Pharmacol*, a first author book chapter in textbook of Mucosal Immunology, and several additional collaborative works.

2009    Sherry Fu
High School Student (summer research) supported by Foundation for Digestive Health (American Gastroenterological Association) Research Fellowship who studied myosin light chain kinase trafficking. Subsequently received undergraduate degree from MIT.

2009-10    Markus Gluth, Ph.D., M.S./Postdoctoral Fellow, Humboldt-Universität zu Berlin,

Germany
Visiting Ph.D. Student who studied mechanisms of tight junction regulation.

2009-11    Benjamin Umans, M.S./Ph.D. student, Biological and Biomedical Sciences, Harvard University
Undergraduate student and Research Assistant who studied ZO-1 dependent mechanisms of tight junction regulation. After receiving undergraduate degree from The University of Chicago was awarded Marshall Fellowship at Cambridge University and then entered Ph.D. program at Harvard Medical School.

2010-12    Nora Joseph, M.D./Attending Pathologist, NorthShore University Health System
Postdoctoral Fellow who studied contributions of ZO-1 to epithelial morphogenesis and is a co-author on three papers (*Sci Transl Med, Cancer Res, Arthritis Rheum*).

2010    Hannah Weinberg-Wolf/Ph.D. Student, Yale University
High School Student (summer research) supported by Foundation for Digestive Health (American Gastroenterological Association) Research Fellowship who studied myosin light chain kinase trafficking. Subsequently received undergraduate degree from Johns Hopkins.

2010    Emily S. Turner/Director's Financial Analyst, Office of the Director, Consumer Financial Protection Bureau
High School Student who studied occludin tail structure. Published one first author commentary in *Gastroenterology*. Subsequently received undergraduate degree from Carleton College.

2010-12    Emily Bradford, Ph.D./Postdoctoral Fellow, University of Kentucky
Postdoctoral Fellow who studied myosin light chain kinase function and was supported by a F32 grant from NIH. Published collaborative works in *J Clin Invest, J Cell Biol*, and *Amer J Physiol – Cell Physiol* and a first author book chapter.

2011    Stefania Vetrano, M.D., Ph.D./Staff  Scientist, Istituto Clinico Humanitas, Milan, Italy
Visiting Scientist who studied barrier function in colitis.

2011    Susanne Krug, Ph.D./Assistant Professor (equivalent), Institute of Clinical Physiology, Charitè, Campus Benjamin Franklin, Berlin, Germany
Visiting Scientist who worked to develop of transgenic mice expressing fluorescent tight junction proteins.

2011    Kevin Cunningham, Ph.D./Pre-Clinical Assessor, Irish Medicines Board, Dublin, Ireland
Postdoctoral Fellow who studied claudin-2 expression and function. Training was cut short by a family crisis in Ireland.

2011    Kenny Anderson/M.S. Student, Western Kentucky University
Undergraduate student who studied occludin function in TNF-induced tight junction regulation and is a co-author on a publication in *Mol Biol Cell*.

2011, 2012    Stephanie Schmitt/M.D. Student, Rush University School of Medicine, Chicago, IL

29

Undergraduate student who studied occludin function in TNF-induced tight junction regulation and was supported by a Foundation for Digestive Health (American Gastroenterological Association) Research Fellowship. After graduation from Wellesley College, matriculated into medical school at Rush University School of Medicine, Chicago.

2011-13   Harsha Rajapakse, Ph.D./Visiting Assistant Professor of Chemistry, St. John's College, CUNY, Jamaica, New York
Postdoctoral Fellow who studied mechanisms of claudin function and is a co-author on a publication in *Mol Biol Cell*.

2011-12   Heewon Aimee Kwak, M.D./Chief Resident, Department of Pathology, The University of Chicago
Postdoctoral Fellow who studied barrier function in graft vs. host disease and is a co-author on one paper in *Sci Transl Med*. After research experience entered pathology residency program at The University of Chicago.

2011-14   Mary Buschmann, Ph.D./Research Manager, The University of Chicago
Postdoctoral Fellow who studied the role of occludin in TNF-induced barrier loss, published one first author paper in *Mol Biol Cell*, and was supported by a F32.

2011-15   Matthew Odenwald, Ph.D./M.D. Student, The University of Chicago
M.D.-Ph.D. Student who studied contributions of ZO-1 to epithelial morphogenesis. Received NIH F30 and The University of Chicago Robert Priest Award.

2011-15   Amulya Lingaraju/Ph.D. Student, The University of Chicago
Research Assistant who studied the role of occludin in epithelial damage. Subsequently joined Ph.D. program at The University of Chicago.

2011-14   Ekaterina Khramtsova, Ph.D./Postdoctoral Fellow, The University of Chicago
Ph.D. Student who studied claudin-2 function and was a co-author on three publications. First author work was selected for presentation at the Basic Science Plenary Session at Digestive Disease Week 2014.

2012-13   Lydia Breskin/M.D. Student, Tulane School of Medicine, New Orleans, LA
Research Assistant who studied tight junction associated Marvel proteins in colitis.

2012-14   Juanmin Zha, M.D./Attending endocrinologist, Nanjing, China
Postdoctoral Fellow who studied myosin light chain kinase and phosphatase functions and is a co-author on a publication in *Mol Biol Cell*.

2012-15   Weiqi He, Ph.D./Professor, Cambridge-Suda (CAM-SU) Genomic Resource Center, Soochow University, Suzhou, China
Postdoctoral Fellow who studied myosin light chain kinase and phosphatase functions in colitis and was supported by a Crohn's and Colitis Foundation of America Research Fellowship.

2012-15   Pei-Yun Tsai, Ph.D.

Postdoctoral Fellow who studied claudin-2 function in disease and was a co-author on one publication in *Gastroenterology*.

2013          Zachary Smith/Undergraduate Student, Vanderbilt University, Nashville, TN
              Summer Student who studied mechanisms of ZO-1 function and was supported by a Foundation for Digestive Health (American Gastroenterological Association) Research Fellowship.

2013          Elliot Abbott, M.Sc./Applying to medical school
              Summer Student who studied mechanisms of claudin function and is a co-author on a publication in *Mol Biol Cell* and was supported by a Crohn's and Colitis Foundation of America Summer Research Fellowship.  After graduation from the Unioversity of Florida earned M.Sc. in radiation biology at Oxford, UK.

2013          Jonathan King, Ph.D./Associate Professor and Chair, Department of Biology, Trinity University, San Antonio, TX
              Visiting Scientist who worked on domain-specific ZO-1functions.

2013-14       Johannes Reiner, M.D. Student, Eberhard Karls University, Tubingen, Germany
              Medical Student who studied mechanisms of claudin function and was supported by a Böhringer Ingelheim Foundation Research Fellowship

2013-14       Bingkun Zhang, Ph.D./Associate Professor, State Key Laboratory of Animal Nutrition, Department of Animal Nutrition & Feed Science, College of Animal Science & Technology, China Agricultural University, Beijing, China
              Postdoctoral Fellow who studied claudin-2 function.

2013-15       Michael Warren/Undergraduate Student, The University of Chicago
              Undergraduate Student who studied occludin structure and was supported by Foundation for Digestive Health (American Gastroenterological Association) Research Fellowship (2013), American Physiological Society Summer Research Fellowship (2014), and the Katen Scholars Program (2015).

2013-15       Erin McAuley/Ph.D. Student, The University of Chicago
              Ph.D. Student who studied myosin light chain kinase trafficking, was a co-author on one publication in *Mol Biol Cell*, and was awarded an F31. Training was terminated prematurely and the award was declined due to an inability to relocate with the lab to Boston.

2013-15       Sheng-Ry Shiou, Ph.D.
              Postdoctoral Fellow who studied claudin-2 function in disease.

2013-         Catherine Hunter, M.D./Assistant Professor of Pediatrics (Surgery), Feinberg School of Medicine, Northwestern University
              Faculty Mentee who studies necrotizing enterocolitis and was supported by a Research Scholar Award from Foundation for Digestive Health (American Gastroenterological Association) and a K08 from the NIH.

31

2015-        Marion France, Ph.D./Postdoctoral Fellow, Turner lab
             Postdoctoral Fellow studying cell biology of claudin proteins.

2015-        Sunil Yeruva, Ph.D./Postdoctoral Fellow, Turner lab
             Postdoctoral Fellow studying claudin-2 function in disease.

2015-16      Jeremy R. Herrmann/Visiting Medical Student, Turner lab
             Visiting Medical Student who studied barrier and transport functions in pediatric disease.

2015-        Aaron Buckley/Research Assistant, Turner lab
             Research Assistant studying MLCK1 protein interactions.

2016-        Wangsun Choi, Ph.D./Postdoctoral Fellow, Turner lab
             Postdoctoral Fellow studying MLCK1 trafficking in disease.

2016         Sana Syed, M.D., M.Sc./ Advanced Nutrition Fellow, Boston Children's Hospital
             Fellow who spent 1 month learning methods of high throughput tissue analysis in the
             context of environmental enteropathy.

2106-        Nitesh Shashikanth, Ph.D. /Postdoctoral Fellow, Turner lab
             Postdoctoral Fellow studying occludin/ZO-1 interactions and mechanotransduction at the
             tight junction.

2016-        Wei-Ting Kuo, Ph.D. /Postdoctoral Fellow, Turner lab
             Postdoctoral Fellow studying ZO-1 function in epithelial responses to injury.


**Formal Teaching of Peers (e.g., CME and other continuing education courses)**

| | | |
|---|---|---|
| 1996-99 | Weekly Gastrointestinal Oncology Tumor Board. | Barbara Ann Karmanos Cancer Institute. |
| | Practicing and Training Surgeons, Oncologists, Radiologists, and Pathologists | Presenter and Discussant. 1 hour of direct contact each week. |
| 1996-01 | Weekly Gastroenterology Conference. Practicing and Training Gastroenterologists | Detroit Medical Center and Harper Hospital Presenter and Discussant. 1 hour of direct contact each week. |
| 2001-11 | Inflammatory Bowel Disease Conference. Practicing and Training Gastroenterologists, Surgeons,  and Pathologists m | The University of Chicago Presenter and Discussant. 2 hours of direct contact each month. |
| 2003 | Update in Surgical Pathology CME course. Barrett's esophagus: Location, location, location | The University of Chicago |
| | Practicing Pathologists | Lecturer, 1 hour of direct contact |
| 2003 | Update in Surgical Pathology CME course. Diagnosis and management of diarrheal disease: Flow of information is key | The University of Chicago |

|      | Practicing Pathologists | Lecturer, 1 hour of direct contact |
|------|-------------------------|-----------------------------------|
| 2005 | Update in Surgical Pathology CME course. How do I decide if it is really colitis? Practicing Pathologists | The University of Chicago<br><br>Lecturer, 1 hour of direct contact |
| 2005 | Update in Surgical Pathology CME course. Diagnosis and management of dysplasia in inflammatory bowel disease Practicing Pathologists | The University of Chicago<br><br><br>Lecturer, 1 hour of direct contact |
| 2008 | Annual Educational Conference: Diagnostic and Management Issues in Inflammatory Bowel Disease Practicing Gastroenterologists | Illinois Crohn's & Colitis Foundation of America, Chicago, IL<br><br>Lecturer, 1 hour of direct contact |
| 2009 | Update in Surgical Pathology CME course. Diagnosis and management of dysplasia in IBD: What happens after I call it? Practicing Pathologists | The University of Chicago<br><br><br>Lecturer, 1 hour of direct contact |
| 2016 | Gastrointestinal, Liver, and Pancreatic Pathology. Pathogenetic Mechanisms in Inflammatory Bowel Disease. Practicing Pathologists | CME course offered by Brigham and Women's Hospital, Massachusetts General Hospital, and Harvard Medical School Lecturer, 1 hour of direct contact |

**Local Invited Presentations**

*No presentations below were sponsored by outside entities*

| 1995 | Invited Speaker | $Na^+$-glucose cotransport-dependent regulation of intestinal epithelial tight junctions | Harvard Digestive Disease Center. Harvard Medical School. Boston, MA. |
|------|-----------------|------|------|
| 1996 | Invited Speaker | Regulation of Epithelial Tight Junctions: Molecular Mechanisms. | Department of Physiology. Wayne State University School of Medicine. Detroit, MI. |
| 1999 | Invited Speaker | Intracellular signaling pathways on the intestine: The sweet story of $Na^+$-glucose cotransport dependent tight junction regulation. | Institute of Chemical Toxicology. Wayne State University, Detroit, MI. |
| 1999 | Invited Speaker | 'Putting the squeeze' on the tight junction: Understanding cytoskeletal regulation. | Department of Pathology. Wayne State University School of Medicine. Detroit, MI. |
| 2002 | Invited Speaker | 'Putting the squeeze' on the tight junction: Understanding cytoskeletal regulation. | Department of Pediatrics, University of Chicago, Chicago, IL |

| 2002 | Invited Speaker | Intestinal permeability in inflammatory bowel disease. | Department of Medicine, Section of Gastroenterology-Nutrition, University of Chicago, Chicago, IL |
| 2002 | Invited Speaker | Intestinal tight junction regulation: How sweet it is. | Committee on Cell Physiology, University of Chicago, Chicago, IL |
| 2002 | Invited Speaker | Actomyosin regulation of gates and fences. | Committee on Molecular Medicine, University of Chicago, Chicago, IL |
| 2002 | Invited Speaker | MLCK sets a PIK for the tight junction. | Channels, Drugs, and Cells Seminar Series, University of Chicago, Chicago, IL |
| 2003 | Invited Speaker | Coordination of epithelial transport, barrier function, and wound repair: Mechanisms and novel therapeutic approaches. | Department of Neurobiology, Pharmacology and Physiology Annual Retreat. University of Chicago, Chicago, IL |
| 2008 | Invited Speaker | Barrier dysfunction in inflammatory bowel disease: Here's leaking at you, kid. | Digestive Diseases Research Core Centers (DDRCC) Retreat. Chicago, IL |
| 2009 | Invited Speaker | Tight junction regulation: the role of myosin light chain kinase. | University of Chicago Celiac Disease Center. Chicago, IL |

**Report of Regional, National and International Invited Teaching and Presentations**
*No presentations below were sponsored by outside entities*

**Invited Presentations and Courses**

**Regional**

| 1998 | Visiting Professor | Na$^+$-glucose cotransport-dependent regulation of intestinal epithelial tight junctions: The role of myosin light chain. | Department of Microbiology, Michigan State University. East Lansing, MI. |
| 1998 | Invited Speaker | GI Pathology: Things you wanted to know about, but were afraid to ask, or Evaluation of inflammatory, metaplastic, and dysplastic lesions of the gastroesophageal junction: The pathologist's perspective. | Gastroenterology and Hepatology: Advances in Diagnosis and Treatment. Mackinac, MI |
| 1999 | Invited Speaker | Na$^+$-glucose cotransport-dependent tight | Department of Medicine, Division of Gastroenterology, |

|  |  | junction regulation: How sweet it is. | Gut Peptide Center. The University of Michigan. Ann Arbor, MI. |
|---|---|---|---|
| 1999 | Invited Speaker | Regulation of intestinal barrier function in health and disease. | Gastroenterology Research Conference. William Beaumont Hospital. Royal Oak, MI. |
| 2002 | Invited Speaker | Setting a PIK for the tight junction. | Chicago Cytoskeleton. Northwestern University School of Medicine, Chicago, IL |
| 2003 | Visiting Professor | Maintenance of the epithelial barrier at mucosal surfaces: actomyosin-dependent tight junction function. | Section of Digestive Diseases and Nutrition. The University of Illinois at Chicago. Chicago, IL |
| 2003 | Visiting Professor | Maintenance of the epithelial barrier at mucosal surfaces: actomyosin-dependent regulation transport functions. | Division of Nutritional Sciences. The University of Illinois at Urbana-Champaign. Urbana, IL |
| 2005 | Visiting Professor | Eliminating the static: Tight junction dynamics exposed. | Department of Medicine (Pulmonary and Critical Care), Northwestern University School of Medicine. Chicago, IL |
| 2005 | Visiting Professor | Pathophysiology of mucosal barrier function (Do ya feel leaky?  Well do ya...?) | Department of Microbiology. Medical College of Wisconsin. Milwaukee, WI. |
| 2006 | Visiting Professor | The mucosal barrier in disease:  All in all it's just another break in the wall. | Grand Rounds. Department of Medicine. University of Illinois at Chicago. Chicago, IL |
| 2007 | Invited Speaker | 'Arrowsmith' or 'Caps for Sale': Choices for the physician-scientist. | Graduation Seminar and Banquet. MD/PhD Training Program. University of Illinois at Chicago. |
| 2007 | Visiting Professor | Overcoming barriers in understanding of mucosal disease. | Department of Cell Biology, Neurobiology, and Anatomy. Loyola University Medical Center. Maywood, IL |
| 2007 | Invited Speaker | Pathobiology of inflammatory bowel disease: Does form follow function? | Evanston-Northwestern Hospital. Evanston, IL |
| 2008 | Invited Speaker | Mechanisms of Epithelial Barrier Regulation: Here's leaking at you, kid. | Northwestern University Medical School. Department of |

35

| | | | Pathology. Chicago, IL |
|---|---|---|---|
| 2008 | Visiting Professor | Tight junction regulation: No static at all. | Department of Cell Biology. Medical College of Wisconsin. Milwaukee, WI. |
| 2009 | Visiting Professor | Mechanisms of barrier regulation: No static at all. | Grand Rounds. Department of Medicine. University of Illinois-Chicago. Chicago, IL |
| 2009 | Invited Speaker | Looking at leaking: New views of epithelial barrier regulation and repair. | Chicago Biomedical Research Consortium "Seeing small is believing big." Chicago. Chicago, IL |
| 2010 | Invited Speaker | "I'm fixing a hole..." Novel approaches to drugging the mucosal barrier. | Chicago Crosstown Digestive Diseases Research Club |
| 2013 | Distinguished Lecturer | A Mechanistic Approach to Treating the Mucosal Barrier | Grand Rounds, Lurie Children's Hospital, Chicago, IL |
| 2013 | Visiting Professor | The intestinal epithelial barrier: A new therapeutic target in graft vs. host disease? | Lurie Children's Hospital, Chicago, IL |
| 2014 | Visiting Professor | Plasticity of mucosal barriers: From pathogenic mechanisms to therapeutic exploitation. | Northwestern University School of Medicine, Chicago, IL |
| 2016 | Speaker | The yin and yang of mucosal barriers. | Research Conference, Department of Pathology, Brigham and Women's Hospital, Boston, MA. |

**National**

| | | | |
|---|---|---|---|
| 1995 | Invited Speaker | Regulation of intestinal barrier function in health and disease | Department of Pathology. Johns Hopkins University School of Medicine. Baltimore, MD. |
| 1995 | Invited Speaker | Regulation of intestinal barrier function in health and disease | Department of Pathology, Wayne State University School of Medicine, Detroit, MI. |
| 1999 | Invited Speaker | "Putting the squeeze" on the tight junction: Understanding cytoskeletal regulation | Department of Medicine, Division of Gastroenterology, Inflammatory Bowel Disease Research Center, University of Chicago, Chicago, IL |

| 2000 | Invited Speaker | Show me the pathway! Mechanisms of signal transduction in intestinal permeability | Department of Pathology, University of Illinois School of Medicine, Chicago, IL |
| 2000 | Invited Speaker | "Putting the squeeze" on the tight junction: Exploring molecular mechanisms | Department of Pathology, Dartmouth Medical School, Hanover, NH. |
| 2001 | Invited Speaker | "Putting the squeeze" on the tight junction: Understanding cytoskeletal regulation | Department of Pathology, University of Chicago, Chicago, IL |
| 2001 | Invited Speaker | Sometimes things don't look so bad | Diagnostic Gastrointestinal Pathology Seminar. Department of Pathology, University of Chicago, Chicago, IL |
| 2001 | Invited Speake | Tight junction regulation: Sometimes you get what you NHEed | Department of Pathology, University of Washington, Seattle, WA. |
| 2001 | Invited Speaker | Sometimes things don't look so bad | Department of Pathology, University of Washington, Seattle, WA |
| 2001 | Visiting Professor | "Putting the squeeze" on the tight junction: Understanding cytoskeletal regulation | Department of Pathology, Case Western Reserve University, Cleveland, OH |
| 2001 | Visiting Professor | Sometimes things don't look so bad | Diagnostic Gastrointestinal Pathology Seminar. Department of Pathology, Case Western Reserve University, Cleveland, OH |
| 2001 | Invited Speaker | Tight junction regulation: Sometimes you get what you NHEed | Gastrointestinal Tract IX. FASEB Summer Research Conference. Kalispell, MT |
| 2002 | Visiting Professor | Setting a PIK for the epithelial barrier: Tight junction regulation as a therapeutic target | Department of Pathology, Emory University, Atlanta, GA |
| 2002 | Invited Speaker | Setting a PIK for the epithelial barrier: A novel therapeutic strategy | Central Society for Clinical Research Annual Meeting, Chicago, IL |
| 2003 | Visiting Professor | Maintenance of the epithelial barrier at mucosal surfaces: actomyosin- | Gastroenterology Grand Rounds. Boston University Medical |

|  |  | dependent regulation of cell-cell interactions | Center, Boston, MA |
| 2003 | Visiting Professor | Maintenance of the epithelial barrier at mucosal surfaces:  actomyosin-dependent tight junction regulation | Harvard Digestive Disease Center. Boston, MA |
| 2003 | Visiting Professor | Chronic diarrhea:  Many diagnoses, few clues | Department of Medicine (Gastroenterology), The University of New Mexico, Albuquerque, NM |
| 2003 | Visiting Professor | Coordination of epithelial transport, barrier function, and wound repair: Mechanisms and novel therapeutic approaches | Department of Medicine (Gastroenterology), The University of New Mexico, Albuquerque, NM. |
| 2004 | Meet the Professor Speaker | Tight junction biology in intestinal disease | American Gastroenterological Association 2004 Annual Meeting, New Orleans, LA |
| 2004 | Invited Speaker | The function of brush cells in the gastrointestinal tract | NHLBI Workshop on Brush Cell Function. Bethesda, MD Published in Am J Respir Crit Care Med. 2005. 172: 136-9. |
| 2004 | Invited Speaker | Plugging the holes: The roles of the tight junction and cytoskeleton in maintenance of mucosal barriers in IBD | Northwest Chapter Crohn's & Colitis Foundation of America. Seattle, WA |
| 2005 | Invited Speaker | Dynamics of tight junction structure | Gastrointestinal Tract XI. Innovations in GI Research and Therapy. FASEB Summer Research Conference. Snowmass, CO |
| 2005 | Visiting Professor | Pathophysiology of mucosal barrier function | Department of Pathology, Immunology, and Laboratory Medicine, University of Florida, Gainesville, FL |
| 2005 | Visiting Professor | Lumps, bumps, and nodules: Diagnostic challenges in gastrointestinal pathology | Department of Pathology, Immunology, and Laboratory Medicine, University of Florida. Gainesville, FL |
| 2005 | Visiting Professor | Diagnosis and management of dysplasia in inflammatory bowel disease | Department of Pathology, Immunology, and Laboratory Medicine, University of Florida. |

| | | | Gainesville, FL |
|---|---|---|---|
| 2005 | Invited Speaker | State of the art lecture: Healing the intestinal epithelial barrier: potential for new therapies | Crohn's & Colitis Foundation of America National Research and Clinical Conference - 4th Annual Advances in the Inflammatory Bowel Diseases. Miami Beach, FL |
| 2005 | Visiting Professor | Pathophysiology of mucosal barrier function: Cytoskeletal regulation of tight junctions | Department of Medicine (Gastroenterology) and Center for Epithelial Disorders. Johns Hopkins University School of Medicine. Baltimore, MD |
| 2006 | Visiting Professor | Pathophysiology of mucosal barrier function in inflammatory bowel disease | Department of Medicine (Gastroenterology) and Digestive Health Center of Excellence. University of Virginia. Charlottesville, VA |
| 2006 | Visiting Professor | Cytoskeletal Regulation of the Mucosal Barrier: Setting a PIK for the Tight Junction | Department of Physiology. University of Tennessee. Memphis, TN |
| 2006 | Visiting Professor | The Mucosal Barrier in Disease: All in all it's just another break in the wall | Department of Pathology. Emory University. Atlanta, GA |
| 2006 | Visiting Professor | Lumps, bumps, and nodules: Diagnostic challenges in gastrointestinal pathology | Diagnostic Pathology Seminar. Department of Pathology. Emory University. Atlanta, GA |
| 2006 | Invited Speaker | Eliminating the static: tight junction dynamics exposed | American Physiological Society Symposium "Role of epithelial cells in initiation and propagation of intestinal inflammation" Experimental Biology. San Francisco, CA |
| 2006 | Awardee | Molecular basis of epithelial barrier regulation: From basic science to clinical application | American Society for Investigative Pathology Amgen Award Lecture. Experimental Biology. San Francisco, CA |
| 2006 | Visiting Professor | The leaky intestinal barrier: A common factor in inflammatory and infectious disease? | West Virginia University Center for Immunopathology & Microbial Pathogenesis, Morgantown, WV |

| 2006 | Invited Speaker | The leaky epithelial barrier in intestinal disease | NIAAA Symposium on Alcohol, Intestinal Bacterial Growth, Intestinal Permeability to Endotoxin, Medical Consequences, and Dietary Supplements. Bethesda, MD |
|------|-----------------|-----------------------------------------------------|----------------------------------------------------|
| 2006 | Visiting Professor | .The leaky epithelial barrier in intestinal disease | Warren Medical Research Center for Celiac Disease. University of California, San Diego. La Jolla, CA |
| 2006 | Invited Speaker | State of the art lecture: Repair and healing of the intestinal epithelium and mucosa | Crohn's & Colitis Foundation of America National Research and Clinical Conference - 5th Annual Advances in the Inflammatory Bowel Diseases. Miami Beach, FL |
| 2007 | Visiting Professor | The mucosal barrier in intestinal disease:  just another break in the wall? | GI Research Conference. Vanderbilt University. Nashville, TN |
| 2007 | Visiting Professor | Lumps, bumps, and nodules: Diagnostic challenges in gastrointestinal pathology | Diagnostic Pathology Seminar. Vanderbilt University. Nashville, TN |
| 2007 | Visiting Professor | The mucosal barrier in disease:  All in all it's just another break in the wall | Department of Pathology. Case Western Reserve University. Cleveland, OH |
| 2007 | Visiting Professor | The mucosal barrier in disease:  All in all it's just another break in the wall | Department of Physiology. University of Texas Southwestern Medical Center. Dallas, TX |
| 2007 | Invited Speaker | The mucosal barrier in intestinal disease:  All in all it's just another break in the wall | Gordon Conference on Salivary Glands and Exocrine Secretion. Ventura, CA |
| 2007 | Invited Speaker | The dynamic tight junction during injury | American Gastroenterological Association Research Symposium "Enterocyte signaling during injury and repair" Washington, DC |
| 2007 | Invited Speaker | Do ya feel leaky?, well do ya? | ALBA Therapeutics Scientific Advisory Board meeting. |

| | | | Baltimore, MD |
|------|------|------|------|
| 2007 | Visiting Professor | The mucosal barrier in intestinal disease: just another break in the wall? | Department of Medicine. University of Michigan. Ann Arbor, MI |
| 2007 | Invited Speaker | Mucosal barrier dysfunction in IBD: Cause, effect, or both? | Mount Sinai School of Medicine. New York, NY |
| 2008 | Visiting Professor | The mucosal barrier in disease: Do ya feel leaky? | University of Pennsylvania. Division of Gastroenterology. Philadelphia, PA |
| 2008 | Visiting Professor | The mucosal barrier in intestinal disease: Just another break in the wall? | Harvard Medical School Pathology Grand Rounds. Departments of Pathology, Harvard Medical School and Brigham and Women's Hospital. Boston, MA` |
| 2008 | Visiting Professor | Overcoming barriers to understanding mucosal disease | Yale University. Department of Pathology. New Haven, CT |
| 2008 | Visiting Professor | Diagnostic Conference: Lumps and bumps – Problems in GI Pathology. | Yale University. Department of Pathology. New Haven, CT |
| 2008 | Visiting Professor | Mucosal barrier dysfunction and immune activation in IBD: A chicken or egg paradox | Cincinnati Children's Hospital Medical Center. Digestive Health Center. Cincinnati, OH |
| 2008 | Invited Speaker | Mechanisms and implications of epithelial barrier regulation: Here's leaking at you, kid | Washington University Medical School. Departments of Pathology and Medicine (Gastroenterology). St. Louis, MO |
| 2008 | Invited Speaker | The role of myosin in gut permeability: Here's leaking at you, kid | Cytokinetics. South San Francisco, CA |
| 2008 | Invited Speaker | What role does intestinal permeability and epithelial cell barrier function play in IBD? Here's leaking at you, kid. | Crohn's & Colitis Foundation National Research & Clinical Conference (CCFA). Hollywood, FL |
| 2009 | Invited Speaker | Cytoskeletal mechanisms of barrier regulation | American Gastroenterological Association Research Symposium "Mechanisms and impact of barrier dysfunction in intestinal disease" Chicago, IL |

| 2009 | Visiting Professor | Mechanisms and impact of barrier regulation: No static at all | National Institutes of Health (NIAID). Bethesda, MD |
|------|--------------------|--------------------------------------------------------------|------------------------------------------------------|
| 2009 | Invited Speaker | Pathologies of the GI tract | ICMI 2009 Pre-Congress Workshop: Microbes and Mucosal Immunity. Boston, MA |
| 2009 | Invited Speaker | Tight junction structure and regulation: No static at all | FASEB Summer Research Conference "Advances in the molecular and cell biology of the intestinal epithelium." Snowmass Village, CO |
| 2009 | Invited Speaker | Tight junctions and epithelial function: No static at all | Saban Research Institute and Department of Surgery. University of Southern California and Children's Hospital of Los Angeles. Los Angeles, CA |
| 2009 | Invited Speaker | Molecular anatomy of the tight junction: No static at all | Symposium entitled: "Tight junctions in kidney health and disease" American Society of Nephrology Annual Meeting. San Diego, CA |
| 2009 | Visiting Professor | Tight junction structure and regulation: No static at all | Department of Pharmacology. Columbia University College of Physicians and Surgeons. New York, NY |
| 2010 | Investigator/Speaker | Healing the intestinal epithelial barrier: Potential for new therapies | Broad Medical Research Program Investigators Meeting. Los Angeles, CA |
| 2010 | Visiting Professor | Mucosal barrier function: Mechanisms and implications | Department of Pathology. University of Wisconsin. Madison, WI |
| 2010 | Invited Speaker | Role of epithelial tight junctions in initiation and propagation of intestinal inflammation | Featured Topic Symposium "Epithelial barrier function in inflammatory bowel diseases." American Physiological Society Annual Meeting (Cell and Molecular Physiology Section) Anaheim, CA |
| 2010 | Invited Speaker | Molecular mechanisms of tight junction | University of California. Los |

42

| | | regulation: No static at all | Angeles, CA |
|---|---|---|---|
| 2010 | Invited Speaker | Immunopathologies of the human gastrointestinal tract | Microbes and Mucosal Immunity. Scottsdale, AZ |
| 2010 | Invited Speaker | Dysregulation of apical junctional complexes and inflammation | Gastrointestinal Response to Injury. Scottsdale, AZ |
| 2010 | Invited Speaker | Transport and immune consequences of barrier defects | Bill & Melinda Gates Foundation Symposium on Gut Integrity. Seattle, WA |
| 2011 | Invited Speaker | All barriers are not created equal: molecular regulation of tight junction selectivity | Emory University. Atlanta, GA |
| 2011 | Invited Speaker | Intestinal permeability in health and disease: Here's leaking at you, kid | Tulane Primate Center. Covington, LA |
| 2011 | Invited Speaker | Cellular and molecular mechanisms of barrier function in relation to stress in IBD and IBS | American Gastroenterological Association Research Symposium "Barrier Function and Intestinal Homeostasis" Chicago, IL |
| 2011 | Visiting Professor | Tight junction molecular architecture: modeling of dynamic protein interactions and barrier regulation | Center for Cell Analysis & Modeling. University of Connecticut Health Center<br><br>Farmington, CT |
| 2011 | Invited Speaker | Approaches to and outcomes of barrier restorative therapy. Has the tight junction come of age a druggable target? | NIDDK Workshop "Translational Approaches for Pharmacotherapy Development for Acute Diarrhea." Bethesda, MD |
| 2011 | Visiting Professor | A mechanistic approach to treating the mucosal barrier | Cincinnati Children's Hospital Medical Center. Digestive Health Center. Cincinnati, OH |
| 2012 | Keynote Speaker | Regulation of mucosal barrier function: A complex problem | University of Michigan. Michigan Gut Peptide Center Retreat. Ann Arbor, MI |
| 2012 | Investigator/Speaker | "A novel approach to barrier restoration: More than a diversion." | Broad Medical Research Program Investigator Meeting. Los Angeles, CA |

43

| 2012 | Invited Speaker | Of barriers, microbiota, and inflammatory disease: More than just IBD | Intestinal Pathobiology Symposia Retreat. Georgia State University. Atlanta, GA |
|------|----------------|-----------------------------------------------------------------------|----------------------------------------------------------------------------------|
| 2012 | Visiting Professor | Studies of dynamic remodeling: Mucosal barriers and the practice of pathology | Department of Pathology. University of Washington. Seattle, WA |
| 2012 | Invited Speaker | What are the limitations to intepretation by pathologists and gastroenterologists? Common pitfalls. | IBD Advisory Board. CDx Diagnostics, OralCDx Laboratories  Suffern, NY |
| 2012 | Invited Speaker | Novel targets for molecular therapies | American Gastroenterological Association Research Symposium "Intestinal permeability: What are the tolerances?" San Diego, CA |
| 2012 | Invited Speaker | Role of tight junctions in apical trafficking and disease | Research Symposium "Plasma membrane trafficking in polarized cells: What are the similarities and differences?" Johns Hopkins University School of Medicine. Baltimore, MD |
| 2012 | Invited Speaker | Genomics, intestinal epithelial barrier dysfunction, and the pathogenesis of IBD | University of Pennsylvania Center for Molecular Studies in Digestive and Liver Diseases Research Symposium "IBD, Functional Genomics and the Intestinal Mucosal Interface." Philadelphia, PA |
| 2012 | Daljit and Elaine Sarkaria Lecturer and Visiting Professor | All in all, it's just another break in the wall, or is it? The roles of intestinal barrier loss systemic disease | University of California, Los Angeles. Los Angeles, CA |
| 2012 | Digestive Diseases Grand Rounds Lecturer and Visiting Professor | Here's leaking at you kid: A mechanistic approach to treating the mucosal barrier | University of California, Los Angeles. Los Angeles, CA |
| 2012 | Pathology Diagnostic | Lumps, bumps, and stumps | University of California, Los |

|      |                                   | Case-based Slide Seminar                                                                                  | Angeles. Los Angeles, CA                                                                                          |
|------|-----------------------------------|----------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------|
| 2012 | GI Fellows Teaching Rounds        | How do you solve a problem like dysplasia?                                                                | University of California, Los Angeles. Los Angeles, CA                                                            |
| 2013 | Visiting Professor                | A pleasant diversion: Therapeutic restoration of the intestinal barrier                                  | Gastroenterology Grand Rounds. Massachusetts General Hospital, Boston, MA                                         |
| 2013 | Visiting Professor                | Towards solving tight junction structure-function relationships: Here's leaking at you kid                | Gastroenterology Research Seminar. Massachusetts General Hospital, Boston, MA                                     |
| 2013 | Visiting Professor                | Towards solving tight junction structure-function relationships: Here's leaking at you kid                | Department of Cell Biology, University of Maryland, College Park, MD                                              |
| 2013 | Visiting Professor                | The intestinal epithelial barrier: A new therapeutic target in graft vs host disease?                    | Center For Vascular and Inflammatory Diseases, University of Maryland, Baltimore, MD                             |
| 2013 | Visiting Professor                | Applying new concepts: Are we ready to get serious about therapeutic restoration of intestinal barrier function | Department of Microbiology and Physiological Systems, University of Massachusetts Medical School, Worcester, MA |
| 2013 | Visiting Professor                | The epithelial barrier in IBD: Is it a viable therapeutic target?                                        | Texas A&M Health Science Center. Temple, TX                                                                       |
| 2013 | Visiting Professor                | Plasticity of mucosal barriers                                                                            | The University of Michigan, Ann Arbor, MI                                                                         |
| 2013 | Invited Speaker                   | How does the genome modulate the intestinal epithelium in IBD?                                           | 2013 Advances in Inflammatory Bowel Diseases meeting. Hollywood, FL                                              |
| 2013 | Invited Speaker                   | Understanding barrier function in IBD                                                                     | 2013 Advances in Inflammatory Bowel Diseases meeting. Hollywood, FL                                              |
| 2014 | Visiting Professor                | Mechanistic approaches to mucosal barrier restoration and therapeutic intervention                       | Mayo Clinic, Rochester, MN                                                                                        |
| 2014 | Invited Speaker                   | Plasticity of Mucosal Barriers: From Mechanisms to Therapeutic Exploitation                              | NIH/NICHD, Bethesda, MD                                                                                           |

| 2014 | Keynote Speaker | Physiology of the Intestinal Barrier: From Mechanisms to Therapeutic Exploitation | Controlled Release Society, Annual Meeting, Chicago, IL |
| 2014 | Distinguished Research Seminar Speaker | Epithelial Barriers: Physiology, Pathobiology and Opportunities for Intervention | Oklahoma Medical Research Foundation, Oklahoma City, OK |
| 2014 | Invited Speaker, Frontiers in Digestive Health City-wide Grand Rounds | Plasticity of Epithelial Barriers: Mechanisms and Therapeutic Opportunities | Case Western Reserve University, Cleveland, OH |
| 2014 | Invited Speaker | Regulation of mucosal barrier function: Mechanisms and therapeutic opportunities | Brigham and Women's Hospital/Harvard Digestive Disease Center, Boston, MA |
| 2015 | Invited Speaker | Tight junction permeability: mechanisms and regulation | Gordon Research Conference: Salivary Glands & Exocrine Biology. Galveston, TX |
| 2015 | Visiting Professor | Mucosal Barriers: Physiology, Pathobiology, and Opportunities for Intervention | Uniformed Services University of Health Sciences. Bethesda, MD |
| 2015 | Hans Ussing Lectureship | Regulation of mucosal barrier function: Beyond the chambers | American Physiolocal Society. Experimental Biology. Boston, MA |
| 2015 | Invited Speaker | Tight junction permeability: mechanisms and regulation | Second Shanthi Sitaraman Intestinal Pathobiology Symposium. Georgia State University. Atlanta, GA |
| 2015 | Invited Speaker | Mucosal Barriers: Physiology, Pathobiology, and Opportunities for Intervention | Annual Meeting of the International Scientific Association for Probiotics and Prebiotics. Washington, DC |
| 2015 | Invited Speaker | A Reviewer's Perspective on K-Awards | Departments of Medicine and Cell and Developmental Biology. University of Michigan. Ann Arbor, MI |
| 2015 | Invited Speaker | Plasticity of Mucosal Barriers | Gordon Research Conference: Cell Contact and Adhesion. |

Andover, NH

| 2015 | Invited Speaker | Tight Junctions in Regulation of Epithelial Barrier and Pathogenesis of Crohn's Disease | Gordon Research Conference: Barrier Function of Mammalian Skin. Waterville Valley, NH |
|------|-----------------|------|------|
| 2015 | Invited Speaker | Claudin-2 as a regulator of the mucosal barrier: Too much, too little, or just enough? | FASEB Summer Research Conference. Gastrointestinal Tract XVI: GI homeostasis, the microbiome and the barrier, development and disease. Steamboat Springs, CO |
| 2016 | Pathology Grand Rounds Speaker | Translational cell biology of mucosal barriers | Brigham and Women's Hospital, Boston, MA |
| 2016 | Lecturer | Pathogenetic mechanisms in inflammatory bowel disease | Gatrointestinal, Liver, and Pancreatic Pathology. Harvard Continuing Education Course. Fairmont Copley Plaza Hotel. Boston, MA |
| 2016 | Invited Speaker | Tight junction regulation during enteric infection: Benefits of increased permeability. | CAMPS Symposium: Recent advances in the structure and function of epithelial tight junctions. American Physiolocal Society. Experimental Biology. San Diego, CA |
| 2016 | Invited Speaker | Overcoming barriers | Eleanor Humphreys Scientific Symposium. The University of Chicago. Chicago, IL |
| 2016 | Invited Speaker | Tight Junction Barrier Loss: Friend or Foe? | Mucosal Healing of the Intestinal Epithelial Barrier Symposium. New York Academy of Sciences. New York, NY |

**International**

| 2002 | Visiting Professor | SGLT1 as master regulator of nutrient absorption | The University of Calgary and Alberta Heritage Foundation for Medical Research. Department of Physiology and Biophysics. Alberta, Canada |
|------|-----------------|------|------|
| 2002 | Invited Speaker | Cytoskeletal regulation of transcellular | Meeting of the European Intestinal Transport Group. |

| | | and paracellular transport | Heiloo. The Netherlands |
|---|---|---|---|
| 2004 | Invited Speaker | Plugging the holes: The roles of the tight junction and cytoskeleton in maintenance of the mucosal barrier | European Life Sciences Organization 2004 Meeting 2004 and 8th International World Congress of Cell Biology. Nice, France |
| 2006 | Visiting Professor | Molecular basis of epithelial barrier regulation: From basic investigation to therapeutic potential | Royal College of Surgeons in Ireland (RCSI), Dublin, Ireland |
| 2007 | Invited Speaker | The mucosal barrier in intestinal disease:  just another break in the wall? | Gastrointestinal Diseases Research Unit. Queen's University. Kingston, Ontario. Canada |
| 2007 | Faculty | Pathologies of the Human Gastrointestinal Tract | Microbes and Mucosal Immunity Course. Montebello, Quebec. Canada |
| 2007 | Invited Speaker | The Dynamics of Tight Junction Structure and Function | Gastrointestinal Response to Injury: Conference. Montebello, Quebec. Canada |
| 2008 | Invited Speaker | Inflammatory bowel disease: Not just another break in the wall | International conference "Molecular structure and function of the tight junction: From basic mechanisms to clinical manifestations" Berlin, Germany |
| 2009 | Invited Speaker | Intestinal Barrier Defects | Falk Symposium-Inflammation in the Intestinal Tract: Pathogenesis and Treatment. Kiev, Ukraine |
| 2009 | Visiting Professor and Guest Adjudicator | Molecular basis and implications of mucosal barrier regulation: No static at all | Department of Medicine. University of Alberta. Edmonton, AB |
| 2009 | Invited Speaker | A hitch-hiker's guide to the tight junction | Ajinomoto Chemical Co. Kawasaki, Japan |
| 2009 | Invited Speaker | Tight junction remodeling in cytoskeletally-mediated barrier regulation: the unique role of ZO-1 | IUPS Tight Junction Symposium, XXXVI International Congress of Physiological Sciences. Kyoto, Japan |

48

| 2009 | Visiting Professor | Tight junction remodeling and cytoskeletally-mediated barrier regulation | RIKEN Center for Developmental Biology. Kobe, Japan |
|------|--------------------|-----------------------|-----------------------|
| 2010 | Invited Speaker | Tight junction regulation: Molecular mechanisms and roles in pathogenesis | US-Japan GI Executive meeting. Tokyo, Japan |
| 2010 | Visiting Professor | Structure-function relationships in epithelial barrier regulation | Osaka University. Osaka, Japan |
| 2010 | Invited Speaker | Tight junction regulation: Molecular mechanisms and roles in pathogenesis | Research Symposium "Epithelial tight junctions." Annual Meeting of The Physiological Society (UK). Manchester, UK |
| 2010 | Visiting Professor | Structure-function relationships in epithelial barrier regulation | Institut Curie. Paris, France |
| 2010 | Invited Speaker | Intestinal mucosal barrier function in health and disease | Argentine Congress of Gastroenterology and Digestive Endoscopy. Buenos Aires, Argentina |
| 2010 | Invited Speaker | The contribution of barrier dysfunction to digestive disease: Coordination of paracellular and transcellular transport | Argentine Congress of Gastroenterology and Digestive Endoscopy. Buenos Aires, Argentina |
| 2010 | Invited Speaker | Bugs, cytokines, and drugs: Factors that influence the tight junction barrier | Argentine Congress of Gastroenterology and Digestive Endoscopy. Buenos Aires, Argentina |
| 2010 | Invited Speaker | Mucosal immunity and intestinal barrier dysfunction: New concepts for the clinical gastroenterologist | Argentine Congress of Gastroenterology and Digestive Endoscopy. Buenos Aires, Argentina |
| 2010 | Invited Speaker | Intestinal barrier function: Molecular regulation and disease pathogenesis | "Transepithelial Transport Mechanisms 2010." Copenhagen, Denmark |
| 2011 | Invited Speaker | Molecular structure and function of the apical junction complex in health and disease | Canadian Digestive Disease Week meeting. Vancouver, Canada |
| 2011 | Invited Speaker | Molecular mechanisms of intestinal epithelial tight junction regulation | Annual Meeting of The Physiological Society (UK). Oxford, UK |

| 2011 | Invited Speaker | From tight junction molecular interactions to barrier restorative therapeutic approaches | International conference "Molecular structure and function of the tight junction: From basic mechanisms to clinical manifestations." Berlin, Germany |
|------|-----------------|------|------|
| 2011 | Invited Speaker | Molecular regulation of the tight junction: A complex problem | Gastrointestinal Research Group. University of Calgary. Calgary, Canada |
| 2011 | Lectureship in Inflammatory Bowel Disease | Stopping the flood: The gut barrier and its role in inflammatory bowel disease | Intestinal Disease Research Unit (IDRU), University of Calgary, Canada |
| 2011 | Invited Speaker | Molecular Basis of Intestinal Barrier Function: Implications for Immune-Mediated Disease | Keystone Symposium. "Malnutrition, Gut-Microbial Interactions and Mucosal Immunity to Vaccines." New Delhi, India |
| 2012 | Visiting Professor | Maintenance of epithelial barriers: From cell biology to pathophysiology and therapeutics | Rostock University Medical School. Rostock, Germany |
| 2012 | Invited Speaker | Molecular Mechanisms of Mucosal Barrier Regulation: Implications for Immune-Mediated Disease | 5th International Symposium of the SFB 621 Pathobiology of the Intestinal Mucosa. Hannover, Germany |
| 2012 | Visiting Professor | Maintenance of epithelial barriers: From cell biology to pathophysiology and therapeutics | University of Geneva. Geneva, Switzerland |
| 2012 | Invited Speaker | Towards solving tight junction structure-function relationships: A complex problem | International conference "Molecular Structure and Function of the Apical Junctional Complex in Epithelia and Endothelia." Merida, Mexico |
| 2013 | Visiting Professor | A Mechanistic Approach to Treating the Mucosal Barrier. | Sostieni anche tu la Ricerca di Humanitas. Milan, Italy |
| 2013 | Visiting Professor | Applying new concepts: Are we ready to get serious about therapeutic function? | Technische Universität München, Munich, Germany |
| 2013 | Visiting Professor | The epithelial barrier: What is it, and should we do something about it? | The University of Zambia Lusaka, Zambia |

| | | | |
|---|---|---|---|
| 2013 | Visiting Professor | Post-translational mechanisms of mucosal barrier regulation: Approaches to therapeutic exploitation | Leibniz-Institut für Molekulare Pharmakologie, Berlin, Germany |
| 2014 | Invited Speaker | Mechanistic approaches to mucosal barrier restoration and therapeutic interventions | British Society of Cell Biology/British Society of Developmental Biology Joint Spring Meeting, Warwick, UK |
| 2015 | Invited Speaker | Molecular Mechanisms of Claudin Function: Implications for Physiology, Pathobiology, and Therapy | 120th Annual Meeting of the Japanese Association of Anatomists and the 92nd Annual Meeting of the Physiological Society of Japan cooperative meeting. Kobe, Japan |
| 2015 | Visiting Professor | Regulation of mucosal barrier function: Mechanisms and therapeutic exploitation | National Taiwan University College of Medicine. Taiwan, ROC |
| 2015 | Visiting Professor | Role of the intestinal barrier in intestinal and systemic disease: New concepts and opportunities | Taiwan Association for the Study of Small Intestinal Disease. Taiwan, ROC |
| 2015 | Visiting Professor | Claudin-2 as a regulator of the mucosal barrier: Too much, too little, or just enough? | National Yang-Min University. Taiwan, ROC |
| 2015 | Invited Speaker | Claudin-2 as a regulator of the mucosal barrier: Too much, too little, or just enough? | Symposium: Life with Tight Junctions. Charité, Campus Benjamin Franklin. Berlin, Germany |
| 2016 | Invited Speaker | Regulation of mucosal barrier function: Mechanisms and therapeutic exploitation | Centre for Colorectal Disease, St. Vincent's Hospital, Dublin, Ireland |
| 2016 | Invited Speaker | Mucosal Barriers: Should We Make Them Great Again? | School of Medicine, Trinity College, Dublin, Ireland |
| 2016 | Invited Speaker | Links between intestinal inflammation, barrier function, and inflammatory mediators | International conference "Tight junctions and their proteins." Berlin, Germany |

## **Report of Clinical Activities and Innovations**

### **Current Licensure and Certification**

| | |
|---|---|
| 2001-17 | Medical License 036104920, State of Illinois, |
| 1994- | Anatomic Pathology, American Board of Pathology (unlimited certification) |
| 2006-16 | Voluntary Recertification, American Board of Pathology |
| 2014-24 | Voluntary Recertification, American Board of Pathology |

### **Practice Activities**

| | | | |
|---|---|---|---|
| 1995-96 | Attending Gastrointestinal Surgical Pathologist | Brigham and Women's Hospital, Boston, MA | Approximately 1,000 complex gastrointestinal surgical pathology cases per year |
| 1996-2001 | Attending Surgical Pathologist | Harper Hospital and Detroit Medical Center, Detroit, MI | Approximately 1,200 general surgical cases per year. Approximately 300 liver needle biopsies per year. Sole consultant for complex gastrointestinal pathology cases for 5 hospital network. |
| 2001-16 | Attending Gastrointestinal Surgical Pathologist | The University of Chicago Hospitals, Chicago, IL | Approximately 1,000 complex gastrointestinal surgical pathology cases per year. |
| 2016- | Attending Gastrointestinal Surgical Pathologist | Brigham and Women's Hospital, Boston, MA | 20% effort (8 weeks/year) on the GI Pathology Service (gastrointestinal tract, liver, and pancreas). |

## Clinical Innovations

| | |
|---|---|
| Revision of American Joint Committee on Cancer Colon Cancer Staging Guidelines | Made original observation, collected and analyzed cases, and authored 2000 publication by Goldstein and Turner in Cancer. This study shows that it is critical to differentiate between non-lymph node based pericolonic tumor deposits and pericolonic lymph node metastases. The data showed that, non-lymph node pericolonic tumor deposits are a strong risk factor for intraabdominal tumor recurrence. This was particularly true in patients lacking lymph node metastases. The study went on to show that pericolonic tumor deposits are due to perineural or vascular tumor extension. The strength of the data led to revision of the American Joint Committee on cancer colon cancer staging guidelines based on this report. |
| Advanced understanding of neoplastic risk in ulcerative colitis | Developed novel histologic inflammatory activity scale and analyzed majority of biopsies in a case-control study with 59 cases of ulcerative colitis patients who developed colorectal dysplasia or cancer and 114 control ulcerative colitis patients who did not. Defined risk associated with low grade histologic inflammation and identified protective effect of therapy with select immunomodulatory therapies. |
| Defined risk of gastrointestinal amyloidosis after hemodialysis | Collected cases, developed and analyzed data, authored manuscript, and was corresponding author of 1998 study published in American Journal of Surgical Pathology showing that risk of developing gastrointestinal $\beta_2$-microglobulin amyloidosis correlates with time on dialysis and is particularly increased after 10 years or more of dialysis. |

## Report of Technological and Other Scientific Innovations

| September 29, 2003 | Homo sapiens myosin light chain polypeptide kinase isoform 1 (MYLK). mRNA, complete cds, alternatively spliced. From Caco-2 BBe 5E6L. GenBank Accession AY424270; submitted by Clayburgh, D.R. and Turner, J.R. |
| --- | --- |
| September 29, 2003 | Homo sapiens myosin light chain polypeptide kinase isoform 2 (MYLK). mRNA, complete cds, alternatively spliced. From Caco-2 BBe 5E6L. GenBank Accession AY424269; submitted by Clayburgh, D.R. and Turner, J.R. |
| May 15, 2006 | Homo sapiens MYLK mRNA, 5'UTR, Exons 1B, 2, and part of 3 (translational start site in exon 2). From Caco-2 BBe 5E6L. GenBank Accession DQ642691; submitted by Graham W V., and Turner, J.R. |
| May 15, 2006 | Homo sapiens MYLK mRNA, 5'UTR, Exons 1A, 2, and part of 3 (translational start site in exon 2). From Caco-2 BBe 5E6L. GenBank Accession DQ642692; submitted by Graham W V., and Turner, J.R. |
| September 8, 2009 | Myosin light chain kinase inhibitors and methods of use. US Patent 7,585,844 Inventors: Turner, J.R., and Mrsny, R.J. |
| September 20, 2009 | Homo sapiens myosin light chain kinase (MYLK) gene, promoter region. GenBank Accession GQ981352; submitted by Graham W V., and Turner, J.R. |

## Report of Scholarship

## Peer-Reviewed Publications

## Research investigations

1. Seya T, **Turner JR**, and Atkinson JP. Purification and characterization of a membrane protein (gp45-70) that is a cofactor for cleavage of C3b and C4b. J Exp Med. 1986; 163:837-855.

2. **Turner JR**, Tartakoff AM, and Berger M. Intracellular degradation of the complement C3b/C4b receptor in the absence of ligand. J Biol Chem. 1988; 263:4914-4920.

3. **Turner JR** and Tartakoff AM. The response of the Golgi complex to microtubule alterations: the roles of metabolic energy and membrane traffic in Golgi complex organization. J Cell Biol. 1989; 109:2081-2088.

4. **Turner JR**, Tartakoff AM, and Greenspan NS. Cytologic assessment of nuclear and cytoplasmic O-linked N- acetylglucosamine distribution by using anti-streptococcal monoclonal antibodies. Proc Natl Acad Sci U S A. 1990; 87:5608-5612.

5. **Turner JR**, and Tartakoff AM. On the Relation between Distinct Components of the Cytoskeleton - an Epitope Shared by Intermediate Filaments, Microfilaments and Cytoplasmic Foci. Eur J Cell Biol. 1990; 51:259-264.

6. Berger M, Wetzler EM, Welter E, **Turner JR**, and Tartakoff AM. Intracellular sites for storage and recycling of C3b receptors in human neutrophils. Proc Natl Acad Sci U S A. 1991; 88:3019-3023.

---

‡ Co-corresponding or co-senior author

7.   Nusrat A, Giry M, **Turner JR**, Colgan SP, Parkos CA, Carnes D, Lemichez E, Boquet P, and Madara JL. Rho protein regulates tight junctions and perijunctional actin organization in polarized epithelia. Proc Natl Acad Sci U S A. 1995; 92:10629-10633.

8.   Probert CS, Chott A, **Turner JR**, Saubermann LJ, Stevens AC, Bodinaku K, Elson CO, Balk SP, and Blumberg RS. Persistent clonal expansions of peripheral blood CD4+ lymphocytes in chronic inflammatory bowel disease. J Immunol. 1996; 157:3183-3191.

9.   Tenner S, Carr-Locke DL, Banks PA, Brooks DC, Van Dam J, Farraye FA, **Turner JR**, and Lichtenstein DR. Intraductal mucin-hypersecreting neoplasm "mucinous ductal ectasia": endoscopic recognition and management. Am J Gastroenterol. 1996; 91:2548-2554.

10.  **Turner JR**, and Odze RD. Proliferative characteristics of differentiated cells in familial adenomatous polyposis-associated duodenal adenomas. Hum Pathol. 1996; 27:63-69.

11.  **Turner JR**, Lencer WI, Carlson S, and Madara JL. Carboxy-terminal vesicular stomatitis virus G protein-tagged intestinal Na+-dependent glucose cotransporter (SGLT1): maintenance of surface expression and global transport function with selective perturbation of transport kinetics and polarized expression. J Biol Chem. 1996; 271:7738-7744.

12.  Aster JC, Robertson ES, Hasserjian RP, **Turner JR**, Kieff E, and Sklar J. Oncogenic forms of NOTCH1 lacking either the primary binding site for RBP-Jkappa or nuclear localization sequences retain the ability to associate with RBP-Jkappa and activate transcription. J Biol Chem. 1997; 272:11336-11343.

13.  Probert CS, Christ AD, Saubermann LJ, **Turner JR**, Chott A, Carr-Locke D, Balk SP, and Blumberg RS. Analysis of human common bile duct-associated T cells: evidence for oligoclonality, T cell clonal persistence, and epithelial cell recognition. J Immunol. 1997; 158:1941-1948.

14.  **Turner JR**, Odze RD, Crum CP, and Resnick MB. MN antigen expression in normal, preneoplastic, and neoplastic esophagus: a clinicopathological study of a new cancer-associated biomarker. Hum Pathol. 1997; 28:740-744.

15.  **Turner JR**, Shen LH, Crum CP, Dean PJ, and Odze RD. Low prevalence of human papillomavirus infection in esophageal squamous cell carcinomas from North America: analysis by a highly sensitive and specific polymerase chain reaction-based approach. Hum Pathol. 1997; 28:174-178.

16.  **Turner JR**, Rill BK, Carlson SL, Carnes D, Kerner R, Mrsny RJ, and Madara JL. Physiological regulation of epithelial tight junctions is associated with myosin light-chain phosphorylation. Am J Physiol-Cell Ph. 1997; 273:C1378-C1385.

17.  Jimenez RE, Price DA, Pinkus GS, Owen WF, Jr., Lazarus JM, Kay J, and **Turner JR**. Development of gastrointestinal beta2-microglobulin amyloidosis correlates with time on dialysis. Am J Surg Pathol. 1998; 22:729-735.

18.  Liu L, **Turner JR**, Yu Y, Khan AJ, Jaszewski R, Fligiel SE, and Majumdar AP. Differential expression of EGFR during early reparative phase of the gastric mucosa between young and aged rats. Am J Physiol. 1998; 275:G943-950.

19.  Glickman JN, Torres C, Wang HH, **Turner JR**, Shahsafaei A, Richards WG, Sugarbaker DJ, and Odze RD. The prognostic significance of lymph node micrometastasis in patients with esophageal carcinoma. Cancer. 1999; 85:769-778.

20. Saubermann LJ, Probert CS, Christ AD, Chott A, **Turner JR**, Stevens AC, Balk SP, and Blumberg RS. Evidence of T cell receptor beta-chain patterns in inflammatory and noninflammatory bowel disease states. Am J Physiol. 1999; 276:G613-621.

21. Torres C, **Turner JR**, Wang HH, Richards W, Sugarbaker D, Shahsafaei A, and Odze RD. Pathologic prognostic factors in Barrett's associated adenocarcinoma: a follow-up study of 96 patients. Cancer. 1999; 85:520-528.

22. **Turner JR**, Angle JM, Black ED, Joyal JL, Sacks DB, and Madara JL. Protein kinase C-dependent regulation of transepithelial resistance: the roles of myosin light chain and myosin light chain kinase. Am J Physiol. 1999; 277:C554-562.

23. Goldstein NS and **Turner JR**. Pericolonic tumor deposits in patients with T3N+MO colon adenocarcinomas: markers of reduced disease free survival and intra- abdominal metastases and their implications for TNM classification. Cancer. 2000; 88:2228-2238.

24. **Turner JR**, Liu L, Fligiel SE, Jaszewski R, and Majumdar AP. Aging alters gastric mucosal responses to epidermal growth factor and transforming growth factor-alpha. Am J Physiol Gastrointest Liver Physiol. 2000; 278:G805-810.

25. **Turner JR**, Black ED, Ward J, Tse CM, Uchwat FA, Alli HA, Donowitz M, Madara JL, and Angle JM. Transepithelial resistance can be regulated by the intestinal brush border Na+-H+ exchanger NHE3. Am J Physiol Cell Physiol. 2000; 279:C1918-1924.

26. **Turner JR**, Cohen DE, Mrsny RJ, and Madara JL. Noninvasive in vivo analysis of human small intestinal paracellular absorption: regulation by Na+-glucose cotransport. Digestive diseases and sciences. 2000; 45:2122-2126.

27. **Turner JR**, Torres CM, Wang HH, Shahsafaei A, Richards WG, Sugarbaker D, and Odze RD. Preoperative chemoradiotherapy alters the expression and prognostic significance of adhesion molecules in Barrett's-associated adenocarcinoma. Hum Pathol. 2000; 31:347-353.

28. Yoshimura FK, Wang T, Yu F, Kim HR, and **Turner JR**. Mink cell focus-forming murine leukemia virus infection induces apoptosis of thymic lymphocytes. J Virol. 2000; 74:8119-8126.

29. Berglund JJ, Riegler M, Zolotarevsky Y, Wenzl E, and **Turner JR**. Regulation of human jejunal transmucosal resistance and MLC phosphorylation by Na+-glucose cotransport. Am J Physiol Gastrointest Liver Physiol. 2001; 281:G1487-1493.

30. Furuta GT, **Turner JR**, Taylor CT, Hershberg RM, Comerford K, Narravula S, Podolsky DK, and Colgan SP. Hypoxia-inducible factor 1-dependent induction of intestinal trefoil factor protects barrier function during hypoxia. J Exp Med. 2001; 193:1027-1034.

31. Guzman CB, Walsh M, Reddy V, Donthireddy V, Mahmood F, Bode A, **Turner JR**, Jacober SJ, and Sowers JR. Altered myosin light-chain phosphorylation in resting platelets from premenopausal women with diabetes. Metabolism. 2001; 50:151-156.

32. Kinzie JL, Naylor PH, Nathani MG, Peleman RR, Ehrinpreis MN, Lybik M, **Turner JR**, Janisse JJ, Massanari M, and Mutchnick MG. African Americans with genotype 1 treated with interferon for chronic hepatitis C have a lower end of treatment response than Caucasians. J Viral Hepat. 2001; 8:264-269.

33. Nusrat A, von Eichel-Streiber C, **Turner JR**, Verkade P, Madara JL, and Parkos CA. Clostridium difficile toxins disrupt epithelial barrier function by altering membrane microdomain localization of tight junction proteins. Infect Immun. 2001; 69:1329-1336.

34. **Turner JR** and Black ED. NHE3-dependent cytoplasmic alkalinization is triggered by Na(+)-glucose cotransport in intestinal epithelia. Am J Physiol Cell Physiol. 2001; 281:C1533-1541.

35. Yu Y, Rishi AK, **Turner JR**, Liu D, Black ED, Moshier JA, and Majumdar AP. Cloning of a novel EGFR-related peptide: a putative negative regulator of EGFR. Am J Physiol Cell Physiol. 2001; 280:C1083-1089.

36. Abner SR, Hill DE, **Turner JR**, Black ED, Bartlett P, Urban JF, and Mansfield LS. Response of intestinal epithelial cells to Trichuris suis excretory-secretory products and the influence on Campylobacter jejuni invasion under in vitro conditions. J Parasitol. 2002; 88:738-745.

37. Edens HA, Levi BP, Jaye DL, Walsh S, Reaves TA, **Turner JR**, Nusrat A, and Parkos CA. Neutrophil transepithelial migration: evidence for sequential, contact-dependent signaling events and enhanced paracellular permeability independent of transjunctional migration. J Immunol. 2002; 169:476-486.

38. Kles KA, **Turner JR**, and Tappenden KA. Enteral nutrients alter enterocyte function within an in vitro model similar to an acute in vivo rat model during hypoxia. J Parenter Enteral Nutr. 2002; 26:71-76.

39. Zolotarevsky Y, Hecht G, Koutsouris A, Gonzalez DE, Quan C, Tom J, Mrsny RJ, and **Turner JR**. A membrane-permeant peptide that inhibits MLC kinase restores barrier function in in vitro models of intestinal disease. Gastroenterology. 2002; 123:163-172.

40. Clayburgh DR, Rosen S, Witkowski ED, Wang F, Blair S, Dudek S, Garcia JG, Alverdy JC, and **Turner JR**. A differentiation-dependent splice variant of myosin light chain kinase, MLCK1, regulates epithelial tight junction permeability. J Biol Chem. 2004; 279:55506-55513.

41. Tomson FL, Koutsouris A, Viswanathan VK, **Turner JR**, Savkovic SD, and Hecht G. Differing roles of protein kinase C-zeta in disruption of tight junction barrier by enteropathogenic and enterohemorrhagic Escherichia coli. Gastroenterology. 2004; 127:859-869.

42. Wang J, Anders RA, Wu Q, Peng D, Cho JH, Sun Y, Karaliukas R, Kang HS, **Turner JR**, and Fu YX. Dysregulated LIGHT expression on T cells mediates intestinal inflammation and contributes to IgA nephropathy. J Clin Invest. 2004; 113:826-835.

43. Wu L, Zaborina O, Zaborin A, Chang EB, Musch M, Holbrook C, Shapiro J, **Turner JR**, Wu G, Lee KY, and Alverdy JC. High-molecular-weight polyethylene glycol prevents lethal sepsis due to intestinal Pseudomonas aeruginosa. Gastroenterology. 2004; 126:488-498.

44. Zhao H, Shiue H, Palkon S, Wang Y, Cullinan P, Burkhardt JK, Musch MW, Chang EB, and **Turner JR**. Ezrin regulates NHE3 translocation and activation after Na+-glucose cotransport. Proc Natl Acad Sci U S A. 2004; 101:9485-9490.

45. Arvans DL, Vavricka SR, Ren H, Musch MW, Kang L, Rocha FG, Lucioni A, **Turner JR**, Alverdy J, and Chang EB. Luminal bacterial flora determines physiological expression of intestinal epithelial cytoprotective heat shock proteins 25 and 72. Am J Physiol Gastrointest Liver Physiol. 2005; 288:G696-704.

46. Clayburgh DR, Barrett TA, Tang Y, Meddings JB, Van Eldik LJ, Watterson DM, Clarke LL, Mrsny RJ, and **Turner JR**. Epithelial myosin light chain kinase-dependent barrier dysfunction mediates T cell activation-induced diarrhea in vivo. J Clin Invest. 2005; 115:2702-2715.

47. Gill RK, Saksena S, Tyagi S, Alrefai WA, Malakooti J, Sarwar Z, **Turner JR**, Ramaswamy K, and Dudeja PK. Serotonin inhibits Na+/H+ exchange activity via 5-HT4 receptors and activation of PKC alpha in human intestinal epithelial cells. Gastroenterology. 2005; 128:962-974.

48. Kimura Y, **Turner JR**, Braasch DA, and Buddington RK. Lumenal adenosine and AMP rapidly increase glucose transport by intact small intestine. Am J Physiol Gastrointest Liver Physiol. 2005; 289:G1007-1014.

49. Kles KA, Vavricka SR, **Turner JR**, Musch MW, Hanauer SB, and Chang EB. Comparative analysis of the in vitro prosecretory effects of Balsalazide, Sulfasalazine, Olsalazine, and Mesalamine in Rabbit Distal Ileum. Inflamm Bowel Dis. 2005; 11:253-257.

50. Kohler JE, Zaborina O, Wu L, Wang Y, Bethel C, Chen Y, Shapiro J, **Turner JR**[‡], and Alverdy JC[‡]. Components of intestinal epithelial hypoxia activate the virulence circuitry of Pseudomonas. Am J Physiol Gastrointest Liver Physiol. 2005; 288:G1048-1054.

51. Marski M, Kandula S, **Turner JR**, and Abraham C. CD18 is required for optimal development and function of CD4+CD25+ T regulatory cells. J Immunol. 2005; 175:7889-7897.

52. Owens SE, Graham WV, Siccardi D, **Turner JR**, and Mrsny RJ. A strategy to identify stable membrane-permeant peptide inhibitors of myosin light chain kinase. Pharm Res. 2005; 22:703-709.

53. Russo JM, Florian P, Shen L, Graham WV, Tretiakova MS, Gitter AH, Mrsny RJ, and **Turner JR**. Distinct temporal-spatial roles for rho kinase and myosin light chain kinase in epithelial purse-string wound closure. Gastroenterology. 2005; 128:987-1001.

54. Savkovic SD, Villanueva J, **Turner JR**, Matkowskyj KA, and Hecht G. Mouse model of enteropathogenic Escherichia coli infection. Infect Immun. 2005; 73:1161-1170.

55. Schaefer KL, Wada K, Takahashi H, Matsuhashi N, Ohnishi S, Wolfe MM, **Turner JR**, Nakajima A, Borkan SC, and Saubermann LJ. Peroxisome proliferator-activated receptor gamma inhibition prevents adhesion to the extracellular matrix and induces anoikis in hepatocellular carcinoma cells. Cancer Res. 2005; 65:2251-2259.

56. Shen L and **Turner JR**. Actin depolymerization disrupts tight junctions via caveolae-mediated endocytosis. Mol Biol Cell. 2005; 16:3919-3936.

57. Shifflett DE, Clayburgh DR, Koutsouris A, **Turner JR**[‡], and Hecht GA[‡]. Enteropathogenic E. coli disrupts tight junction barrier function and structure in vivo. Lab Invest. 2005; 85:1308-1324.

58. Shiue H, Musch MW, Wang Y, Chang EB, and **Turner JR**. Akt2 phosphorylates ezrin to trigger NHE3 translocation and activation. J Biol Chem. 2005; 280:1688-1695.

59. Utech M, Ivanov AI, Samarin SN, Bruewer M, **Turner JR**, Mrsny RJ, Parkos CA, and Nusrat A. Mechanism of IFN-gamma-induced endocytosis of tight junction proteins: myosin II-dependent vacuolarization of the apical plasma membrane. Mol Biol Cell. 2005; 16:5040-5052.

60. Wang F, Graham WV, Wang Y, Witkowski ED, Schwarz BT, and **Turner JR**. Interferon-gamma and tumor necrosis factor-alpha synergize to induce intestinal epithelial barrier dysfunction by up-regulating myosin light chain kinase expression. Am J Pathol. 2005; 166:409-419.

61. Wang J, Anders RA, Wang Y, **Turner JR**, Abraham C, Pfeffer K, and Fu YX. The critical role of LIGHT in promoting intestinal inflammation and Crohn's Disease. J Immunol. 2005; 174:8173-8182.

62. Wu L, Estrada O, Zaborina O, Bains M, Shen L, Kohler JE, Patel N, Musch MW, Chang EB, Fu YX, Jacobs MA, Nishimura MI, Hancock RE, **Turner JR**, and Alverdy JC. Recognition of host immune activation by Pseudomonas aeruginosa. Science. 2005; 309:774-777.

63. Wu LR, Zaborina O, Zaborin A, Chang EB, Musch M, Holbrook C, **Turner JR**, and Alverdy JC. Surgical injury and metabolic stress enhance the virulence of the human opportunistic pathogen Pseudomonas aeruginosa. Surgical infections. 2005; 6:185-195.

64. Yu LC, Flynn AN, **Turner JR**, and Buret AG. SGLT-1-mediated glucose uptake protects intestinal epithelial cells against LPS-induced apoptosis and barrier defects: a novel cellular rescue mechanism? FASEB J. 2005; 19:1822-1835.

65. Blair SA, Kane SV, Clayburgh DR, and **Turner JR**. Epithelial myosin light chain kinase expression and activity are upregulated in inflammatory bowel disease. Lab Invest. 2006; 86:191-201.

66. Bullen TF, Forrest S, Campbell F, Dodson AR, Hershman MJ, Pritchard DM, **Turner JR**, Montrose MH, and Watson AJ. Characterization of epithelial cell shedding from human small intestine. Lab Invest. 2006; 86:1052-1063.

67. Clayburgh DR, Musch MW, Leitges M, Fu YX, and **Turner JR**. Coordinated epithelial NHE3 inhibition and barrier dysfunction are required for TNF-mediated diarrhea in vivo. J Clin Invest. 2006; 116:2682-2694.

68. Graham WV, Wang F, Clayburgh DR, Cheng JX, Yoon B, Wang Y, Lin A, and **Turner JR**. Tumor necrosis factor-induced long myosin light chain kinase transcription is regulated by differentiation-dependent signaling events. Characterization of the human long myosin light chain kinase promoter. J Biol Chem. 2006; 281:26205-26215.

69. Gu LZ, Hu WY, Antic N, Mehta R, **Turner JR**, and de Lanerolle P. Inhibiting myosin light chain kinase retards the growth of mammary and prostate cancer cells. Eur J Cancer. 2006; 42:948-957.

70. Hu Z, Wang Y, Graham WV, Su L, Musch MW, and **Turner JR**. MAPKAPK-2 is a critical signaling intermediate in NHE3 activation following Na+-glucose cotransport. J Biol Chem. 2006; 281:24247-24253.

71. Shen L, Black ED, Witkowski ED, Lencer WI, Guerriero V, Schneeberger EE, and **Turner JR**. Myosin light chain phosphorylation regulates barrier function by remodeling tight junction structure. J Cell Sci. 2006; 119:2095-2106.

72. Wang F, Schwarz BT, Graham WV, Wang Y, Su L, Clayburgh DR, Abraham C, and **Turner JR**. IFN-gamma-induced TNFR2 expression is required for TNF-dependent intestinal epithelial barrier dysfunction. Gastroenterology. 2006; 131:1153-1163.

73. Yu LC, **Turner JR**, and Buret AG. LPS/CD14 activation triggers SGLT-1-mediated glucose uptake and cell rescue in intestinal epithelial cells via early apoptotic signals upstream of caspase-3. Exp Cell Res. 2006; 312:3276-3286.

74. Zaborina O, Kohler JE, Wang Y, Bethel C, Shevchenko O, Wu L, **Turner JR**[‡], and Alverdy JC[‡]. Identification of multi-drug resistant Pseudomonas aeruginosa clinical isolates that are highly disruptive to the intestinal epithelial barrier. Annals of clinical microbiology and antimicrobials. 2006; 5:14.

75. Zhang J, Owen CR, Sanders MA, **Turner JR**, and Basson MD. The motogenic effects of cyclic mechanical strain on intestinal epithelial monolayer wound closure are matrix dependent. Gastroenterology. 2006; 131:1179-1189.

76. Coyne CB, Shen L, **Turner JR**, and Bergelson JM. Coxsackievirus entry across epithelial tight junctions requires occludin and the small GTPases Rab34 and Rab5. Cell Host Microbe. 2007; 2:181-192.

77. Fichera A, Little N, Jagadeeswaran S, Dougherty U, Sehdev A, Mustafi R, Cerda S, Yuan W, Khare S, Tretiakova M, Gong C, Tallerico M, Cohen G, Joseph L, Hart J, **Turner JR**, and Bissonnette M. Epidermal growth factor receptor signaling is required for microadenoma formation in the mouse azoxymethane model of colonic carcinogenesis. Cancer Res. 2007; 67:827-835.

78. Gill RK, Borthakur A, Hodges K, **Turner JR**, Clayburgh DR, Saksena S, Zaheer A, Ramaswamy K, Hecht G, and Dudeja PK. Mechanism underlying inhibition of intestinal apical Cl/OH exchange following infection with enteropathogenic E. coli. J Clin Invest. 2007; 117:428-437.

79. Moyer RA, Wendt MK, Johanesen PA, **Turner JR**, and Dwinell MB. Rho activation regulates CXCL12 chemokine stimulated actin rearrangement and restitution in model intestinal epithelia. Lab Invest. 2007; 87:807-817.

80. Patel NJ, Zaborina O, Wu L, Wang Y, Wolfgeher DJ, Valuckaite V, Ciancio MJ, Kohler JE, Shevchenko O, Colgan SP, Chang EB, **Turner JR‡**, and Alverdy JC‡. Recognition of intestinal epithelial HIF-1alpha activation by Pseudomonas aeruginosa. Am J Physiol Gastrointest Liver Physiol. 2007; 292:G134-142.

81. Schwarz BT, Wang F, Shen L, Clayburgh DR, Su L, Wang Y, Fu YX, and **Turner JR**. LIGHT signals directly to intestinal epithelia to cause barrier dysfunction via cytoskeletal and endocytic mechanisms. Gastroenterology. 2007; 132:2383-2394.

82. Sun Q, Weber CR, Sohail A, Bernardo MM, Toth M, Zhao H, **Turner JR**, and Fridman R. MMP25 (MT6-MMP) is highly expressed in human colon cancer, promotes tumor growth, and exhibits unique biochemical properties. J Biol Chem. 2007; 282:21998-22010.

83. Treede I, Braun A, Sparla R, Kuhnel M, Giese T, **Turner JR**, Anes E, Kulaksiz H, Fullekrug J, Stremmel W, Griffiths G, and Ehehalt R. Anti-inflammatory effects of phosphatidylcholine. J Biol Chem. 2007; 282:27155-27164.

84. Zaborina O, Lepine F, Xiao G, Valuckaite V, Chen Y, Li T, Ciancio M, Zaborin A, Petrof EO, **Turner JR**, Rahme LG, Chang E, and Alverdy JC. Dynorphin activates quorum sensing quinolone signaling in Pseudomonas aeruginosa. PLoS Pathog. 2007; 3:e35.

85. Annaba F, Sarwar Z, Kumar P, Saksena S, **Turner JR**, Dudeja PK, Gill RK, and Alrefai WA. Modulation of ileal bile acid transporter (ASBT) activity by depletion of plasma membrane cholesterol: association with lipid rafts. Am J Physiol Gastrointest Liver Physiol. 2008; 294:G489-497.

86. Gill RK, Pant N, Saksena S, Singla A, Nazir TM, Vohwinkel L, **Turner JR**, Goldstein J, Alrefai WA, and Dudeja PK. Function, expression, and characterization of the serotonin transporter in the native human intestine. Am J Physiol Gastrointest Liver Physiol. 2008; 294:G254-262.

87. Gill RK, Shen L, **Turner JR**, Saksena S, Alrefai WA, Pant N, Esmaili A, Dwivedi A, Ramaswamy K, and Dudeja PK. Serotonin modifies cytoskeleton and brush-border membrane architecture in human intestinal epithelial cells. Am J Physiol Gastrointest Liver Physiol. 2008; 295:G700-708.

88. Moitra J, Evenoski C, Sammani S, Wadgaonkar R, **Turner JR**, Ma SF, and Garcia JG. A transgenic mouse with vascular endothelial over-expression of the non-muscle myosin light chain kinase-2 isoform is susceptible to inflammatory lung injury: role of sexual dimorphism and age. Transl Res. 2008; 151:141-153.

89. Shen L, Weber CR, and **Turner JR**. The tight junction protein complex undergoes rapid and continuous molecular remodeling at steady state. J Cell Biol. 2008; 181:683-695.

90. Snoeks L, Weber CR, **Turner JR**, Bhattacharyya M, Wasland K, and Savkovic SD. Tumor suppressor Foxo3a is involved in the regulation of lipopolysaccharide-induced interleukin-8 in intestinal HT-29 cells. Infect Immun. 2008; 76:4677-4685.

91. Weber CR, Nalle SC, Tretiakova M, Rubin DT, and **Turner JR**. Claudin-1 and claudin-2 expression is elevated in inflammatory bowel disease and may contribute to early neoplastic transformation. Lab Invest. 2008; 88:1110-1120.

92. Yu LC, Huang CY, Kuo WT, Sayer H, **Turner JR**, and Buret AG. SGLT-1-mediated glucose uptake protects human intestinal epithelial cells against Giardia duodenalis-induced apoptosis. Int J Parasitol. 2008; 38:923-934.

94. Zaborina O, Holbrook C, Chen Y, Long J, Zaborin A, Morozova I, Fernandez H, Wang Y, **Turner JR**, and Alverdy JC. Structure-function aspects of PstS in multi-drug-resistant Pseudomonas aeruginosa. PLoS Pathog. 2008; 4:e43.

95. Chen B, Yates E, Huang Y, Kogut P, Ma L, **Turner JR**, Tao Y, Camoretti-Mercado B, Lang D, Svensson EC, Garcia JG, Gruber PJ, Morrisey EE, and Solway J. Alternative promoter and GATA5 transcripts in mouse. Am J Physiol Gastrointest Liver Physiol. 2009; 297:G1214-1222.

96. Elias BC, Suzuki T, Seth A, Giorgianni F, Kale G, Shen L, **Turner JR**, Naren A, Desiderio DM, and Rao R. Phosphorylation of Tyr-398 and Tyr-402 in occludin prevents its interaction with ZO-1 and destabilizes its assembly at the tight junctions. J Biol Chem. 2009; 284:1559-1569.

97. Esmaili A, Nazir SF, Borthakur A, Yu D, **Turner JR**, Saksena S, Singla A, Hecht GA, Alrefai WA, and Gill RK. Enteropathogenic Escherichia coli infection inhibits intestinal serotonin transporter function and expression. Gastroenterology. 2009; 137:2074-2083.

98. Lamprecht G, Hsieh CJ, Lissner S, Nold L, Heil A, Gaco V, Schafer J, **Turner JR**, and Gregor M. Intestinal anion exchanger down-regulated in adenoma (DRA) is inhibited by intracellular calcium. J Biol Chem. 2009; 284:19744-19753.

99. Liu S, Yang W, Shen L, **Turner JR**, Coyne CB, and Wang T. Tight junction proteins claudin-1 and occludin control hepatitis C virus entry and are downregulated during infection to prevent superinfection. J Virol. 2009; 83:2011-2014.

100. Mukherjee A, Morosky SA, Shen L, Weber CR, **Turner JR**, Kim KS, Wang T, and Coyne CB. Retinoic acid-induced gene-1 (RIG-I) associates with the actin cytoskeleton via caspase activation and recruitment domain-dependent interactions. J Biol Chem. 2009; 284:6486-6494.

101. Oto A, Zhu F, Kulkarni K, Karczmar GS, **Turner JR**, and Rubin D. Evaluation of diffusion-weighted MR imaging for detection of bowel inflammation in patients with Crohn's disease. Acad Radiol. 2009; 16:597-603.

102. Snoeks L, Weber CR, Wasland K, **Turner JR**, Vainder C, Qi W, and Savkovic SD. Tumor suppressor FOXO3 participates in the regulation of intestinal inflammation. Lab Invest. 2009; 89:1053-1062.

103. Su L, Shen L, Clayburgh DR, Nalle SC, Sullivan EA, Meddings JB, Abraham C, and **Turner JR**. Targeted epithelial tight junction dysfunction causes immune activation and contributes to development of experimental colitis. Gastroenterology. 2009; 136:551-563.

104. Suzuki T, Elias BC, Seth A, Shen L, **Turner JR**, Giorgianni F, Desiderio D, Guntaka R, and Rao R. PKC eta regulates occludin phosphorylation and epithelial tight junction integrity. Proc Natl Acad Sci U S A. 2009; 106:61-66.

105. Wroblewski LE, Shen L, Ogden S, Romero-Gallo J, Lapierre LA, Israel DA, **Turner JR**, and Peek RM, Jr. Helicobacter pylori dysregulation of gastric epithelial tight junctions by urease-mediated myosin II activation. Gastroenterology. 2009; 136:236-246.

106. Chen L, Park SM, Tumanov AV, Hau A, Sawada K, Feig C, **Turner JR**, Fu YX, Romero IL, Lengyel E, and Peter ME. CD95 promotes tumour growth. Nature. 2010; 465:492-496.

107. Lee G, Goretsky T, Managlia E, Dirisina R, Singh AP, Brown JB, May R, Yang GY, Ragheb JW, Evers BM, Weber CR, **Turner JR**, He XC, Katzman RB, Li L, and Barrett TA. Phosphoinositide 3-kinase signaling mediates beta-catenin activation in intestinal epithelial stem and progenitor cells in colitis. Gastroenterology. 2010; 139:869-881, 881 e861-869.

108. Li H, Liu XS, Yang X, Wang Y, **Turner JR**, and Liu X. Phosphorylation of CLIP-170 by Plk1 and CK2 promotes timely formation of kinetochore-microtubule attachments. EMBO J. 2010; 29:2953-2965.

109. Lissner S, Nold L, Hsieh CJ, **Turner JR**, Gregor M, Graeve L, and Lamprecht G. Activity and PI3-kinase dependent trafficking of the intestinal anion exchanger downregulated in adenoma depend on its PDZ interaction and on lipid rafts. Am J Physiol Gastrointest Liver Physiol. 2010; 299:G907-920.

110. Lopez JP, **Turner JR**, and Philipson LH. Glucose-induced ERM protein activation and translocation regulates insulin secretion. Am J Physiol Endocrinol Metab. 2010; 299:E772-785.

111. Marchiando AM, Shen L, Graham WV, Weber CR, Schwarz BT, Austin JR, 2nd, Raleigh DR, Guan Y, Watson AJ, Montrose MH, and **Turner JR**. Caveolin-1-dependent occludin endocytosis is required for TNF-induced tight junction regulation in vivo. J Cell Biol. 2010; 189:111-126.

112. Mykoniatis A, Shen L, Fedor-Chaiken M, Tang J, Tang X, Worrell RT, Delpire E, **Turner JR**, Matlin KS, Bouyer P, and Matthews JB. Phorbol 12-myristate 13-acetate-induced endocytosis of the Na-K-2Cl cotransporter in MDCK cells is associated with a clathrin-dependent pathway. Am J Physiol Cell Physiol. 2010; 298:C85-97.

113. Park SM, Chen L, Zhang M, Ashton-Rickardt P, **Turner JR**, and Peter ME. CD95 is cytoprotective for intestinal epithelial cells in colitis. Inflamm Bowel Dis. 2010; 16:1063-1070.

114. Pekow JR, Hetzel JT, Rothe JA, Hanauer SB, **Turner JR**, Hart J, Noffsinger A, Huo D, and Rubin DT. Outcome after surveillance of low-grade and indefinite dysplasia in patients with ulcerative colitis. Inflamm Bowel Dis. 2010; 16:1352-1356.

115. Rajapakse HE, Gahlaut N, Mohandessi S, Yu D, **Turner JR**, and Miller LW. Time-resolved luminescence resonance energy transfer imaging of protein-protein interactions in living cells. Proc Natl Acad Sci U S A. 2010; 107:13582-13587.

116. Raleigh DR, Marchiando AM, Zhang Y, Shen L, Sasaki H, Wang Y, Long M, and **Turner JR**. Tight junction-associated MARVEL proteins marvelD3, tricellulin, and occludin have distinct but overlapping functions. Mol Biol Cell. 2010; 21:1200-1213.

117. Royan SV, Jones RM, Koutsouris A, Roxas JL, Falzari K, Weflen AW, Kim A, Bellmeyer A, **Turner JR**, Neish AS, Rhee KJ, Viswanathan VK, and Hecht GA. Enteropathogenic E. coli non-LEE encoded effectors NleH1 and NleH2 attenuate NF-kappaB activation. Mol Microbiol. 2010; 78:1232-1245.

118. Tang Y, Clayburgh DR, Mittal N, Goretsky T, Dirisina R, Zhang Z, Kron M, Ivancic D, Katzman RB, Grimm G, Lee G, Fryer J, Nusrat A, **Turner JR**, and Barrett TA. Epithelial NF-kappaB

enhances transmucosal fluid movement by altering tight junction protein composition after T cell activation. Am J Pathol. 2010; 176:158-167.

119. Weber CR, Raleigh DR, Su L, Shen L, Sullivan EA, Wang Y, and **Turner JR**. Epithelial myosin light chain kinase activation induces mucosal interleukin-13 expression to alter tight junction ion selectivity. J Biol Chem. 2010; 285:12037-12046.

120. Yu D, Marchiando AM, Weber CR, Raleigh DR, Wang Y, Shen L, and **Turner JR**. MLCK-dependent exchange and actin binding region-dependent anchoring of ZO-1 regulate tight junction barrier function. Proc Natl Acad Sci U S A. 2010; 107:8237-8241.

121. Fu J, Wei B, Wen T, Johansson ME, Liu X, Bradford E, Thomsson KA, McGee S, Mansour L, Tong M, McDaniel JM, Sferra TJ, **Turner JR**, Chen H, Hansson GC, Braun J, and Xia L. Loss of intestinal core 1-derived O-glycans causes spontaneous colitis in mice. J Clin Invest. 2011; 121:1657-1666.

122. Graham WV, Magis AT, Bailey KM, **Turner JR**, and Ostrov DA. Crystallization and preliminary X-ray analysis of the human long myosin light-chain kinase 1-specific domain IgCAM3. Acta Crystallogr Sect F Struct Biol Cryst Commun. 2011; 67:221-223.

123. Guan Y, Watson AJ, Marchiando AM, Bradford E, Shen L, **Turner JR**, and Montrose MH. Redistribution of the tight junction protein ZO-1 during physiological shedding of mouse intestinal epithelial cells. Am J Physiol Cell Physiol. 2011; 300:C1404-1414.

124. Kolodziej LE, Lodolce JP, Chang JE, Schneider JR, Grimm WA, Bartulis SJ, Zhu X, Messer JS, Murphy SF, Reddy N, **Turner JR**, and Boone DL. TNFAIP3 Maintains Intestinal Barrier Function and Supports Epithelial Cell Tight Junctions. PloS one. 2011; 6:e26352.

125. Lin R, Murtazina R, Cha B, Chakraborty M, Sarker R, Chen TE, Lin Z, Hogema BM, de Jonge HR, Seidler U, **Turner JR**, Li X, Kovbasnjuk O, and Donowitz M. D-glucose acts via sodium/glucose cotransporter 1 to increase NHE3 in mouse jejunal brush border by a Na+/H+ exchange regulatory factor 2-dependent process. Gastroenterology. 2011; 140:560-571.

126. Marchiando AM, Shen L, Graham WV, Edelblum KL, Duckworth CA, Guan Y, Montrose MH, **Turner JR**[‡], and Watson AJ[‡]. The epithelial barrier is maintained by in vivo tight junction expansion during pathologic intestinal epithelial shedding. Gastroenterology. 2011; 140:1208-1218 e1201-1202.

127. Mirzapoiazova T, Moitra J, Moreno-Vinasco L, Sammani S, **Turner JR**, Chiang ET, Evenoski C, Wang T, Singleton PA, Huang Y, Lussier YA, Watterson DM, Dudek SM, and Garcia JG. Non-muscle myosin light chain kinase isoform is a viable molecular target in acute inflammatory lung injury. American journal of respiratory cell and molecular biology. 2011; 44:40-52.

128. Paschoud S, Yu D, Pulimeno P, Jond L, **Turner JR**, and Citi S. Cingulin and paracingulin show similar dynamic behaviour, but are recruited independently to junctions. Molecular membrane biology. 2011; 28:123-135.

129. Piontek J, Fritzsche S, Cording J, Richter S, Hartwig J, Walter M, Yu D, **Turner JR**, Gehring C, Rahn HP, Wolburg H, and Blasig IE. Elucidating the principles of the molecular organization of heteropolymeric tight junction strands. Cellular and molecular life sciences : CMLS. 2011; 68:3903-3918.

130. Raleigh DR, Boe DM, Yu D, Weber CR, Marchiando AM, Bradford EM, Wang Y, Wu L, Schneeberger EE, Shen L[‡], and **Turner JR**[‡]. Occludin S408 phosphorylation regulates tight junction protein interactions and barrier function. J Cell Biol. 2011; 193:565-582.

131. Temkin SM, **Turner JR**, and Lengyel ER. Acute inflammatory reaction following placement of sodium hyaluronate-carboxymethylcellulose barrier in a young woman undergoing gynecologic surgery: a case report. J Reprod Med. 2011; 56:71-74.

132. Zahavi EE, Lieberman JA, Donnenberg MS, Nitzan M, Baruch K, Rosenshine I, **Turner JR**, Melamed-Book N, Feinstein N, Zlotkin-Rivkin E, and Aroeti B. Bundle-forming pilus retraction enhances enteropathogenic Escherichia coli infectivity. Molecular biology of the cell. 2011; 22:2436-2447.

133. Edelblum KL, Shen L, Weber CR, Marchiando AM, Clay BS, Wang Y, Prinz I, Malissen B, Sperling AI‡, and **Turner JR**‡. Dynamic migration of gammadelta intraepithelial lymphocytes requires occludin. Proc Natl Acad Sci U S A. 2012; 109:7097-7102.

134. Hwang S, Zimmerman NP, Agle KA, **Turner JR**, Kumar SN, and Dwinell MB. E-cadherin is critical for collective sheet migration and is regulated by the chemokine CXCL12 during restitution. J Biol Chem. 2012;

135. Zahs A, Bird MD, Ramirez L, **Turner JR**, Choudhry MA, and Kovacs EJ. Inhibition of long myosin light-chain kinase activation alleviates intestinal damage after binge ethanol exposure and burn injury. Am J Physiol Gastrointest Liver Physiol. 2012; 303:G705-712.

136. Zimmerman NP, Kumar SN, **Turner JR**, and Dwinell MB. Cyclic AMP dysregulates intestinal epithelial cell restitution through PKA and RhoA. Inflamm Bowel Dis. 2012; 18:1081-1091.

137. Bergmann KR, Liu SX, Tian R, Kushnir A, **Turner JR**, Li HL, Chou PM, Weber CR, and De Plaen IG. Bifidobacteria stabilize claudins at tight junctions and prevent intestinal barrier dysfunction in mouse necrotizing enterocolitis. Am J Pathol. 2013; 182:1595-1606.

138. Bouyer PG, Tang X, Weber CR, Shen L, **Turner JR**, and Matthews JB. Capsaicin induces NKCC1 internalization and inhibits chloride secretion in colonic epithelial cells independently of TRPV1. Am J Physiol Gastrointest Liver Physiol. 2013; 304:G142-156.

139. Buschmann MM, Shen L, Rajapakse H, Raleigh DR, Wang Y, Wang Y, Lingaraju A, Zha J, Abbott E, McAuley EM, Breskin LA, Wu L, Anderson K, **Turner JR**‡, and Weber CR‡. Occludin OCEL-domain interactions are required for maintenance and regulation of the tight junction barrier to macromolecular flux. Mol Biol Cell. 2013; 24:3056-3068.

140. Perera J, Liu X, Zhou Y, Joseph NE, Meng L, **Turner JR**, and Huang H. Insufficient autoantigen presentation and failure of tolerance in a mouse model of rheumatoid arthritis. Arthritis and rheumatism. 2013; 65:2847-2856.

141. Rubin DT‡, Huo D, Kinnucan JA, Sedrak MS, McCullom NE, Bunnag AP, Raun-Royer EP, Cohen RD, Hanauer SB, Hart J, and **Turner JR**‡. Inflammation is an independent risk factor for colonic neoplasia in patients with ulcerative colitis: a case-control study. Clin Gastroenterol Hepatol. 2013; 11:1601-1608 e1601-1604.

142. Su L, Nalle SC, Shen L, Turner ES, Singh G, Breskin LA, Khramtsova EA, Khramtsova G, Tsai PY, Fu YX, Abraham C, and **Turner JR**. TNFR2 activates MLCK-dependent tight junction dysregulation to cause apoptosis-mediated barrier loss and experimental colitis. Gastroenterology. 2013; 145:407-415.

143. Chen MM, Zahs A, Brown MM, Ramirez L, **Turner JR**, Choudhry MA, and Kovacs EJ. An alteration of the gut-liver axis drives pulmonary inflammation after intoxication and burn injury in mice. Am J Physiol Gastrointest Liver Physiol. 2014; 307:G711-718.

144. Ma K, Malhotra P, Soni V, Hedroug O, Annaba F, Dudeja A, Shen L, **Turner JR**, Khramtsova EA, Saksena S, Dudeja PK, Gill RK, and Alrefai WA. Overactivation of Intestinal SREBP2 in Mice Increases Serum Cholesterol. PloS one. 2014; 9:e84221.

145. Nalle SC, Kwak HA, Edelblum KL, Joseph NE, Singh G, Khramtsova GF, Mortenson ED, Savage PA[‡], and **Turner JR**[‡]. Recipient NK cell inactivation and intestinal barrier loss are required for MHC-matched graft-versus-host disease. Sci Transl Med. 2014; 6:243ra287.

146. Wu LL, Peng WH, Kuo WT, Huang CY, Ni YH, Lu KS, **Turner JR**, and Yu LC. Commensal bacterial endocytosis in epithelial cells is dependent on myosin light chain kinase-activated brush border fanning by interferon-gamma. Am J Pathol. 2014; 184:2260-2274.

147. Yu LC, Shih YA, Wu LL, Lin YD, Kuo WT, Peng WH, Lu KS, Wei SC, **Turner JR**, and Ni YH. Enteric dysbiosis promotes antibiotic-resistant bacterial infection: systemic dissemination of resistant and commensal bacteria through epithelial transcytosis. Am J Physiol Gastrointest Liver Physiol. 2014; 307:G824-835.

148. Chen P, Starkel P, **Turner JR**, Ho SB, and Schnabl B. Dysbiosis-induced intestinal inflammation activates tumor necrosis factor receptor I and mediates alcoholic liver disease in mice. Hepatology. 2015; 61:883-894.

149. Edelblum KL, Singh G, Odenwald MA, Lingaraju A, El Bissati K, McLeod R, Sperling AI[‡], and **Turner JR**[‡]. Gammadelta intraepithelial lymphocyte migration limits transepithelial pathogen invasion and systemic disease in mice. Gastroenterology. 2015; 148:1417-1426.

150. Luther J, Garber JJ, Khalili H, Dave M, Bale SS, Jindal R, Motola DL, Luther S, Bohr S, Jeoung SW, Deshpande V, Singh G, **Turner JR**, Yarmush ML, Chung RT, and Patel SJ. Hepatic Injury in Nonalcoholic Steatohepatitis Contributes to Altered Intestinal Permeability. Cell Mol Gastroenterol Hepatol. 2015; 1:222-232.e222.

151. Pan J, Zhang L, Odenwald MA, Shen L, **Turner JR**, and Bergelson JM. Expression of human decay-accelerating factor on intestinal epithelium of transgenic mice does not facilitate infection by the enteral route. J Virol. 2015; 89:4311-4318.

152. Powers ME, Becker RE, Sailer A, **Turner JR**, and Bubeck Wardenburg J. Synergistic Action of Staphylococcus aureus alpha-Toxin on Platelets and Myeloid Lineage Cells Contributes to Lethal Sepsis. Cell Host Microbe. 2015; 17:775-787.

153. Setty M, Discepolo V, Abadie V, Kamhawi S, Mayassi T, Kent A, Ciszewski C, Maglio M, Kistner E, Bhagat G, Semrad C, Kupfer SS, Green PH, Guandalini S, Troncone R, Murray JA, **Turner JR**[‡], and Jabri B[‡]. Distinct and synergistic contributions of epithelial stress and adaptive immunity to functions of intraepithelial killer cells and active celiac disease. Gastroenterology. 2015; 149:681-691 e610.

154. Sideri A, Bakirtzi K, Shih DQ, Koon HW, Fleshner P, Arsenescu R, Arsenescu V, **Turner JR**, Karagiannides I, and Pothoulakis C. Substance P mediates pro-inflammatory cytokine release form mesenteric adipocytes in inflammatory bowel disease patients. Cell Mol Gastroenterol Hepatol. 2015; 1:420-432.

155. Tripathi AK, Haldar S, Qian J, Beserra A, Suda S, Singh A, Hopfer U, Chen SG, Garrick MD, **Turner JR**, Knutson MD, and Singh N. Prion protein functions as a ferrireductase partner for ZIP14 and DMT1. Free Radic Biol Med. 2015; 84:322-330.

156. Weber CR, Liang GH, Wang Y, Das S, Shen L, Yu AS, Nelson DJ, and **Turner JR**. Claudin-2-dependent paracellular channels are dynamically gated. eLife. 2015; 4:e09906.

157. Choi VM, Herrou J, Hecht AL, Teoh WP, **Turner JR**, Crosson C, and Wardenburg JB. Activation of *Bacteroides fragilis* toxin by a novel bacterial protease contributes to anaerobic sepsis. Nature Medicine. 2016; 22:563-567.

158. Mir H, Meena AS, Chaudhry KK, Shukla PK, Gangwar R, Manda B, Padala MK, Shen L, **Turner JR**, Dietrich P, Dragatsis I, Rao R. Occludin deficiency promotes ethanol-induced disruption of colonic epithelial junctions, gut barrier dysfunction and liver damage in mice. Biochim Biophys Acta 2016;1860:765-74.

159. Ronaghan NJ, Shang J, Iablokov V, Zaheer R, Colarusso P, **Turner JR**, MacNaughton WK. The serine protease-mediated increase in intestinal epithelial barrier function is dependent on occludin and requires an intact tight junction. Am J Physiol Gastrointest Liver Physiol. 2016; 311:G466-479.

160. Bartelt LA, Bolick DT, Kolling GL, Roche JK, Zaenker EI, Lara AM, Noronha FJ, Cowardin CA, Moore JH, **Turner JR**, Warren CA, Buck GA, Guerrant RL. Cryptosporidium Priming Is More Effective than Vaccine for Protection against Cryptosporidiosis in a Murine Protein Malnutrition Model. PLoS Negl Trop Dis. 2016; 10:e0004820.

161. Wu RL, Vazquez-Roque M, Carlson P, Burton D, Grover M, Camilleri M, **Turner JR**. Gluten-induced symptoms in diarrhea-predominant irritable bowel syndrome are associated with increased myosin light chain kinase activity and claudin-15 expression. Lab Invest. 2017; 97:14-23.

162. Odenwald MA, Choi W, Buckley A, Shashikanth N, Joseph NE, Wang Y, Warren MH, Buschmann MM, Pavlyuk R, Hildebrand J, Margolis B, Fanning AS, **Turner JR**. ZO-1 interactions with F-actin and occludin direct epithelial polarization and single lumen specification in 3D culture. J Cell Sci. 2017; 130:243-259.

163. Peters S, Edogawa S, Sundt W, Dyer R, Dalenberg D, Mazzone A, Singh R, Weber CR, Linden DR, MacNaughton WK, **Turner JR**, Camilleri M, Katzka D, Farrugia G, Grover M. Constipation predominant irritable bowel syndrome females have normal colonic barrier and secretory function. Amer J Gastroenterol. 2017; In press.

## Other peer-reviewed publications

### Reviews, Commentaries, Letters, and Book Chapters

1. Hendrickson BA and **Turner JR**. MMR vaccination, ileal lymphoid nodular hyperplasia, and pervasive develop-mental disorder. Lancet. 2002; 359:2051-2052.

2. Clayburgh DR, Shen L, and **Turner JR**. A porous defense: the leaky epithelial barrier in intestinal disease. Lab Invest. 2004; 84:282-291.

3. Rubin DT and **Turner JR**. Surveillance of dysplasia in inflammatory bowel disease: The gastroenterologist-pathologist partnership. Clin Gastroenterol Hepatol. 2006; 4:1309-1313.

4. **Turner JR**, Clayburgh DR, Musch MW, Leitges M, and Fu YX. Response to field. J Clin Invest. 2006; 116:3088-3089.

5. **Turner JR**. Intestinal mucosal barrier function in health and disease. Nat Rev Immunol. 2009; 9:799-809.

6. Marchiando AM, Graham WV, and **Turner JR**. Epithelial barriers in homeostasis and disease. Annu Rev Pathol. 2010; 5:119-144.

7. Shen L, Weber CR, Raleigh DR, Yu D, and **Turner JR**. Tight junction pore and leak pathways: a dynamic duo. Annual Rev Physiol. 2011; 73:283-309.

8. Nalle SC and **Turner JR**. Intestinal barrier loss as a critical pathogenic link between inflammatory bowel disease and graft-versus-host disease. Mucosal Immunol. 2015; 8:720-730.

9. Herrmann JR and **Turner JR**. Beyond Ussing's chambers: Contemporary thoughts on integration of transepithelial transport. Am J Physiol Cell Physiol. 2016; 310:C423-31.

10. Odenwald MA, and **Turner JR**. The intestinal epithelial barrier: a therapeutic target? Nat Rev Gastroenterol Hepatol. 2017; 14:9-21.

11. France MM, and **Turner JR**. The mucosal barrier at a glance. J Cell Sci. 2017. 130:307-314.

**Case Reports**

1. Kaur J, **Turner JR**, Singh P, and Al-Katib A. Multiple myeloma in the liver. Am J Hematol. 2000; 65:290.

2. Zoccali M, Cipriani N, Fichera A, **Turner JR**, and Krane M. Acute Appendicitis Secondary to a Granular Cell Tumor of the Appendix in a 19-Year-Old Male. J Gastrointest Surg. 2011; 15:1482-1485.

3. Konda VJ, Koons A, Siddiqui UD, Xiao SY, **Turner JR**, and Waxman I. Optical biopsy approaches in Barrett's esophagus with next-generation optical coherence tomography. Gastrointest Endosc. 2014; 80:516-517.

**Non-peer reviewed scientific or medical publications/materials in print or other media**

**Reviews**

1. Nusrat A, **Turner JR**, and Madara JL. Regulation of tight junctions by extracellular stimuli: nutrients, cytokines, and immune cells. Am J Physiol Gastrointest Liver Physiol. 2000; 279:G851-857.

2. **Turner JR**. Show me the pathway! Regulation of paracellular permeability by $Na^+$- glucose cotransport. Adv Drug Deliv Rev. 2000; 41:265-281.

3. **Turner JR**. 'Putting the squeeze' on the tight junction: understanding cytoskeletal regulation. Semin Cell Dev Biol. 2000; 11:301-308.

6. Siccardi D, **Turner JR**, and Mrsny RJ. Regulation of intestinal epithelial function: a link between opportunities for macromolecular drug delivery and inflammatory bowel disease. Adv Drug Deliv Rev. 2005; 57:219-235.

8. Shen L and **Turner JR**. Role of epithelial cells in initiation and propagation of intestinal inflammation. Eliminating the static: tight junction dynamics exposed. Am J Physiol Gastrointest Liver Physiol. 2006; 290:G577-582.

9. **Turner JR**. Molecular basis of epithelial barrier regulation: from basic mechanisms to clinical application. Am J Pathol. 2006; 169:1901-1909.

10. Weber CR and **Turner JR**. Inflammatory bowel disease: is it really just another break in the wall? Gut. 2007; 56:6-8.

11. Purohit V, Bode JC, Bode C, Brenner DA, Choudhry MA, Hamilton F, Kang YJ, Keshavarzian A, Rao R, Sartor RB, Swanson C, and **Turner JR**. Alcohol, intestinal bacterial growth, intestinal permeability to endotoxin, and medical consequences: summary of a symposium. Alcohol. 2008; 42:349-361.

12. Yu D and **Turner JR**. Stimulus-induced reorganization of tight junction structure: the role of membrane traffic. Biochim Biophys Acta. 2008; 1778:709-716.

13. Edelblum KL and **Turner JR**. The tight junction in inflammatory disease: communication breakdown. Curr Opin Pharmacol. 2009; 9:715-720.

14. Graham WV, Marchiando AM, Shen L, and **Turner JR**. No static at all. Ann N Y Acad Sci. 2009; 1165:314-322.

15. Lamprecht G, Gaco V, **Turner JR**, Natour D, and Gregor M. Regulation of the intestinal anion exchanger DRA (downregulated in adenoma). Ann N Y Acad Sci. 2009; 1165:261-266.

16. Shen L, Su L, and **Turner JR**. Mechanisms and functional implications of intestinal barrier defects. Dig Dis. 2009; 27:443-449.

17. Chen L, Park SM, **Turner JR**, and Peter ME. Cell death in the colonic epithelium during inflammatory bowel diseases: CD95/Fas and beyond. Inflamm Bowel Dis. 2010; 16:1071-1076.

18. Cunningham KE, and **Turner JR**. Myosin light chain kinase: pulling the strings of epithelial tight junction function. Ann N Y Acad Sci. 2012; 1258:34-42.

19. Odenwald MA and **Turner JR**. Intestinal permeability defects: is it time to treat? Clin Gastroenterol Hepatol. 2013; 11:1075-1083.

20. **Turner JR**, Buschmann MM, Romero-Calvo I, Sailer A, and Shen L. The role of molecular remodeling in differential regulation of tight junction permeability. Semin Cell Dev Biol. 2014; 36:204-212.

21. Lingaraju A, Long TM, Wang Y, Austin JR, 2nd, and **Turner JR**. Conceptual barriers to understanding physical barriers. Semin Cell Dev Biol. 2015; 42:13-21.

**Book Chapters**

1. Tartakoff AM and **Turner JR**. The Golgi complex. In: Fundamentals of Medical Cell Biology, edition. Bittar EE, eds.  JAI Press, 1992; p. 283-304.

2. Tartakoff AM and **Turner JR**. The Golgi complex. In: Cellular Organelles and the Extracellular Matrix, edition. Bittar EE, eds.  JAI Press, 1995; p. 19-38.

3. **Turner JR** and Skarin AT. Cancer of the gastrointestinal tract. In: Atlas of Diagnostic Oncology, 2nd edition. Skarin AT, eds.  Mosby-Wolfe, 1996; p. 111-160.

4. **Turner JR** and Madara JL. Physiological regulation of tight junction permeability by Na+-nutrient cotransport. In: Tight Junctions, edition. Anderson JM, and Cereijido M, eds.  Academic Press, 2001; p. 333-347.

5.  **Turner JR** and Basson MD. Roles of the extracellular matrix and cytoskeleton in intestinal epithelial restitution. In: Gastrointestinal Mucosal Repair and Experimental Therapeutics, edition. Hob CH, and Wang JY, eds.  Karger Press, 2002; p. 1-13.

6.  Hecht G and **Turner JR**. Bacterial Infections of the colon. In: Atlas of Gastroenterology, 3rd edition. Yamada T, Alpers DH, Laine L, Owyang C, and Powell DW, eds.  Lippincott Williams & Wilkins, 2003; p. 371-376.

7.  Kulke MH, **Turner JR**, and Skarin AT. Cancer of the gastrointestinal tract. In: Atlas of Diagnostic Oncology, 3rd edition. Skarin AT, eds.  Mosby, 2003; p. 113-162.

8.  **Turner JR**. Functional morphology of the intestinal mucosae: From crypts to tips. In: Microbial Pathogenesis and the Intestinal Epithelial Cell, edition. Hecht G, eds.  American Society of Microbiology Press, 2003; p. 1-22.

9.  Clayburgh DR and **Turner JR**. Stomach, anatomy. In: Encyclopedia of Gastroenterology, edition. Johnson LR, eds.  Academic Press, 2004; p. 458-462.

10. Russo J and **Turner JR**. Gastrointestinal tract anatomy, overview. In: Encyclopedia of Gastroenterology, edition. Johnson LR, eds.  Academic Press, 2004; p. 223-227.

11. Graham WV and **Turner JR**. Introduction to the host and bacterial pathogens. Overview of the epithelial cell. In: Bacterial-Epithelial Cell Cross-Talk: Molecular Mechanisms in Pathogenesis, edition. McCormick BA, eds.  Cambridge University Press, 2006; p. 3-29.

12. Hu Z, Clayburgh DR, and **Turner JR**. Mechanisms of ion transport regulation by microfilaments. In: Advances in Molecular and Cell Biology: Aspects of the Cytoskeleton, edition. Bittar EE, and Khurana S, eds.  Elsevier, 2006; p. 285-305.

13. Kulke MH, **Turner JR**, and Meyerhardt J. Colorectal cancer: epidemiology, histology, diagnosis, and staging. In: Colorectal Cancer from the Dana-Farber Cancer Institute Handbook Series, edition. Meyerhardt J, and Saunders M, eds.  Mosby, 2007; p. 23-56.

14. **Turner JR**. The gastrointestinal tract. In: Robbins and Cotran Pathologic Basis of Disease, 8th edition. Kumar V, Abbas AK, Fausto N, and Aster JC, eds.  Elsevier, 2009; p. 763-831.

15. **Turner JR**, and Madara JL. Epithelia: biological principles of organization. In: Textbook of Gastroenterology, 5th edition, edition. Yamada T, Alpers DH, Kalloo AN, Kaplowitz N, Owyang C, and Powell DW, eds.  Blackwell Publishing, Hoboken, New Jersey. 2009; p. 169-186.

16. **Turner JR**, and Odze RD. Polyps of the stomach. In: Surgical Pathology of the Gastrointestinal Tract, Liver, Biliary Tract and Pancreas, 2nd edition. Odze RD, and Goldblum JR, eds.  Saunders, 2009; p. 415-445.

17. Bradford EM, Turner ES, and **Turner JR**. Understanding the epithelial barrier in IBD. In: Crohn's Disease and Ulcerative Colitis, edition. D B, eds.  Springer, 2012; p. 75-84.

18. Carey HV, Pike AC, Weber CR, **Turner JR**, Visser A, Beijer-Liefers SC, Bouma HR, and Kroese FG. Impact of hibernation on gut microbiota and intestinal barrier function in ground squirrels. In: Living in a seasonal world, edition. Ruf T, Bieber C, Arnold W, and Millesi E, eds.  Springer, 2012; p. 281-291.

19. Ma TY, Anderson JM, and **Turner JR**. Tight junctions and the intestinal barrier. In: Physiology of the Gastrointestinal Tract, edition. Johnson L, Ghishan F, Kaunitz J, Merchant J, Said H, and Wood j, eds.  Oxford, 2012; p. 1041-1088.

20. Nalle SC and **Turner JR**. Endothelial and epithelial barriers in graft-versus-host disease. In: Biology and Regulation of Blood-Tissue Barriers, edition. Cheng CY, eds.  Landes Bioscience/Springer, 2012; p. 105-131.

21. **Turner JR** and Lingen MW. The oral cavity and gastrointestinal tract. In: Basic Pathology, 9th edition. Kumar V, Abbas AK, and Aster JA, eds.  Elsevier, 2012; p. 551-603.

22. **Turner JR**. The gastrointestinal tract. In: Robbins and Cotran Pathologic Basis of Disease, 9th edition. Kumar V, Abbas AK, and Aster JC, eds.  Elsevier, 2014; p. 749-819.

23. **Turner JR** and Odze RD. Polyps of the stomach. In: Odze and Goldblum Surgical Pathology of the GI Tract, Liver, Biliary Tract and Pancreas, 3rd edition. Odze RD, and Goldblum JR, eds.  Saunders, 2014; p. 540-578.

24. Edelblum KL and **Turner JR**. Epithelial Cells: Structure, Transport, and Barrier Function. In: Mucosal Immunology, 4th edition. Russell MW, Mestecky J, Strober W, Lambrecht BN, Kelsall BL, and Cheroutre H, eds.  Elsevier, 2015; p. 187-210.

25. **Turner JR**. Epithelia and gastrointestinal function. In: Yamada Textbook of Gastroenterology, 6th edition. Podolsky DK, Camilleri M, Fitz JG, Kalloo AN, Shanahan F, and Wang TC, eds.  John Wiley & Sons, 2016; p. 317-329.

26. **Turner JR** and Lingen MW. The oral cavity and gastrointestinal tract. In: Basic Pathology, 10th edition. Kumar V, Abbas AK, and Aster JC, eds.  Elsevier, 2017; In press.

## Editorials

1. **Turner JR**, Maitra A, Natkunam Y, Rubin BP, Rubin MA, and Teitell MA. Bringing pathobiology into focus. Lab Invest. 2006; 86:632.

2. Crawford JM, Ketcham CM, Braylan R, Morel L, Terada N, **Turner JR**, and Yachnis AT. The publishing game: reflections of an editorial team. Lab Invest. 2008; 88:1258-1263.

3. **Turner JR**. Continuing attrition of physician-scientists (CAPS): a preventable syndrome? Gastroenterology. 2012; 143:511-515 e511.

4. **Turner JR**, Goldenring JR, Wells RG, Brounstein LM, and Dubnansky EC. Cellular and Molecular Gastroenterology and Hepatology: The Evolution of AGA Publishing. Gastroenterology. 2014; 146:1143-1144.

5. Dubnansky EC, Lowe CB, Petrovic TK, Brounstein LM, El-Serag HB, **Turner JR**, and Bishr Omary M. Why send your paper to Gastroenterology: global outreach and partnerships with sister journals, CGH and CMGH, among a menu of offerings. Gastroenterology. 2015; 148:673-678.

6. **Turner JR**, Goldenring JR, Wells RG, and Brounstein LM. CMGH: The Revolution Starts Now. Cell Mol Gastroenterol Hepatol. 2015; 1:1.

7. **Turner JR**. A Journey of a Thousand Miles Begins With a Single Step, and Then Another. Cell Mol Gastroenterol Hepatol. 2015; 1:121-122.

8. **Turner JR**. CMGH Is Growing! Cell Mol Gastroenterol Hepatol. 2015; 1:453.

9. **Turner JR**. Looking Back; Looking Forward! Cell Mol Gastroenterol Hepatol. 2016; 2:1-2.

10. Omary MB, Cohen DE, El-Omar EM, Jalan R, Low MJ, Nathanson MH, Peek RM, Jr., **Turner JR**. Not All Mice Are the Same: Standardization of Animal Research Data Presentation. Cell Mol Gastroenterol Hepatol 2016; 2:391-393.

   *Co-published as:*

   Omary MB, Cohen DE, El-Omar EM, Jalan R, Low MJ, Nathanson MH, Peek RM, Jr., **Turner JR**. Not All Mice Are the Same: Standardization of Animal Research Data Presentation. Gastroenterology 2016; 150:1503-4.

   Omary MB, Cohen DE, El-Omar EM, Jalan R, Low MJ, Nathanson MH, Peek RM, Jr., **Turner JR**. Not all mice are the same: Standardization of animal research data presentation. Hepatology 2016; 63:1752-4.

11. **Turner JR**. PubMed, PubMed Central, and Impact Factor. Cell Mol Gastroenterol Hepatol. 2016; 2:537.

12. **Turner JR**. A Picture Is Worth a Thousand Words. Cell Mol Gastroenterol Hepatol 2017; 3:1.

## Commentaries

1. **Turner JR**, and Madara JL. Physiological regulation of intestinal epithelial tight junctions as a consequence of Na+-coupled nutrient transport. Gastroenterology. 1995; 109:1391-1396.

2. Su L and **Turner JR**. Got guts? Need nerve! Gastroenterology. 2007; 132:1615-1618.

3. Shen L and **Turner JR**. Intercellular junctions: actin the PARt. Curr Biol. 2008; 18:R1014-1017.

4. Nalle SC and **Turner JR**. Epithelium, tear down this wall! Cell Host Microbe. 2009; 5:1-2.

5. Nalle SC and **Turner JR**. Menetrier's disease therapy: rebooting mucosal signaling. Sci Transl Med. 2009; 1:8ps10.

6. Turner ES and **Turner JR**. Expanding the Lauren classification: a new gastric cancer subtype? Gastroenterology. 2013; 145:505-508.

7. Odenwald MA and **Turner JR**. Expert Opinion: Not Ready for Prime Time: Real-Time Narrow-Band Imaging for Small Colorectal Polyps. In: Practice update, Gastroenterology. 2014.

## Technical Reports

1. **Turner JR** Tartakoff AM, and Berger M. A flow-cytometric method for the quantitative analysis of intracellular and surface membrane antigens. Methods in cell biology. 1989; 32:351-363.

2. Clayburgh DR and **Turner JR**. Use of the Bio-plex™ cytokine immunoassay to determine cytokine expression levels in the intestinal mucosa. Bioradiations. 2006; 118:14-15.

3. Clayburgh DR and **Turner JR**. Transfection of Caco-2 Cells With siRNA Using the siLentFect™ Lipid Reagent. Bioradiations. 2006; 118:22-23.

## Correspondence

1. **Turner JR** and Jimenez RE. Reply to Mogyorosi and Schubert. Gastroenterology. 1999; 116:219-220.

3. **Turner JR**. Reply to Skarupski and Keshavarzian. Gastroenterology. 2013; 144:e22-23.

**Book Reviews**

1. Hosseini–Varnamkhasti M and **Turner JR**. Molecular Pathology of Neoplastic Gastrointestinal Diseases. Gastroenterology. 2013; 145:908-909.

2. **Turner JR**. Biopsy Interpretation of the Gastrointestinal Tract Mucosa, Volume 2: Neoplastic, 2nd Edition. Gastroenterology. 2013; 144:1147-1148.

3. Kwak HA and **Turner JR**. Differential Diagnoses in Surgical Pathology: Gastrointestinal System. Gastroenterology. 2015; 149:258-259.


**Professional educational materials or reports, in print or other media**

1. **Turner JR**. Gastrointestinal Pathophysiology Syllabus. Detailed syllabus with abbreviated textbook materials to accompany medical school year 2 course. $1^{st} - 5^{th}$ editions. 1998-2001.

2. **Turner JR**. Gastrointestinal Pathophysiology Laboratory Sessions. Interactive PowerPoint case vignettes and detailed syllabus to accompany microscope slides and drive small group discussions as part of medical school year 2 course. $1^{st} - 5^{th}$ editions. 1998-2001.

3. **Turner JR**. Gastrointestinal Pathophysiology. Interactive CD-ROM to accompany medical school year 2 course. 1st, 2nd editions. 2000, 2001.


**Theses**

1, **Turner JR**. Structural studies of the C3b/C4b receptor (CR1) of human erythrocytes. A.B. magna cum laude. St. Louis, MO. Washington University; 1984.

2. **Turner JR**. Structural and functional studies of the C3b and C4b binding proteins of a human monocyte like cell line (U937). A.M. St. Louis, MO. Washington University; 1984.

3. **Turner JR**. Secretory organelles and the cytoskeleton: Organization and interdependence. Ph.D. Cleveland, OH. Case Western Reserve University; 1990


**<u>Narrative Report</u>**

I am an investigator and gastrointestinal surgical pathologist with administrative responsibilities that have included service as Associate Chair, editor and editorial board member, and study section chair and member. My annual effort has focused on research with significant clinical service, administrative, teaching, and national leadership. My major laboratory accomplishments include discovery of fundamental and translational aspects of epithelial transport and barrier regulation in response to physiological and pathophysiological stimuli.

My laboratory focuses on epithelial and mucosal biology using the gastrointestinal tract and related diseases as organotypic models. In early work we discovered the essential role of myosin light chain kinase (MLCK) in physiological tight junction regulation, identified subsequent activation of NHE3-mediated $Na^+$ absorption, and defined the mechanisms responsible for this coordinated paracellular and transcellular transport.

My group then asked if these regulatory mechanisms were relevant to disease pathogenesis. We found that MLCK triggers endocytosis of the tight junction protein occludin to effect barrier loss in acute, tumor necrosis factor α- (TNF-) induced diarrhea and discovered that TNF-induced diarrhea required both barrier loss and NHE3 downregulation. We cloned and characterized intestinal epithelial MLCK, its promoter, alternative splicing, and transcriptional upregulation by TNF in experimental and human

71

inflammatory bowel disease (IBD). We have created and used genetically-modified mice to define the critical contributions of intestinal epithelial MLCK to intestinal and systemic disease, including IBD and graft versus host disease.

Our work has defined distinct high capacity-high selectivity (pore) and low capacity-low selectivity (leak) tight junction flux pathways and their regulation by pathogenic stimuli. MLCK regulates the leak pathway, while claudin-2 mediates pore pathway conductance. Recently, we performed single channel conductance analyses of trans-tight junction, claudin-2 channels and showed them to be highly dynamic. We are now characterizing relative contributions and integration of pore and leak pathway flux in infectious and immune-mediated diseases.

My laboratory has led efforts to image tight junction regulation in vitro and in vivo. We have used these technologies to discover continuous molecular remodeling of tight junction structure and protein interactions at steady-state, mechanisms of homeostatic and pathophysiological tight junction regulation, and specific contributions of tight junction proteins to intraepithelial lymphocyte migration and innate defense.

The research above has served as a training vehicle for high school and graduate students as well as postdoctoral fellows, many of whom now hold faculty positions. Nearly all have had one or more first author papers, won awards, and been awarded grants and fellowships.

My clinical, educational, and administrative activities are detailed elsewhere. Over time, my extensive classroom efforts have been superseded by authorship of chapters in major textbooks of pathology, surgical pathology, gastroenterology, and physiology. Finally, I have taken on major responsibilities as editor and editorial board member of leading journals and in multiple professional societies.

In summary, I am a physician scientist who has made and continues to make contributions to our understanding of epithelial and mucosal biology and gastrointestinal pathophysiology while contributing actively to education, mentorship, clinical practice, administration, and society leadership.

# Exhibit D

Protected Information - Jerrold R. Turner, M.D., Ph.D.

```
 1    regarding olmesartan?

 2        A.    No.

 3        Q.    The first time that you spoke with

 4    Mr. Babington was March 31, 2016, according to

 5    Exhibit 6, correct?

 6        A.    We may have had e-mails before that,

 7    but something along those lines, yes.

 8        Q.    It says there was a document review.

 9    What documents did you review at that initial

10    meeting, do you know?

11        A.    I think they sent me a few articles

12    related to olmesartan.

13        Q.    Do you remember what articles they

14    were?

15        A.    I couldn't tell you exactly.  I would

16    -- I'd be speculating.  I could speculate.

17        Q.    Have you published any articles with

18    regard to olmesartan?

19        A.    No, I have not.

20        Q.    Have you given any presentations

21    regarding olmesartan?

22        A.    I have not.

23        Q.    Am I correct that before you were

24    retained in this litigation, you had no interest
```

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    in olmesartan?

2        A.    Other than the medical literature that

3    reported it.

4        Q.    Meaning you were familiar with the

5    fact that some articles had been published in

6    the literature, but other than that awareness

7    you had no interest in olmesartan, correct?

8        A.    That's right.

9        Q.    You know Joseph Murray, correct?

10       A.    Yes, I do.

11       Q.    You respect him?

12       A.    Yes.

13       Q.    Is he considered perhaps one of the

14   most -- rephrase.

15            Is he considered the or one of the

16   most respected celiac specialists in the world?

17       A.    I think he's one of the most

18   respected, absolutely.

19       Q.    Joseph Murray is the world's authority

20   regarding celiac and other disease processes,

21   correct?

22       A.    I think specifically regarding celiac

23   disease, yes.

24       Q.    Have you ever spoken with Dr. Murray

1    regarding olmesartan?

2         A.    I have not.

3         Q.    Have you ever attended a presentation

4    regarding olmesartan?

5         A.    I have not.

6         Q.    Before you were contacted to act as an

7    expert in this litigation, what, if any,

8    articles regarding olmesartan were you familiar

9    with specifically?

10        A.    You know, I've been looking at a lot

11   of articles in the months since then, and I

12   don't think I could give you a clear list of

13   what I had seen before and what I hadn't.  I'm

14   sure I'd seen the 2012 Mayo Clinic report.  And

15   I'm sure I'd seen some other papers, but I

16   couldn't specifically tell you which ones.

17        Q.    The second invoice of May 24 bills for

18   document preparation, protocol, phone call

19   preparation, and phone call with Mr. Babington

20   on May 14.

21             Do you see that?

22        A.    Yes.

23        Q.    It says you spent two and a half hours

24   on that day?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1      A.    No.  The phone call was on May 14.  I

2  think the two and a half hours total was between

3  April 23rd and May 24th.

4      Q.    Okay.  Let me ask you again.

5          The two and a half hours that you

6  billed would have encompassed all of those

7  activities you described between April 23 and

8  the date of this invoice, May 24?

9      A.    Yes.

10     Q.    What protocol are you referring to?

11     A.    Mr. Babington asked me to put together

12 a rough protocol of, if we were going to

13 approach these biopsies in a standardized way,

14 how we might go about doing that.

15     Q.    These were biopsies of patients who

16 were having their cases reviewed as part of the

17 litigation?

18     A.    Yes.

19     Q.    In your clinical practice, it's my

20 understanding that you spend most of your time

21 on research related activities, is that correct?

22     A.    Yes, about 70 percent.

23     Q.    You're at Brigham & Women's now.  When

24 did you return to Brigham & Women's?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

```
 1        A.    Last February.
 2        Q.    At Brigham & Women's, do you have any
 3   clinical responsibilities?
 4        A.    Yes.
 5        Q.    What are your clinical
 6   responsibilities at the Brigham?
 7        A.    It's exclusively GI pathology, almost
 8   exclusively biopsies.
 9        Q.    How many hours a week do you have
10   clinical responsibility at Brigham & Women's?
11        A.    I have eight weeks per year, so you
12   can break that out any way you like.
13        Q.    Since you went to Brigham & Women's,
14   how many times have you looked at biopsies in
15   connection with suspected or identified celiac
16   disease?
17        A.    I couldn't give you an exact number,
18   but I'm sure it's quite a few.  We see a lot of
19   those.
20        Q.    Estimate for me, how many have you
21   seen?
22        A.    Well, an estimate, maybe a couple
23   hundred.
24        Q.    In the time you've been at Brigham &
```

1    which did have the clinical picture of

2    olmesartan enteropathy that aren't listed?  Do

3    you know whether there are any such reports?

4         A.    So you've made a conclusion in your

5    question that I can't agree with.

6         Q.    Do you know whether there are other

7    reports that aren't listed in that report where

8    patients either had diarrhea and weight loss or

9    serious diarrhea that aren't included?

10        A.    I don't know that.

11        Q.    Do you know who Crawford Parker is?

12        A.    No, I don't, other than his title

13   here.

14        Q.    With regard to the Caspard report,

15   what, if anything, about it is significant to

16   you?

17        A.    You know, I can't remember anything

18   specific.  I'm sorry that I don't have a copy of

19   it with me.

20        Q.    With regard to the less than five

21   MedWatch reports that you reviewed a week or so

22   ago, or in the last week, what, if anything, can

23   you specifically point to in your deposition

24   right now that you would say is significant to

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1  you about those MedWatch reports, specific to

2  each one?

3      A.   I think that what's specific to the

4  MedWatch reports is the same thing that I found

5  in each of the case reports, is that they were

6  wholly uncontrolled, and showed correlation, but

7  no data really supporting causation.

8      Q.   What does correlation mean?

9      A.   Correlation means if something, A,

10  happened, then more often than not B will follow

11  or be accompanying that.

12      Q.   The MedWatch reports you saw you

13  believe did show a correlation between

14  olmesartan and gastrointestinal illness,

15  correct?

16      A.   In some individual cases there was a

17  correlation.

18      Q.   Were you shown any adverse event

19  reports in which Daiichi performed a causality

20  assessment internally, when their physicians

21  actually evaluated causality?

22      A.   I don't think so.

23      Q.   Do you know whether Daiichi actually,

24  their internal physicians actually evaluated any

Protected Information - Jerrold R. Turner, M.D., Ph.D.

```
 1    peer-reviewed medical literature you can point
 2    to that concludes explicitly that there is no
 3    association between olmesartan and what has been
 4    termed in the literature olmesartan-associated
 5    enteropathy or sprue-like enteropathy?  Any
 6    article that reaches that conclusion?
 7         A.    Yes, there's several.
 8         Q.    That says there's no association?
 9         A.    That says there was no association
10    detected in their study.
11         Q.    Which articles say there's no
12    association.  Well, let me stop you for a
13    second, stop you for a second.
14               My question is not somebody saying
15    whether or not they found an association in
16    their study.  My question is, is there any
17    article in the peer-reviewed literature where
18    there is an explicit conclusion that olmesartan
19    is not associated with olmesartan-associated
20    enteropathy as that term is used in the
21    literature, or sprue-like enteropathy, any
22    article that reaches that explicit conclusion?
23         A.    Well, I think failure to detect an
24    association in a highly powered study would come
```

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    to that conclusion to the extent that it's

2    possible to prove a negative.  Proving a

3    negative is obviously impossible or very

4    difficult.  So it depends how you interpret

5    that.

6            MR. SLATER:  Move to strike.

7        Q.   Is there any article that reaches that

8    conclusion that I just asked you, explicitly

9    states there is no association?

10       A.   Yes.

11       Q.   Are you saying that there's articles

12   where a study was done and they did not find an

13   association in their study?  Because that's not

14   what I'm asking you.

15           MR. PARKER:  Objection.

16   BY MR. SLATER:

17       Q.   That's a different conclusion than

18   what I'm asking you about.

19           MR. PARKER:  Objection.

20   Argumentative.

21           You may answer.

22       A.   I'm saying --

23   BY MR. SLATER:

24       Q.   Do you understand my question?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    A.    Associated with, you would like to see

2  some evidence of a controlled rechallenge that

3  really told you that it was due to olmesartan,

4  or at least a highly controlled dechallenge in

5  which you could say it was associated.

6  Obviously a dechallenge would never be

7  sufficient in a single case for making that

8  conclusion of causation, but it probably could

9  be sufficient for saying in that patient it's

10  associated and maybe we should just sort of not

11  worry about it and give that patient some other

12  drug.

13    Q.    There are some highly controlled

14  dechallenges in the case reports published in

15  the literature, right?

16    A.    I don't believe so.

17    Q.    Okay.  If you have a patient who --

18  let me rephrase.

19         I'm going to give you a hypothetical

20  patient and ask you a question about the

21  patient.  Okay?

22    A.    Okay.

23    Q.    If you have a patient who is taking

24  olmesartan for more than two years, and more

1    documents to describe this condition that we're

2    talking about?

3         A.    I don't believe I saw it in the

4    documents that I saw.

5         Q.    Would it be helpful to you to know

6    that -- rephrase.

7              If, in fact, Daiichi in its own

8    internal documents refers to the condition as

9    olmesartan induced enteropathy, that would be

10   significant to you, since they presumably are

11   experts regarding the side effects caused by

12   their drug, right?

13             MR. PARKER:   Objection.

14        A.    It depends.   It would certainly be

15   something to be aware of, but it wouldn't be the

16   only factor in my thinking, because then I would

17   be just accepting their conclusion based on data

18   I haven't seen.   So it would really depend on

19   why they were making that conclusion.

20   BY MR. SLATER:

21        Q.    If there are physicians employed by

22   Daiichi who found in reviewing adverse event

23   reports that gastrointestinal illness

24   representing sprue-like enteropathy in terms of

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1      BY MR. SLATER:

2          Q.    Did you find it, Doctor?

3          A.    No, I'm not finding an actual reprint

4      of the label, I'm sorry.

5          Q.    You have the FDA safety notification

6      right in front of you, right?

7          A.    Yes, I do.

8          Q.    Right in the beginning it says that

9      "Olmesartan can cause sprue-like enteropathy,"

10     right?  Doctor, the very first paragraph, do you

11     see it?

12         A.    Yes.  And I think they're using the

13     regulatory phraseology, so they're saying "can"

14     as in it's possible that they caused these

15     intestinal problems.

16         Q.    Doctor, it says right on the drug

17     safety communication, July 3, 2013, "The US Food

18     and Drug Administration (FDA) is warning that

19     the blood pressure drug olmesartan medoxomil

20     (marketed as Benicar, Benicar HCT, Azor,

21     Tribenzor, and generics) can cause intestinal

22     problems known as sprue-like enteropathy."

23     That's the words, right?

24         A.    That's the words.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1      Q.    Do you disagree with the FDA?

2      A.    No.

3      Q.    Now, going to Exhibit 8, Brigham &

4   Women's Hospital is telling people who want to

5   read their health library that side effects that

6   patients can suffer as a result of taking

7   olmesartan include diarrhea, vomiting, and

8   weight loss, that's what your institution is

9   telling patients, correct?

10     A.    Yes.

11     Q.    And that's truthful -- let me

12   rephrase.

13           And that is truthful information,

14   correct?

15     A.    They're saying what side effects may I

16   notice from receiving this medication.  So

17   they're listing that as a possible side effect

18   that you should report to your doctor or health

19   care professional.

20     Q.    The reason Brigham & Women's provides

21   possible side effects here in that library is so

22   patients will be aware of side effects that your

23   institution thinks can occur in some patients

24   due to taking the drug, right?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    entity?

2        A.    I don't think it's been definitively

3    shown to be true, to be an entity.

4        Q.    If the people -- I'd like you to

5    assume -- a hypothetical.  I'm going to ask you

6    a new question.  I'd like you to assume that the

7    people who believe olmesartan-associated

8    enteropathy is a real clinical entity are

9    correct and that you're wrong, I'd like you to

10   assume that, okay?

11       A.    Okay.

12       Q.    Assuming that to be true, there is

13   evidence that it has a patchy appearance on

14   biopsy, correct?

15       A.    I believe that's what's been reported.

16       Q.    Looking at Exhibit 9, this letter from

17   Drs. Gallivan and Brown, in the last paragraph

18   they state in the second sentence, "Thus, it is

19   important to consider olmesartan induced

20   enteropathy in patients with histological

21   sprue-like findings, with or without colonic

22   inflammation, in the absence of other celiac

23   disease or other medical condition."

24            Do you see that?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1      A.    Yes.

2      Q.    You agree with that statement in terms

3  of that clinicians should consider olmesartan

4  induced enteropathy under those circumstances,

5  correct?

6      A.    For the reasons we discussed, I

7  wouldn't agree with the phraseology.  I would

8  agree that you'd want to consider taking your

9  patient off olmesartan if they failed a

10  gluten-free diet and have appropriate

11  histopathology, and so on.

12      Q.    The reason that a clinician would take

13  a patient off of olmesartan in the setting of

14  the clinical features of sprue-like enteropathy

15  is because the clinician thinks that the

16  olmesartan may be causing the clinical syndrome,

17  correct?

18      A.    They recognize it as a possibility,

19  yes.

20      Q.    And where the only change that's made

21  is the withdrawal of the olmesartan in a

22  particular patient, and the patient's clinical

23  syndrome resolves, the symptoms go away, the

24  pathology normalizes, in that case, all other

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    things being equal, olmesartan-associated

2    enteropathy should be on the differential

3    diagnosis as the cause of that clinical

4    presentation, correct?

5              MR. PARKER:  Objection.

6         A.   I think permanent withdrawal of

7    olmesartan in their drug regimen would be a

8    reasonable practice.

9    BY MR. SLATER:

10        Q.   And the reason why it would be

11   reasonable to permanently withdraw the

12   olmesartan is because, and we'll start small

13   here, of the possibility that the olmesartan was

14   causing the clinical syndrome, correct?

15        A.   Sure, that remains a possibility.

16        Q.   Where the only change made is the

17   withdrawal of the olmesartan, and the patient

18   then has resolution of the clinical symptoms and

19   the pathology normalizes, in the absence of any

20   other change for that patient, the olmesartan is

21   the likely cause of the clinical syndrome that

22   was being suffered by patient, correct?

23             MR. PARKER:  Objection.

24   BY MR. SLATER:

1    Q.    From a clinical perspective for that

2  patient, correct?

3    A.    That would indicate a correlation, and

4  a good management decision in the patient.  It

5  does not indicate that olmesartan caused that.

6    Q.    It indicates that olmesartan, from a

7  clinical perspective, was the likely cause of

8  the clinical symptoms that ceased and normalized

9  and got all better when the patient stopped

10  taking the olmesartan if it was the only change

11  that the patient had, correct?

12    A.    Again, I --

13    Q.    Clinically.

14    A.    I think clinically it tells you that

15  it would be a good idea to change the medication

16  regimen for that patient.  You can theoretically

17  say maybe it was the cause, let's not give this

18  patient olmesartan.  But I don't think you can

19  conclude that olmesartan was the cause.

20    Q.    Is it your testimony the only way that

21  you can conclude the olmesartan was the cause if

22  you then were to put the patient back on the

23  olmesartan, and the symptoms and the pathology

24  were to recur?

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    A.    You know, you really need -- in these

2  sorts of cases we know the placebo effects can

3  be strong, you really need controlled tests.

4  That's really the only way to do it.   Really

5  case reports are the weakest form of data in the

6  medical literature, that's well-recognized

7  throughout the medical literature, you really

8  can't draw these conclusions from uncontrolled

9  case reports like this.

10    Q.    So you're saying that you'd need to

11  see a controlled rechallenge to prove causation

12  in that case, right?

13        MR. PARKER:  Hold on.   Technical

14  problem.

15    A.    I'm saying we need a controlled and

16  properly done randomized rechallenge, and then

17  you can make a determination about one patient.

18  BY MR. SLATER:

19    Q.    If it causes it in one patient, then

20  that would answer the question that there is

21  general causation, correct?

22        MR. PARKER:  Objection.

23    A.    If it causes it in one patient by some

24  idiosyncratic reaction where it unmasks a

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    Q.    Dr. Murray is one of the world's

2  authorities on this issue, correct?

3    A.    On celiac disease, absolutely.  Is

4  that what you're asking?

5    Q.    And do you know -- and you've actually

6  co-authored a publication with Dr. Murray, is

7  that right?

8    A.    I think we're co-authors of a

9  publication, might be two.

10    Q.    The second sentence in the abstract --

11  I'm sorry, did I interrupt you?

12    A.    Yeah.  I was going to say there might

13  be more than one that I'm co-authors with Joe

14  on, but I'm not certain.

15    Q.    Okay.  Have you ever told him that you

16  think he publishes in garbage medical journals?

17    A.    You know, I think probably everybody

18  has published papers in garbage medical journals

19  from time to time.  And I think if I told him

20  maybe not in such crude terms that I thought

21  this was not really the best journal, I think

22  he'd agree.

23    Q.    Are very good articles with very good

24  science published in garbage medical journals

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1        A.    In clinical terms.

2   BY MR. SLATER:

3        Q.    If the physician then says to the

4   patient, okay, you seem like you're better,

5   let's put you back on the olmesartan, and the

6   patient has the clinical symptoms recur, you

7   would agree at that point it's very reasonable

8   for the physician to say, I'm going to pull you

9   back off the olmesartan and we're going to find

10  a different medication for your high blood

11  pressure?

12       A.    Sure.

13       Q.    That's a reasonable clinical decision,

14  right?

15       A.    That's a completely reasonable

16  clinical decision.

17       Q.    And if the physician were to make that

18  decision based upon their clinical judgment that

19  the olmesartan was causing the condition, that

20  would be a reasonable clinical judgment based on

21  those facts, correct?

22       A.    I think you have to ask what you're

23  implying there.  If you're implying causation in

24  the scientific or legal sense, no, they don't

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1   have sufficient data to say that.  If you're

2   implying in a very loose sense that it might

3   cause it in this patient, it seems like whenever

4   this patient is off olmesartan they're better,

5   we should just use something else because

6   there's not much harm to that, then they can

7   think about it in any terms they like.

8          MR. SLATER:  Well, move to strike.

9       Q.   My question is very specific.  If the

10  doctor told the patient, you got better when we

11  took you off the olmesartan, you got sick again

12  when we put you back on the olmesartan, I think

13  that the olmesartan is causing your condition so

14  you should use a different hypertension drug,

15  and you shouldn't take the olmesartan anymore,

16  based on that clinical picture in that clinical

17  context, that's a reasonable medical judgment by

18  that physician, correct?

19         MR. PARKER:  Objection.  Asked and

20  answered.

21      A.   I think with some paraphrasing that's

22  correct.  I think it might be more appropriate

23  to say I think there's a chance that it's

24  causing that, let's put you on something else

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    That's all that's here is case reports.

2        Q.    There's not only isolated case

3    reports, are there, Doctor?

4        A.    There's just case reports and small

5    series of 10, 20 patients.

6        Q.    What would you like to do to prove

7    this?  Would you like to see somebody actually

8    structure a randomized controlled trial to study

9    this question?

10       A.    You could do that.  You could do

11   animal studies.  You could do case control

12   studies.  You could do controlled

13   dechallenge/rechallenge.  There's a lot of

14   things you could do.  None of it has been done

15   -- well, some of it has been done.  To the

16   extent it's been done, none of it has shown a

17   clear causation.

18       Q.    Okay.  Let's start with RCTs.

19             Who is going to -- how many patients

20   would you need to put into an RCT to study

21   whether or not patients get sprue-like

22   enteropathy from the use of olmesartan?  You

23   have no idea how many patients you'd need,

24   right?

1      Q.    I thought you said you would include.

2      A.    No, I said I would exclude pretty much

3  everything we've talked about, if we're talking

4  about sufficient statistical power, and I would

5  consult an epidemiologist about those three

6  studies that I mentioned, because I'm not in a

7  position to analyze the math and see -- ad be

8  able to state definitively were they

9  sufficiently powered.  But what I would conclude

10  is that pretty much everything else that we've

11  talked about is case reports, and is not

12  sufficiently powered.

13      You asked me earlier if the case

14  reports all go on the side of olmesartan does

15  cause enteropathy, and I said yes.  But if we're

16  going to use that low bar of how we pile things

17  up, then the Greywoode study certainly must go

18  on the other side.  It's at least as good as the

19  case reports.

20      Q.    Do you have the Lagana study handy,

21  the abdominal pain?

22      A.    Yes.

23      MR. TURNER:  I'm sorry.  I missed

24  that.  What study?

1    this question.

2              There are a number of rechallenges

3    documented in the peer-reviewed literature,

4    correct?

5         A.    Uncontrolled rechallenges, yes.

6         Q.    They're not just one, there's a

7    number?

8         A.    Yes.

9         Q.    Correct?

10        A.    Yes.

11        Q.    Taken together, you must agree that

12   there is significance to the number of

13   rechallenges documented, even if they're

14   uncontrolled, there is some significance to

15   that, and it must weigh in the analysis,

16   correct?

17        A.    You need to know what you're pulling

18   from.  If you're cherry-picking just the cases

19   where rechallenge was positive, then you can't

20   conclude that.  If you tell me that that

21   represents 10 percent of the rechallenges and

22   90 percent rechallenge didn't do anything, then

23   you would immediately drop that question and

24   conclude that it was a ridiculous question.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1          So we just don't have the information

2     to assess that, and that's part of the reason

3     these case reports are not useful.

4          Q.    The reports of rechallenges are

5     numerous enough where the rechallenge resulted

6     in resumption of symptoms, there are enough that

7     you have to at least factor them into the

8     analysis of general causation, correct?  They

9     have to be part of the analysis, correct?

10         A.    They should be considered, absolutely.

11    Everything that you can find, all data that are

12    available should be considered, and these would

13    be under that umbrella.

14         Q.    The same would hold true for the

15    dechallenges that were positive that showed the

16    people getting better, that's also part of the

17    data that should be analyzed in this question on

18    general causation, correct?

19         A.    Absolutely.

20         Q.    Ultimately in forming an opinion on

21    this, you can only go with the data that's

22    available to you, correct?

23         A.    Correct.

24         Q.    And on a smaller scale, if you take a

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1      the reuse of olmesartan as described?  Is that

2      your opinion?

3          A.    My opinion is that some of these could

4      be idiosyncratic drug reactions, some of these

5      could be the result of something else they

6      didn't pick up in their analyses, but that in

7      none of these cases is there proof that

8      olmesartan causes the enteropathy.

9          Q.    You would agree with me that with

10     regard to the patients who had the positive

11     dechallenges and the positive rechallenges as

12     discussed here, that it's possible that for at

13     least some of those patients olmesartan was

14     causing their clinical picture?  You'll agree

15     with that, correct?

16         A.    It is possible.  I would agree with

17     that.

18         Q.    You just would want to see more

19     rigorous data in order to be willing for you to

20     say I think it's likely, do I understand?

21         A.    I think if you want to prove

22     causation, you need stronger data than this,

23     yes.  I think anybody would agree with that.

24             MR. SLATER:  Do we have that Kulai

1    an opinion as to what was causing it, as you sit

2    here right now?

3         A.    There's a range of things that could

4    have been investigated in these patients.   I

5    can't tell you specifically in any case because,

6    again, there's not sufficient data.

7         Q.    Now, looking at your report, Page 5,

8    at the very bottom, you state, "Although some of

9    these studies have merit, it is also reasonable

10   to conclude that Rubio-Tapia's small series

11   stimulated investigators who were eager to join

12   the phenomenon."

13            That's what you wrote, right?

14        A.    Right.

15        Q.    First of all, which of the studies

16   have merit?

17        A.    I think the studies we've been talking

18   about have merit.   The question is whether they

19   prove causation.   We disagreed on whether they

20   proved causation.   I don't think they're

21   completely useless studies, they are of

22   interest, they do bring people's attention to

23   things.

24        Q.    Now, are there any investigators you

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    person's weekend.

2         A.    I couldn't put a number on it.  I'd

3    say at least 15 years, perhaps more.  I'm sure

4    it's more.

5         Q.    With regard to NSAIDs, how long has

6    that been known?

7         A.    Much more than that.

8         Q.    How about with mycophenolate?

9         A.    I think that's a newer drug, so I

10   think it's less, but I would probably say at

11   least ten years.

12        Q.    For clinical physicians who are

13   actually treating patients who have the clinical

14   syndrome that's been identified in the

15   literature as olmesartan enteropathy, in order

16   to treat their patients, do they need any more

17   studies than what's out there, or is there

18   sufficient information for them to know what

19   this entity is as described, and to use that

20   information to treat their patients?

21        A.    So first, I think it's been referred

22   to mostly as olmesartan-associated enteropathy,

23   not olmesartan enteropathy.

24             Second, I think they have enough

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1   information to be aware of it as a possible

2   entity, and if their patient -- and to do a

3   therapeutic trial by withdrawing the medication.

4   If their patient does well, then they shouldn't

5   put the patient back on olmesartan because there

6   are plenty of alternatives, and they don't need

7   more information for patient management.

8        Q.   So the state of the scientific

9   literature is sufficient to provide the

10  physicians who actually have to treat patients

11  in this area with the information they need to

12  treat the patients, fair statement?

13       A.   Fair statement.

14       Q.   Okay.  Doctor, unless Mr. Parker

15  reminds me of things I forgot to ask you, or

16  asks any really, really insightful questions, I

17  will probably not ask you more questions.  But

18  if he does, I will probably follow up.  So his

19  turn.

20            THE VIDEOGRAPHER:  If we could just go

21  off the record for a moment, please.

22            Going off the record.  The time is

23  4:42.

24            (Whereupon, a recess was taken.)

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    villous atrophy cases, that's one of the top

2    three diagnoses.

3         Q.    So -- never mind.  Let me rephrase and

4    go on.

5              Doctor, you were asked by Mr. Slater

6    about whether rechallenge was, I think his word

7    was strong evidence of causation.  Do you recall

8    that series of questioning early this morning?

9         A.    Yes.

10        Q.    And in response to a number of his

11   hypotheticals, you responded that it was an

12   uncontrolled rechallenge.

13             Do you recall that?

14        A.    Yes.

15             MR. SLATER:  Objection.

16   BY MR. PARKER:

17        Q.    Can you share with the jury what, if

18   any, importance there is on the question of

19   causation if a rechallenge is controlled versus

20   uncontrolled?

21        A.    Sure.  A rechallenge essentially

22   involves taking a patient who has recovered from

23   whatever their illness is, in this case it's one

24   of these patients who seems to do better after

1   stopping olmesartan, and then giving them

2   olmesartan and asking whether they manifest the

3   disease again, and I'll put that in quotes.

4            The issues with doing it just in that

5   way, which is more or less the way it's been

6   done, except usually the readministration has

7   not been intentional, the issue with doing it

8   just in that way is that you don't know what

9   else is going on, you haven't controlled for

10  other variables, which there may be many.  Most

11  of these patients have been identified when

12  they're reasonably ill.

13           The second issue, and I think this is

14  really a big one, is the placebo effect.  So we

15  know that in trials, in clinical trials,

16  patients receiving placebo often improve.  And

17  so if you really want to ask is this a cause or

18  effect, so in this case we're talking about

19  rechallenge, you don't want to ask if I give

20  this patient placebo does their disease recur,

21  and to my knowledge, that hasn't been done.  And

22  I think even to prove causality in an individual

23  case, you need data from that patient showing

24  that you've done a randomized trial.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1    Q.    Doctor, for the better part of

2    20 years before the auto antibodies were

3    identified that are specific to celiac disease,

4    was rechallenge the standard of care for

5    diagnosing that condition?

6        A.    Yes, it was.

7            MR. SLATER:   Objection.

8    BY MR. PARKER:

9        Q.    Doctor, is there anything that you've

10   seen in the literature regarding the severity of

11   the symptoms in what's reported to be

12   olmesartan-associated enteropathy that would

13   suggest that if you really did want to find

14   cause that you couldn't do a rechallenge in the

15   way that you've described?

16       A.    You certainly wouldn't do it at the

17   trough of their disease when they're at their

18   sickest.  But if the reports that say they

19   recover completely, gain back their weight, and

20   don't have malabsorption anymore are true, I

21   don't see any reason why a short-term

22   rechallenge in the manner that I just described,

23   a randomized controlled trial, I don't see any

24   reason that couldn't be done.

Protected Information - Jerrold R. Turner, M.D., Ph.D.

1      Q.    And for many years, what did the

2   standard of care require in terms of rechallenge

3   for diagnosing celiac disease?

4      A.    For diagnosis of celiac disease, it

5   required rechallenge with gluten.  I think

6   that's really the key difference here, if I can

7   opine for a second.

8      Q.    Sure.

9      A.    So in the case of celiac disease,

10  especially at that time in history, a

11  gluten-free diet was a huge difficulty.  It's so

12  much easier today because it's become a popular

13  thing, and with the increasing presence of

14  celiac disease and gluten-sensitive patients who

15  don't have celiac disease, gluten-free diets are

16  everywhere, gluten-free foods are everywhere.

17  It's much easier.  In those days, it was really,

18  really hard to do a gluten-free diet, so you

19  wanted to be sure.

20          In the case here of olmesartan, the

21  treatment is really easy.  So if you're wrong

22  and it wasn't olmesartan, it really didn't hurt

23  anybody.  There's no cost.  And I think that's

24  why if you're managing an individual patient,

Exhibit E

In re: Benicar (Olmesartan) Products Liability Litigation, Slip Copy (2016)

2016 WL 6652358

2016 WL 6652358
Only the Westlaw citation is currently available.
United States District Court,
D. New Jersey,
Camden Vicinage.

In re: Benicar (Olmesartan)
Products Liability Litigation.

Master Docket No. 15-2606 (RBK/JS)
|
Signed 11/08/2016
|
Filed 11/09/2016

## OPINION

KUGLER, United States District Judge

**\*1** Plaintiffs' submitted a request (Doc. No. 925) for leave to file a motion for partial summary judgement on the issue of general causation and accompanied it with fourteen (14) exhibits, either excerpts from defendants' depositions or documents produced by defendants. Plaintiffs assert the exhibits are defendants' admissions of general causation, which show that defendants' pharmaceuticals caused plaintiffs' complained of sprue-like enteropathy ["SLE"]. This opinion accompanies the order denying plaintiffs' request without prejudice (Doc. No. 938) and sets forth the reasons therefor.

## I. Fact and Procedural Background

This Multidistrict Litigation ("MDL") involves approximately 1900 plaintiffs, who ingested defendants' olmesartan-containing prescription drugs[1] to alleviate hypertension. The named defendants are Daiichi Sankyo, Inc., Daiichi Sankyo Co., Ltd., Daiichi Sankyo U.S. Holdings,* Inc., Forest Laboratories, LLC, Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., and Forest Research Institute, Inc. The Daiichi defendants designed, manufactured and sold the drugs at issue.[2] For a time the Forest defendants marketed the drugs. Daiichi Sankyo, Inc. and Daiichi Sankyo U.S. Holdings, Inc. are U.S. companies. Daiichi Sankyo, Inc. is a wholly-owned subsidiary of Daiichi Sankyo U.S. Holdings, Inc. which operates as a holding company. Daiichi Sankyo Co., Ltd.

is the parent company of Daiichi Sankyo U.S. Holdings, Inc. Daiichi Sankyo, Inc. operates as the commercial home office and U.S. corporate headquarters of Daiichi Sankyo Co., Ltd., which is a Japanese corporation with its principal place of business in Japan. *See generally* Master Answer of Daiichi Defendants ¶¶ 20, 23-27, 30-31 [Doc. No. 82].

In order to put the Plaintiffs' request in context, the court's management plan initially focuses only on general and specific causation issues, that is, whether defendants' drugs caused the complained of SLE symptoms, which include nausea, vomiting, diarrhea and weight loss.

To date, plaintiffs have taken at least twenty (20) depositions of present and former Daiichi U.S. employees and eighteen (18) depositions of present and former Daiichi Japan employees. The first phase of fact discovery regarding causation issues was all but completed by 30 September 2016;[3] the litigation has now entered the next phase with plaintiffs' causation expert reports due 30 November 2016, defendants' expert reports due 31 January 31, 2017, expert depositions to completed by 28 February 2017, and *Daubert* and summary judgment motions due by March 31, 2017. CMO No. 26. [Doc. No. 626]. The date for the *Daubert* hearing has not yet been set.[4]

**\*2** Turning to plaintiffs' request filed 13 October 2016 [Doc. 925], it comprises a summary of the 14 accompanying exhibits, which are excerpts of defendants' deposition testimony or defendant-produced documents, and characterizes them as admissions that defendants generally caused plaintiffs' injuries. Plaintiffs' request lacks not only an explanation as to how these summaries and excerpts constitute incontestable facts upon which to base a summary judgement motion but also any jurisprudential support that defendant alleged admissions during discovery in and of themselves properly substitute for expert testimony to demonstrate general causation.

Defendants argue that case law requires plaintiffs to offer admissible expert testimony on general causation because, in this case, linking the cause of each plaintiffs SLE injury to defendants' pharmaceuticals is beyond the ordinary understanding of a lay jury. Ds Response at 2. Defendants also argue that the excerpted testimony and documents are insufficient to unequivocally demonstrate that the

pharmaceuticals caused the complained of injury in each of plaintiff's cases. *Id.* at 3.

The issue is whether the deposition excerpts and internal documents proffered by plaintiffs substitute as expert testimony reliable and fit under *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) to sufficiently inform a jury that defendants' pharmaceuticals caused plaintiffs' SLE in these cases.

**II. Legal Standard**

Courts generally recognize that plaintiffs in products liability cases must offer admissible expert testimony regarding both general causation and specific causation. *See, e.g., In re Mirena IUD Products Liability Litigation,* ____ F. Supp.3d ____ (S.D.N.Y. 2016) 2016 WL 4059224 at *5, citing *Amorgianos v. Nat'l R. R. Passenger Corp.*, 303 F.3d 256, 268 (2d Cir. 2002; *see Rutigliano v. Valley Bus. Forms*, 929 F.Supp. 779, 783 (D.N.J. 1996), *aff'd sub nom. Valley Bus. Forms v. Graphic Fine Color, Inc.*, 119 F.3d 1577 (3d Cir. 1997) and further stating that "substantive law across all relevant jurisdictions holds (reference omitted) that 'where a causal link is beyond the knowledge or expertise of a lay jury, 'expert testimony is required to establish causation' (citations omitted)". *Id.*

Recently, the *Mirena* court found that, although there may be circumstances when defendants' admissions in a product liability case can substitute for expert testimony, those circumstances are "exceedingly rare". *In re Mirena* at *8. Expert testimony is generally required in product liability cases because it prevents the jury from engaging in speculation in determining the causal link between using or ingesting the product and the injuries complained of following that use. *Id.* at *5. Determining that causal link typically requires complex medical information beyond the knowledge, understanding, and experience of a lay juror. Expert testimony typically provides this link. *See generally* Christopher R.J. Pace, *Admitting and Excluding General Causation Expert Testimony: The Eleventh Circuit Construct,* 37 AM. J. TRIAL ADVOC. 47, 51-60 (2013) (comparing the probative value of various general causation methodologies used by experts to support their testimony as *Daubert* reliable).

Purported admissions offered as substitutes for expert testimony must be "clear, unambiguous, and concrete" and suffice to prove general causation without speculation. *Id.* at *8. "They can substitute for expert

testimony only when they serve the same purpose as expert testimony, that is, to provide the jury with a scientific, non-speculative basis to assess general causation." *Id.* at *12.

Also recently, a court in the Third Circuit analyzed an analogous issue—whether the plaintiffs were able to establish general causation with virtually no expert testimony, which had been excluded as inadmissible under *Daubert* and Federal Rule of Evidence (FRE) 702. *In re Zoloft Products Liability Litigation,* ____ F. Supp.3d ____ (E.D. Pa. 2016) 2016 WL 1320799. There, plaintiffs found themselves precluded from offering new expert testimony on the issue of general causation— whether Zoloft caused the complained of birth defects— and were left with arguing that other evidence established causation. Such other evidence included declarations by treating physicians of differential diagnoses, case reports by treating physicians of the occurrence of birth defects, defendants' internal documents including literature reviews and published studies relying on statistics about whether Zoloft was the cause of the complained of birth defects, foreign language documents that contained a warning against pregnant women's ingestion of Zoloft, and drafts of product documents. *Id.* at *9.

*3 The *Zoloft* court found that, taken together, plaintiffs' potentially admissible evidence supported only an association between the drug at issue and the complained of birth defect and therefore presented only a possibility of general causation. *Id.* at *10. The court found that "plaintiffs have not produced sufficient admissible evidence from which a reasonable factfinder could determine, by a preponderance of the evidence, that [the drug at issue] could have caused Plaintiff's injuries." *Id.*

*Mirena* and *Zoloft* resolve the issue raised by plaintiffs' request. Unless information characterized by plaintiffs as defendants' admissions provide to the jury evidence that is clear, unambiguous, and concrete and suffices to prove general causation without the jury's speculation as to complex medical issues, then such information does not substitute for *Daubert*-admissible expert testimony of general causation.

**III. Discussion of Proffered Information by Plaintiffs**

Each of the 14 exhibits will be reviewed for its sufficiency to substitute as expert testimony that demonstrates general causation without relying on a jury's speculation as to what the exhibit means.

*Exhibit 1: 5 page excerpt (out of at least 461 pages) from the deposition of Crawford Parker, MD, defendants' Senior Director of Clinical Safety and Pharmacovigilance ("CSPV") in the United States.*

Plaintiffs' request provides no specific reason for including Dr. Parker's testimony, nor contextualizes this excerpt within the deposition as a whole. Dr. Parker's testimony relates to certain documents that Dr. Parker provided to Dr. Peter Green, apparently a medical consultant to defendants, in advance of an unidentified meeting at which SLE adverse events were to be discussed. These documents included: a January 2009 review by defendants of celiac disease AE reports; the defendants knowledge of the 2012 Mayo Clinic publication [5]; the FDA request to Defendants to review SLE adverse events; and a September 2012 review by defendants of SLE adverse events.

Despite plaintiffs' repeated attempts, the excerpt shows that Dr. Parker expressly declined to characterize the information in one of defendants' ROADMAP clinical study as "an analysis". Dr. Parker's testimony does not suffice to inform in a clear, unambiguous, and concrete way and without jury speculation as to the complex medical issues involved in determining the mechanism by which olmesartan may generally cause the complained of injuries. This exhibit does not substitute for *Daubert*-admissible expert testimony of general causation.

*Exhibit 2. 1 page excerpt (out of at least 165 pages) from the deposition of defendants' employee in Japan, Akinori Nishiwaki.*

Plaintiffs' request states no specific reason for including Nishiwaki san's testimony or contextualizes this excerpt within his deposition as a whole nor was Nishiwaki san's role for defendants identified.

Plaintiffs' attorney read the following sentence from an unidentified document: "Before identifying olmesartan as a cause of villous atrophy, we, too, had considered 30 percent of our seronegative patients to have unclassified sprue". Nishiwaki san was then asked to confirm the presence of the word "cause" in the sentence, which he did.

That this one sentence included the word "cause" and that the deponent affirmed the presence of that word is not a clear, unambiguous, concrete, or sufficient demonstration of general causation.

**\*4** *Exhibit 3. 5 page excerpt (out of at least 415 pages) from the deposition of Allen Feldman, MD, head of defendants' CSPV unit in the United States.*

Plaintiffs assert that Dr. Feldman "admitted that the only cause he could identify for the [symptoms] suffered by these patients was Olmesartan [emphasis added]." (Ps Letter Request at 4-5). When asked about the meaning of a statement in a Medwatch report [6] (specifically whether the most likely explanation for patients' symptoms was olmesartan given their history of ingestion and dechallenges and positive rechallenges of the drug), Dr. Feldman replied: "The only cause given here [in the Medwatch report] is olmesartan". Feldman Dep. 285:24.

Dr. Feldman was only asked to confirm what a certain Medwatch report states; he was not asked as a medical professional to admit that olmesartan caused plaintiffs' symptoms. Dr. Feldman's deposition testimony is not clear, unambiguous, concrete or sufficient as to demonstrate general causation.

*Exhibit 4: Email of 2 pages dated 26 March 2015, sent jointly from Ford Parker, MD, the same employee as in Exhibit 1, Ulf Stellmacher, director of defendants' CSPV unit in Europe, and Hideki Tagawa, associate manager of defendants' CSPV unit in Japan, to all employees in each of defendants' CSPV units (in the US, Japan and Europe).*

Having the subject of "Coding and Expectedness of Sprue-Like Enteropathy for Olmesartan and Olmesartan Combination Products", the email states that the code "Syndrome SLE" was added as an expected reaction to the US Product Insert ("USPI") on 3 July 2013 and to defendants' Company Core Data Sheets ("CCDSs") in September 2013. The email provides recommendations to defendants' CSPV on how to determine expectedness [7] because it is believed they may not understand SLE symptoms. To that end, the email identifies "Syndrome SLE" as including "nausea, vomiting and diarrhea, signs typical of olmesartan induced sprue-like enteropathy, such as weight loss." Exhibit 4, at ¶1. The apparent purpose here is to inform CSVP employees how Syndrome

In re: Benicar (Olmesartan) Products Liability Litigation, Slip Copy (2016)

2016 WL 6652358

SLE will be reported (presumably by clinicians) and how to code that information in periodic safety reports to regulatory agencies.

**\*5** The email states: " 'Syndrome sprue-like' is currently the DSPD[8] (the "Daichii Sankyo Pharmaceutical Development" functional unit) recommended term in MedDRA Version 16.1"[9] and advises that a report coded as olmesartan-related intestinal villous atrophy should be handled as a sprue-like enteropathy report, in order to conform with the findings in the Mayo Clinic publication (Rubio-Tapio, *supra*) that first publicly reported that villous atrophy in olmesartan-takers was related to their SLE symptoms. Item 4 of the email recommends that, when a clear diagnosis of SLE is not reported (presumably by a clinician), symptoms of diarrhea, malabsorption, or weight loss should be coded not as SLE, but as separate reactions.

Although stating that there are signs typical of olmesartan induced sprue-like enteropathy, this exhibit expressly informs defendants' employees that these signs, when not accompanied by a clear diagnosis, cannot be reported as SLE. Since the exhibit on its face calls for a clinician's diagnosis before defendants will report olmesartan induced SLE, it cannot provide clear, unambiguous, and concrete proof of general causation. Without more, and in light of the entire email, the mere use by defendants of the term "olmesartan induced sprue-like enteropathy" does not suffice to inform a jury as to general causation.

*Exhibit 5: Email from Dr. Ulf Stellmacher to Crawford Parker, MD, and Hideki Tagawa, dated to 16 Jan 2015, attaching a summary of the "3[rd] fatal SLE case we have just processed". The attachment is a Power Point of 3 slides apparently prepared by Dr. Stellmacher, director of defendant's CSPV unit in Europe.*
Slide 2 states that villous atrophy was found in a 70 year-old man living in France who had been taking Olmetec® or Alteis®[10] for an unknown period and who had died. As defendant-manufactured equivalents to the pharmaceuticals issued here, the medications were for hypertension. The slide states that "Causality cannot be denied based on available information. Though diagnosis was not confirmed, this case represents SLE".

This exhibit does not detail the causal link between the injuries complained of and the drugs at issue and cannot demonstrate general causation.

*Exhibit 6: 8 page excerpt (out of at least 84 pages) from the deposition of Hideki Tagawa, associate manager of defendants' CSPV unit in Japan.*
Tagawa san is apparently being asked to comment on the Power Point in Exhibit 5 above. He confirms that it states the cause of the death of a 70 year-old man in France was an olmesartan drug. Tagawa Dep. 58: 9 to 60: 20.

He is then asked to comment on an unidentified Power Point and on other unidentified documents, which leaves this court no point of reference from which to review independently to what Tagawa san is attesting to. Tagawa san confirms that the unidentified Power Point states: (1) based on reports of SLE in the U.S., a causal relationship between olmesartan-containing drugs and severe diarrhea could not be denied; and (2) Japanese and U.S. package inserts were modified to add diarrhea as a serious side effect following the U.S. reports. *Id.* at 69-70. He also confirms that he wrote an email stating that U.S. and Japanese reports indicated that chronic diarrhea improves when olmesartan is stopped in most cases. He states that what he wrote in that email is based on what defendants' medical advisors had told him. *Id.* at 83-84.

**\*6** Although Tagawa san affirms that he wrote certain content relating to SLE and confirms the statements set forth in the documents before him, he clearly indicates he is not an expert able to independently attest to general causation. This exhibit cannot demonstrate general causation.

*Exhibit 7: 3 page excerpt (out of at least 173 pages) from the deposition of Yasushi Hasebe, head of defendants' CSVP unit in Japan.*
Plaintiffs' request does not contextualize this excerpt within the deposition as a whole.

Hasebe san was asked: "You're not denying that the olmesartan was one of the factors causing the severe diarrhea, dehydration and hospitalizations described in this adverse report. You're not denying that, right?" Hasebe Dep. 127: 14-19. He answers, "Correct, I think that's one of the factors". *Id.* at 127:21-22.

In re: Benicar (Olmesartan) Products Liability Litigation, Slip Copy (2016)

2016 WL 6652358

Inasmuch as Hasebe san's answer would lead to jury speculation as to what other factors caused the complained of injuries, the exhibit is not clear, unambiguous, specific or sufficient to demonstrate general causation.

*Exhibit 8: 1 page excerpt (out of at least 152 pages) from the deposition of Mahmoud N. Ghazzi, M.D., Ph.D.*
Plaintiffs' request states no specific reason for including Dr. Ghazzi's testimony or contextualizes this excerpt within the deposition as a whole nor was Dr. Ghazzi's role for defendants identified. Research from independent sources identifies Dr. Ghazzi as defendants' Global Head of Drug Development, as well as Head of Daiichi Sankyo Pharmaceutical Department in the U.S.

In response to questions about Deposition Exhibit No. 3068, which was neither provided nor summarized, and which the court, therefore, could not review, Dr. Ghazzi confirmed that, in May 2014, defendants were starting to arrange a meeting with key European opinion leaders (presumably in the medical and scientific fields) to understand the mechanism of olmesartan and its effects on patients. Ghazzi Dep. 152: 11-16. The only rational inference to be drawn from this evidence is that defendants' employees do not fully understand the cause of SLE. This excerpt cannot substitute for *Daubert*-reliable testimony as to general causation.

*Exhibit 9: 2 page excerpt (out of at least 290 pages) from the deposition of Oliseyenum MacDonald Nwose, M.D., defendants' head of medical affairs and "responsible for the Olmesartan drugs", according to plaintiffs' letter request.*
Plaintiffs' request does not contextualize the excerpt within the deposition as a whole.

In response to the question whether it is more likely than not that olmesartan causes SLE and serious gastrointestinal problems in some patients, Dr. Nwose states there have been cases "where olmesartan has been associated with sprue-like enteropathy" (Nwose Dep. 289:8-14; 290:1-2) and adds that before forming a conclusion as to causation, he would have to "go back and review each of these cases individually". *Id.* at 290: 7-9.

Here, a possible medical expert eschews assigning the label of causation onto olmesartan for SLE symptoms until he

has reviewed each case himself. On its face, Dr. Nwose's testimony is no substitute for expert witness testimony.

*Exhibit 10. 1 page excerpt (out of at least 151 pages) from the deposition of Anthony Corrado, Defendants' Director of Commercial Regulatory Affairs from 2011 to 2015.*
*7 Plaintiffs' request does not contextualize this excerpt within the deposition as a whole.

Mr. Corrado answers "there is a probability" to the question whether defendants agree that some patients do suffer severe gastrointestinal side effects from taking olmesartan-containing drugs. Corrado Dep. 151: 10-15. Mr. Corrado's answer does not resolve the issue of general causation because there is no elimination of other agents possibly causing SLE symptoms in olmesartan patients. This exhibit is not clear, unambiguous, concrete or sufficient to demonstrate general causation.

*Exhibit 11: 4 page excerpt (out of at least 147 pages) from the deposition of Diane Benezra-Kurshan, M.D.*
Plaintiffs' request does not contextualize this excerpt within the deposition as a whole and appears to identify Dr. Benezra-Kurshan as that member of defendants' Label Review Committee who drafted proposed warning language to physicians regarding olmesartan use. The date of the proposed warning language is unidentified but after the publication of the Rubio-Tapio article, *supra*.

Dr. Benezra-Kurshan is asked about the meaning of her proposed drug label and its message to physicians. She answers that the label would read to physicians that olmesartan is probably causing the SLE and advises physicians to stop drug ingestion and the SLE symptoms may go away. Benezra-Kurshan Dep. 133:1-8. She adds that the proposed label would also indicate to physicians that, when the drug is stopped, and patients don't improve, then causes other than olmesartan ingestion should be investigated. *Id.* at 147:9-14.

Although this excerpt speaks to defendants' knowledge and response, after the Rubio-Tapio article, *supra*, to the occurrence of SLE symptoms in relation to olmesartan ingestion, it does not suffice as clear, unambiguous, and concrete demonstration of general causation.

In re: Benicar (Olmesartan) Products Liability Litigation, Slip Copy (2016)

2016 WL 6652358

*Exhibit 12: 12 page excerpt (out of at least 178 pages) from the deposition of Makoto Mizuno*, defendants' employee in Japan, *who collaborated on the development of olmesartan*. Mizuno san is asked: "Based on everything you've seen and the study that you were doing in your company with a team of people, you do agree that there is some number of people–we don't have to argue about how many— some people who do develop sprue-like enteropathy from taking olmesartan, correct?" Mizuno Dep. 177: 23 to 178: 5. He responds: "I think that some patients–among some patients who were taking olmesartan, there were some patients who developed sprue-like enteropathy". *Id.* at 178:8-12.

It is unclear why plaintiffs have proffered this exhibit as evidence of general causation since Mizuno san simply states there is a co-occurrence in some patients taking olmesartan with their experience of SLE. The exhibit is not clear, unambiguous, and specific evidence sufficient to demonstrate general causation.

*Exhibit 13: 27 page excerpt (out of at least 364 pages) from the deposition of Jeffrey Warmke, Ph.D., defendants' witness under Federal Rule of Civil Procedure 30(b)(6)*. Dr. Warmke attests that defendants received reports of the occurrence of villous atrophy, and/or gastroenteritis, or collagenous colitis—symptoms complained of in this litigation—in three patients participating in their clinical ROADMAP studies. [11] Warmke Dep. 327:21 to 331:3; 340:18 to 345:18; 348:6 to 349:1. He also attests that defendants' analysts documented that two of these occurrences had a causal relationship to the olmesartan ingestion. *Id.* at 345:6 to 19; 349:13 to 350:10.

**\*8** Although this exhibit may support specific causation if the patients Dr. Warmke discussed are also plaintiffs in this matter, it does not resolve the issue of the general causation of injuries complained of by all plaintiffs here. *See generally* RESTATEMENT (THIRD) OF TORTS: LIAB. FOR PHYSICAL & EMOTIONAL HARM § 28 comment c (2010) ("The concepts of general causation and specific causation are widely accepted among courts confronting causation issues with toxic agents.").

*Exhibit 14: 7 page excerpt (out of at least 137 pages) from the deposition of Dr. Katsuyoshi Chiba, defendants' employee in Japan.*

Plaintiffs' request provides no specific reason for including Dr. Chiba's testimony or contextualizes this excerpt within the deposition as a whole nor identifies Dr. Chiba's role for defendants.

Particularly salient in Dr. Chiba's testimony in this exhibit are:

-"it is not possible to reproduce the results of the clinical studies by Mayo Clinic" (Dr. Chiba Deposition Transcript 59:7-8);

-"I think the best scenario would be that this will not be conducted by the non-clinical side" (referring to a non-clinical comparison test of olmesartan with other anti-hypertension drugs that also rely on the action of a TGF-# inhibitor, designed to determine whether all such hypertension drugs are linked to symptoms that plaintiffs complained of) (*Id.* at 64: 21-24);

-" it wasn't a matter of proving or not [the relationship between olmesartan and SLE] but rather it was not possible for us to carry out any kind of nonclinical studies with — with—in — in a reliable manner" (*Id.* at 65: 16-19).

This exhibit appears to relate to whether defendants' choice not to conduct non-clinical tests indicated a belief that such tests would show a causal connection between olmesartan ingestion and SLE symptoms. Dr. Chiba's testimony confirms that, since such a test was not conducted, there can be no information pointing to general causation and therefore cannot demonstrate it.

**Conclusion**

None of the exhibits proffered by plaintiffs either singly or in combination evidences in a clear, unambiguous, and concrete way the mechanism by which the olmesartan-containing drugs at issue may generally cause the complained of injuries. No exhibit or combination can resolve the inevitable jury speculation as to the complex biochemical, biological, and epidemiological information that underpins the general causation question here.

Consequently, this court declines to find or characterize whether any of the proffered exhibits is an admission by defendants under Federal Rule of Evidence 801(d) (2).

In re: Benicar (Olmesartan) Products Liability Litigation, Slip Copy (2016)

2016 WL 6652358

Accordingly, for all the reasons discussed above, plaintiff's Request to File Summary Judgement Motion on Submitted Exhibits has been DENIED in Doc. No. 938.

Dated: <u>11/8/2016</u>.

**All Citations**

Slip Copy, 2016 WL 6652358

Footnotes

1       These drugs are Benicar®, BenicarHCT®, Azor®, and Tribenzor®; they are collectively referred to herein as "olmesartan".

2       The Court will collectively refer to all the Daiichi party defendants as "Daiichi."

3       The Court granted plaintiffs leave to take some additional depositions after September 30, 2016, but cautioned this would not extend any other scheduling deadline. See September 1, 2016 Order at 3. [Doc. No. 874].

4       In addition to the cases in this MDL, approximately 73 related cases are consolidated in New Jersey State Court as Multicounty Litigation ("MCL"). Discovery in the federal MDL and state MCL has been coordinated. The Court anticipates a joint <u>Daubert</u>-type hearing will be held in the spring or summer of 2017. The state equivalent to <u>Daubert</u> is Kemp ex rel. Wright v. State, 174 N.J. 412 (2002).

5       A. Rubio-Tapio et al., Severe Spruelike Enteropathy Associated with Olmesartan, MAYO CLIN. PROC. 87(8), 732:738 (2012).

6       A MedWatch report is a voluntary report to the U.S. Federal Drug Administration (FDA) of an adverse event or undesirable effect associated with using a medical product, including pharmaceuticals and medical devices. The report can be prepared on a one-page FDA form or done via the telephone by health care professionals, patients, and consumers.

7       From a regulatory perspective and in relation to the periodic safety reports (titled in the U.S. as Development Safety Update Report ("DSURs")) provided to a national regulatory agency by the manufacturer of a drug either under development or that has been marketed and under further study, the term "expectedness" relates to whether a physiological reaction is a statistically expected side effect of the pharmaceutical. Guidance for Industry. E2F Development Safety Report, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. FOOD AND DRUG ADMINISTRATION , prepared by INTERNATIONAL CONFERENCE ON HARMONISATION OF TECHNICAL REQUIREMENTS FOR REGISTRATION OF PHARMACEUTICALS FOR HUMAN USE (ICH), August 2011 (containing nonbinding recommendations), http://www.fda.gov/downloads/Drugs/.../Guidances/ucm073109.pdf.

        When categorized as expected, a physiological reaction to drug ingestion must be clearly listed in the Reference Safety Information (RSI) of the DSUR provided by the drug manufacturer to the regulatory agency. Id. at 11, 14 and 23.

8       Defendants' unit that does pharmaceutical research, development, and marketing primarily in the U.S.

9       Developed by the International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH), the Medical Dictionary for Regulatory Activities ("MedDRA") provides a globally standardized terminology to regulatory agencies (including the U.S. Food and Drug Administration, the European Medical Agency, and the Japanese Pharmaceutical and Medical Device Agency), pharmaceutical companies, clinicians, and translators, http://www.medra.org.

10      Olmetec® is a trademark registered in Japan to Daiichi Sankyo. Alteis™ is a brand name used by Daiichi Sankyo. These marks identify an olmesartan formulation equivalent to Benicar® and are used to market that in France. http://mpkb.org/home/mp/olmesartan/buying

11      Defendants conducted their own clinical studies of the olmesartan-containing drugs, which were designed to determine a reduction in the level of albumin in a patient's urine. Inasmuch as such albumin is a biochemical indicator of kidney disease due to hypertension, Defendants' ROADMAP tests were to some extent analyzing the statistical effectiveness of olmesartan ingestion on hypertension.

**End of Document**                                            © 2017 Thomson Reuters. No claim to original U.S. Government Works.