# Exhibit C

Protected Information - Steven M. Lagana, M.D.

1    causation; and in medicine, we apply the

2    reasonable medical certainty threshold,

3    which means more likely than not.

4              So that is the background

5    that I used when evaluating this

6    question.

7         Q.    Is there a difference in

8    your understanding between the question

9    of general versus specific causation?

10        A.    Yeah, I would understand

11   them to be different insofar as, in a

12   general case, I'm opining about the

13   plausibility of this adverse event or,

14   you know, if we take it away from the

15   Benicar question and just say in general,

16   for any stimulus, is it likely that this

17   stimulus causes this event --

18        Q.    In the general population?

19        A.    I wouldn't necessarily say

20   in the general population, because there

21   are different -- populations can be

22   affected by diseases differently.  So,

23   for instance, in celiac disease, gluten

24   can affect genetically predisposed

Protected Information - Steven M. Lagana, M.D.

```
 1            question and I'm not sure that I
 2            would put that particular label on
 3            it.
 4    BY MR. PARKER:
 5            Q.    And that's what I'm trying
 6    to drive at.  What do you have to have
 7    when you come into the doctor, what
 8    complaints, what findings by the doctor
 9    do you have to have, before, as you put
10    it, the label goes on the patient?
11            MR. SLATER:  Objection to
12            the form of the question;
13            foundation.
14            You can answer.
15            MR. PARKER:  And if this is
16            outside your area of expertise,
17            just tell me and I'll move on, but
18            I thought you said you felt
19            comfortable answering the
20            question.
21            MR. SLATER:  And objection
22            to that lead-in just now.
23            You can answer.
24            THE WITNESS:  Well, I think
```

1          it's really at the judgment of the

2          treating physician.

3     BY MR. PARKER:

4          Q.     So it can be anything if in

5     the judgment of the treating physician --

6     something as abdominal pain for a couple

7     days, in that physician's mind, that can

8     qualify for a label of sprue-like

9     enteropathy associated with olmesartan?

10         A.     I think that you would have

11    more definite and less definite cases and

12    I think if you are the treating

13    physician, your interest is the results;

14    and if someone had minimal abdominal pain

15    for three -- you know, for a few days and

16    stopped taking olmesartan and they

17    improved, I would not personally find

18    that to be a very plausible case of

19    sprue-like enteropathy.

20             But if you're trying to

21    whittle -- you know, kind of get to the

22    exact criteria, I don't think that we're

23    there yet.  I don't think that we have --

24    we've seen a fairly wide presentation as

Protected Information - Steven M. Lagana, M.D.

1    far as both symptoms and histopathology

2    and a lot of it has been very serious.

3    So it's not just, you know, a couple days

4    of mild pain.  It's -- we've seen some,

5    as you're aware, very significant --

6    significantly ill patients.

7                And so I -- in my experience

8    at Columbia anyway, the patients who I've

9    seen labeled as sprue-like enteropathy,

10   there's not been one of them that I've

11   doubted the diagnosis and it hasn't been

12   a specific point that, oh, because of --

13   because of X, then Y.  It's been, you

14   know, taking into account the entirety of

15   the clinical picture.

16           Q.    I think, however, Doctor,

17   what -- in answer to my question about

18   what are the clinical criteria, I think

19   you're telling me we're not there yet in

20   the medical community.  Am I correct?

21                MR. SLATER:  Objection;

22           mischaracterization.

23                You can answer.

24                THE WITNESS:  Well, I'm

1              saying that there are varied

2              clinical presentations and varied

3              pathologic presentations; and,

4              therefore, it requires the

5              patient's doctor to make a

6              reasonable assessment based on the

7              entire clinical picture.

8       BY MR. PARKER:

9              Q.     Let me approach it this way:

10      Doctor, if we went into the medical text,

11      I would be able to find the criteria for

12      diagnosing celiac disease; correct?

13             A.     Yes.

14             Q.     If I went into the medical

15      text, I could find the criteria for

16      diagnosing autoimmune enteropathy;

17      correct?

18             A.     You could find some listings

19      of criteria.

20             Q.     If I were to go into --

21             A.     May I make a point?

22             Q.     Sure, yes.  As long as it's

23      answering my question.

24             A.     Okay.  I think that

1    trials of azilsartan medoxomil for

2    purposes of writing this paper?

3           A.     No.

4           Q.     Do you recall who did that?

5           A.     Who referenced the reference

6    28, you mean?

7           Q.     Who reviewed the clinical

8    trials of azilsartan.

9           A.     You mean who found article

10   28 and included it in the statement.

11          Q.     And studied it, presumably.

12          A.     I don't.

13          Q.     Okay.  Let's go on then.

14                 Down at the bottom of

15   section 5, I think this confirms what you

16   said earlier, but let me just make sure,

17   you wrote:  This broadens the

18   differential even further and there is no

19   cardinal finding which can establish the

20   diagnosis of olmesartan-induced injury

21   based on histopathology.

22                 That remains your view

23   today.

24                 MR. SLATER:  You didn't read

Protected Information - Steven M. Lagana, M.D.

```
1           it completely accurately, but you
2           can answer.
3                MR. PARKER:  Well, I
4           certainly wanted to, so I'll try
5           it one more time.
6                MR. SLATER:  I know what you
7           wanted to.  I know what you desire
8           in life.  Just making an
9           objection.
10   BY MR. PARKER:
11           Q.    "This broadens the
12   differential even further and there is no
13   cardinal finding which can establish the
14   diagnosis of olmesartan-induced injury
15   based solely on histopathology," does
16   that remain your opinion today?
17           A.    It does.
18           Q.    Under celiac disease,
19   section 5.1, the last sentence,
20   "Ultimately, seronegativity and ARB use
21   are the most meaningful discriminators
22   between celiac disease and ARB
23   enteropathy," does that remain your
24   opinion today?
```

1  we're evaluating those questions, but

2  I've never -- I've never, you know,

3  specifically written a paper in which I

4  looked at each point and made a response.

5       Q.    I take it from your last

6  answer that in the period of time that

7  you were writing your general causation

8  report, you were aware of and understood

9  the Bradford Hill factors criteria.

10      A.    I was familiar with the

11 criteria.

12      Q.    And what is their use in

13 medical science?

14      A.    They are a set of questions

15 which are used to address cause and

16 effect.

17      Q.    Can you explain for me why

18 that methodology was not used in your

19 report?

20      A.    I think it influences my

21 thinking, those points influence my

22 thinking.  I didn't explicitly go through

23 them because -- I don't know.  Just did

24 not do that.