UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE:  BENICAR (OLMESARTAN)          :
                                      :
PRODUCTS LIABILITY LITIGATION         :   Master Docket No. 15-2606(RBK-JS)
                                      :
                                      :
_____

# O R D E R

THIS MATTER HAVING come before the Court upon the joint application of counsel, and counsel having requested a postponement of the Daubert hearings, scheduled to begin May 15, 2017, and the court finding good cause,

IT IS ON THIS 12th day of May, 2017, ORDERED that counsel's application is GRANTED, and

IT IS FURTHER ORDERED that the Daubert hearings shall begin on July 17, 2017.


s/Robert B. Kugler____
ROBERT B. KUGLER
United States District Judge