NOT FOR PUBLICATION

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____ :
: 
Allen WILLIAMSON, D.O. and : Civil Action No: 1:16-CV-05371
    WIFE, Kathryn WILLIAMSON, D.O., : Master Docket No. 15-MD-02606 (RBK/JS)
:
*Plaintiffs*, :
    v. : ORDER
:
DAIICHI SANKYO, Inc., *et al.*, and :
:
SRINIVASA RAO KOTHAPALLI, M.D. :
:
*Defendants*. :
_____ :

**KUGLER**, United States District Judge:

    **THIS MATTER** having come before the Court on its conversion to a summary judgment motion under Fed. R. Civ. Proc. 56 (Doc. No. 23) of defendant Dr. Srinivasa Rao Kothapallli's joint motion to dismiss under Fed. R. Civ. Proc. 12(b) (6) and for statute of limitations (Doc. No. 19) and because of Plaintiffs' response motion for voluntary dismissal under Fed. R. Civ. Proc. 41 (a) (2) (Doc. No. 24);

    the Court having considered the responses and replies thereto, and for the reasons expressed in the Opinion issued this date:

    **IT IS HEREBY ORDERED** that Summary Judgment in favor of Defendant Dr. Kothapalli is **GRANTED**; and that Plaintiffs' Rule 41(a) (2) motion is **DENIED.**

    **IT IS HEREBY FURTHER ORDERED** that the Clerk remove Dr. Kothapalli as a defendant in this matter.

Dated:  22 May 2017          s/ Robert B. Kugler
                                                                            ROBERT B. KUGLER
                                                                            United States District Judge