UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE:  BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | Master Docket No. 15-2606(RBK-JS) |

# **O R D E R**

**THIS MATTER HAVING** come before the Court upon the joint application of counsel for plaintiffs and defendants, and it appearing that because of scheduling difficulties, additional time is necessary before conducting the Daubert hearings;

**IT IS ON THIS**  28th  day of June, 2017, **ORDERED** that the Daubert hearings shall commence on August 21, 2017.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge