UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                    **DATE OF PROCEEDING**: August 1, 2017

**JUDGE ROBERT B. KUGLER/JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**  CARL NAMI, JR.

**TITLE OF CASE:**                    **DOCKET NO.:** MDL 15-2606 (RBK)(JS)
BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

**APPEARANCES:**

Christopher Coffin, Esq., Adam Slater, Esq., Troy Rafferty, Esq., Richard Golomb, Esq., Rayna Kessler, Esq., Anthony Irpino, Esq., Steven Resnick, Esq., Steven Teppger, Esq., Stacy Haner, Esq., Matt Schumacher, Esq., Dustin Herman, Esq., Roger Orlando, Esq., Daniel Nigh, Esq., Peter Weinberger, Esq., Michael L. Kelly, Esq., Stuart Goldenberg, Esq., George Williamson, Esq., David Rheingold, Esq., Nicholas Rockforte, Esq., Stan Baudin, Esq., and Jessica Reynolds, Esq., for Plaintiffs.

Susan M. Sharko, Esq., Michael C. Zogby, Esq., for Defendants, Douglas Marvin, Esq., David Fields, Esq., Emily Pistilli, Esq., and Patricia Ann Barbieri, Esq., for Defendants

Orran Brown Sr., Esq., and Philip Strunk, Esq., Claims Administrators
Bob Marcino, Esq., and Scott DeNappo, Esq., Providio/Lien Resolution

**NATURE OF PROCEEDINGS**:  STATUS CONFERENCE

**DISPOSITION:**
Overview of Master Settlement Agreement placed on the record.
Case Management Order #30 (Census Order) to be entered.
Case Management Order #31 (Special Master Order) to be entered.
Case Management Order #32 (Settlement Deadlines) to be entered.
Case Management Order #33 (Stay Order) to be entered.
Case Management Order #34 (Implementation Order) to be entered.
Hearing on Application for Common Benefit Fund set for August 15, 2017 at 10:00AM

                                        s/Lawrence MacStravic
                                        Deputy Clerk


Time Commenced: 10:15a.m.    Time Adjourned: 12:00p.m.    Total Time in Court: 1:45