NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| James E. Buie, | Civil No.   17-cv- 00299 (RBK/JS) |
| | MDL No:  15-md-2606 (RBK/JS) |
| Plaintiff, | |
| v. | **Dismissal WITHOUT Prejudice** |
| Daiichi Sankyo, Inc., *et al.*, | |
| Defendants. | |

**KUGLER**, United States District Judge:

**THE COURT having been advised** from the Olmesartan Products Resolution Program ["Program"] that the above-entitled action is in the process of being settled by virtue of its having been registered into the Program; and

**THE COURT deciding,** therefore, the action need not remain on the court's calendar;

**IT IS THEREFORE ORDERED** the action is dismissed without prejudice.

**THE COURT retains complete jurisdiction** to vacate this order and to reopen the action on cause shown that the settlement has not been completed and further litigation is necessary.

Dated:  4 December 2018                                                              /s Robert B. Kugler
                                                                                                       Robert B. Kugler
                                                                                                       United States District Judge