**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ROBERT B. KUGLER**                                    **MITCHELL H. COHEN U.S. COURTHOUSE**
**UNITED STATES DISTRICT JUDGE**                    **1 John F. Gerry Plaza – Room 6040**
                                                                                    **Camden, NJ  08101**
                                                                                    **856-757-5019**


September 23, 2019


TO:  ALL COUNSEL

Re:     In re: Benicar (Olmesartan) Products Liability Litigation, Master Docket No. 15-2606
        (RBK/JS)


Dear Counsel:

I received your September 20, 2019 letter (Doc. No. 1250) and I have granted the attached
Order to Establish Qualified Settlement Fund. Nevertheless, in furtherance of our desire for
complete transparency, all counsel in Plaintiffs' leadership group must file a letter with the
Court attesting that no member of Plaintiffs' leadership group nor any member of their
immediate families has any direct or indirect financial interest in either ARCHER Systems,
LLC or Huntington Bancshares Incorporated.

Counsel should file this letter with the Court as soon as possible, but in any event no later
than September 27, 2019.

Thank you.


                                                        Very truly yours,

                                                         s/Robert B. Kugler

                                                        ROBERT B. KUGLER
                                                        United States District Judge