

September 24, 2019

Honorable Robert B. Kugler
U.S. District Court Judge, District of New Jersey
Camden Vicinage
4th & Cooper Streets
Camden, NJ 08101

      RE: *In re: Benicar (Olmesartan) Products Liability Litigation*, MDL No. 2606
      Civil No. 15-2606

Dear Judge Kugler,

I am one of the attorneys currently appointed to the PSC. Pursuant to your Order of September 23, 2019, I hereby represent that neither myself, any of my attorneys, or my family have any direct or indirect financial interest in either ARCHER Systems, LLC or Huntington Bancshares Incorporated.

Respectfully submitted,

Stuart Goldenberg

800 LaSalle Avenue • Suite 2150 • Minneapolis, Minnesota 55402
Telephone: (612) 333-4662 • Toll Free: (855) 333-4662 • Facsimile: (612) 367-8107
www.goldenberglaw.com