UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. KUGLER<br>UNITED STATES DISTRICT JUDGE | MITCHELL H. COHEN U.S. COURTHOUSE<br>1 John F. Gerry Plaza – Room 6040<br>Camden, NJ  08101<br>856-757-5019 |

October 1, 2019

TO:   ALL COUNSEL

Re:   In re:   Benicar (Olmesartan) Products Liability Litigation
              Master Docket No. 15-2606(RBK-JS)

Dear Counsel:

On September 23, 2019, this court entered an Order to establish the Qualified Settlement Fund in the Benicar (Olmesartan) Products Liability Litigation, Docket 15-2606(RBK). Separately, on that same date, the court sent a letter to all counsel in the plaintiffs' leadership group, requiring the submission of a letter with the court regarding any direct or indirect financial interest that any member of plaintiffs' leadership group or their immediate families may have in either Archer Systems, LLC, or Huntington Bancshares Incorporated.

Such a letter was filed with the court and the requirement that the court set in its letter of September 23, 2019, has now been met and satisfied.

Very truly yours,

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

RBK:mg