## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2606** |
| THIS DOCUMENT RELATES TO ALL CASES | **HON. ROBERT B. KUGLER** <br><br> **CIVIL NO. 15-2606 (RBK)(JS)** |

THIS MATTER having come before the Court on the application of the Plaintiffs' Executive Committee, and for good cause shown;

IT IS HEREBY ORDERED:

The common benefit fees and expenses shall be paid by the qualified settlement fund administrator to the common benefit law firms, upon the qualified settlement fund administrator's distribution of substantially all of the client funds, with the exception of lien holdbacks and other sums that similarly cannot be distributed in the first instance.

The Final Recommendation of the Common Benefit Committee is hereby corrected to provide that the common benefit firm of Pearson Randall & Schumacher shall be paid the sum of $36,003.08, which includes reimbursed assessment payments in the amount of $20,000.00, held costs in the amount of $4,675.81, fees in the amount of $10,000.00, and a pro rata distribution of fees in the amount of $1,327.27. This correction addresses typographical errors and does not change the Court's substantive decision or allocation order in any other respect.

Dated: December 70, 2019.

ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE